J. Seth Moore
State Bar No. 24027522
semoore@swlaw.com
Zachary A. Cooper
State Bar No. 24137881
zcooper@swlaw.com
**SNELL & WILMER L.L.P.**
2501 N. Harwood Street, Suite 1850
Dallas, Texas 75201
Telephone: 214-305-7301
Facsimile: 214-305-7351
Attorneys for *TurningPointe, LLC, d/b/a Turning Point Strategic Advisors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-33924 |
| | § | |
| WATER STATION MANAGEMENT, LLC | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**NOTICE OF HEARING ON TURNING POINT STRATEGIC ADVISORS' MOTION TO CONFIRM ERIC CAMM'S STATUS AS MANAGER OF WATER STATION MANAGEMENT OR, ALTERNATIVELY, TO EXCUSE TURNOVER PENDING DISMISSAL OR OTHER RELIEF**

NOTICE IS HEREBY GIVEN that a hearing on: *TURNING POINT STRATEGIC ADVISORS' MOTION TO CONFIRM ERIC CAMM'S STATUS AS MANAGER OF WATER STATION MANAGEMENT OR, ALTERNATIVELY, TO EXCUSE TURNOVER PENDING DISMISSAL OR OTHER RELIEF* will be held on **WEDNESDAY, OCTOBER 9, 2024 AT 11:00 A.M. CST** BEFORE THE HONORABLE JEFFREY P. NORMAN AT UNITED STATES BANKRUPTCY COURT, 515 RUSK AVENUE, HOUSTON, TX 77002 IN COURTROOM 403.

- 1 -

4860-5942-2945.1
24-01864-FPC11    Doc 22-1    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 1 of 3

RESPECTFULLY SUBMITTED this 5th day of September, 2024.

                                                        SNELL & WILMER L.L.P.
                                                        By: */s/ J. Seth Moore*
                                                            J. Seth Moore (TX Bar No.)
                                                            State Bar No. 24027522
                                                            semoore@swlaw.com
                                                            Zachary A. Cooper
                                                            State Bar No. 24137881
                                                            zcooper@swlaw.com
                                                            2501 N. Harwood Street, Suite 1850
                                                            Dallas, Texas 75201
                                                           Telephone: 214-305-7301
                                                           Facsimile: 214-305-7351

                                               *Counsel for TurningPointe, LLC, d/b/a*
                                               *Turning Point Strategic Advisors*

## CERTIFICATE OF SERVICE

It is hereby certified that on September 5, 2024, a true and correct copy of the foregoing document was filed via the Court's Electronic Case Filing (ECF) system, and thereby served on all parties registered to receive electronic notice in this case, including proposed counsel to the Debtors, and the US Trustee.

/s/ *J. Seth Moore*
J. Seth Moore