IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WATER STATION MANAGEMENT LLC, | § | |
| | § | |
| Debtor. | § | Case No. 24-33924 |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING MOTION TO CONFIRM ERIC CAMM'S STATUS AS MANAGER OF WATER STATION MANAGEMENT OR, ALTERNATIVELY, TO EXCUSE TURNOVER PENDING DISMISSAL OR OTHER RELIEF**

**[Relates to Motion at Docket No. ___]**

THIS MATTER came before the Court on the motion of Turning Point Strategic Advisors, ("**Receiver**") a general receiver appointed pre-petition by the Superior Court of King County, Washington, and presently a custodian as defined in 11 U.S.C. § 101(11) for an order holding that Eric Camm is the sole and proper Manager of Water Station Management LLC ("**Debtor**") or, alternatively and pursuant to 11 U.S.C. § 543(d)(1), excusing Receiver's turnover of property of the estate pending possible dismissal or entry of an order granting other relief that would put property of the estate under the control of a faithful and neutral fiduciary ("**Motion**").

Upon consideration of the Motion, all documents and evidence submitted in support of the Motion, all documents and evidence submitted in opposition to the Motion (if any), and for good cause appearing, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. The Motion is GRANTED;

2. Eric Camm is hereby determined and declared to be the sole Manager of Debtor with authority to manage Debtor's affairs generally as well as in Debtor's capacity as a debtor and putative debtor-in-possession;

3. Ryan Wear shall not exercise or attempt to exercise management authority over Debtor;

4. Ryan Wear and all current and former employees of Debtor, including without limitation Jeremy Briggs, shall immediately provide Mr. Camm with their full cooperation in the management of Debtor's operations; and

5. This Order is without prejudice to the right of the Debtor or any other interested party to controvert the involuntary petition that has been filed against it.

Signed:

_____
JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

SNELL & WILMER L.L.P.

By: */s/ J. Seth Moore*
    J. Seth Moore
    State Bar No. 24027522
    semoore@swlaw.com
    Zachary A. Cooper
    State Bar No. 24137881
    zcooper@swlaw.com
    2501 N. Harwood Street, Suite 1850
    Dallas, Texas 75201
    Telephone: 214-305-7301
    Facsimile: 214-305-7351

*Counsel for TurningPointe, LLC,
d/b/a Turning Point Strategic Advisors*