J. Seth Moore
State Bar No. 24027522
semoore@swlaw.com
Zachary A. Cooper
State Bar No. 24137881
zcooper@swlaw.com
**SNELL & WILMER L.L.P.**
2501 North Harwood Street, Suite 1850
Dallas, Texas 75201
Telephone: 214-305-7301
Facsimile: 214-305-7351

Attorneys for *TurningPointe, LLC, d/b/a Turning Point Strategic Advisors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 24-33924 |
| | § | |
| **WATER STATION MANAGEMENT, LLC** | § | Chapter 11 |
| | § | |
| **Debtor.** | § | |

### DECLARATION OF AMIT D. RANADE IN SUPPORT OF TURNING POINT STRATEGIC ADVISORS' MOTION TO CONFIRM ERIC CAMM'S STATUS AS MANAGER OF WATER STATION MANAGEMENT OR, ALTERNATIVELY, TO EXCUSE TURNOVER PENDING DISMISSAL OR OTHER RELIEF

I, Amit D. Ranade, declare as follows:

1. I am over the age of 18 and am qualified to make the within declaration. I am an attorney with the law firm of Snell & Wilmer LLP, counsel of record for Turning Point Strategic Advisors ("**Receiver**"), the general receiver over Creative Technologies, L.L.C., Refreshing USA LLC, and Water Station Management LLC (collectively, "**Debtor Entities**"), appointed by the Superior Court of King County, Washington ("**Washington Court**").

- 1 -

2. I make this declaration in support of Receiver's *Motion to Confirm Eric Camm's Status as Manager for Water Station Management or, Alternatively, to Excuse Turnover Pending Dismissal or Other Relief* [Dkt. ___ ] ("**Motion**"). Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion. Except where indicated, the facts stated herein are based upon my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

3. Exhibit A, attached hereto, is a true and correct copy of an e-mail exchange, including attachments, on June 24, 2024, between Jeff Ahlholm of AGRA Capital Advisors LLC, Ryan Wear's personal counsel, other stakeholders, and me.

4. Exhibit B, attached hereto, is a true and correct copy of an e-mail exchange on June 27, 2024, involving the same individuals, Receiver, and my co-counsel.

5. Exhibit C, attached hereto, is a true and correct copy of a subpoena served by my office on Cantaloupe, Inc. pursuant to CR 45.

6. Exhibit D, attached hereto, contains a true and correct copies of e-mails produced by Cantaloupe, Inc. in response to our subpoena.

7. Exhibit E, attached hereto, contains a true and correct of a sample data set from an Excel spreadsheet produced by Cantaloupe, Inc. We submit a sample here because the entire spreadsheet contains 16,100 lines of data, which we interpret to mean that the report tracks 16,100 machines associated with Ryan Wear. The "customer" in every line item is either Refreshing USA or, it appears, Refreshing Midwest LLC. Though the attached spreadsheet refers to "VendPro," other documents from Cantaloupe say that in their system, VendPro is Refreshing USA. Cantaloupe's report contains no information on model of machine or type of inventory for 13,019 machines and no ownership or lender information for any machine.

8. <u>Exhibit F</u>, attached hereto, is a true and correct copy of a subpoena served by my office on Marcum LLP pursuant to CR 45. At Marcum's request, we have been negotiating a stipulated protective order ahead of their production.

9. <u>Exhibit G</u>, attached hereto, is a true and correct copy of relevant excerpts from the transcript of a deposition given by Ryan Wear in the matter of *Axial Tilt, LLC, et al. v. Waterstation LLC, et al.*, Snohomish County Superior Court Case No. 23-2-08829-31. I have highlighted relevant passages for ease of reference. I received a copy of this transcript from counsel for the plaintiffs in that matter. A complete transcript is available on request.

10. <u>Exhibit H</u>, attached hereto, is a true and correct copy of a letter dated July 15, 2024, that I wrote to Patrick Vail, Ryan Wear's counsel, and others. While Mr. Wear has provided some of the information and documents requested, he has not provided access to the Vending Management System on which he tracks all machines in the field. He has also provided no information whatsoever about motor vehicles.

11. <u>Exhibit I</u>, attached hereto, are true and correct copies of e-mail exchanges that I have had in July and August 2024 with representatives of Cantaloupe and Marcum.

12. <u>Exhibit J</u>, attached hereto, is a table identifying 20 lawsuits we have identified naming Ryan Wear, Creative Technologies LLC, Refreshing USA LLC, Water Station Management LLC, and other entities.

13. <u>Exhibit K</u>, attached hereto, contains true and correct copies of orders issued by the Superior Court of Hamilton County, Indiana ("**Indiana Court**").

14. <u>Exhibit L</u>, attached hereto, contains true and correct copies of assignment documents executed by the Indiana Court's duly appointed Commissioner.

15. <u>Exhibit M</u>, attached hereto, contains true and correct copies of corporate resolutions transmitted to me by the attorney for Tyler Sadek.

16. <u>Exhibit N</u>, attached hereto, contains true and correct copies of online property and marriage records for Tyler Heilman and Annamaria Briggs, both of whom are petitioning creditors in the case captioned *In re Refreshing USA, LLC*, Case No. 24-33919.

17. <u>Exhibit O</u>, attached hereto, is a true and correct copy of the Stipulated Order Appointing General Receiver entered on May 14, 2024, by the Superior Court of King County, Washington, ("**Washington Court**") in the matter of *First Fed Bank v. Creative Technologies, L.L.C.*, Case No. 24-2-10753-3 SEA ("**Washington Receivership**").

18. <u>Exhibit P</u>, attached hereto, is a true and correct copy of the Order Granting Motion to Amend Appointing Order and for Other Relief entered on August 23, 2024, by the Washington Court in the Washington Receivership.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of September, 2024 at Seattle, Washington.

                                                    */s/Amit D. Ranade*
                                                  AMIT D. RANADE

4855-8511-6385.1