# Exhibit A

24-01864-FPC11    Doc 22-4    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 1 of 24

| | |
|---|---|
| **From:** | Jeff Ahlholm <jeff@agracapital.com> |
| **Sent:** | Monday, June 24, 2024 8:37 PM |
| **To:** | Ranade, Amit |
| **Cc:** | Bender, John; Patrick Vail; jkornfeld@bskd.com |
| **Subject:** | Marcum Report Quality of Earnings Report |
| **Attachments:** | Project Refreshing - DRAFT Diligence Report 3.1.24 copy.pdf |

**[EXTERNAL]** jeff@agracapital.com

All,

The QofE Report is still a draft in process for two primary reasons:

- The first draft of the report covered the financial period of 1/1/2022 to 9/30/2023. That report is now being updated to include financial performance through 12/31/202.
- A common practice is for the new lender to co-opt the current report with updates of its own, so the final draft report will be engaged in the lender's name, not the borrowers. Otherwise, the lender would have to engage a different auditing firm to perform the same, adding 3-4 months of additional time for a duplicative due diligence process.

The purpose of the report is to support the new lender due diligence prior to closing the financing. Any interference with the above process would do incalculable harm to all of the entities and stakeholders covered by this report and imminent financing.

The financing itself has both included, and not included, Creative Technologies as a borrowing entity (and collateral) to the new loan over the last year. As the I-Banking advisors on this transaction, we respectfully request that we have a discussion of the primary aspects of the transaction, including the expedited resolution of Creative Technologies' place in the receivership before the transaction is derailed at the 11th hour.

Best Regards,
Jeffrey Ahlholm
Managing Director
AGRA Capital Advisors, LLC
(805) 262-0284 office
(310) 909-3865 mobile
(323) 297-1554 fax
*Registered Representative of and Securities Products offered through BA Securities, LLC Member FINRA SIPC. This email is subject to an important disclaimer, please click on the following link or cut and paste the link into the address bar of your browser:* http://www.basecuritiesllc.com/email/disclaimer/

On Mon, Jun 24, 2024 at 4:39 PM Ranade, Amit <aranade@swlaw.com> wrote:

All:

This is basic information that should be at your fingertips. It is not a heavy lift to send this, and it is long overdue. We served our notice of intent to serve this subpoena a week ago, and it is only at the eleventh hour that we hear anything at all. Notably, we have yet to hear anything from Ryan Wear on this. We cannot conceive of any legitimate reason why this information has been or continues to be withheld.

To avoid service of the Marcum subpoena, the following documents must be sent to my e-mail inbox by **7:00 p.m. (PT) today:**

- Audited financial statement for Creative
- Appraisal reports indicated below
- Quality of Earnings Report

Again, this is not a heavy lift. A few keystrokes and mouse clicks are all that's required.

Please note that timely delivery of these documents will cause only a *postponement* of the subpoena. As you know, the subpoena seeks more than just the report itself. While we are willing to work with you, the receiver reserves the right to serve the subpoena without further notice if follow-up information is not provided promptly upon request or if other circumstances warrant.

Regards,

Amit

**Amit Ranade**

O: 206.741.1404
aranade@swlaw.com

**SNELL**
**& WILMER**

swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

**From:** Bender, John <jbender@corrcronin.com>
**Sent:** Monday, June 24, 2024 4:09 PM
**To:** Patrick Vail <pvail@pvaillaw.com>; Jeff Ahlholm <jeff@agracapital.com>
**Cc:** jkornfeld@bskd.com; Ranade, Amit <aranade@swlaw.com>
**Subject:** Conference with Receiver / Information Requests

[EXTERNAL] jbender@corrcronin.com

ER 408 / Confidential

████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

███████████████████████████████████████████████████
████████████████████████████

Thx,

John

**John T. Bender** | Partner
**CORR CRONIN | LLP**
1015 Second Avenue | 10th Floor | Seattle, WA 98104-1001
P: 206-625-8600 | D: 206-652-8659 | F: 206-625-0900
jbender@corrcronin.com  |  www.corrcronin.com

**NOTICE:**

This electronic message transmission contains information which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you received this electronic transmission in error, please notify the sender and delete the copy you received.

4

Ranade Decl. Ex.

The preliminary information contained herein has been prepared under the terms of our engagement letter dated November 9, 2023 solely on behalf of Refreshing USA LLC and Affiliates, Water Station Management LLC and Subsidiaries, Creative Technologies LLC and Subsidiaries and is intended for use only by those parties to the engagement letter. This draft report is incomplete and is subject to the completion of items as outlined within this report. This draft report has not been subjected to proofing and the firm's quality review process.

# Project Refreshing
**DRAFT** Due Diligence Report

Prepared by Marcum LLP
Transaction Advisory Services

MARCUM
ACCOUNTANTS ▲ ADVISORS
www.marcumllp.com

## Tables of Contents

| Section | Description | |
|---|---|---|
| 1. | Transmittal Letter | 3 |
| 2. | Scope and Disclosure Notices | 4 |
| 3. | Glossary of Key Terms | 5 |
| 4. | Business Overview | 6 |
| 5. | Points of Interest | 10 |
| 6. | Combined Quality of Earnings | 22 |
| 7. | Combined Summary Financial Statement Analysis | 26 |
| 8. | Exhibits | 30 |
| 9. | Scope of Procedures | 96 |

MARCUM



March 1, 2024

Ryan Wear, CEO
Refreshing USA LLC and Affiliates
Water Station Management LLC and Subsidiaries
Creative Technologies LLC and Subsidiaries
2732 Grand Ave #122
Everett, WA 98201

Dear Mr. Wear,

We are pleased to assist you in performing due diligence of Refreshing USA LLC and Affiliates, Water Station Management LLC and Subsidiaries, and Creative Technologies LLC and Subsidiary (collectively the "Company") in connection with a potential sale or recapitalization of the Companies. We have performed certain limited procedures and made certain inquiries requested by you with respect to the financial and accounting matters of the Company. Our findings and observations are set forth in the attached report.

The information presented herein is based on limited discussions with and information provided by the Company's management and includes our findings and observations resulting from procedures performed through March 1, 2024. Our findings and observations are based primarily on financial information for the year ended December 31, 2022 and the trailing twelve-month period ended September 30, 2023.

In view of the special purpose and limited scope of our engagement, the comments and observations included in this report are principally limited to those matters that, based on the terms of our engagement letter and our related discussions with you, would appear to be of significance or interest to you, or that might require further consideration or follow-up in connection with the consummation of a proposed transaction. You acknowledge, therefore, that other factors not discussed or referred to in the report may need to be considered by you in evaluating the merits of a transaction.

We have not independently verified the information gathered or contained in this report and accordingly, our procedures do not constitute an audit or examination in accordance with generally accepted auditing standards, nor do they constitute an examination of a forecast in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). Therefore, we do not express a conclusion, or provide any other form of assurance, on the completeness or accuracy of the information in (a) the financial statements of the Company as of any date, or for any period, or (b) any financial data or other information, including any forecasts or projections, or other forward-looking information, included or referred to in this report. Our observations do not constitute a report on the application of accounting principles in accordance with standards established by the AICPA.

Also, any procedures with respect to the Company's internal controls over financial reporting were substantially less in scope than an examination of internal controls conducted in accordance with Statements on Standards for Attestation Engagements issued by the AICPA.

In addition, the procedures we performed at your request may not comprehend all matters relating to the Company's financial information that might be pertinent or necessary to your evaluation of a proposed transaction. Accordingly, we make no representation as to the sufficiency of our procedures for your purposes. Also, because our professional expertise does not extend to the evaluation of any proposed transaction, we are unable to express, and do not express, any opinion concerning the merits of a proposed transaction or the fairness of the contemplated terms thereof.

Responsibility for the Company's financial statements, including the proper application of Generally Accepted Accounting Principles ("GAAP") to record the effects of a proposed transaction, rests with the Company's management. Accordingly, our observations in the accompanying report relating to the accounting treatment of selected balances or transactions or the application of GAAP to a proposed transaction as a whole are intended to serve only as general guidance to assist you in evaluating the Company's affairs and the ramifications of a proposed transaction. Such observations are based solely on our understanding of the pertinent facts and circumstances. Information contained in this report is subject to change in the event that additional information is brought to our attention.

The accompanying report is highly confidential and intended solely for your information in connection with a proposed transaction of the Company. Any information contained in this report is not to be otherwise used or referred to, in whole or in part, or quoted by, excerpt or referenced in any manner without the express written permission of Marcum LLP.

DRAFT

Very truly yours,

Marcum LLP



MARCUM

# Scope and Disclosure Notices

## Scope and Scope Limitations

The following is a report of our more significant findings and observations. The scope of the procedures we performed was specifically limited to those procedures established by the management of Refreshing USA LLC and Affiliates, Water Station Management LLC and Subsidiaries, and Creative Technologies LLC and Subsidiary and cannot be relied upon to disclose all significant matters or to disclose errors, fraud, or other illegal acts that may exist. Consequently, we make no representations regarding the sufficiency of the procedures described in our engagement letter for the purpose for which this report has been requested or for any other purpose.

Our access to Company personnel was limited solely to discussions with Ryan Wear, CEO, and Jeremy Briggs, Controller. We carried out our procedures principally by:

(a) Reading and analyzing financial, accounting and other information provided by management and conducting inquiries with management.

(b) Analyzing the Company's balance sheets and income statements as of and for the year ended December 31, 2022, the year-to-date period ending September 30, 2023.

(c) Review of the audited financials statements of Refreshing USA and Creative Technologies for the fiscal years ended December 31, 2021 and 2022, and Water Station Management for the year ended December 31, 2022.

(d) Reading and analyzing other information supplied by the Company for the purpose of providing comments and background information considered useful in the current circumstances.

We have not audited any of the information provided to us. Accordingly, we do not express an opinion or any other form of assurance on any of the information contained herein. Had we performed additional procedures, other matters might have come to our attention that would have been reported.

## Tax Disclosure Notice

Any tax information contained in this report and any commentary related thereto is being provided for informational purposes only and may not be used by any taxpayer for the purpose of avoiding tax obligations or tax penalties of any kind.

At management's request, we have not performed any detailed due diligence procedures with respect to the tax matters of the Company. This includes not only tax compliance matters but also the application of ASC Topic 740 to any deferred tax assets or liabilities included in the financial statements of the Company.

## Forward-looking Information

Certain information contained in this report may relate to forward-looking information provided by management. Forward-looking information could include, or be based upon, forecasts and/or projections provided by management and/or statements made by management regarding its future expectations of the business.

As described elsewhere herein, the procedures applied by Marcum LLP do not constitute an examination of a forecast. Forecasts and projections are inherently subjective and there can be no assurance that any statements contained herein regarding management's forecasts will materialize in the manner expected by management, if at all. Accordingly, any forward-looking information contained herein is based solely on information provided by management and is being presented for informational purposes only.

Ranade Decl. Ex.

24-01864-FPC11    Doc 22-4    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 9 of 24

Page 009 of 277

# Glossary of Key Terms

## Periods Analyzed

| | |
|---|---|
| FY22 | Fiscal year 2022, the twelve months from January 1, 2022 through December 31, 2022 |
| Historical Period | The period from January 1, 2022 through September 30, 2023 |
| LTM Sep-23 | Last twelve months ending September 30, 2023, the period from October 1, 2022 through September 30, 2023 |
| YTD Sep-22 | Year to date 2022, the period from January 1, 2022 to September 30, 2022 |
| YTD Sep-23 | Year to date 2023, the period from January 1, 2023 to September 30, 2023 |

## Entities

| | |
|---|---|
| The Company | Refreshing USA LLC and Affiliates, Water Station Management LLC and Subsidiary, and Creative Technologies LLC and Subsidiary |
| Creative, CT | Creative Technologies LLC and Subsidiary, founded in 2009 |
| Water Station, WSM | Water Station Management LLC, and Subsidiary, founded in 2012 |
| Refreshing, RUSA | Refreshing USA, Inc. and Affiliates, founded in 2020 |
| Client, Owners | Members of Refreshing USA LLC and Affiliates, Water Station Management LLC and Subsidiary, and Creative Technologies LLC and Subsidiary |

## Other Terms

| | |
|---|---|
| AICPA | American Institute of Certified Public Accountants |
| A/P | Accounts payable |
| A/R | Accounts receivable |
| DIOH | Days Inventory on hand |
| DSO | Days sales outstanding |
| DPO | Days payable outstanding |
| EBITDA | Earnings before interest, taxes, depreciation and amortization |
| FTE | Full time equivalent |
| GAAP | Generally Accepted Accounting Principles in the United States |
| N/Q | Not quantified |
| PTO | Paid time off |
| Unadjusted working capital | Current assets, less current liabilities |

Ranade Decl. Ex.
24-01864-FPC11    Doc 22-4    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 10 of 24
Page 010 of 277



SECTION 4
Business Overview

# Business Overview

## Business Overview

Refreshing USA LLC ("RUSA"), Water Station Management LLC ("WSM"), and Creative Technologies LLC ("Creative"), collectively referred to as the "Company", were founded in Everett, Washington. Through its affiliates and subsidiaries, the Company manages water dispensing and vending machines throughout the United States. Water stations and vending machines are owned by the Company, with some water stations separately owned by third-party investors. The Company plans to exercise its options to repurchase water stations owned by third parties.

Creative purchases water stations from third parties and also manufactures water stations. Management estimates that 25% of the water station equipment is currently manufactured in-house. Vending machines are purchased from third-party manufacturers.

Creative and WSM install water station equipment at host locations, while RUSA sources/purchases the vending equipment. RUSA services substantially all the vending and water station equipment for the Company.

The Company enters into agreements with customers to host vending machines and water stations, for which it pays location fees. The Company's customer base is wide-ranging and consists of various retailers, schools, hotels, and other vending locations. As a result of the Company's multiple market segments and broad geographic presence, the Company does not experience significant customer concentration. See the Exhibits for additional discussion.

Revenues from water stations consist of equipment sales by Creative and consumer water purchases recorded on WSM. Vending revenues are primarily comprised of food, snack, and beverage sales. Vending revenues represented 53% of total gross revenue during the LTM Sep-23 period. While water sales represented 32% total gross revenues during the same period. Refer to the Points of Interest and the Exhibits for further details of revenues and financial performance.

## Combined Financial Overview

| US$ in thousands | | FY22 | | LTM Sep-23 |
|---|---|---|---|---|
| **Revenue** | $ | 130,072 | $ | 164,285 |
| Growth rate | | | | 26.3% |
| **Gross profit** | $ | 55,668 | $ | 69,191 |
| Gross profit % | | 42.8% | | 42.1% |
| **Operating income** | $ | 27,665 | $ | 36,507 |
| Operating income % | | 21.3% | | 22.2% |
| **Net income** | $ | 12,919 | $ | 11,987 |
| Net income % | | 9.9% | | 7.3% |
| **EBITDA, as reported** | $ | 27,665 | $ | 36,507 |
| EBITDA %, as reported | | 21.3% | | 22.2% |
| **Preliminary Diligence adjusted EBITDA** | $ | 28,901 | $ | 38,745 |
| EBITDA %, as adjusted | | 25.5% | | 26.3% |
| **Preliminary Pro forma adjusted EBITDA** | $ | 48,820 | $ | 58,624 |
| EBITDA %, as adjusted | | 43.0% | | 39.7% |

| Balance Sheet | | 12/31/2022 | | 9/30/2023 |
|---|---|---|---|---|
| Current assets | $ | 44,772 | $ | 35,306 |
| Fixed assets | | 83,778 | | 99,300 |
| Other assets | | 89,902 | | 113,428 |
| **Total assets** | $ | 218,453 | $ | 248,034 |
| Current liabilities | $ | 16,716 | $ | 26,796 |
| Other liabilities | | 92,475 | | 111,302 |
| Members' equity | | 109,262 | | 109,935 |
| **Total liabilities and members' equity** | $ | 218,453 | $ | 248,034 |

Source: Trial Balance, Diligence Analysis

MARCUM







# Business Overview – Organization Structure

| | Description |
|---|---|
| **Creative Technologies LLC ("CT")** | CT is a manufacturer of water dispensing machines which are constructed by CT or purchased from third-party manufacturers. CT sells these machines to independent investors and to WSM. Upon sale to an investor, the custody of the machines is transferred to WSM for servicing. K-2 provides manufacturing services to third-party customers. |
| **Water Station Management ("WSM")** | WSM identifies clients to "host" the water dispensing machines manufactured by CT and is responsible for the installation, operating and servicing of the units. WSM subcontracts the servicing of the units to RUSA. WSM also derives revenues from providing residential and commercial plumbing services through TRC Plumbing. The operations of AZ Water & Ice have been merged into the WSM operations and general ledger. |
| **Refreshing USA, LLC ("RUSA")** | RUSA generates revenues from vending machine product sales at host locations. RUSA also generates revenues from servicing water machines through a servicing arrangement with WSM. RUSA currently conducts business through twenty-one companies that are affiliates under common control. See Exhibits for the details of the affiliated companies. |

See Points of Interest for additional details of Basis of Presentation and Related Parties

**MARCUM**

www.marcumllp.com

8

# General Business Overview

## Management Team

The Companies' management team included the following individuals:

- **Ryan Wear** – CEO, Managing Member
- **Jeremy Briggs** – Corporate Controller
- **Nickolas Streeter** – Director of Research and Development
- **Michael Cloutier** – Director of Manufacturing (Creative)
- **Scott Ribbs** – Regional VP of Operations – West Regions (WSM, RUSA)
- **Ron Cook** – Regional VP of Operations – East Regions (WSM, RUSA)
- **Bryce Froberg** – Director of Business Development (WSM, RUSA)

### Headcount & Organization

The combined operations employed approximately 411 full-time employees as of September 30, 2023, based on payroll and headcount information provided by management. Refer to the Exhibits for additional details regarding headcounts and employee benefits.

### Accounting and Finance Function

The Company's accounting and finance function is overseen by Jeremy Briggs, Corporate Controller. As of September 30, 2023, the key accounting and finance function was comprised of 8 employees comprised of 2 employees in Washington and regional accounting staff of 6 located throughout Florida, Georgia, Illinois, Texas.

The Company's accounting staff oversee the operations of the Refreshing affiliates on a regional basis. Management indicated that regional accounting staff in Texas manage Refreshing GP and TX; regional accounting staff in Illinois manage Refreshing GL; regional accounting staff in Georgia manage Refreshing GA, and regional accounting staff in Florida manage Refreshing AZ, CA, CO, NM, NE, NV and MW. Centralized accounting staff in Washington manage Refreshing WA, MT, OR and Refreshing USA. Refreshing MA's accounting is outsourced to external accountants. See Points of Interest for further discussion on the closing process.

## Information Technology and Applications:

The Company's IT Function is managed by Nickolas Streeter, Director of Research and Development along with George Caruso, an IT Associate. The Company's QuickBooks files are routinely backed up on a server platform, which is accessed through an offsite VPN. The Company utilizes Google Mail and Google Drive to manage email and electronic documents, respectively, which are backed up to Google's servers. Management indicated all critical systems are in working order and does not see a need for any upgrades.

The Company utilizes the following systems for financial accounting and reporting:

- *General Ledger:* QuickBooks Desktop
- *Inventory Management and Cost Accounting:* QuickBooks Desktop
- *Payroll Processing:* Paycor, Inc. through October 2023, Paylocity after October 2023.
- *Banking:* Bank of America, Chase
- *Billing:* QuickBooks Desktop
- *Vending Machine Point of Sale:* Parlevel
- *Contract Management:* Location fee agreements with customers, documentation related to equipment purchases under the WSM bond agreement and water station equipment purchase/ service agreements are maintained within Google Docs.

## Basis of Presentation

The Company's financial information consists of the combined financial statements of RUSA, WSM and Creative. These separate entities financial results were combined for the purposes of this report and have not been historically combined for financial statements reporting purposes. See Points of Interest for further details.



MARCUM



SECTION 5
Points of Interest

24-01864-FPC11    Doc 22-4    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 15 of 24

# Points of Interest: Combined Financial Performance

## Revenue, as adjusted:

### Vending:

Vending revenues consist of point-of-sale revenues recorded on RUSA. The Company's vending machine count has remained relatively stable from December 31, 2022 to September 30, 2023 with approximately 14.7 thousand vending machines in the company's network, these machines are held by approximately 3 thousand customers across 30 states. Management indicated that revenues decreased slightly from FY22 to LTM Sep-23. Management attributed these declines in increased competition in the Colorado and Montana regions. See the Divested Entity Point of Interest, Quality of Earnings and Exhibits for additional information.

### Water Station

Consists of revenue earned from WSM's network of water stations. Management indicated that this revenue has increased from FY22 to LTM Sep-23 as the Company has increased the amount of water stations deployed in the network. While the water station count has increased from approximately 20.3 thousand water station December 31, 2022 to approximately 24.3 thousand water stations as of September 30, 2023, driven by an increase in company owned water stations being activated in the network. Management indicated that there are approximately 92 individual investors who own the water stations. The Company plans to exercise their option to buy-back the water machines from investors after the expected recapitalization. There is an adjustment to reported EBITDA that reflects the impact of the Company no-longer having to pay the profit share to the investors. Refer to the Quality of Earnings for further discussion.

### WS Equipment Sales

This balance represents third-party sales of water machines. Management indicated the Company completed a large sale on water stations during YTD Sep-23 that drove the increase from FY22 to LTM Sep-23.

| Combined Financial Performance | | |
|---|---|---|
| US$ in thousands | FY22 | LTM Sep-23 |
| Vending | $ 51,918 | $ 49,334 |
| Water stations | 33,772 | 39,947 |
| WS equipment sales | 17,024 | 47,793 |
| Other | 10,770 | 10,449 |
| **Revenue, as adjusted** | **$ 113,484** | **$ 147,524** |
| Growth rate | | 30.0% |
| **Gross profit, as adjusted** | **$ 70,649** | **$ 84,527** |
| Gross profit % | 62.3% | 57.3% |
| **Preliminary Pro forma adjusted EBITDA** | **$ 48,820** | **$ 58,624** |
| Pro forma adjusted EBITDA % | 43.0% | 39.7% |
| **Machine Count (in thousands)** | **12/31/2022** | **9/30/2023** |
| Water stations owned by Company | 7.7 | 10.6 |
| Water stations owned by investors | 12.6 | 13.7 |
| **Total water stations in use** | **20.3** | **24.3** |
| Vending machines | 14.7 | 14.7 |
| Vending location customers | - | ~3.0 |
| Number of states served (actual) | - | 30 |

**Source:** JV Owned Water Stations, Master Collateral File, Integrated Model

MARCUM

www.marcumllp.com     11

Ranade Decl. Ex.
Page 016 of 277

24-01864-FPC11     Doc 22-4     Filed 09/10/24     Entered 09/10/24 14:36:12     Pg 16 of 24

# Points of Interest: Combined Financial Performance (Continued)

**Revenue, as adjusted (continued):**

**Other revenues:**

Consists of manufacturing and plumbing revenues from their K-2 MFG LLC and TCR Plumbing subsidiaries. Management attributed the decrease in revenues from these subsidiaries and decreases in plumbing revenues resulting from the Company completing a large project in FY22 that did not carry forward to LTM Sep-23. Refer to the Exhibits for further discussion of revenue trends.

**Gross Profit, as adjusted:**

Adjusted gross profit decreased increased from FY22 to LTM Sep-23 primarily driven by higher sales volumes. While management indicated gross profit percentage decreased in LTM Sep-23.

**Pro forma adjusted EBITDA:**

Management attributed the increase in pro forma adjusted EBITDA to the increase in gross profit which was primarily driven by the increase in water station count, and WS equipment sales. Pro forma adjusted EBITDA % was primarily impacted by the decrease in gross profit %.

| Combined Financial Performance | | |
| --- | --- | --- |
| US$ in thousands | FY22 | LTM Sep-23 |
| Vending | $ 51,918 | $ 49,334 |
| Water stations | 33,772 | 39,947 |
| WS equipment sales | 17,024 | 47,793 |
| Other | 10,770 | 10,449 |
| **Revenue, as adjusted** | **$ 113,484** | **$ 147,524** |
| Growth rate | | 30.0% |
| **Gross profit, as adjusted** | **$ 70,649** | **$ 84,527** |
| Gross profit % | 62.3% | 57.3% |
| **Preliminary Pro forma adjusted EBITDA** | **$ 48,820** | **$ 58,624** |
| Pro forma adjusted EBITDA % | 43.0% | 39.7% |

| Machine Count (in thousands) | 12/31/2022 | 9/30/2023 |
| --- | --- | --- |
| Water stations owned by Company | 7.7 | 10.6 |
| Water stations owned by investors | 12.6 | 13.7 |
| **Total water stations in use** | **20.3** | **24.3** |
| Vending machines | 14.7 | 14.7 |
| Vending location customers | - | ~3.0 |
| Number of states served (actual) | - | 30 |

**Source:** JV Owned Water Stations, Master Collateral File, Integrated Model

MARCUM



# Points of Interest: Basis of Presentation and Closing Process

## Basis of Presentation

The combined financial information consists of three separate consolidated financial statements including Refreshing USA LLC and Affiliates, Water Station Management LLC and Subsidiaries, and Creative Technology LLC and Subsidiary. These separate consolidated entities are being combined for the purposes of this report and are not combined for financial statement reporting purposes.

For the RUSA consolidation, we understand the Company did not receive Refreshing Mid Atlantic and Refreshing Mid West regions on a monthly or quarterly basis. The results for these two regions are reflected in the combined results in the following manner:

- The Refreshing Mid West YTD Sep-22 interim results were based on the actual sales and estimated expenses. We compared the net income included in the actual monthly trial balances to the YTD Sep-22 estimates and noted a $147 thousand variance.

- The Refreshing Mid Atlantic YTD Sep-22 interim results were based on the actual sales and estimated expenses. The monthly trial balances containing the actual results were not available.

- The Controller indicated that the Refreshing Mid West YTD Sep-23 interim results were based on actual sales, actual payroll expenses and other estimated expenses. The monthly trial balances for Refreshing Mid West containing the actual results were available however the estimates included in arriving at the consolidated balances were not segregated for this region and therefore we are unable to compare the trial balances to the amounts in the consolidation.

- The Controller indicated that the Refreshing Mid Atlantic YTD Sep-23 interim results were based on actual sales and estimated expenses. The Company provided monthly trial balances on an estimated basis for Refreshing Mid Atlantic for YTD Sep-23 estimates included in arriving at the consolidated balances were not segregated for this region and therefore we are unable to compare the trial balances to the amounts in the consolidation.

A non-quantified adjustment reflecting the potential impact to reported sales and EBITDA for the Company has been included in the Quality of Earnings analysis. Refer to the Quality of Earnings for further discussion.

The major intercompany eliminations included in arriving at the combined financials are as follow:

- Sales by Creative of water station equipment to WSM
- Revenues generated by RUSA in connection with servicing WSM equipment
- Intercompany ownership interests in RUSA held by WSM

## Closing Process

**Financial Reporting and Close Process:** The Company currently closes its books monthly (with the exception of RUSA's Mid Atlantic and Mid West regions as described above). The regional accounting departments perform hard transactional closes (with the exceptions noted above) after month end where bank statements, accounts receivable and accounts payable are reconciled, and revenues are reconciled to reports generated by Parlevel machine reports. On a quarterly basis, Jeremy Briggs, Controller, receives the closed quarterly data and eliminates the intercompany activity and records certain top-side adjustments in the respective consolidation worksheets for each of three entities (RUSA, Creative, WSM).

Ranade Decl. Ex.
24-01864-FPC11    Doc 22-4    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 18 of 24
Page 018 of 277



# Points of Interest: Significant Related Party Transactions and Facilities

## Related Parties

The following is a summary of the Company's principal transactions with related parties:

1. **Ideal Property Investment LLC ("Ideal"):** Creative has advanced funds to Ideal Property Investments, LLC, a related party, from which Refreshing USA leases warehouse and office space at 22 locations. Although this asset is labeled as an investment in the financial statements, management indicated that Creative does not hold ownership interests in Ideal or Ideal's properties. See Exhibits for details of the facilities and Quality of Earnings for additional discussion on lease rates.

2. **Notes Receivable:** Creative has recorded notes receivable from Summit Management Services LLC for advances that were used by Summit to acquire third party vending companies that now form the RUSA vending network. Additionally, the Company has recorded notes receivable with Pistol, Inc., Aurora OB, and Ideal.

3. **Summit Management Services LLC ("SMS"):** SMS is a related party controlled by the principal owner and is the 88.9% owner of Refreshing. SMS conducted third-party vending acquisitions which were transferred to RUSA in exchange for equity ownership in what now constitutes Refreshing's vending network. Refreshing's current vending network was a result of a January 2023 reorganization transaction in which membership interests were issued by Refreshing to SMS and WSM in exchange SMS vending assets and WSM granting RUSA exclusive rights to service water station equipment.

4. **RSM / WSM Service Agreement:** RUSA has an exclusive agreement to service water machines on behalf of WSM, including managing the use, operation, inspection, service, repair, maintenance and filter changes of WSM dispensers. RUSA documents all water vending sales, collects cash payments contained in the machines, and deposits the cash into bank accounts. RUSA must remit the funds collected to WSM and must generate detailed sales reports within an agreed-upon time. RUSA earns a monthly maintenance and service fee ("M&S Fee") equal to 20% of the net dispensary revenues. This fee is eliminated in the combined results presented in this report. See also Points of Interest, Basis of Presentation.

5. **Creative Vending Machines:** Management indicated that Creative owns vending machines that are currently being serviced by RUSA. Management further indicated that RUSA recognizes revenues on the sales of product from these machines and recognizes the associated costs of servicing the machines. Creative pays location fees related to the vending machines that RUSA services.

6. **Creative Investor Fees :** Creative pays investors fees related to equipment that is held and managed by WSM – see Accounting Policies for further information.

## Facilities

We noted the following with respect to the Company's facilities:

- The Company's primary landlord is Ideal Property Investment LLC, related party, which owns 22 locations the Company is leasing, one of these locations was vacated post the Historical Period when the Company sold Refreshing California.

- Management indicated that there are additional properties within Ideal that the Company does not lease.

- The controller indicated that there are various subtenants in the Company's facilities that pay subtenant rentals to Ideal directly.

- As of September 30, 2023 the Company was leasing six facilities from third-party landlords. We noted that two of the facilities third-party lease agreements were transferred subsequent to the Historical Period in connection with the sales of the respective regions. Refer to the Quality of Earnings for further discussion.

A comprehensive schedule of the facilities utilized by the Company as of September 30, 2023 can be found in the Exhibits.



MARCUM

# Points of Interest: Acquisitions and Divestitures

## Acquisitions

The Company has completed sixteen acquisitions since September 2019. Four of these acquisitions occurred during the Historical Period in January 2022.

- Southern Vending, SVS Vending, Top Priority are vending related businesses and are included within RUSA's consolidated financial statements as part of Refreshing Georgia, Refreshing Mind Atlantic and Refreshing Florida, respectively.
- K-2 Manufacturing is a sheet metal fabricator and was acquired by Creative. K-2's results are included in Creative's consolidated financial statements. Management indicated the Company did not incur significant professional fees in connection with these acquisitions.

As these acquisitions occurred in the first month of the Historical Period, no pro forma adjustment for pre acquisition activity was proposed.

## Divestitures

Subsequent to the Historical Period, the Company divested of Refreshing California, Refreshing Nevada and Refreshing New England on October 12, 2023, November 12, 2023 and October 4, 2023 respectively. The Company received proceeds of $1.7 million, $2.3 million and $1.4 million respectively. Management indicated that the divestitures were driven by the poor performance of these routes relative to other regions, specifically management indicated that while California had positive EBITDA in the LTM Sep-23 period they lost a key contract that would significantly impact future results. Management indicated all trucks, employees and routes left the combined Company in connection with these divestures. Additionally, the Company no longer occupies the facilities that these entities previously utilized. Refer to the Quality of Earnings for further discussion.

| Divested Entities<br>US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|
| Refreshing California | $ 11,099 | $ 12,025 | $ 7,015 | $ 7,942 |
| Refreshing New England | 2,383 | 2,396 | 1,823 | 1,836 |
| Refreshing Nevada | 3,106 | 2,339 | 2,390 | 1,624 |
| Reported revenue | $ 16,588 | $ 16,761 | $ 11,228 | $ 11,402 |
| Refreshing California | 1,462 | 1,464 | 945 | 947 |
| Refreshing New England | 141 | 374 | 125 | 358 |
| Refreshing Nevada | (255) | (47) | (150) | 57 |
| Reported EBITDA | $ 1,348 | $ 1,791 | $ 920 | $ 1,362 |

Source: WFS Workbook



# Points of Interest: Vehicle Fleet

The Company utilizes a fleet of vehicles for product delivery and service for its vending machines and water stations. The analysis below summarizes the Company's vehicle fleet as of January 15, 2024, with average mileage of each fleet vehicle by model year. Marcum noted the following:

- The Company has approximately 271 vehicles in total across all three entities.

- The Company was able to provide mileage data for 237 vehicles. Of these vehicles the average mileage of was 162,249. Management indicated that of the remaining 34 vehicles 5 vehicles are for personal use. For the other 29 vehicles the Company was unable to provide mileage for these vehicles and management indicated these vehicles are not in service. For 3 of those vehicles the Company cannot find keys, for 4 of these vehicles the batteries are dead and for the remaining 22 vehicles management was unable to provide the odometer reading. Vehicles that owned by entities that were divested subsequent to the Historical Period are not included in this analysis.

- Management indicated that there are no operating leases and the vehicles are either owned outright by the Company or are bank financed.

- Approximately 78% of the currently in service vehicles are model year 2018 or previous.

- Management indicated that Company does not have internal mechanics but rather utilizes local repair shops as needed.

- The Company has not historically followed a structured replacement program based on the age or mileage of vehicles. Management indicated past replacements have been based upon management's discretion and does not expect significant capital outlays to update the fleet are needed at this present





| Inventory | | |
|---|---|---|
| US$ in thousands | 12/31/22 | 9/30/23 |
| **Creative Technologies:** | | |
| Water machine inventory | $ 23,995 | $ 21,233 |
| **Refreshing USA:** | | |
| Inventory in machines | $ 4,524 | $ 4,503 |
| Inventory in trucks | 417 | - |
| Inventory in warehouses | 3,005 | 1,564 |
| **Total Refreshing USA Inventory** | $ 7,945 | $ 6,068 |
| Unreconciled variance | - | 3 |
| **Total inventory** | $ 31,941 | $ 27,303 |
| **Statistics** | | |
| Cost of goods sold | $ 74,404 | $ 95,094 |
| Annualized inventory turns | 2.7 | 3.4 |
| Days of COGS in ending inventory | 133 | 105 |
| Source: Inventory workbooks | | |

**Inventory Overview:**

Inventory is overseen by the CEO, Director of Manufacturing and Regional VP of Operations.

**Inventory Composition:**

Inventory primarily consists of finished and in-process water stations, and vending inventory available for sale. Additionally, inventory also includes certain components for water machines (Creative) including motherboards and filters as well as plumbing equipment (TCR Plumbing) and sheet metal (K-2 Manufacturing).

**Physical Inventory:**

The Company's finished and in-process water machines are primarily stored at Creative's warehouses. The Company's vending inventory is stored at warehouses, trucks and vending machines. Management indicated the Company performs physical counts of all trucks and warehouse equipment on a quarterly basis, while a sample physical is made for the vending machines.

**Inventory Valuation:**

All inventory is considered finished goods or work-in-process. Parts that relate to water machines are included in work-in-process inventory. Finished goods consisting of water machines, snacks and beverages these are typically valued at the purchase price. The Company values its inventory at the lower of cost or net realizable value. As of September 30, 2023, truck inventory, part and supplies are classified within the inventory in warehouses. Management highlighted the following related to inventory valuation:

Finished Goods:

- Outsourced manufactured machines are valued at the purchase price of the machine. Management indicated that approximately 75% or more of the Company's water machines are purchased from third – party manufacturers.

- For in-house assembled machines, direct labor hours are applied based on actual labor hours incurred in the assembly of the machine.

- Management explained that vending inventory is typically located in the warehouses, trucks and in vending machines. Inventory in vending machines is valued based on an estimate of $275 per vending machine. This amount was determined by the Company performing a sampling of inventory within regions.

Work-in-process: WIP water machine inventory primarily consists of parts valued at the purchase price.

**Inventory Reserves:**

The Company has not historically recorded a reserve for excess or obsolete inventory. Management believes the inventory balances consist of sellable product and usable materials. In FY22, the Company identified $1.1 million in inventory that was written off. This write off was considered out-of-period and excluded from reported EBITDA. Refer to the Quality of Earnings for further discussion.

The determination of potential E&O inventory and the setting of reserves is judgmental in nature and dependent on management's knowledge of products and industry conditions.



Ranade Decl. Ex.
1
Page 022 of 277

24-01864-FPC11     Doc 22-4     Filed 09/10/24     Entered 09/10/24 14:36:12     Pg 22 of 24

# Points of Interest: Accounting Policies and Procedures – Revenue Recognition

| Revenue Type | LTM Sep-23 Revenue ($000's) | Revenue Recognition |
|---|---|---|
| **Creative Technologies:** | | |
| Water station equipment sales | $ 72,219 | Machine revenues consist of sales of water station machines by Creative to third-party investors and WSM, a related party. For third-party equipment sales, he Company receives advanced funds from investors prior to machine procurement or manufacturing, and records any advanced funds received as deferred revenues. The Company recognizes revenue and related costs of goods sold on the machines once the machines are ultimately placed into service at the host locations. The Company also sells machines to WSM at rates offered to third-party investors. Intercompany revenues and profits on sales to WSM are eliminated in combination. |
| Manufacturing revenue | 7,659 | Manufacturing revenues are generated by K2 MFG, LLC, a subsidiary of Creative, through sales to third-parties. The Company manufactures precision sheet metal components and other products for various industries including automotive and aerospace. The Company receives purchase orders indicating the required products and specifications, and upon manufacturing of the components, the Company recognizes revenue upon shipment at FOB shipping point. |
| Vending revenue | - | Revenue derived from vending equipment that is owned by Creative is reflected on the books of RUSA (see below). |
| **Creative Technologies - consolidated revenue** | **$ 79,878** | |
| **Water Station Management:** | | |
| Water sales | $ 39,947 | Water services are comprised of revenues earned from the sale of water to individual consumers within WSM's network. Each water machine has a point of sale system which is used to generate real-time sales reports. The Company downloads data generated by the Parlevel point-of-sale management system to record sales for the period on a monthly basis and ultimately reconciles to monthly reports. The Company further utilizes the monthly reports to calculate the amounts owed to host locations ("Location Fees"), amounts owed to Refreshing for servicing and amounts owed to third-party equipment investors ("IV Partner Payments"). |
| Plumbing services | 2,790 | Plumbing services are revenues generated by TCR Plumbing LLC, a subsidiary of WSM. The Company performs various residential and commercial plumbing services for third parties which are invoiced and recognized upon fulfillment of the performance obligations. |
| **Water Station Management - consolidated revenue** | **$ 42,737** | |
| **Refreshing USA** | | |
| Vending revenue | $ 49,060 | The Company engages third parties to host vending machines at their locations. The Company stocks food and beverages in each machine which are sold to individual customers through a point-of-sale terminal on each machine. Revenue is recorded on each transaction which is accounted for through the Company's Parlevel point-of-sale management software. The Company receives monthly reports ("Flash Reports") from these machines that indicate the sales for the period, which are utilized to record sales. |
| OCS/Pantry revenues | 17,035 | The Company supplies hotels and other hospitality companies with bulk food products at discounted or bulk rates for further resale by the customer. The Company invoices the customers for the items ordered upon delivery of the goods to the respective locations. |
| Total vending revenue | 66,095 | |
| Water station servicing | 6,532 | The Company has an exclusive agreement to service certain water station machines under WSM's network, which are generally machines within Refreshing's areas of operation. As part of the servicing agreement, the Company downloads Parlevel activity reports indicating sales for the period, collects money from the machines for counting and depositing, and replaces filters and parts as necessary. The Company bills WSM a flat fee of 20% of gross sales of water from the machines as reported by Parlevel reports. These intercompany service fees have been eliminated in the combination of the three entities. |
| **Refreshing USA - consolidated revenue** | **$ 72,627** | |
| **Eliminations:** | | |
| Intercompany water station sales | $ (24,426) | Elimination of revenues recognized through the sale of water machines from Creative to WSM. |
| Intercompany service fees | (6,532) | Elimination of intercompany revenues earned by Refreshing for servicing WSM water machines. |
| **Total combined revenue** | **$ 164,285** | |

Note: The Company has not had an ASC 606 study performed to validate revenue recognition policies adhere to recent changes in GAAP. We discussed revenue recognition with management who asserted they have evaluated revenue recognition for compliance with GAAP and believe their policies comply with ASC 606. A study of the Company's compliance with ASC 606 is outside the scope of this report.



Ranade Decl. Ex.

24-01864-FPC11     Doc 22-4     Filed 09/10/24     Entered 09/10/24 14:36:12     Pg 23 of 24

Page 023 of 277

MARCUM

# Points of Interest: Significant Accounting Policies and Procedures

**Significant Accounting Policies and Procedures**

## Cash Management:

**RUSA / WSM:** A significant portion of the RUSA and WSM's vending and water sales revenues are paid for by cash and credit card. Management indicated approximately 50-60% of vending and water sales are collected in cash. Management indicated that cash is picked up by drivers during machine servicing routes and supplies are replenished. Drivers print out Parlevel reconciliation reports, which exclude information regarding cash amounts to be collected ("Blind Reports") from the machines along with the cash. Drivers bag the cash collected in color-coded or numbered bags, which are marked with identification tags to include the route and/or machine that has been serviced. Color-coded or numbered bags are brought to an individual authorized to go into the counting room, and depending on the time of day, cash is counted within 24 hours. All cash and coins received are counted, strapped or bagged, and entered into Parlevel before being stored in a safe for the next deposit day. Parlevel reports including machine sales amounts and cash collected amounts are reconciled by individuals to ensure that cash collected matches the cash reported by the machines for each entity Cash deposits are prepared on Mondays and Thursdays after being counted and picked up by armored car. Each Refreshing branch and WSM have separate bank accounts. Cash is then deposited to the respective branch's bank accounts. Cash is reconciled monthly to revenue reports generated by Parlevel, by branch and location. Credit card transactions are reconciled to merchant deposits and Parlevel reports monthly by entity.

**Creative:** Management indicated that Creative accepts cash, ACH, credit cards and wire transfers for payments on equipment sales. Management indicated that any cash and checks received are deposited into individual Creative cash accounts and reconciled on a monthly basis. The Company reconciles any credit card sales to merchant deposit reports on a monthly basis.

**Accounts Payable:** The Company's purchase terms are dependent on the supplier, however, management indicated that a majority of the Company's suppliers are pay as you go, generally not exceeding Net 15 or 20 days. The Company generally does not have any disputed payables with its suppliers.

**Inventory:** *Refer to the Inventory Exhibit for further discussion.*

**Payroll and Employee Benefits:** *Refer to the Exhibits for further discussion.*

**Capitalization:** The Company has a fixed asset capitalization threshold of $2.5 thousand. Management indicated that the Company has not deferred any capital additions over the Historical Period.

**Location / Hosting Fees:** The Company pays location / hosting fees to the owners of the individual locations hosting water and vending machines under WSM and Refreshing's networks, respectively. Management indicated that Refreshing and WSM negotiate individual location fees upon machine placement, and that the fees generally range from 20-55% of the gross sales earned by the machines, and specified that the average is typically closer to 20%. The Company receives monthly reports of sales by machine, by location, which are used to calculate the location fees for the month. The Company trues up and accrues location fees monthly and pays the fees to the host locations by the 25th day of the subsequent month.

**Vendor Rebates:** The Company receives vendor rebates from select vending suppliers (Mondelez, Coca Cola and Vistar). The Company records a rebate receivable balance as part of their Company's trade accounts receivable on Refreshing USA's financial statements. The Company records the rebates received as a reduction to cost of revenue.



MARCUM

Ranade Decl. Ex.
Page 024 of 277