# Points of Interest: Significant Accounting Policies and Procedures

**Significant Accounting Policies and Procedures**

**Servicing Fees (Intercompany):** The Company has an executed agreement between WSM and Refreshing whereby Refreshing has an exclusive right to service WSM's water machines at certain locations. The agreement allows for Refreshing to earn a fee equal to 20% of the water sales earned by the machines serviced. Upon Refreshing's servicing of water machines in WSM's network, Refreshing receives Parlevel reports indicating gross water sales of the machines. Refreshing utilizes the Parlevel reports and bills WSM for the fees on total water sales. Additionally, WSM utilizes Parlevel reports to reconcile the amounts due to Refreshing on a monthly basis, at which point the WSM pays the bill to Refreshing. The intercompany service revenues earned by Refreshing pertaining to water station machines is eliminated upon combination of the financial statements.

**Investor Payments:** WSM enters into service/management agreements with investors that have purchased water machines purchased from CT. WSM's obligations include cash collections, servicing the equipment (which is fulfilled by RUSA and in some cases by third-parties), negotiation of location agreements, administration of location fee payments and other items as defined in the agreement. Investor payments have been paid jointly out of WSM and Creative. The controller indicated eventually all investor payments will be paid out of WSM.

The amounts due to the investors are generally calculated using one of three methodologies depending upon the agreement:

- A percentage of the net profits as defined in the individual agreements. Management noted that the "profit share" model has been phased out in a favor of a flat fee model implemented in FY22. As of September 30, 2023, there is only one remaining investor under the net profit agreement per management covering 20 machines.

- The flat fee model is based upon a flat fee based on the sales price of the equipment that ranges from 12% to 15% annually. We understand that the terms of the agreements generally run from 5-10 years for 2019-2020 investor purchases and range from 3-5 years for newer contracts beginning in FY21. Additionally, the payments to investors are not based on any type of amortization and are perpetual until WSM exercises its option to repurchase the equipment or the equipment is sold by the investors to a third party.

- Commission model that return proceeds to investors at a rate between 12.0%-15.0% annually based on the purchase price of the machines. The controller indicated this agreement was utilized for three new investor groups holding machines within special purpose vehicles ("SPV") that was acquired machines from other existing investors during YTD Sep-23.

Management indicated that the Company's owner performs the calculations based on sales reports and the resulting calculations are provided for payment no later than the 25th of the following month. The Controller noted that the investor payments are accounted for on a cash basis. We understand that investor payments were not paid during YTD Sep-23 and an accrual for unpaid investor payments was estimated at an average of 13.5% as of September 30, 2023. The Company also accrued for amount due to the three SPV investor groups at September 30, 2023.

As of September 30, 2023 the Company had 13,705 water stations owned by investors. Of the total machines owned by investors and as noted above, management indicated WSM had 20 machines under service agreements utilizing the profit-share model and 8,041 machines under service agreements utilizing the flat fee model. It is our understanding that WSM plans to continue to exercise its options under the agreements to purchase the equipment back from the investors which would negate the need to pay future JV Partners payments.



# Points of Interest: Other

## Vendor Concentration

### Combined Vendor Purchases

| US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 | % of Total Purchases | |
|---|---|---|---|---|---|---|
| | | | | | FY22 | LTM Sep-23 |
| Top four vendors | $ 52,966 | $ 44,888 | $ 55,435 | $ 47,358 | 73.8% | 74.7% |
| Other vendors | 18,758 | 15,194 | 18,857 | 15,292 | 26.2% | 25.3% |
| Total combined vendor purchases | $ 71,724 | $ 60,082 | $ 74,292 | $ 62,650 | 100.0% | 100.0% |

Source: Management Prepared Schedules of Purchases by Vendor

The table above summarizes the Company's vendor concentration. As of LTM Sep-23, the Company's four largest vendors represented approximately 75% of total purchases. During the Historical Period the Company's largest vendors consisted of product suppliers, including Seaga Manufacturing, a manufactured water machine supplier, Coca-Cola, Pepsi and Vistar, suppliers of snacks and beverages for the Company's vending side. Refer to the Exhibits for further discussion.

## Litigation

Management indicated that the Company is deals with various pending litigation matters within the normal course of business. Management indicated that the matters have a remote probability of entering litigation and as such, the Company has not recorded any accruals for potential liabilities or contingencies.

## Long Outstanding Payables

As a result of working capital and cash flow constraints experienced during YTD Sep-23 the Company has delayed payments of various outstanding balances. Most notably these include $7.1 million in payments to Investors relating to the YTD Sep-23 period, and $1.5 million owed to Seaga Manufacturing for water machines purchases, $1.4 million owed to Chubb, the Company's insurance provider among other balances owed to vendors. Management indicated the Company has worked with Seaga to agree to a payment plan and plans to utilize the expected proceeds from the proposed financing to pay off long outstanding vendors





SECTION 6
Combined Quality of Earnings

# Combined Quality of Earnings

**Preliminary Combined Quality of Earnings**

| US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|
| Revenue | $ 130,072 | $ 164,285 | $ 92,270 | $ 126,482 |
| 1. Divested entities | (16,588) | (16,761) | (11,228) | (11,402) |
| Adjusted revenue | $ 113,484 | $ 147,524 | $ 81,041 | $ 115,081 |
| EBITDA, as reported | $ 27,665 | $ 36,507 | $ 10,998 | $ 19,840 |
| EBITDA % as reported | 21.3% | 22.2% | 11.9% | 15.7% |
| Due diligence adjustments | | | | |
| 1. Out of period inventory adjustment | 1,148 | 1,148 | - | - |
| 2. Professional fees | (88) | 910 | (184) | 815 |
| 3. Former Director of Operations | 176 | 180 | 131 | 134 |
| 4. Unaudited financial statements | - | NQ +/- | - | NQ +/- |
| 5. Affiliate financial results | - | NQ +/- | NQ +/- | NQ +/- |
| 6. Procedures not complete | [Open] | [Open] | [Open] | [Open] |
| Total due diligence adjustments | $ 1,236 | $ 2,238 | $ (53) | $ 949 |
| Preliminary Diligence adjusted EBITDA | $ 28,901 | $ 38,745 | $ 10,945 | $ 20,789 |
| Diligence adjusted EBITDA % | 25.5% | 26.3% | 13.5% | 18.1% |
| Pro forma adjustments | | | | |
| 1. Investor payments | 22,067 | 21,870 | 13,244 | 13,047 |
| 2. Divested entities | (1,348) | (1,791) | (920) | (1,362) |
| 3. Health insurance | (800) | (200) | (600) | - |
| Total pro forma adjustments | 19,919 | 19,879 | 11,725 | 11,685 |
| Preliminary Pro forma adjusted EBITDA | $ 48,820 | $ 58,624 | $ 22,670 | $ 32,475 |
| Pro forma adjusted EBITDA % | 43.0% | 39.7% | 28.0% | 28.2% |
| Other EBITDA and cash flow considerations | | | | |
| 1. Related party market rate rent | NQ - | NQ - | NQ - | NQ - |
| 3. Additional finance resources | NQ - | NQ - | NQ - | NQ - |

Source: Trial balance & Diligence Analysis

---

The following quality of earnings analysis summarizes the identified adjustments to reported EBITDA for the Historical Period, which were derived from the Company's financial statements.

**Sales Adjustment:**

1. **Divested entities:** During the fourth quarter of 2023 the Company divested Refreshing California, Refreshing New England and Refreshing Nevada. This adjustment reflects the pro forma impact on reported sales had there been no sales from these entities during the Historical Period. Refer to Pro Forma Adjustment No. 2 and Points Of interest for further discussion.

**Due Diligence Adjustments:**

1. **Out of period inventory adjustment:** In connection with the FY22 audit, the Company wrote off inventory on RUSA's financial statements that was purchased and inventoried during FY21. This adjustment excludes this out of period write-off from reported EBITDA.

2. **Professional fees:** The Company incurred various professional fees in relation to an attempted public offering via a SPAC acquirer. This adjustment excludes the professional fees from reported EBITDA. Management provided invoice support to quantify this adjustment. Refer to the Exhibits for further discussion.

3. **Former Director of Operations:** The Company's Director Of Operations was terminated in November 2022. Management indicated his responsibilities were absorbed by Regional Vice Presidents and management does not expect to replace the position. This adjustment excludes his compensation and benefits from reported EBITDA. Additionally, the former employee received consulting fees in connection with the Par Level system implementation which are considered non-recurring and have been excluded from reported EBITDA. The Company provided general ledger detail and payroll registers to quantify this adjustment. Refer to the Exhibits for further discussion.



**Preliminary Combined Quality of Earnings**

| US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|
| Revenue | $ 130,072 | $ 164,285 | $ 92,270 | $ 126,482 |
| 1. Divested entities | (16,588) | (16,761) | (11,228) | (11,402) |
| Adjusted revenue | $ 113,484 | $ 147,524 | $ 81,041 | $ 115,081 |
| EBITDA, as reported | $ 27,665 | $ 36,507 | $ 10,998 | $ 19,840 |
| EBITDA % as reported | 21.3% | 22.2% | 11.9% | 15.7% |
| Due diligence adjustments | | | | |
| 1. Out of period inventory adjustment | 1,148 | 1,148 | - | - |
| 2. Professional fees | (88) | 910 | (184) | 815 |
| 3. Former Director of Operations | 176 | 180 | 131 | 134 |
| 4. Unaudited financial statements | - | NQ +/- | - | NQ +/- |
| 5. Affiliate financial results | - | NQ +/- | NQ +/- | NQ +/- |
| 6. Procedures not complete | [Open] | [Open] | [Open] | [Open] |
| Total due diligence adjustments | $ 1,236 | $ 2,238 | $ (53) | $ 949 |
| Preliminary Diligence adjusted EBITDA | $ 28,901 | $ 38,745 | $ 10,945 | $ 20,789 |
| Diligence adjusted EBITDA % | 25.5% | 26.3% | 13.5% | 18.1% |
| Pro forma adjustments | | | | |
| 1. Investor payments | 22,067 | 21,870 | 13,244 | 13,047 |
| 2. Divested entities | (1,348) | (1,791) | (920) | (1,362) |
| 3. Health insurance | (800) | (200) | (600) | - |
| Total pro forma adjustments | 19,919 | 19,879 | 11,725 | 11,685 |
| Preliminary Pro forma adjusted EBITDA | $ 48,820 | $ 58,624 | $ 22,670 | $ 32,475 |
| Pro forma adjusted EBITDA % | 43.0% | 39.7% | 28.0% | 28.2% |
| Other EBITDA and cash flow considerations | | | | |
| 1. Related party market rate rent | NQ - | NQ - | NQ - | NQ - |
| 3. Additional finance resources | NQ - | NQ - | NQ - | NQ - |

Source: Trial balance & Diligence Analysis

**Due Diligence Adjustments:**

4. **Unaudited financial statements:** The Company has not been audited during YTD Sep-23. This non-quantified adjustment reflects potential further adjustments to reported EBITDA had the Company been audited.

5. **Affiliate financial results:** This non-quantified adjustment reflects the potential adjustment to reported EBITDA as the Company estimated the interim financial results for Refreshing Mid West and Refreshing Mid Atlantic. Management indicated the Company was unable to receive interim financial statements from the subsidiaries and therefore estimated the interim results. Management elected to pro-rate the YTD Sep-22 results based on FY22 results while YTD Sep-23 results were estimated from sales data obtained from Parlevel.

6. **Procedures not complete:** Placeholder for additional potential adjustments for completion of diligence, including intercompany sales eliminations between CT/WSM and reconciliation of investor payments.

**Pro Forma Adjustments**

1. **Investor payments:** The Company pays its water station equipment monthly investors fees. Management indicated the Company plans to utilize the proceeds from the proposed recapitalization to exercise its option to buy back the water stations. This adjustment reflects the impact on reported EBITDA if the Company no longer had to pay the investor fees. Refer to the Exhibits for further discussion.

2. **Divested entities:** During the fourth quarter of 2023 the Company divested Refreshing California, Refreshing New England and Refreshing Nevada. This adjustment reflects the potential impact on reported EBITDA had the activity of these entities been excluded for the entire Historical Period. Refer to the Points of Interest for further discussion.



Ranade Decl. Ex.
Page 0030 of 277

# Combined Quality of Earnings

**Preliminary Combined Quality of Earnings**

| US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|
| Revenue | $ 130,072 | $ 164,285 | $ 92,270 | $ 126,482 |
| 1. Divested entities | (16,588) | (16,761) | (11,228) | (11,402) |
| Adjusted revenue | $ 113,484 | $ 147,524 | $ 81,041 | $ 115,081 |
| EBITDA, as reported | $ 27,665 | $ 36,507 | $ 10,998 | $ 19,840 |
| EBITDA %, as reported | 21.3% | 22.2% | 11.9% | 15.7% |
| **Due diligence adjustments** | | | | |
| 1. Out of period inventory adjustment | 1,148 | 1,148 | - | - |
| 2. Professional fees | (88) | 910 | (184) | 815 |
| 3. Former Director of Operations | 176 | 180 | 131 | 134 |
| 4. Unaudited financial statements | - | NQ +/- | - | NQ +/- |
| 5. Affiliate financial results | - | NQ +/- | NQ +/- | NQ +/- |
| 6. Procedures not complete | [Open] | [Open] | [Open] | [Open] |
| Total due diligence adjustments | $ 1,236 | $ 2,238 | $ (53) | $ 949 |
| Preliminary Diligence adjusted EBITDA | $ 28,901 | $ 38,745 | $ 10,945 | $ 20,789 |
| Diligence adjusted EBITDA % | 25.5% | 26.3% | 13.5% | 18.1% |
| **Pro forma adjustments** | | | | |
| 1. Investor payments | 22,067 | 21,870 | 13,244 | 13,047 |
| 2. Divested entities | (1,348) | (1,791) | (920) | (1,362) |
| 3. Health insurance | (800) | (200) | (600) | - |
| Total pro forma adjustments | 19,919 | 19,879 | 11,725 | 11,685 |
| Preliminary Pro forma adjusted EBITDA | $ 48,820 | $ 58,624 | $ 22,670 | $ 32,475 |
| Pro forma adjusted EBITDA % | 43.0% | 39.7% | 28.0% | 28.2% |
| **Other EBITDA and cash flow considerations** | | | | |
| 1. Related party market rate rent | NQ - | NQ - | NQ - | NQ - |
| 2. Additional finance resources | NQ - | NQ - | NQ - | NQ - |

Source: Trial balance & Diligence Analysis

## Pro Forma Adjustments (Continued)

3. **Health insurance:** Starting in January 2023, the Company began to offer all employees health and dental insurance. Management estimated that the incremental annual cost to provide insurance to its full employee base is approximately $800 thousand per year. This adjustment reflects the Pro forma impact on reported EBITDA if the Company provided health and dental insurance to the entire employee base during the entire historical period. Refer to the Exhibits for further discussion.

## Other EBITDA and Cash Flow Considerations:

1. **Related party market rate rent:** Management indicated that the Company's related party landlords charge discounted market rates for the use of Various facilities. The lease agreements have perpetual terms with no specified lease increases. This non-quantified adjustment reflects the potential impact of the related party leases charged at markets rates

2. **Additional finance resources:** It is likely that the Company will need to add additional financial resources if the Company grows in size and complexity. This non-quantified adjustment reflects the impact on reported EBITDA if the Company invests in additional financial resources.



MARCUM
ACCOUNTANTS ▲ ADVISORS

**www.marcumllp.com**     25



SECTION 7

Summary Financial Statement Analysis

# Summary Financial Statement Analysis – Combined Income Statement

| Combined Income Statement | | | | |
|---|---|---|---|---|
| US$ in thousands | | FY22 | | LTM Sep-23 |
| Revenue | $ | 130,072 | $ | 164,285 |
| % increase (decrease) | | | | 26.3% |
| Cost of revenue | | 74,404 | | 95,094 |
| Gross profit | $ | 55,668 | $ | 69,191 |
| Gross profit % | | 42.8% | | 42.1% |
| Operating expenses | | 28,003 | | 32,684 |
| Operating income | $ | 27,665 | $ | 36,507 |
| Operating income % | | 21.3% | | 22.2% |
| Other (income)/expense | | (14,746) | | (24,520) |
| Net income/(loss) | $ | 12,919 | $ | 11,987 |
| Net income/(loss) % | | 9.9% | | 7.3% |
| Interest (income)/expense | | 6,382 | | 11,765 |
| Depreciation and amortization | | 8,364 | | 12,755 |
| EBITDA, as reported | $ | 27,665 | $ | 36,507 |
| EBITDA %, as reported | | 21.3% | | 22.2% |

Source: Consolidated Integrated Model

**Revenue:** The Company's revenues primarily consist of the vending revenues, sales of water through third-party and Company-owned water stations, and sales of water machines to third-party investors. Management attributed the increase in revenues from FY22 to LTM Sep-23 to the Company to equipment sales, and the Company placing additional water machines in service during the LTM Sep-23 period. Refer to Points of Interest and Exhibits for further discussion on related party transactions.

**Cost of revenue / gross profit:** The Company's cost of revenues consist primarily of the cost of product, investor payments, location fees, and direct labor. Management indicated that the cost of revenue increased significantly from FY22 to LTM Sep-23 primarily driven by the cost of water stations sold by Creative to outside parties, as the cost of revenues from Creative to WSM were eliminated upon combination. Refer to Points of Interest, Quality of Earnings for further discussion on related party transactions.

**Operating expenses:** The Company's operating expenses primarily consist of payroll and related employee costs, professional fees and payments to vending host locations. Management indicated professional fees was a primary driver in the increase in operating expense from FY22 to LTM Sep-23. This increase was in relation to the Company's attempted SPAC listing which ultimately did not proceed. Expenses incurred in connection the SPAC have been excluded from reported EBITDA as they are non-recurring in nature. Refer to the Quality of Earnings and Exhibits for further discussion.

**Other income/(expense):** The Company's other income and expense consist of interest expense and depreciation expense. These items have been excluded from reported EBITDA on a definitional basis. Refer to the Exhibits for further discussion.



24-01864-FPC11    Doc 22-5    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 8 of 26

# Summary Financial Statement Analysis – Combined Balance Sheet

| Combined Balance Sheet | | |
|---|---|---|
| **US$ in thousands** | **12/31/2022** | **9/30/2023** |
| **Current assets** | | |
| Cash and cash equivalents | $ 8,687 | $ 1,441 |
| Restricted cash | 1,591 | 2,308 |
| Accounts receivable | 2,504 | 4,205 |
| Inventory | 31,941 | 27,303 |
| Other current assets | 49 | 49 |
| **Total current assets** | **$ 44,772** | **$ 35,306** |
| Fixed assets, net | 83,778 | 99,300 |
| Other assets | 89,902 | 113,428 |
| **Total assets** | **$ 218,453** | **$ 248,034** |
| **Liabilities** | | |
| Accounts payable | 4,129 | 9,405 |
| Accrued liabilities | 4,314 | 13,238 |
| Other current liabilities | 8,272 | 4,153 |
| **Total current liabilities** | **$ 16,716** | **$ 26,796** |
| Noncurrent operating lease liabilities | 225 | - |
| Loan (net of amortized fees) | 92,475 | 111,302 |
| **Total liabilities** | **$ 109,191** | **$ 138,098** |
| Members' equity | 109,262 | 109,935 |
| **Total liabilities and members' equity** | **$ 218,453** | **$ 248,034** |

Source: Consolidated Integrated Model

**Cash and equivalents:** Management attributed the decrease in cash and cash equivalents to the Company's significant investment in fixed assets, and the overall cash cycle of the Company.

**Restricted cash:** This balance represents cash that is restricted in connection with the Company's bond. Management indicated that the restricted cash balance increases as the Company makes payments on their bond, allowing for additional funds available to purchasing fixed asset machines with the restricted cash.

**Accounts receivable:** Balance consists of trade receivables, primarily due from RUSA's vending customers. Refer to the Exhibits for further discussion.

**Inventory:** This balance represents the Company's inventory of work in progress and finished goods pertaining to water station manufacturing, purchased equipment and vending inventory. Management indicated that the decrease in inventory is primarily due to Creative decreasing production of water machines during YTD Sep-23. Refer to the Exhibits and Points of Interest for further discussion.

**Other current assets:** This balance represents prepaid expenses on behalf of K-2, a subsidiary of Creative, which has not been updated.

**Fixed assets, net:** Fixed assets consist primarily of water machines owned by WSM, and vending machines and vehicles owned by Creative and Refreshing. Management indicated that fixed assets increased from December 31, 2022 to September 30, 2023 primarily resulting from WSM's purchases of water machines from Creative, which totaled approximately $24 million. Refer to Points of Interest and Exhibits for further discussion on Fleet and other fixed assets.

**Other Assets:** This balance is comprised primarily of intangible assets, net of accumulated amortization, operating lease right-of-use assets, related party loans, and prepaid leases. Management indicated that the fluctuations in this account were primarily driven by increases in related party loans to Summit Management and Ideal Properties, LLC, related parties through common ownership. Refer to exhibits for further discussion. OPEN – to describe unreconciled variance in related party loans.



# Summary Financial Statement Analysis – Combined Balance Sheet

**Accounts payable:** Balance primarily consists of trade payables. Management indicated this balance has increased from December 31, 2022 to September 30, 2023 resulting from cash flow issues which has required the Company to delay payments to vendors. Refer to the Exhibits and Points of Interest for further discussion.

**Accrued liabilities:** This balance consists primarily of accrued investor payments, credit card balances payable, payroll liabilities, and sales tax liabilities. This balance increased from December 31, 2022 to September 30, 2023 primarily from as a result of the Company delaying investor partner payments during the YTD Sep-23 period. Refer to the Points of Interest and Quality of Earnings for further discussion.

**Other current liabilities:** This balance consists primarily of the current portion of operating leases payable, current portions of loans payable and customer deposits. Management indicated there was a decrease from December 31, 2022 to September 30, 2023, which resulting from the Company recognizing approximately $6.3 million in customer deposits as income in FY23 as sales obligations were fulfilled.

**Noncurrent operating lease liabilities:** The balance as of December 31, 2022 consists of the Company's non-current portion of third-party operating lease liabilities under ASC842. The Company re-classified this balance into the current portion as of September 30, 2023.

**Loan (net of amortized fees):** This balance consists primarily of WSM's REVL bond payable, and the non-current portion of Creative's Main Street loan. This balance increased as the Company utilized the bond to finance WSM's purchases of water station machines from Creative during YTD Sep-23, which was further offset by payments made on the Main Street loan. Refer to Exhibits for further details.

**Members' equity:** Refer to the roll forward of combined members' equity exhibit for further details.

| Combined Balance Sheet US$ in thousands | 12/31/2022 | 9/30/2023 |
|---|---|---|
| **Current assets** | | |
| Cash and cash equivalents | $ 8,687 | $ 1,441 |
| Restricted cash | 1,591 | 2,308 |
| Accounts receivable | 2,504 | 4,205 |
| Inventory | 31,941 | 27,303 |
| Other current assets | 49 | 49 |
| **Total current assets** | $ 44,772 | $ 35,306 |
| Fixed assets, net | 83,778 | 99,300 |
| Other assets | 89,902 | 113,428 |
| **Total assets** | $ 218,453 | $ 248,034 |
| **Liabilities** | | |
| Accounts payable | 4,129 | 9,405 |
| Accrued liabilities | 4,314 | 13,238 |
| Other current liabilities | 8,272 | 4,153 |
| **Total current liabilities** | $ 16,716 | $ 26,796 |
| Noncurrent operating lease liabilities | 225 | - |
| Loan (net of amortized fees) | 92,475 | 111,302 |
| **Total liabilities** | $ 109,191 | $ 138,098 |
| Members' equity | 109,262 | 109,935 |
| **Total liabilities and members' equity** | $ 218,453 | $ 248,034 |

Source: Consolidated Integrated Model


MARCUM
ACCOUNTANTS ▪ ADVISORS

Ranade Decl. Ex.



SECTION 8
Exhibits

# Exhibits – Table of Contents

| Exhibit | Description | |
|---|---|---|
| 1. | Quality of Earnings Analysis | 32 |
| 2. | Facilities | 36 |
| 3. | Headcount, Benefits and Incentives | 37 |
| 4. | Revenue Analysis | 40 |
| 5. | Combined Cost of Revenue | 42 |
| 6. | Combined Operating Expenses | 44 |
| 7. | Combined Compensation | 45 |
| 8. | Combined Other Income/Expense | 46 |
| 9. | Combined Balance Sheet | 47 |
| 10. | Combining Financial Statements | 60 |
| 11. | Consolidating Financial Statements | 67 |
| 12. | Unadjusted Monthly Working Capital | 88 |
| 13. | Organization Overview | 89 |
| 14. | Internal to Audited Financial Statement Reconciliation | 90 |



MARCUM
ACCOUNTANTS ▲ ADVISORS

Ranade Decl. Ex.
Page 036 of 277

# Exhibit 1 – Quality of Earnings Analysis: Professional Fees

| Professional Fees US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|
| Protiviti | $ - | $ 382 | $ - | $ 382 |
| McCarter & English | 102 | 335 | 6 | 240 |
| BFBorgers CPA PC | (190) | 190 | (190) | 190 |
| Vcheck Global LLC | - | 3 | - | 3 |
| Total EBITDA adjustment | $ (88) | $ 910 | $ (184) | $ 815 |

Source: Management Prepared Schedules, Invoices

As discussed in the Quality of Earnings, the Company incurred various professional fees in connection with the attempted public listing of its ownership interests. These fees included technical accounting consulting (Protivitti). McCarter & English (legal fees), audit fees (BF Borgers CPA PC) and background checks (Vcheck Global LLC). Management indicated the technical accounting consulting, legal fees and background checks were related to the proposed offering and are non-recurring. Management indicated that the Company expects to receive audits on an on-going basis but the Company incurred costs for the FY22 and FY21 simultaneously therefore this adjustment allocates 50% of the audit fees for Creative and Refreshing USA into FY22 rather than adding back the entire cost in YTD Sep-23. Management provided invoice support to quantify this adjustment.



24-01864-FPC11    Doc 22-5    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 13 of 26

# Exhibit 1 – Quality of Earnings Analysis: Former Director of Operations

## Former Director of Operations

| US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|
| W2 compensation | $ 86 | $ 89 | $ 63 | $ 66 |
| 1099 consulting fees | 84 | 84 | 63 | 63 |
| Payroll taxes | 7 | 7 | 5 | 5 |
| **Total EBITDA adjustment** | $ 176 | $ 180 | $ 131 | $ 134 |

Source: Payroll Registers, Trial Balance

The Company terminated its Director of Operations in November 2022. Management indicated that this employee's responsibilities have since been absorbed by the two existing Regional VP's of Operations without incremental costs. The W2 compensation was derived from payroll registers while the payroll taxes are calculated at 7.65% of the W2 compensation. Additionally, this employee was receiving 1099 compensation of $7 thousand per month in connection with the Par Level implementation. Management indicated these fees occurred during the entire Historical Period and ceased once this employee was terminated. This adjustments adds back the compensation, taxes and benefits associated with this position which was eliminated. Management explained other employee benefits offered to the employee are relatively trivial to the overall Quality of Earnings analysis and therefore were not included in this adjustment.



# Exhibit 1 – Quality of Earnings Analysis: Investor Payments

| Investor Payments US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|
| WSM | $ 16,326 | $ 13,406 | $ 11,494 | $ 8,575 |
| Creative | 5,741 | 8,463 | 1,750 | 4,472 |
| **Total EBITDA adjustment** | **$ 22,067** | **$ 21,870** | **$ 13,244** | **$ 13,047** |

**Source:** Integrated Model, Trial Balance

Management indicated that post the proposed recapitalization the Company expects to use the proceeds to buy back the water that are owned by investors at which time the Company will no longer be obligated to pay fees to these investors. This adjustment reflects the pro forma impact of the Company buying back all third-party owned water machines. As of September 30, 2023, 13,705 water stations were owned by approximately 92 third-party investors. Management provided trial balance and consolidating financial statements to quantify this data.



# Exhibit 1 – Quality of Earnings Analysis: Divested Entities

### Divested Entities

| Legal Entity | Purpose | Date Divested |
|---|---|---|
| Refreshing California | Vending | October 12, 2023 |
| Refreshing New England | Vending | November 12, 2023 |
| Refreshing Nevada | Vending | October 4, 2023 |

The Company divested three entities subsequent to the Historical Period. Management indicated these entities were divested due to relative underperformance as compared to the Company's other areas of operation. Management indicated that the exclusion of these entities will not impact the costs or expenses of the remaining regions. Management explained as part of these divestures their vending operations were divested while water stations remain in the respective region.

### Divested Entities

| US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|
| Refreshing California | $ (11,099) | $ (12,025) | $ (7,015) | $ (7,942) |
| Refreshing New England | (2,383) | (2,396) | (1,823) | (1,836) |
| Refreshing Nevada | (3,106) | (2,339) | (2,390) | (1,624) |
| **Revenue adjustment** | **$ (16,588)** | **$ (16,761)** | **$ (11,228)** | **$ (11,402)** |
| Refreshing California | (1,462) | (1,464) | (945) | (947) |
| Refreshing New England | (141) | (374) | (125) | (358) |
| Refreshing Nevada | 255 | 47 | 150 | (57) |
| **EBITDA adjustment** | **$ (1,348)** | **$ (1,791)** | **$ (920)** | **$ (1,362)** |

Source: WFS Workbook



MARCUM
ACCOUNTANTS ▲ ADVISORS

Exhibit 2 – Facilities

## Facilities

| Location | Service Region | Function | Related/Third Party | Square Feet | Leaseholder | Owned/Leased | Term | Annual Rent (000's) | |
|---|---|---|---|---|---|---|---|---|---|
| 653 E. 20th Street, Yuma, AZ | Refreshing AZ | Vending/Services | Related Party | 25,000 | Ideal Property Investments LLC | Leased | Indefinite | 106 | |
| 4237 E Magnolia St., Phoenix AZ | Refreshing AZ | Vending/Services | Related Party | 9,500 | Ideal Property Investments LLC | Leased | Indefinite | 84 | |
| 5300 Opper St., San Diego CA | Refreshing CA | Vending/Services | Related Party | 20,808 | Ideal Property Investments LLC | Leased | Vacated sold post 9/30/2023 | 168 | A |
| 1529 E McFadden Ave, Suite A, Santa Ana CA | Refreshing CA | Vending/Services | Third-Party | 6,715 | Keton McFadden Properties, LLC | Leased | Region sold post 9/30/2023 | 96 | |
| 4100 Forest Drive, Denver, CO | Refreshing CO | Vending/Services | Related Party | 20,200 | Ideal Property Investments LLC | Leased | Indefinite | 51 | |
| 6005 Omaha Blvd, Colorado Springs, CO | Refreshing CO | Vending/Services | Related Party | 12,000 | Ideal Property Investments LLC | Leased | Indefinite | 21 | |
| 2129 Andrea Lane, Fort Myers, FL | Refreshing FL | Vending/Services | Related Party | 28,998 | Ideal Property Investments LLC | Leased | Indefinite | 128 | |
| 877 Orange Ave., Tallahassee, FL | Refreshing FL | Vending/Services | Related Party | 6,900 | Ideal Property Investments LLC | Leased | Indefinite | 23 | |
| 1114 Virginia St., Columbus, GA | Refreshing FL | Vending/Services | Related Party | 8,400 | Ideal Property Investments LLC | Leased | Indefinite | 44 | |
| 121-131 Bells Ferry Rd, Marietta GA | Refreshing GA | Vending/Services | Related Party | 42,000 | Ideal Property Investments LLC | Leased | Indefinite | 90 | |
| 8460 Thomas Ave., Bridgeview, IL | Refreshing GL | Vending/Services | Related Party | 25,000 | Ideal Property Investments LLC | Leased | Indefinite | 179 | |
| 1400 W Green Leaf Ave., Chicago, IL | Refreshing GL | Vending/Services | Related Party | 56,500 | Ideal Property Investments LLC | Leased | Indefinite | 141 | |
| 9400 S Pole Rd., Oklahoma City, OK | Refreshing GP | Vending/Services | Related Party | 10,400 | LAMP Oak Hollow Ltd. Partnership | Leased | Indefinite | 88 | |
| 1924 North Avenue West, Missoula, MT | Refreshing MT | Vending/Services | Third-Party | 5,800 | Magic Properties LLC | Leased | 11/30/2024 | 38 | |
| 19355 SW Teton Avenue, Tualatin, OR | Refreshing MW | Vending/Services | Related Party | 18,430 | Ideal Property Investments LLC | Leased | 12/31/2022 | 85 | |
| 2626 Brown Ave., Unit D&F, Manchester, NH | Refreshing NE | Vending/Services | Third-Party | N/A | Not Available | Leased | Indefinite | 20 | A |
| 875 W Amador Ave., Las Cruces, NM | Refreshing NM | Vending/Services | Related Party | 10,000 | Ideal Property Investments LLC | Leased | Region sold post 9/30/2023 | 43 | |
| 1301 Yale St, Albuquerque, NM | Refreshing NM | Warehouse | Third-Party | 9,000 | James M. & Connie J. Fasanella | Leased | 9/9/2026 | 54 | |
| 7925 W Arby Lane, Las Vegas, NV | Refreshing NV | Vending/Services | Related Party | 22,805 | Ideal Property Investments LLC | Leased | Indefinite | 191 | |
| 343 Johnny Clark Rd., Longview, Texas | Refreshing TX | Vending/Services | Related Party | 10,370 | Ideal Property Investments LLC | Leased | Indefinite | 91 | |
| 620 S. Meadow Ave, Odessa, TX | Refreshing TX | Vending/Services | Related Party | 6,000 | Ideal Property Investments LLC | Leased | Indefinite | 54 | |
| 516 Veterans Memorial Blvd, Harker Heights, TX | Refreshing TX | Vending/Services | Related Party | 7,081 | Ideal Property Investments LLC | Leased | Indefinite | 60 | |
| 2709 Electronic Lane, Dallas, TX | Refreshing TX | Vending/Services | Related Party | 45,000 | Ideal Property Investments LLC | Leased | Indefinite | 96 | |
| 204 NW White Rd., San Antonio, TX | Refreshing TX | Vending/Services | Related Party | 55,628 | Ideal Property Investments LLC | Leased | Indefinite | 564 | |
| 11519 S Petro Park Ave., Houston TX | Refreshing TX | Vending/Services | Related Party | 9,850 | Ideal Property Investments LLC | Leased | Indefinite | 43 | |
| 701 Eden Terrace, Archdale, NC | Refreshing USA | Vending/Services | Related Party | 34,111 | Ideal Property Investments LLC | Leased | Indefinite | 57 | |
| 11410 Beverly Park Rd., Everett, WA | Refreshing USA | Warehouse, Corporate Headquarters | Related Party | 51,498 | Ideal Property Investments LLC | Leased | Indefinite | 121 | |
| 2732 Grand Ave, Suite 122, Everett WA | Refreshing USA | Vending/Services | Third-Party | 12,000 | Herald Holdings LLC | Leased | 4/30/2023 | 97 | |

Facilities as of September 30, 2023

$ 2,834

Source: "RUSA ASC 842 Tool Q323", Lease Agreements and Summaries

A - Management indicated the Company has transferred these leases in connection with the sale of the Refreshing CA, NV and NE branches subsequent to LTM Sep-23. Management indicated these leases were assigned to the purchasers of the branches and the Company has no further financial responsibility.

Management indicated that the Company is currently occupying 22 locations within its various territories that are owned by Ideal Properties, LLC, a related party. Management indicated some of these lease contain subtenants that pay Ideal directly but management indicated these amounts are not significant. These locations consist of warehouses and various other locations for vending and other inventory and equipment storage. Management indicated that the Refreshing, Creative and WSM entities utilize these warehouses, though the expenses are recorded on Refreshing's books and are paid by the regions directly. The Company has 6 third-party leases for warehouses and operations facilities that have been added through acquisitions. Management indicated the Company has transferred the leases for 3 properties that have been sold subsequent to September 30, 2023. The Controller indicated that there are approximately 8 additional properties owned by Ideal that the Company does not lease.

www.marcumllp.com    36

MARCUM
ACCOUNTANTS ◆ ADVISORS

Ranade Decl. Ex.
24-01864-FPC11   Doc 22-5   Filed 09/10/24   Entered 09/10/24 14:36:12   Pg 17 of 26
Page 41 of 277



# Exhibit 3 – Headcount, Benefits and Incentives

## Headcount by Entity

| Entity | 12/31/2022 | 9/30/2023 |
|---|---|---|
| Creative Technologies | 4 | 13 |
| K-2 MFG LLC | 30 | 30 |
| **Subtotal Creative** | **34** | **43** |
| Waterstation Management | - | - |
| TCR Plumbing LLC | 35 | 30 |
| **Subtotal Water Station** | **35** | **30** |
| Refreshing USA | | |
| Refreshing NE | 11 | - |
| Refreshing AZ | 18 | 16 |
| Refreshing CA | 52 | 48 |
| Refreshing CO | 8 | 6 |
| Refreshing FL | 23 | 22 |
| Refreshing GA | 36 | 32 |
| Refreshing GL | 66 | 60 |
| Refreshing GP | 5 | 5 |
| Refreshing NV | 16 | 18 |
| Refreshing MW | 19 | 12 |
| Refreshing NM | 5 | 3 |
| Refreshing MT | 5 | 7 |
| Refreshing TX | 69 | 63 |
| Refreshing USA | 25 | 31 |
| Refreshing WA | 12 | 15 |
| **Subtotal RUSA** | **370** | **338** |
| Less divested entities' employees | | |
| Refreshing NE | (11) | - |
| Refreshing NV | (16) | (18) |
| Refreshing CA | (52) | (48) |
| **Subtotal RUSA, net** | **291** | **272** |
| **Total** | **360** | **345** |

Source: Management headcount summaries, Payroll records

## Headcount Trends:

As of September 30, 2023, the Company had 345 full-time employees net of divested entities employees. The employees at the divested entities are not continuing with the Company post the divestures. Management indicated their employee base is non-union and are located across the country. Management indicated that the Company had reclassified employees between entities to better align the employee positions to their responsibilities during FY22. Refer to the Points of Interest and Quality of Earnings for further discussion of divested entities.

- Management indicated that the increase in headcount for Creative Technologies is due to the reclassification of employees from other entities within the Company. Management believes that 13 employees is the ideal staffing level for Creative. Management was unable to obtain headcount data for K-2 during FY22. Management indicated there was no known turnover from December 31, 2022 to September 31, 2023, and estimated the headcount to be 30 employees at December 31, 2022.

- Water Station. Management's employees are paid through Refreshing's payroll and included in the respective Refreshing entities headcounts. The Company's subsidiary, TCR Plumbing, noted a decrease in headcount from December 31, 2022 to September 30, 2023 which management attributed to general workforce attrition.

- Refreshing USA experienced a general decrease in headcount from December 31, 2022 to September 30, 2023. Management indicated that reductions were the result of natural attrition and efficiency measures taken by the Company. Management indicated as part of the Companies strategy of acquiring routes, the Company typically looks to eliminate positional redundancies. Management further indicated that there were no significant additions to any particular branch, and that most headcount increases were due to reallocations from one branch to another. Additionally, management indicated the administrative and employees located at their headquarters are tracked in the Refreshing USA payroll.



# Exhibit 3 – Headcount, Benefits and Incentives

## Headcount by Entity

| Entity | 12/31/2022 | 9/30/2023 |
|---|---|---|
| Creative Technologies | 4 | 13 |
| K-2 MFG LLC | 30 | 30 |
| **Subtotal Creative** | **34** | **43** |
| Waterstation Management | - | - |
| TCR Plumbing LLC | 35 | 30 |
| **Subtotal Water Station** | **35** | **30** |
| Refreshing USA | | |
| Refreshing NE | 11 | - |
| Refreshing AZ | 18 | 16 |
| Refreshing CA | 52 | 48 |
| Refreshing CO | 8 | 6 |
| Refreshing FL | 23 | 22 |
| Refreshing GA | 36 | 32 |
| Refreshing GL | 66 | 60 |
| Refreshing GP | 5 | 5 |
| Refreshing NV | 16 | 18 |
| Refreshing MW | 19 | 12 |
| Refreshing NM | 5 | 3 |
| Refreshing MT | 5 | 7 |
| Refreshing TX | 69 | 63 |
| Refreshing USA | 25 | 31 |
| Refreshing WA | 12 | 15 |
| **Subtotal RUSA** | **370** | **338** |
| Less divested entities' employees | | |
| Refreshing NE | (11) | - |
| Refreshing NV | (16) | (18) |
| Refreshing CA | (52) | (48) |
| **Subtotal RUSA, net** | **291** | **272** |
| **Total** | **360** | **345** |

Source: Management headcount summaries, Payroll records

## Payroll and Employee Benefits:

**Basic Compensation:** The Company utilized Paycor, Inc. to process payroll for the Refreshing entities and Creative Technologies on a staggered bi-weekly basis. The Company switched to Paylocity in October 2023. The Company splits Its employees into two groups, paying one group on week 1 and 3, and the second group on weeks 2 and 4. Management indicated that K-2 processes payroll using Paylocity, and that TCR processes payroll in-house via QuickBooks. K-2 employees are paid on a weekly basis, while TCR employees are paid every two weeks.

**PTO:** Refreshing and Creative employees are offered paid time off which is inclusive of sick time. PTO hours are earned by employees as a percentage or "points" of the hours worked for the preceding week. Management indicated that employees generally max out at 80 hours of PTO per year, depending on seniority. PTO is paid out upon separation and accrued at each month-end in connection with the monthly close.

**Medical, Life and AD&D insurance:** The Company offers medical, dental, vision, short-term and long-term disability insurance to its Refreshing and Creative employees, which include two health insurance plans, one dental plan and one vision plan through UnitedHealthcare. The Company pays 75% of the cost of employee-only premiums for all plans, leaving the employee to pay the remaining 25% plus the entire cost of any dependents on the plan. K-2 employees have options of two health insurance plans with EMI Health, with K-2 paying 65% of the high plan and 80% of the low plan. The K-2 ER contribution percentages decrease as dependents are added to the plan. K-2 does not contribute to dental or vision plans. Management indicated these plans are fully premium based and the Company does not self-insure a portion of their insurance coverages.

The Company offers Refreshing and Creative employees fully employer-paid basic life and AD&D insurance. Additionally, the Company offers group term life insurance, critical care and accident insurance plans that are fully employee funded. K-2 employees do not receive any benefit for insurance plans outside of health.

TCR does not contribute to medical plans on behalf of employees however TCR employees receive approximately $2 hundred per year through in monthly payments for supplemental health and insurance plans.



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 3 – Headcount, Benefits and Incentives

**Payroll and Employee Benefits (continued):**

**Retirement Savings Plans:** The Company offers a 401k plan to its employees but makes no employer contributions to the plan on behalf of its employees. TCR and K-2 do not offer 401k plans for their respective employees.

**Incentive Compensation:**

- The Company offers commissions to one employee based on collections. Management indicated that the commission plan is not a typical business practice of the Company and relatively insignificant to the Company as a whole.

- Management indicated the Company does not have a formalized bonus plan but has historically paid holiday bonuses. Management estimated that the FY22 bonus expense was approximately $50 thousand dollars and was expensed during December 2022. The Company has not recorded interim accruals for bonus expense and no EBITDA adjustment has been proposed as the expense was recorded in both the FY22 and LTM Sep-23 periods and no change in the bonus structure was enacted during YTD Sep-23.

| Headcount by Entity Entity | 12/31/2022 | 9/30/2023 |
|---|---|---|
| Creative Technologies | 4 | 13 |
| K-2 MFG LLC | 30 | 30 |
| **Subtotal Creative** | **34** | **43** |
| Waterstation Management | - | - |
| TCR Plumbing LLC | 35 | 30 |
| **Subtotal Water Station** | **35** | **30** |
| Refreshing USA | | |
| Refreshing NE | 11 | - |
| Refreshing AZ | 18 | 16 |
| Refreshing CA | 52 | 48 |
| Refreshing CO | 8 | 6 |
| Refreshing FL | 23 | 22 |
| Refreshing GA | 36 | 32 |
| Refreshing GL | 66 | 60 |
| Refreshing GP | 5 | 5 |
| Refreshing NV | 16 | 18 |
| Refreshing MW | 19 | 12 |
| Refreshing NM | 5 | 3 |
| Refreshing MT | 5 | 7 |
| Refreshing TX | 69 | 63 |
| Refreshing USA | 25 | 31 |
| Refreshing WA | 12 | 15 |
| **Subtotal RUSA** | **370** | **338** |
| Less divested entities' employees | | |
| Refreshing NE | (11) | - |
| Refreshing NV | (16) | (18) |
| Refreshing CA | (52) | (48) |
| **Subtotal RUSA, net** | **291** | **272** |
| **Total** | **360** | **345** |

Source: Management headcount summaries, Payroll records

MARCUM
ACCOUNTANTS ▲ ADVISORS



# Exhibit 4 – Revenue Analysis: Combined Revenue by Segment

## Combined Revenue by Segment

| US$ in thousands | FY22 | LTM Sep-23 |
|---|---|---|
| Vending revenues | $ 68,506 | $ 66,095 |
| Water sales | 33,772 | 39,947 |
| WS equipment sales | 17,024 | 47,793 |
| Manufacturing revenue | 6,896 | 7,659 |
| Plumbing services | 3,874 | 2,790 |
| **Subtotal revenue by segment** | **$ 130,072** | **$ 164,285** |

Source: Consolidated Integrated Models

**Vending:** Vending revenues represent the service revenues, sales of vending product through their vending machines. A further analysis of vending revenues by territory is performed on the subsequent page. Management indicated the Company divested of three of its territories in October and November 2023, the related revenues and costs have been excluded from revenue and EBITDA on a pro forma basis. Refer to Points of Interest, Quality of Earnings and the Sales by Territory Exhibit for further analysis of vending revenues.

**Water Stations:** This balance consists of sales of water from the water machines within WSM's network, which may be owned by WSM or third-party investors. Management indicated that the Company placed an additional 4 thousand machines during YTD Sep-23 as compared to FY22, which resulted in an increase in the revenues earned by these placed machines.

**WS Equipment Sales:** Equipment sales represents the sales of water station machines by Creative. Management indicated equipment sales increased during LTM Sep-23 due to a large order the Company as able to complete during YTD Sep-23.

**Manufacturing Revenue:** Manufacturing revenues represent revenues earned through K-2 MFG LLC, a subsidiary of Creative. K-2 specializes in the manufacturing of sheet metal components for various uses including automotive and aerospace. Management indicated that these revenues remained relatively consistent with the prior period, decreasing slightly due to timing of projects.

**Plumbing Services:** Plumbing services represent revenues earned through TCR Plumbing, a subsidiary of WSM. TCR plumbing performs general services of commercial and residential plumbing. Management indicated that these revenues are generally not material to those of the financial statements, however the decrease in these revenues was due to the Company completing a large dollar value job at the end of FY22 which did not carry forward to the remainder of the LTM Sep-23 period.

MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 4 – Revenue Analysis: Vending Revenue by Territory – Refreshing USA

**Revenue by Territory - Refreshing USA**
US$ in thousands

| | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|
| Refreshing AZ | $ 1,922 | $ 1,820 | $ 1,584 | $ 1,482 |
| Refreshing CA | 11,099 | 11,139 | 7,015 | 7,055 |
| Refreshing CO | 1,316 | 1,246 | 951 | 880 |
| Refreshing FL | 4,338 | 4,140 | 3,161 | 2,963 |
| Refreshing GA | 9,177 | 9,260 | 6,154 | 6,236 |
| Refreshing GL | 6,946 | 5,939 | 8,384 | 7,377 |
| Refreshing GP | 618 | 890 | 351 | 623 |
| Refreshing MT | 703 | 645 | 521 | 463 |
| Refreshing NM | 541 | 370 | 507 | 336 |
| Refreshing NE | 2,383 | 2,133 | 1,823 | 1,573 |
| Refreshing NV | 3,106 | 2,733 | 2,390 | 2,017 |
| Refreshing MW | 2,997 | 2,695 | 1,869 | 1,568 |
| Refreshing MA | 7,557 | 7,367 | 5,467 | 5,277 |
| Refreshing TX | 11,039 | 11,211 | 7,729 | 7,900 |
| Refreshing WA | 4,765 | 4,955 | 3,454 | 3,644 |
| Refreshing USA | 1,480 | (290) | 2,055 | 284 |
| **Subtotal vending revenue** | 69,986 | 66,250 | 53,414 | 49,678 |
| Add: Water Stations | 5,893 | 6,532 | 4,854 | 5,494 |
| Elimination adjustments | (1,480) | (155) | (1,287) | 38 |
| **Consolidated Refreshing USA revenue** | $ 74,399 | $ 72,628 | $ 56,981 | $ 55,210 |

Source: Refreshing USA Consolidated Models

Management indicated that the Company experienced decreases in vending revenues from FY22 to LTM Sep-23 across its territories except for CA, GA, GP, TX, and WA. Management attributes the decreases due to the following:

- Refreshing CO and MT noted decreases in sales as they are smaller branches in markets saturated with competition.

- Refreshing NE and NV noted decreases in revenues due to the Company winding down operations as the Company prepared for revenue of the branches after LTM Sep-23. Reported revenue was adjusted on a pro forma basis to reflect the impact of the Company divesting these entities. Refer to the Points of Interest and Quality of Earnings for further discussion.

- Refreshing AZ, FL, GL, NM, MW, MA, and USA noted decreases in revenue which management attributes to normal business fluctuations and potentially lost customers. Management indicated that the Company may lose and gain customers frequently due to there being strong competition and a large number of machines to service within their networks.

Management indicated Refreshing CA, GA, GP, TX, and WA revenue increased due to normal business fluctuations and gaining additional customers. Management indicated the most significant increase within these branches was due to Refreshing GP gaining a new contract for the Boeing facilities which resulted in additional income for the branch. Management indicated that while Refreshing CA saw period-over-period revenue increases a key contract was lost at the end of YTD Sep-23 which resulted in the Company divesting this entity. Refer to the Points of Interest and Quality of Earnings for further discussion.



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 5 – Combined Cost of Revenue

| Combined Cost of Revenue US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 | % of Revenue FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|---|---|---|---|
| Revenue | $ 130,072 | $ 164,285 | $ 92,270 | $ 126,482 | | | | |
| Cost of product | 40,278 | 64,121 | 35,924 | 59,767 | 31.0% | 39.0% | 38.9% | 47.3% |
| Investor payments | 22,067 | 21,870 | 13,244 | 13,047 | 17.0% | 13.3% | 14.4% | 10.3% |
| Water station location fees | 8,784 | 6,650 | 6,588 | 4,454 | 6.8% | 4.0% | 7.1% | 3.5% |
| Direct labor | 3,275 | 2,453 | 6,407 | 5,586 | 2.5% | 1.5% | 6.9% | 4.4% |
| **Total combined cost of revenue** | **$ 74,404** | **$ 95,094** | **$ 62,164** | **$ 82,854** | **57.2%** | **57.9%** | **67.4%** | **65.5%** |
| **Gross profit** | **$ 55,668** | **$ 69,191** | **$ 30,106** | **$ 43,629** | **42.8%** | **42.1%** | **32.6%** | **34.5%** |

Source: Consolidated Integrated Model

**Cost of product**: Balance primarily consists of cost of vending merchandise and the cost of water machines sold to investors. Management indicated this balance decreased from FY22 to LTM Sep-23 reduced supplies expenses which resulted from lower vending revenues in the same periods.

**Investor payments**: Investor payments represent fee payments to the third-party owners of water station machines. These payments have been excluded on a pro forma basis as management intends to utilize the proposed financing to buy-back all of these machines and therefore no longer need to incur these payments. Refer to Quality of Earnings and Points of Interest for further discussion on investor payments. [Open for final reconciliation]

**Water station location fees**: Location fees represent fees paid to individual host locations to host water machines. These fees are paid as a percentage of collections, which generally range from 20-55% of water station revenues. Management explained that while water station revenue increased from FY22 to LTM Sep-23, the Company's newer hosts agreed to fee arrangements at the lower end of the range and therefore costs slightly reduced period over period.

**Direct labor**: Direct labor primarily consists of cost of the water station service technicians, and direct labor incurred in building water stations at Creative.



24-01864-FPC11    Doc 22-5    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 23 of 26

# Exhibit 5 – Combined Cost of Revenue: Vendor Purchases

| Combined Vendor Purchases | | | | | |
|---|---|---|---|---|---|
| US$ in thousands | FY22 | LTM Sep-23 | Payment Terms | Products Provided | Location |
| Seaga Manufacturing | $ 26,758 | $ 21,911 | Net 30 | Water Machines | United States |
| Vistar | 16,444 | 14,417 | Net 7 or 14 | Food / Beverages | United States |
| Coca-Cola | 4,968 | 4,355 | Net 30 | Food / Beverages | United States |
| Pepsi | 4,796 | 4,205 | Net 30 | Food / Beverages | United States |
| **Subtotal top vendors** | **$ 52,966** | **$ 44,888** | | | |
| Other Vendors | 18,758 | 15,194 | | | |
| **Total combined vendor purchases** | **$ 71,724** | **$ 60,082** | | | |

**Source:** Management Prepared Schedules of Purchases by Vendor

The Company's top vendors consist primarily of the Company's water machine manufacturer and food / beverage suppliers for Refreshing's vending revenues. As discussed in the Points of Interest, the largest four vendors represent approximately 75% of LTM Sep-23 purchases. Management indicated that the Company's purchasing levels fluctuate along with sales volume and inventory needs. Management indicated that the Company is in good standing with their vendors on the vending side, however, the Company was in dispute over certain payables owed to Seaga Manufacturing. The Company noted that there was an issue over substandard manufacturing specifics on a batch of water machines purchased from Seaga Manufacturing. Management indicated that this issue has since been resolved subsequent to the Historical Period, and the Company has since been paying the balances down.



# Exhibit 6 – Combined Operating Expenses

## Combined Operating Expenses

| US$ in thousands | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 | FY22 | LTM Sep-23 | YTD Sep-22 | YTD Sep-23 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | % of Revenue | | |
| Revenue | $ 130,072 | $ 164,285 | $ 92,270 | $ 126,482 | 100.0% | 100.0% | 100.0% | 100.0% |
| Expenses | 20,996 | 24,298 | 14,144 | 17,445 | 16.1% | 14.8% | 15.3% | 13.8% |
| Professional fees | 2,856 | 5,065 | 1,457 | 3,667 | 2.2% | 3.1% | 1.6% | 2.9% |
| Vending location fees | 4,151 | 3,320 | 3,507 | 2,676 | 3.2% | 2.0% | 3.8% | 2.1% |
| Total combined operating expenses | $ 28,003 | $ 32,684 | $ 19,108 | $ 23,789 | 21.5% | 19.9% | 20.7% | 18.8% |

Source: Consolidated Integrated Model

**Expenses:** Consists of primarily facility rent, employee compensation and vehicle costs among other operating costs. Management indicated this balance increased from FY22 to LTM Sep-23 primarily in connection with higher operating costs at RUSA.

**Professional fees:** This balance increased from FY22 to LTM Sep-23 primarily in connection with a failed SPAC public listing. The Company incurred various costs including assurance services in connection with the FY21 and FY22 audits, legal fees, and technical accounting fees during YTD Sep-23. The legal and consulting fees in connection with the attempted public listing are considered non-recurring and have been excluded from reported EBITDA. Refer to the Quality of Earnings for further discussion.

**Vending location fees:** Balance consists of locations fees paid to the owner of the locations that house their vending machines. These fees are incurred through RUSA. Management indicated these fees arrangements can vary in percentages paid to the location owners but are variable and are based on vending sales volumes. Management indicated these fees decreased from FY22 to LTM Sep-23 in line with reduced vending revenues. [Open confirm classification of this expense in COGS/OPEX]

MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 7 – Combined Compensation

| Combined Compensation | | | | | | % of Revenue | |
|---|---|---|---|---|---|---|---|
| US$ in thousands | | FY22 | | LTM Sep-23 | | FY22 | LTM Sep-23 |
| Revenue | $ | 130,072 | $ | 164,285 | | 100.0% | 100.0% |
| Headcount at period-end date | | 360 | | 345 | | | |
| | | | | | | | |
| Salaries and wages | $ | 26,249 | $ | 21,237 | | 20.2% | 12.9% |
| Employee benefits | | 767 | | 728 | | 0.6% | 0.4% |
| Payroll taxes | | 2,698 | | 2,608 | | 2.1% | 1.6% |
| Total combined compensation | $ | 28,947 | $ | 23,845 | | 22.3% | 14.5% |
| | | | | | | | |
| As a % of compensation | | | | | | | |
| Employee benefits | | 2.9% | | 3.4% | | | |
| Payroll taxes | | 10.3% | | 12.3% | | | |
| | | | | | | | |
| Cost per Head | | | | | | | |
| Salaries and wages | | 73 | | 62 | | | |
| Employee benefits | | 2.1 | | 2.1 | | | |
| Payroll taxes | | 7.5 | | 7.6 | | | |

**Source:** Trial Balance, Headcount data

**Salaries and wages:** These figures represent the salaries and wages paid to production and non-production employees for all entities. Management indicated that the Company noted a decrease in salaries and wages from FY22 to LTM Sep-23 primarily due to the decrease in headcount, as the Company recalibrated headcounts to gain more efficiencies on the Refreshing side. Management indicated that the decrease in salaries and wages on a cost per head basis is due to the Company terminating the higher paid warehouse employees and route drivers in an effort to keep costs low, resulting in lower average salaries for remaining employees.

**Employee benefits and payroll taxes:** As noted above, management indicated that the cost of employee benefits and payroll taxes decreased from FY22 to LTM Sep-23 primarily due to the decrease in employee headcount during the period. Management further indicated that the Company's employee benefits and payroll taxes remained consistent as a percentage of total compensation and on a cost per head basis.



24-01864-FPC11    Doc 22-5    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 26 of 26

Ranade Decl. Ex.
Page 050 of 277