# Exhibit 8 – Combined Other Income/(Expense)

| Other Income/(Expense) US$ in thousands | FY22 | | LTM Sep-23 | | YTD Sep-22 | | YTD Sep-23 |
|---|---|---|---|---|---|---|---|
| Depreciation expense | $ | (8,364) | $ | (12,755) | $ | (6,918) | $ | (11,309) |
| Interest expense | | (6,382) | | (11,765) | | (2,475) | | (7,858) |
| Total other income/(expense) | $ | (14,746) | $ | (24,520) | $ | (9,393) | $ | (19,167) |

**Source:** Consolidated Integrated Model

The above activity have been excluded from reported EBITDA on a definitional basis. Refer to the Quality of Earnings for further discussion.



www.marcumllp.com   46

# Exhibit 9 – Combined Balance Sheet: Combined Accounts Receivable

## Combined Accounts Receivable

| US$ in thousands | 12/31/22 | 9/30/23 | As a % of Total A/R 12/31/22 | 9/30/23 |
|---|---|---|---|---|
| Refreshing USA | $ 933 | $ 3,130 | 37.2% | 74.5% |
| Water Station Management | 771 | 447 | 30.8% | 10.6% |
| Creative Technologies | 908 | 627 | 36.3% | 14.9% |
| Subtotal | 2,612 | 4,205 | 104.3% | 100.0% |
| Eliminations | (108) | - | -4.3% | 0.0% |
| Total combined accounts receivable | $ 2,504 | $ 4,205 | 100.0% | 100.0% |

Statistics

| | 12/31/22 | 9/30/23 |
|---|---|---|
| Combined Revenue | $ 130,072 | $ 164,285 |
| Days sales outstanding * | 7 | 9 |

* DSO is calculated from ending A/R balances and *respective last twelve months of revenues*

Source: AR Aging Reports

The combined accounts receivable consist of the following:
- RUSA receivables relate to represent amounts due from customers and uncollected sales from machines. See the following slides for RUSA's detailed AR aging.
- WSM's AR primarily relate to amounts due from the customers of it's TCR subsidiary. Management providing aging reports for TCR as of December 31, 2022 and September 30, 2023 indicating that a majority of the Company's balances are aged under 30 days. Management indicated that the Company's balances are deemed collectible.
- Creative's AR relate primarily from amounts due from customers of it's K-2 manufacturing subsidiary. Management providing aging reports for K-2 as of December 31, 2022 and September 30, 2023. Management indicated that the Company had high aged balances at December 31, 2022 which were collected during LTM Sep-23. Management indicated that the Company's balances are deemed collectible.

[OPEN FOR FINAL RECONCILIATION OF ELIMINATIONS]



# Exhibit 9 – Combined Balance Sheet: RUSA Accounts Receivable Aging 9/30/2023

**Accounts Receivable- Refreshing USA**

| 9/30/2023 US$ in thousands | Current | 1-30 days | 31-60 days | 61-90 days | >91 days | Total |
|---|---|---|---|---|---|---|
| Refreshing CA | $ 74 | $ 42 | $ 26 | $ 14 | $ 11 | $ 168 |
| Refreshing CO | 15 | 18 | 7 | 7 | 5 | 52 |
| Refreshing GL | 67 | 150 | 43 | 24 | - | 285 |
| Refreshing NE | 31 | (3) | 74 | - | - | 102 |
| Refreshing TX | 72 | 49 | 31 | 10 | 202 | 365 |
| Refreshing USA | 250 | 1,371 | 250 | 250 | 7,308 | 9,429 |
| Subtotal | $ 509 | $ 1,627 | $ 432 | $ 305 | $ 7,527 | $ 10,400 |
| Less: Intercompany Eliminations | - | - | - | - | (20) | (20) |
| Less: Related party notes receivable | - | - | - | - | (7,168) | (7,168) |
| Subtotal | $ 509 | $ 1,627 | $ 432 | $ 305 | $ 338 | $ 3,212 |
| Unreconciled variance | - | - | - | - | - | (81) |
| Total consolidated accounts receivable - Refreshing USA | $ 509 | $ 1,627 | $ 432 | $ 305 | $ 338 | $ 3,131 |

Source: AR Aging Reports, Trial Balance

Management indicated that a consolidated accounts receivable aging report was unavailable as of September 30, 2023. The Company provided AR aging reports for the Company's most significant affiliates, indicated the remaining balances are included in the balance of RUSA.

Management indicated that the Company included an intercompany notes receivable balance of $7.1 million to WSM within the Refreshing's AR reports. Management indicated that this balance is included within other current assets and eliminated upon combination. Additionally, Management indicated that the Company is no longer charging intercompany management fees between the Refreshing branches.

Refreshing noted an overall decrease in AR from December 31, 2022 to September 30, 2023. Management attributed this decrease to the Company's California branch losing significant customers within its OCS segment. Management indicated that the Company has been more efficient in reconciling Parlevel sales which did not require further adjustments to the AR balance at September 30, 2023.



**MARCUM**
ACCOUNTANTS ▲ ADVISORS

www.marcumllp.com

# Exhibit 9 – Combined Balance Sheet: RUSA Accounts Receivable Aging 12/31/2022

| Consolidated Accounts Receivable - Refreshing USA 12/31/2022 US$ in thousands | Current | 1-30 days | 31-60 days | 61-90 days | >91 days | Total |
|---|---|---|---|---|---|---|
| Customer receivables | $ 486 | $ 300 | $ 123 | $ 140 | $ 570 | $ 1,619 |
| Intercompany receivables | - | 19 | (5) | 210 | 4,929 | 5,152 |
| Parlevel receivables | 519 | (291) | 99 | 708 | 5,619 | 6,653 |
| Subtotal - balance per aging report | 1,005 | 27 | 217 | 1,059 | 11,118 | 13,425 |
| Add: year-end water service adjustments (AJE 1) | | | | | | 5,892 |
| Add: year-end Parlevel sales adjustments (AJE 3) | | | | | | 1,218 |
| Add: Rebate accrual for Q4 and Q3 2022 (AJE 5) | | | | | | 2,278 |
| Less: Reclassification of deposits in transit to cash (AJE 6) | | | | | | (200) |
| Less: Eliminations of 4% management fee (Elim 1, 3) | | | | | | (7,319) |
| Less: Parlevel adjustment for Refreshing TX | | | | | | (4,285) |
| Less: Related party note receivable included in AR report | | | | | | (4,406) |
| Unreconciled trial balance adjustment | | | | | | 221 |
| Total consolidated accounts receivable - Refreshing USA | $ 1,005 | $ 27 | $ 217 | $ 1,059 | $ 11,118 | $ 6,825 |

Source: RUSA 2022 Accounts Receivable - Schedule, Trial Balance

Management indicated that RUSA's consolidated AR aging as of December 31, 2022 is categorized by three main categories: customer receivables, Parlevel receivables, and intercompany receivables. Management indicated that customer receivables relate to trade receivables owed to the Company by physical customers for OCS and pantry sales, while intercompany receivables primarily relate to intercompany transactions between the RUSA entities for management fees paid between the entities in FY22 and for expenses paid on other branches behalf. Parlevel receivables consist of sales made through the Company's vending machines which have not yet been collected by the branch or deposited.

Management indicated that the Company makes monthly adjustments for revenues earned by RUSA for servicing WSM's water machines, which are calculated as a percentage of total sales by WSM's water machines, as included in AJE 1 above. The Company reconciles Parlevel sales and collections on a monthly basis and adjusts sales and related accounts receivable, as included in AJE 3 above. The Company accrues for rebates on inventory purchases on a quarterly basis through RUSA, which are estimated based on purchases and further adjusted once reconciled by the Company's third-party rebate team. Rebates are recorded as receivables and as a contra account to supplies within cost of revenue.

In FY22, the RUSA was charging management fees to individual RUSA branches. Management indicated that RUSA stopped this practice during LTM Sep-23. The Company eliminates the balances included within AR through elimination entries 1 and 3.

The Company made an adjustment to accounts receivable at December 31, 2022 relating to deposits in transit included on the AR aging report to reflect the cash deposits made. Additionally, the Company made an adjustment to accounts receivable and sales due to an error noted on Refreshing TX. Management indicated that the Company's Parlevel receivables for Refreshing TX did not reflect collections made against the balances, and overstated sales and accounts receivable as a result.

Management indicated that the Company includes $4.4 million of balances owed from Creative and WSM within the Company's AR reports. The Company records this balance of the intercompany note receivable within other current assets, which is eliminated upon combination.



www.marcumllp.com

# Exhibit 9 – Combined Balance Sheet: Inventory

## Inventory

| US$ in thousands | 12/31/22 | 9/30/23 |
|---|---|---|
| **Creative Technologies:** | | |
| Water machine inventory | $ 23,995 | $ 21,233 |
| **Refreshing USA:** | | |
| Inventory in machines | $ 4,524 | $ 4,503 |
| Inventory in trucks | 417 | - |
| Inventory in warehouses | 3,005 | 1,564 |
| **Total Refreshing USA Inventory** | $ 7,945 | $ 6,068 |
| Unreconciled variance | - | 3 |
| **Total inventory** | $ 31,941 | $ 27,303 |
| **Statistics** | | |
| Cost of goods sold | $ 74,404 | $ 95,094 |
| Annualized inventory turns | 2.7 | 3.4 |
| Days of COGS in ending inventory | 133 | 105 |

Source: Inventory workbooks

## Refreshing USA Inventory by Territory

| US$ in thousands | 12/31/22 | 9/30/23 |
|---|---|---|
| Refreshing AZ | $ 190 | $ 305 |
| Refreshing CA | 614 | 676 |
| Refreshing CO | 105 | 126 |
| Refreshing FL | 474 | 515 |
| Refreshing GA | 934 | 661 |
| Refreshing GL | 1,475 | 965 |
| Refreshing GP | 33 | 39 |
| Refreshing MT | 147 | 195 |
| Refreshing NM | 92 | 57 |
| Refreshing NE | 224 | 196 |
| Refreshing NV | 404 | 11 |
| Refreshing MW | 263 | 120 |
| Refreshing MA | 619 | 590 |
| Refreshing TX | 1,861 | 1,008 |
| Refreshing WA | 509 | 604 |
| **Total Refreshing USA inventory by location** | $ 7,945 | $ 6,068 |

Source: Consolidated trial balances, Inventory schedules by location

See Points of Interest for Discussion regarding inventory and related significant accounting policies.

**Water machine inventory:** Management indicated that water machine inventory decreased from FY22 to LTM Sep-23 resulting from the Company selling off machines held in inventory.

**Inventory in trucks:** This balance is comprised of various snacks and drinks within the Company's trucks. Management indicated that the Company tracked inventory in trucks separately during FY22, however the Company currently includes inventory in trucks as part of the Company's warehouse inventory counts.

**Inventory in warehouses:** Management indicated that the Company noted a decrease in inventory in warehouses from FY22 to LTM Sep-23 due to seasonal timing. Management attributes the decrease to the beginning of the school season, where the Company works to load as much inventory as possible in school vending machines prior to the start of the school year, and as such, management indicated machine inventory is higher while warehouse inventory is lower than typical levels.



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 9 – Combined Balance Sheet: Combined Fixed Asset Roll Forward

| Fixed Asset Roll Forward US$ in thousands | 12/31/21 | Additions | Disposals | Eliminations | 12/31/22 | Additions | Disposals | Eliminations | 9/30/23 |
|---|---|---|---|---|---|---|---|---|---|
| Water machines | $ 13,611 | $ 56,301 | $ - | $ (9,326) | $ 60,586 | $ 29,196 | $ - | $ (2,213) | $ 87,569 |
| Vending machines | 38,022 | 2,109 | - | - | 40,130 | 80 | (37) | - | 40,173 |
| Vehicles | 2,532 | 262 | - | - | 2,794 | 69 | - | - | 2,863 |
| Equipment | 1,066 | - | - | - | 1,066 | - | - | - | 1,066 |
| **Gross fixed assets** | $ 55,231 | $ 58,671 | $ - | $ (9,326) | $ 104,576 | $ 29,345 | $ (37) | $ (2,213) | $ 131,672 |
| Accumulated depreciation | (12,263) | (8,535) | - | - | (20,798) | (11,355) | 21 | (196) | (32,328) |
| Unreconciled variance | - | - | - | - | - | - | - | - | (44) |
| **Accumulated depreciation** | (12,263) | (8,535) | - | - | (20,798) | (11,355) | 21 | (196) | (32,372) |
| **Total fixed assets** | $ 42,967 | $ 50,136 | $ - | $ (9,326) | $ 83,778 | $ 17,990 | $ (16) | $ (2,409) | $ 99,300 |

Source: Fixed Asset Summaries

The most significant additions to fixed assets during the Historical Period were water machines purchased by WSM from Creative. The Company's remaining additions to fixed assets represent purchases of vending machines to expand Refreshing's network, and vehicles to service machines. Management indicated that Creative sold machines to WSM at prices greater than the cost of purchasing the machine from suppliers, and as such, the Company is eliminating the margin from WSM's fixed asset additions to reflect the actual cost of the machines purchased. The Company had minimal disposals during the Historical Period, which management indicated had no financial statement impact during LTM Sep-23. *Refer to Points of Interest for further information on Vehicle Fleet.*



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 9 – Combined Balance Sheet: Other Assets

## Other Assets

| US$ in thousands | 12/31/22 | 9/30/23 |
|---|---|---|
| Related party notes receivable | $ 44,780 | $ 68,514 |
| Intangible assets, net of accumulated amortization | 23,901 | 23,806 |
| Related party loans | 20,821 | 20,821 |
| Operating lease right-of-use assets | 401 | 288 |
| **Total other assets** | **$ 89,902** | **$ 113,428** |

Source: Trial Balance

## Related Party Notes Receivable

| US$ in thousands | 12/31/22 | 9/30/23 |
|---|---|---|
| Summit Management Services LLC | $ 35,096 | $ 41,096 |
| Pistol, Inc. | 5,000 | 5,000 |
| Aurora QB | 4,684 | 5,000 |
| Ideal Properties, LLC | - | 8,622 |
| Unreconciled variance [Open] | - | 8,797 |
| **Total related party notes receivable** | **$ 44,780** | **$ 68,514** |

Source: Trial Balance

**Intangible assets, net of accumulated amortization:** This balance represents goodwill on the books of K-2 MFG LLC, a subsidiary of Creative, as well as goodwill, intellectual property and noncompete agreements purchased by Refreshing USA through several acquisitions. Management indicated that all intangibles excluding goodwill are being amortized over 15 years for financial statement purposes, and that goodwill is tested annually for impairment.

**Operating lease right-of-use assets:** This balance represents the present value calculation of remaining lease payments (right-of-use assets) on the Company's third-party leases in connection with the Company's adoption of ASC 842. Management indicated that the balance is decreasing as the lease term expires.

**Related party loans:** This balance represents loans made to Ideal Properties LLC, which are used to purchase operating facilities ultimately utilized by the Company in operations.

**Related party notes receivable:** This balance represents funds advanced to Summit Management Services LLC, Pistol Inc., Aurora QB, and Ideal Properties LLC, entities affiliated through common ownership of Ryan Wear. Management indicated that the Company exchanges funds for investment and other operating purposes, which are discretionary in nature.

**Prepaid leases:** This balance represents amounts prepaid by WSM on related party leases which were funded by bond borrowings. Management indicated that the Company prepaid these lease payments in order to remove WSM as a primary occupant on a previous bank loan. The decrease in this balance is due to the Company expensing the prepaid portion on a monthly basis.

**Unreconciled variance: [Open pending reconciliation of investor fees]**



# Exhibit 9 – Combined Balance Sheet: Combined Accounts Payable

## Combined Accounts Payable

| US$ thousands | 12/31/22 | 9/30/23 | As a % of Total A/P 12/31/22 | As a % of Total A/P 9/30/23 |
|---|---|---|---|---|
| Refreshing USA | $ 2,891 | $ 5,225 | 70.0% | 55.6% |
| Water Station Management | 213 | 522 | 5.2% | 5.5% |
| Creative Technologies | 2,645 | 3,679 | 64.1% | 39.1% |
| **Subtotal** | **$ 5,750** | **$ 9,426** | **139.2%** | **100.2%** |
| Eliminations | (1,621) | (21) | -39.2% | -0.2% |
| **Total combined accounts payable** | **$ 4,129** | **$ 9,405** | **100.0%** | **100.0%** |
| **Statistics** | | | | |
| Combined cost of revenue | 74,404 | 95,094 | | |
| Days payable outstanding * | 18 | 10 | | |

*DPO is calculated based on ending A/P balance and trailing twelve months of cost of revenue

**Source:** Consolidations, Integrated Model

The Company noted increases in accounts payable balances throughout the Companies primarily due to cash flow restraints experienced by the Company, which was primarily driven by amounts owed by RUSA to vendors for purchases and operating expenses. Refer to RUSA Accounts Payable aging exhibits for further discussion.

Management indicated that there was a $3.6 million increase in accounts payable for WSM from December 31, 2023 to September 30, 2023 which was primarily due to an increase in unpaid water services performed by RUSA. Management indicated that WSM owed RUSA $2.7 million and $6.1 million at December 31, 2022 and September 30, 2023, respectively, which are eliminated upon combination.

Management further indicated that Creative Technologies' AP balance increased by approximately $1.0 million, of which approximately $739 thousand pertains to amounts owed to the Company's water machine manufacturer for additional purchases made. Management indicated the remaining increase is primarily due to additional amounts owed under insurance policies. [OPEN FOR FINAL RECONCILIATION OF ELIMINATIONS]



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 9 – Combined Balance Sheet: RUSA Accounts Payable Aging 9/30/2023

| Consolidated Accounts Payable - Refreshing USA 9/30/2023 US$ in thousands | Current | 1-30 days | 31-60 days | 61-90 days | >91 days | Total |
|---|---|---|---|---|---|---|
| Refreshing USA | $ 2,480 | $ 1,564 | $ 941 | $ 724 | $ 1,205 | $ 6,913 |
| Add: Refreshing MA | - | - | - | - | - | 165 |
| Balance per aging report | 2,480 | 1,564 | 941 | 724 | 1,205 | 7,079 |
| Less: year-end balance corrections | - | - | - | - | - | (1,236) |
| Less: intercompany eliminations | - | - | - | - | - | (587) |
| Less: related party payables reclassed to notes payable | - | - | - | - | - | (32) |
| Consolidated accounts payable - Refreshing USA | $ 2,480 | $ 1,564 | $ 941 | $ 724 | $ 1,205 | $ 5,225 |

Management indicated that Refreshing's accounts payable balances increased from December 31, 2022 to September 30, 2023 primarily due to cash flow constraints on the Company.

Management indicated that RUSA performed a reconciliation of amounts payable to significant vendors including Vistar at September 30, 2023. The Company noted inconsistencies in reported amounts due and vendor schedules, which management attributed to the RUSA being charged for additional outstanding balances owed to the suppliers by the individual branches. Management indicated that the Company adjusted cost of revenues and accounts payable for these errors.

Management indicated that the Company include $32 thousand of balances owed to Creative within the Company's AP reports. The Company records this balance of the intercompany note receivable within other current assets, which is eliminated upon combination.



Ranade Decl. Ex.
Page 059 of 277

24-01864-FPC11    Doc 22-6    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 9 of 32

# Exhibit 9 – Combined Balance Sheet: RUSA Accounts Payable Aging 12/31/2022

**Consolidated Accounts Payable - Refreshing USA**
**12/31/2022**

| US$ in thousands | Current | 1-30 days | 31-60 days | 61-90 days | >91 days | Total |
|---|---|---|---|---|---|---|
| Balance per aging report | $ 3,890 | $ 1,613 | $ 223 | $ 494 | $ 1,078 | $ 7,299 |
| Less: Correction of retained earnings (Elim 6) | - | - | - | - | 2,000 | 2,000 |
| Less: Elimination of RUSA management fees (Elim 3) | (1,647) | - | - | - | (4,328) | (5,975) |
| Less: Elimination of intercompany balances (Elim 7) | (1,992) | - | - | - | 1,559 | (433) |
| **Consolidated accounts payable - Refreshing USA** | $ 251 | $ 1,613 | $ 223 | $ 494 | $ 309 | $ 2,891 |

Management indicated that Refreshing's accounts payable balances consist primarily of amounts due to vendors for purchases of inventory and supplies and other operating expenses. Management further indicated that a majority of the Company's AP balances are aged under 30 days.

Management indicated that the Company recognized expenses during FY21 within accounts payable that did not carry forward to the December 31, 2022 AP Aging report. As such, the Company adjusted accounts payable and retained earnings to record the impact of the remaining payables as of the balance sheet date.

In FY22, the Company was charging intercompany management fees between the individual RUSA branches and RUSA. Management indicated that the Company stopped this practice during LTM Sep-23. The Company eliminates the balances included within AR through elimination entries 3 and 7. [OPEN – Management to confirm differences between eliminations for management fees between AP and AR schedules].



| Combined Accrued Liabilities | | |
| --- | --- | --- |
| US$ in thousands | 12/31/22 | 9/30/23 |
| Accrued investor payments | $    - | $   7,680 |
| Other accrued expense | 2,436 | 2,991 |
| Payroll related liabilities | 1,030 | 1,170 |
| Sales tax payable | 371 | 818 |
| Credit cards payable | 477 | 579 |
| **Total combined accrued liabilities** | **$   4,314** | **$  13,238** |

**Source:** Trial Balance, management Schedules

**Accrued investor payments:** This balance represents payments owed by WSM to investors. Management indicates as a result of cash constraints the Company did not pay a significant portion of investor payments during YTD Sep-23. These payments have been excluded from EBITDA on a pro forma basis, as the Company plans to buy back all investor machines utilizing the funds from the refinancing. Refer to the Points of Interest and Quality of Earnings for further discussion.

**Other accrued expense:** Management indicated that other accrued expense as if December 31, 2022 consists primarily of an accrued distribution of approximately $2.1 million to the Company's owner, Ryan Wear. Management indicated that the distribution was declared in FY21 and not paid as of September 30, 2023. Management further indicated that the other accrued expense balance as of September 30, 2023 consists of accrued liabilities in connection with sale of Creative's water machines and various other miscellaneous accrued expenses. [OPEN TO DISCUSS ADJUSTMENT]

**Payroll related liabilities:** This balance represents accrued liabilities for payroll, payroll taxes, and employee benefits. Management indicated that the payroll related liabilities balances remained consistent with the prior period, increasing slightly due to timing. Refer to Combined Compensation Exhibit for further discussion on payroll and benefits.

**Credit cards payable:** This balance represents balances due on the Company's credit cards. Management indicated that the Company noted an increase in credit card payable balances due to timing of purchases and payments, and further due to the Company preserving cash and utilizing credit cards when possible.

**Sales tax payable:** This balance represents the sales tax liabilities owed by the Company. The controller indicated that this balance increased from December 31, 2022 to September 30, 2023 due to the Company slowing down payments as the Company was experiencing a cash shortage within RUSA.



# Exhibit 9 – Combined Balance Sheet: Other Current Liabilities

| Other Current Liabilities | | | |
|---|---|---|---|
| US$ in thousands | | 12/31/22 | 9/30/23 |
| Customer deposits | $ | 6,273 | $ - |
| Current liabilities, note payable | | 1,818 | 3,860 |
| Current operating lease liabilities | | 181 | 292 |
| **Total other current liabilities** | $ | **8,272** | $ **4,153** |

Source: Trial Balance

**Customer deposits:** This balance represents funds received by Creative for water machines prior to the fulfillment of sales obligations. Management indicated that the Company received funds for a large order prior to year-end which had not yet been fulfilled as of the end of the year. The Company recognized the income on these orders during YTD Sep-23 once the orders were fulfilled.

**Current liabilities, note payable:** This balance represents current portion of the Company's various notes payable for equipment and vehicle loans. Management indicated that this balance increase primarily due to short term asset-based loans entered into by RUSA.

**Current operating lease liabilities:** This balance represents the current portion of the Company's operating lease liabilities for office leases held by third-parties. Management indicated that this balance increased due to the Company classifying the entire remaining balance under their third-party operating leases as current.

MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 9 – Combined Balance Sheet: Loans Payable

| Loans Payable US$ in thousands | 12/31/22 | 9/30/23 |
|---|---|---|
| REVL bond payable (WSM) | $ 71,250 | $ 96,425 |
| Main Street note payable - non current portion (Creative) | 21,000 | 14,877 |
| **Total loans payable** | **$ 92,250** | **$ 111,302** |

**Source:** Trial Balance

**REVL bond payable:** This balance represents the entire portion of the Company's REVL bond payable, which is the Company's main financing source for the purchase of water machines. Management indicated that the balance increased from December 31, 2022 to September 30, 2023 resulting from WSM utilizing the bond to purchase approximately $29 million in water machines from Creative.

**Main Street note payable:** This balance represents amounts due to the Company's Main Street loan facility, which was the Company's financing source prior to the REVL bond. Management indicated that the Company was required to make accelerated payments on this loan after the Company triggered a default due to lack of audited financial statements in FY22.



# Exhibit 9 – Combined Balance Sheet: Combined Roll Forward of Members' Equity/(Deficit)

**Combined Roll Forward of Members' Equity/(Deficit)**

| US$ in thousands | Creative | WSM | RUSA | Elimination | Total |
|---|---|---|---|---|---|
| Balance, December 31, 2021 | $ 52,238 | $ 12,855 | $ 30,652 | $ - | $ 95,744 |
| Net income/(loss) | 15,301 | (281) | 10,223 | (12,325) | 12,919 |
| Contributions | 5,092 | - | 1,039 | - | 6,132 |
| Distributions | (1,324) | - | (2,134) | - | (3,458) |
| Elimination intercompany investment | - | - | - | (2,073) | (2,073) |
| Unreconciled variance | - | - | - | - | (1) |
| Balance, December 31, 2022 | $ 71,307 | $ 12,574 | $ 39,781 | $ (14,398) | $ 109,263 |
| Net income/(loss) | 7,673 | (3,279) | 1,630 | (5,351) | 673 |
| Balance, September 30, 2023 | $ 78,980 | $ 9,295 | $ 41,411 | $ (19,749) | $ 109,936 |

Source: Audited Financial Statements, Equity *Roll Forward*

[Open - *Confirm* if *WSM's* total investment in RUSA was $2.073 million *or just the $1.039 million invested during FY22*]



# Exhibit 10 – Combining Financial Statements: LTM Sep-23 – Income Statement

**Combining Income Statement - LTM Sep-23**

| US$ in thousands | Creative | WSM | RUSA | AJE | EJE | Total |
|---|---|---|---|---|---|---|
| Revenue | $ 79,878 | $ 42,737 | $ 72,627 | - | $ (30,958) | $ 164,285 |
| Cost of revenue | 43,345 | 28,872 | 37,323 | - | (14,445) | 95,094 |
| Gross profit | $ 36,533 | $ 13,865 | $ 35,305 | - | $ (16,512) | $ 69,191 |
| Gross profit % | 45.7% | 32.4% | 48.6% | N/M | 53.3% | 42.1% |
| Operating expenses | 8,447 | 4,866 | 21,379 | - | (8,008) | 32,684 |
| Operating income (loss) | $ 28,087 | $ 9,000 | $ 7,925 | - | $ (8,505) | $ 36,507 |
| Other (income)/expense | (6,242) | (12,974) | (5,304) | - | - | (24,520) |
| Net income (loss) | $ 21,845 | $ (3,974) | $ 2,621 | - | $ (8,505) | $ 11,987 |
| Net income (loss) % | 27.3% | (9.3%) | 3.6% | N/M | 27.5% | 7.3% |
| Interest (income)/expense | 3,105 | 5,643 | 3,017 | - | - | 11,765 |
| Depreciation and amortization | 3,137 | 7,331 | 2,287 | - | - | 12,755 |
| EBITDA | $ 28,087 | $ 9,000 | $ 7,925 | - | $ (8,505) | $ 36,507 |
| EBITDA % | 35.2% | 21.1% | 10.9% | N/M | 27.5% | 22.2% |

Source: Consolidated Integrated Model

[Open pending final reconciliation of CT/WSM intercompany sales]



www.marcumllp.com

MARCUM
ACCOUNTANTS ▲ ADVISORS

24-01864-FPC11    Doc 22-6    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 15 of 32

Ranade Decl. Ex.
1 Page 065 of 277

# Exhibit 10 – Combining Financial Statements: FY22 – Income Statement

## Combining Income Statement - FY22

| US$ in thousands | Creative | WSM | RUSA | AJE | EJE | Total |
|---|---|---|---|---|---|---|
| Revenue | $ 75,946 | $ 37,646 | $ 74,399 | $ - | $ (57,918) | $ 130,072 |
| Cost of revenue | 50,017 | 28,917 | 37,205 | - | (41,734) | 74,404 |
| Gross profit | $ 25,929 | $ 8,729 | $ 37,194 | $ - | $ (16,184) | $ 55,668 |
| Gross profit % | 34.1% | 23.2% | 50.0% | N/M | 27.9% | 42.8% |
| Operating expenses | 4,594 | 4,179 | 23,090 | - | (3,860) | 28,003 |
| Operating income (loss) | $ 21,335 | $ 4,550 | $ 14,104 | $ - | $ (12,325) | $ 27,665 |
| Other (income)/expense | (6,034) | (4,831) | (3,881) | - | - | (14,746) |
| Net income (loss) | $ 15,301 | $ (281) | $ 10,223 | $ - | $ (12,325) | $ 12,919 |
| Net income (loss) % | 20.1% | (0.7%) | 13.7% | N/M | 21.3% | 9.9% |
| Interest (income)/expense | 2,419 | 2,216 | 1,747 | - | - | 6,382 |
| Depreciation and amortization | 3,615 | 2,615 | 2,135 | - | - | 8,364 |
| EBITDA | $ 21,335 | $ 4,550 | $ 14,104 | $ - | $ (12,325) | $ 27,665 |
| EBITDA % | 28.1% | 12.1% | 19.0% | N/M | 21.3% | 21.3% |

Source: Consolidated Integrated Model

[Open pending final reconciliation of CT/WSM intercompany sales]

DRAFT



MARCUM
ACCOUNTANTS ▲ ADVISORS

Ranade Decl. Ex.

# Exhibit 10 – Combining Financial Statements: YTD Sep-23 – Income Statement

## Combining Income Statement - YTD Sep-23

| US$ in thousands | Creative | | WSM | RUSA | AJE | EJE | | Total |
|---|---|---|---|---|---|---|---|---|
| Revenue | $ | 67,020 | $ | 33,326 | $ | 55,210 | - | $ | (29,073) | $ | 126,482 |
| Cost of revenue | | 45,690 | | 21,660 | | 31,438 | - | | (15,933) | | 82,854 |
| Gross profit | $ | 21,330 | $ | 11,666 | $ | 23,773 | - | $ | (13,140) | $ | 43,629 |
| Gross profit % | | 31.8% | | 35.0% | | 43.1% | N/M | | 45.2% | | 34.5% |
| Operating expenses | | 9,042 | | 3,178 | | 19,356 | - | | (7,789) | | 23,789 |
| Operating income (loss) | $ | 12,288 | $ | 8,487 | $ | 4,416 | - | $ | (5,351) | $ | 19,840 |
| Other (income)/expense | | (4,615) | | (11,766) | | (2,786) | - | | - | | (19,167) |
| Net income (loss) | $ | 7,673 | $ | (3,279) | $ | 1,630 | - | $ | (5,351) | $ | 673 |
| Net income (loss) % | | 11.4% | | (9.8%) | | 3.0% | N/M | | 18.4% | | 0.5% |
| Interest (income)/expense | | 1,485 | | 5,089 | | 1,285 | - | | - | | 7,858 |
| Depreciation and amortization | | 3,130 | | 6,678 | | 1,501 | - | | - | | 11,309 |
| EBITDA | $ | 12,288 | $ | 8,487 | $ | 4,416 | - | $ | (5,351) | $ | 19,840 |
| EBITDA % | | 18.3% | | 25.5% | | 8.0% | N/M | | 18.4% | | 15.7% |

Source: Consolidated Integrated Model

[Open pending final reconciliation of CT/WSM intercompany sales]



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 10 – Combining Financial Statements: YTD Sep-22 – Income Statement

## Combining Income Statement - YTD Sep-22

| US$ in thousands | Creative | | WSM | | RUSA | | AJE | | EJE | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ | 63,087 | $ | 28,235 | $ | 56,982 | $ | - | $ | (56,034) | $ | 92,270 |
| Cost of revenue | | 52,361 | | 21,705 | | 31,320 | | - | | (43,222) | | 62,164 |
| Gross profit | $ | 10,726 | $ | 6,530 | $ | 25,662 | $ | - | $ | (12,812) | $ | 30,106 |
| Gross profit % | | 17.0% | | 23.1% | | 45.0% | | N/M | | 22.9% | | 32.6% |
| Operating expenses | | 5,190 | | 2,492 | | 15,061 | | - | | (3,641) | | 19,108 |
| Operating income (loss) | $ | 5,536 | $ | 4,038 | $ | 10,595 | $ | - | $ | (9,171) | $ | 10,998 |
| Other (income)/expense | | (4,407) | | (3,623) | | (1,363) | | - | | - | | (9,393) |
| Net income (loss) | $ | 1,129 | $ | 415 | $ | 9,232 | $ | - | $ | (9,171) | $ | 1,605 |
| Net income (loss) % | | 1.8% | | 1.5% | | 16.2% | | N/M | | 16.4% | | 1.7% |
| Interest (income)/expense | | 798 | | 1,662 | | 15 | | - | | - | | 2,475 |
| Depreciation and amortization | | 3,608 | | 1,961 | | 1,348 | | - | | - | | 6,918 |
| EBITDA | $ | 5,536 | $ | 4,038 | $ | 10,595 | $ | - | $ | (9,171) | $ | 10,998 |
| EBITDA % | | 8.8% | | 14.3% | | 18.6% | | N/M | | 16.4% | | 11.9% |

Source: Consolidated Integrated Model

[Open pending final reconciliation of CT/WSM intercompany sales]



MARCUM
ACCOUNTANTS ▲ ADVISORS

| Combining Balance Sheet - September 30, 2023 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| US$ in thousands | Creative | WSM | RUSA | AJE | EJE | Total |
| **Current assets** | | | | | | |
| Cash and cash equivalents | $ 418 | $ 236 | $ 787 | - | $ - | $ 1,441 |
| Restricted cash | - | 2,308 | - | - | - | 2,308 |
| Accounts receivable | 627 | 447 | 3,130 | - | - | 4,205 |
| Inventory | 21,235 | - | 6,068 | - | - | 27,303 |
| Other current assets | 49 | - | 16,729 | - | (16,729) | 49 |
| **Total current assets** | $ 22,330 | $ 2,991 | $ 26,715 | $ - | $ (16,729) | $ 35,306 |
| Fixed assets, net | 19,136 | 86,983 | 4,915 | - | (11,735) | 99,300 |
| Other assets | 59,192 | 30,468 | 19,474 | - | 4,293 | 113,428 |
| **Total assets** | $ 100,658 | $ 120,442 | $ 51,104 | $ - | $ (24,171) | $ 248,034 |
| **Liabilities** | | | | | | |
| Accounts payable | 3,679 | 6,635 | 5,225 | - | (6,134) | 9,405 |
| Accrued liabilities | 2,088 | 7,387 | 3,221 | - | 542 | 13,238 |
| Other current liabilities | 1,067 | 9,752 | 3,085 | (9,752) | - | 4,153 |
| **Total current liabilities** | $ 6,834 | $ 23,774 | $ 11,531 | $ (9,752) | $ (5,592) | $ 26,796 |
| Loan | 14,877 | 86,673 | - | 9,752 | - | 111,302 |
| **Total liabilities** | $ 21,711 | $ 110,447 | $ 11,531 | $ - | $ (5,592) | $ 138,098 |
| Equity | 78,947 | 9,995 | 39,573 | - | (18,579) | 109,935 |
| **Total liabilities and equity** | $ 100,658 | $ 120,442 | $ 51,104 | $ - | $ (24,171) | $ 248,034 |

Source: Consolidated Integrated Model



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 10 – Combining Financial Statements: December 31, 2022 – Balance Sheet

| Combining Balance Sheet - December 31, 2022 | | | | | | |
|---|---|---|---|---|---|---|
| US$ in thousands | Creative | WSM | RUSA | AJE | EJE | Total |
| **Current assets** | | | | | | |
| Cash and cash equivalents | $ 3,761 | $ 3,714 | $ 1,211 | $ - | $ - | $ 8,687 |
| Restricted cash | - | 1,591 | - | - | - | 1,591 |
| Accounts receivable | 908 | 771 | 6,825 | - | (6,000) | 2,504 |
| Inventory | 23,996 | - | 1,945 | - | - | 31,941 |
| Other current assets | 49 | - | 4,406 | - | (4,406) | 49 |
| **Total current assets** | $ 28,714 | $ 6,077 | $ 20,387 | $ - | $ (10,406) | $ 44,772 |
| Fixed assets, net | 22,266 | 64,661 | 6,177 | - | (9,326) | 83,778 |
| Other assets | 52,753 | 16,540 | 19,683 | - | 926 | 89,902 |
| **Total assets** | $ 103,734 | $ 87,278 | $ 46,247 | $ - | $ (18,805) | $ 218,453 |
| **Liabilities** | | | | | | |
| Accounts payable | 2,645 | 2,999 | 2,891 | - | (4,406) | 4,129 |
| Accrued liabilities | 1,044 | 455 | 2,815 | - | - | 4,314 |
| Other current liabilities | 7,738 | 7,125 | 535 | (7,125) | - | 8,272 |
| **Total current liabilities** | $ 11,427 | $ 10,579 | $ 6,241 | $ (7,125) | $ (4,406) | $ 16,716 |
| Noncurrent operating lease liabilities | - | - | 225 | - | - | 225 |
| Loan | 21,000 | 64,125 | - | 7,125 | - | 92,250 |
| **Total liabilities** | $ 32,427 | $ 74,704 | $ 6,466 | $ - | $ (4,406) | $ 109,191 |
| Equity | 71,307 | 12,574 | 39,781 | - | (14,399) | 109,262 |
| **Total liabilities and equity** | $ 103,734 | $ 87,278 | $ 46,247 | $ - | $ (18,805) | $ 218,453 |

**Source:** Consolidated Integrated Model



www.marcumllp.com

# Exhibit 10 – Combining Financial Statements: September 30, 2022 – Balance Sheet

**Combining Balance Sheet - September 30, 2022**

| US$ in thousands | Creative | WSM | RUSA | AJE | EJE | Total |
|---|---:|---:|---:|---:|---:|---:|
| **Current assets** | | | | | | |
| Cash and cash equivalents | $ 177 | $ 273 | $ 1,026 | $ - | $ - | $ 1,476 |
| Restricted cash | - | 10,383 | - | - | - | 10,383 |
| Accounts receivable | 2,661 | 123 | 7,919 | - | - | 10,702 |
| Inventory | 17,997 | - | 10,164 | - | - | 28,161 |
| Other current assets | 49 | - | - | - | - | 49 |
| **Total current assets** | $ 20,884 | $ 10,778 | $ 19,109 | $ - | $ - | $ 50,771 |
| Fixed assets, net | 21,367 | 49,168 | 6,438 | 8,187 | (9,171) | 75,989 |
| Other assets | 49,697 | 15,105 | 19,531 | (10,260) | - | 74,073 |
| **Total assets** | $ 91,948 | $ 75,051 | $ 45,078 | $ (2,073) | $ (9,171) | $ 200,833 |
| **Liabilities** | | | | | | |
| Accounts payable | $ 5,542 | $ 255 | $ 4,558 | $ - | $ - | $ 10,354 |
| Accrued liabilities | 4,238 | 66 | - | - | - | 4,304 |
| Other current liabilities | 6,273 | - | 1,252 | - | - | 7,525 |
| **Total current liabilities** | $ 16,053 | $ 321 | $ 5,810 | $ - | $ - | $ 22,183 |
| Noncurrent operating lease liabilities | - | - | - | - | - | - |
| Loan | 22,529 | 61,042 | - | - | - | 83,570 |
| **Total liabilities** | $ 38,581 | $ 61,362 | $ 5,810 | $ - | $ - | $ 105,753 |
| Equity | 53,367 | 13,689 | 39,268 | (2,073) | (9,171) | 95,080 |
| **Total liabilities and equity** | $ 91,948 | $ 75,051 | $ 45,078 | $ (2,073) | $ (9,171) | $ 200,833 |

Source: Consolidated Integrated Model

www.marcumllp.com    66

MARCUM
ACCOUNTANTS ▲ ADVISORS



## Creative Consolidating Income Statement - LTM Sep-23

| US$ in thousands | WST | K-2 | AJE | EJE | Total |
|---|---|---|---|---|---|
| Revenue | $ 25,021 | $ 7,159 | $ 26,054 | $ 21,644 | $ 79,878 |
| Cost of revenue | 10,048 | 3,965 | 12,559 | 16,773 | 43,345 |
| **Gross profit** | $ 14,973 | $ 3,194 | $ 13,495 | $ 4,871 | $ 36,533 |
| Gross profit % | 59.8% | 44.6% | 51.8% | 22.5% | 45.7% |
| Operating expenses | (1,792) | 1,561 | 3,541 | 5,137 | 8,447 |
| **Operating income (loss)** | $ 16,766 | $ 1,633 | $ 9,954 | $ (266) | $ 28,087 |
| Other income/(expense) | (6,369) | 167 | 2,282 | (2,322) | (6,242) |
| **Net income (loss)** | $ 10,396 | $ 1,800 | $ 12,236 | $ (2,588) | $ 21,845 |
| Net income (loss) % | 41.5% | 25.1% | 47.0% | (12.0%) | 27.3% |
| Interest (income)/expense | 1,987 | (167) | (143) | 1,429 | 3,105 |
| Depreciation and amortization | 4,383 | - | (2,139) | 893 | 3,137 |
| **EBITDA** | $ 16,766 | $ 1,633 | $ 9,954 | $ (266) | $ 28,087 |
| EBITDA % | 67.0% | 22.8% | 38.2% | (1.2%) | 35.2% |

Source: Creative Consolidated Financial Statements



# Exhibit 11 – Consolidating Financial Statements: LTM Sep-23 – Income Statement – WSM

| WSM Consolidating Income Statement - LTM Sep-23 | | | | | |
|---|---|---|---|---|---|
| US$ in thousands | WSM | TCR | AJE | EJE | Total |
| Revenue | $ 41,626 | $ 1,935 | $ (824) | $ - | $ 42,737 |
| Cost of revenue | 25,844 | 1,409 | 1,619 | - | 28,872 |
| Gross profit | $ 15,782 | $ 526 | $ (2,443) | $ - | $ 13,865 |
| Gross profit % | 37.9% | 27.2% | 296.6% | 0.0% | 32.4% |
| Operating expenses | 10,431 | 472 | (6,038) | - | 4,865 |
| Operating income (loss) | $ 5,351 | $ 54 | $ 3,595 | $ - | $ 9,001 |
| Other income/(expense) | (5,736) | - | (7,238) | - | (12,974) |
| Net income (loss) | $ (385) | $ 54 | $ (3,643) | $ - | $ (3,973) |
| Net income (loss) % | (0.9%) | 2.8% | 442.3% | 0.0% | (9.3%) |
| Interest (income)/expense | 5,736 | - | (94) | - | 5,643 |
| Depreciation and amortization | - | - | 7,331 | - | 7,331 |
| EBITDA | $ 5,351 | $ 54 | $ 3,595 | $ - | $ 9,001 |
| EBITDA % | 12.9% | 2.8% | (436.5%) | 0.0% | 21.1% |

Source: WSM Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS

www.marcumllp.com

# Exhibit 11 – Consolidating Financial Statements: LTM Sep-23 – Income Statement – RUSA

**RUSA Consolidating Income Statement - LTM Sep-23**

| US$ in thousands | AZ | CA | CO | FL | GA | GL | GP | MT | NM | NE | NV | MW | MA | TX | WA | USA | AJE | E/E | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vending | $ 1,410 | $ 11,574 | $ 1,282 | $ 4,516 | $ 9,431 | $ 7,383 | $ 902 | $ 555 | $ 276 | $ 2,396 | $ 2,339 | $ 481 | $ 2,090 | $ 10,485 | $ 4,972 | $ (290) | $ 7,774 | $ (1,480) | $ 66,095 |
| Water stations | | | | | | | | | | | | | | | | 3,664 | 2,869 | | 6,532 |
| Revenue | 1,410 | 11,574 | 1,282 | 4,516 | 9,431 | 7,383 | 902 | 555 | 276 | 2,396 | 2,339 | 481 | 2,090 | 10,485 | 4,972 | 3,373 | 10,643 | (1,480) | 72,627 |
| Cost of revenue | 1,020 | 4,524 | 763 | 2,069 | 3,334 | 5,433 | 13 | 507 | 364 | 1,334 | 1,321 | 226 | 1,142 | 7,688 | 3,183 | 0 | 4,508 | (348) | 37,080 |
| Gross profit | $ 390 | $ 7,050 | $ 519 | $ 2,446 | $ 6,096 | $ 1,950 | $ 889 | $ 48 | $ (88) | $ 1,062 | $ 1,018 | $ 256 | $ 948 | $ 2,797 | $ 1,789 | $ 3,373 | $ 6,135 | $ (1,131) | $ 35,547 |
| Gross profit % | 27.7% | 60.9% | 40.5% | 54.2% | 64.6% | 26.4% | 98.6% | 8.6% | -32.1% | 44.3% | 43.5% | 53.1% | 45.4% | 26.7% | 36.0% | N/M | N/M | 76.5% | 48.9% |
| Operating expenses | 956 | 4,136 | 522 | 2,111 | 3,349 | 3,420 | 154 | 419 | 265 | 688 | 1,066 | 632 | 1,222 | 6,542 | 1,817 | 5,458 | 7,285 | (12,420) | 27,622 |
| Operating income (loss) | $ (566) | $ 2,914 | $ (3) | $ 335 | $ 2,748 | $ (1,470) | $ 735 | $ (371) | $ (353) | $ 374 | $ (47) | $ (377) | $ (274) | $ (3,745) | $ (27) | $ (2,085) | $ (1,150) | $ 11,288 | $ 7,925 |
| Other income/(expense) | | (32) | | | | | | | | | | | | | | (3,113) | 1,722 | (3,881) | (5,304) |
| Net income (loss) | $ (566) | $ 2,882 | $ (3) | $ 335 | $ 2,748 | $ (1,470) | $ 735 | $ (371) | $ (353) | $ 374 | $ (47) | $ (377) | $ (274) | $ (3,745) | $ (27) | $ (5,198) | $ 572 | $ 7,407 | $ 2,621 |
| Net income (loss) % | (40.1%) | 24.9% | (0.2%) | 7.4% | 29.1% | (19.9%) | 81.5% | (66.9%) | (128.2%) | 15.6% | (2.0%) | (78.3%) | (13.1%) | (35.7%) | (0.6%) | N/M | N/M | (500.6%) | 3.6% |
| Interest (income)/expense | | | | | | | | | | | | | | | | 1,537 | (299) | 1,747 | 3,017 |
| Depreciation and amortization | | | | | | | | | | | | | | | | 1,575 | (1,423) | 2,135 | 2,287 |
| EBITDA | $ (566) | $ 2,914 | $ (3) | $ 335 | $ 2,748 | $ (1,470) | $ 735 | $ (371) | $ (353) | $ 374 | $ (47) | $ (377) | $ (274) | $ (3,745) | $ (27) | $ (2,085) | $ (1,150) | $ 11,288 | $ 7,925 |
| EBITDA % | (40.1%) | 25.2% | (0.2%) | 7.4% | 29.1% | (19.9%) | 81.5% | (66.9%) | (128.2%) | 15.6% | (2.0%) | (78.3%) | (13.1%) | (35.7%) | (0.6%) | (61.8%) | (10.8%) | (762.9%) | 10.9% |

Source: RUSA Consolidated Financial Statements





MARCUM
ACCOUNTANTS ▲ ADVISORS

www.marcumllp.com

# Exhibit 11 – Consolidating Financial Statements: FY22 – Income Statement – Creative

## Creative Consolidating Income Statement - FY22

| US$ in thousands | WST | | K-2 | | AJE | | EJE | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ | 69,050 | $ | 6,896 | $ | - | $ | - | $ | 75,946 |
| Cost of revenue | | 45,119 | | 4,898 | | - | | - | | 50,017 |
| Gross profit | $ | 23,931 | $ | 1,998 | $ | - | $ | - | $ | 25,929 |
| Gross profit % | | 34.7% | | 29.0% | | 0.0% | | 0.0% | | 34.1% |
| Operating expenses | | 3,864 | | 731 | | - | | - | | 4,594 |
| Operating income (loss) | $ | 20,067 | $ | 1,268 | $ | - | $ | - | $ | 21,335 |
| Other income/(expense) | | (6,019) | | (14) | | - | | - | | (6,034) |
| Net income (loss) | $ | 14,048 | $ | 1,253 | $ | - | $ | - | $ | 15,301 |
| Net income (loss) % | | 20.3% | | 18.2% | | 0.0% | | 0.0% | | 20.1% |
| Interest (income)/expense | | 2,405 | | 14 | | - | | - | | 2,419 |
| Depreciation and amortization | | 3,615 | | - | | - | | - | | 3,615 |
| EBITDA | $ | 20,067 | $ | 1,268 | $ | - | $ | - | $ | 21,335 |
| EBITDA % | | 29.1% | | 18.4% | | 0.0% | | 0.0% | | 28.1% |

Source: Creative Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS

Ranade Decl. Ex.
Page 075 of 277

# Exhibit 11 – Consolidating Financial Statements: FY22 – Income Statement – WSM

**WSM Consolidating Income Statement - FY22**

| US$ in thousands | WSM | TCR | AJE | EJE | Total |
|---|---|---|---|---|---|
| Revenue | $ 33,772 | $ 3,874 | $ - | $ - | $ 37,646 |
| Cost of revenue | 27,412 | 1,504 | - | - | 28,917 |
| Gross profit | $ 6,359 | $ 2,370 | $ - | $ - | $ 8,729 |
| Gross profit % | 18.8% | 61.2% | 0.0% | 0.0% | 23.2% |
| Operating expenses | 1,616 | 2,366 | 195 | - | 4,178 |
| Operating income (loss) | $ 4,743 | $ 4 | $ (195) | $ - | $ 4,551 |
| Other income/(expense) | (2,216) | (0) | (2,615) | - | (4,831) |
| Net income (loss) | $ 2,527 | $ 4 | $ (2,810) | $ - | $ (280) |
| Net income (loss) % | 7.5% | 0.1% | 0.0% | 0.0% | (0.7%) |
| Interest (income)/expense | 2,216 | 0 | - | - | 2,216 |
| Depreciation and amortization | - | - | 2,615 | - | 2,615 |
| EBITDA | $ 4,743 | $ 4 | $ (195) | $ - | $ 4,551 |
| EBITDA % | 14.0% | 0.1% | 0.0% | 0.0% | 12.1% |

Source: WSM Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS

Ranade Decl. Ex.

# Exhibit 11 – Consolidating Financial Statements: FY22 – Income Statement – RUSA

**RUSA Consolidating Income Statement - FY22**

US$ in thousands

| | AZ | CA | CO | FL | GA | GL | GP | MT | NM | NE | NV | MW | MA | TX | WA | USA | A/E | E/E | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 1,802 | $ 10,647 | $ 1,316 | $ 4,338 | $ 9,177 | $ 9,137 | $ 618 | $ 703 | $ 541 | $ 2,383 | $ 3,106 | $ 2,351 | $ 7,557 | $ 11,039 | $ 4,765 | $ 1,480 | $ 4,919 | $ (1,480) | $ 74,399 |
| Cost of revenue | 913 | 6,077 | 863 | 2,373 | 4,459 | 8,633 | 289 | 473 | 658 | 1,435 | 1,927 | 1,581 | 4,713 | 7,687 | 3,378 | 160 | (11,229) | (348) | 34,043 |
| Gross profit | $ 888 | $ 4,570 | $ 453 | $ 1,966 | $ 4,718 | $ 504 | $ 329 | $ 230 | $ (117) | $ 948 | $ 1,179 | $ 769 | $ 2,844 | $ 3,352 | $ 1,387 | $ 1,319 | $ 16,149 | $ (1,131) | $ 40,356 |
| Gross profit % | 49.3% | 42.9% | 34.4% | 45.3% | 51.4% | 5.5% | 53.3% | 32.7% | -21.6% | 39.8% | 38.0% | 32.7% | 37.6% | 30.4% | 29.1% | 89.2% | 328.3% | 76.5% | 54.2% |
| Operating expenses | 1,069 | 4,645 | 656 | 2,385 | 3,612 | 4,044 | 147 | 379 | 314 | 806 | 1,434 | 1,423 | 3,613 | 6,026 | 2,045 | 6,175 | (102) | (12,420) | 26,252 |
| Operating income (loss) | $ (180) | $ (75) | $ (203) | $ (420) | $ 1,106 | $ (3,540) | $ 182 | $ (149) | $ (431) | $ 141 | $ (255) | $ (654) | $ (770) | $ (2,674) | $ (659) | $ (4,856) | $ 16,250 | $ 11,288 | $ 14,104 |
| Other income/(expense) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (3,881) | (3,881) |
| Net income (loss) | $ (180) | $ (75) | $ (203) | $ (420) | $ 1,106 | $ (3,540) | $ 182 | $ (149) | $ (431) | $ 141 | $ (255) | $ (654) | $ (770) | $ (2,674) | $ (659) | $ (4,856) | $ 16,250 | $ 7,407 | $ 10,223 |
| Net income (loss) % | (10.0%) | (0.7%) | (15.4%) | (9.7%) | 12.0% | (38.7%) | 29.5% | (21.2%) | (79.6%) | 5.9% | (8.2%) | (27.8%) | (10.2%) | (24.2%) | (13.8%) | (328.2%) | 330.4% | (500.6%) | 13.7% |
| Interest (income)/expense | | | | | | | | | | | | | | | | | | 1,747 | 1,747 |
| Depreciation and amortization | | | | | | | | | | | | | | | | | | 2,135 | 2,135 |
| EBITDA | $ (180) | $ (75) | $ (203) | $ (420) | $ 1,106 | $ (3,540) | $ 182 | $ (149) | $ (431) | $ 141 | $ (255) | $ (654) | $ (770) | $ (2,674) | $ (659) | $ (4,856) | $ 16,250 | $ 11,288 | $ 14,104 |
| EBITDA % | (10.0%) | (0.7%) | (15.4%) | (9.7%) | 12.0% | (38.7%) | 29.5% | (21.2%) | (79.6%) | 5.9% | (8.2%) | (27.8%) | (10.2%) | (24.2%) | (13.8%) | (328.2%) | 330.4% | (762.9%) | 19.0% |

Source: RUSA Consolidated Financial Statements





MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 11 – Consolidating Financial Statements: YTD Sep-23 – Income Statement – Creative

### Creative Consolidating Income Statement - YTD Sep-23

| US$ in thousands | WST | K-2 | AJE | EJE | Total |
|---|---|---|---|---|---|
| Revenue | $ 15,385 | $ 3,937 | $ 26,054 | $ 21,644 | $ 67,020 |
| Cost of revenue | 5,839 | 1,239 | 21,838 | 16,773 | 45,690 |
| Gross profit | $ 9,546 | $ 2,698 | $ 4,215 | $ 4,871 | $ 21,330 |
| Gross profit % | 62.0% | 68.5% | 16.2% | 22.5% | 31.8% |
| Operating expenses | 2,609 | 1,297 | - | 5,137 | 9,042 |
| Operating income (loss) | $ 6,938 | $ 1,401 | $ 4,215 | $ (266) | $ 12,288 |
| Other income/(expense) | (1,034) | (0) | (1,259) | (2,322) | (4,615) |
| Net income (loss) | $ 5,904 | $ 1,400 | $ 2,956 | $ (2,588) | $ 7,673 |
| Net income (loss) % | 38.4% | 35.6% | 11.3% | (12.0%) | 11.4% |
| Interest (income)/expense | 55 | 0 | - | 1,429 | 1,485 |
| Depreciation and amortization | 979 | - | 1,259 | 893 | 3,130 |
| EBITDA | $ 6,938 | $ 1,401 | $ 4,215 | $ (266) | $ 12,288 |
| EBITDA % | 45.1% | 35.6% | 16.2% | (1.2%) | 18.3% |

Source: Creative Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 11 – Consolidating Financial Statements: YTD Sep-23 – Income Statement – WSM

**WSM Consolidating Income Statement - YTD Sep-23**

| US$ in thousands | WSM | TCR | AJE | EJE | Total |
|---|---|---|---|---|---|
| Revenue | $ 31,504 | $ 1,822 | $ - | $ - | $ 33,326 |
| Cost of revenue | 6,737 | 1,409 | 13,514 | - | 21,660 |
| Gross profit | $ 24,766 | $ 413 | $ (13,514) | $ - | $ 11,666 |
| Gross profit % | 78.6% | 22.7% | 0.0% | 0.0% | 35.0% |
| Operating expenses | 22,398 | 473 | (19,692) | - | 3,178 |
| Operating income (loss) | $ 2,368 | $ (60) | $ 6,179 | $ - | $ 8,487 |
| Other income/(expense) | (4,439) | - | (7,327) | - | (11,766) |
| Net income (loss) | $ (2,071) | $ (60) | $ (1,148) | $ - | $ (3,279) |
| Net income (loss) % | (6.6%) | (3.3%) | 0.0% | 0.0% | (9.8%) |
| Interest (income)/expense | 4,439 | - | 649 | - | 5,089 |
| Depreciation and amortization | - | - | 6,678 | - | 6,678 |
| EBITDA | $ 2,368 | $ (60) | $ 6,179 | $ - | $ 8,487 |
| EBITDA % | 7.5% | (3.3%) | 0.0% | 0.0% | 25.5% |

Source: WSM Consolidated Financial Statements



www.marcumllp.com

MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 11 – Consolidating Financial Statements: YTD Sep-23 – Income Statement – RUSA

**RUSA Consolidating Income Statement - YTD Sep-23**

| US$ in thousands | AZ | CA | CO | FL | GA | GL | GP | MT | NM | NE | NV | MW | MA | TX | WA | USA | A/E | E/E | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 1,193 | $ 7,942 | $ 916 | $ 3,339 | $ 6,407 | $ 6,630 | $ 635 | $ 373 | $ 242 | $ 1,836 | $ 1,624 | $ - | $ - | $ 7,175 | $ 3,661 | $ 3,948 | $ 9,291 | $ - | $ 55,210 |
| Cost of revenue | 783 | 3,017 | 564 | 1,485 | 2,214 | 3,524 | (80) | 367 | 254 | 973 | 852 | - | - | 5,528 | 2,329 | (37) | 6,922 | - | 28,695 |
| Gross profit | $ 410 | $ 4,925 | $ 352 | $ 1,854 | $ 4,194 | $ 3,106 | $ 715 | $ 6 | $ (11) | $ 864 | $ 771 | $ - | $ - | $ 1,646 | $ 1,332 | $ 3,985 | $ 2,369 | $ - | $ 26,515 |
| Gross profit % | 34.3% | 62.0% | 38.4% | 55.5% | 65.5% | 46.8% | 112.5% | 1.5% | -4.7% | 47.0% | 47.5% | 0.0% | 0.0% | 22.9% | 36.4% | 100.9% | 25.5% | 0.0% | 48.0% |
| Operating expenses | 742 | 2,786 | 392 | 1,594 | 2,085 | 2,358 | 109 | 299 | 195 | 506 | 714 | - | - | 3,759 | 1,216 | 4,681 | 664 | - | 22,099 |
| Operating income (loss) | $ (333) | $ 2,139 | $ (39) | $ 260 | $ 2,109 | $ 748 | $ 606 | $ (294) | $ (206) | $ 358 | $ 57 | $ - | $ - | $ (2,113) | $ 117 | $ (696) | $ 1,704 | $ - | $ 4,416 |
| Other income/(expense) | - | (32) | - | - | - | - | - | - | - | - | - | - | - | - | - | (3,113) | 359 | - | (2,786) |
| Net income (loss) | $ (333) | $ 2,107 | $ (39) | $ 260 | $ 2,109 | $ 748 | $ 606 | $ (294) | $ (206) | $ 358 | $ 57 | $ - | $ - | $ (2,113) | $ 117 | $ (3,809) | $ 2,063 | $ - | $ 1,630 |
| Net income (loss) % | (27.9%) | 26.5% | (4.3%) | 7.8% | 32.9% | 11.3% | 95.4% | (78.9%) | (85.2%) | 19.5% | 3.5% | 0.0% | 0.0% | (29.4%) | 3.2% | (96.5%) | 0.0% | 0.0% | 3.0% |
| Interest (income)/expense | | 32 | | | | | | | | | | | | | | 1,537 | (285) | | 1,285 |
| Depreciation and amortization | | | | | | | | | | | | | | | | 1,575 | (74) | | 1,501 |
| EBITDA | $ (333) | $ 2,139 | $ (39) | $ 260 | $ 2,109 | $ 748 | $ 606 | $ (294) | $ (206) | $ 358 | $ 57 | $ - | $ - | $ (2,113) | $ 117 | $ (696) | $ 1,704 | $ - | $ 4,416 |
| EBITDA % | (27.9%) | 26.9% | (4.3%) | 7.8% | 32.9% | 11.3% | 95.5% | (78.9%) | (85.2%) | 19.5% | 3.5% | 0.0% | 0.0% | (29.4%) | 3.2% | (17.6%) | 18.3% | 0.0% | 8.0% |

Source: RUSA Consolidated Financial Statements





www.marcumllp.com

# Exhibit 11 – Consolidating Financial Statements: YTD Sep-22 – Income Statement – Creative

**Creative Consolidating Income Statement - YTD Sep-22**

| US$ in thousands | WST | K-2 | AJE | EJE | Total |
|---|---|---|---|---|---|
| Revenue | $ 59,414 | $ 3,673 | $ - | $ - | $ 63,087 |
| Cost of revenue | 40,910 | 2,172 | 9,279 | - | 52,361 |
| Gross profit | $ 18,504 | $ 1,501 | $ (9,279) | $ - | $ 10,726 |
| Gross profit % | 31.1% | 40.9% | 0.0% | 0.0% | 17.0% |
| Operating expenses | 8,265 | 466 | (3,541) | - | 5,190 |
| Operating income (loss) | $ 10,239 | $ 1,035 | $ (5,739) | $ - | $ 5,536 |
| Other income/(expense) | (684) | (182) | (3,541) | - | (4,407) |
| Net income (loss) | $ 9,555 | $ 853 | $ (9,279) | $ - | $ 1,129 |
| Net income (loss) % | 16.1% | 23.2% | 0.0% | 0.0% | 1.8% |
| Interest (income)/expense | 473 | 182 | 143 | - | 798 |
| Depreciation and amortization | 211 | - | 3,397 | - | 3,608 |
| EBITDA | $ 10,239 | $ 1,035 | $ (5,739) | $ - | $ 5,536 |
| EBITDA % | 17.2% | 28.2% | 0.0% | 0.0% | 8.8% |

Source: Creative Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS

www.marcumllp.com

# Exhibit 11 – Consolidating Financial Statements: YTD Sep-22 – Income Statement – WSM

| WSM Consolidating Income Statement - YTD Sep-22 | | | | | |
|---|---|---|---|---|---|
| US$ in thousands | WSM | TCR | AJE | EJE | Total |
| Revenue | $ 23,650 | $ 3,761 | $ 824 | $ - | $ 28,235 |
| Cost of revenue | 8,306 | 1,504 | 11,894 | - | 21,705 |
| Gross profit | $ 15,344 | $ 2,257 | $ (11,070) | $ - | $ 6,530 |
| Gross profit % | 64.9% | 60.0% | -1344.1% | 0.0% | 23.1% |
| Operating expenses | 13,584 | 2,367 | (13,459) | - | 2,492 |
| Operating income (loss) | $ 1,760 | $ (111) | $ 2,389 | $ - | $ 4,038 |
| Other income/(expense) | (919) | (0) | (2,704) | - | (3,623) |
| Net income (loss) | $ 841 | $ (111) | $ (315) | $ - | $ 415 |
| Net income (loss) % | 3.6% | (2.9%) | (38.3%) | 0.0% | 1.5% |
| Interest (income)/expense | 919 | 0 | 743 | - | 1,662 |
| Depreciation and amortization | - | - | 1,961 | - | 1,961 |
| EBITDA | $ 1,760 | $ (111) | $ 2,389 | $ - | $ 4,038 |
| EBITDA % | 7.4% | (2.9%) | 290.0% | 0.0% | 14.3% |

Source: WSM Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS