# Exhibit 11 – Consolidating Financial Statements: YTD Sep-22 – Income Statement – RUSA

**RUSA Consolidating Income Statement - YTD Sep-22**

US$ in thousands

| | AZ | CA | CO | FL | GA | GL | GP | MT | NM | NE | NV | MW | MA | TX | WA | USA | A/E | E/E | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 1,584 | $ 7,015 | $ 951 | $ 3,161 | $ 6,154 | $ 8,384 | $ 351 | $ 521 | $ 507 | $ 1,823 | $ 2,390 | $ 1,869 | $ 5,467 | $ 7,729 | $ 3,454 | $ 2,055 | $ 3,568 | $ - | $ 56,982 |
| Cost of revenue | 676 | 4,571 | 664 | 1,788 | 3,339 | 6,724 | 196 | 333 | 547 | 1,074 | 1,458 | 1,355 | 3,571 | 5,527 | 2,525 | 124 | (8,815) | - | 25,658 |
| Gross profit | $ 908 | $ 2,445 | $ 286 | $ 1,373 | $ 2,815 | $ 1,659 | $ 155 | $ 187 | $ (40) | $ 749 | $ 932 | $ 514 | $ 1,896 | $ 2,201 | $ 929 | $ 1,931 | $ 12,382 | $ - | $ 31,324 |
| Gross profit % | 57.3% | 34.8% | 30.1% | 43.4% | 45.7% | 19.8% | 44.2% | 36.0% | -7.9% | 41.1% | 39.0% | 27.5% | 34.7% | 28.5% | 26.9% | 94.0% | 347.1% | 0.0% | 55.0% |
| Operating expenses | 856 | 3,295 | 526 | 1,868 | 2,348 | 2,981 | 102 | 259 | 244 | 624 | 1,082 | 791 | 2,391 | 3,243 | 1,444 | 5,397 | (6,723) | | 20,729 |
| Operating income (loss) | $ 52 | $ (850) | $ (240) | $ (495) | $ 467 | $ (1,322) | $ 53 | $ (72) | $ (283) | $ 125 | $ (150) | $ (277) | $ (495) | $ (1,041) | $ (515) | $ (3,466) | $ 19,105 | $ - | $ 10,595 |
| Other income/(expense) | | | | | | | | | | | | | | | | | (1,363) | | (1,363) |
| Net income (loss) | $ 52 | $ (850) | $ (240) | $ (495) | $ 467 | $ (1,322) | $ 53 | $ (72) | $ (283) | $ 125 | $ (150) | $ (277) | $ (495) | $ (1,041) | $ (515) | $ (3,466) | $ 17,742 | $ - | $ 9,232 |
| Net income (loss) % | 3.3% | (12.1%) | (25.2%) | (15.7%) | 7.6% | (15.8%) | 15.1% | (13.8%) | (55.9%) | 6.9% | (6.3%) | (14.8%) | (9.1%) | (13.5%) | (14.9%) | (168.7%) | 0.0% | | 16.2% |
| Interest (income)/expense | | | | | | | | | | | | | | | | 15 | 15 | | 29 |
| Depreciation and amortization | | | | | | | | | | | | | | | | 1,348 | 1,348 | | 2,697 |
| EBITDA | $ 52 | $ (850) | $ (240) | $ (495) | $ 467 | $ (1,322) | $ 53 | $ (72) | $ (283) | $ 125 | $ (150) | $ (277) | $ (495) | $ (1,041) | $ (515) | $ (2,103) | $ 19,105 | $ - | $ 11,958 |
| EBITDA % | 3.3% | (12.1%) | (25.2%) | (15.7%) | 7.6% | (15.8%) | 15.1% | (13.8%) | (55.9%) | 6.9% | (6.3%) | (14.8%) | (9.1%) | (13.5%) | (14.9%) | (102.4%) | 535.5% | 0.0% | 21.0% |

Source: RUSA Consolidated Financial Statements





www.marcumllp.com

Ranade Decl. Ex.
24-01864-FPC11    Doc 22-7    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 1 of 23
Page 083 of 277

# Exhibit 11 – Consolidating Financial Statements: September 30, 2023 – Balance Sheet - Creative

| Consolidating Balance Sheet - September 30, 2023 - Creative | | | | | |
|---|---|---|---|---|---|
| US$ in thousands | WST | K-2 | AJE | EJE | Total |
| **Current assets** | | | | | |
| Cash and cash equivalents | $ (3,448) | $ 420 | $ 4,927 | $ (1,481) | $ 418 |
| Accounts receivable | 77 | 550 | - | - | 627 |
| Inventory | 2,929 | 881 | - | 17,425 | 21,235 |
| Other current assets | - | 49 | - | - | 49 |
| **Total current assets** | $ (441) | $ 1,900 | $ 4,927 | $ 15,944 | $ 22,330 |
| Fixed assets, net | 21,208 | 79 | (1,259) | (893) | 19,136 |
| Other assets | 80,865 | 5,279 | 5,534 | (32,485) | 59,192 |
| **Total assets** | $ 101,632 | $ 7,258 | $ 9,202 | $ (17,433) | $ 100,658 |
| **Liabilities** | | | | | |
| Accounts payable | $ 2,519 | $ 154 | $ 5,147 | $ (4,141) | $ 3,679 |
| Accrued liabilities | 604 | 42 | - | 1,442 | 2,088 |
| Other current liabilities | 7,807 | 87 | - | (6,827) | 1,067 |
| **Total current liabilities** | $ 10,930 | $ 282 | $ 5,147 | $ (9,525) | $ 6,834 |
| Loan | 19,877 | - | (5,000) | - | 14,877 |
| **Total liabilities** | $ 30,807 | $ 282 | $ 147 | $ (9,525) | $ 21,711 |
| Equity | 70,824 | 6,975 | 8,774 | (7,627) | 78,947 |
| **Total liabilities and equity** | $ 101,632 | $ 7,258 | $ 8,921 | $ (17,152) | $ 100,658 |

Source: Creative Consolidated Financial Statements



www.marcumllp.com

MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 11 – Consolidating Financial Statements: September 30, 2023 – Balance Sheet - WSM

| Consolidating Balance Sheet - September 30, 2023 - WSM | | | | | |
|---|---|---|---|---|---|
| US$ in thousands | WSM | TCR | AJE | EJE | Total |
| **Current assets** | | | | | |
| Cash and cash equivalents | $ (1,803) | $ 103 | $ 1,935 | $ - | $ 236 |
| Restricted cash | 2,980 | - | (672) | - | 2,308 |
| Accounts receivable | (665) | 412 | 700 | - | 447 |
| Inventory | (0) | 1 | (1) | - | - |
| Other current assets | 2,064 | | 9 | - | 2,073 |
| **Total current assets** | $ 2,576 | $ 516 | $ 1,972 | $ - | $ 5,064 |
| Fixed assets, net | 86,176 | 36 | 771 | - | 86,983 |
| Other assets | 12,397 | 452 | 15,546 | - | 28,395 |
| **Total assets** | $ 101,148 | $ 1,005 | $ 18,289 | $ - | $ 120,442 |
| **Liabilities** | | | | | |
| Accounts payable | $ 4,105 | $ 102 | $ 2,427 | $ - | $ 6,635 |
| Accrued liabilities | 111 | 257 | 7,020 | - | 7,387 |
| Other current liabilities | (212) | - | 9,965 | - | 9,752 |
| **Total current liabilities** | $ 4,003 | $ 360 | $ 19,412 | $ - | $ 23,774 |
| Loan | - | - | - | - | - |
| **Total liabilities** | $ 88,359 | $ 360 | $ 21,729 | $ - | $ 110,447 |
| Equity | 12,790 | 645 | (3,440) | - | 9,995 |
| **Total liabilities and equity** | $ 101,148 | $ 1,005 | $ 18,289 | $ - | $ 120,442 |

**Source:** WSM Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 11 – Consolidating Financial Statements: September 30, 2023 – Balance Sheet - RUSA

| Consolidating Balance Sheet - September 30, 2023 - RUSA | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US$ in thousands | AZ | CA | CO | FL | GA | GL | GP | MT | NM | NE | NV | MW | MA | TX | WA | USA | AJE | EIE | Total |
| **Current assets** | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $ 84 | $ 70 | $ 114 | $ (67) | $ (294) | $ 2 | $ (12) | $ 21 | $ (20) | $ (7) | $ 149 | - | $ - | $ (4) | $ 46 | $ 478 | $ 227 | $ - | $ 787 |
| Accounts receivable | 0 | 179 | 37 | 118 | 1,062 | 530 | 175 | 25 | 1 | 27 | 37 | - | - | 1,553 | 5 | 8,460 | (9,080) | - | 3,130 |
| Inventory | 305 | 676 | 126 | 515 | 501 | 965 | 39 | 195 | 57 | 196 | 11 | - | - | 1,008 | 604 | - | 870 | - | 6,068 |
| Other current assets | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 16,729 | - | - | 16,729 |
| **Total current assets** | $ 389 | $ 924 | $ 277 | $ 567 | $ 1,269 | $ 1,497 | $ 202 | $ 242 | $ 38 | $ 216 | $ 198 | - | $ - | $ 2,557 | $ 656 | $ 8,938 | $ 8,747 | $ - | $ 26,715 |
| Fixed assets, net | - | (13) | 7 | - | 121 | (16) | - | - | - | 122 | (52) | - | - | 21 | 1,146 | (1,914) | 5,442 | - | 4,915 |
| Other assets | 33 | 3,786 | 13 | - | 3,191 | 308 | (0) | (381) | (661) | 564 | - | - | - | (1,678) | (2) | 35,678 | (21,324) | - | 19,474 |
| **Total assets** | $ 422 | $ 4,697 | $ 297 | $ 567 | $ 4,581 | $ 1,789 | $ 202 | $ (140) | $ (623) | $ 902 | $ 146 | - | $ - | $ 899 | $ 1,799 | $ 42,702 | $ (7,135) | $ - | $ 51,104 |
| **Liabilities** | | | | | | | | | | | | | | | | | | | |
| Accounts payable | 71 | 1,362 | 43 | 308 | 933 | 1,554 | 33 | 59 | 38 | 137 | 173 | - | - | 1,344 | 504 | 520 | (1,854) | - | 5,225 |
| Accrued liabilities | 643 | 252 | 576 | 537 | (709) | 270 | (123) | 153 | 19 | 99 | (50) | - | - | 3,405 | 1,195 | (3,046) | - | - | 3,221 |
| Other current liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 139 | 2,947 | - | 3,085 |
| **Total current liabilities** | $ 714 | $ 1,614 | $ 619 | $ 845 | $ 224 | $ 1,825 | $ (90) | $ 212 | $ 57 | $ 236 | $ 122 | - | $ - | $ 4,749 | $ 1,699 | $ (2,388) | $ 1,093 | $ - | $ 11,531 |
| Loan | - | (0) | - | - | 253 | - | - | - | - | - | - | - | - | - | - | 2,354 | (2,607) | - | - |
| **Total liabilities** | $ 714 | $ 1,614 | $ 619 | $ 615 | $ 477 | $ 5,481 | $ (603) | $ 212 | $ 57 | $ 236 | $ 122 | - | $ - | $ 4,749 | $ 2,330 | $ 5,001 | $ (10,093) | $ - | $ 11,531 |
| Equity | (291) | 3,083 | (322) | (48) | 4,103 | (3,692) | 805 | (351) | (680) | 666 | 24 | - | - | (3,850) | (532) | 37,701 | 2,957 | - | 39,573 |
| **Total liabilities and equity** | $ 422 | $ 4,697 | $ 297 | $ 567 | $ 4,581 | $ 1,789 | $ 202 | $ (140) | $ (623) | $ 902 | $ 146 | - | $ - | $ 899 | $ 1,799 | $ 42,702 | $ (7,135) | $ - | $ 51,104 |

Source: RUSA Consolidated Financial Statements



DRAFT


MARCUM
ACCOUNTANTS ▲ ADVISORS

## Consolidating Balance Sheet - December 31, 2022 - Creative
### US$ in thousands

| | WST | K-2 | AJE | EJE | Total |
|---|---|---|---|---|---|
| **Current assets** | | | | | |
| Cash and cash equivalents | $ 3,285 | $ 477 | $ - | $ - | $ 3,761 |
| Accounts receivable | 102 | 806 | - | - | 908 |
| Inventory | 2,717 | 878 | - | - | 3,596 |
| Other current assets | 41,221 | 49 | - | - | 41,270 |
| **Total current assets** | $ 47,324 | $ 2,211 | $ - | $ - | $ 49,535 |
| Fixed assets, net | 22,187 | 79 | - | - | 22,266 |
| Other assets | 27,153 | 4,779 | - | - | 31,932 |
| **Total assets** | $ 96,665 | $ 7,069 | $ - | $ - | $ 103,734 |
| **Liabilities** | | | | | |
| Accounts payable | $ 2,541 | $ 104 | $ - | $ - | $ 2,645 |
| Accrued liabilities | 624 | 419 | - | - | 1,044 |
| Other current liabilities | 7,546 | 192 | - | - | 7,738 |
| **Total current liabilities** | $ 10,711 | $ 715 | $ - | $ - | $ 11,427 |
| Loan | 21,000 | 4,100 | (4,100) | - | 21,000 |
| **Total liabilities** | $ 31,711 | $ 4,815 | $ (4,100) | $ - | $ 32,427 |
| Equity | 64,954 | 2,253 | 4,100 | - | 71,307 |
| **Total liabilities and equity** | $ 96,665 | $ 7,069 | $ - | $ - | $ 103,734 |

Source: Creative Consolidated Financial Statements

www.marcumllp.com 82

MARCUM
ACCOUNTANTS ▲ ADVISORS



| Consolidating Balance Sheet - December 31, 2022 - WSM | | | | | |
|---|---|---|---|---|---|
| US$ in thousands | WSM | TCR | AJE | EJE | Total |
| **Current assets** | | | | | |
| Cash and cash equivalents | $ 3,573 | $ 141 | $ - | $ - | $ 3,714 |
| Restricted cash | 1,591 | - | - | - | 1,591 |
| Accounts receivable | 285 | 486 | - | - | 771 |
| Inventory | 129 | - | (129) | - | - |
| Other current assets | 10,454 | - | (8,381) | - | 2,073 |
| Total current assets | $ 16,032 | $ 627 | $ (8,509) | $ - | $ 8,150 |
| Fixed assets, net | 2,580 | 36 | 62,044 | - | 64,661 |
| Other assets | 54,141 | 316 | (39,990) | - | 14,467 |
| Total assets | $ 72,753 | $ 979 | $ 13,545 | $ - | $ 87,278 |
| **Liabilities** | | | | | |
| Accounts payable | $ 274 | $ 24 | $ 2,700 | $ - | $ 2,999 |
| Accrued liabilities | 66 | 210 | - | 180 | 455 |
| Other current liabilities | (258) | - | 258 | 7,125 | 7,125 |
| Total current liabilities | $ 82 | $ 234 | $ 2,958 | $ 7,305 | $ 10,579 |
| Noncurrent operating lease liabilities | | | | | - |
| Long Term Notes Payable - REVL Loan | 66,291 | - | 4,959 | (7,125) | 64,125 |
| Total liabilities | $ 66,373 | $ 234 | $ 7,917 | $ 180 | $ 74,704 |
| Equity | 6,380 | 745 | 5,628 | (180) | 12,574 |
| Total liabilities and equity | $ 72,753 | $ 979 | $ 13,545 | $ - | $ 87,278 |

Source: WSM Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 11 – Consolidating Financial Statements: December 31, 2022 – Balance Sheet - RUSA

| Consolidating Balance Sheet - December 31, 2022 - RUSA | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| US$ in thousands | AZ | CA | CO | FL | GA | GL | GP | MT | NM | NE | NV | MW | MA | TX | WA | USA | AJE | EE | Total |
| **Current assets** | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 17 | 30 | 23 | 27 | 29 | 254 | - | 31 | 3 | 11 | 58 | 13 | 177 | 13 | 10 | 85 | 200 | 230 | 1,211 |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts receivable | - | 695 | 87 | 332 | 180 | 1,811 | 438 | 11 | - | 55 | 276 | 128 | 229 | 2,153 | 189 | 2,777 | 4,782 | (7,319) | 6,825 |
| Inventory | - | 115 | 62 | - | - | 184 | - | - | (1) | 312 | (0) | - | - | 83 | 199 | - | 7,931 | (938) | 7,945 |
| Other current assets | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,406 | - | 4,406 |
| **Total current assets** | 17 | 839 | 172 | 360 | 209 | 2,249 | 438 | 42 | 2 | 378 | 333 | 141 | 406 | 2,248 | 398 | 2,863 | 17,319 | (8,027) | 20,387 |
| Fixed assets, net | 17 | 26 | 8 | - | 271 | (16) | - | - | - | 125 | - | 1,581 | 5,326 | 21 | 1,146 | 123 | (2,452) | - | 6,177 |
| Other assets | 260 | 892 | (322) | (643) | 2,512 | (5,745) | (209) | 112 | (442) | (10) | 3 | 731 | (2,120) | (1,071) | (1,211) | 17,013 | 2,443 | 7,488 | 19,683 |
| **Total assets** | 295 | 1,758 | (142) | (283) | 2,992 | (3,511) | 229 | 154 | (440) | 493 | 336 | 2,453 | 3,612 | 1,198 | 332 | 19,999 | 17,310 | (539) | 46,247 |
| **Liabilities** | | | | | | | | | | | | | | | | | | | |
| Accounts payable | 41 | 1,118 | 86 | 140 | 1,006 | 872 | 36 | 46 | 9 | 188 | 441 | 159 | 227 | 1,332 | 24 | 108 | - | (2,942) | 2,891 |
| Accrued liabilities | 261 | 490 | 65 | 83 | 2 | 247 | 11 | 166 | 30 | (2) | (17) | 391 | 18 | 2,123 | 795 | 1,663 | 2,388 | (5,899) | 2,815 |
| Other current liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 181 | - | 181 |
| **Total current liabilities** | 302 | 1,609 | 151 | 223 | 1,008 | 1,119 | 47 | 213 | 38 | 185 | 424 | 550 | 245 | 3,455 | 819 | 1,771 | 2,569 | (8,840) | 5,888 |
| Loan | - | - | - | - | 209 | - | - | - | - | - | - | - | - | - | - | (3,323) | - | 3,496 | 383 |
| **Total liabilities** | 302 | 1,609 | 151 | 223 | 1,217 | 1,119 | 47 | 213 | 38 | 185 | 424 | 550 | 245 | 3,455 | 819 | (1,552) | 2,794 | (5,374) | 6,466 |
| Equity | (7) | 149 | (294) | (506) | 1,775 | (4,630) | 182 | (58) | (478) | 308 | (87) | 1,903 | 3,368 | (2,257) | (487) | 21,551 | 14,516 | 4,834 | 39,780 |
| **Total liabilities and equity** | 295 | 1,758 | (142) | (283) | 2,992 | (3,511) | 229 | 154 | (440) | 493 | 336 | 2,453 | 3,612 | 1,198 | 332 | 19,999 | 17,310 | (539) | 46,246 |

Source: RUSA Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 11 – Consolidating Financial Statements: September 30, 2022 – Balance Sheet - Creative

| Consolidating Balance Sheet - September 30, 2022 - Creative | | | | | |
|---|---|---|---|---|---|
| US$ in thousands | WST | K-2 | AJE | EJE | Total |
| **Current assets** | | | | | |
| Cash and cash equivalents | $ 106 | $ 71 | $ - | $ - | $ 177 |
| Accounts receivable | 2,661 | - | - | - | 2,661 |
| Inventory | 17,118 | 878 | - | - | 17,997 |
| Other current assets | - | 49 | - | - | 49 |
| **Total current assets** | $ 19,885 | $ 999 | $ - | $ - | $ 20,884 |
| Fixed assets, net | 21,289 | 79 | - | - | 21,367 |
| Other assets | 54,648 | 4,329 | (9,279) | - | 49,697 |
| **Total assets** | $ 95,821 | $ 5,406 | $ (9,279) | $ - | $ 91,948 |
| **Liabilities** | | | | | |
| Accounts payable | $ 5,281 | $ 261 | $ - | $ - | $ 5,542 |
| Accrued liabilities | 3,762 | 475 | - | - | 4,238 |
| Other current liabilities | 7,546 | 238 | - | - | 7,783 |
| **Total current liabilities** | $ 16,589 | $ 974 | $ - | $ - | $ 17,563 |
| Loan | 16,894 | 4,125 | - | - | 21,018 |
| **Total liabilities** | $ 33,483 | $ 5,098 | $ - | $ - | $ 38,581 |
| Equity | 62,338 | 308 | (9,279) | - | 53,367 |
| **Total liabilities and equity** | $ 95,821 | $ 5,406 | $ (9,279) | $ - | $ 91,948 |

Source: Creative Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 11 – Consolidating Financial Statements: September 30, 2022 – Balance Sheet - WSM

| Consolidating Balance Sheet - September 30, 2022 - WSM | | | | | |
|---|---|---|---|---|---|
| US$ in thousands | WSM | TCR | AJE | EJE | Total |
| **Current assets** | | | | | |
| Cash and cash equivalents | $ 917 | $ 141 | $ (785) | $ - | $ 273 |
| Restricted cash | 9,369 | - | 1,014 | - | 10,383 |
| Accounts receivable | 666 | 373 | (917) | - | 123 |
| Inventory | (121) | (0) | 121 | - | - |
| Other current assets | 10,455 | - | (8,381) | - | 2,073 |
| **Total current assets** | $ 21,286 | $ 514 | $ (8,948) | $ - | $ 12,852 |
| Fixed assets, net | (3,027) | 36 | 52,159 | - | 49,168 |
| Other assets | 66,590 | 316 | (53,874) | - | 13,032 |
| **Total assets** | $ 84,848 | $ 866 | $ (10,663) | $ - | $ 75,051 |
| **Liabilities** | | | | | |
| Accounts payable | $ 278 | $ 24 | $ (47) | $ - | $ 255 |
| Accrued liabilities | 66 | 210 | (209) | - | 66 |
| Other current liabilities | 1,354 | - | (1,354) | - | - |
| **Total current liabilities** | $ 1,697 | $ 234 | $ (1,611) | $ - | $ 321 |
| Loan | - | - | - | - | - |
| **Total liabilities** | $ 68,272 | $ 234 | $ (7,144) | $ - | $ 61,362 |
| Equity | 16,575 | 632 | (3,518) | - | 13,689 |
| **Total liabilities and equity** | $ 84,848 | $ 866 | $ (10,663) | $ - | $ 75,051 |

Source: WSM Consolidated Financial Statements



# Exhibit 11 – Consolidating Financial Statements: September 30, 2022 – Balance Sheet - RUSA

Consolidating Balance Sheet - September 30, 2022 - RUSA

| USS in thousands | AZ | CA | CO | FL | GA | GL | GP | MT | NM | NE | NV | MW | MA | TX | WA | USA | A&E | E/E | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $ 53 | $ 49 | $ 93 | $ 8 | $ 9 | $ 103 | $ 2 | $ 43 | $ (3) | $ 16 | $ 36 | $ 101 | $ 302 | $ 61 | $ 167 | $ (13) | $ - | $ - | $ 1,026 |
| Accounts receivable | 48 | 396 | 187 | 113 | 983 | 474 | 105 | 11 | 14 | 189 | 62 | 371 | 240 | 464 | - | 2,577 | 1,687 | - | 7,919 |
| Inventory | - | 102 | 62 | - | - | 138 | (0) | - | - | 310 | - | 232 | 267 | 40 | 199 | - | 8,815 | - | 10,164 |
| Total current assets | $ 101 | $ 547 | $ 341 | $ 121 | $ 992 | $ 715 | $ 106 | $ 54 | $ 11 | $ 515 | $ 97 | $ 705 | $ 808 | $ 565 | $ 366 | $ 2,564 | $ 10,502 | $ - | $ 19,109 |
| Fixed assets, net | 153 | 79 | 8 | - | 63 | (16) | - | - | - | 122 | - | 971 | 3,265 | 16 | 1,146 | 772 | (141) | - | 6,438 |
| Other assets | 123 | (47) | (49) | (604) | 1,327 | 255 | - | 193 | (279) | (136) | 253 | 265 | 1,701 | 360 | (653) | 14,754 | 2,067 | - | 19,531 |
| Total assets | $ 376 | $ 579 | $ 300 | $ (483) | $ 2,382 | $ 954 | $ 106 | $ 247 | $ (268) | $ 501 | $ 350 | $ 1,940 | $ 5,774 | $ 942 | $ 858 | $ 18,090 | $ 12,428 | $ - | $ 45,078 |
| **Liabilities** | | | | | | | | | | | | | | | | | | | |
| Accounts payable | 94 | 871 | 85 | - | 800 | 821 | 45 | 45 | 41 | 91 | 350 | 372 | 352 | 1,266 | 83 | 28 | 38 | - | $ 5,383 |
| Accrued liabilities | 252 | 335 | 54 | 99 | (29) | 294 | 9 | 6 | 24 | 31 | (17) | (0) | 17 | 301 | 687 | 1,372 | (2,320) | - | 1,114 |
| Other current liabilities | - | - | 492 | - | 475 | 2,250 | - | 178 | - | 88 | - | 149 | 1,761 | - | 508 | (3,291) | (2,610) | - | - |
| Total current liabilities | $ 345 | $ 1,206 | $ 630 | $ 99 | $ 1,247 | $ 3,366 | $ 53 | $ 228 | $ 65 | $ 209 | $ 333 | $ 521 | $ 2,131 | $ 1,567 | $ 1,279 | $ (1,891) | $ (4,892) | $ - | $ 6,497 |
| Loan | | | | | | | | | | | | | | | | 1,251 | | | 1,251 |
| Total liabilities | $ 345 | $ 1,206 | $ 630 | $ 99 | $ 1,247 | $ 3,366 | $ 53 | $ 228 | $ 65 | $ 209 | $ 333 | $ 521 | $ 2,131 | $ 1,567 | $ 1,279 | $ (639) | $ (4,892) | $ - | $ 7,748 |
| Equity | 31 | (628) | (330) | (582) | 1,136 | (2,411) | 53 | 19 | (333) | 292 | 17 | 1,419 | 3,643 | (625) | (420) | 18,729 | 17,320 | - | 37,329 |
| Total liabilities and equity | $ 376 | $ 579 | $ 300 | $ (483) | $ 2,382 | $ 954 | $ 106 | $ 247 | $ (268) | $ 501 | $ 350 | $ 1,940 | $ 5,774 | $ 942 | $ 858 | $ 18,090 | $ 12,428 | $ - | $ 45,078 |

Source: RUSA Consolidated Financial Statements



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 12 – Unadjusted Working Capital

| Unadjusted Working Capital | | | |
|---|---|---|---|
| US$ in thousands | | 12/31/2022 | 9/30/2023 |
| **Current assets** | | | |
| Cash and cash equivalents | $ | 8,687 | $ 1,441 |
| Restricted cash | | 1,591 | 2,308 |
| Accounts receivable | | 2,504 | 4,205 |
| Inventory | | 31,941 | 27,303 |
| Other current assets | | 49 | 49 |
| **Total current assets** | $ | 44,772 | $ 35,306 |
| **Current liabilities** | | | |
| Accounts payable | $ | 4,129 | $ 9,405 |
| Accrued liabilities | | 4,314 | 13,238 |
| Other current liabilities | | 8,272 | 4,153 |
| **Total current liabilities** | $ | 16,716 | $ 26,796 |
| **Unadjusted Working capital** | $ | 28,056 | $ 8,510 |
| Cash/debt-free, definitional *adjustments* | | | |
| Cash and cash equivalents | | (8,687) | (1,441) |
| Restricted cash | | (1,591) | (2,308) |
| Current liabilities, note payable | | 1,818 | 3,860 |
| **Total cash/debt-free, definitional *adjustments*** | | (8,460) | 112 |
| **Working capital, cash/debt free** | $ | 19,597 | $ 8,622 |
| **Operating Metrics** | | | |
| DSO (last twelve months) | | 7 | 9 |
| DPO (last twelve months) | | 20 | 36 |
| DIOH (last twelve months) | | 133 | 105 |

Source: Trial Balance

The table above presents unadjusted reported net working capital balances as of December 31, 2022 and September 30, 2023.

www.marcumllp.com



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 13 – Organization Overview: Refreshing USA Affiliates

The following is the detail of the RUSA entities that are affiliated through common ownership and are included in the RUSA consolidated financial statements:

1. Refreshing Arizona
2. Refreshing California (sold post 9/30/23)
3. Refreshing Colorado
4. Refreshing Carolinas (Account activity included in the Refreshing USA legal entity)
5. Refreshing DC (Account activity included in the Refreshing USA legal entity)
6. Refreshing Florida
7. Refreshing Georgia
8. Refreshing Great Lakes (GL)
9. Refreshing Great Plains (GP)
10. Refreshing Midwest (MW)
11. Refreshing MidAtlantic (MA)
12. Valley Vending (dba Refreshing Montana)
13. Refreshing Oregon (inactive)
14. Refreshing Nevada (dba Refreshing Las Vegas, sold post 9/30/23)
15. Refreshing New Mexico
16. Refreshing New England (sold post 9/30/23)
17. Refreshing Kentucky (inactive)
18. Refreshing Tennessee (inactive)
19. Refreshing Texas
20. Refreshing Virginia (inactive)
21. Refreshing Washington (dba Elite Vending)



# Exhibit 14 – Internal to Audited Financial Statements Reconciliation: Income Statement – RUSA FY22

## Income Statement - RUSA FY22

| US$ in thousands | Internal | Reclassification Entries | Audited Financials |
|---|---|---|---|
| Revenue | $ 74,399 | $ - | $ 74,399 |
| Cost of revenue | 37,205 | 4,150 | 41,356 |
| Gross profit | $ 37,194 | $ (4,150) | $ 33,043 |
| Gross profit % | 50.0% | | 44.4% |
| Operating expenses | 23,090 | (4,150) | 18,939 |
| Operating income | $ 14,104 | $ - | $ 14,104 |
| Operating income % | 19.0% | | 19.0% |
| Other income (expense) | (3,881) | - | (3,881) |
| Net income | $ 10,223 | $ - | $ 10,223 |
| Net income % | 13.7% | | 13.7% |
| Interest (income)/expense | 1,747 | - | 1,747 |
| Depreciation and amortization | 2,135 | - | 2,135 |
| EBITDA, as reported | $ 14,104 | $ - | $ 14,104 |
| EBITDA %, as reported | 19.0% | | 19.0% |

Source: Consolidated *Integrated Model*, Audited Financial Statement



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 14 – Internal to Audited Financial Statements Reconciliation: Income Statement – Creative FY22

## Income Statement - Creative FY22

| US$ in thousands | Internal | | Reclassification Entries | | Audited Financials | |
|---|---|---|---|---|---|---|
| Revenue | $ | 75,946 | $ | (32) | $ | 75,913 |
| Cost of revenue | | 50,017 | | - | | 50,017 |
| Gross profit | $ | 25,929 | $ | (32) | $ | 25,896 |
| Gross profit % | | 34.1% | | | | 34.1% |
| Operating expenses | | 4,594 | | - | | 4,594 |
| Operating income | $ | 21,335 | $ | (32) | $ | 21,302 |
| Operating income % | | 28.1% | | | | 28.1% |
| Other income (expense) | | (6,034) | | - | | (6,034) |
| Net income | $ | 15,301 | $ | (32) | $ | 15,268 |
| Net income % | | 20.1% | | | | 20.1% |
| Interest (income)/expense | | 2,419 | | - | | 2,419 |
| Depreciation and amortization | | 3,615 | | - | | 3,615 |
| EBITDA, as reported | $ | 21,335 | $ | (32) | $ | 21,302 |
| EBITDA %, as reported | | 28.1% | | | | 28.1% |

Source: *Consolidated Integrated Model, Audited Financial Statement*

MARCUM
ACCOUNTANTS ▲ ADVISORS

# Exhibit 14 – Internal to Audited Financial Statements Reconciliation: Income Statement – WSM FY22

## Income Statement - WSM FY22

| US$ in thousands | Internal | | Reclassification Entries | | Audited Financials | |
|---|---|---|---|---|---|---|
| Revenue | $ | 37,646 | $ | - | $ | 37,646 |
| Cost of revenue | | 28,917 | | - | | 28,917 |
| Gross profit | $ | 8,729 | $ | - | $ | 8,729 |
| Gross profit % | | 23.2% | | | | 23.2% |
| Operating expenses | | 4,179 | | - | | 4,179 |
| Operating income | $ | 4,550 | $ | - | $ | 4,550 |
| Operating income % | | 12.1% | | | | 12.1% |
| Other income (expense) | | (4,831) | | - | | (4,831) |
| Net income | $ | (281) | $ | - | $ | (281) |
| Net income % | | -0.7% | | | | -0.7% |
| Interest (income)/expense | | 2,216 | | - | | 2,216 |
| Depreciation and amortization | | 2,615 | | - | | 2,615 |
| EBITDA, as reported | $ | 4,550 | $ | - | $ | 4,550 |
| EBITDA %, as reported | | 12.1% | | | | 12.1% |

Source: Consolidated Integrated Model, Audited Financial Statement



## Balance Sheet - RUSA - December 31, 2022

| US$ thousands | Internal | | Reclassification Entries | | Audited Financials | |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and cash equivalents | $ | 1,211 | $ | - | $ | 1,211 |
| Accounts receivable | | 6,825 | | - | | 6,825 |
| Inventory | | 7,945 | | - | | 7,945 |
| Other current assets | | 4,406 | | - | | 4,406 |
| **Total current asset** | **$** | **20,387** | **$** | **-** | **$** | **20,387** |
| Fixed assets, net | | 6,177 | | - | | 6,177 |
| Other assets | | 19,683 | | - | | 19,683 |
| **Total assets** | **$** | **46,247** | **$** | **-** | **$** | **46,247** |
| **Liabilities** | | | | | | |
| Accounts payable | $ | 2,891 | $ | - | $ | 2,891 |
| Accrued liabilities | | 2,815 | | - | | 2,815 |
| Other current liabilities | | 535 | | - | | 535 |
| **Total current liabilities** | **$** | **6,241** | **$** | **-** | **$** | **6,241** |
| Noncurrent operating lease liabilities | | 225 | | - | | 225 |
| **Total liabilities** | **$** | **6,466** | **$** | **-** | **$** | **6,466** |
| Equity | | 39,781 | | - | | 39,781 |
| **Total liabilities and equity** | **$** | **46,247** | **$** | **-** | **$** | **46,247** |

**Source**: Consolidated Integrated Model, Audited Financial Statement



MARCUM
ACCOUNTANTS ▲ ADVISORS

24-01864-FPC11    Doc 22-7    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 16 of 23

Ranade Decl. Ex.
Page 098 of 277

## Balance Sheet - Creative - December 31, 2022

| US$ thousands | Internal | Reclassification Entries | Audited Financials |
|---|---|---|---|
| **Assets** | | | |
| Cash and cash equivalents | $ 3,761 | $ - | $ 3,761 |
| Accounts receivable | 908 | (32) | 875 |
| Inventory | 23,996 | - | 23,996 |
| Other current assets | 49 | - | 49 |
| **Total current asset** | **$ 28,714** | **$ (32)** | **$ 28,682** |
| Fixed assets, net | 22,266 | - | 22,266 |
| Other assets | 52,753 | - | 52,753 |
| **Total assets** | **$ 103,734** | **$ (32)** | **$ 103,701** |
| **Liabilities** | | | |
| Accounts payable | $ 2,645 | $ - | $ 2,645 |
| Accrued liabilities | 1,044 | - | 1,044 |
| Other current liabilities | 7,738 | - | 7,738 |
| **Total current liabilities** | **$ 11,427** | **$ -** | **$ 11,427** |
| Loan | 21,000 | - | 21,000 |
| **Total liabilities** | **$ 32,427** | **$ -** | **$ 32,427** |
| Equity | 71,307 | (32) | 71,274 |
| **Total liabilities and equity** | **$ 103,734** | **$ (32)** | **$ 103,701** |

**Source:** Consolidated Integrated Model, Audited Financial Statement



MARCUM
ACCOUNTANTS ▲ ADVISORS

## Exhibit 14 – Internal to Audited Financial Statements Reconciliation: Balance Sheet – WSM December 31, 2022

| Balance Sheet - WSM - December 31, 2022 | | | |
|---|---|---|---|
| US$ thousands | Internal | Reclassification Entries | Audited Financials |
| **Assets** | | | |
| Cash and cash equivalents | $ 3,714 | $ - | $ 3,714 |
| Restricted cash | 1,591 | - | 1,591 |
| Accounts receivable | 771 | - | 771 |
| **Total current asset** | **$ 6,077** | **$ -** | **$ 6,077** |
| Fixed assets, net | 64,661 | - | 64,661 |
| Other assets | 16,540 | - | 16,540 |
| **Total assets** | **$ 87,278** | **$ -** | **$ 87,278** |
| **Liabilities** | | | |
| Accounts payable | $ 2,999 | $ - | $ 2,999 |
| Accrued liabilities | 455 | - | 455 |
| Other current liabilities | 7,125 | - | 7,125 |
| **Total current liabilities** | **$ 10,579** | **$ -** | **$ 10,579** |
| Loan | 64,125 | - | 64,125 |
| **Total liabilities** | **$ 74,704** | **$ -** | **$ 74,704** |
| Equity | 12,574 | - | 12,574 |
| **Total liabilities and equity** | **$ 87,278** | **$ -** | **$ 87,278** |

Source: Consolidated Integrated Model, Audited Financial Statement



MARCUM
ACCOUNTANTS ▲ ADVISORS



SECTION 9
Scope of Procedures

# Scope of Procedures – Financial Due Diligence

| Area | Description of Procedures |
|---|---|
| Business Overview | • Meet with the Company's management team and obtain an understanding of the Company's operations and business models.<br>• Read the internal annual and interim consolidated financial statements and discuss any unusual items.<br>• Review external reviewed financial statements and the nature of disagreements, if any, between the Company and their external accountants (if available and applicable).<br>• Obtain an understanding of the Company's principal revenue sources and associated revenue recognition policies, general control environment, significant accounting policies, and key financial reporting risks relating to each of these areas.<br>• Obtain an understanding of the KPIs utilized by management to monitor and manage the business's financial health and performance.<br>• Discuss the Company's financial reporting close process, working capital management, forecasting, and changes in these over the Historical Period.<br>• Discuss the timeline of any new or discontinued lines of business, products or services, and locations, as well as anticipated significant changes in revenue mix, if any. |
| Financial Reporting Structure | • Obtain an understanding of the Company's financial reporting structure/organization by legal entity and/or business and accounting units.<br>• Obtain consolidating income statements and balance sheets by reporting entity and agree back to the supporting trial balances for the period end dates in the Historical Period.<br>• Understand how the Companies identify and consider VIE's in the consolidated financial statements. |
| Related Party Relationships | • Obtain a schedule of related party transactions and discuss with management. Determine if any transactions are at arms-length. Consider the need for EBITDA normalization adjustments. |
| Quality of Earnings Analysis | • Review the computation of reported EBITDA for the Historical Period and agree to the consolidated financial statements / trial balances.<br>• Evaluate account balances that use management judgment and estimates.<br>• Discuss with management any one-time, non-recurring, infrequent/unusual items, and pro forma changes in the business that impacted EBITDA during the Historical Period and obtain support.<br>• Prepare an adjusted EBITDA analysis for the Historical Period. |
| Working Capital | • Prepare an unadjusted working capital schedule for the December 31, 2022 and September 30, 2023 period ends.<br>• Identify debt and debt-like items.<br>• Review with management the seasonality of the business and significant impacts, if any, on working capital based on the expected timing of the close. |
| Headcount | • Obtain a schedule of headcounts during the Historical Period, organized by reporting entity, function and location.<br>• Make inquiries regarding the use of temporary or seasonal employees, as well as part owners who may also be involved in operations.<br>• Inquire about any vacancies and severances over the Historical Period. |

MARCUM
ACCOUNTANTS ▲ ADVISORS

# Scope of Procedures – Financial Due Diligence

| Area | Description of Procedures |
|---|---|
| Income Statement – Revenue and Profitability | • Obtain and analyze a schedule of revenue by:<br>  • Revenue type,<br>  • Product type,<br>  • Geographic location,<br>  • Any other meaningful breakout (to discuss with the Company)<br>• Inquire as to any significant changes in revenue or other trends observed in revenue over the Historical Period.<br>• Note and discuss any significant customer concentration.<br>• Inquire as to any significant price increases / decreases during the Historical Period.<br>• Understand the policy for revenue recognition, and related accounting for items impacting revenues such as issuance of credits, discounts and allowances, if any.<br>• Make inquiries regarding significant one-time, infrequent or non-recurring revenues and income; determine if an adjustment to EBITDA is necessary. |
| Income Statement - COGS | • Obtain a schedule of the components of COGS; identify and discuss any significant or unusual trends or fluctuations with management. Determine if any adjustments to EBITDA are necessary.<br>• Review the COGS cost classifications vs. OPEX with management and discuss how COGS are recognized.<br>• Identify and discuss any significant variations of costs impacting gross profit margins and obtain explanations from management.<br>• Obtain a schedule of significant vendors for the Historical Period, and understand the terms, discounts, and relationships, etc. with significant vendors, as applicable.<br>• Inquire about cost/pricing conditions during the Historical Period.<br>• Evaluate any aspects of cost of goods sold which are subject to management estimate and judgment. |
| Income Statement – Operating Expenses ("OPEX") | • Obtain and analyze a schedule of the components of OPEX and discuss any unusual trends or fluctuations with management.<br>• Obtain an understanding of related party occupancy costs.<br>• Evaluate the need for any adjustments to EBITDA for any one-time non-recurring costs or pro forma changes in OPEX.<br>• Analyze payroll costs and compare to changes in headcount over the Historical Period; propose EBITDA adjustment if merited by significant changes in headcount or expense.<br>• Obtain a reconciliation of reported compensation to payroll records and W-3 filings.<br>• Review compensation of owners, relatives, non-continuing or terminated, and highly compensated employees.<br>• Review compensation and benefits plans and note any unusual trends or variances. Consider if normalizing adjustments are appropriate.<br>• Obtain a basic understanding of employee benefits, bonuses, 401(k), deferred compensation, severance, vacation, profit sharing and other benefits offered to employees.<br>• Perform a review of external professional, consulting, legal, and other fees. |



MARCUM
ACCOUNTANTS ▲ ADVISORS

# Scope of Procedures – Financial Due Diligence

| Area | Description of Procedures |
|------|---------------------------|
| Other Income (Expenses) | • Obtain analysis of other income and expenses not included in operating income during the scope period.<br>• Discuss the components of other income and expenses with management and identify if any items should be excluded from reported EBITDA. |
| Balance Sheet - Cash | • Review bank reconciliations as of December 31, 2022, and September 30, 2023 and note any unusual reconciling items or variances.<br>• Obtain an understanding of the cash management processes in place at the Company, including cash receipts and cash disbursements.<br>• Understand reconciling items for bank reconciliations, such as how outstanding checks are treated in the financial statements.<br>• Inquire if any cash or cash equivalents are restricted and discuss the nature of any restricted cash or cash equivalents, if applicable. |
| Balance Sheet – Accounts Receivable | • Review an aging of accounts receivable for the Historical Period and related reconciliation to the trial balances at the December 31, 2022, and September 30, 2023 ending balance sheet dates, and discuss long outstanding receivables with management.<br>• Understand the nature of AR and determine if a reserve is required and appropriate methodology for calculating reserves, if applicable. Discuss collectability issues over the Historical Period with management and consider the need for additional reserves.<br>• Review terms of payment with major customers.<br>• Review a reconciliation of related party AR. |
| Balance Sheet – Inventory | • Obtain an analysis of inventory by type (WIP / Finished Inventory), as of December 31, 2022, and September 30, 2023.<br>• Review the reconciliation to the trial balance.<br>• Review trends or unusual variations and discuss with management.<br>• Understand the method of costing inventories including nature of the costs capitalized, overhead rate (if applicable) and cost allocations.<br>• Request an inventory aging analysis or an analysis of excess, slow moving and obsolete inventory. Discuss with management their procedures for analyzing excess, slow moving, and obsolete inventory. Discuss the Company's policy for establishing reserves (e.g. inventory aging, supplies on hand or last sale date analysis). Evaluate the reserve levels throughout the Historical Period and consider the need for adjustments.<br>• Obtain information as to cycle counting practices, the frequency of and most recent wall-to-wall physical inventory and related book-to-physical adjustments. |
| Balance Sheet – Prepaid Expenses and Other Current Assets | • Obtain and review a listing of prepaid expenses and other current assets over the Historical Period.<br>• Discuss the components of prepaid expenses with management and inquire about the timing for realization of the assets' benefit. |



| Area | Description of Procedures |
|---|---|
| **Balance Sheet – Fixed Assets** | • Obtain a listing of fixed assets, including a roll-forward of fixed assets by type showing additions, removal, and accumulated depreciation from January 1, 2022 through September 30, 2023.<br>• Understand asset capitalization policies and inquire if the policies are applied consistently over the Historical Period.<br>• Inquire with management about any planned/deferred capital expenditures.<br>• Obtain a listing of vehicles that includes the acquisition date, mileage, which company owns the vehicle, and whether the vehicle is still in use. Analyze and discuss with management vehicle replacement policies, out-of-service vehicles, etc. (We understand that the vehicles used by Refreshing are maintained on the books of Creative). |
| **Balance Sheet – Other Assets** | • Discuss the nature of other assets, including related party investments, intangible assets, and related party note receivables, and note any fluctuations. |
| **Balance Sheet – Accounts Payable, Accrued Liabilities, and Other Current Liabilities** | • Review an aging of accounts payable as of December 31, 2022, and September 30, 2023 ending balance sheet dates and note any significant changes to the aging during the Historical Period. Discuss with management how the Company manages AP and any significant changes to the aging during the Historical Period.<br>• Obtain a reconciliation of the aging to the trial balances as of the period end dates and most recent interim period date.<br>• Review a reconciliation of related party AP.<br>• Review terms of payment and other arrangements with Vendors. Inquire about any disputed payables.<br>• Make inquiries on how the Company is accounting for workers' compensation and general liability insurance.<br>• Understand the Company's methodology of accounting for incurred but not reported claims with respect to workers compensation insurance or medical insurance (to the extent that the Company self-insures).<br>• Obtain a detailed schedule of accrued liabilities reconciled to the trial balance as of December 31, 2022, and September 30, 2023 ending balance sheet dates, and discuss significant accruals and how management maintains these accruals.<br>• Obtain a listing of customer deposits/deferred revenues. Discuss the accounting and note any unusual items for follow-up.<br>• Inquire of management as to any unrecorded liabilities.<br>• Understand how the Company is accounting for health, PTO and other benefits and consider normalization adjustments.<br>• Make inquiries as to the nature of LOC's, term loans, warrant liabilities, debt guarantees, or other matters that could affect borrowing capacity post-close.<br>• Understand the nature of the other current liabilities and note any fluctuations. |
| **Balance Sheet – Long-term liabilities Liabilities** | • Obtain a schedule of loans, convertible notes, mortgages, due to affiliates and capital lease obligations held by the Company and review with management.<br>• Inquire as to any debt – like items (e.g. leases, purchase commitments, deferred payment obligations, etc.) and obtain an understanding of the terms of the obligations. |
| **Balance Sheet – Equity** | • Review a roll-forward of member's equity between balance sheet dates in the Historical Period and discuss any reconciling items with management. |
| **Commitments, contingencies and other matters** | • Inquire as to the status of any legal claims or threatened litigation or potential unasserted claims.<br>• Make inquiries regarding any unrecorded or recorded liabilities that could be considered debt-like in nature.<br>• Please provide a list of any significant commitments or contingencies not reflected in the balance sheet as applicable, including guarantees, security agreements, contingent liabilities, etc. |



MARCUM
ACCOUNTANTS ▲ ADVISORS