# Exhibit I

Ranade Decl. Ex. I Page 202 of 277

24-01864-FPC11    Doc 22-11    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 1 of 16

| | |
|---|---|
| **From:** | Russ Lessard <rlessard@cantaloupe.com> |
| **Sent:** | Monday, August 12, 2024 7:12 AM |
| **To:** | Nick Howe; Ranade, Amit; Smith, Michele; Satre, Mallory; Legal/Compliance |
| **Cc:** | Partridge, Brenda; Eric Camm |
| **Subject:** | RE: Creative Technologies LLC - Demand for Turnover of Receivership Property |
| **Sensitivity:** | Confidential |

**[EXTERNAL]** rlessard@cantaloupe.com

Good morning.

Thanks for the information below and the extension on deliverables. We of course wish to be cooperative with you, but as the organization situated in the middle of the parties, we need to make sure Cantaloupe's interests are well protected. From your email below, it sounds as though you appreciate that position. Please obtain the court order as that is our standard request when we are being asked to redirect funds. Thanks for your patience with us.

Thank you,

Russ

**From:** Nick Howe <nickh@turning-point.com>
**Sent:** Friday, August 9, 2024 5:43 PM
**To:** Ranade, Amit <aranade@swlaw.com>; Russ Lessard <rlessard@cantaloupe.com>; Smith, Michele <mrsmith@swlaw.com>; msatre <msatre@swlaw.com>; Legal/Compliance <LegalCompliance@cantaloupe.com>
**Cc:** Partridge, Brenda <bpartridge@swlaw.com>; Eric Camm <ericc@turning-point.com>
**Subject:** RE: Creative Technologies LLC - Demand for Turnover of Receivership Property
**Sensitivity:** Confidential

> **CAUTION:** This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.

Hello Russ,

Per Amit's email, please find the attached Wire instructions for the Creative Technologies LLC receivership account.

Best,

Nick Howe
Principal



Financial & CFO Advisory · Capital Advisory
Turnaround & Restructure · Executive Search
(C) 206-948-1769 | nickh@turning-point.com
www.turning-point.com | Sign up for our newsletter!

1

Ranade Decl. Ex.
24-01864-FPC11    Doc 22-11    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 2 of 16
Page 203 of 277

From: Ranade, Amit <aranade@swlaw.com>
Sent: Friday, August 9, 2024 3:26 PM
To: Russ Lessard <rlessard@cantaloupe.com>; Smith, Michele <mrsmith@swlaw.com>; msatre <msatre@swlaw.com>; Legal/Compliance <LegalCompliance@cantaloupe.com>
Cc: Partridge, Brenda <bpartridge@swlaw.com>; Nick Howe <nickh@turning-point.com>; Eric Camm <ericc@turning-point.com>
Subject: Creative Technologies LLC - Demand for Turnover of Receivership Property
Sensitivity: Confidential

Russ,

Thank you for sharing the information you've shared thus far. We agree to extend the deadline by a week for the balance of our request.

We now need to turn our attention to a related matter. I have attached a copy of the order appointing Turning Point as general receiver for Creative Technologies LLC. Based on the receiver's investigation, at least some, if not all, of the funds flowing into the following accounts constitute property of the Creative receivership estate. Pursuant to the attached appointing order and RCW 7.60.070, the receiver hereby demands that Cantaloupe begin transmitting funds presently flowing into the following accounts to the Creative receivership account following to instructions that Nick Howe with Turning Point will send you by separate e-mail. The accounts in question are as follows:

| | | | |
|---|---|---|---|
| ▇ | 0828 | Bank of America | Vendpro |
| ▇ | 2072 | (▇0828) Bank of America | Vendpro, LLC |
| ▇ | 3801 | (▇72) BANK OF AMERICA, N.A. (SFNB) | Refreshing USA LLC |
| ▇ | 8529 | FIFTH THIRD BANK (Refreshing Midwest) | Refreshing Midwest LLC |
| ▇ | 3221 | REPUBLIC FIRST BANK (Mid Atlantic) | Refreshing Mid Atlantic LLC |
| ▇ | 0787 | (▇3801) JPMORGAN CHASE (Refreshing USA) | Refreshing USA |
| ▇ | 1057 | (▇0787) JPMORGAN CHASE (Refreshing USA) | Refreshing USA LLC |
| ▇ | 5137 | (▇8529) JPMORGAN CHASE (Midwest) | Refreshing Midwest LLC |
| ▇ | 6613 | (▇1057) BANK OF AMERICA, N.A. (SFNB) | VendPro LLC dba Elite Vending Services |
| ▇ | 7722 | (▇613) BANK OF AMERICA N.A. | Water Station Management LLC |
| ▇ | 8177 | (▇7722) BANK OF AMERICA, N.A. (SFNB) | Water Station Management LLC |
| ▇ | 2042 | JPMORGAN CHASE (WSM) | Waterstation Management LLC |
| ▇ | 8101 | (▇8177) FIRST FEDERAL SLA OF PORT ANGELES (WtrSt | Waterstation Management LLC |
| ▇ | 9906 | (▇8101) BANK OF AMERICA, N.A. (SFNB) | VendPro LLC dba Elite Vend |

It is our hope that Cantaloupe will redirect these funds in a cooperative manner and without the need for a court order. We would understand, however, if you require us to obtain a court order. If that is the case, please let us know. We will file a motion without delay.

If you have other questions, please let us know. Otherwise, please be on the lookout for an e-mail from Nick Howe with account number and routing information and wire-transfer information for the Creative receivership account. We appreciate your prompt attention to this matter.

Best regards,

Amit

**Amit Ranade**

**O:** 206.741.1404
aranade@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Russ Lessard <rlessard@cantaloupe.com>
**Sent:** Friday, August 9, 2024 1:34 PM
**To:** Smith, Michele <mrsmith@swlaw.com>; Ranade, Amit <aranade@swlaw.com>; Satre, Mallory <msatre@swlaw.com>; Legal/Compliance <LegalCompliance@cantaloupe.com>
**Cc:** Partridge, Brenda <bpartridge@swlaw.com>
**Subject:** RE: Subpoena to Cantaloupe
**Sensitivity:** Confidential

**[EXTERNAL]** rlessard@cantaloupe.com

---

I just uploaded a response for item 7.

We have now provided items 1, 6, 7, and 8. We are working on item 3 now but they are slow uploads to your site. Please provide us with an extended deadline on the other items. We need to know how much time you can extend.

Thanks

**From:** Smith, Michele <mrsmith@swlaw.com>
**Sent:** Friday, August 9, 2024 1:09 PM
**To:** Russ Lessard <rlessard@cantaloupe.com>; Ranade, Amit <aranade@swlaw.com>; Satre, Mallory <msatre@swlaw.com>; Legal/Compliance <LegalCompliance@cantaloupe.com>
**Cc:** Partridge, Brenda <bpartridge@swlaw.com>
**Subject:** RE: Subpoena to Cantaloupe
**Sensitivity:** Confidential

**CAUTION:** This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.

Shortly, you should receive a link from our secure ShareFile site where you can upload the documents. If there is anyone else you would like me to add to the folder, please provide me with their email address and I will add them.

Please let me know if you do not receive the link in a few minutes, or if you have any issues with the folder.

Regards,

Michele

**Michele Smith**
Paralegal

O: 206.741.1413
mrsmith@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Phoenix | Portland | Reno | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Russ Lessard < rlessard@cantaloupe.com >
**Sent:** Friday, August 9, 2024 10:27 AM
**To:** Ranade, Amit < aranade@swlaw.com >; Satre, Mallory < msatre@swlaw.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe
**Sensitivity:** Confidential

**[EXTERNAL]** rlessard@cantaloupe.com

Sure. If sending unredacted, we will need a secure mode of transmission. Perhaps you can provide a secure link.

Let me know about the deadline for the remaining items. We would love as much time as you can provide.

Thanks!

**From:** Ranade, Amit < aranade@swlaw.com >
**Sent:** Friday, August 9, 2024 12:24 PM
**To:** Russ Lessard < rlessard@cantaloupe.com >; Satre, Mallory < msatre@swlaw.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe
**Sensitivity:** Confidential

> **CAUTION:** This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.

Russ,

4

24-01864-FPC11    Doc 22-11    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 5 of 16

Ranade Decl. Ex.
Page 206 of 277

Receipt confirmed. We may need you to un-redact account and routing numbers, but let's put a pin in that for the moment. I'm consulting with the receiver about next steps, which may render that need moot.

**Amit Ranade**

O: 206.741.1404
aranade@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Russ Lessard < rlessard@cantaloupe.com >
**Sent:** Friday, August 9, 2024 10:16 AM
**To:** Ranade, Amit < aranade@swlaw.com >; Satre, Mallory < msatre@swlaw.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe
**Sensitivity:** Confidential

**[EXTERNAL]** rlessard@cantaloupe.com

---

You should now have items 1, 6, and 8. Will you please confirm receipt? Thanks

---

**From:** Ranade, Amit < aranade@swlaw.com >
**Sent:** Friday, August 9, 2024 11:20 AM
**To:** Russ Lessard < rlessard@cantaloupe.com >; Satre, Mallory < msatre@swlaw.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe
**Sensitivity:** Confidential

> **CAUTION:** This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.

Yes – let's start with 01/012022 through today. We may need to expand that, but this would be a very good start and maybe enough.

Thanks,
Amit

**Amit Ranade**

O: 206.741.1404

aranade@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Russ Lessard < rlessard@cantaloupe.com >
**Sent:** Friday, August 9, 2024 9:10 AM
**To:** Ranade, Amit < aranade@swlaw.com >; Satre, Mallory < msatre@swlaw.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe
**Sensitivity:** Confidential

**[EXTERNAL]** rlessard@cantaloupe.com

For item 7, our Accounting team is asking if you would please provide a start and end date so they are not pulling records back to the beginning of time. Would you be open to providing a fixed period?

Thanks

**From:** Russ Lessard
**Sent:** Friday, August 9, 2024 8:58 AM
**To:** Ranade, Amit < aranade@swlaw.com >; Satre, Mallory < msatre@swlaw.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** mrsmith@swlaw.com ; bpartridge@swlaw.com
**Subject:** RE: Subpoena to Cantaloupe
**Importance:** High
**Sensitivity:** Confidential

Good morning. Account and routing numbers have been truncated for obvious reasons. This is responsive to request #8.

Please let me know if you have any questions.

Thanks,

Russ

**From:** Ranade, Amit < aranade@swlaw.com >
**Sent:** Thursday, August 8, 2024 11:55 AM
**To:** Russ Lessard < rlessard@cantaloupe.com >; Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

**CAUTION:** This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.

Cool – let's just keep working. This is very helpful progress this morning. Sounds like we're both available by phone if wires get crossed.

**Amit Ranade**

O:206.741.1404
aranade@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Russ Lessard < rlessard@cantaloupe.com >
**Sent:** Thursday, August 8, 2024 9:53 AM
**To:** Ranade, Amit < aranade@swlaw.com >; Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

**[EXTERNAL]** rlessard@cantaloupe.com

---

Sure. I'm available by phone if you need to call me, but otherwise we'll just keep working.

---

**From:** Ranade, Amit < aranade@swlaw.com >
**Sent:** Thursday, August 8, 2024 11:51 AM
**To:** Russ Lessard < rlessard@cantaloupe.com >; Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

**CAUTION:** This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.

Russ,

I really appreciate you jumping on things like this. If you can get us that information, we're much more open to an extension on other requests.

By the way, I've asked Ryan Wear's lawyer to supply Tax IDs as we don't have them. He's been less than cooperative, which is partly why we were forced to come to you in the first place. If he gives me the numbers, I'll send them to you as soon as I get them.

If we're continuing to make progress like this by e-mail, there's no need for a call on my end. If you'd still like to talk by phone, however, I'm happy to call you. Let me know.

**Amit Ranade**

O: 206.741.1404
aranade@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Russ Lessard < rlessard@cantaloupe.com >
**Sent:** Thursday, August 8, 2024 9:45 AM
**To:** Ranade, Amit < aranade@swlaw.com >; Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

**[EXTERNAL]** rlessard@cantaloupe.com

Just requested and will let you know.

---

**From:** Ranade, Amit < aranade@swlaw.com >
**Sent:** Thursday, August 8, 2024 11:42 AM
**To:** Russ Lessard < rlessard@cantaloupe.com >; Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

> **CAUTION: This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.**

Russ,

Thank you – this is tremendously helpful. You don't need to search the "Ideal Entities" as those are Wear-owned real estate entities. We don't expect any of them to have accounts with you.

Let me see if we can get Tax ID numbers for the ones you've listed as having accounts with you.

Are you able to tell us the bank account to which each of those Cantaloupe accounts is connected? Put another way, can you identify the bank account into which the entity's POS revenue flows?

**Amit Ranade**

O:206.741.1404
aranade@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Russ Lessard < rlessard@cantaloupe.com >
**Sent:** Thursday, August 8, 2024 9:35 AM
**To:** Ranade, Amit < aranade@swlaw.com >; Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

**[EXTERNAL]** rlessard@cantaloupe.com

We will send this officially in our response to the subpoena, but wanted to let you know what we found as far as clients with whom we have a relationship. Tax IDs on the partial matches would be helpful, if you have them. Also, if you can provide address information, this also can help us confirm. Thanks

**From:** Ranade, Amit < aranade@swlaw.com >
**Sent:** Wednesday, August 7, 2024 7:37 PM
**To:** Russ Lessard < rlessard@cantaloupe.com >; Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

> **CAUTION:** This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.

Russ,

Please let me know a time for us to talk tomorrow after 9am PT.

To advance this conversation, let me make the following proposal. If you can provide the information requested in the following topics on Friday (August 9), we would agree to extend the response deadline for the balance of the subpoena by a week:

- Topic #6 - list of vending machines (and payment terminals, as you noted, and water machines)

9

- Topic #8 – identity of accounts where Cantaloupe transmits the funds payable to Ryan Wear's businesses

Thanks,
Amit

**Amit Ranade**

O:206.741.1404
aranade@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Russ Lessard < rlessard@cantaloupe.com >
**Sent:** Wednesday, August 7, 2024 2:08 PM
**To:** Ranade, Amit < aranade@swlaw.com >; Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

**[EXTERNAL]** rlessard@cantaloupe.com

I can do 8:30-9:30 a.m. central.

Our teams are already pulling everything in the subpoena. But we'll take whatever help we can get.

Thanks

---

**From:** Ranade, Amit < aranade@swlaw.com >
**Sent:** Wednesday, August 7, 2024 3:27 PM
**To:** Russ Lessard < rlessard@cantaloupe.com >; Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

> **CAUTION:** This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.

Russ,

We're certainly willing to work with you on this. Our need for some of the information is more urgent than others, so we are willing to extend the deadline for "non-urgent" topics in exchange for a more expedited response on some of the other topics.

Are you available this afternoon or tomorrow morning for a call?

Amit Ranade

O:206.741.1404
aranade@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Russ Lessard < rlessard@cantaloupe.com >
**Sent:** Wednesday, August 7, 2024 12:26 PM
**To:** Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Ranade, Amit < aranade@swlaw.com >; Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

**[EXTERNAL]** rlessard@cantaloupe.com

We are pressing our team for the 13th but would appreciate one more week if you can spare it. Thanks

---

**From:** Satre, Mallory < msatre@swlaw.com >
**Sent:** Wednesday, August 7, 2024 2:09 PM
**To:** Russ Lessard < rlessard@cantaloupe.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Ranade, Amit < aranade@swlaw.com >; Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

**CAUTION:** This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.

Russ,

There isn't a set time period in the terms of the subpoena, but our client would certainly consider reasonable proposals regarding the scope of records Cantaloupe provides.

If it would help, we're happy to hop on the phone to provide more information about the receivership and the information we need. That might streamline the path forward.

Thanks,

**Mallory Satre**

O: 206.741.1408
msatre@swlaw.com

**SNELL & WILMER**
swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Phoenix | Portland | Reno | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Russ Lessard < rlessard@cantaloupe.com >
**Sent:** Wednesday, August 7, 2024 12:03 PM
**To:** Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Ranade, Amit < aranade@swlaw.com >; Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

**[EXTERNAL]** rlessard@cantaloupe.com

---

Is there a time period for some of these items, such as emails?

---

**From:** Satre, Mallory < msatre@swlaw.com >
**Sent:** Wednesday, August 7, 2024 1:52 PM
**To:** Russ Lessard < rlessard@cantaloupe.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Ranade, Amit < aranade@swlaw.com >; Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

> **CAUTION:** This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.

Russ,

Following up on the below, here are the EINs that we have:

Creative Technologies, LLC: 46-2581888
Ideal Property Investments: 84-2961791

Regards,

**Mallory Satre**

**O:** 206.741.1408
msatre@swlaw.com

# SNELL
# & WILMER

swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Phoenix | Portland | Reno | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

---

**From:** Satre, Mallory
**Sent:** Wednesday, August 7, 2024 11:36 AM
**To:** 'Russ Lessard' < rlessard@cantaloupe.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
**Cc:** Ranade, Amit < aranade@swlaw.com >; Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
**Subject:** RE: Subpoena to Cantaloupe

Russ,

Our prior correspondence is attached. I understand the subpoena was formally served yesterday.

Per your other email, I am reattaching a copy of the subpoena with Appendix 1. If you require that we formally serve Appendix 1, please let us know by 2pm PST, and we will serve your registered agent again today, with a copy of Appendix 1.

I'm looking into your other question regarding tax IDs and will revert back.

Regards,

**Mallory Satre**

**O:** 206.741.1408
msatre@swlaw.com

# SNELL
# & WILMER

swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Phoenix | Portland | Reno | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

From: Russ Lessard < rlessard@cantaloupe.com >
Sent: Wednesday, August 7, 2024 11:18 AM
To: Satre, Mallory < msatre@swlaw.com >; Amy Seymour < aseymour@cantaloupe.com >; Legal/Compliance < LegalCompliance@cantaloupe.com >
Cc: Ranade, Amit < aranade@swlaw.com >; Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
Subject: RE: Subpoena to Cantaloupe

**[EXTERNAL]** rlessard@cantaloupe.com

We apologize you have been unable to contact us. Would you mind sharing how you attempted to do so in the past so that we can look into it?

Please send any further communications to:

rlessard@cantaloupe.com and legalcompliance@cantaloupe.com .

Thanks, and we will review the subpoena.

Russ Lessard/Vice President & Associate General Counsel, CAMS
rlessard@cantaloupe.com
Office: (484)324-1822



From: Satre, Mallory < msatre@swlaw.com >
Sent: Tuesday, August 6, 2024 3:24 PM
To: Russ Lessard < rlessard@cantaloupe.com >; Amy Seymour < aseymour@cantaloupe.com >
Cc: Ranade, Amit < aranade@swlaw.com >; Smith, Michele < mrsmith@swlaw.com >; Partridge, Brenda < bpartridge@swlaw.com >
Subject: Subpoena to Cantaloupe
Importance: High

**CAUTION: This email originated from OUTSIDE of Cantaloupe. Do not click links, open attachments, or reply unless you can confirm the sender's email address and know the content is safe. If still in doubt, check with the Cybersecurity Team or Report the Message to Junk/Phishing.**

Russ,

Please let me know if you will accept service of the attached subpoena.

We first contacted you a month ago to request a telephone call and to work together cooperatively. I reached out several times over the next weeks, and received no response. We remain willing to work together as professionals, but it is imperative that our client receive the requested information promptly.

Regards,

**Mallory Satre**

**O:** 206.741.1408
msatre@swlaw.com

**SNELL & WILMER**

swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Phoenix | Portland | Reno | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.

15

Ranade Decl. Ex.
24-01864-FPC11   Doc 22-11   Filed 09/10/24   Entered 09/10/24 14:36:12   Pg 16 of 16
Page 217 of 277