# Exhibit J

| Plaintiff | Defendants | Court | Case No. |
|---|---|---|---|
| Tyler C. Sadek | Ryan R. Wear, et al. | Superior Court 5, Hamilton County, Indiana | 29D04-2402-CC-001521 |
| Pacific Water Technology, LLC., et al. | Ryan R. Wear, et al. | Snohomish County Superior Court Removed to US District Court #2:24-cv-01164-TL | 24-2-02887-31 |
| James Group International, LLC | Water Station Management, LLC, et al. | Snohomish County Superior Court | 23-2-07449-31 |
| JRC Real Estate III, LLC | Water Station Management, LLC | Snohomish County Superior Court | 23-2-08864-31 |
| Rhino Manufacturing, Inc., et al. | Creative Technologies, LLC, et al. | Snohomish County Superior Court | 24-2-01362-31 |
| Axial Tilt, LLC, et al. | Ryan Wear | Snohomish County Superior Court | 23-2-08829-31 |
| Tanushka Water Vending, LLC | Ryan Wear, et al. | Snohomish County Superior Court | 24-2-02684-31 |
| Dennis Demirjian | Water Station Management, LLC, et al. | Snohomish County Superior Court | 24-2-02346-31 |
| Paul Martinchuk | Water Station Management, LLC, et al. | Snohomish County Superior Court | 24-2-03489-31 |
| Emmatoine LLC | Water Station Management, LLC | Snohomish County Superior Court | 24-2-01283-31 |
| Wakanda Ventures, LLC | Water Station Management, LLC, et al. | Snohomish County Superior Court | 24-2-02919-31 |
| Pure Water Vending, LLC | Water Station Management, LLC, et al. | Snohomish County Superior Court | 24-2-00583-31 |
| Rex Ventures LLC | WST Franchise System LLC, et al. | Snohomish County Superior Court | 24-2-01438-31 |
| Legacy Capital Income Fund II LLC, et al. | Summit Management Services LLC, et al. | Montgomery County Magisterial District, PA | 2024-03772 |
| 352 Capital GP LLC | Ryan Wear, et al. | US District Court, Southern District NY | 1:24-cv-05102 |
| 352 Capital GP LLC | Ryan Wear, et al. | Snohomish County Superior Court Removed to US District Court #2:24-cv-01172-TL | 24-2-05545-31 |
| Kaizen Partners LLC | Water Station Management LLC | Snohomish County Superior Court | 23-2-04152-31 |
| NTMK Corporation | Water Station Management, et al. | Snohomish County Superior Court | 23-2-07941-31 |
| Seaga Manufacturing, Inc. | Creative Technologies, LLC, et al. | 15h Judicial Circuit Court, Stephenson County, IL | 2024LA7 |
| Alkaline Water Holdings, LLC, et al. | Ryan Wear, et al. | US District Court, Eastern District PA | 2:24-cv-01890-GAM |