# Exhibit L

## ASSIGNMENT OF MEMBERSHIP INTERESTS OF
## CREATIVE TECHNOLOGIES, LLC

THIS ASSIGNMENT OF MEMBERSHIP INTERESTS (this "Assignment") is dated as of August 1, 2024, by and among Creative Technologies, LLC (the "Assignor") and Tyler C. Sadek, an individual that resides in the State of Indiana (the "Assignee"), recites and provides as follows:

### RECITALS

WHEREAS, the Assignor is the owner of an aggregate of one hundred percent (100%) membership interest in Creative Technologies, LLC, (the "Company"); and

WHEREAS, effective as of December 5, 2023, Ryan R. Wear ("Wear"), an individual and resident of the State of Washington with a last known address of 1029 154th St. NW, Marysville, Washington, 98271, executed and delivered to the Assignee a Promissory Note in the principal amount of $10,635,157.55 (the "Note"); and

WHEREAS, the Note was secured by a pledge and assignment of all ownership in each entity identified in the Note, including but not limited to the Assignor; and

WHEREAS, Wear, along with the other Borrower entities identified in the Note, defaulted under the terms of the Note; and

WHEREAS, on or about February 12, 2024, the Assignee commenced litigation against Wear and the Borrower entities in Hamilton County, Indiana (the "Court"), which is currently pending under Cause No. 29D04-2402-CC-001521; and

WHEREAS, on or about June 27, 2024, the Court granted partial summary judgment in favor of the Assignee and against each of the Defendants therein, and ordered the Defendants to transfer the membership interests of the Assignor to the Assignee; and

WHEREAS, on or about July 19, 2024, the Court appointed Rodney T. Sarkovics as Commissioner (the "Commissioner"), with full authority to effectuate the transfer of the membership interests to the Assignee, attached hereto as Exhibit 1; and

WHEREAS, the Assignor, by and through the authority granted by the Court to the Commissioner, now wishes to assign and transfer all of the Company's membership interests to the Assignee.

### ASSIGNMENT

For and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

Docusign Envelope ID: D6D154D5-A858-4473-98E9-57184DB8C10D

1. <u>Assignment and Acceptance</u>. The Assignor, by and through the authority granted by the Court to the Commissioner, hereby conveys, assigns, and transfers to the Assignee all of the Assignor's rights, title, and interests in and to the Company. The Assignee (a) accepts the assignment of all of the Assignor's rights, titles, and interests in and to the Company.

2. <u>Approval and Release</u>. The Company hereby approves the transfer of the membership interests from Assignor to Assignee, and the Company and Assignor hereby release the Commissioner and Assignee from all claims.

3. <u>Counterparts</u>. To facilitate execution, this Assignment may be executed in as many counterparts as may be required. It shall not be necessary that the signature on behalf of both parties hereto appear on each counterpart hereof, and it shall be sufficient that the signature on behalf of each party hereto appear on one or more such counterparts. All counterparts shall collectively constitute a single agreement. This Assignment (or counterpart thereof) signed by one or more of the parties and delivered by facsimile shall be effective as an original.

IN WITNESS WHEREOF, the parties have executed this *Assignment of Membership Interests* on the date(s) indicated below.

RODNEY T. SARKOVICS, IN THE SOLE CAPACITY AS COURT-APPOINTED COMMISSIONER ON BEHALF OF THE ASSIGNOR, CREATIVE TECHNOLOGIES, LLC

*[signature]* signing as Court appointed Commissioner

Printed: Rodney T. Sarkovics

Date: 8/1/2024

**TYLER C. SADEK**

*Tyler C. Sadek*

Printed: Tyler C. Sadek

Date: 8/1/2024

STATE OF INDIANA )
                                ) SS:
COUNTY OF HAMILTON )

      BEFORE ME, A NOTARY PUBLIC, in and for said county and State, personally appeared **Rodney Sarkovics, as Commissioner**, who executed the foregoing Assignment of Membership Interests of Creative Technologies, LLC, and who, having been duly sworn, stated that any representations therein contained are true. Witness my hand and Notarial Seal this 1st day of August, 2024.

[Notary Seal: BRENDA K. WOLFF, My Commission Expires February 12, 2027, Commission Number NP0718542, Hamilton County]

Notary Public: Brenda K. Wolff
County of Residence: Hamilton
My Commission Expires: 02-12, 2027


STATE OF INDIANA )
                                ) SS:
COUNTY OF HAMILTON )

      BEFORE ME, A NOTARY PUBLIC, in and for said county and State, personally appeared **Tyler C. Sadek**, who executed the foregoing Assignment of Membership Interests of Creative Technologies, LLC, and who, having been duly sworn, stated that any representations therein contained are true. Witness my hand and Notarial Seal this _____ day of _____, 2024.

Notary Public
County of Residence: _____
My Commission Expires: _____, 20____

# LLC Membership Certificate

_Creative Technologies LLC_
(Name of LLC)

_Creative Technologies LLC_ is organized in the state of _Indiana_, effective _8/1/2024_,
(Name of LLC) (date)
and has a total of _1_ Member(s).

This is to certify that _Tyler C. Sadek_ is a Member of _Creative Technologies LLC_
(Member name) (Name of LLC)

and holds a _100_% Membership Interest in _Creative Technologies LLC_, of which the Member is entitled to the full benefits.
(Name of LLC)

Such benefits are subject to the terms and conditions set forth in the Operating Agreement of _Creative Technologies LLC_, and
(Name of LLC)

any amendments thereto.

Certified,

_Creative Technologies LLC_ has caused this certificate to be executed by its _Commissioner_ on _8/1/2024_.
(Name of LLC) (title) (date)

_[signature] Rob T. Sd  Signing as Court Appointed Commissioner_
(signature)

_Rodney T. Sarkovics_ , _Commissioner_
(name) (title)

## ASSIGNMENT OF MEMBERSHIP INTERESTS OF
## REFRESHING USA LLC

THIS ASSIGNMENT OF MEMBERSHIP INTERESTS (this "Assignment") is dated as of August 1, 2024, by and among Refreshing USA LLC (the "Assignor") and Tyler C. Sadek, an individual that resides in the State of Indiana (the "Assignee"), recites and provides as follows:

### RECITALS

WHEREAS, the Assignor is the owner of an aggregate of one hundred percent (100%) membership interest in Refreshing USA LLC, (the "Company"); and

WHEREAS, effective as of December 5, 2023, Ryan R. Wear ("Wear"), an individual and resident of the State of Washington with a last known address of 1029 154th St. NW, Marysville, Washington, 98271, executed and delivered to the Assignee a Promissory Note in the principal amount of $10,635,157.55 (the "Note"); and

WHEREAS, the Note was secured by a pledge and assignment of all ownership in each entity identified in the Note, including but not limited to the Assignor; and

WHEREAS, Wear, along with the other Borrower entities identified in the Note, defaulted under the terms of the Note; and

WHEREAS, on or about February 12, 2024, the Assignee commenced litigation against Wear and the Borrower entities in Hamilton County, Indiana (the "Court"), which is currently pending under Cause No. 29D04-2402-CC-001521; and

WHEREAS, on or about June 27, 2024, the Court granted partial summary judgment in favor of the Assignee and against each of the Defendants therein, and ordered the Defendants to transfer the membership interests of the Assignor to the Assignee; and

WHEREAS, on or about July 19, 2024, the Court appointed Rodney T. Sarkovics as Commissioner (the "Commissioner"), with full authority to effectuate the transfer of the membership interests to the Assignee, attached hereto as Exhibit 1; and

WHEREAS, the Assignor, by and through the authority granted by the Court to the Commissioner, now wishes to assign and transfer all of the Company's membership interests to the Assignee.

### ASSIGNMENT

For and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. <u>Assignment and Acceptance</u>. The Assignor, by and through the authority granted by the Court to the Commissioner, hereby conveys, assigns, and transfers to the Assignee all of the

Assignor's rights, title, and interests in and to the Company. The Assignee (a) accepts the assignment of all of the Assignor's rights, titles, and interests in and to the Company.

2. <u>Approval and Release</u>. The Company hereby approves the transfer of the membership interests from Assignor to Assignee, and the Company and Assignor hereby release the Commissioner and Assignee from all claims.

3. <u>Counterparts</u>. To facilitate execution, this Assignment may be executed in as many counterparts as may be required. It shall not be necessary that the signature on behalf of both parties hereto appear on each counterpart hereof, and it shall be sufficient that the signature on behalf of each party hereto appear on one or more such counterparts. All counterparts shall collectively constitute a single agreement. This Assignment (or counterpart thereof) signed by one or more of the parties and delivered by facsimile shall be effective as an original.

IN WITNESS WHEREOF, the parties have executed this *Assignment of Membership Interests* on the date(s) indicated below.

RODNEY T. SARKOVICS, IN THE SOLE CAPACITY AS COURT-APPOINTED COMMISSIONER ON BEHALF OF THE ASSIGNOR, REFRESHING USA LLC

*[signature] signing as Appointed Court Commissioner*

Printed: Rodney T. Sarkovics

Date: 8/1/2024

**TYLER C. SADEK**

*Tyler C. Sadek*

Printed: Tyler C. Sadek

Date: 8/1/2024

STATE OF INDIANA )
) SS:
COUNTY OF HAMILTON )

BEFORE ME, A NOTARY PUBLIC, in and for said county and State, personally appeared **Rodney Sarkovics, as Commissioner**, who executed the foregoing Assignment of Membership Interests of Refreshing USA LLC, and who, having been duly sworn, stated that any representations therein contained are true. Witness my hand and Notarial Seal this __1st__ day of __August__, 2024.

[Notary seal: BRENDA K. WOLFF, My Commission Expires February 12, 2027, Commission Number NP0718542, Hamilton County]

Notary Public
County of Residence: __Hamilton__
My Commission Expires: __02-12__, 20__27__

STATE OF INDIANA )
) SS:
COUNTY OF HAMILTON )

BEFORE ME, A NOTARY PUBLIC, in and for said county and State, personally appeared **Tyler C. Sadek**, who executed the foregoing Assignment of Membership Interests of Refreshing USA LLC, and who, having been duly sworn, stated that any representations therein contained are true. Witness my hand and Notarial Seal this _____ day of _____, 2024.

Notary Public
County of Residence:_____
My Commission Expires:_____, 20_____

Docusign Envelope ID: D6D154D5-A858-4473-98E9-57184DB8C10D

# LLC Membership Certificate

Refreshing USA LLC
(Name of LLC)

Refreshing USA LLC is organized in the state of Indiana, effective 8/1/2024,
(Name of LLC) (date)
and has a total of __1__ Member(s).

This is to certify that Tyler C. Sadek is a Member of Refreshing USA LLC
(Member name) (Name of LLC)

and holds a 100% Membership Interest in Refreshing USA LLC, of which the Member is entitled to the full benefits.
(Name of LLC)

Such benefits are subject to the terms and conditions set forth in the Operating Agreement of Refreshing USA LLC, and
(Name of LLC)
any amendments thereto.

Certified,

Refreshing USA LLC has caused this certificate to be executed by its Commissioner on 8/1/2024
(Name of LLC) (title) (date)

_Rodziled signing as Court appointed Commissioner_
(signature)

Rodney T. Sarkovics , Commissioner
(name) (title)

## ASSIGNMENT OF MEMBERSHIP INTERESTS OF
## WATER STATION MANAGEMENT, LLC

THIS ASSIGNMENT OF MEMBERSHIP INTERESTS (this "Assignment") is dated as of August 1, 2024, by and among Water Station Management, LLC (the "Assignor") and Tyler C. Sadek, an individual that resides in the State of Indiana (the "Assignee"), recites and provides as follows:

### RECITALS

WHEREAS, the Assignor is the owner of an aggregate of one hundred percent (100%) membership interest in Water Station Management, LLC, (the "Company"); and

WHEREAS, effective as of December 5, 2023, Ryan R. Wear ("Wear"), an individual and resident of the State of Washington with a last known address of 1029 154th St. NW, Marysville, Washington, 98271, executed and delivered to the Assignee a Promissory Note in the principal amount of $10,635,157.55 (the "Note"); and

WHEREAS, the Note was secured by a pledge and assignment of all ownership in each entity identified in the Note, including but not limited to the Assignor; and

WHEREAS, Wear, along with the other Borrower entities identified in the Note, defaulted under the terms of the Note; and

WHEREAS, on or about February 12, 2024, the Assignee commenced litigation against Wear and the Borrower entities in Hamilton County, Indiana (the "Court"), which is currently pending under Cause No. 29D04-2402-CC-001521; and

WHEREAS, on or about June 27, 2024, the Court granted partial summary judgment in favor of the Assignee and against each of the Defendants therein, and ordered the Defendants to transfer the membership interests of the Assignor to the Assignee; and

WHEREAS, on or about July 19, 2024, the Court appointed Rodney T. Sarkovics as Commissioner (the "Commissioner"), with full authority to effectuate the transfer of the membership interests to the Assignee, attached hereto as Exhibit 1; and

WHEREAS, the Assignor, by and through the authority granted by the Court to the Commissioner, now wishes to assign and transfer all of the Company's membership interests to the Assignee.

### ASSIGNMENT

For and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

Docusign Envelope ID: D6D154D5-A858-4473-98E9-57184DB8C10D

1. <u>Assignment and Acceptance</u>. The Assignor, by and through the authority granted by the Court to the Commissioner, hereby conveys, assigns, and transfers to the Assignee all of the Assignor's rights, title, and interests in and to the Company. The Assignee (a) accepts the assignment of all of the Assignor's rights, titles, and interests in and to the Company.

2. <u>Approval and Release</u>. The Company hereby approves the transfer of the membership interests from Assignor to Assignee, and the Company and Assignor hereby release the Commissioner and Assignee from all claims.

3. <u>Counterparts</u>. To facilitate execution, this Assignment may be executed in as many counterparts as may be required. It shall not be necessary that the signature on behalf of both parties hereto appear on each counterpart hereof, and it shall be sufficient that the signature on behalf of each party hereto appear on one or more such counterparts. All counterparts shall collectively constitute a single agreement. This Assignment (or counterpart thereof) signed by one or more of the parties and delivered by facsimile shall be effective as an original.

IN WITNESS WHEREOF, the parties have executed this *Assignment of Membership Interests* on the date(s) indicated below.

**RODNEY T. SARKOVICS, IN THE SOLE CAPACITY AS COURT-APPOINTED COMMISSIONER ON BEHALF OF THE ASSIGNOR, WATER STATION MANAGEMENT, LLC**

*[signature] signing as Court Appointed Commissioner*

Printed: Rodney T. Sarkovics

Date: 8/1/2024

**TYLER C. SADEK**

*Tyler C. Sadek*

Printed: Tyler C. Sadek

Date: 8/1/2024

STATE OF INDIANA )
) SS:
COUNTY OF HAMILTON )

BEFORE ME, A NOTARY PUBLIC, in and for said county and State, personally appeared **Rodney Sarkovics, as Commissioner**, who executed the foregoing Assignment of Membership Interests of Water Station Management LLC, and who, having been duly sworn, stated that any representations therein contained are true. Witness my hand and Notarial Seal this 1st day of August, 2024.

Brenda K. Wolff
Notary Public
County of Residence: Hamilton
My Commission Expires: 02-12, 20 27

[Notary Seal: BRENDA K. WOLFF, My Commission Expires February 12, 2027, Commission Number NP0718542, Hamilton County]


STATE OF INDIANA )
) SS:
COUNTY OF HAMILTON )

BEFORE ME, A NOTARY PUBLIC, in and for said county and State, personally appeared **Tyler C. Sadek**, who executed the foregoing Assignment of Membership Interests of Water Station Management LLC, and who, having been duly sworn, stated that any representations therein contained are true. Witness my hand and Notarial Seal this _____ day of _____, 2024.

_____
Notary Public
County of Residence:_____
My Commission Expires:_____, 20_____

# LLC Membership Certificate

_____Water Station Mangement LLC_____
(Name of LLC)

__Water Station Mangement LLC__ is organized in the state of ___Indiana___, effective __8/1/2024__,
(Name of LLC) (date)

and has a total of __1__ Member(s).

This is to certify that ___Tyler C. Sadek___ is a Member of __Water Station Mangement LLC__
(Member name) (Name of LLC)

and holds a _100_% Membership Interest in __Water Station Mangement LLC__, of which the Member is entitled to the full benefits.
(Name of LLC)

Such benefits are subject to the terms and conditions set forth in the Operating Agreement of __Water Station Mangement LLC__, and
(Name of LLC)

any amendments thereto.

Certified,

__Water Station Mangement LLC__ has caused this certificate to be executed by its __Commissioner__ on __8/1/2024__.
(Name of LLC) (title) (date)

_____
(signature)

___Rodney T. Sarkovics___, ___Commissioner___
(name) (title)