# Exhibit M

# WRITTEN CONSENT AND RESOLUTION
# OF CREATIVE TECHNOLOGIES, LLC

The undersigned, being the majority member of Creative Technologies, LLC, a Washington limited liability company (the "Company"), hereby waives all notices, statutory and otherwise, and authorizes, approves and consents to the following acts in lieu of holding a meeting of members for that purpose:

**WHEREAS,** in the judgment of the members of the Company, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS,** it is also in the judgment of the members of the Company, desirable and in the best interests of the Company that the current manager of the Company be removed and replaced with Eric Camm (the "New Manager"); and

**WHEREAS,** it is also in the judgment of the members of the Company desirable and in the best interests of the Company for the New Manager to be imbued with all powers and authority to manage the Company, including the filing of a petition under the Bankruptcy Code, and to act on behalf of the Company as the debtor-in-possession during the Chapter 11 case;

**NOW, THEREFORE, IT IS HEREBY:**

**RESOLVED,** that the Company is authorized to file a petition seeking relief under the Bankruptcy Code; and

**FURTHER RESOLVED,** that Ryan Wear is hereby removed as the Manager of the Company effective as of the date this resolution is executed; and

**FURTHER RESOLVED,** that Eric Camm (the "Authorized Officer") is hereby appointed as the Manager of the Company effective as of the date this resolution is executed, with all authority and powers of management for the Company; and

**FURTHER RESOLVED,** that Authorized Officer is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court (the "**Bankruptcy Court**") at such time as said Authorized Officer executing the same shall determine and in such form or forms as such Authorized Officer may approve; and it is

**FURTHER RESOLVED,** that the Company is authorized to retain the law firm of D. Bugbee & Scalia, PLLC, Northgate Executive Center I, 155 NE 100th St #205, Seattle, WA 98125, to represent the Company in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED,** that the Authorized Officer be, and hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Officer or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which the Authorized Officer deems necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts under any post-petition financing facility

for itself or its affiliates, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other professionals, to advise the Company in connection with its case under Chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed on behalf of the Company to take such actions to make, sign, execute, acknowledge and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized on behalf of, and in the name of, the Company to execute any and all plans of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer executing the same shall determine;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by these Resolutions and any Chapter 11 plan of reorganization, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

**FURTHER RESOLVED**, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Authorized Officer of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF,** the undersigned Member, has executed this resolution and consent effective as of the 23rd day of August 2024.


Creative Technologies, LLC
A Washington limited liability company

By: _[signature]_
Tyler C. Sadek, Majority Member

## WRITTEN CONSENT AND RESOLUTION
## OF REFRESHING USA, LLC

The undersigned, being the majority member of Refreshing USA, LLC, a Washington limited liability company (the "Company"), hereby waives all notices, statutory and otherwise, and authorizes, approves and consents to the following acts in lieu of holding a meeting of members for that purpose:

**WHEREAS,** in the judgment of the members of the Company, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS,** it is also in the judgment of the members of the Company, desirable and in the best interests of the Company that the current manager of the Company be removed and replaced with Eric Camm (the "New Manager"); and

**WHEREAS,** it is also in the judgment of the members of the Company desirable and in the best interests of the Company for the New Manager to be imbued with all powers and authority to manage the Company, including the filing of a petition under the Bankruptcy Code, and to act on behalf of the Company as the debtor-in-possession during the Chapter 11 case;

**NOW, THEREFORE, IT IS HEREBY:**

**RESOLVED,** that the Company is authorized to file a petition seeking relief under the Bankruptcy Code; and

**FURTHER RESOLVED,** that Ryan Wear is hereby removed as the Manager of the Company effective as of the date this resolution is executed; and

**FURTHER RESOLVED,** that Eric Camm (the "Authorized Officer") is hereby appointed as the Manager of the Company effective as of the date this resolution is executed, with all authority and powers of management for the Company; and

**FURTHER RESOLVED,** that Authorized Officer is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court (the "**Bankruptcy Court**") at such time as said Authorized Officer executing the same shall determine and in such form or forms as such Authorized Officer may approve; and it is

**FURTHER RESOLVED,** that the Company is authorized to retain the law firm of D. Bugbee & Scalia, PLLC, Northgate Executive Center I, 155 NE 100th St #205, Seattle, WA 98125, to represent the Company in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED,** that the Authorized Officer be, and hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Officer or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which the Authorized Officer deems necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts under any post-petition financing facility

for itself or its affiliates, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other professionals, to advise the Company in connection with its case under Chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed on behalf of the Company to take such actions to make, sign, execute, acknowledge and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized on behalf of, and in the name of, the Company to execute any and all plans of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer executing the same shall determine;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by these Resolutions and any Chapter 11 plan of reorganization, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

**FURTHER RESOLVED**, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Authorized Officer of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF,** the undersigned Member, has executed this resolution and consent effective as of the 23rd day of August 2024.

Refreshing USA, LLC
A Washington limited liability company

By: _____
Tyler C. Sadek, Majority Member

## WRITTEN CONSENT AND RESOLUTION
## OF WATER STATION MANAGEMENT, LLC

The undersigned, being the majority member of Water Station Management, LLC, a Washington limited liability company (the "Company"), hereby waives all notices, statutory and otherwise, and authorizes, approves and consents to the following acts in lieu of holding a meeting of members for that purpose:

**WHEREAS,** in the judgment of the members of the Company, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS,** it is also in the judgment of the members of the Company, desirable and in the best interests of the Company that the current manager of the Company be removed and replaced with Eric Camm (the "New Manager"); and

**WHEREAS,** it is also in the judgment of the members of the Company desirable and in the best interests of the Company for the New Manager to be imbued with all powers and authority to manage the Company, including the filing of a petition under the Bankruptcy Code, and to act on behalf of the Company as the debtor-in-possession during the Chapter 11 case;

**NOW, THEREFORE, IT IS HEREBY:**

**RESOLVED,** that the Company is authorized to file a petition seeking relief under the Bankruptcy Code; and

**FURTHER RESOLVED,** that Ryan Wear is hereby removed as the Manager of the Company effective as of the date this resolution is executed; and

**FURTHER RESOLVED,** that Eric Camm (the "Authorized Officer") is hereby appointed as the Manager of the Company effective as of the date this resolution is executed, with all authority and powers of management for the Company; and

**FURTHER RESOLVED,** that Authorized Officer is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court (the "**Bankruptcy Court**") at such time as said Authorized Officer executing the same shall determine and in such form or forms as such Authorized Officer may approve; and it is

**FURTHER RESOLVED,** that the Company is authorized to retain the law firm of D. Bugbee & Scalia, PLLC, Northgate Executive Center I, 155 NE 100th St #205, Seattle, WA 98125, to represent the Company in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED,** that the Authorized Officer be, and hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Officer or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which the Authorized Officer deems necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts under any post-petition financing facility

for itself or its affiliates, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other professionals, to advise the Company in connection with its case under Chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed on behalf of the Company to take such actions to make, sign, execute, acknowledge and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized on behalf of, and in the name of, the Company to execute any and all plans of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer executing the same shall determine;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by these Resolutions and any Chapter 11 plan of reorganization, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

**FURTHER RESOLVED**, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Authorized Officer of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF,** the undersigned Member, has executed this resolution and consent effective as of the 23rd day of August 2024.

Water Station Management, LLC
A Washington limited liability company

By: _____
Tyler C. Sadek, Majority Member