# Exhibit N

Refine Your Search Results    Sort by Relevance    All Filters

✓ **Annamarie Briggs**
8 people named Annamarie Briggs found in California, Wisconsin and 9 other states.

**BROWSE LOCATIONS**

California (3)
Florida (1)
Illinois (1)
Massachusetts (1)
Nevada (1)

SHOW ALL 11 LOCATIONS



**Annamaria Maria Vendrasco, Age 62**
RESIDES IN EDMONDS, WA
**Lived In** Lynnwood WA, Las Vegas NV, Ventura CA, Santa Barbara CA
**Related To** A Briggs, Jeremy Briggs
**Also known as** Annamaria F Vendrasco, Anna Mari Briggs, Annamaria Fabiola Briggs, Annamarie F Briggs, Annanaria F Vendrasco
**Includes** ✓ Address(18) ✓ Phone(8) ✓ Email(12)

SEE RESULTS



## Property Account Summary

9/5/2024

| Parcel Number | 00896510000100 | Property Address | 8100 242ND ST SW UNIT A , EDMONDS, WA 98026-9126 |

### General Information

| | |
|---|---|
| Property Description | Section 31 Township 27 Range 04 BALLINGERWOOD CONDOMINIUMS BLDG 8100 UNIT 8100-A TGW ASSIGNED PARKING & TGW 8.3333% (1/12) INT IN COM AREAS & FACS DESC IN DEC REC AF NO 1999906170271 |
| Property Category | Land and Improvements |
| Status | Active, Locally Assessed |
| Tax Code Area | 00217 |

### Property Characteristics

| | |
|---|---|
| Use Code | 143 Single Family Residence Condominium Multiple |

### Parties

| Role | Percent | Name | Address |
|---|---|---|---|
| Taxpayer | 100 | BRIGGS ANNAMARIA F/BRIGGS JEREMY W | 8100 242ND ST SW UNIT A, EDMONDS, WA 98026 |
| Owner | 100 | BRIGGS ANNAMARIA F & JEREMY W | 8100 242ND ST SW UNIT A, EDMONDS, WA 98026-9126 United States |

### Related Properties

No Related Properties Found

### Property Values

| Value Type | Tax Year 2024 | Tax Year 2023 | Tax Year 2022 | Tax Year 2021 | Tax Year 2020 |
|---|---|---|---|---|---|
| Taxable Value Regular | $427,500 | $427,500 | $368,500 | $351,000 | $342,500 |
| Exemption Amount Regular | | | | | |
| Market Total | $427,500 | $427,500 | $368,500 | $351,000 | $342,500 |
| Assessed Value | $427,500 | $427,500 | $368,500 | $351,000 | $342,500 |
| Market Land | $86,000 | $80,500 | $68,000 | $65,000 | $62,500 |
| Market Improvement | $341,500 | $347,000 | $300,500 | $286,000 | $280,000 |
| Personal Property | | | | | |

### Active Exemptions

No Exemptions Found

### Events

| Effective Date | Entry Date-Time | Type | Remarks |
|---|---|---|---|
| 07/06/2021 | 07/06/2021 16:24:27 | Excise Processed | Temporary Excise: T144003 Finalized to: E166721 |
| 06/25/2021 | 11/09/2021 10:25:00 | Recording No. Changed | Property Transfer Filing No.: E166721, Statutory Warranty Deed, new Recording No.: 202107067062 06/25/2021 by sasdle |
| 06/25/2021 | 11/09/2021 10:25:00 | Owner Terminated | Property Transfer Filing No.: E166721 06/25/2021 by sasdle |
| 06/25/2021 | 11/09/2021 10:25:00 | Owner Added | Property Transfer Filing No.: E166721 06/25/2021 by sasdle |
| 06/25/2021 | 07/06/2021 16:24:00 | Excise Processed | Property Transfer Filing No.: T144003, submitted by eREET 06/25/2021 by ASCEREET |
| 11/02/2018 | 11/02/2018 11:56:41 | Excise Processed | Temporary Excise: T086625 Finalized to: E112435 |
| 10/26/2018 | 12/21/2018 13:36:00 | Owner Terminated | Property Transfer Filing No.: E112435 10/26/2018 by sasjdh |
| 10/26/2018 | 12/21/2018 13:36:00 | Owner Added | Property Transfer Filing No.: E112435 10/26/2018 by sasjdh |
| 10/26/2018 | 11/02/2018 11:56:00 | Excise Processed | Property Transfer Filing No.: T086625, submitted by eREET 10/26/2018 by ASCEREET |
| 04/13/2005 | 05/13/2005 09:26:00 | Owner Terminated | Property Transfer Filing No.: 390252 04/13/2005 by sascaf |
| 04/13/2005 | 05/13/2005 09:26:00 | Owner Added | Property Transfer Filing No.: 390252 04/13/2005 by sascaf |
| 04/13/2005 | 04/18/2005 12:26:00 | Taxpayer Changed | Property Transfer Filing No.: 390252 04/13/2005 by strphb |
| 04/13/2005 | 04/18/2005 12:26:00 | Excise Processed | Property Transfer Filing No.: 390252, Statutory Warranty Deed 04/13/2005 by strphb |
| 02/09/2001 | 02/09/2001 14:08:00 | Value Modification | Type: Value Change Due to Segregation/Merger, Status: Approved, Tax Year: 2000 by saslrs |
| 10/11/2000 | 10/11/2000 09:56:00 | The situs address has changed | |
| 08/18/2000 | 08/18/2000 12:06:00 | Taxpayer Changed | Party/Property Relationship |

### Tax Balance

#### Installments Payable

| Tax Year | Installment | Due Date | Principal | Interest, Penalties and Costs | Total Due | Cumulative Due |
|---|---|---|---|---|---|---|
| 2024 | 2 | 10/31/2024 | $1,511.20 | $0.00 | $1,511.20 | $1,511.20 |

### Distribution of Current Taxes

| District | Rate | Amount | Voted Amount | Non-Voted Amount |
|---|---|---|---|---|
| CENTRAL PUGET SOUND REGIONAL TRANSIT AUT | 0.16 | $70.46 | $0.00 | $70.46 |
| CITY OF EDMONDS | 1.02 | $437.88 | $121.10 | $316.78 |
| EDMONDS SCHOOL DISTRICT NO 15 | 2.73 | $1,166.31 | $1,166.31 | $0.00 |
| PUB HOSP #2 | 0.05 | $20.82 | $0.00 | $20.82 |
| SNO-ISLE INTERCOUNTY RURAL LIBRARY | 0.32 | $138.64 | $0.00 | $138.64 |
| SNOHOMISH COUNTY-CNT | 0.50 | $215.68 | $0.00 | $215.68 |
| STATE | 2.25 | $962.56 | $0.00 | $962.56 |
| SNOHOMISH CONSERVATION DISTRICT | | $10.05 | $0.00 | $10.05 |
| TOTAL | 7.05 | $3,022.40 | $1,287.41 | $1,734.99 |

### Pending Property Values

| Pending Tax Year | Market Land Value | Market Improvement Value | Market Total Value | Current Use Land Value | Current Use Improvement | Current Use Total Value |
|---|---|---|---|---|---|---|
| 2025 | $88,500.00 | $350,500.00 | $439,000.00 | $0.00 | $0.00 | $0.00 |

### Levy Rate History

| Tax Year | Total Levy Rate |
|---|---|
| 2023 | 6.799556 |
| 2022 | 8.270203 |
| 2021 | 8.207334 |

## Real Property Structures

| Description | Type | Year Built | More Information |
|---|---|---|---|
| 2 Story | Dwelling | 2000 | View Detailed Structure Information |

## Receipts

| Date | Receipt No. | Amount Applied | Amount |
|---|---|---:|---:|
| 04/23/2024 00:00:00 | 13207583 | $1,511.20 | $3, |
| 10/26/2023 00:00:00 | 13063921 | $1,458.44 | $1, |
| 04/17/2023 00:00:00 | 12642179 | $1,458.43 | $2, |
| 10/21/2022 00:00:00 | 12353890 | $1,527.80 | $1, |
| 04/21/2022 00:00:00 | 12098842 | $1,527.80 | $3, |
| 10/20/2021 00:00:00 | 11790211 | $1,444.39 | $1, |
| 04/27/2021 00:00:00 | 11646151 | $1,444.39 | $2, |
| 10/26/2020 00:00:00 | 11235976 | $1,592.61 | $1, |
| 04/17/2020 00:00:00 | 10943293 | $1,592.60 | $3, |
| 10/24/2019 00:00:00 | 10673214 | $1,563.67 | $1, |
| 04/05/2019 00:00:00 | 10338034 | $1,563.66 | $3, |

## Sales History

| Sale Date | Entry Date | Recording Number | Sale Amount | Excise Number | Deed Type | Transfer Type | Grantor(Seller) | Grantee(Buyer) | Other Parcels |
|---|---|---|---:|---|---|---|---|---|---|
| 04/13/2005 | 04/18/2005 | | $205,000.00 | 390252 | W | S | MARSHALL WAYNE M | EVERITT TREVOR | No |
| 10/26/2018 | 11/02/2018 | | $345,000.00 | E112435 | W | S | EVERITT TREVOR & GURRUSQUIETA MARICELA B | HEBERT ANTOINE D | No |
| 06/25/2021 | 07/02/2021 | 202107067062 | $430,000.00 | E166721 | W | S | HEBERT ANTOINE D | BRIGGS ANNAMARIA F & JEREMY W | No |

## Property Maps

| Neighborhood Code | Township | Range | Section | Quarter | Parcel Map |
|---|---|---|---|---|---|
| 5620402 | 27 | 04 | 31 | SE | View parcel maps for this Township/Range/Section |




# Results

Your Name Search for Name "heilman, tyler", Book Type "", Document Types "MARRIAGE-C,MARRCERT2", Begin Date "1/1/1860", and End Date "9/5/2024" returned the following results:

| # | Search Name | Grantor | Grantee | Record Date | Location | Doc Type | Book | Page | Rec. # | DocLinks | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HEILMAN TYLER CURTIS | HEILMAN TYLER CURTIS | WEAR LEANNE NICOLE | 08/31/2004 | | MARRIAGE CERTIFICATE | 0000 | | 200408314045 | 200408024007 | |