# Exhibit A

LIMITED LIABILITY COMPANY AGREEMENT

OF

WATERSTATION MANAGEMENT, LLC
(a Washington Limited Liability Company)

Dated and Effective

as of

October 28, 2019

-1-

Camm Decl. Ex.

# ARTICLE 2
## ORGANIZATION

2.1 <u>Formation</u>. The Company was formed on or around October 28th, 2019 when the Certificate of Formation was filed with the office of the Secretary of State in accordance with and pursuant to the Act.

2.2 <u>Name</u>. The name of the Company is "WATERSTATION MANAGEMENT, LLC."

2.3 <u>Principal Place of Business</u>. The principal place of business of the Company shall be located at 2732 Grand Avenue Suite 122 Everett WA 98201. The Company may locate its places of business at any other place or places as the Managers may from time to time deem advisable.

2.4 <u>Registered Office and Registered Agent</u>. The Company's initial registered agent and the address of its initial registered office in the State of Washington are as follows: Ryan Wear, PO Box 3226 Everett WA 98213

The registered office and registered agent may be changed by the Managers from time to time by filing an amendment to the Certificate of Formation.

2.5 <u>Term of Existence</u>. The existence of the Company shall be perpetual, subject to the right of the Members to dissolve the Company in accordance with Article 11 hereof.

2.6 <u>Business Purpose</u>. The business of the Company shall be:

    (a) to carry on any lawful business or activity which may be conducted by a limited liability company organized under the Act; and

    (b) to exercise all other powers necessary to or reasonably connected with the Company's business which may be legally exercised by limited liability companies under the Act.

2.7 <u>Authorized Units</u>. The Company is authorized to issue one thousand (1,000) Units to its Members. If authorized by written approval of a majority of the Managers, the Company shall issue additional Units (i) to admit new Members to the Company membership, or (ii) to existing Members in exchange for additional capital contributions.

2.8 <u>Initial Members</u>.

2.8.1 <u>Summary Information</u>. The initial Members, and their initial capital ownership percentages provided in exchange for formation services and capital contributions for bona fide and valuable consideration, in the aggregate as follows:

**<u>Unit Register</u>**

Camm Decl. Ex.

24-01864-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 3 of 31

Page 9 of 31

| Names and Addresses and of Members | Units | Ownership Percentage |
|---|---|---|
| | | |
| | | |
| Ryan Wear | 1,000 | 100% |
| Total Shares Issued | 1,000 | 100% |
| Total Authorized | 1,000 | 100% |

2.8.2   Additional Members.   For organizational and strategic business purposes, the Company may find it appropriate to admit new Members in addition to the initial Members listed herein above in the Unit Register. The Company shall reserve the right to issue additional Units to admit new Members a proscribed in Section 2.7 herein above. The company shall memorialize the admission of new Members by amending and replacing the Unit Register.

2.9 Covenant Against Competition. Each Member hereby agrees that he will not, without the written consent of a majority of the other Members, directly or indirectly, to the extent reasonably likely to be detrimental to the Company, during the existence of the Company, and for a period of three years after termination of the Company, be employed by, consult with or otherwise perform services for, own, manage, operate, control or participate in the ownership, management, operation or control of, any competing activity, in Wyomin, including any geographical area in the which the Company is now or hereafter doing business.  The term "competing activity" means any business similar to the business of the Company and all products sold or developed by the Company now or hereafter.  Notwithstanding the above, any specific employer/employee relationship which has been entered into by a Member and fully disclosed at the time the Member becomes a Member shall not be considered a violation of this Covenant against Competition.

ARTICLE 3
MANAGERS

3.1 Management.

3.1.1   Managers.   The business and affairs of the Company shall be managed exclusively by the collective actions of the Manager or Managers, subject to the authority of the Investment Committee as defined and set forth in Section 3.2.  The following persons shall serve as the Managers of the Company:

**1. RYAN WEAR**

3.1.2   Additional Managers. From time to time, as deemed appropriate by the

-8-

Executed by the undersigned Members and/or Managers effective as of the date first above written.

_____

Ryan Wear, Member Manager

Camm Decl. Ex.
Page 5 of 31

# LIMITED LIABILITY COMPANY AGREEMENT

OF

## REFRESHING USA, LLC
(a Washington Limited Liability Company)

Dated and Effective

as of

November 10, 2020

Camm Decl. Ex.

24-01864-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Page 6 of 31

## ARTICLE 2
## ORGANIZATION

2.1     Formation.  The Company was formed on or around November, 10 2020 when the Certificate of Formation was filed with the office of the Secretary of State in accordance with and pursuant to the Act.

2.2     Name.  The name of the Company is "REFRESHING USA, LLC."

2.3     Principal Place of Business.  The principal place of business of the Company shall be located at 2732 Grand Avenue Suite 122 Everett WA 98201.  The Company may locate its places of business at any other place or places as the Managers may from time to time deem advisable.

2.4     Registered Office and Registered Agent.  The Company's initial registered agent and the address of its initial registered office in the State of Washington are as follows: Ryan Wear, PO Box 3226 Everett WA 98213

The registered office and registered agent may be changed by the Managers from time to time by filing an amendment to the Certificate of Formation.

2.5     Term of Existence.  The existence of the Company shall be perpetual, subject to the right of the Members to dissolve the Company in accordance with Article 11 hereof.

2.6     Business Purpose.  The business of the Company shall be:

(a)     to carry on any lawful business or activity which may be conducted by a limited liability company organized under the Act; and

(b)     to exercise all other powers necessary to or reasonably connected with the Company's business which may be legally exercised by limited liability companies under the Act.

2.7     Authorized Units.  The Company is authorized to issue one thousand (1,000) Units to its Members.  If authorized by written approval of a majority of the Managers, the Company shall issue additional Units (i) to admit new Members to the Company membership, or (ii) to existing Members in exchange for additional capital contributions.

2.8     Initial Members.

2.8.1   Summary Information.  The initial Members, and their initial capital ownership percentages provided in exchange for formation services and capital contributions for bona fide and valuable consideration, in the aggregate as follows:

**Unit Register**

Camm Decl. Ex.

24-01864-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Page 7 of 31

| Names and Addresses and of Members | Units | Ownership Percentage |
|---|---|---|
| | | |
| Richard Wear | 100 | 10% |
| Ryan Wear | 900 | 90% |
| Total Shares Issued | 1,000 | 100% |
| Total Authorized | 1,000 | 100% |

2.8.2 <u>Additional Members</u>. For organizational and strategic business purposes, the Company may find it appropriate to admit new Members in addition to the initial Members listed herein above in the Unit Register. The Company shall reserve the right to issue additional Units to admit new Members a proscribed in Section 2.7 herein above. The company shall memorialize the admission of new Members by amending and replacing the Unit Register.

2.9 <u>Covenant Against Competition</u>. Each Member hereby agrees that he will not, without the written consent of a majority of the other Members, directly or indirectly, to the extent reasonably likely to be detrimental to the Company, during the existence of the Company, and for a period of three years after termination of the Company, be employed by, consult with or otherwise perform services for, own, manage, operate, control or participate in the ownership, management, operation or control of, any competing activity, in Washington, including any geographical area in the which the Company is now or hereafter doing business. The term "competing activity" means any business similar to the business of the Company and all products sold or developed by the Company now or hereafter. Notwithstanding the above, any specific employer/employee relationship which has been entered into by a Member and fully disclosed at the time the Member becomes a Member shall not be considered a violation of this Covenant against Competition.

ARTICLE 3
MANAGERS

3.1 <u>Management</u>.

3.1.1 <u>Managers</u>. The business and affairs of the Company shall be managed exclusively by the collective actions of the Manager or Managers, subject to the authority of the Investment Committee as defined and set forth in Section 3.2. The following persons shall serve as the Managers of the Company:

**1. RYAN WEAR**

3.1.2 <u>Additional Managers</u>. From time to time, as deemed appropriate by the Company, the Company shall name new or additional Members. The Company may effectuate

Camm Decl. Ex.
24-01864-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Page 8 of 31

Executed by the undersigned Members and/or Managers effective as of the date first above written.

_____

Ryan Wear, Member, Manager

Camm Decl. Ex.

AMENDMENT
TO THE
LIMITED LIABILITY COMPANY AGREEMENT
OF
CREATIVE TECHNOLOGIES, LLC

**THIS AMENDMENT** (this "Amendment") to the original Limited Liability Company Agreement (the "**Original Operating Agreement**") of CREATIVE TECHNOLOGIES, LLC (the "Company") is entered into and shall be effective as of March 23, 2021.  Capitalized terms used herein but not defined shall have the meanings assigned to them in the Original Operating Agreement.

RECITALS

A.    The Company's Certificate of Formation was issued by the Washington Secretary of State on May 2, 2013 and the Original Operating Agreement became effective on that date.

B.    Richard F. Wear (the "Sole Member") is the sole member of the Company.

C.    The Sole Member has transferred to Ryan Wear pursuant to RCW 25.15.116(2)(b) and Section 12.1(b) of the Original Operating Agreement Membership Interests in the Company equal to ninety percent (90.0%) of the Sole Member's current Membership Interest in exchange for equity interests in certain other companies owned by Ryan Wear.

D.    In addition, the Sole Member wishes to make certain correcting amendments to the Original Operating Agreement and to appoint a Tax Partner for the purposes of the Code.

IN CONSIDERATION OF THE FOREGOING, and the mutual covenants hereinafter set forth:

1.  The Operating Agreement is hereby amended as follows:

**A. <u>Section 1</u>**:

The definition of "Certificate of Formation" is hereby amended by replacing the words "October of 2012" with the words "May of 2013".

The definition of "Manager" is hereby deleted in its entirety and replaced by the following:

"Manager" means Ryan Wear and such other Persons as the Members may appoint from time to time.

**B. <u>Section 2.1</u>**:  Section 2.2 is hereby amended by replacing the words "October of 2012" with the words "May of 2013".

24-01864-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 10 of 31

**C.** <u>**Section 5.1**</u>:     Section 5.1 is hereby amended by deleting it in its entirety and replacing it with the following:

<u>Management</u>. The business and affairs of the Company shall be managed by the Manager(s). Except as otherwise expressly provided in this Agreement, the Manager(s) shall have full and complete authority, power and discretion to manage and control the business, affairs and properties of the Company, to make all decisions regarding those matters and to perform any and all other acts or activities customary or incident to the management of the Company's business. Unless authorized to do so by the Manager, no Member, employee or other agent of the Company shall have any power or authority to bind the Company in any way, to pledge its credit or to render it liable for any purpose. At any time when there is more than one Manager, any one Manager may take any action permitted to be taken by the Managers unless the approval of more than one of the Managers is expressly required by the Agreement or the Act.

**D.** <u>**Section 11.5**</u>: Section 11.5 is hereby added as follows:

Section 11.5  <u>Tax Matters Partner</u>.

(a) *Designation*.  The Manager, or if the Manager is ineligible to serve, then the Member with the largest Economic Interest, shall be the "Tax Matters Partner" of the Company for purposes of Code Section 6221 et seq., the corresponding provisions of any state or local tax law and this Agreement.

(b) *Expenses of Tax Matters Partner; Indemnification*. The Company shall indemnify and reimburse the Tax Matters Partner for all reasonable expenses, including legal and accounting fees, claims, liabilities, losses and damages incurred in connection with any administrative or judicial proceeding with respect to the tax liability of the Unit Holders attributable to the Company. The payment of all such expenses shall be made before any distributions are made to Unit Holders (and such expenses shall be taken into consideration for purposes of determining Distributable Cash).  Neither the Tax Matters Partner nor any member shall have any obligation to provide funds for such purpose. The provisions for exculpation and indemnification of the Manager set forth in Section 5.3 of this Agreement shall be fully applicable to any Member acting as Tax Matters Partner.

(c) *Returns and Other Elections*. The Manager shall cause the preparation and timely filing of all tax and information returns required to be filed by the Company pursuant to the Code and all other tax and information returns deemed necessary and required in each jurisdiction in which the Company does business. Copies of such returns, or pertinent information therefrom, shall be furnished to the Unit Holders within a reasonable time after the end of the Company's fiscal year. Except as expressly provided to the contrary in this Agreement, all elections permitted to be made by the Company under federal or state laws shall be made by the Manager in his or its sole discretion.

**E.** <u>**Section 15.1**</u>: Section 15.1 is hereby amended by replacing the heading thereto with the following:  "Authority of Managers to Bind the Company"

2

**F.** **Admission of Ryan Wear as Member and Amendment of Schedules to the Operating Agreement**. Effective March 23, 2021, Ryan Wear is hereby admitted as a Member of the Company with a Membership Interest equal to ninety (90) percent of the outstanding Membership Interests of the Company. Schedule 1 of the Operating Agreement is hereby amended to provide for the reallocated membership units as set forth on the Amended Schedule 1, which is attached hereto as Exhibit A and incorporated herein by reference.

The Amended Schedule 1 shall be substituted for that currently in effect pursuant to the Operating Agreement and shall constitute the new allocation of Membership Interests in the Company with the Members being entitled to vote pursuant to the reallocated ratios and entitled to the gains and subject to the losses attributable thereto.

2.     This Amendment may be executed in counterpart signatures, which counterpart signatures shall be relied upon as true signatures of the Company. Any counterpart delivered by facsimile, pdf or other electronic means shall have the same import and effect as original counterparts and shall be valid, enforceable and binding for the purposes of this Agreement.

[Signatures on the following page]

3

Creative Technologies, LLC
Amendment to Operating Agreement

The parties have executed this Amendment as of the day and year first above written.

*Richard F. Wear*

5918D08991E542B...

Richard F. Wear, the Sole Member

Date: 12/1/2021 _____

Acknowledged and agreed.

*Richard F. Wear*

5918D08991E542B...

Ryan Wear

Date: 12/1/2021 _____

4

Creative Technologies, LLC
Amendment to Operating Agreement

## **SCHEDULE 1**

AMENDED SCHEDULE 1
TO
OPERATING AGREEMENT

### MEMBER SHARING RATIOS

| <u>Names</u> | <u>Sharing Ratios</u> |
|---|---|
| Richard F. Wear<br>815 Alpine Drive<br>Everett, WA  98203 | 10.00% |
| Ryan Wear<br>2732 Grand Ave, Suite 122<br>Everett, WA 98201 | 90.00% |

DocuSigned by:

*Ryan Wear*
—A4A167F36C0B46A...—
Richard F. Wear


Acknowledged and agreed.

DocuSigned by:

*Richard F. Wear*
—5918D08001EE42B...—
Ryan Wear

5

Creative Technologies, LLC
Amendment to Operating Agreement

# Exhibit B



Contact Us

Home   Our Services   Why Us   Our Story   Contact Us

Careers

## Our Services

Vending Machines

You will instantly recognize many of your favorite premium brand chips, candy, crackers, cookies, nuts and more!

The best part? We don't pick them all, you pick too! We actually welcome and encourage feedback on products you would like to see in the vending machines.

**So we have to ask; why choose?**

If you're a Coke drinker, a Pepsi drinker, or any other drink loyalist, you won't be satisfied with anything but your preferred brand. We offer the full spectrum of Coke and Pepsi products, as well as a wide variety of other well-known beverage brands.



24-01864-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 16 of 31
Camm Decl. Ex.
Page 16 of 31



Micro Markets

Why not provide your employees with their very own healthy convenience store?

Imagine walking into your break room and having the freedom to browse hundreds of delicious, fresh items on open shelves.

**It's like an on-site convenience store, customized with everyone's favorite choices.**

Whether it's an indulgent treat, a satisfying lunch, or energy to power through the afternoon, your employees will find it at their Kiosk Market. Lunchtime is more relaxed when it's not consumed by the search for food. And don't be surprised if you see increases in productivity and morale. A Kiosk Market is the employee perk that will keep them coming back for more.

Office Coffee

**What's your company's coffee profile?**

From your basic cup 'o Joe to fancy specialty drinks, every office seems to have a favorite brew. But one thing is certain; an office isn't an office without coffee service. And it's truly bad form to expect your guests to go without or bring their own.

Refreshing USA delivers an extensive selection of national and regional coffees, brewed the way you like them. Systems include pour-over, bean-to-cup, Keurig systems, kiosks, and more. Tell us about your company's coffee profile, and we'll set you up to brew cup after cup of liquid contentment.



24-01804-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 17 of 31

Camm Decl. Ex.
Page 17 of 31



Water & Ice

Better water tastes clean, saves money, and helps the planet. What more is there to say?

Bottle-less water coolers provide employees with quality pure water in any amount they choose. It's a smart decision that saves money, improves your environmental footprint, and delivers better tasting quality water.

**What goes best with water? You guessed it, ice!**

The best water makes the best ice, and we've got the machines to do it. From sleek and compact ice dispensers to machines for up to 350 employees. We've even got special ice! Chewblet® nugget ice is softer and more chewable. Its porous composition actually absorbs a drink's flavor, leaving a crunchy treat after the drink is gone.

Refreshing USA

info@refreshingusa.com
(800) 655-VEND

2732 Grand Ave, Ste 122
Everett, WA 98201

Refresh your workplace today!

Name (required)

First Name

Last Name

Email (required)

Company Name (required)

Submit

24-01804-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 18 of 31

Camm Decl. Ex.
Page 18 of 31



Home    the WaterStations    About    Contact Us



WE DESIGN AND MANUFACTURE BOTTLELESS WATERSTATIONS THAT ARE BOTH
# PLANET FRIENDLY & HUMAN HEALTHY

WST-700                    WST-600                    WST-200

                

More Info                    More Info                    More Info

Camm Decl. Ex.
Page 19 of 31

24-01664-FPC #1    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 19 of 31

Our line of self-serve WaterStations purify water to the highest standard and percolate it through a series of natural minerals to create a virtual spring water with electrolytes and an alkaline pH.

## ABOUT US

Based in the Greater Seattle Area, we stand at the forefront of water purification and filtration.  We have developed groundbreaking self-serve purification systems that produce premium mineral water that is not only more affordable than most bottled water, but also much more ecologically responsible.

Read More

## CONTACT US



2732 Grand Avenue, Suite 122
Everett, WA 98201
info@waterstationtechnology.com
Tel: 877-475-7717

24-01664-FPC 11      Doc 22-20      Filed 09/10/24      Entered 09/10/24 14:36:12      Pg 20 of 31

Camm Decl. Ex.
Page 20 of 31



© 2017-2023 by WaterStation Technology LLC



24-01664-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 21 of 31

Camm Decl. Ex.
Page 21 of 31

# Exhibit C

| Bank ID | Bank Account Name | Title on the Bank Account | Acct No | Rtg No |
|---|---|---|---|---|
| REDACTED | Bank of America | Vendpro | REDACTED | REDACTED |
| REDACTED | (2460828) Bank of America | Vendpro, LLC | REDACTED | REDACTED |
| REDACTED | BANK OF AMERICA, N.A. (SFNB) | 23228 WATERSTATION TECHVENTURE LLC | REDACTED | REDACTED |
| REDACTED | (2503346) WELLS FARGO BANK NA | Honor Refreshments, LLC | REDACTED | REDACTED |
| REDACTED | WELLS FARGO BANK NA Sacramento | Honor Refreshments | REDACTED | REDACTED |
| REDACTED | BANK OF AMERICA, N.A. | Schmitz Amusements | REDACTED | REDACTED |
| REDACTED | WELLS FARGO BANK NA | Summit Management Services LLC | REDACTED | REDACTED |
| REDACTED | BRANCH BANKING & TRUST COMPANY (UNCW-MUSC) | My Friends EBS LLC | REDACTED | REDACTED |
| REDACTED | (2462072) BANK OF AMERICA, N.A. (SFNB) | Refreshing USA LLC | REDACTED | REDACTED |
| REDACTED | FIFTH THIRD BANK (Refreshing Midwest) | Refreshing Midwest LLC | REDACTED | REDACTED |
| REDACTED | REPUBLIC FIRST BANK (Mid Atlantic) | Refreshing Mid Atlantic LLC | REDACTED | REDACTED |
| REDACTED | L & N EMPLOYEES FCU | PROVEND LLC | REDACTED | REDACTED |
| REDACTED | (2533801) JPMORGAN CHASE (Refreshing USA) | Refreshing USA | REDACTED | REDACTED |
| REDACTED | (2570787) JPMORGAN CHASE (Refreshing USA) | Refreshing USA LLC | REDACTED | REDACTED |
| REDACTED | GLACIER BANK - FOOTHILLS BANK DIV (OK- Tay-Jarrd) | Tay and Jarrd's LLC | REDACTED | REDACTED |
| REDACTED | (2543221) JPMORGAN CHASE (Mid Atlantic) | Refreshing Washington LLC | REDACTED | REDACTED |
| REDACTED | (2538529) JPMORGAN CHASE (Midwest) | Refreshing Midwest LLC | REDACTED | REDACTED |
| REDACTED | (2571057) BANK OF AMERICA, N.A. (SFNB) | VendPro LLC dba Elite Vending Services | REDACTED | REDACTED |
| REDACTED | (2576613) BANK OF AMERICA N.A. | Water Station Management LLC | REDACTED | REDACTED |
| REDACTED | (2577722) BANK OF AMERICA, N.A. (SFNB) | Water Station Management LLC | REDACTED | REDACTED |
| REDACTED | JPMORGAN CHASE (WSM) | Waterstation Management LLC | REDACTED | REDACTED |
| REDACTED | (2578177) FIRST FEDERAL SLA OF PORT ANGELES (WtrSt | VendPro LLC dba Elite Vend | REDACTED | REDACTED |
| REDACTED | (2588101) BANK OF AMERICA, N.A. (SFNB) | Water Station Management LLC | REDACTED | REDACTED |
| REDACTED | JPMORGAN CHASE | Waterstation Techventure LLC | REDACTED | REDACTED |
| REDACTED | BANK OF AMERICA, N.A. (SFNB) | Ice and Water Vendors, LLC | REDACTED | REDACTED |
| REDACTED | ZB, NA DBA NATIONAL BANK OF ARIZONA | Ice and Water Vendors, LLC. | REDACTED | REDACTED |
| REDACTED | (2526411) ZB, NA DBA NATIONAL BANK OF ARIZONA | Refreshing USA LLC | REDACTED | REDACTED |
| REDACTED | BANK OF AMERICA, N.A. (SFNB) | Refreshing Arizona | REDACTED | REDACTED |
| REDACTED | BANK OF AMERICA N.A. | Refreshing Arizona LLC | REDACTED | REDACTED |
| REDACTED | BANK OF AMERICA N.A. | Refreshing Arizona LLC | REDACTED | REDACTED |
| REDACTED | BANK OF AMERICA N.A. | Refreshing Arizona LLC | REDACTED | REDACTED |

| Bank ID | Bank Account Name | Title on the Bank Account | Acct No | Rtg No |
|---|---|---|---|---|
| REDACTED | BANK OF AMERICA N.A. | Refreshing USA LLC | REDACTED | REDACTED |
| REDACTED | BANK OF AMERICA, N.A. (SFNB) | Refreshing Arizona LLC | REDACTED | REDACTED |
| REDACTED | FIFTH THIRD BANK | Refreshing Midwest LLC | REDACTED | REDACTED |

**Refreshing USA is VendPro LLC d/b/a Elite Vend in Cantaloupe software.**

# Exhibit D

Camm Decl. Ex.
Page 25 of 31



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.888.852.5000

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

CREATIVE TECHNOLOGIES LLC
2732 GRAND AVE STE 122
EVERETT, WA 98201-3416

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking - Small Business

for May 1, 2024 to May 31, 2024          Account number: ███ 6352

**CREATIVE TECHNOLOGIES LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2024 | $596.31 | # of deposits/credits: 4 |
| Deposits and other credits | 6,802.72 | # of withdrawals/debits: 8 |
| Withdrawals and other debits | -5,986.04 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $1,542.17 |
| Service fees | -0.00 | |
| **Ending balance on May 31, 2024** | **$1,412.99** | |

PULL: E    G/CEE ¿/ G/RC/E / DELIVER/E    TYPE IMAGE4   BO WA

24-01864-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 26 of 31

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 05/01/24 | ACCOUNT TRANSFER TRSF FROM 138122165591 2451343203 | | 906805010006145 | 1,000.00 |
| 05/08/24 | Legal Order Reversal, LTS P043024001017 | | 928105080002415 | 1,596.31 |
| 05/09/24 | Counter Credit | | 813003152620069 | 2,706.41 |
| 05/14/24 | ACCOUNT TRANSFER TRSF FROM 138128707830 2450953712 | | 906805140004856 | 1,500.00 |
| **Total deposits and other credits** | | | | **$6,802.72** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 05/03/24 | Legal Order, LTS P043024001017 | | 928105030001572 | -778.31 |
| 05/07/24 | Legal Order, LTS P043024001017 | | 928105070000764 | -818.00 |
| 05/09/24 | Online Banking transfer to CHK 3754 Confirmation# 5026195279 | | 943205096861325 | -40.00 |
| 05/10/24 | STELLANTIS FINAN DES:BILLPAY  ID:STELLANTIS FINA  INDN:CREATIVE LLC        CO ID:0000000160 TEL | | 906631006080687 | -717.25 |
| 05/10/24 | STELLANTIS FINAN DES:BILLPAY  ID:STELLANTIS FINA  INDN:CREATIVE LLC        CO ID:0000000160 TEL | | 906631006080688 | -708.77 |
| 05/13/24 | STELLANTIS FINAN DES:BILLPAY  ID:STELLANTIS FINA  INDN:CREATIVE TECHNOLOGIES  CO ID:0000000160 PPD | | 906634009449130 | -713.11 |
| 05/13/24 | JPMorgan Chase  DES:Ext Trnsfr ID:20420079086 INDN:CREATIVE TECHNOLOGIES,  CO ID:9200502231 CCD | | 906631007713522 | -583.79 |
| 05/14/24 | ISUZU FINANCE   DES:BT0513 ID:000000267252752  INDN:Creative Technologies CO ID:1208595680 CCD | | 906634031581073 | -1,626.81 |
| **Total withdrawals and other debits** | | | | **-$5,986.04** |

Camm Decl. Ex.

24-01864-FPC11     Doc 22-20     Filed 09/10/24     Entered 09/10/24 14:36:12

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 05/01 | 1,596.31 | 05/08 | 1,596.31 | 05/13 | 1,539.80 |
| 05/03 | 818.00 | 05/09 | 4,262.72 | 05/14 | 1,412.99 |
| 05/07 | 0.00 | 05/10 | 2,836.70 | | |

24-01864-FPC11    Doc 22-20    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 29 of 31

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**CLIENT ADVISORY:**

To help you to safeguard against the potential misuse of your account, your deposit account agreement sets forth a number of ways for you to protect against such misuse. In addition, Bank of America continues to recommend your use of certain products and services that are designed to detect and/or deter check fraud, including Positive Pay, Teller Positive Pay, and Payee Positive Pay, which it previously made, and continues to make, available to you. Your failure to use such products and services could substantially increase the likelihood of fraud on your accounts. You have agreed that your failure to implement any of these products or services, or your failure to follow precautions reasonable for your particular circumstances, would preclude you from asserting any claims against Bank of America, for paying any unauthorized, altered, counterfeit or other fraudulent item(s) that such products, service or precaution was designed to detect or deter, and Bank of America will not be required to re-credit your account or otherwise have any liability for paying such item(s). This statement applies to all of your accounts opened with Bank of America, now or in the future. Continued use of your account(s) indicates your continued agreement to be bound by the terms and conditions contained in your deposit account agreement, including this statement. Please consult your deposit account agreement for more information on the risk of loss due to check fraud. Should you wish to implement any of the products and services that the Bank has offered to you that you previously chose not to implement, please reach out to your Relationship Manager.

For more information about Positive Pay, please access the following URL www.bofa.com/positivepay.

This page intentionally left blank

24-01864-FPC11     Doc 22-20     Filed 09/10/24     Entered 09/10/24 14:36:12     Pg 31 of 31
Page 6 of 6