# Exhibit A

## Experience

In Short

I am a data focused leader who believes that transparency in financial reporting leads to improved operational performance. Progressive accounting, finance and operations experience within both private industry and public accounting. Leadership roles include Principal, CFO and Engagement Manager working for companies in the startup phase to the Fortune 500.

In Depth

TURNING POINT, LLC — SEATTLE, WA

**Principal,** 1/2024 to Present

**Key results and skills:**

- Form and lead the data analytics team
- Develop standardized reporting packages for Turning Point clients

WASHINGTON SHOE COMPANY — KENT, WA

**CFO,** 10/2015 to 12/2023

**Key results and skills:**

- Lead the finance and operations teams over a period of high growth and process improvement
- Partner with CEO and Leadership team to set strategic growth plans and tactical roadmap
- Evaluated and implemented WMS and ERP systems needed to support omnichannel fulfillment which resulted in lower costs and higher productivity
- Financial statement preparation and review
- Implemented a business intelligence environment which transformed the workflow of the sales and operations teams. Key reports include materials resource planning, sales and account management, order fulfillment, SKU analysis
- Own the annual and rolling budget and forecasting processes
- Compressed the monthly close calendar to 3 business days from 20+
- Management of outside accounting and banking relationships
- Support HR activities through salary negotiation, incentive compensation plan development, and management of payroll and benefits
- Contract negotiation and management. Including property and equipment leases, subscription services, licensing (i.e., Disney and Warner Brothers), inbound and outbound freight

TURNING POINT, LLC — SEATTLE, WA

**Engagement Manager/Senior Manager/Senior Consultant,** 6/2007 to 10/2015

**Key results and skills:**

- Functioned as the Director of Finance on a sell side M&A deal where we negotiated the sales price from $4M to $32M.
- Produced investment grade financial forecasts that were integral in the raise of over $50M in investment for various clients.
- Migrate a client from a manual financial close process to a cloud based financial management system
- Financial Statement Preparation – monthly, quarterly, and annual close processes
- Accounting Research for Financial Reporting Issues – i.e., Revenue Recognition, Capitalization
- Audit Support and Preparation for both Public and Private Companies

- Developed a custom revenue recognition system for an insurance agency which eliminated the need for an outsourced team of ten data entry personnel, saving the client over $10k per month in outsourced labor and resulting in timely and more accurate financial statements.

- Assisted a client with a contract and lease analysis for a $120M Real Estate Acquisition involving more than fifty unique properties

- Completed dozens of enterprise valuations for purposes such as litigation support, M&A, IRC 409a

CHAFFEE GEDDES CHUCKA, PLLC — BELLEVUE, WA

**Consultant/Tax Preparer** 5/2004 to 6/2007

**Key results and skills:**

- Worked with a Fortune 100 Client on a 2-year project to implement a Sarbanes Oxley (SOX) compliant control environment – risk assessment, risk mitigation, process documentation and audit support

- Developed a solid foundation in US GAAP and financial reporting

## Education

**Master of Business Administration** – Seattle University c/o 2008

Accounting Concentration, CPA eligibility

**Bachelor of Arts in Business Administration**, University of Washington c/o 2002

Finance Concentration

## Skills

**Financial Statement Preparation and Analysis**

**Budgeting and Planning, Financial Analysis**

**Certified Valuation Analyst (CVA) *not active**

**Mentoring and Training Staff**

**Advanced Microsoft Office (Excel, Power BI, Visio, Word, PowerPoint, Outlook)**

**General Ledger, ERP Applications (Host Analytics, SAP, Oracle, A2000, OMS, QuickBooks)**

24-01864-FPC11    Doc 22-22    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 3 of 24

# Exhibit B

24-01864-FPC11    Doc 22-22    Filed 09/10/24    Entered 09/10/24 14:36:12    Page 4 of 24

Howe Decl. Ex.

# Creative Technologies and Related Entities – Financial Transaction Review

Nick Howe

August 9, 2024



Howe Decl. Ex.
Page 5 of 24



# Sources Reviewed and Findings

- Creative QuickBooks Findings
- Bank Account Summary, (July 29th 2024 Data Dump)
- Creative Technologies, Acct Detail#6352
- Refreshing USA, Acct Detail #7830
- Water Station Management, Acct Detail #5591
- Key Findings

![Turning Point Strategic Advisors logo]

# Creative Technologies LLC, QuickBooks Findings

- Per Jeremy Briggs on 5/30/2024 the Creative QuickBooks file has not been updated for 2024 transactions and was not reconciled.
- We chose to analyze the 12 month period ending 9/30/2024 as this data was also referenced in the Marcum Quality of Earnings Report.
- TTM sales as of 9/30/2023 was $108.7M
  - Sales were 99.97% comprised from 6 journal entries made to the QuickBooks records.
  - We have repeatedly asked for explanation and support for these journal entries from Ryan Wear and his staff to no avail.
  - Without support for these entries we are left to assume they are incorrect and potentially fraudulent in nature and do not reflect revenue generating activity performed by Creative Technologies LLC.
  - This assumption is supported by examination of Creative's bank account statements, which do not show nearly enough in transaction volume or deposits to support this revenue (only $35 million in deposits into Creative account in this same timeframe, of which over $17 million came from affiliated entities.

## Creative Technologies, LLC
## Profit & Loss
### October 2022 through September 2023

| Ordinary Income/Expense | Oct 22 - Sep 23 |
| --- | --- |
| Income | |
| 4100.WT · Sales | 108,727,684.00 |
| Total Income | 108,727,684.00 |
| Cost of Goods Sold | |
| 5000.WT · Cost of Goods Sold | 94,170,651.80 |
| Total COGS | 94,170,651.80 |
| Gross Profit | 14,557,032.20 |
| Expense | |
| 6000.WT · General Expenses | 2,523,579.00 |
| 6100.WT · Advertising and Promotion | 1,472.14 |
| 6200.WT · Administrative Expenses | 235,436.64 |
| 6300.WT · Payroll (Service Fees) | 1,014,701.44 |
| 6400.WT · Insurance | 69,627.52 |
| 6500.WT · Professional Fees | 1,240,684.36 |
| 6600.WT · Interest Expense | 5,355,924.14 |
| 6800.WT · Depreciation Expense | 8,481,871.28 |
| Total Expense | 18,923,300.52 |
| Net Ordinary Income | -4,366,268.32 |
| Other Income/Expense | |
| Other Expense | |
| 8000.WT · Ask My Accountant | 27,500.00 |
| Total Other Expense | 27,500.00 |
| Net Other Income | -27,500.00 |
| Net Income | -4,393,768.32 |

| Sales Detail - Creative Tech LLC | Sum of Credit |
| --- | --- |
| General Journal | $108,694,882 |
| Bond | $8,338,500 |
| Q1.23 Adjustment to Inventory | $15,366,000 |
| Revenue earned | $25,553,500 |
| (blank) | $59,436,882 |
| Invoice | $32,802 |
| Rental of equipment from Creative | $1,254 |
| (blank) | $31,549 |
| **Grand Total** | **$108,727,684** |

### Deposits to Creative Technologies LLC

| Entity Groups | 2022 | 2023 | Total |
| --- | --- | --- | --- |
| Other | $5,712,295 | $8,888,964 | $16,601,060 |
| Water Station Entries | $4,337,000 | $9,842,530 | $14,179,530 |
| Referring Entries | $1,795,000 | $1,200,950 | $2,995,950 |
| Other Affiliate Entries | $460,000 | $899,000 | $1,359,000 |
| Creative Technologies LLC Account Transfers | | $278,750 | $278,750 |
| **Total** | **$14,304,095** | **$21,110,195** | **$35,414,290** |

### Transaction Date
10/1/2022 – 9/30/2023



# Creative Technologies LLC, QuickBooks Findings

- We compared the QuickBooks Income Statement with the Income Statement presented in the Marcum Quality of Earnings Report.
  - We found large discrepancies between the two data sources;
- These discrepancies indicate an environment lacking any internal controls over financial reporting at a minimum and are indicators of outright fraud.
  - *No explanation we are aware of as to how they can be that much different between the financial reporting software and the Marcum Report;*

**Creative Technologies LLC**
Income Statement
Oct 2022–Sep 2023
in 000's

|  | Marcum Report | Creative QuickBooks | Variance |
|---|---|---|---|
| Sales | 79,879 | 108,728 | 28,849 |
| COGS | 43,345 | 94,171 | 50,826 |
| Gross Profit | 36,534 | 14,557 | (21,977) |
| Operating Expenses | 8,447 | 18,923 | 10,476 |
| Other Expenses | 6,242 | 28 | (6,214) |
| Net Income | 21,845 | (4,394) | (26,239) |
| add Interest | 3,105 | 5,356 | 2,251 |
| add Depreciation | 3,137 | 8,482 | 5,345 |
| EBITDA | 28,087 | 9,444 | (18,643) |

**Marcum Report, p. 60**

| Combine Income Statement - LTM Sep-23 | |
|---|---|
| US$ in thousands | Creative |
| Revenue | $ 79,878 |
| Cost of revenue | 43,345 |
| Gross profit | $ 36,533 |
| Gross profit % | 45.7% |
| Operating expenses | 8,447 |
| Operating income (loss) | $ 28,087 |
| Other (income)/expense | (6,242) |
| Net income (loss) | $ 21,845 |
| Net income (loss) % | 27.3% |
| Interest (income)/expense | 3,105 |
| Depreciation and amortization | 3,137 |
| EBITDA | $ 28,087 |
| EBITDA % | 35.2% |
| *Source: Consolidated Integrated Model* | |

**Quickbooks**

**Creative Technologies, LLC**
**Profit & Loss**
**October 2022 through September 2023**

| | Oct '22 - Sep 23 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| 4100 WT · Sales | 108,727,684.00 |
| Total Income | 108,727,684.00 |
| Cost of Goods Sold | |
| 5000 WT · Costs of Goods Sold | 94,170,651.80 |
| Total COGS | 94,170,651.80 |
| Gross Profit | 14,557,032.20 |
| Expense | |
| 6000 WT · General Expenses | 2,523,579.00 |
| 6100 WT · Advertising and Promotion | 1,472.14 |
| 6200 WT · Administrative Expenses | 235,430.64 |
| 6300 WT · Payroll Service Fee(s) | 1,014,701.44 |
| 6400 WT · Insurance | 69,627.52 |
| 6500 WT · Professional Fees | 1,240,694.36 |
| 6600 WT · Interest Expense | 5,355,924.14 |
| 6800 WT · Depreciation Expense | 8,481,871.28 |
| Total Expense | 18,923,300.52 |
| Net Ordinary Income | -4,366,268.32 |
| Other Income/Expense | |
| Other Expense | |
| 8000 WT · Ask My Accountant | 27,500.00 |
| Total Other Expense | 27,500.00 |
| Net Other Income | -27,500.00 |
| Net Income | -4,393,768.32 |

TURNING POINT
STRATEGIC ADVISORS

# Creative Technologies LLC, QuickBooks Findings

- The Marcum report describes the business activities of Creative Technologies as mainly focused on purchasing water stations from third parties; manufacturing them and installing them at host locations.

- In that scenario we would expect the majority of the cash flowing into the business used to support manufacturing and purchasing activities (IE – $ flowing to other manufacturers for the purchase of machines and/or $ flowing to vendors for materials necessary to manufacture in house).

- We found the opposite to be the case when we examined the operating bank account for Creative Technologies. Over our sample period of August 2022-June 2024 91% of the cash received into the operating account went to pay 3rd Party investors or was funneled to sister entities of Creative. Only $4.4M went towards payroll and payments to vendors.

**$26.7M Water Station Entities**

**$6.5M Refreshing and other affiliated Entities**

**$17.2M 3rd Party Entities**

Creative Technologies LLC Acct #6352

**$22M 3rd Party Investors**

**$4.4M Creative Payroll and Vendors**

**$24M Affiliated Entities**

### Marcum Report

## Business Overview

**Business Overview**

Refreshing USA LLC ("RUSA"), Water Station Management LLC ("WSM"), and Creative Technologies LLC ("Creative"), collectively referred to as the "Company", were founded in Everett, Washington. Through its affiliates and subsidiaries, the Company manages water dispensing and vending machines throughout the United States. Water stations and vending machines are owned by the Company, with some water stations separately owned by third-party investors. The Company plans to exercise its options to repurchase water stations owned by third parties.

Creative purchases water stations from third parties and also manufactures water stations. Management estimates that 25% of the water station equipment is currently manufactured in-house. Vending machines are purchased from third-party manufacturers.

Creative and WSM install water station equipment at host locations, while RUSA sources/purchases the vending equipment. RUSA services substantially all the vending and water station equipment for the Company.

The Company enters into agreements with customers to host vending machines and water stations, for which it pays location fees. The Company's customer base is wide-ranging and consists of various retailers, schools, hotels, and other vending locations. As a result of the Company's multiple market segments and broad geographic presence, the Company does not experience significant customer concentration. See the Exhibits for additional discussion.

Revenues from water stations consist of equipment sales by Creative and consumer water purchases recorded on WSM. Vending revenues are primarily comprised of food, snack, and beverage sales. Vending revenues represented 53% of total gross revenue during the LTM Sep-23 period. While water sales represented 32% total gross revenues during the same period. Refer to the Points of Interest and the Exhibits for further details of revenues and financial performance.



MARCUM
ACCOUNTANTS • ADVISORS

# Bank Account Summary
## Source – 7/29/2024 Data Dump

- Statements from 46 unique Bank of America and Chase accounts for Creative and its sister entities were provided on 7/29/2024 for the periods August 2022 through June 2024

- The statements show a consistent pattern of money flowing in from various sources then being disbursed shortly thereafter (sweeping) leaving a available ledger balance near zero at the end of each month (there is no build up of funds anywhere in the statements provided);

- The account activity we see in these statements does not align with expectations for a company which purported to have a *combined EBITDA of $36.5M in the TTM ended 9/30/2023* *.

*Source "Marcum Quality of Earnings Report"*

**Ending Balances per Statements provided 7/29/2024**

### Bank of America

| Account | Entity Name | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AZ x7630 | Refreshing Arizona LLC | 2,229 | 5,759 | 2,239 | 1,591 | 1,765 | 239 | - | 314 | 55 | 765 | 902 | 638 |
| CA x1295 | Refreshing California LLC | (6,097) | 3,381 | 1,636 | 225 | 1,386 | - | - | 32,275 | 11 | - | - | 143 |
| CO x5856 | Refreshing Colorado LLC | 2,605 | 1,007 | (1,974) | 500 | 29 | 5,095 | 331 | 282 | 27 | 10 | 57 | 57 |
| Creative Tech x3754 | Creative Technologies LLC | - | - | - | 300 | - | - | - | - | 27 | - | - | - |
| Creative Tech x6252 | Creative Technologies LLC | 91 | 17,298 | 916 | 1,465 | 1,983 | 149 | 1,285 | 60,694 | 2,882 | 598 | 1,413 | 12,295 |
| FL x1447 | Refreshing Florida LLC | 27,989 | 90,484 | 3,895 | 2,901 | 2,066 | 570 | 3,529 | 3,529 | 1,000 | 10 | - | - |
| GA x3318 | Refreshing Georgia | 824 | 3,396 | 7,940 | 347 | 11,438 | 2,639 | - | 263 | 2,624 | - | 2,044 | 894 |
| GL Chicago x2035 | Valve Station Management LLC | - | - | 60,364 | 5,351 | - | 9,771 | - | 1,225 | 1,091 | 276 | 597 | 993 |
| GL x5206 | Refreshing Great Lakes LLC | - | 95,898 | 84,832 | 531 | 4,388 | - | 376 | 90,103 | 2,233 | 1,000 | 8,656 | 2,847 |
| GP x2179 | Refreshing Great Plains LLC | 7,566 | 700 | 328 | 328 | 328 | 328 | 328 | 328 | 328 | 328 | 128 | 28 |
| Ideal x9435 | Ideal Property Investments LLC | 7,592 | 24,367 | 23,301 | 114,475 | 100,362 | 6,749 | 4,947 | 1,795 | 636 | 15,275 | 103,163 | 35,382 |
| MT x9909 | Valley Vending LLC | 891 | 1,081 | 681 | 5,492 | 4,650 | 8,391 | 1,737 | - | - | - | - | - |
| ME x7876 | Refreshing New England LLC | 88,273 | 825 | 595 | 242 | 187 | - | 460 | 695 | 349 | 249 | 249 | 24 |
| NM x3307 | Refreshing New Mexico LLC | - | 666 | 497 | 187 | 76 | - | 470 | 22 | 256 | 248 | 124 | 24 |
| NY x4256 | Valve Station Management Services LLC | - | - | - | 4,663 | 390 | - | 118 | 124 | 46 | - | 13 | 9 |
| Summit Mgmt x0091 | Summit Management Services LLC | 125 | 65 | 51 | 1,234 | 13,057 | 65 | 24,534 | 79,061 | 87 | 6 | 41,257 | - |
| TX x1974 | Refreshing Texas LLC | 9,869 | 301 | 452 | 141 | 25 | 239 | 169 | 57 | 138 | 55 | 437 | 324 |
| TX x8100 | Refreshing Texas LLC | - | - | - | 97 | 2,443 | 42,285 | (9,333) | 54,599 | 454 | 36,526 | 1,436 | 4,771 |
| USA x7000 | Valve Station Management LLC | - | 4,446 | 1,743 | 19,361 | 623 | 6,648 | 24,286 | 1,748 | 50 | 96 | - | 85 |
| UT x1144 | Refreshing Utah LLC | 324 | 160 | 190 | 266 | 2,271 | - | - | 29 | 50 | 50 | 92 | 55 |
| VA x1667 | Refreshing Virginia LLC | - | - | - | - | 46 | 77 | 58 | 29 | 50 | - | - | 61 |
| VSM Finance x2969 | Vanerstar Finance Company LLC | - | - | - | - | 305 | 60 | 55 | 11 | 65 | - | - | 337 |
| VSM x1258 | Valve Station Management LLC | - | - | - | 55 | 660 | - | 1,095 | 4,520 | 204 | 25 | - | 236 |
| VSM x5591 | Valve Station Management LLC | 18,817 | - | - | 4,087 | 3,540 | 6,927 | 50,075 | 988,419 | 89,078 | 53,953 | 883 | - |

### Chase

| Account | Entity Name | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AZ x0367 | Refreshing Arizona LLC | - | - | - | - | - | - | - | - | - | - | - | - |
| CA x886 | Refreshing California LLC | - | - | - | - | - | - | - | - | - | - | - | - |
| CO x1277 | Refreshing Colorado LLC | - | - | 685 | - | - | - | - | - | - | - | - | 18,057 |
| FL x1500 | Refreshing Florida LLC | - | - | 50 | - | - | - | - | - | - | - | - | - |
| GA x1525 | Refreshing Georgia LLC | - | - | 2,901 | - | - | - | - | - | - | - | - | - |
| Great Lakes x8599 | Refreshing Great Lakes LLC | - | - | 998 | - | - | - | - | - | - | - | - | - |
| Great Plains x9675 | Refreshing Great Plains LLC | 338,236 | 566,298 | 903 | 134,722 | 36,881 | 85,828 | 127,090 | 49,853 | 45,037 | 1,334 | 53 | 97 |
| Ideal x9732 | Ideal Property Holdings LLC | - | - | 479,574 | - | 33,988 | 34,430 | 4,232 | - | 754 | 54,948 | 12,982 | 9,094 |
| Mid Atlantic x9973 | Refreshing Mid Atlantic LLC | - | - | - | - | - | - | - | - | - | - | - | - |
| Midwest x9782 | Refreshing Midwest LLC | - | - | - | - | - | - | (85) | (823) | - | - | 1,321 | 1,321 |
| NE x6257 | Refreshing New England LLC | - | - | - | - | - | - | (85) | (823) | - | 1,462 | 227 | 232 |
| NM x8100 | Refreshing New Mexico LLC | - | - | - | - | 616 | 616 | 506 | 397 | 267 | 242 | - | - |
| NY x0967 | Refreshing New York LLC | - | - | - | - | - | - | - | 3,370 | - | - | - | - |
| Smokey Point Holdings x4... | Ideal Property Investments LLC | - | - | - | 809 | (235,230) | - | 127,090 | 27,591 | 41 | 1,334 | 53 | 97 |
| Summit Mgmt x9866 | Summit Management Services LLC | - | - | - | - | - | - | - | - | 754 | 54,948 | 12,982 | 9,094 |
| TX x1082 | Refreshing Texas LLC | - | - | - | - | - | - | 9,486 | 49,853 | 45,037 | 15,287 | 27,073 | 8,352 |
| USA Chase x0976 | Refreshing USA LLC | - | - | - | - | - | - | - | - | - | - | - | - |
| USA x0779 | Refreshing USA LLC | - | - | - | 104,722 | (235,230) | 31,934 | - | 64 | 103,469 | 3,857 | 8,594 | 1,013 |
| VA x0972 | Refreshing Virginia LLC | - | - | - | - | 7,097 | 289 | 9,862 | 4,238 | 27,488 | 3,273 | 49,209 | 85,524 |
| VA x8986 | Refreshing Washington LLC | (160) | 27,552 | 3,690 | 77,591 | 23,360 | 1,920 | - | - | - | - | - | - |
| VSM x6736 | Valve Station Management LLC | - | - | - | - | - | - | - | - | - | - | - | - |

| | **Total Ending Balance** | 428,431 | 763,649 | 559,473 | 274,693 | (63,271) | 175,558 | 254,225 | 1,331,746 | 360,275 | 229,387 | 270,398 | 163,034 |





# Bank Account Summary
## Source – 7/29/2024 Data Dump

- Examples of sweep activity in bank accounts. Significant funds entering accounts then being distributed shortly thereafter. You can see how closely the highlighted "deposits" and "withdrawals" line up for the month in question;

Howe Decl. Ex.
24-01864-FPC11    Doc 22-22    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 11 of 24
Page 11 of 24

# Creative Technologies, Acct Detail #6352 August 2022-June 2024

- Sources and uses of Cash for 8/1/2022-6/30/2024
- 50.4M in Deposits and 50.4M in Withdrawals



Creative Technologies LLC Acct #6352

$22M 3rd Party Investors

$4.4M Creative Payroll and Vendors

$24M Affiliated Entities

$26.7M Water Station Entities

$6.5M Refreshing and other affiliated Entities

$17.2M 3rd Party Entities




# Creative Technologies, Acct Detail #6352 August 2022-June 2024

- Affiliated Company Transfers Detail

**Deposits to Creative Account #6352** — Column Labels

| Row Labels | 2022 | 2023 | 2024 | Grand Total |
|---|---|---|---|---|
| Water Station Management LLC | 14,375,500 | 9,502,030 | 183,860 | 24,061,390 |
| Refreshing USA LLC | 2,385,000 | 828,850 | 41,910 | 3,255,760 |
| Interstation Finance Company LLC | 2,097,000 | 360,000 | 219,100 | 2,676,100 |
| MFG | 450,000 | 500,000 | | 950,000 |
| Summit Management Services LLC | | 459,700 | 209,800 | 669,500 |
| From Creative First Fed Account | 387,000 | 260,000 | | 647,000 |
| Ideal Property Investments LLC | 120,000 | 263,000 | 72,750 | 455,750 |
| Refreshing Utah LLC | | 375,600 | 36,600 | 412,200 |
| Refreshing Florida LLC | | 80,000 | | 80,000 |
| To Creative Capital One Account | | | 18,750 | 18,750 |
| Refreshing Washington LLC | | 11,000 | | 11,000 |
| Grand Total | 19,814,500 | 12,658,930 | 764,020 | 33,237,450 |

**Payments or Transfers from Creative Account #6352** — Column Labels

| Row Labels | 2022 | 2023 | 2024 | Grand Total |
|---|---|---|---|---|
| Water Station Management LLC | (6,291,000) | (4,794,745) | (120,060) | (11,205,805) |
| Refreshing USA LLC | (3,481,000) | (1,308,000) | (45,000) | (4,789,000) |
| To Creative First Fed Account | (995,000) | (2,498,000) | (45,000) | (3,538,000) |
| Waterstation Finance Company LLC | (1,500,000) | | | (1,500,000) |
| Summit Management Services LLC | | (1,185,000) | (17,500) | (1,202,500) |
| Ideal Property Investments LLC | (432,000) | (537,100) | (44,200) | (1,013,300) |
| To Creative Coastal Community Account | (614,900) | (65,000) | | (679,900) |
| Refreshing Texas LLC | (114,000) | (2,500) | | (116,500) |
| Refreshing California LLC | (7,000) | (10,000) | | (17,000) |
| Refreshing Georgia | | (8,000) | | (8,000) |
| To Creative Key Bank Account | (7,000) | | | (7,000) |
| Creative Technologies LLC | | | (50) | (50) |
| Grand Total | (13,441,900) | (10,408,345) | (226,810) | (24,077,055) |



$26.7M Water Station Entities

$6.5M Refreshing and other affiliated Entities

$12.2M 3rd Party Entities

Creative Technologies LLC Acct #6352

$22M 3rd Party Investors

$4.4M Creative Payroll and Vendors

$24M Affiliated Entities



Howe Decl. Ex. __
Page 13 of 24

# Refreshing USA, Acct Detail #7830
## August 2022-June 2024

- Sources and uses of Cash for 8/1/2022-6/30/2024
- 97.4M in Deposits and 97.4M in Withdrawals



Refreshing USA Acct #7830

$61.4M Affiliated Entities
$10.1M Vendors
$9.3M 3rd Party Funding
$8.4M Undetermined
$5.2M Payroll
2.2M Mainstreet Loan
$475k C2FO Loan
$114k Tyler Sadek

$74M Affiliated Entities
$10.3M C2FO Loan
$2.0M Undetermined
$6.8M 3rd Party Investors
$4.3M Vending Revenue



TURNING POINT
STRATEGIC ADVISORS



# Refreshing USA, Acct Detail #7830
## August 2022-June 2024



- Affiliated Company Transfers Detail



# Water Station Management, Acct Detail #5591
## August 2022-June 2024

Sources and uses of Cash for 8/1/2022-6/30/2024
129.8M in Deposits and 129.8M in Withdrawals



$23.4M REVL Securities

$17.8M 3rd Party Investors

$12.7M WSM Vendors and Loans

$7.3M Legal Order Payments

$66.8M Affiliated Entities

$1.5M Tyler Sadek

$316k Jordan Chirico

Water Station Management Acct #5591

$57.2M Affiliated Entities

$71.2M Bond Funding (US Bank)

$581k Tyler Sadek

$800k 3rd Party Investors





# Water Station Management, Acct Detail #5591 August 2022-June 2024



Howe Decl. Ex.
Page 17 of 24



# Key Findings

- Financial Statements:
  - The lack of support and general poor record keeping of the QuickBooks for Creative Technologies LLC make relying on the financial statements risky if not impossible.
  - The discrepancies between the QuickBooks Financials and the Marcum Quality of Earnings Report indicate potential fraud with intent to mislead investors about the health of the business.
    - Payments amounting to $572,500 were made to BF Borgers (a now defunct CPA firm) in 2022 and 2023 from the 3 bank accounts detailed in this report. This firm was accused by the SEC of fraud in its audit processes.
      - https://www.sec.gov/newsroom/press-releases/2024-51
- Bank Account Review
  - The consistent inflows and outflows in the account statements show a pattern of new money being used to pay previous debts. This is consistent with the definition of a Ponzi scheme.
  - The seemingly random nature of the transfers between various entities are not consistent with what would be expected for a business operating in the vending space.
  - Significant amounts of outside money from individual 3rd party investors and institutional funds appears to have been needed to keep up the appearance of a profitable consolidated business.

Howe Decl. Ex.
Page 18 of 24

# Exhibit C

24-01864-FPC11    Doc 22-22    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 19 of 24

**Howe, Nick**

| | |
|---|---|
| From: | Nick Howe <nickh@turning-point.com> |
| Sent: | Thursday, May 30, 2024 4:33 PM |
| To: | Jeremy Briggs; Ryan Wear |
| Cc: | Eric Camm; Erica Manning |
| Subject: | Creative Balance Sheet questions and document requests |

Hi Ryan and Jeremy,

We have a few questions on the Creative Balance Sheet (see below). Let us know if it would be helpful to jump on a call to run through these.

| Creative Balance Sheet | | Questions/Document Requests |
|---|---|---|
| ASSETS | 14-May-24 | |
| Current Assets | | |
| Checking/Savings | | |
| 1000.WT · Checking Accounts | | |
| 1010.WT · First Federal (3905) | 1 | |
| 1020.WT · Bank of America (6352) | (3,112,223) | What is this? |
| 1030.WT · Coastal Community Bank (4399) | 4,924,317 | We need access to this Coastal Account |
| 1040.WT · Bank of America (3754) | 2,977 | |
| 1050.WT · Key Bank - (7841) | 90 | |
| Total 1000.WT · Checking Accounts | 1,815,162 | |
| Total Checking/Savings | 1,815,162 | |
| Accounts Receivable | | |
| 1100.WT · Accounts Receivable | 115,631 | |
| Total Accounts Receivable | 115,631 | |
| Other Current Assets | | |
| 1200.WT · Inventory | | |
| 1210.WT · Inventory Asset | 93,982 | |
| 1213.WT · Finished Goods | 16,277,046 | Please provide an inventory listing with descriptions and |
| 1200.WT · Inventory - Other | 3,104,907 | Please provide an inventory listing with descriptions and |
| Total 1200.WT · Inventory | 19,475,935 | |
| Total Other Current Assets | 19,475,935 | |
| Total Current Assets | 21,406,728 | |
| Fixed Assets | | |
| 1500.WT · Furniture, Fixtures and Vending | | |
| 1520.WT · Vehicle | 1,216,706 | Please provide a fixed asset listing with descriptions and |
| 1600.WT · Vending Equipment | 26,084,659 | Please provide a fixed asset listing with descriptions and |
| 1650.WT · Furniture and Equipment | 2,144,658 | Please provide a fixed asset listing with descriptions and |
| 1699.WT · Accumulated Depreciation | (12,096,594) | |
| 1500.WT · Furniture, Fixtures and Vending - Other | (21,345) | |
| Total 1500.WT · Furniture, Fixtures and Vending | 17,328,084 | |
| 1700.WT · Intellectual Property | 528,083 | |

24-01864-FPC11     Doc 22-22     Filed 09/10/24     Entered 09/10/24 14:36:12     Pg 20 of 24

Howe Decl. Ex.
Page 20 of 24

| | | |
|---|---:|---|
| 1799.WT · Accumulated Amortization | (238,000) | |
| Total Fixed Assets | 17,618,167 | |
| Other Assets | | |
| 1800.WT · Notes Receivable | | |
| 1801.WT · Customer Notes Receivable | 112,875 | |
| 1802.WT · Summit Note Receivable | 17,216,009 | Please provide the documentation for this note |
| 1803.WT · Waterstation Management | 3,111,855 | What is this? |
| 1805.WT · Investments | | |
| 1810.WT · Shareholder Pre-2019 | 415,976 | What is this? |
| 1812.WT · WaterStation Finance | 1,000,000 | What is this? |
| 1814.WT · WaterStation Management A/R | (18,704,410) | What is this? |
| 1817.WT · Emery Development | 1,700 | |
| 1818.WT · Pistol | 5,000,000 | What is this? |
| 1819.WT · Ryan Wear | 1,038,665 | What is this? |
| 1846.WT · TCR Plumbing | 1,700,000 | What is this? |
| 1848.WT · Gas & More | 361,000 | What is this? |
| 1805.WT · Investments - Other | 16,631,500 | What is this? |
| Total 1805.WT · Investments | 7,444,430 | |
| 1820.WT · Ideal Property Investments | 10,196,677 | This shows as $31,703,184.11 on Ideals Balance Sheet, |
| 1800.WT · Notes Receivable - Other | 3,774,823 | What is this? |
| Total 1800.WT · Notes Receivable | 41,856,670 | |
| 1900.WT · Interco Receivable/Payable | | |
| 1914.WT · Aurora Quality Building | 99,944 | What is this? |
| 1900.WT · Interco Receivable/Payable - Other | 16,786,848 | What is this? |
| Total 1900.WT · Interco Receivable/Payable | 16,886,792 | |
| Total Other Assets | 58,743,462 | |
| TOTAL ASSETS | 97,768,357 | |
| LIABILITIES & EQUITY | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| 2000.WT · Accounts Payable | 11,161,672 | |
| Total Accounts Payable | 11,161,672 | |
| Credit Cards | | |
| 2050.WT · Credit Cards | | |
| 2051.WT · American Express | | |
| Kirk Mills Amex ** 1002 | 41 | |
| Michael C - Amex | 16,500 | |
| Rich Brennan - Amex | 4,000 | |
| 2051.WT · American Express - Other | 107,424 | |
| Total 2051.WT · American Express | 127,965 | |
| 2052.WT · Bank of America CC | | |
| Bank of America CC #1251 | (22,500) | Who uses these card and for what purpose? |
| Bank of America CC #1469 | 67,912 | Who uses these card and for what purpose? |
| Bank of America CC #1572 | (46,601) | Who uses these card and for what purpose? |
| Bank of America CC #1843 | 28,356 | Who uses these card and for what purpose? |

24-01864-FPC11   Doc 22-22   Filed 09/10/24   Entered 09/10/24 14:36:12   Pg 21 of 24

| | | |
|---|---|---|
| Bank of America CC #2119 | 67,108 | Who uses these card and for what purpose? |
| Bank of America CC #2609 | 125,150 | Who uses these card and for what purpose? |
| Bank of America CC #2652 | (120,673) | Who uses these card and for what purpose? |
| Bank of America CC #3056 | 36,567 | Who uses these card and for what purpose? |
| Bank of America CC #3442 | 94,660 | Who uses these card and for what purpose? |
| Bank of America CC #5097 | 65,445 | Who uses these card and for what purpose? |
| Bank of America CC #5576 | 148,220 | Who uses these card and for what purpose? |
| Bank of America CC #5794 | (19,474) | Who uses these card and for what purpose? |
| Bank of America CC #5923 | 166,498 | Who uses these card and for what purpose? |
| Bank of America CC #6069 | 4,561 | Who uses these card and for what purpose? |
| Bank of America CC #6931 | 25,162 | Who uses these card and for what purpose? |
| Bank of America CC #7679 | (347,182) | Who uses these card and for what purpose? |
| Bank of America CC #7819 | 226,270 | Who uses these card and for what purpose? |
| Bank of America CC #8823 | 11,671 | Who uses these card and for what purpose? |
| Bank of America CC #8845 | 4,694 | Who uses these card and for what purpose? |
| 2052.WT · Bank of America CC - Other | (926,034) | What is this? |
| Total 2052.WT · Bank of America CC | (410,189) | |
| 2053.WT · Bank of America CC #2 | | |
| Bank of America CC #0103 | 750,468 | Who uses these card and for what purpose? |
| 2053.WT · Bank of America CC #2 - Other | (745,951) | What is this? |
| Total 2053.WT · Bank of America CC #2 | 4,517 | |
| 2054.WT · Bank of America CC 4519 | 896 | What is this? |
| 2050.WT · Credit Cards - Other | 727,049 | What is this? |
| Total 2050.WT · Credit Cards | 450,239 | |
| Total Credit Cards | 450,239 | |
| Other Current Liabilities | | |
| 2100.WT · Accrued Expenses | 8,093,669 | Please provide a reconciliation of these expenses |
| 2300.WT · Payroll | | |
| 2320.WT · Payroll Witholding Taxes | (85,223) | Please provide a reconciliation of these expenses |
| 2300.WT · Payroll - Other | 772,403 | Please provide a reconciliation of these expenses |
| Total 2300.WT · Payroll | 687,179 | |
| 2400.WT · Current Portion Notes Payable | | |
| 2410.WT · Loan Note Payable | 1,000,000 | Please provide the documentation for this note |
| 2420.WT · Loan Shareholder | 50,000 | Please provide the documentation for this note |
| 2450.CT · Vehicle Financing | | |
| 2451.CT · Ally - 228189931138 | 42,217 | What assets do these loans relate to, please provide the |
| 2452.CT · Ally - 228190110978 | 42,104 | What assets do these loans relate to, please provide the |
| 2453.CT · Stellantis - 0481946 | 38,046 | What assets do these loans relate to, please provide the |
| 2454.CT · Stellantis - 0470626 | 38,537 | What assets do these loans relate to, please provide the |
| 2455.CT · Ally - 2281....1124 | 41,145 | What assets do these loans relate to, please provide the |
| 2456.CT · Ally - 2281....1104 | 42,148 | What assets do these loans relate to, please provide the |
| 2457.CT · Ally - 2281....1044 | 17,302 | What assets do these loans relate to, please provide the |
| Total 2450.CT · Vehicle Financing | 261,499 | |
| 2400.WT · Current Portion Notes Payable - Other | 1,161,995 | |
| Total 2400.WT · Current Portion Notes Payable | 2,473,494 | |
| Total Other Current Liabilities | 11,254,343 | |

Howe Decl. Ex.
Page 22 of 24

| | | |
|---|---|---|
| Total Current Liabilities | 22,866,254 | |
| Long Term Liabilities | | |
| 2700.WT · Loan-Less Current Portion | | |
| 2710.WT · First Federal Loan | 15,500,000 | Please provide the documentation for this note |
| 2720.WT · Loan | 3,481,178 | Please provide the documentation for this note |
| 2700.WT · Loan-Less Current Portion - Other | (912,653) | |
| Total 2700.WT · Loan-Less Current Portion | 18,068,524 | |
| Total Long Term Liabilities | 18,068,524 | |
| Total Liabilities | 40,934,778 | |
| Equity | | |
| 3000.WT · Equity | | |
| 3010.WT · Member 1 Equity | 18,434,002 | |
| 3020.WT · Member 1 Draws | (1,324,128) | |
| Total 3000.WT · Equity | 17,109,874 | |
| 3999.WT · Retained Earnings | 40,934,269 | |
| Net Income | (1,210,564) | |
| Total Equity | 56,833,579 | |
| TOTAL LIABILITIES & EQUITY | 97,768,357 | |

Nick Howe
Principal



Financial & CFO Advisory · Capital Advisory
Turnaround & Restructure · Executive Search
(C)  206-948-1769 | nickh@turning-point.com
www.turning-point.com | Sign up for our newsletter!

Howe Decl. Ex.
Page 23 of 24
24-01864-FPC11    Doc 22-22    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 23 of 24

| | |
|---|---|
| **From:** | Nick Howe <nickh@turning-point.com> |
| **Sent:** | Tuesday, June 11, 2024 12:15 PM |
| **To:** | Jeremy Briggs; Ryan Wear |
| **Cc:** | Eric Camm |
| **Subject:** | 2023 Creative Sales JE's |

Hi Jeremy,

Can you provide the workpapers for the highlighted JE's below.  Is there a related entity involved in these sales and were they fulfilled?



Thanks,

Nick Howe
Principal



Financial & CFO Advisory · Capital Advisory
Turnaround & Restructure · Executive Search
(C)  206-948-1769 | nickh@turning-point.com
www.turning-point.com | Sign up for our newsletter!

1

Howe Decl. Ex.
Page 24 of 24

24-01864-FPC11    Doc 22-22    Filed 09/10/24    Entered 09/10/24 14:36:12    Pg 24 of 24