J. Seth Moore
State Bar No. 24027522
semoore@swlaw.com
Zachary A. Cooper
State Bar No. 24137881
zcooper@swlaw.com
**SNELL & WILMER L.L.P.**
2501 North Harwood Street, Suite 1850
Dallas, Texas 75201
Telephone: 214-305-7301
Facsimile: 214-305-7351

Attorneys for *TurningPointe, LLC, d/b/a Turning Point Strategic Advisors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Case No. 24-33924** |
| §  | | |
| **WATER STATION MANAGEMENT, LLC** § § § | | **Chapter 11** |
| §  | | |
| **Debtor.** § | | |

### DECLARATION OF RICHARD BRENNAN IN SUPPORT OF TURNING POINT STRATEGIC ADVISORS' MOTION TO CONFIRM ERIC CAMM'S STATUS AS MANAGER OF WATER STATION MANAGEMENT OR, ALTERNATIVELY, TO EXCUSE TURNOVER PENDING DISMISSAL OR OTHER RELIEF

I, Richard Brennan, declare as follows:

1. I am over the age of 18 and am qualified to make the within declaration. I make this declaration in support of TurningPointe, LLC, d/b/a Turning Point Strategic Advisors' *Motion to Confirm Eric Camm's Status as Manager of Water Station Management or, Alternatively, to Excuse Turnover Pending Dismissal or Other Relief* (the "Motion"). Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion. Except where

indicated, the facts stated herein are based upon my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2.  I am the former Director of Equipment Services for Refreshing USA, LLC. My role and job duties included: (a) procurement of a vehicle fleet, vending machines, and micro-market equipment; (b) management of the water machine business, including overseeing machine installation, connecting machines to the database described below, and connection machines to the payment processing accounts described below; (c) overseeing the day-to-day operations of Water Station Management, LLC, including the hiring and firing of managers, technicians, and install crews; and (d) overseeing shipment and delivery of machines to install locations.

3.  The information stated below is based on my personal knowledge. The opinions stated below are based on my almost 45 years of experience in the vending machine industry as detailed in my resume attached hereto as <u>Exhibit A</u>. I worked for Ryan Wear's businesses from 2021 to February 4, 2024. I have been in vending industry since 1980. In the period before the work described in my resume, I worked for Coca Cola, Pepsi, and served for two years in the United States military.

4.  When I joined Mr. Wear's business in 2021, his operations appeared to be a relatively normal vending and water machine business. Unfortunately, he did not stay focused on this business. When he entered other markets, he had the habit of buying real estate as part of his geographic expansion. Based on almost 45 years of experience in this business, I believe his strategy left his core business constantly strapped for cash. It was routinely a struggle to make payroll and purchase inventory (e.g., snacks and beverages) for sale in vending machines. A machine cannot generate revenue if it has no inventory to dispense.

5.  The cash flow shortages worsened in the ensuing months and years.

6. On or about January 24, 2024, Jordan Chirico and Collin Keys asked me to provide a list of the identity and location of 2,500 machines that they were told had been placed at Family Dollar Store locations. I asked Mr. Wear if he was okay with me giving Mr. Chirico information pertaining to Refreshing USA and Water Station. He told me to cooperate fully. I explained to Mr. Chirico and Mr. Keys that there were no machines installed at Family Dollar Stores other than a few in Tennessee and Alabama. They were both very confused by this. They supplied me with a few serial numbers. Those machines were in warehouses in Phoenix, Arizona, and San Antonio, Texas. They were not in the field as Mr. Chirico and Mr. Keys had apparently been led to believe. They told me Jeremy Briggs supplied them with the serial numbers. They asked if there was information in our system that tied machines to investors, and I told them there was no such information in the databases that I was able to access.

7. Creative, Refreshing, and Water Station track water machines and vending machines in a Vending Management System ("**VMS**") database developed and maintained by Parlevel Systems. I had access to the VMS, and there was no information in there that tied machines to investors and lenders. I told Mr. Chirico and Mr. Keys that the most I could do was to provide a report out of the VMS that would identify the serial number, model number, and location of machines for each entity in the Creative, Refreshing, and Water Station enterprise. They asked me to do that. Because Mr. Wear told me to cooperate with them, I downloaded the information from VMS into an Excel spreadsheet file and sent the report to them.

8. On February 4, 2024, Nick Streeter fired me. Mr. Streeter held the title of "Director of Research and Development." On the day they fired me, my e-mail access was cut off, and I was instructed to turn over my company laptop.

9. To the best of my recollection, as of February 4, 2024, the business had about 2,600 water machines and 19,000 vending machines in the field plus another 3,500 water machines in

warehouses in Phoenix, Arizona, Las Vegas, Nevada, Marietta, Georgia, and San Antonio, Texas. About half the machines in the warehouses were new, and the other half were in various states of wear and tear. The business also stored a large number of vending machines in Houston, Texas, Marietta, Georgia, Fort Lauderdale, Florida, Fort Myers, Florida, Longview, Texas, Las Vegas, Nevada, Elk Grove, Illinois, Phoenix, Arizona, and San Antonio, Texas.

10. The vending machine industry is a small community, and I remain in contact with brokers, buyers, and manufacturers. In late June 2024, I started hearing from industry participants that Mr. Wear's lead salespersons—Ron Cook and Scott Ribbs—were told if they had buyers for machines in accounts to move forward with selling the machines and to use the proceeds for payroll and to purchase inventory. Mr. Cook is Vice President of Sales with a territory from Texas east. Mr. Ribbs is Vice President of Sales for the western portion of the country. The frequency with which I heard about this sales effort increased from June to July to the present. Recently, I received a call from a contact in Georgia, who told me that the Georgia branch sold a bunch of machines to generate cash for payroll and other operating expenses.

11. I am concerned that Mr. Wear has not been transparent and forthcoming about company assets. As noted above, there is a VMS database that tracks the location and cash flow of every machine in the field, though it does not tie individual machines to investors and lenders. This is the same database from which I downloaded the equipment list that I gave to Mr. Chirico and Mr. Keys. There is also a database tracking the machines sitting in warehouses around the country. It is my understanding that Mr. Wear has not disclosed these databases to the receiver, nor has he given the receiver access to them.

//

//

//

12. Similarly, as of my last day of employment, Creative Technologies held title to about 350 to 400 motor vehicles around the country.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of September, 2024 at Richmond, Texas.

      */s/Richard Brennan*
      RICHARD BRENNAN

4892-4211-3249.1