# Exhibit A

# RICHARD I BRENNAN

Houston, TX | 281-330-1022 | richbrennan5150@gmail.com

## Summary

Executive manager with proven ability to cultivate strategic alliances with organizational leaders to drive key business initiatives and implement effective solutions for sustained growth and success. Develops and retains high performance teams by setting clear expectations, providing regular feedback, and creating a supportive work environment.

## Experience

**DIRECTOR EQUIPMENT SERVICES,** *REFRESHING USA*     2021- 2024

- Procure equipment and fleet for 41 branches across the US.
- Manage installation crews in business units to include logistics, equipment, and parts.
- Direct job site supervision of 6 regional managers and 12 technicians.
- Coordinate equipment placements and utilities to largest National Account customers.
- Created separate inventory for equipment in the trade and equipment on hand for the branches.

**DIRECTOR EQUIPMENT SERVICES,** *ACCENT FOOD SERVICE*     2017-2019

- Procurement of fleet, vending and foodservice equipment for $175mm vending business.
- Support of 20 branches for fleet and equipment needs.
- Worked with new acquisitions to transition SOPs into standards across all branches.
- Coordinated with service teams to complete and publish equipment inventory for the sales team usage in selling in vending, micro market, and OCS.
- Established SOP for capex spending and process for requesting capital expenditure.
- Streamlined the ordering process and utilized purchasing power of new acquisitions to negotiate equipment pricing with major manufactures.

**DIRECTOR IMMEDIATE CONSUMPTION,** *DR PEPPER SNAPPLE GROUP*     2010-2017

- Responsible for annual sales of $10MM cases and $97MM in revenue with growth in the managed service six years consecutively.
- Management of Club Store sales, third party sales, managed services, full-service vending, and fountain business.
- Utilize Margin Minder to recognize sales trends in cold drink accounts.
- Responsible for achieving food service vending sales volume, revenue, and profit goals for the Southern Texas Region.
- Leading a team of 110 employees within eight branches to manage sales and equipment for immediate consumption.
- Directing delivery of 8k vending machines and visual coolers annually along with servicing 36k pieces of equipment in the trade on a timely basis while staying within the operating budget.
- Align team of 12 sales professionals in support of the annual operating plan goals.
- Coach and train team to identify customer trends and to recognize sales opportunities.
- RCI and Lean Six Sigma Environment.
- Cultivate relationships with key customers.

**TERRITORY MANAGER EQUIPMENT SERVICES,** *COCA-COLA CONSOLIDATED*  2009-2010
- Management of the vending department for the Gulf Coast Region. Union Environment.
- Responsible for all equipment from five branches.
- CDE management in SAP for all STO's, placement, removal, or scrap. Weekly audits on F/S delivery, all coolers and loan equipment. Completed weekly payroll through Kronos system, evaluations, and scheduling for all service employees. Responsible for departmental budget and all service level agreements.

**DIRECTOR OF FOUNTAIN/FOOD SERVICE,** *DR PEPPER BOTTLING OF THE WEST*  1992-2008
- Management of service departments in Nevada, California, and Idaho.
- Hiring and training, team building, dispatch, and vending route supervision of employees.
- Development and growth of successful beverage vending business. Creating and meeting budgets.
- Purchasing and inventory of equipment, maintaining the inventory to meet specific needs.
- Scheduling, performing and supervising equipment installations and field service.
- Maintenance and refurbishment of all vending and fountain equipment.
- Fountain and cold drink sales include cultivation and maintaining client relationships.
- Sales calls to existing and new client accounts, including sales calls with the national accounts manager.

## Skills and Abilities

- Extensive background in vending, wholesale, food distributors, and Broadliner sales.
- Large account management of Club Store sales.
- Training and mentoring.
- National and Regional account sales.
- Internal/external collaboration.
- Margin Minder, Microsoft Systems, SAP, Cantaloupe, Parlevel.
- Creating bids, contracts and closing sales.
- Procurement of equipment and fleet.

## Awards and Acknowledgements

- License to Kaizen 2012 and 2013 DPSG
- License to 5S 2012 DPSG
- Type 1 Certified 608 EPA
- Cold Drink Steering Committee, 1995-2017 Dr Pepper Snapple Group
- President's Award - Employee of the Year, 7UP/DP Reno 2003
- Lean Manufacturing Management
- 2007 Rapport Leadership Training
- 1997 Fountain/Foodservice Salesman of the Year (West Zone), Cadbury Beverages

## Volunteer and Community Leadership

- Let's Play - Team Lead for Houston ISD playground builds.
- Kaboom Playground - Houston ISD playground builds.
- United Way Houston Food Bank - building of food containers for distribution.
- YMCA of Nevada -prior advisory board member and First Tee Chair.
- Past First Vice President Texas Merchandise Vending Association, state council for NAMA.
- Sponsorship of several local charities to promote and enhance the company reputation.