UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| Water Station Management LLC, | Case No. 24-33924 |
| Debtor. | |

**SUPPLEMENTAL DISCLOSURE REGARDING LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS**

Debtor Water Station Management LLC ("**Debtor**") hereby files its *Official Form 204: List of Creditors Who Have the 20 Largest Unsecured Claims and are not Insiders*. The current version of the list reflects the Debtor's preliminary determination of its largest 20 unsecured creditors and primarily consists of trade debt. Debtor acknowledges, however, that there are a significant number of litigation claims from investors and vending machine purchasers that may relate to the Debtor. Although these claims are larger in value, it is currently unclear whether they are secured or unsecured and whether they are properly asserted against the Debtor or should be limited to the Debtor's affiliates.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Debtor is in the process of evaluating all potential claims and reserves the right to amend this list as necessary.

Dated: October 24, 2024.

Respectfully submitted,

TONKON TORP LLP

By */s/ Danny Newman*
    Danny Newman, Texas Bar No. 24092896
       Email: danny.newman@tonkon.com
       Direct: 503.802.2089
    Ava Schoen, admitted *Pro Hac Vice*
       Email: ava.schoen@tonkon.com
       Direct: 503.802.2143
    Portland, OR 97204
    Telephone: (503) 221-1440
    Attorneys for Debtors

044904\00001\17689516v1

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction value of collateral or setoff | Unsecured claim |
| 1 | Betson Imperial Parts and Service<br>5211 NE 158th Ave.<br>Portland, OR 97230 | | Trade Debt | | | | $56,409.00 |
| 2 | C3 Capital Inc.<br>1511 Baltimore Ave., Suite 500<br>Kansas City, MO 64108 | | Financing | | | | $55,000.00 |
| 3 | 352 Capital GP LLC<br>c/o Jason P. Kathman<br>Spencer Fane LLP<br>5700 Granite Parkway, Ste. 650 | (972) 324-0300<br>jkathman@specerfane.com | Litigation Claims | | | | $106,925,000 |
| 4 | Dalb Inc<br>73 Industrial Blvd.<br>Kearneysville, WV, 25430 | | Trade Debt | | | | $30,249.24 |
| 5 | Kroger Corp Account<br>3496 Solutions Center Lockbox: 773496<br>Chicago, IL 60677 | | Trade Debt | | | | $29,358.70 |
| 6 | SSM Vending<br>1716 W Broadway Rd. Suite 111<br>Mesa, AZ 85202 | | Trade Debt | | | | $20,855.77 |
| 7 | Ronald Dwyer<br>5463 N Wolverine Pass Road<br>Apache Junction, AZ 85119 | | | | | | $17,765.33 |
| 8 | Town and Country Fence, Inc.<br>6410 212th Street SW<br>Lynnwood, WA 98036 | | Trade Debt | | | | $15,613.10 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | China Electronics<br>4445 Eastgate Mall Ste 200<br>San Diego, CA 92121 | | Trade Debt | | | | $13,671.91 |
| 10 | Circle K Franchise<br>Attn: C. Bernot 1130 W Warner Road<br>Tempe, AZ 85284 | | Trade Debt | | | | $12,825.82 |
| 11 | Area Wide Electronics and Refrigeration<br>P.O. Box 907<br>4735 E. Lower Springboro Rd.<br>Waynesville, OH 45068 | | Trade Debt | | | | $11,492.53 |
| 12 | ESP Water<br>3845 Forney Rd. Ste. B<br>Mesquite, TX 75149 | | Trade Debt | | | | $10,311.18 |
| 13 | Family Dollar<br>Attn: Erica Elliot<br>500 Volvo Parkway<br>Chesapeake, VA 23320 | | Trade Debt | | | | $7,822.46 |
| 14 | Pioneer Title Agency<br>PO Box 32994<br>Phoenix, AZ 85064 | | Trade Debt | | | | $7,219.93 |
| 15 | Rochester Sensors<br>PO Box 2368<br>1025 S Belt Line Road Suite 100-B<br>Coppell, TX 75019 | | Trade Debt | | | | $7,113.00 |
| 16 | Terrible Herbst<br>Attn: Accounting Dept.<br>3440 W Russell Rd<br>Las Vegas, NV 89118 | | | | | | $6,301.26 |
| 17 | Pork Shop<br>3359 E Combs Rd<br>Queen Creek, AZ 85140 | | | | | | $4,796.70 |
| 18 | Chester Paul Company<br>5231 Maureen Lane<br>Moonpark , CA 93021 | | Trade Debt | | | | $4,575.42 |
| 19 | County of Orange<br>Sealer of Weights and Measures<br>Attn: Orange County Treasurer<br>PO Box 4005<br>Santa Ana, CA 92702 | | | | | | $3,196.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | Datafast<br>7558 W Thunderbird Rd.<br>Peoria, AZ 85381 | | Trade Debt | | | | $2,730.24 |

044904\00001\17689544v1