| | |
|---|---|
| In re: | Chapter 11 |
| Refreshing USA, LLC,[1] | Case No. 24-01863-11 |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES TO THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the Eastern District of Washington (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These notes pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. These notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. As discussed further below, because of pre- and post-petition employee turnover and layoffs, the Debtors have experienced difficulties in obtaining and verifying certain information in the Debtors book and records and, as a result, the information contained within the Schedules and Statements may include inadvertent errors, omissions or inaccuracies. The Debtors and their advisors continue in their efforts to obtain and verify all information and data required for these Schedules and Statements, and therefore reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1] The Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-01866-11. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

[2] These notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

**Basis of Presentation**.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") and are not intended to be fully reconciled with any financial statements or other reporting of the Debtors.

**"As of" Information Date**.  Unless otherwise indicated herein or in the Schedules and Statements, all financial information for Refreshing and Water Station in the Schedules and Statements and these notes is provided as of October 2, 2024, or as close thereto as reasonably practicable under the circumstances. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for Creative in the Schedules and Statements and these notes is provided as of October 23, 2024, or as close thereto as reasonably practicable under the circumstances. October 2, 2024, and October 23, 2024, are collectively referred to herein as the "Petition Dates".

**Available Information**.  In preparing the Schedules and Statements, the Debtors relied upon information from their books and records available at the time of such preparation and upon the knowledge and belief of the Debtors or their agents where appropriate.  The Debtors are aware that those books and records have not been recently maintained due to various operational and liquidity issues, employee layoffs, and employee turnover; however, they have made reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements.  For these reasons, inadvertent omissions or inaccuracies may exist in the Schedules and Statements, and the receipt or discovery of subsequent information may result in material changes to the Schedules and Statements.

The Debtors include three entities that are part of a larger grouping of over 40 privately owned and related companies that are under some or all common control.  The Debtors have made reasonable efforts to schedule all assets and liabilities which they reasonably believe they either own or owe outright, or otherwise may plausibly have a claim to ownership or may be subject to a claim of owing.  Efforts to confirm the validity of all such claims remain ongoing and may result in material changes to the Schedules and Statements.

The Debtors, and their employees, officers, agents, advisors and attorneys, do not guarantee or warrant the accuracy or completeness of the data that is provided herein.  The Debtors, on behalf of themselves and their employees, officers, agents, advisors, attorneys, disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements, and reserve all rights with respect thereto. The Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary and appropriate.  Notwithstanding the foregoing, the Debtors and their officers, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as expressly required by the Bankruptcy Code.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

a.    **Valuation**.  It would be prohibitively expensive and unduly burdensome for the Debtors to obtain current market valuations of their assets.  The Debtors do not have current market valuations of their equipment or estate assets.   Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values (cost less accumulated depreciation and/or amortization), rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements) and may not reflect the net realizable value. Book values of assets prepared in accordance with GAAP generally do not, and any estimates may not, reflect the current market value of the assets and may differ materially from the actual value of the underlying assets. Accordingly, nothing in the Schedules or Statements is or shall be deemed to be an admission with respect to such values.  The Debtors reserve the right to amend such values or estimates to reflect changes in underlying assumptions or the receipt of additional information.

b.    **Estimates and Assumptions**.  Because of the timing of the filings, the Debtors were required to make certain estimates and assumptions that may have affected the reported amounts of these assets and liabilities. Actual amounts may materially differ from those estimates. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in its estimates and assumptions.

c.    **Payables, Credits and Adjustments**.  Claims of creditors are listed in the amounts recorded on the Debtors' books and records, based on invoices received and other relevant documentation from or contracts with such creditors.  These amounts may not reflect certain credits, set-offs, allowances, or other adjustments due from such creditors.

d.    **Leases**.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease, including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired.

e.    **Excluded Assets and Liabilities.** The Debtors have excluded rejection damages claims of counterparties to executory contracts and unexpired leases that may (or may not) be rejected. In addition, certain immaterial assets and liabilities may have been excluded.

f.    **Executory Contracts and Unexpired Leases**.  Executory contracts and unexpired leases which the Debtors have been able to identify are set forth on Schedule G and are incorporated into Schedule A/B as applicable.  The Schedules and Statements do not reflect any claims or estimates for future contract rejection damages.

g.    **Intellectual Property Rights.**  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been

3

terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a license or other transaction. The Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h. **Causes of Action.** Despite efforts to identify all known assets, the Debtors may not have listed all their causes of action or potential causes of action against insiders and third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have, and neither these notes nor the Schedules and Statements shall be deemed a waiver of any such claims or causes of action or in any way prejudice or impair the assertion of such claims or causes of action.

i. **Fiscal Year.** The Debtors' fiscal year ends on December 31st of each year.

j. **Confidentiality.** There may be instances within the Schedules and Statements where names and/or addresses have been redacted or left blank out of concerns for confidentiality or privacy of individuals, including without limitation employee addresses. To the extent that certain addresses are withheld, the Debtors will make such addresses available upon reasonable request subject to any applicable law.

**Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**503(b)(9) Claims**. The liabilities listed on the Schedules and Statements do not reflect any analysis of any claims under section 503(b)(9) of the Bankruptcy Code.

**Signature**. The Schedules and Statements are signed by Brian S. Weiss, Chief Restructuring Officer for the Debtors and an authorized signatory of the Debtors. In reviewing and signing the Statements and Schedules, Mr. Weiss has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Weiss has not (and could not have) personally verified the accuracy of each statement and representation contained in the Statements and Schedules, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

**Reservation of Rights**. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including,

without limitation, the right to amend the Schedules and Statements with respect to any claim description or designation; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including without limitation issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by the Bankruptcy Code or otherwise ordered by the Court.

**Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing notes, these notes shall control.

## NOTES FOR SCHEDULES OF ASSETS AND LIABILITIES

**Schedule A/B – Assets – Cash and Cash Equivalents**.  With the exception of one bank account controlled by the Receiver appointed pre-petition for these Debtors, it is understood that all bank accounts open in the name of these Debtors at some point prior to the Petition Dates were closed or otherwise overdrawn in advance of the Petition Dates. For this reason, only the one account controlled by the Receiver, held in the name of Creative, is shown on Schedule A/B, Item 3.  All other bank accounts that are believed to have been open in the name of these Debtors prior to the Petition Dates are shown on Statement 18 with estimated account closure dates.

**Schedule A/B – Assets – Accounts Receivable**.  The majority of the accounts receivable recorded in the Debtors' books as of the Petition Dates are significantly aged, well in excess of 90 days in many instances, and may therefore be largely uncollectible.  Accordingly, the accounts receivable have been reserved for in the Schedules.

**Schedule A/B – Assets – Inventory**.  The Debtors inventory consist primarily of water stations and related parts, and vending machines and related parts. The Debtors do not have detailed inventory records to provide support for the amounts included in Finished Goods and Other items recorded in their books as of the Petition Date, and it is not known if or when any inventory counts were conducted. The Debtors have retained an asset recovery firm to assist with identifying the Debtors' inventory. Pending more current data becoming available, these amounts remain subject to material revision and information related to inventory counts is shown as being "Unknown" both on Schedule A/B, Items 21 and 22 and on Statement 27.

**Schedule A/B – Assets – Real and Personal Property**.  All vehicles and other equipment identified on Schedule A/B, Parts 7, 8 and 9 are listed net of depreciation and/or amortization and do not reflect impairment reserves.  The Debtors list office equipment and furniture on Schedule A/B, Item 39; vehicles on Schedule A/B, Item 47; and vending machines, water station machines,

and warehouse equipment on Schedule A/B, Item 50 in the amounts recorded in their books and records. Detailed lists of vending machines, water station machines, and vehicles, that the Debtors have identified are attached to Schedule A/B, however these lists remain subject to further verification that such assets are owned by the Debtors as opposed to their subsidiaries, affiliated entities, related entities, or a third party. The Debtors and their estates reserve all rights they may have under applicable law in connection with their asserted real property lease interests.

Schedule A/B, Item 55, lists only those leases that the Debtors have identified to date. Efforts to identify additional leases, for warehouse, office, or other potential locations, remain ongoing.

**Schedule A/B – Assets – Intangibles and Intellectual Property**. Certain intangibles or intellectual property are listed on Schedule A/B, Part 10 with an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors. As mentioned above, the Debtors do not have current valuations for estate assets, including the intangibles and intellectual property recorded in their books and records.

**Schedule A/B – Assets – All Other Assets**. On Schedule A/B, Item 71, the Debtors will need to analyze and reconcile their books and records to each of their respective subsidiaries and related entities to more accurately identify such counterparties. Pending the completion of that analysis, the net amounts due to the Debtors from those intercompany transactions are shown in total for all counterparties, which is how they are recorded in their books and records.

On Schedule A/B, Item 72, the Debtors are in the process of analyzing their existing tax attributes, including potential refunds and the ability to utilize net operating losses, if any, in the future. Pending the completion of that analysis, the current values of any such amounts are undetermined.


Known causes of action or potential causes of action against third parties are included in Schedule A/B, Item 74. The amounts included do not include all possible actions including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).

**Schedule D – Creditors Who Have Claims Secured by Property**. The Debtors have included on Schedule D all claims they believe are secured. They have not included all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies or other parties that may hold security interests.

The descriptions of claims and collateral in Schedule D are provided in summary form only. Reference must be made to the applicable transaction documents to obtain a complete description of the claims secured by collateral and the collateral securing such claims.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 1**. Certain creditors listed on Part 1 of Schedule E/F, particularly those listed as being owed for pre-petition payroll claims, may have already been paid some or all of the amounts owed to

them based on a court-approved emergency payroll motion [Dkt. #148]. The Debtors are in the process of analyzing all payroll amounts owed to their employees and former employees, including verifying that the Debtors were the actual employer as opposed to a non-debtor subsidiaries, related entities, and/or affiliates.

**Part 2**. Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts. Where able, the Debtors have reflected claims on Part 2 of Schedule E/F net of deposits, retainers, and prepayments.

**Schedule G – Executory Contracts and Unexpired Leases**. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable. The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

## NOTES FOR STATEMENTS OF FINANCIAL AFFAIRS

**Statement 3**. Statement 3 includes known disbursements or other transfers made by the Debtors within 90 days prior to filing, except for payments on account of compensation paid to employees in the 90 days prior to the Petition Date. Because all other bank accounts are believed to have been closed or overdrawn approximately 90 days prior to the Petition Date, this information was obtained from that one bank account controlled by the Receiver, as referenced above.

**Statements 4 and 30**. Statement 4 includes all disbursements or other transfers to Insiders made by the Debtors within 1 year prior to filing. Because there were no such disbursements made pre-petition from the one bank account controlled by the Receiver, this information was obtained solely from that Debtors' books and records, which has not been currently maintained. The Debtors will continue to search for transactions which subsequently may need to be included on these Statements.

**Statement 8**. As set out above, prior to the Petition Dates, a Receiver was appointed for Debtors. Pursuant to the order appointing the Receiver, the Receiver was appointed as the general receiver with respect to the management and operations of Debtors and all of their assets wherever located, and with respect to all products and proceeds thereof, with authority to take exclusive possession and control of the assets.

**Statement 18**. All bank accounts in the name of the Debtors are believed to have been closed prior to the Petition Dates, with the exception of one account controlled by the Receiver. Accordingly, those bank accounts believed to have been closed prior to the Petition Dates are listed on Statement 18 with estimated account closure dates.

**Statement 26(d)**.  From time to time, the Debtors may have provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients may have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors.  The Debtors currently do not have the names of these parties. Additionally, due to the confidentiality requirements of related non-disclosure agreements, and the number of parties that have received such statements, such parties are not listed in response to this question.

**Statement 27**.  Due to employee layoffs and termination, the dates of when or if inventory counts were conducted are not known.

044904\00001\17798849v3

Fill in this information to identify the case:

Debtor name      **Water Station Management LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **24-01864-11**

☐ Check if this is an
   amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................    $    **Unknown**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................    $    **Unknown**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................    $    **Unknown**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **600,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$    **15,509,282.88**

4.    **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b    $    **16,109,282.88**

24-01864-FPC11    Doc 145    Filed 11/22/24    Entered 11/22/24 19:33:18    Pg 9 of 221

**Fill in this information to identify the case:**

Debtor name    **Water Station Management LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **24-01864-11**

☐ Check if this is an
    amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **14,781.37** | - | **14,781.37** | = .... | **Unknown** |
| 11b. Over 90 days old: | **70,873.06** | - | **70,873.06** | =.... | **Unknown** |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$0.00** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: % of ownership | | |

| | | | | |
|---|---|---|---|---|
| 15.1. | **Refreshing USA, LLC** | 11.1 % | Unknown | Unknown |

| | | | |
|---|---|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 17. | **Total of Part 4.** Add lines 14 through 16. Copy the total to line 83. | | $0.00 |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture & equipment. | $1,813,456.59 | Unknown | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2016 Nissan NV2500. VIN # 1N6BF0LY8GN809717. Located in ILLINOIS - 1400 Greenleaf Ave, Elk Grove Village, IL 60007.** | Unknown | Unknown | Unknown |
| 47.2.   **2014 CHEVY EXPRESS G2500 VAN. VIN # 1GCWGFBA3E1135277. Located in ILLINOIS - 1400 Greenleaf Ave, Elk Grove Village, IL 60007.** | Unknown | Unknown | Unknown |
| 47.3.   **2014 Chevrolet Express Van. VIN # 1GB363CG8E1100713. Located in ILLINOIS - 1400 Greenleaf Ave, Elk Grove Village, IL 60007.** | Unknown | Unknown | Unknown |
| 47.4.   **2004 Chevrolet Express 3500. VIN # 1GBJG31U641214692. Located in ILLINOIS - 1400 Greenleaf Ave, Elk Grove Village, IL 60007.** | Unknown | Unknown | Unknown |
| 47.5.   **2011 GMC Savana Cutaway. VIN # 1GDY72CA7B1902832. Located in ILLINOIS - 1400 Greenleaf Ave, Elk Grove Village, IL 60007.** | Unknown | Unknown | Unknown |
| 47.6.   **2010 Jeep Patriot. VIN # 1J4NT1GA5AD641103. Located in ILLINOIS - 1400 Greenleaf Ave, Elk Grove Village, IL 60007.** | Unknown | Unknown | Unknown |
| 47.7.   **2010 Honda Accord EX-L. VIN # 1HGCP2F87AA032569. Located in ILLINOIS - 1400 Greenleaf Ave, Elk Grove Village, IL 60007.** | Unknown | Unknown | Unknown |

| | | | | |
|---|---|---|---|---|
| 47.8. | **2019 Chevrolet Express G3500 Cutaway. VIN # 1GV0GRFG3K1286545. Located in ILLINOIS - 1400 Greenleaf Ave, Elk Grove Village, IL 60007.** | Unknown | Unknown | Unknown |
| 47.9. | **2016 Chevrolet Express 3500 Cutaway. VIN # 1GB0GRFF8G1311356. Located in ILLINOIS - 1400 Greenleaf Ave, Elk Grove Village, IL 60007.** | Unknown | Unknown | Unknown |
| 47.10. | **2013 INTERNATIONAL 4300 WHITE. VIN # 1HTMMAAL4DH339018. Located in NEVADA - 7925 W Arby Ave, Ste 130, Las Vegas, NV 89113.** | Unknown | Unknown | Unknown |
| 47.11. | **See Attachment #1. FOR INFORMATIONAL USE ONLY. Vehicles of Debtor's subsidiaries or affiliated entities.** | Unknown | | Unknown |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Waterstation machines located throughout the United States.** | $77,270,875.79 | Net book value | Unknown |
| | **Vending Equipment located throughout the United States.** | $5,324,997.62 | Net book value | Unknown |
| | **See Attachment #2. FOR INFORMATIONAL USE. Machinery list of Debtor subsidiaries and affiliated entities.** | Unknown | | Unknown |

| | | | |
|---|---|---|---|
| 51. | **Total of Part 8.** | | $0.00 |
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1606, 1610, and 1612 N. West St., Flagstaff, AZ 86004.** | | Unknown | | Unknown |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

**Intercompany notes receivable.**      $\underline{\quad 988,017.26 \quad}$ - $\underline{\quad 988,017.26 \quad}$ = $\underline{\quad \text{Unknown} \quad}$
                                        Total face amount      doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

**set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership
     **First Federal cash reserve account.  Book value of**
     **$2,979,590.25. First Fed may have already drawn upon**
     **these funds.**                                                                    __Unknown__

78.  **Total of Part 11.**                                                          | **$0.00** |
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor **Water Station Management LLC**
Name

Case number *(If known)* **24-01864-11**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92    $0.00

Refreshing USA and Related Entities
Vehicle Summary List

| Ref | Title Holder | Garaging Address | Year | Asset Description | Vin |
|-----|-------------|------------------|------|-------------------|-----|
| 1 | Creative Technologies | Arizona - 4035 E Magnolia St, Phoenix Az 85034 | 2019 | Nissan Nv200 White | 3N6CM0KNXKK711692 |
| 2 | Creative Technologies | Arizona - 770 E 39Th Ave, Apache Junction, Az 85119 | 2017 | Nissan Nv200 White | 3N6CM0KN6HK710760 |
| 3 | Creative Technologies | Arizona - 770 E 39Th Ave, Apache Junction, Az 85119 | 2015 | Volkswagen Golf Blue | 3VWCA7AU2FM513919 |
| 4 | Creative Technologies | Arizona - 770 E 39Th Ave, Apache Junction, Az 85119 | 2002 | Dodge Ram White | 3B7KF23602M209712 |
| 5 | Creative Technologies | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2019 | Ram Promaster City | ZFBHRFAB2K6L99234 |
| 6 | Creative Technologies | Florida - 877 West Orange Ave, Tallahassee, Fl 32310 | 2021 | Nissan Nv2500 White | 1N6BF0LY0MN811487 |
| 7 | Creative Technologies | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2021 | Nissan Nv2500 White | 3N6CM0KN1MK706920 |
| 8 | Creative Technologies | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2018 | Nissan Nv1500 Cargo | 1N6BF0KN43JN807489 |
| 9 | Creative Technologies | Texas - 155 Mccutcheon Lane, Ste G, El Paso, Tx 79932 | 2002 | Ford F350 White | (ON TITLE) OK0729710592 (ON VEHICLE) 1FBSS31L72HA79544 |
| 10 | Creative Technologies | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2013 | Isuzu Npr - Hd White | 54DC4W1B3DS802696 |
| 11 | Creative Technologies | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2007 | Chev Tilt Master | J8BB4W16077400233 |
| 12 | Creative Technologies | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2015 | Nissan Titan White | 1N6AA0CH6FN500742 |
| 13 | Refreshing Usa | Montana - 1924 North Ave W Missoula, Mt 59801 | 2003 | Chevy Silverado Silverado 1500 White | 1GCEC14V33Z112056 |
| 14 | Refreshing Usa | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2012 | Ford E-450 | 1FDXE4FL9CDB01121 |
| 15 | Refreshing Usa | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2021 | Isuzu Npr Hd | 54DC4W1D1MS209646 |
| 16 | Refreshing Usa | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2023 | Mercedes-Benz Sprinter Cargo Van 2500 | W1Y4NDHYXPT149833 |
| 17 | Refreshing Usa | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2024 | Hino L6 | 5PVNE7AVXR5T50231 |
| 18 | Refreshing Usa | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2023 | Mercedes-Benz Sprinter 2500 | W1Y4NDHY9PT149970 |
| 19 | Refreshing Usa | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2020 | Hino 268A | 5PVNJ8JV1L5S78425 |
| 20 | Refreshing Usa | Texas - 2709 Electronic Ln, Dallas, Tx 75220 | 2023 | Ram Promaster 1500 Cargo Van | 3C6LRVBG0PE585536 |
| 21 | Refreshing Usa | Texas - 602 S Meadow Ave, Odessa, Tx 79761 | 2023 | Hino S5 | JALEMW168P7305763 |
| 22 | Refreshing Usa | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2024 | Isuzu Npr Hd | 54DC4W1D7RS207469 |
| 23 | Refreshing Usa | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2023 | Sprinter 2500 | W1Y4NDHYXPT153865 |
| 24 | Water Station Management | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2016 | Nissan Nv2500 | 1N6BF0LY8GN809717 |
| 25 | Water Station Management | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2014 | Chevy Express G2500 Van | 1GCWGFBA3E1135277 |
| 26 | Water Station Management | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2014 | Chevrolet Express Van | 1GB363CG8E1100713 |
| 27 | Water Station Management | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2004 | Chevrolet Express 3500 | 1GBJG31U641214692 |
| 28 | Water Station Management | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2011 | Gmc Savana Cutaway | 1GDY72CA7B1902832 |
| 29 | Water Station Management | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2010 | Jeep Patriot | 1J4NT1GA5AD641103 |
| 30 | Water Station Management | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2010 | Honda Accord Ex-L | 1HGCP2F87AA032569 |
| 31 | Water Station Management | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2019 | Chevrolet Express G3500 Cutaway | 1GV0GRFG3K1286545 |
| 32 | Water Station Management | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2016 | Chevrolet Express 3500 Cutaway | 1GB0GRFF8G1311356 |
| 33 | Vendpro | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2013 | International 4300 White | 1HTMMAAL4DH339018 |
| 34 | Vendpro | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2016 | Ford Escape Burgundy | 1FMCU0GX4GUB46890 |
| 35 | Valley Funding Llc | Montana - 1924 North Ave W Missoula, Mt 59801 | 2015 | Ford Transit 350 White | 1FTSW33XG1FKA15938 |
| 36 | Valley Funding Llc | Montana - 1924 North Ave W Missoula, Mt 59801 | 2012 | Nissan Nv2500 White | 1N6BF0LY1CN109077 |
| 37 | Valley Funding Llc | Montana - 1924 North Ave W Missoula, Mt 59801 | 2000 | Chevrolet C2500 Green | 1GCGC24R8YF470862 |
| 38 | Valley Funding Llc | Montana - 1924 North Ave W Missoula, Mt 59801 | 1999 | Chevrolet Express 3500 | 1GCHG39J6X1121809 |
| 39 | Valley Funding Llc | Montana - 1924 North Ave W Missoula, Mt 59801 | 2007 | Ford E350 | 1FDWE35L37DA13890 |
| 40 | Summit Management Services | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 1992 | Isuzu Npr | JALB4B1K5N7004051 |
| 41 | Summit Management Services | Oregon - 19355 Sw Teton Ave, Tualatin, Or 97062 | 2018 | Nissan Nv200 | 3N6CM0KN5JK703062 |
| 42 | Summit Management Services | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2019 | Nissan Nv200 White | 3N6CM0KN3KK711758 |
| 43 | Summit Management Services | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2019 | Nissan Nv200 White | 3N6CM0KN8KK709990 |
| 44 | Summit Management Services | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2020 | Nissan Nv200 White | 3N6CM0KN3LK691738 |
| 45 | Summit Management | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2019 | Isuzu Npr Hd | JALC4W169K7009781 |
| 46 | Summit Management | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2020 | Isuzu Npr Hd | 54DC4W1B1LS803666 |
| 47 | Snack Pro Vending | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2012 | Gmc Savana 2500 | 1GTW7FCA3C1195734 |
| 48 | Snack Pro Vending | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2012 | Chevrolet Express 2500 | 1GCWGFCA2C1149702 |
| 49 | Snack Pro Vending | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2019 | Nissan Nv200 | 3N6CM0KN7KK698660 |
| 50 | Snack Pro Vending | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2018 | Nissan Nv200S | 3N6CM0KN4JK703179 |
| 51 | Snack Pro Vending | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2018 | Chevrolet Express 2500 | 1GCWGAFP5J1262222 |
| 52 | Snack Pro Vending | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2018 | Chevrolet Express 2500 | 1GCWGAFP0J1252066 |
| 53 | Refreshing Washington | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2017 | Chevy W5500 Hd | JALEEW161H7301777 |
| 54 | Refreshing Utah | Utah - 586 @ 9320 S, Sandy, Ut 84070 | 2006 | Freightliner M2 | 1FVACWDC16HW03976 |
| 55 | Refreshing Utah | Utah - 586 @ 9320 S, Sandy, Ut 84070 | 2007 | International 4000 | 1HTMPAFM27H415039 |
| 56 | Refreshing Utah | Utah - 586 @ 9320 S, Sandy, Ut 84070 | 2006 | Freightliner M2 | 1FVACWCSX6DX21833 |
| 57 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2006 | Isuzu Npr | JALB4B16267003427 |
| 58 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2000 | Isuzu Npr | 4KLC4B1R5YJ804004 |
| 59 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2007 | Isuzu Npr Hd | 4KLC4B1U57J800120 |

Refreshing USA and Related Entities
Vehicle Summary List

| Ref | Title Holder | Garaging Address | Year | Asset Description | Vin |
|-----|--------------|------------------|------|-------------------|-----|
| 60 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2016 | Nissan Nv2500 | 1N6BF0LYXGN810092 |
| 61 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2017 | Nissan Nv2500 | 1N6BF0LY2HN804157 |
| 62 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2018 | Nissan Nv2500 | 1N6BF0LY3JN806831 |
| 63 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2005 | Chevrolet Express 3500 Van | 1GCHG35U051125819 |
| 64 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2008 | Honda Fit | JHMGD38438S042592 |
| 65 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2009 | Honda Crv | 3CZRE48529G703425 |
| 66 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2000 | Isuzu Ftr | 4GTJ7C136YJ701012 |
| 67 | Refreshing Great Lakes | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2011 | Ford Transit Connect Xlt | NM0LS7BN6BT070366 |
| 68 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2019 | Ford Stepvan | 1FC4E4KS9KDC00136 |
| 69 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2017 | Ford Transit Connect | NM0LS7F75H1307929 |
| 70 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2016 | Ford Stepvan E450 | 1FC4E4KS4GDC49025 |
| 71 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2015 | Ford Transit | 1FTNE1ZG2FKA36590 |
| 72 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2015 | Ford Transit Connect | NM0LS7F72F1199234 |
| 73 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2013 | Ford Stepvan | 1FC4E4KL1DDA38059 |
| 74 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2012 | Ford Stepvan | 1FC4E4KL5CDB07818 |
| 75 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2011 | Chevy Cutaway | 1GB3G2BG4B1146028 |
| 76 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2011 | Ford Stepvan | 1FC4E4KL4BGB38167 |
| 77 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2006 | International Box Truck | 1HTMMAAM66H135249 |
| 78 | Refreshing Great Lakes | Illinois - 8460 Thomas Ave, Bridgeview, Il 60455 | 2011 | Chevy Express 1500 | 1GCSGAFX5B1175047 |
| 79 | Refreshing Georgia | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2018 | Ford E350 | 1FDWE3FS1JDC10604 |
| 80 | Refreshing Georgia | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2015 | Isuzu Npr | 54DC4W1B9FS800650 |
| 81 | Refreshing Georgia | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2019 | Chevrolet Express 3500 | 1HA3GTCG5KN000676 |
| 82 | Refreshing Georgia | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2006 | Isuzu Npr | JALB4B16867024153 |
| 83 | Refreshing Georgia | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2017 | Nisan Nv200 | 3N6CM0KN9HK694747 |
| 84 | Refreshing Georgia | Georgia - 1118 Virginia St, Columbus Ga 31901 | 2016 | Isuzu Npr-Hd | JALC4W164G7003846 |
| 85 | Refreshing Georgia | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2011 | Ford Transit | NM0LS7AN7BT059832 |
| 86 | Refreshing Georgia | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2021 | Mercedes Sprinter | W1Y4EDHY5MT070226 |
| 87 | Refreshing Georgia | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2020 | Ford Trans Connect | NM0LS7E27L1445051 |
| 88 | Refreshing Georgia | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2015 | International 4300 | 3HAMMMML9FL039937 |
| 89 | Refreshing Florida | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2016 | Ram Promaster 2500 | 3C6TRVCG8GE101417 |
| 90 | Refreshing Florida | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 2016 | Isuzu Npr-Hd | JALC4W162G7000833 |
| 91 | Refreshing California | N. California - 8167 Belvedere Ave, Ste E, Sacramento, Ca 95826 | 2018 | Dodge Promaster 1500 White | 3C6TRVAGXJE140827 |
| 92 | Refreshing California | N. California - 8167 Belvedere Ave, Ste E, Sacramento, Ca 95826 | 2019 | Dodge Promaster 2500 White | 3C6TRVCG7KE539130 |
| 93 | Refreshing California | N. California - 8167 Belvedere Ave, Ste E, Sacramento, Ca 95826 | 2019 | Chevy Express 2500 White | 1GCWGBFG1K1273550 |
| 94 | Refreshing California | N. California - 8167 Belvedere Ave, Ste E, Sacramento, Ca 95826 | 2021 | Ram Promaster City | ZFBHRFBB7M6V75325 |
| 95 | Refreshing California | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2021 | Ram Promaster City Cargo | ZFBHRFBB9M6V75150 |
| 96 | Refreshing California | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2001 | Ford E-Series White | 1FTSE34S01HB66657 |
| 97 | Refreshing California | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2006 | Ford E-450 White | 1FDXE45S36DA56528 |
| 98 | Refreshing California | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2006 | Ford E450 White | 1FDXE45S06HA79693 |
| 99 | Refreshing California | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2006 | Ford E450 White | 1FDXE45S26DB28660 |
| 100 | Refreshing California | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2006 | Ford E450 White | 1FDXE45S56HA45491 |
| 101 | Refreshing California | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2015 | Ford F650 White | 3FRNF6HP1FV541361 |
| 102 | Refreshing California | N. California - 8167 Belvedere Ave, Ste E, Sacramento, Ca 95826 | 2020 | Isuzu Npr-Hd White | 54DC4W1B2LS802090 |
| 103 | Michael R Mahan | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 2006 | Chevy Express 3500 White | 1GBJG31U861208265 |
| 104 | Michael R Mahan | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 2004 | Gmc Savana White | 1GDJG31U741911540 |
| 105 | Michael R Mahan | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 2003 | Ford F250 White | 1FTNX20L73EB57474 |
| 106 | Michael R Mahan | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 1996 | Isuzu Van Tx Flag | 4KLB4B1R7TJ001361 |
| 107 | Michael R Mahan | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 1997 | Chevy Express White | 1GBJ32R2V3313560 |
| 108 | Michael R Mahan | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 2001 | Gmc Savana White | 1GDHG31R211900709 |
| 109 | M & M Vending | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 2004 | Gmc Savana White | 1GDJG31U841908680 |
| 110 | M & M Vending | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 2004 | Gmc Savana White | 1GDJG31U741911487 |
| 111 | M & M Vending | Texas - 155 Mccutcheon Lane, Ste Q, El Paso, Tx 79932 | 2004 | Gmc Savana White | 1GDJG31U041908723 |
| 112 | Goodwill Industries | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2015 | Ram Promaster City | ZFBERFAT5F6A31912 |
| 113 | Goodwill Industries | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2016 | Ford E-350 Cutaway | 1FDWE3FL2GDC00472 |
| 114 | Goodwill Industries | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2018 | Chevrolet Express Cutaway | 1HA3GTCG4JN000330 |
| 115 | Goodwill Industries | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2018 | Chevrolet Express Cutaway | 1HA3GTCG1JN005002 |
| 116 | Goodwill Industries | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2019 | Dodge Promaster 1500 | 3C6TRVAGXKE512863 |
| 117 | Goodwill Industries | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2018 | Isuzu Npr-Hd | 54DC4W1B7JS807332 |
| 118 | Golden State Vending | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2015 | Ford E-350 White | 1FDWE3FL0FDA06313 |

Refreshing USA and Related Entities
Vehicle Summary List

| Ref | Title Holder | Garaging Address | Year | Asset Description | Vin |
|-----|--------------|------------------|------|-------------------|-----|
| 119 | Golden State Vending | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2015 | Dodge Ram Promaster White | ZFBERFAT4F6A35272 |
| 120 | Golden State Vending | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2018 | Nissan Nv200 White | 3N6CM0KN4JK704803 |
| 121 | Golden State Vending | Utah - 586 @ 9320 S, Sandy, Ut 84070 | 2019 | Isuzu Npr Hd White | 54DC4W1B5KS804690 |
| 122 | Golden Brew Vending | Texas - 602 S Meadow Ave, Odessa, Tx 79761 | 2013 | Dodge Caravan White | 2C4HRGAG1DR619541 |
| 123 | Elitevend | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2003 | Ford Econoline | 1FTSS34L33HB06182 |
| 124 | Cordano Raymond | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2003 | Isuzu Npr-Hd Red | JALC4B14037005286 |
| 125 | Allstar Vending Enterprises | Arizona - 4035 E Magnolia St, Phoenix Az 85034 | 2015 | Ford E-350 White | 1FDWE3FL7FDA28759 |
| 126 | Allstar Vending | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2018 | Ram Promaster 1500 White | 3C6TRVAG9JE155982 |
| 127 | Allstar Vending | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2019 | Nissan Nv 200 S White | 3N6CM0KN1KK712276 |
| 128 | Absolute Vending Machine | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2017 | Chevrolet Express 3500 Cutaway | 1HA3GSCG7HN007437 |
| 129 | Absolute Vending Machine | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2014 | Chevrolet Express G2500 Cargo Van | 1GCWGFCA1E1139715 |
| 130 | Absolute Vending Machine | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2013 | Chevrolet Express 3500 Cutaway | 1GB3G3BG2D1191459 |
| 131 | Absolute Vending Machine | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2010 | Chevrolet Express 3500 Cutaway | 1GB6G3AG0A1165369 |
| 132 | Absolute Vending Machine | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2010 | Chevrolet Express 3500 Carry All | 1GB6G3AG3A1165317 |
| 133 | Absolute Vending Llc | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2008 | Honda Odyssey | 5FNRL38288B109759 |
| 134 | A&R Service | Texas - 602 S Meadow Ave, Odessa, Tx 79761 | 2019 | Ford Transit | 1FDRS8PM5KKB31131 |
| 135 | Not Specified | Arizona - 4035 E Magnolia St, Phoenix Az 85034 | 2015 | Freightliner M2 White | 3ALACWDT1FDGK2181 |
| 136 | Not Specified | Arizona - 4035 E Magnolia St, Phoenix Az 85034 | 2013 | Toyota Tundra White | 5TFNX4CN5DX027496 |
| 137 | Not Specified | Arizona - 4035 E Magnolia St, Phoenix Az 85034 | 2015 | Mitsubishi Fuso Fe160 White | JL6BNC1A7FK002027 |
| 138 | Not Specified | Arizona - 4035 E Magnolia St, Phoenix Az 85034 | 2021 | Dodge Promaster 2500 White | 3C6LRVDG1ME556023 |
| 139 | Not Specified | Arizona - 4035 E Magnolia St, Phoenix Az 85034 | 2014 | Toyota Highlander Blue | 5TDZKRFH0ES034107 |
| 140 | Not Specified | Arizona - 4035 E Magnolia St, Phoenix Az 85034 | 2019 | Dodge Pro Master 2500 White | 3C6TRVCG6KE563614 |
| 141 | Not Specified | Arizona - 4035 E Magnolia St, Phoenix Az 85034 | 2016 | Nissan Nv 200 White | 3N6CM0KN5GK696591 |
| 142 | Not Specified | Arizona - 4035 E Magnolia St, Phoenix Az 85034 | 2014 | Nissan Nv200 White | 3N6CM0KN8HK696991 |
| 143 | Not Specified | Arizona -653 E 20Th St, Yuma, Az 85365 | 2006 | Gmc W5500 | J8DE5B16067903057 |
| 144 | Not Specified | Arizona -653 E 20Th St, Yuma, Az 85365 | 2013 | Nissan Cube | JN8AZ2KR5DT300322 |
| 145 | Not Specified | Arizona -653 E 20Th St, Yuma, Az 85365 | 2015 | Isuzu Npr | 54DC4W1B5FS801567 |
| 146 | Not Specified | Arizona -653 E 20Th St, Yuma, Az 85365 | 2017 | Chevy Express | 1GCWGBFF9H1106305 |
| 147 | Not Specified | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2015 | Chrystler Town & Country | 2C4RC1AG8FR677375 |
| 148 | Not Specified | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2003 | Dodge Ram 2500 | 3D7KA26D23G796073 |
| 149 | Not Specified | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2022 | Ram Pormster City Wagon | ZFB636VP6N6W03164 |
| 150 | Not Specified | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2007 | Dodge Caravan | 1D4GP25B47B153045 |
| 151 | Not Specified | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2014 | Nissan Nv2500 | 1N6BF0LY7EN102783 |
| 152 | Not Specified | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2014 | Nissan Nv2500 | 1N6BF0LYXEN103166 |
| 153 | Not Specified | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2017 | Ford Transit 250 | 1FTYR2XM2HKA70855 |
| 154 | Not Specified | Florida - 2129 Andrea Ln, Unit #2, Fort Myers, Fl 33912 | 2019 | Chevrolet Express 3500 | 1HA3GTCG7KN000629 |
| 155 | Not Specified | Florida - 877 West Orange Ave, Tallahassee, Fl 32310 | 2015 | Mercedes Sprinter | WD3PR7CC0FP160582 |
| 156 | Not Specified | Florida - 877 West Orange Ave, Tallahassee, Fl 32310 | 2001 | Isuzu Npr | 4KLC4B1R01J801310 |
| 157 | Not Specified | Georgia - 1118 Virginia St, Columbus Ga 31901 | 2006 | Gmc W3500 | J8DB4B16567008251 |
| 158 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2018 | Mercedes Sprinter | WD3PE8CD2JP607310 |
| 159 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2017 | Mercedes Sprinter | WD3PE8CD3HP558239 |
| 160 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2017 | Mercedes Sprinter | WD3PE8CD2HP530688 |
| 161 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2015 | Mercedes Sprinter | WD3PE8CC7FP158611 |
| 162 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2013 | Ford Transit | NM0LS7DN6DT169382 |
| 163 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2011 | Ford Transit | NM0LS7DN1BT064164 |
| 164 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2011 | Ford Transit | NM0LS6BN8BT061419 |
| 165 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2018 | Mercedes Sprnter | WD3PE8CD5JP646795 |
| 166 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2021 | Mercedes Sprinter | W1Y4EDHY4MT073814 |
| 167 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2021 | Mercedes Sprinter | W1Y4EDHYXMT075499 |
| 168 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2022 | Mercedes-Benz Sprinter Cargo Van 2500 | W1Y4EDHY3NT086054 |
| 169 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2022 | Mercedes-Benz Sprinter Cargo Van 2500 | W1Y4EDHT4NT085334 |
| 170 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2022 | Mercedes-Benz Sprinter Cargo Van 2500 | W1Y4EDHY2NT117097 |
| 171 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 2022 | Mercedes Benz Sprinter 2500 | W1Y4EDHY6NT121198 |
| 172 | Not Specified | Georgia - 131 Bells Ferry Ln, Marietta, Ga 30006 | 1996 | Toyota Avalon | 4T1BF12B5TU079363 |
| 173 | Not Specified | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2005 | Ford E350 Super Duty Van | 1FDWE35L05HB08865 |
| 174 | Not Specified | Illinois - 1400 Greenleaf Ave, Elk Grove Village, Il 60007 | 2013 | Ford Transit Connect XI | NM0LS7AN3DT150521 |
| 175 | Not Specified | Montana - 1924 North Ave W Missoula, Mt 59801 | 1996 | Chevrolet G30 White | 1GBJG31R0T1043657 |
| 176 | Not Specified | Montana - 1924 North Ave W Missoula, Mt 59801 | 1996 | Chevrolet G30 White | 1GBJG31R4T1043578 |
| 177 | Not Specified | Montana - 1924 North Ave W Missoula, Mt 59801 | 2008 | Gmc Savana 3500 White | 1GDGG31C281911095 |

Refreshing USA and Related Entities
Vehicle Summary List

| Ref | Title Holder | Garaging Address | Year | Asset Description | Vin |
|---|---|---|---|---|---|
| 178 | Not Specified | N. California - 8167 Belvedere Ave, Ste E, Sacramento, Ca 95826 | 2007 | Dodge Sprinter Van White | WD0PE846075218554 |
| 179 | Not Specified | N. California - 8167 Belvedere Ave, Ste E, Sacramento, Ca 95826 | 2016 | Toyota Prius V Black | JTDZN3EU8GJ051708 |
| 180 | Not Specified | N. California - 8167 Belvedere Ave, Ste E, Sacramento, Ca 95826 | 2005 | Gmc Savana 3500 White | 1GDGG31V351901964 |
| 181 | Not Specified | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2018 | Ford E-350 White | 1FDWE3FS1JDC00218 |
| 182 | Not Specified | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2018 | Ram Promaster White | 3C6TRVDG0JE105516 |
| 183 | Not Specified | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2007 | Ford E450 White | 1FDXE45S97DA76736 |
| 184 | Not Specified | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2014 | International 4300 White | 3HAMMAAL5EL488971 |
| 185 | Not Specified | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 1999 | Gmc W3500 White | J8DB4B149X7011072 |
| 186 | Not Specified | Nevada - 7925 W Arby Ave, Ste 130, Las Vegas, Nv 89113 | 2022 | Nissan Pathfinder | 5N1DR3BD3NC232344 |
| 187 | Not Specified | Ohio - 7035 N. Dixie Dr, Dayton, Oh 45414 - Unknown | 2015 | Ford Transit | 1FTYR2XM0FKB00061 |
| 188 | Not Specified | Ohio - 7035 N. Dixie Dr, Dayton, Oh 45414 - Unknown | 2015 | Ford Transit | 1FTYR2XM2FKA19787 |
| 189 | Not Specified | Ohio - 7035 N. Dixie Dr, Dayton, Oh 45414 - Unknown | 2015 | Nissan Nv200 | 3N6CM0KN0FK712453 |
| 190 | Not Specified | Ohio - 7035 N. Dixie Dr, Dayton, Oh 45414 - Unknown | 2013 | Ford Transit Connect Xlt | NM0LS7DN1DT151680 |
| 191 | Not Specified | Ohio - 7035 N. Dixie Dr, Dayton, Oh 45414 - Unknown | 2017 | Ford Transit 250 | 1FTYR2XM4HKB15245 |
| 192 | Not Specified | Ohio - 7035 N. Dixie Dr, Dayton, Oh 45414 - Unknown | 2017 | Ford Transit 250 | 1FTYR2XM5HKA90307 |
| 193 | Not Specified | Ohio - 7035 N. Dixie Dr, Dayton, Oh 45414 - Unknown | 2018 | Ford Transit 250 | 1FTYR1CM5JKB03269 |
| 194 | Not Specified | Ohio - 8252 North County Road 25A, Piqua, Oh 45356 - Unknown | 2007 | Gmc Savana 3500 | 1GDGG31V371904334 |
| 195 | Not Specified | Ohio - 8252 North County Road 25A, Piqua, Oh 45356 - Unknown | 2014 | Chevy Express 3500 | 1GB3G3CG7E1156335 |
| 196 | Not Specified | Ohio - 8252 North County Road 25A, Piqua, Oh 45356 - Unknown | 2015 | Chevy Express 3500 | 1GB3G3CG9F1250055 |
| 197 | Not Specified | Ohio - 8252 North County Road 25A, Piqua, Oh 45356 - Unknown | 2015 | Dodge Promaster City Slt | ZFBERFBT3F6192903 |
| 198 | Not Specified | Ohio - 8252 North County Road 25A, Piqua, Oh 45356 - Unknown | 2016 | Chevy Express 3500 | 1GB3GTCG2G1329245 |
| 199 | Not Specified | Ohio - 8252 North County Road 25A, Piqua, Oh 45356 - Unknown | 2000 | Isuzu Frr | JALF5C138Y7701196 |
| 200 | Not Specified | Ohio - 8252 North County Road 25A, Piqua, Oh 45356 - Unknown | 2020 | Ford Transit | NM0LS7E23L1475521 |
| 201 | Not Specified | Oregon - 19355 Sw Teton Ave, Tualatin, Or 97062 | 2000 | Chevrolet Astro | 1GNDM19W6YB220057 |
| 202 | Not Specified | Oregon - 19355 Sw Teton Ave, Tualatin, Or 97062 | 1999 | Isuzu Nqr | JALE4B143X7900057 |
| 203 | Not Specified | Oregon - 19355 Sw Teton Ave, Tualatin, Or 97062 | 2003 | Dodge Caravan | 1D4GP24343B272329 |
| 204 | Not Specified | Oregon - 19355 Sw Teton Ave, Tualatin, Or 97062 | 2003 | Chrysler Town & Country | 2C4GP44353R351731 |
| 205 | Not Specified | Oregon - 19355 Sw Teton Ave, Tualatin, Or 97062 | 2008 | Dodge Caravan | 2D8HN44HX8R669617 |
| 206 | Not Specified | Oregon - 19355 Sw Teton Ave, Tualatin, Or 97062 | 2019 | Ram Promaster Cargo Van | 3C6TRVBG1KE547824 |
| 207 | Not Specified | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2007 | Ford E450 White | 1FDXE45S87DA80857 |
| 208 | Not Specified | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2019 | Dodge Promaster 2500 White | 3C6TRVCG6KE520374 |
| 209 | Not Specified | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2021 | Chevy 3500 | 54DCDW1D4MS204988 |
| 210 | Not Specified | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2019 | Dodge Ram Promaster 2550 White | 3C6TRVCG9KE539890 |
| 211 | Not Specified | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2022 | Ram Promaster City Wagon | ZFBHRFAB4N6X35681 |
| 212 | Not Specified | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2022 | Ram Promaster City Wagon | ZFBHRFAB9N6W85361 |
| 213 | Not Specified | S. California - 530 Opper St, Unit C, Escondido, Ca 92029 | 2014 | Dodge Ram White | 2C4JRGAG2ER303082 |
| 214 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2013 | Isuzu Npr White | JALC4W162D7002156 |
| 215 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2015 | Isuzu Npr | 54DB4W1BXFS807604 |
| 216 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2007 | Gmc W5500 White | J8DE5B16177902789 |
| 217 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2006 | Isuzu Npr Hd White | 4KLC4B1U36J801474 |
| 218 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2012 | Isuzu Npr White | JALC4W161C7004267 |
| 219 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2015 | Ford Transit-350 White | 1FDWS9ZM7FKA09513 |
| 220 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2009 | Chevy Express 3500 White | 1GBJG31K791108287 |
| 221 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2014 | Ford F-250 Super Duty White | 1FTBF2A6XEEA79824 |
| 222 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2017 | Isuzu Npr-Hd White | 54DC4W1BXHS807237 |
| 223 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2017 | Ford Transit 150 White | 1FFTYE1YM3HKB56972 |
| 224 | Not Specified | Texas - 115919 S Petro Park Dr, Houston, Tx 77041 | 2011 | Chevy Express 3500 White | 1GB3G4CGXB1161255 |
| 225 | Not Specified | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2017 | Nissan Nv200 White | 3N6CM0KN7HK707852 |
| 226 | Not Specified | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2017 | Ford Transit | NM0LS7E77H1319629 |
| 227 | Not Specified | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2022 | Ram Promaster City Wagon | ZFBHRFAB5N6W64068 |
| 228 | Not Specified | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2015 | Chevy Silverado White | 1GC2CUEG4FZ501183 |
| 229 | Not Specified | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2022 | Ram Promaster City Wagon | ZFBHRFAB7N6W95189 |
| 230 | Not Specified | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2022 | Ram Promaster City Wagon | ZFBHRFAB8N6Y27277 |
| 231 | Not Specified | Texas - 204 N Ww White Rd, San Antonio, Tx, 78219 | 2022 | Ram Promaster City Wagon | ZFBHRFAB4N6Y17751 |
| 232 | Not Specified | Texas - 2709 Electronic Ln, Dallas, Tx 75220 | 2018 | Isuzu White | JALC4W16XJ7010565 |
| 233 | Not Specified | Texas - 2709 Electronic Ln, Dallas, Tx 75220 | 2018 | Isuzu Npr | JALC4W162J7010561 |
| 234 | Not Specified | Texas - 2709 Electronic Ln, Dallas, Tx 75220 | 2019 | Nissan Nv200 White | 3N6CM0KN2KK706549 |
| 235 | Not Specified | Texas - 2709 Electronic Ln, Dallas, Tx 75220 | 2018 | Isuzu Npr White | JALE5W161J7301669 |
| 236 | Not Specified | Texas - 2709 Electronic Ln, Dallas, Tx 75220 | 2012 | Mitsubishi Canter Fe160 White | JL6BNG1A4CK003753 |

**Refreshing USA and Related Entities**
Vehicle Summary List

| Ref | Title Holder | Garaging Address | Year | Asset Description | Vin |
|---|---|---|---|---|---|
| 237 | Not Specified | Texas - 2709 Electronic Ln, Dallas, Tx 75220 | 2023 | Mercedes - Benz Sprinter 2500 | W1Y4NDHY5PT151232 |
| 238 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2013 | Mitsubisi Fuso | JL6BNE1A0DK001259 |
| 239 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2005 | Chevrolet C5500 Kodiak White | 1GBE5C1245F527573 |
| 240 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2006 | Chevy Express 3500 White | 1GBJG31U361225829 |
| 241 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2010 | Chevy Colorado Blue | 1GCDSCDEXA8148663 |
| 242 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2012 | Chevy Express 3500 White | 1GB3G4BG8C1195150 |
| 243 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2005 | Toyota Hino White | JHBNE8JT851S10210 |
| 244 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2013 | Ford E-350 Super Duty White | 1FDWE3FL9DDA88846 |
| 245 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2019 | Chevrolet Express White | 1HA3GSC9KN005132 |
| 246 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2015 | Chevy Express 3500 White | 1GB3G4CG5F1117413 |
| 247 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2015 | Chevy Express 3500 White | 1GB3G4CG6F1242890 |
| 248 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2017 | Chevy Express 3500 White | 1GB3GSCG8H1103397 |
| 249 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2016 | Chevy Express 3500 White | 1GB3GTCG4G1315024 |
| 250 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2016 | Chevy Express 2500 White | 1GCWGAFF6G1321181 |
| 251 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2017 | Chevy Silverado 2500Hd White | 1GC2CUEG8HZ218515 |
| 252 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2017 | Chevy Silverado 3500Hd White | 1GB3CYCG5HF197496 |
| 253 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2019 | Chevy Silverado 3500Hd White | 1GB3CVCG0KF197590 |
| 254 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2019 | Chevy Express 3500 White | 1HA3GTCG4KN011376 |
| 255 | Not Specified | Texas - 343 Johnny Clark Rd, Longview, Tx 76548 | 2012 | International 4300 White | 3HAMMAAL3CL616394 |
| 256 | Not Specified | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 2007 | Chevrolet Express White | 1GBHG31U671173497 |
| 257 | Not Specified | Texas - 516 Veterans Memorial Blvd, Harker Heights, Tx 76548 | 2016 | Ford Econoline White | 1FDWE3FS8GDC52762 |
| 258 | Not Specified | Texas - 602 S Meadow Ave, Odessa, Tx 79761 | 2013 | Gmc Savana 3500 Wt White | 1GD373BG1D1133821 |
| 259 | Not Specified | Texas - 602 S Meadow Ave, Odessa, Tx 79761 | 2014 | Gmc Savana 3500 Wt White | 1GD072BA3E1133023 |
| 260 | Not Specified | Texas - 602 S Meadow Ave, Odessa, Tx 79761 | 2008 | Gmc G4 White | 4KDB4B1U18J802228 |
| 261 | Not Specified | Texas - 602 S Meadow Ave, Odessa, Tx 79761 | 2006 | Chevrolet W3500 Tiltmaster White | 4KBB4B1U86J802071 |
| 262 | Not Specified | Texas - 602 S Meadow Ave, Odessa, Tx 79761 | 2013 | Isuzu Npr Cabover White | 54DC4W1B5DS800139 |
| 263 | Not Specified | Texas - 602 S Meadow Ave, Odessa, Tx 79761 | 2010 | Ford Transit Transit Connect White | NM0LS7DN3AT029169 |
| 264 | Not Specified | Texas - 602 S Meadow Ave, Odessa, Tx 79761 | 2017 | Ford Transit Transit Hightop 2500 White | 1FTYR2CM4HKA76226 |
| 265 | Not Specified | Utah - 586 @ 9320 S, Sandy, Ut 84070 | 2004 | Ford F650 Superduty | 3FRVF65L74V654908 |
| 266 | Not Specified | Utah - 586 @ 9320 S, Sandy, Ut 84070 | 2007 | Freightliner M2 | 1FVACWDD57HX98846 |
| 267 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2021 | Ram Promaster 2500 | 3C6LRVDG3ME565631 |
| 268 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2022 | Ram Promaster City | ZFBHRFAB7N6W950077 |
| 269 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2019 | Nissan Altima Silver | 1N4BL4EV9KC249925 |
| 270 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2002 | Gmc W4500 | 4KDC4B1R92J803943 |
| 271 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2008 | Ford E350 | 1FDWE35L28DA67361 |
| 272 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2019 | Nissan Nv200 | 3N6CM0KN3KK709864 |
| 273 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 1999 | Isuzu Npr | 4KLB4B1R9XJ003120 |
| 274 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2023 | Isuzu Npr Hd | 54DC4W1D4PS203523 |
| 275 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2020 | Ram Promaster Cargo Van | 3C6TRVBG3LE102714 |
| 276 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2021 | Dodge Ram Promaster | ZFBHRFABXM6U70988 |
| 277 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2007 | Mifu Service Straight Truck | JL6BBD1s77K004658 |
| 278 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2004 | Gmc Yukon | 1GKFK66U44J265185 |
| 279 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2002 | Nissan Pathfinder | JN8DR09Y72W710923 |
| 280 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2005 | Gmc Savana 3500 | 1GDJG31V351907950 |
| 281 | Not Specified | Washington - 2732 Grand Ave, Ste 122, Everett, Wa 98201 | 2022 | Toyota Rav4 | JTMB6RFV3ND061597 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1 | 4825 | TX - Austin | WST 700 | 2620102489 |
| 2 | 5315 | AZ - Phoenix | WST 700 | 103529 |
| 3 | 5442 | VA - VA/West VA - CJ Richard | WST 700 | 1122104387 |
| 4 | 395 | CA - Los Angeles | WST 700 | 103472 |
| 5 | 5726 | OR - Gumball | Not Specified | |
| 6 | 7277 | OR - Gumball | Not Specified | |
| 7 | 7278 | OR - Gumball | Not Specified | |
| 8 | 7279 | OR - Gumball | Not Specified | |
| 9 | 7280 | OR - Gumball | Not Specified | |
| 10 | 7281 | OR - Gumball | Not Specified | |
| 11 | 7282 | OR - Gumball | Not Specified | |
| 12 | 5730 | OR - Gumball | Not Specified | |
| 13 | 7232 | OR - Gumball | Not Specified | |
| 14 | 7233 | OR - Gumball | Not Specified | |
| 15 | 7234 | OR - Gumball | Not Specified | |
| 16 | 7235 | OR - Gumball | Not Specified | |
| 17 | 7236 | OR - Gumball | Not Specified | |
| 18 | 7237 | OR - Gumball | Not Specified | |
| 19 | 5723 | OR - Gumball | Not Specified | |
| 20 | 7265 | OR - Gumball | Not Specified | |
| 21 | 7266 | OR - Gumball | Not Specified | |
| 22 | 7267 | OR - Gumball | Not Specified | |
| 23 | 7268 | OR - Gumball | Not Specified | |
| 24 | 7269 | OR - Gumball | Not Specified | |
| 25 | 7270 | OR - Gumball | Not Specified | |
| 26 | 5731 | OR - Gumball | Not Specified | |
| 27 | 7226 | OR - Gumball | Not Specified | |
| 28 | 7227 | OR - Gumball | Not Specified | |
| 29 | 7228 | OR - Gumball | Not Specified | |
| 30 | 7229 | OR - Gumball | Not Specified | |
| 31 | 7230 | OR - Gumball | Not Specified | |
| 32 | 7231 | OR - Gumball | Not Specified | |
| 33 | 5733 | OR - Gumball | Not Specified | |
| 34 | 7206 | OR - Gumball | Not Specified | |
| 35 | 7207 | OR - Gumball | Not Specified | |
| 36 | 7208 | OR - Gumball | Not Specified | |
| 37 | 7209 | OR - Gumball | Not Specified | |
| 38 | 7210 | OR - Gumball | Not Specified | |
| 39 | 7211 | OR - Gumball | Not Specified | |
| 40 | 7337 | OR - Gumball | Not Specified | |
| 41 | 5736 | OR - Gumball | Not Specified | |
| 42 | 7283 | OR - Gumball | Not Specified | |
| 43 | 7284 | OR - Gumball | Not Specified | |
| 44 | 7285 | OR - Gumball | Not Specified | |
| 45 | 7286 | OR - Gumball | Not Specified | |
| 46 | 7287 | OR - Gumball | Not Specified | |
| 47 | 7288 | OR - Gumball | Not Specified | |
| 48 | Gumball254 | OR - Gumball | Not Specified | |
| 49 | 6299 | OR - Gumball | Not Specified | |
| 50 | 6300 | OR - Gumball | Not Specified | |
| 51 | 6301 | OR - Gumball | Not Specified | |
| 52 | 6302 | OR - Gumball | Not Specified | |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 53 | 6303 | OR - Gumball | Not Specified | |
| 54 | 6304 | OR - Gumball | Not Specified | |
| 55 | 6305 | OR - Gumball | Not Specified | |
| 56 | Gumball265 | OR - Gumball | Not Specified | |
| 57 | 7329 | OR - Gumball | Not Specified | |
| 58 | 7330 | OR - Gumball | Not Specified | |
| 59 | 7331 | OR - Gumball | Not Specified | |
| 60 | 7332 | OR - Gumball | Not Specified | |
| 61 | 7333 | OR - Gumball | Not Specified | |
| 62 | 7334 | OR - Gumball | Not Specified | |
| 63 | 7335 | OR - Gumball | Not Specified | |
| 64 | 7336 | OR - Gumball | Not Specified | |
| 65 | 2737 | AZ - Phoenix | WST 700 | 103981 |
| 66 | 4741 | GA - Georgia - Keaaron Elder | WST 700 | 1121103622 |
| 67 | 5725 | OR - Gumball | Not Specified | |
| 68 | 7194 | OR - Gumball | Not Specified | |
| 69 | 7195 | OR - Gumball | Not Specified | |
| 70 | 7196 | OR - Gumball | Not Specified | |
| 71 | 7197 | OR - Gumball | Not Specified | |
| 72 | 7198 | OR - Gumball | Not Specified | |
| 73 | 7199 | OR - Gumball | Not Specified | |
| 74 | 5721 | OR - Gumball | Not Specified | |
| 75 | 7245 | OR - Gumball | Not Specified | |
| 76 | 7246 | OR - Gumball | Not Specified | |
| 77 | 7247 | OR - Gumball | Not Specified | |
| 78 | 7248 | OR - Gumball | Not Specified | |
| 79 | 7249 | OR - Gumball | Not Specified | |
| 80 | 7250 | OR - Gumball | Not Specified | |
| 81 | 5732 | OR - Gumball | Not Specified | |
| 82 | 7188 | OR - Gumball | Not Specified | |
| 83 | 7189 | OR - Gumball | Not Specified | |
| 84 | 7190 | OR - Gumball | Not Specified | |
| 85 | 7191 | OR - Gumball | Not Specified | |
| 86 | 7192 | OR - Gumball | Not Specified | |
| 87 | 7193 | OR - Gumball | Not Specified | |
| 88 | 7308 | OR - Gumball | Not Specified | |
| 89 | 7309 | OR - Gumball | Not Specified | |
| 90 | 7310 | OR - Gumball | Not Specified | |
| 91 | 7311 | OR - Gumball | Not Specified | |
| 92 | 7312 | OR - Gumball | Not Specified | |
| 93 | 7313 | OR - Gumball | Not Specified | |
| 94 | 7314 | OR - Gumball | Not Specified | |
| 95 | 7339 | OR - Gumball | Not Specified | |
| 96 | Gumball 219 | OR - Gumball | Not Specified | |
| 97 | 7461 | OR - Gumball | Not Specified | |
| 98 | 7462 | OR - Gumball | Not Specified | |
| 99 | 7463 | OR - Gumball | Not Specified | |
| 100 | 7464 | OR - Gumball | Not Specified | |
| 101 | 7465 | OR - Gumball | Not Specified | |
| 102 | 7466 | OR - Gumball | Not Specified | |
| 103 | Gumball259 | OR - Gumball | Not Specified | |
| 104 | 7482 | OR - Gumball | Not Specified | |

**Attachment #2**
**Page 2 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 105 | 7483 | OR - Gumball | Not Specified | |
| 106 | 7484 | OR - Gumball | Not Specified | |
| 107 | 7485 | OR - Gumball | Not Specified | |
| 108 | 7486 | OR - Gumball | Not Specified | |
| 109 | 7487 | OR - Gumball | Not Specified | |
| 110 | Gumball177 | OR - Gumball | Not Specified | |
| 111 | Gumball243 | OR - Gumball | Not Specified | |
| 112 | 7315 | OR - Gumball | Not Specified | |
| 113 | 7316 | OR - Gumball | Not Specified | |
| 114 | 7317 | OR - Gumball | Not Specified | |
| 115 | 7318 | OR - Gumball | Not Specified | |
| 116 | 7319 | OR - Gumball | Not Specified | |
| 117 | 7320 | OR - Gumball | Not Specified | |
| 118 | 7321 | OR - Gumball | Not Specified | |
| 119 | 7322 | OR - Gumball | Not Specified | |
| 120 | 7340 | OR - Gumball | Not Specified | |
| 121 | 5737 | OR - Gumball | Not Specified | |
| 122 | 7257 | OR - Gumball | Not Specified | |
| 123 | 7258 | OR - Gumball | Not Specified | |
| 124 | 7259 | OR - Gumball | Not Specified | |
| 125 | 7260 | OR - Gumball | Not Specified | |
| 126 | 7261 | OR - Gumball | Not Specified | |
| 127 | 7262 | OR - Gumball | Not Specified | |
| 128 | 7263 | OR - Gumball | Not Specified | |
| 129 | 7264 | OR - Gumball | Not Specified | |
| 130 | 7069 | OR - Gumball | Not Specified | |
| 131 | 7070 | OR - Gumball | Not Specified | |
| 132 | 7071 | OR - Gumball | Not Specified | |
| 133 | 7072 | OR - Gumball | Not Specified | |
| 134 | 7073 | OR - Gumball | Not Specified | |
| 135 | 7074 | OR - Gumball | Not Specified | |
| 136 | 7075 | OR - Gumball | Not Specified | |
| 137 | 5728 | OR - Gumball | Not Specified | |
| 138 | 7271 | OR - Gumball | Not Specified | |
| 139 | 7272 | OR - Gumball | Not Specified | |
| 140 | 7273 | OR - Gumball | Not Specified | |
| 141 | 7274 | OR - Gumball | Not Specified | |
| 142 | 7275 | OR - Gumball | Not Specified | |
| 143 | 7276 | OR - Gumball | Not Specified | |
| 144 | Gumball205 | OR - Gumball | Not Specified | |
| 145 | 6779 | OR - Gumball | Not Specified | |
| 146 | 6780 | OR - Gumball | Not Specified | |
| 147 | 6781 | OR - Gumball | Not Specified | |
| 148 | 6782 | OR - Gumball | Not Specified | |
| 149 | 6783 | OR - Gumball | Not Specified | |
| 150 | 6784 | OR - Gumball | Not Specified | |
| 151 | 6785 | OR - Gumball | Not Specified | |
| 152 | Gumball150 | OR - Gumball | Not Specified | |
| 153 | 7035 | OR - Gumball | Not Specified | |
| 154 | 7036 | OR - Gumball | Not Specified | |
| 155 | 7037 | OR - Gumball | Not Specified | |
| 156 | 7038 | OR - Gumball | Not Specified | |

**Attachment #2**
**Page 3 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 157 | 7039 | OR - Gumball | Not Specified | |
| 158 | 7040 | OR - Gumball | Not Specified | |
| 159 | Gumball178 | OR - Gumball | Not Specified | |
| 160 | 7289 | OR - Gumball | Not Specified | |
| 161 | 7290 | OR - Gumball | Not Specified | |
| 162 | 7291 | OR - Gumball | Not Specified | |
| 163 | 7292 | OR - Gumball | Not Specified | |
| 164 | 7293 | OR - Gumball | Not Specified | |
| 165 | 7294 | OR - Gumball | Not Specified | |
| 166 | 7295 | OR - Gumball | Not Specified | |
| 167 | 7301 | OR - Gumball | Not Specified | |
| 168 | 7302 | OR - Gumball | Not Specified | |
| 169 | 7303 | OR - Gumball | Not Specified | |
| 170 | 7304 | OR - Gumball | Not Specified | |
| 171 | 7305 | OR - Gumball | Not Specified | |
| 172 | 7306 | OR - Gumball | Not Specified | |
| 173 | 7307 | OR - Gumball | Not Specified | |
| 174 | 6285 | OR - Gumball | Not Specified | |
| 175 | 6286 | OR - Gumball | Not Specified | |
| 176 | 6287 | OR - Gumball | Not Specified | |
| 177 | 6288 | OR - Gumball | Not Specified | |
| 178 | 6289 | OR - Gumball | Not Specified | |
| 179 | 6290 | OR - Gumball | Not Specified | |
| 180 | 6291 | OR - Gumball | Not Specified | |
| 181 | 5727 | OR - Gumball | Not Specified | |
| 182 | 6969 | OR - Gumball | Not Specified | |
| 183 | 7238 | OR - Gumball | Not Specified | |
| 184 | 7239 | OR - Gumball | Not Specified | |
| 185 | 7240 | OR - Gumball | Not Specified | |
| 186 | 7241 | OR - Gumball | Not Specified | |
| 187 | 7242 | OR - Gumball | Not Specified | |
| 188 | 7243 | OR - Gumball | Not Specified | |
| 189 | 7244 | OR - Gumball | Not Specified | |
| 190 | 5724 | OR - Gumball | Not Specified | |
| 191 | 7212 | OR - Gumball | Not Specified | |
| 192 | 7213 | OR - Gumball | Not Specified | |
| 193 | 7214 | OR - Gumball | Not Specified | |
| 194 | 7215 | OR - Gumball | Not Specified | |
| 195 | 7216 | OR - Gumball | Not Specified | |
| 196 | 7217 | OR - Gumball | Not Specified | |
| 197 | 7218 | OR - Gumball | Not Specified | |
| 198 | 7219 | OR - Gumball | Not Specified | |
| 199 | 7338 | OR - Gumball | Not Specified | |
| 200 | Gumball266 | OR - Gumball | Not Specified | |
| 201 | 5729 | OR - Gumball | Not Specified | |
| 202 | 6970 | OR - Gumball | Not Specified | |
| 203 | 6971 | OR - Gumball | Not Specified | |
| 204 | 6972 | OR - Gumball | Not Specified | |
| 205 | 6973 | OR - Gumball | Not Specified | |
| 206 | 6974 | OR - Gumball | Not Specified | |
| 207 | 6975 | OR - Gumball | Not Specified | |
| 208 | Gumball250 | OR - Gumball | Not Specified | |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 209 | Gumball267 | OR - Gumball | Not Specified | |
| 210 | 7296 | OR - Gumball | Not Specified | |
| 211 | 7297 | OR - Gumball | Not Specified | |
| 212 | 7298 | OR - Gumball | Not Specified | |
| 213 | 7299 | OR - Gumball | Not Specified | |
| 214 | 7300 | OR - Gumball | Not Specified | |
| 215 | 5722 | OR - Gumball | Not Specified | |
| 216 | 7220 | OR - Gumball | Not Specified | |
| 217 | 7221 | OR - Gumball | Not Specified | |
| 218 | 7222 | OR - Gumball | Not Specified | |
| 219 | 7223 | OR - Gumball | Not Specified | |
| 220 | 7224 | OR - Gumball | Not Specified | |
| 221 | 7225 | OR - Gumball | Not Specified | |
| 222 | Gumball173 | OR - Gumball | Not Specified | |
| 223 | Gumball260 | OR - Gumball | Not Specified | |
| 224 | 7475 | OR - Gumball | Not Specified | |
| 225 | 7476 | OR - Gumball | Not Specified | |
| 226 | 7477 | OR - Gumball | Not Specified | |
| 227 | 7478 | OR - Gumball | Not Specified | |
| 228 | 7479 | OR - Gumball | Not Specified | |
| 229 | 7480 | OR - Gumball | Not Specified | |
| 230 | 7481 | OR - Gumball | Not Specified | |
| 231 | Gumball225 | OR - Gumball | Not Specified | |
| 232 | 6292 | OR - Gumball | Not Specified | |
| 233 | 6293 | OR - Gumball | Not Specified | |
| 234 | 6294 | OR - Gumball | Not Specified | |
| 235 | 6295 | OR - Gumball | Not Specified | |
| 236 | 6296 | OR - Gumball | Not Specified | |
| 237 | 6297 | OR - Gumball | Not Specified | |
| 238 | 6298 | OR - Gumball | Not Specified | |
| 239 | 310 | OR - Oregon - Shannon Duffy | WST 700 | 100886 |
| 240 | 453 | CA - Los Angeles | WST 700 | 102593 |
| 241 | 6804 | TX - North & East TX/Oklahoma | WST 700 | 721103438 |
| 242 | 638 | TX - North & East TX/Oklahoma | WST 700 | 3021103964 |
| 243 | 6810 | TX - North & East TX/Oklahoma | WST 700 | 2220102342 |
| 244 | 649 | TX - North & East TX/Oklahoma | WST 700 | 1721103694 |
| 245 | 6885 | TX - North & East TX/Oklahoma | WST 700 | 621103427 |
| 246 | 6809 | TX - North & East TX/Oklahoma | WST 700 | 3120102585 |
| 247 | 648 | TX - North & East TX/Oklahoma | WST 700 | 2520102437 |
| 248 | 6884 | TX - North & East TX/Oklahoma | WST 700 | 621103405 |
| 249 | 647 | TX - North & East TX/Oklahoma | WST 700 | 1820102260 |
| 250 | 6788 | TX - North & East TX/Oklahoma | WST 700 | 721103459 |
| 251 | 6818 | TX - North & East TX/Oklahoma | WST 700 | 2820102531 |
| 252 | 639 | TX - North & East TX/Oklahoma | WST 700 | 2620102495 |
| 253 | 580 | TX - West Texas | WST 700 | 2820102513 |
| 254 | 7370 | TX - West Texas | WST 700 | 621103409 |
| 255 | 1565 | TX - West Texas | WST 700 | 2020102305 |
| 256 | 609 | TX - West Texas | WST 700 | 103910 |
| 257 | 1092 | TX - San Antonio | WST 700 | 1021103577 |
| 258 | 876 | TX - West Texas | WST 700 | 721103447 |
| 259 | 576 | TX - West Texas | WST 700 | 3021103962 |
| 260 | 7368 | TX - West Texas | WST 700 | 721103462 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 261 | 898 | TX - West Texas | WST 700 | 2220102381 |
| 262 | 529 | TX - West Texas | WST 700 | 3120102577 |
| 263 | 557 | TX - West Texas | WST 700 Hylyte | 1021103546 |
| 264 | 555 | TX - West Texas | WST 700 | 2520102406 |
| 265 | 524 | TX - West Texas | WST 700 | 3721104023 |
| 266 | 674 | TX - West Texas | WST 700 | 2620102447 |
| 267 | 6661 | TX - West Texas | WST 700 | 2820102539 |
| 268 | 586 | TX - West Texas | WST 700 | 1820102244 |
| 269 | 7820 | TX - West Texas | WST 700 | 3120102600 |
| 270 | 7424 | TX - El Paso/New Mexico | WST 700 | 621103428 |
| 271 | 1553 | TX - El Paso/New Mexico | WST 700 | 103121 |
| 272 | 7367 | TX - West Texas | WST 700 | 921103511 |
| 273 | 583 | TX - West Texas | WST 700 | 3021103974 |
| 274 | 750 | TX - West Texas | WST 700 | 4918101261 |
| 275 | 7136 | TX - West Texas | WST 700 | 2520102445 |
| 276 | 925 | TX - El Paso/New Mexico | WST 700 | 5118101333 |
| 277 | 923 | TX - El Paso/New Mexico | WST 700 | 5118101307 |
| 278 | 1561 | TX - West Texas | WST 700 | 103074 |
| 279 | 579 | TX - West Texas | WST 700 | 3019101626 |
| 280 | 6652 | TX - West Texas | Not Specified | 721103445 |
| 281 | 7123 | TX - West Texas | WST 700 | 1820102214 |
| 282 | 665 | TX - West Texas | WST 700 | 2820102538 |
| 283 | 926 | TX - El Paso/New Mexico | WST 700 | 5118101308 |
| 284 | 902 | TX - El Paso/New Mexico | WST 700 | 5218101366 |
| 285 | 584 | TX - West Texas | WST 700 | 3021103955 |
| 286 | 7134 | TX - El Paso/New Mexico | WST 700 | 2520102410 |
| 287 | 930 | TX - El Paso/New Mexico | WST 700 | 5118101315 |
| 288 | 1554 | TX - El Paso/New Mexico | WST 700 | 103125 |
| 289 | 531 | TX - West Texas | WST 700 | 2520102393 |
| 290 | 610 | TX - West Texas | WST 700 | 1820102229 |
| 291 | 7152 | TX - El Paso/New Mexico | WST 700 | 921103504 |
| 292 | 6929 | TX - West Texas | WST 700 Hylyte | 2820102540 |
| 293 | 526 | TX - West Texas | WST 700 | 821103491 |
| 294 | 523 | TX - West Texas | WST 700 | 2520102433 |
| 295 | 927 | TX - El Paso/New Mexico | WST 700 | 3021103954 |
| 296 | 900 | TX - El Paso/New Mexico | WST 700 | 5018101280 |
| 297 | 882 | TX - North & East TX/Oklahoma | WST 700 | 1820102239 |
| 298 | 908 | TX - West Texas | WST 700 | 2020102306 |
| 299 | 661 | TX - West Texas | WST 700 | 2020102310 |
| 300 | 620 | TX - West Texas | WST 700 | 5119101741 |
| 301 | 666 | TX - West Texas | WST 700 | 3120102599 |
| 302 | 879 | TX - West Texas | WST 700 | 1820102231 |
| 303 | 7146 | TX - West Texas | WST 700 | 1820102214 |
| 304 | 1546 | TX - West Texas | WST 700 | 2520102429 |
| 305 | 1097 | TX - San Antonio | WST 700 | 1021103567 |
| 306 | 538 | TX - West Texas | WST 700 | 101116 |
| 307 | 672 | TX - West Texas | WST 700 | 1820102236 |
| 308 | 611 | TX - West Texas | WST 700 | 2020102307 |
| 309 | 7149 | TX - El Paso/New Mexico | WST 700 | 921103525 |
| 310 | 651 | TX - North & East TX/Oklahoma | WST 700 | 2820102556 |
| 311 | 883 | TX - North & East TX/Oklahoma | WST 700 | 182012234 |
| 312 | 726 | TX - West Texas | WST 700 | 5119101724 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 313 | 725 | TX - West Texas | WST 700 | 1721103696 |
| 314 | 543 | TX - West Texas | WST 700 | 2520102428 |
| 315 | 893 | TX - West Texas | WST 700 | 1820102219 |
| 316 | 575 | TX - West Texas | WST 700 | 2620102472 |
| 317 | 6931 | TX - West Texas | WST 700 Hylyte | 821103474 |
| 318 | 8281 | TX - West Texas | WST 700 | 2220102385 |
| 319 | 1099 | TX - West Texas | WST 700 | 1620102200 |
| 320 | 7828 | TX - West Texas | WST 700 | 3120102582 |
| 321 | 537 | TX - West Texas | WST 700 | 1021103574 |
| 322 | 7419 | TX - El Paso/New Mexico | WST 700 | 2820102557 |
| 323 | 522 | TX - West Texas | WST 700 | 2520102431 |
| 324 | 1566 | TX - West Texas | WST 700 | 2020102314 |
| 325 | 881 | TX - North & East TX/Oklahoma | WST 700 | 2520102403 |
| 326 | 676 | TX - West Texas | WST 700 | 3021103950 |
| 327 | 556 | TX - West Texas | WST 700 | 1820102258 |
| 328 | 673 | TX - West Texas | WST 700 | 2820102535 |
| 329 | 7347 | TX - West Texas | WST 700 | 721103437 |
| 330 | 670 | TX - West Texas | WST 700 | 2020102273 |
| 331 | 681 | TX - West Texas | WST 700 | 2520102388 |
| 332 | 539 | TX - West Texas | WST 700 | 1620102173 |
| 333 | 928 | TX - West Texas | WST 700 | 2220102339 |
| 334 | 897 | TX - West Texas | WST 700 | 1820102230 |
| 335 | 577 | TX - West Texas | WST 700 | 3021103953 |
| 336 | 532 | TX - West Texas | WST 700 | 2020102277 |
| 337 | 1555 | TX - West Texas | WST 700 | 103129 |
| 338 | 909 | TX - West Texas | WST 700 | 2520102439 |
| 339 | 1095 | TX - West Texas | WST 700 | 1021103580 |
| 340 | 7124 | TX - West Texas | WST 700 | 2620102492 |
| 341 | 727 | TX - West Texas | WST 700 | 2020102300 |
| 342 | 1549 | TX - West Texas | WST 700 | 3120102567 |
| 343 | 608 | TX - West Texas | WST 700 | 2520102414 |
| 344 | 7360 | TX - El Paso/New Mexico | WST 700 | 621103423 |
| 345 | 749 | TX - West Texas | WST 700 | 3021103947 |
| 346 | 622 | TX - West Texas | WST 700 | 103920 |
| 347 | 1548 | TX - West Texas | WST 700 | 1021103557 |
| 348 | 884 | TX - West Texas | WST 700 | 2520102408 |
| 349 | 1560 | TX - West Texas | WST 700 | 103064 |
| 350 | 607 | TX - West Texas | WST 700 | 103936 |
| 351 | 1551 | TX - El Paso/New Mexico | WST 700 | 2820102563 |
| 352 | 929 | TX - El Paso/New Mexico | WST 700 | 1820102240 |
| 353 | 578 | TX - West Texas | WST 700 | 2220102375 |
| 354 | 877 | TX - West Texas | WST 700 | 1820102237 |
| 355 | 1550 | TX - El Paso/New Mexico | WST 700 | 103115 |
| 356 | 554 | TX - West Texas | WST 700 | 2820102554 |
| 357 | 516 | TX - West Texas | WST 700 | 2220102346 |
| 358 | 6801 | TX - West Texas | WST 700 | 3120102608 |
| 359 | 911 | TX - West Texas | WST 700 | 1820102218 |
| 360 | 606 | TX - West Texas | WST 700 | 2220102384 |
| 361 | 679 | TX - West Texas | WST 700 | 2620102480 |
| 362 | 521 | TX - West Texas | WST 700 | 2020102278 |
| 363 | 7356 | TX - West Texas | WST 700 | 2820102510 |
| 364 | 1562 | TX - West Texas | WST 700 | 103076 |

**Attachment #2**
**Page 7 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 365 | 751 | TX - West Texas | WST 700 | 2020102293 |
| 366 | 1096 | TX - San Antonio | WST 700 | 1820102238 |
| 367 | 636 | TX - West Texas | WST 700 | 1820102248 |
| 368 | 829 | TX - West Texas | WST 700 | 2520102426 |
| 369 | 553 | TX - West Texas | WST 700 | 3120102575 |
| 370 | 924 | TX - El Paso/New Mexico | WST 700 | |
| 371 | 1094 | TX - West Texas | WST 700 | 5119101712 |
| 372 | 534 | TX - West Texas | WST 700 | 2820102511 |
| 373 | 7345 | TX - West Texas | WST 700 | 721103456 |
| 374 | 6927 | TX - West Texas | WST 700 | 2620102486 |
| 375 | 1093 | TX - West Texas | WST 700 | 5119101713 |
| 376 | 910 | TX - West Texas | WST 700 | 2620102450 |
| 377 | 6658 | TX - West Texas | WST 700 | 3120102601 |
| 378 | 901 | TX - El Paso/New Mexico | WST 700 | 3021103966 |
| 379 | 7357 | TX - West Texas | WST 700 | 1620102199 |
| 380 | Gumball261 | OR - Gumball | Not Specified | |
| 381 | Gumball206 | OR - Gumball | Not Specified | |
| 382 | 7467 | OR - Gumball | Not Specified | |
| 383 | 7468 | OR - Gumball | Not Specified | |
| 384 | 7469 | OR - Gumball | Not Specified | |
| 385 | 7470 | OR - Gumball | Not Specified | |
| 386 | 7471 | OR - Gumball | Not Specified | |
| 387 | 7472 | OR - Gumball | Not Specified | |
| 388 | 7473 | OR - Gumball | Not Specified | |
| 389 | 7474 | OR - Gumball | Not Specified | |
| 390 | 5735 | OR - Gumball | Not Specified | |
| 391 | 7200 | OR - Gumball | Not Specified | |
| 392 | 7201 | OR - Gumball | Not Specified | |
| 393 | 7202 | OR - Gumball | Not Specified | |
| 394 | 7203 | OR - Gumball | Not Specified | |
| 395 | 7204 | OR - Gumball | Not Specified | |
| 396 | 7205 | OR - Gumball | Not Specified | |
| 397 | Gumball268 | OR - Gumball | Not Specified | |
| 398 | 7323 | OR - Gumball | Not Specified | |
| 399 | 7324 | OR - Gumball | Not Specified | |
| 400 | 7325 | OR - Gumball | Not Specified | |
| 401 | 7326 | OR - Gumball | Not Specified | |
| 402 | 7327 | OR - Gumball | Not Specified | |
| 403 | 7328 | OR - Gumball | Not Specified | |
| 404 | 656 | CA - Los Angeles | WST 700 | 101170 |
| 405 | 7120 | CA - Los Angeles | WST 700 | 3120102611 |
| 406 | 290 | Out of Service | WST 700 | 103098 |
| 407 | Gumball220 | OR - Gumball | Not Specified | |
| 408 | 5734 | OR - Gumball | Not Specified | |
| 409 | 7251 | OR - Gumball | Not Specified | |
| 410 | 7252 | OR - Gumball | Not Specified | |
| 411 | 7253 | OR - Gumball | Not Specified | |
| 412 | 7254 | OR - Gumball | Not Specified | |
| 413 | 7255 | OR - Gumball | Not Specified | |
| 414 | 7256 | OR - Gumball | Not Specified | |
| 415 | 411 | CA - Los Angeles | WST 700 | 100936 |
| 416 | 3537 | GA - Georgia - Keaaron Elder | WST 700 | 103402 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 417 | 308 | CA - Los Angeles | WST 700 | 101960 |
| 418 | 7688 | CA - Los Angeles | WST 700 | 103553 |
| 419 | 659 | OR - Oregon - Shannon Duffy | WST 700 | 103229 |
| 420 | 6618 | GA - Georgia - Keaaron Elder | WST 700 | 621103413 |
| 421 | 5358 | GA - Georgia - Keaaron Elder | WST 700 | 1122104397 |
| 422 | 668 | CA - Los Angeles | WST 700 | 101957 |
| 423 | 7546 | CA - Los Angeles | WST 700 | 103552 |
| 424 | 985 | ZZ - Warehouse Inventory | WST 700 | 103141 |
| 425 | 7436 | ZZ - Warehouse Inventory | WST 700 CK | 104103 |
| 426 | 7967 | ZZ - Warehouse Inventory | WST 700 CK | 321103267 |
| 427 | 258 | ZZ - Warehouse Inventory | Not Specified | 321103258 |
| 428 | 667 | CA - Los Angeles | WST 700 | 101965 |
| 429 | 5821 | CA - Los Angeles | WST 700 | 103469 |
| 430 | 2867 | AZ - Phoenix | WST 700 | 103547 |
| 431 | 3535 | AZ - Phoenix | WST 700 | 621103394 |
| 432 | 2846 | AZ - Tucson | WST 700 | 104048 |
| 433 | 1573 | TX - San Antonio | WST 700 | 2519101508 |
| 434 | 4834 | WA - Western WA Water | WST 700 | 104164 |
| 435 | 2908 | GA - Georgia - Keaaron Elder | WST 700 | 2020102288 |
| 436 | 3564 | TX - Houston | WST 700 | 2820102517 |
| 437 | AW3124 | ZZ - Warehouse Inventory | AW505B | 1233124 |
| 438 | AW3125 | ZZ - Warehouse Inventory | AW505D | 123125 |
| 439 | AW3126 | ZZ - Warehouse Inventory | AW505B | 12326 |
| 440 | AW3127 | ZZ - Warehouse Inventory | AW505B | 123127 |
| 441 | AW2020 | ZZ - Warehouse Inventory | AW505DNR | 4212020 |
| 442 | 309 | CA - Los Angeles | WST 700 | 104074 |
| 443 | 628 | CA - Los Angeles | WST 700 | 104087 |
| 444 | 799 | CA - Los Angeles | WST 700 | 101184 |
| 445 | 566 | CA - Los Angeles | WST 700 | 102596 |
| 446 | 326 | CA - Sacramento | WST 700 | 101950 |
| 447 | 4286 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102400 |
| 448 | 4369 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102564 |
| 449 | SA809 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102579 |
| 450 | SA810 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102570 |
| 451 | 463200 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1122104023 |
| 452 | 492325 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1122104375 |
| 453 | 538275 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1122104387 |
| 454 | 491330 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1122104401 |
| 455 | 538158 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1122104406 |
| 456 | 538178 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1422104447 |
| 457 | 538112 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1622104460 |
| 458 | 529402 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1722104496 |
| 459 | 538094 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104507 |
| 460 | 540377 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104516 |
| 461 | 5877 | ZZ - Warehouse Inventory | WST 700 | 1121103629 |
| 462 | 1001 | ZZ - Warehouse Inventory | WST 700 | 2819101598 |
| 463 | 7551 | ZZ - Warehouse Inventory | WST 700 | 1122104399 |
| 464 | 7552 | ZZ - Warehouse Inventory | WST 700 | 2122104577 |
| 465 | 7553 | ZZ - Warehouse Inventory | WST 700 | 2122104579 |
| 466 | 7598 | ZZ - Warehouse Inventory | WST 700 | 1122104390 |
| 467 | 7605 | ZZ - Warehouse Inventory | WST 700 | 419101460 |
| 468 | 7925 | ZZ - Warehouse Inventory | WST 700 | 1620102160 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 469 | 8365 | ZZ - Warehouse Inventory | WST 700 | 419101478 |
| 470 | 8553 | ZZ - Warehouse Inventory | Not Specified | 1422104432 |
| 471 | 996 | ZZ - Warehouse Inventory | WST 700 | 3019101628 |
| 472 | 8555 | ZZ - Warehouse Inventory | WST 700 | 1822104501 |
| 473 | 8556 | ZZ - Warehouse Inventory | WST 700 | 1822104509 |
| 474 | 5354 | GA - Georgia - Keaaron Elder | WST 700 | 1122104370 |
| 475 | 8563 | Out of Service | WST 700 | 103014 |
| 476 | 5309 | TX - San Antonio | WST 700 | 1021103566 |
| 477 | 7413 | OR - Oregon - Shannon Duffy | WST 700 Hylyte | |
| 478 | 497 | CA - Los Angeles | WST 700 | 101015 |
| 479 | 8258 | AZ - Phoenix | WST 700 | 103523 |
| 480 | 8269 | AZ - Phoenix | WST 700 | 103456 |
| 481 | 8277 | AZ - Phoenix | WST 700 | 103461 |
| 482 | 8104 | AZ - Phoenix | WST 700 | 103253 |
| 483 | 8242 | AZ - Phoenix | WST 700 | 103145 |
| 484 | 8386 | AZ - Phoenix | WST 700 | 103491 |
| 485 | 8251 | AZ - Phoenix | WST 700 | 103394 |
| 486 | 8273 | AZ - Phoenix | WST 700 | 103445 |
| 487 | AZ360 | NV - Las Vegas | WST 700 | 103225 |
| 488 | 8499 | NV - Las Vegas | WST 700 | 103341 |
| 489 | 8500 | NV - Las Vegas | WST 700 | 103326 |
| 490 | 8495 | AZ - Phoenix | WST 700 | 103282 |
| 491 | 8249 | AZ - Phoenix | WST 700 | 103512 |
| 492 | 8266 | AZ - Phoenix | WST 700 | 103518 |
| 493 | 8339 | AZ - Phoenix | WST 700 | 103458 |
| 494 | 8255 | AZ - Phoenix | WST 700 | 103573 |
| 495 | 8270 | AZ - Phoenix | WST 700 | 103468 |
| 496 | 8271 | AZ - Phoenix | WST 700 | 103433 |
| 497 | 8256 | AZ - Phoenix | WST 700 | 103578 |
| 498 | 8263 | AZ - Phoenix | WST 700 | 103609 |
| 499 | 8297 | AZ - Phoenix | WST 700 | 103460 |
| 500 | 8265 | AZ - Phoenix | WST 700 | 103467 |
| 501 | 8272 | AZ - Phoenix | WST 700 | 103441 |
| 502 | 8304 | AZ - Phoenix | WST 700 | 103303 |
| 503 | 8393 | AZ - Phoenix | WST 700 | 103288 |
| 504 | 8159 | AZ - Phoenix | WST 700 | 103398 |
| 505 | 8375 | AZ - Phoenix | WST 700 | 103265 |
| 506 | 8112 | AZ - Phoenix | WST 700 | 103313 |
| 507 | 8481 | AZ - Phoenix | WST 700 | 103219 |
| 508 | 8483 | AZ - Phoenix | WST 700 | 103231 |
| 509 | 8489 | AZ - Phoenix | WST 700 | 103209 |
| 510 | 8115 | AZ - Tucson | WST 700 | 103407 |
| 511 | 8484 | AZ - Phoenix | WST 700 | 103218 |
| 512 | 8485 | AZ - Phoenix | WST 700 | 103230 |
| 513 | NV102 | NV - Las Vegas | WST 700 | 103251 |
| 514 | NV101 | NV - Las Vegas | WST 700 | 103316 |
| 515 | NV100 | NV - Las Vegas | WST 700 | 103222 |
| 516 | 8478 | TX - El Paso/New Mexico | WST 700 | 103174 |
| 517 | 8117 | AZ - Phoenix | WST 700 | 103392 |
| 518 | 8473 | AZ - Phoenix | WST 700 | 103506 |
| 519 | 8491 | AZ - Phoenix | WST 700 | 103501 |
| 520 | 8469 | AZ - Phoenix | WST 700 | 103283 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 521 | 8502 | AZ - Phoenix | WST 700 | 103597 |
| 522 | 8503 | AZ - Phoenix | WST 700 | 103495 |
| 523 | 8380 | AZ - Phoenix | WST 700 | 103280 |
| 524 | 8486 | AZ - Phoenix | WST 700 | 103159 |
| 525 | 8161 | AZ - Tucson | WST 700 | 103371 |
| 526 | 8162 | AZ - Tucson | WST 700 | 103397 |
| 527 | 8314 | AZ - Tucson | WST 700 | 103274 |
| 528 | 8468 | AZ - Tucson | WST 700 | 103224 |
| 529 | 8501 | AZ - Phoenix | WST 700 | 103502 |
| 530 | 8252 | AZ - Phoenix | WST 700 | 103241 |
| 531 | 8337 | AZ - Phoenix | WST 700 | 103396 |
| 532 | 8340 | AZ - Phoenix | WST 700 | 103373 |
| 533 | 8300 | AZ - Phoenix | WST 700 | 103268 |
| 534 | 8303 | AZ - Phoenix | WST 700 | 103155 |
| 535 | 8243 | AZ - Phoenix | WST 700 | 103144 |
| 536 | AZ237 | AZ - Phoenix | WST 700 | 103544 |
| 537 | 8101 | AZ - Phoenix | WST 700 | 103408 |
| 538 | 8114 | AZ - Phoenix | WST 700 | 103389 |
| 539 | 8492 | AZ - Phoenix | WST 700 | 103539 |
| 540 | 8394 | AZ - Phoenix | WST 700 | 103403 |
| 541 | 8390 | AZ - Tucson | WST 700 | 103245 |
| 542 | 8493 | AZ - Tucson | WST 700 | 103264 |
| 543 | 8471 | AZ - Phoenix | WST 700 | 103267 |
| 544 | 8475 | AZ - Phoenix | WST 700 | 103263 |
| 545 | 8479 | AZ - Phoenix | WST 700 | 103163 |
| 546 | 8482 | AZ - Phoenix | WST 700 | 103221 |
| 547 | 8496 | AZ - Phoenix | WST 700 | 103315 |
| 548 | 8294 | AZ - Phoenix | WST 700 | 103463 |
| 549 | AZ257 | AZ - Phoenix | WST 700 | 103546 |
| 550 | 8113 | AZ - Phoenix | WST 700 | 103417 |
| 551 | 8116 | AZ - Phoenix | WST 700 | 103275 |
| 552 | 8376 | AZ - Tucson | WST 700 | 103302 |
| 553 | 8293 | AZ - Phoenix | WST 700 | 103438 |
| 554 | 8295 | AZ - Phoenix | WST 700 | 103431 |
| 555 | 8098 | AZ - Tucson | WST 700 | 103412 |
| 556 | 8494 | AZ - Phoenix | WST 700 | 103278 |
| 557 | 8157 | AZ - Tucson | WST 700 | 103395 |
| 558 | 8392 | AZ - Tucson | WST 700 | 103292 |
| 559 | 8429 | AZ - Tucson | WST 700 | 103325 |
| 560 | 8160 | AZ - Phoenix | WST 700 | 103374 |
| 561 | 8511 | AZ - Phoenix | WST 700 | 103511 |
| 562 | 8099 | AZ - Phoenix | WST 700 | 103226 |
| 563 | 8292 | AZ - Tucson | WST 700 | 103470 |
| 564 | PWC-1500 | WA - POU Cooler | Not Specified | 17103609 |
| 565 | 10 | WA - Western WA Water | WST 700 | 103038 |
| 566 | 4901 | GA - Georgia - Keaaron Elder | WST 700 | 1622104463 |
| 567 | 7490 | CA - Los Angeles | WST 700 | 3120102619 |
| 568 | 1592 | CA - Sacramento | WST 700 | 103107 |
| 569 | 2223 | AZ - Phoenix | WST 700 | 101987 |
| 570 | 2058 | AZ - Phoenix | WST 700 | 103204 |
| 571 | NV103 | NV - Las Vegas | WST 700 | 1622104465 |
| 572 | 2028 | AZ - Phoenix | WST 700 | 101978 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 573 | 5900 | TX - Houston | WST 700 | 821103478 |
| 574 | FL5346 | FL - Tampa | WST 700 | 1122104372 |
| 575 | 872 | CA - Sacramento | WST 700 | 100798 |
| 576 | 5249 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104378 |
| 577 | 16 | WA - Western WA Water | WST 700 | 104174 |
| 578 | 4757 | TX - North & East TX/Oklahoma | WST 700 | 2620102499 |
| 579 | 7431 | OR - Oregon - Shannon Duffy | WST 700 | 104175 |
| 580 | 5356 | VA - VA/West VA - CJ Richard | WST 700 | 1122104383 |
| 581 | 5250 | VA - VA/West VA - CJ Richard | WST 700 | 1122104404 |
| 582 | 158 | CA - Los Angeles | WST 700 | 104054 |
| 583 | 5338 | VA - VA/West VA - CJ Richard | WST 700 | 1122104419 |
| 584 | 4 | WA - Western WA Water | WST 700 | 104223 |
| 585 | FL4723 | FL - Orlando - Lex Howard | WST 700 | 1121103636 |
| 586 | 5362 | CA - Los Angeles | WST 700 | 104034 |
| 587 | 276 | Out of Service | WST 700 | 100819 |
| 588 | 2865 | TX - North & East TX/Oklahoma | WST 700 | 2520102417 |
| 589 | 383 | CA - Los Angeles | WST 700 | 102594 |
| 590 | 8172 | CA - Los Angeles | WST 700 | 3021103995 |
| 591 | 844 | CA - Sacramento | WST 700 | 101201 |
| 592 | 185 | CA - Los Angeles | WST 700 | 100797 |
| 593 | 100 | OR - Oregon - Shannon Duffy | WST 700 | 104093 |
| 594 | 384 | OR - Oregon - Shannon Duffy | WST 700 | 104047 |
| 595 | 2749 | OR - Oregon - Shannon Duffy | WST 700 | 104045 |
| 596 | 683 | CA - Los Angeles | WST 700 | 10162 |
| 597 | 1614 | CA - Sacramento | WST 700 | 103012 |
| 598 | 131 | CA - Los Angeles | WST 700 | 102592 |
| 599 | 4881 | GA - Georgia - Keaaron Elder | WST 700 | 1622104487 |
| 600 | 7390 | CA - Sacramento | WST 700 | 104176 |
| 601 | 3531 | GA - Georgia - Keaaron Elder | WST 700 | 103304 |
| 602 | 1090 | CA - Sacramento | WST 700 | 103006 |
| 603 | 2829 | AZ - Phoenix | WST 700 | 103600 |
| 604 | FL6641 | FL - Tampa | WST 700 | 3120102571 |
| 605 | 4750 | GA - Georgia - Keaaron Elder | WST 700 | 1122104409 |
| 606 | 5364 | TX - El Paso/New Mexico | WST 700 | 103172 |
| 607 | 5406 | GA - Georgia - Keaaron Elder | WST 700 | 1622104469 |
| 608 | 568 | CA - Los Angeles | WST 700 | 101127 |
| 609 | 2851 | TX - North & East TX/Oklahoma | WST 700 | 2220102329 |
| 610 | 3547 | CA - Los Angeles | WST 700 | 103959 |
| 611 | 2069 | CA - Sacramento | WST 700 | 103758 |
| 612 | 7565 | VA - VA/West VA - CJ Richard | WST 700 CK | 4021104048 |
| 613 | 3530 | CA - Sacramento | WST 700 | 103966 |
| 614 | 1837 | CA - Los Angeles | WST 700 | 103701 |
| 615 | 5713 | CA - Sacramento | WST 700 CK | 103955 |
| 616 | 5714 | CA - Sacramento | WST 700 CK | 103950 |
| 617 | 5868 | AZ - Tucson | WST 700 CK | 4620102829 |
| 618 | FL2153 | FL - Fort Myers - Ron Sahadi | WST 700 | 4720102926 |
| 619 | 2361 | AZ - Phoenix | WST 700 | 221103254 |
| 620 | FL6887 | FL - Tampa | WST 700 CK | 2422104648 |
| 621 | 2256 | AZ - Phoenix | WST 700 | 103331 |
| 622 | 2257 | AZ - Phoenix | WST 700 | 103333 |
| 623 | 2864 | CA - Los Angeles | WST 700 | 103770 |
| 624 | 7684 | CA - Los Angeles | WST 700 CK | 103732 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 625 | 2794 | CA - Los Angeles | WST 700 | 1721103675 |
| 626 | 2917 | VA - VA/West VA - CJ Richard | WST 700 | 321103277 |
| 627 | 1723 | CA - Los Angeles | WST 700 | 103668 |
| 628 | 2105 | CA - Los Angeles | WST 700 | 103743 |
| 629 | 2862 | CA - Los Angeles | WST 700 | 103695 |
| 630 | 3534 | CA - Los Angeles | WST 700 | 1721103671 |
| 631 | 2812 | CA - Los Angeles | WST 700 | 1721103665 |
| 632 | 2727 | CA - Los Angeles | WST 700 | 103687 |
| 633 | 2755 | CA - Los Angeles | WST 700 | 1721103663 |
| 634 | 2724 | CA - Los Angeles | WST 700 | 1721103666 |
| 635 | 3539 | CA - Los Angeles | WST 700 | 1721103658 |
| 636 | 2704 | CA - Los Angeles | WST 700 | 103787 |
| 637 | 7460 | CA - Los Angeles | WST 700 CK | 103745 |
| 638 | FL5359 | FL - Orlando - Lex Howard | WST 700 CK | 3722104762 |
| 639 | 2916 | VA - VA/West VA - CJ Richard | WST 700 | 2819101601 |
| 640 | 2913 | VA - VA/West VA - CJ Richard | WST 700 | 4420102720 |
| 641 | 2914 | VA - VA/West VA - CJ Richard | WST 700 | 2819101656 |
| 642 | 2912 | VA - VA/West VA - CJ Richard | WST 700 | 4520102782 |
| 643 | 2915 | VA - VA/West VA - CJ Richard | WST 700 | 321103259 |
| 644 | FL2113 | FL - Orlando - Lex Howard | WST 700 | 4720102925 |
| 645 | FL6956 | FL - Orlando - Lex Howard | WST 700 CK | 2422104660 |
| 646 | FL2123 | FL - Orlando - Lex Howard | WST 700 | 4720102916 |
| 647 | FL4810 | FL - Tampa | WST 700 CK | 5320103194 |
| 648 | 1856 | TX - El Paso/New Mexico | WST 700 | 4520102791 |
| 649 | 1672 | AZ - Phoenix | WST 700 | 103646 |
| 650 | 1901 | TX - El Paso/New Mexico | WST 700 | 4520102788 |
| 651 | 2292 | AZ - Phoenix | WST 700 | 5220103156 |
| 652 | 2460 | AZ - Phoenix | WST 700 | 421103342 |
| 653 | 1702 | AZ - Phoenix | WST 700 | 4020102665 |
| 654 | 2594 | AZ - Phoenix | WST 700 | 5120103055 |
| 655 | 2339 | AZ - Phoenix | WST 700 | 221103239 |
| 656 | 2369 | AZ - Phoenix | WST 700 | 121103210 |
| 657 | 2571 | AZ - Phoenix | WST 700 | 5120103065 |
| 658 | 2572 | AZ - Phoenix | WST 700 | 5120103054 |
| 659 | 1664 | AZ - Phoenix | WST 700 | 103645 |
| 660 | 2180 | AZ - Phoenix | WST 700 | 4920102983 |
| 661 | FL4808 | FL - Tampa | WST 700 CK | 5120103112 |
| 662 | 2678 | AZ - Phoenix | WST 700 | 103896 |
| 663 | 2573 | AZ - Tucson | WST 700 | 103829 |
| 664 | 2613 | AZ - Tucson | WST 700 | 103845 |
| 665 | 1920 | CA - Los Angeles | WST 700 | 103708 |
| 666 | 5371 | TX - El Paso/New Mexico | WST 700 CK | 104099 |
| 667 | 2663 | AZ - Phoenix | WST 700 | 103834 |
| 668 | 2086 | AZ - Tucson | WST 700 | 4720102878 |
| 669 | 2656 | AZ - Tucson | WST 700 | 103832 |
| 670 | 2466 | AZ - Phoenix | WST 700 | 421103345 |
| 671 | 2504 | AZ - Phoenix | WST 700 | 521103358 |
| 672 | 2209 | AZ - Phoenix | WST 700 | 4920102931 |
| 673 | 2607 | AZ - Tucson | WST 700 | 5120103073 |
| 674 | 2608 | AZ - Tucson | WST 700 | 103911 |
| 675 | FL3552 | FL - Tampa | WST 700 | 322104260 |
| 676 | 1864 | CA - Los Angeles | WST 700 | 103738 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 677 | 1865 | CA - Los Angeles | WST 700 | 103736 |
| 678 | 1877 | CA - Los Angeles | WST 700 | 103637 |
| 679 | 1881 | CA - Los Angeles | WST 700 | 103729 |
| 680 | 1770 | CA - Los Angeles | WST 700 | 103705 |
| 681 | 2360 | AZ - Phoenix | WST 700 | 221103250 |
| 682 | 2662 | AZ - Phoenix | WST 700 | 5120103089 |
| 683 | 2141 | AZ - Phoenix | WST 700 | 4920102977 |
| 684 | 2658 | AZ - Phoenix | WST 700 | 4020102708 |
| 685 | 2643 | AZ - Tucson | WST 700 | 103817 |
| 686 | NV104 | NV - Las Vegas | WST 700 | 5020103025 |
| 687 | 6044 | AZ - Phoenix | WST 700 CK | 221103242 |
| 688 | 2642 | AZ - Phoenix | WST 700 | 5120102056 |
| 689 | 2357 | AZ - Phoenix | WST 700 | 221103233 |
| 690 | 1899 | TX - El Paso/New Mexico | WST 700 | 4520102799 |
| 691 | 1808 | CA - Los Angeles | WST 700 | 103718 |
| 692 | 1857 | TX - El Paso/New Mexico | WST 700 | 4520102803 |
| 693 | 2538 | AZ - Tucson | WST 700 | 5120103072 |
| 694 | 2539 | AZ - Tucson | WST 700 | 5120103067 |
| 695 | 1789 | CA - Los Angeles | WST 700 | 103694 |
| 696 | 1949 | AZ - Tucson | WST 700 | 103348 |
| 697 | 1807 | CA - Los Angeles | WST 700 | 103702 |
| 698 | 1774 | CA - Los Angeles | WST 700 | 103675 |
| 699 | 1940 | AZ - Tucson | WST 700 | 103236 |
| 700 | 1999 | AZ - Tucson | WST 700 | 4620102811 |
| 701 | 4831 | AZ - Phoenix | WST 700 CK | 104056 |
| 702 | NV105 | NV - Las Vegas | WST 700 | 5020103039 |
| 703 | 2650 | AZ - Phoenix | WST 700 | 5120103051 |
| 704 | 2548 | AZ - Tucson | WST 700 | 5120103076 |
| 705 | 1756 | AZ - Phoenix | WST 700 | 4020102714 |
| 706 | 5296 | TX - El Paso/New Mexico | WST 700 CK | 104102 |
| 707 | 2684 | AZ - Phoenix | WST 700 | 4620102810 |
| 708 | 2667 | TX - El Paso/New Mexico | WST 700 | 103900 |
| 709 | NV106 | NV - Las Vegas | WST 700 CK | 2822104703 |
| 710 | 2685 | AZ - Tucson | WST 700 | 4620102809 |
| 711 | 1768 | AZ - Phoenix | WST 700 | 4020102691 |
| 712 | 2102 | CA - Los Angeles | WST 700 | 103768 |
| 713 | 2634 | NV - Las Vegas | WST 700 | 221103237 |
| 714 | 1771 | CA - Los Angeles | WST 700 | 103674 |
| 715 | 2825 | AZ - Tucson | WST 700 | 103980 |
| 716 | 2826 | AZ - Tucson | WST 700 | 104032 |
| 717 | NV108 | NV - Las Vegas | WST 700 | 4720102858 |
| 718 | NV107 | NV - Las Vegas | WST 700 | 4720102844 |
| 719 | 2525 | AZ - Tucson | WST 700 | 103871 |
| 720 | 1773 | CA - Los Angeles | WST 700 | 103693 |
| 721 | 2623 | AZ - Tucson | WST 700 | 103827 |
| 722 | 2637 | AZ - Phoenix | WST 700 | 5120103053 |
| 723 | 1995 | AZ - Tucson | WST 700 | 4620102826 |
| 724 | 2629 | AZ - Phoenix | WST 700 | 5120103058 |
| 725 | 2425 | CA - Los Angeles | WST 700 | 103766 |
| 726 | 2469 | AZ - Tucson | WST 700 | 421103318 |
| 727 | 2574 | AZ - Tucson | WST 700 | 103833 |
| 728 | 1989 | AZ - Tucson | WST 700 | 103878 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 729 | 2641 | AZ - Phoenix | WST 700 | 5120103079 |
| 730 | 2688 | AZ - Phoenix | WST 700 | 103894 |
| 731 | 2486 | AZ - Phoenix | WST 700 | 421103328 |
| 732 | 2482 | AZ - Phoenix | WST 700 | 421103338 |
| 733 | 1952 | CA - Los Angeles | WST 700 | 103723 |
| 734 | 1996 | AZ - Tucson | WST 700 | 103605 |
| 735 | 2211 | AZ - Phoenix | WST 700 | 4920102930 |
| 736 | 2627 | AZ - Tucson | WST 700 | 103838 |
| 737 | 1931 | CA - Los Angeles | WST 700 | 103706 |
| 738 | 2173 | AZ - Phoenix | WST 700 | 4920102941 |
| 739 | 5419 | CA - Los Angeles | WST 700 CK | 103958 |
| 740 | 1985 | TX - El Paso/New Mexico | WST 700 | 4520102790 |
| 741 | 1775 | CA - Los Angeles | WST 700 | 103704 |
| 742 | 2133 | AZ - Phoenix | WST 700 | 4920102978 |
| 743 | 2134 | AZ - Phoenix | WST 700 | 4920102965 |
| 744 | 2610 | AZ - Tucson | WST 700 | 5120103071 |
| 745 | 2142 | CA - Sacramento | WST 700 | 103749 |
| 746 | 1848 | CA - Los Angeles | WST 700 | 103715 |
| 747 | 1735 | CA - Los Angeles | WST 700 | 103669 |
| 748 | 2442 | AZ - Phoenix | WST 700 | 5220103152 |
| 749 | 2740 | CA - Sacramento | WST 700 | 103965 |
| 750 | 2478 | AZ - Phoenix | WST 700 | 421103323 |
| 751 | 1982 | CA - Los Angeles | WST 700 | 103766 |
| 752 | 2616 | AZ - Tucson | WST 700 | 103800 |
| 753 | 2660 | AZ - Phoenix | WST 700 | 4920102966 |
| 754 | 8711 | AZ - Phoenix | WST 700 | 3120103634 |
| 755 | 2508 | AZ - Phoenix | WST 700 | 521103370 |
| 756 | 2340 | AZ - Phoenix | WST 700 | 221103255 |
| 757 | 2148 | CA - Yuba City | WST 700 | 103748 |
| 758 | 1838 | CA - Los Angeles | WST 700 | 103699 |
| 759 | 1839 | CA - Los Angeles | WST 700 | 103710 |
| 760 | 1897 | TX - El Paso/New Mexico | WST 700 | 4520102787 |
| 761 | 2487 | AZ - Phoenix | WST 700 | 421103319 |
| 762 | 2282 | AZ - Phoenix | WST 700 | 5120103098 |
| 763 | 2188 | AZ - Phoenix | WST 700 | 5020103044 |
| 764 | 2681 | AZ - Phoenix | WST 700 | 5020103018 |
| 765 | 1741 | CA - Los Angeles | WST 700 | 103624 |
| 766 | 1912 | AZ - Phoenix | WST 700 | 103332 |
| 767 | 2675 | AZ - Phoenix | WST 700 | 103820 |
| 768 | 2481 | AZ - Phoenix | WST 700 | 421103321 |
| 769 | 1894 | TX - El Paso/New Mexico | WST 700 | 4520102802 |
| 770 | 1740 | CA - Los Angeles | WST 700 | 103677 |
| 771 | NV109 | NV - Las Vegas | WST 700 | 4720102864 |
| 772 | 2358 | AZ - Phoenix | WST 700 | 221103231 |
| 773 | NV110 | NV - Las Vegas | WST 700 | 4720102847 |
| 774 | 2413 | TX - El Paso/New Mexico | WST 700 | 5220103146 |
| 775 | 1900 | TX - El Paso/New Mexico | WST 700 | 4520102801 |
| 776 | 1833 | CA - Los Angeles | WST 700 | 103716 |
| 777 | 2595 | AZ - Phoenix | WST 700 | 5120103049 |
| 778 | NV111 | NV - Las Vegas | WST 700 | 2822104726 |
| 779 | NV112 | NV - Las Vegas | WST 700 | 4720102838 |
| 780 | 2647 | TX - El Paso/New Mexico | WST 700 | 103811 |

**Attachment #2**
**Page 15 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 781 | 2648 | TX - El Paso/New Mexico | WST 700 | 103808 |
| 782 | 2347 | AZ - Phoenix | WST 700 | 221103247 |
| 783 | 1669 | AZ - Phoenix | WST 700 | 103661 |
| 784 | 2281 | AZ - Phoenix | WST 700 | 5120103104 |
| 785 | 2287 | AZ - Phoenix | WST 700 | 5120102087 |
| 786 | 1699 | AZ - Phoenix | WST 700 | |
| 787 | NV113 | NV - Las Vegas | WST 700 | 4720102869 |
| 788 | NV114 | NV - Las Vegas | WST 700 | 4720102887 |
| 789 | NV115 | NV - Las Vegas | WST 700 | 4720102845 |
| 790 | 1916 | CA - Los Angeles | WST 700 | 103720 |
| 791 | 2033 | AZ - Phoenix | WST 700 | 4720102874 |
| 792 | 2543 | AZ - Tucson | WST 700 | 103863 |
| 793 | 2393 | TX - El Paso/New Mexico | WST 700 | 321103284 |
| 794 | 2619 | AZ - Tucson | WST 700 | 103839 |
| 795 | NV116 | NV - Las Vegas | WST 700 | 103426 |
| 796 | 1979 | AZ - Tucson | WST 700 | 4620102830 |
| 797 | 2827 | NV - Las Vegas | WST 700 | 104020 |
| 798 | 2399 | AZ - Phoenix | WST 700 | 103858 |
| 799 | 2632 | NV - Las Vegas | WST 700 | 103812 |
| 800 | 2617 | AZ - Tucson | WST 700 | 103824 |
| 801 | 2326 | AZ - Phoenix | WST 700 | 5120103085 |
| 802 | 2430 | AZ - Phoenix | WST 700 | 103857 |
| 803 | 1986 | TX - El Paso/New Mexico | WST 700 | 4520102785 |
| 804 | 1932 | AZ - Tucson | WST 700 | 103233 |
| 805 | 1933 | AZ - Tucson | WST 700 | 103212 |
| 806 | 1906 | TX - El Paso/New Mexico | WST 700 | 4520102784 |
| 807 | 2646 | AZ - Phoenix | WST 700 | 5120103070 |
| 808 | 1909 | AZ - Phoenix | WST 700 | 103526 |
| 809 | 2202 | AZ - Phoenix | WST 700 | 5020103024 |
| 810 | 2473 | AZ - Tucson | WST 700 | 421103337 |
| 811 | 1815 | AZ - Phoenix | WST 700 | 4420102767 |
| 812 | 1666 | AZ - Phoenix | WST 700 | 103655 |
| 813 | 1704 | AZ - Phoenix | WST 700 | 4020102684 |
| 814 | 1922 | AZ - Phoenix | WST 700 | 103329 |
| 815 | 2327 | AZ - Phoenix | WST 700 | 5120103103 |
| 816 | 2370 | AZ - Phoenix | WST 700 | 221103246 |
| 817 | 5779 | AZ - Phoenix | WST 700 CK | 103186 |
| 818 | 2645 | AZ - Tucson | WST 700 | 103809 |
| 819 | 2544 | AZ - Tucson | WST 700 | 103872 |
| 820 | 1972 | AZ - Tucson | WST 700 | 4620102816 |
| 821 | 2562 | AZ - Tucson | WST 700 | 103848 |
| 822 | 1683 | AZ - Phoenix | WST 700 | 103658 |
| 823 | 1680 | AZ - Phoenix | WST 700 | 103657 |
| 824 | NV117 | NV - Las Vegas | WST 700 | 4720102851 |
| 825 | 2559 | AZ - Tucson | WST 700 | 103830 |
| 826 | 2181 | AZ - Phoenix | WST 700 | 4920102936 |
| 827 | 1701 | AZ - Phoenix | WST 700 | 4020102671 |
| 828 | 1710 | AZ - Phoenix | WST 700 | 4020102686 |
| 829 | 1736 | AZ - Phoenix | WST 700 | 4020102692 |
| 830 | 2328 | AZ - Phoenix | WST 700 | 5120103069 |
| 831 | 1708 | AZ - Phoenix | WST 700 | 4020102666 |
| 832 | 1934 | AZ - Tucson | WST 700 | 103154 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 833 | 1935 | AZ - Tucson | WST 700 | 103207 |
| 834 | 2540 | AZ - Tucson | WST 700 | 103867 |
| 835 | 1964 | AZ - Tucson | WST 700 | 4620102807 |
| 836 | 2534 | AZ - Tucson | WST 700 | 121103209 |
| 837 | 2585 | AZ - Tucson | WST 700 | 103818 |
| 838 | 2419 | AZ - Phoenix | WST 700 | 103879 |
| 839 | 1885 | AZ - Phoenix | WST 700 | 103354 |
| 840 | 8559 | TX - El Paso/New Mexico | WST 700 | 104100 |
| 841 | 1836 | AZ - Phoenix | WST 700 | 4420102751 |
| 842 | 1721 | AZ - Phoenix | WST 700 | 4020102682 |
| 843 | 1668 | AZ - Phoenix | WST 700 | 103649 |
| 844 | 2190 | AZ - Phoenix | WST 700 | 5020103020 |
| 845 | 1780 | AZ - Phoenix | WST 700 | 4420102763 |
| 846 | FL4828 | FL - Tampa | WST 700 CK | 1822104520 |
| 847 | FL2313 | FL - Fort Myers - Ron Sahadi | WST 700 | 5120103110 |
| 848 | FL4815 | FL - Tampa | Not Specified | 621103400 |
| 849 | 7541 | FL - Miami - Frank Bennett | WST 700 | 2422104643 |
| 850 | FL2152 | FL - Fort Myers - Ron Sahadi | WST 700 | 4920103009 |
| 851 | FL2333 | FL - Miami - Frank Bennett | WST 700 | 5320103174 |
| 852 | 2191 | AZ - Phoenix | WST 700 | 4920102929 |
| 853 | 2019 | AZ - Phoenix | WST 700 | 4720102879 |
| 854 | 1980 | AZ - Tucson | WST 700 | 4620102808 |
| 855 | 2260 | AZ - Phoenix | WST 700 | 5020103032 |
| 856 | 1697 | AZ - Phoenix | WST 700 | 4020102683 |
| 857 | 2389 | AZ - Phoenix | WST 700 | 221103236 |
| 858 | 1737 | AZ - Phoenix | WST 700 | 4020102712 |
| 859 | 2117 | AZ - Phoenix | WST 700 | 4720102882 |
| 860 | 2034 | AZ - Phoenix | WST 700 | 4720102892 |
| 861 | NV118 | NV - Las Vegas | WST 700 | 5120102090 |
| 862 | NV119 | NV - Las Vegas | WST 700 | 5120102102 |
| 863 | 2611 | AZ - Tucson | WST 700 | 5020103030 |
| 864 | 1938 | AZ - Tucson | WST 700 | 103143 |
| 865 | 1983 | CA - Los Angeles | WST 700 | 103633 |
| 866 | 1911 | AZ - Phoenix | WST 700 | 103334 |
| 867 | 2417 | AZ - Phoenix | WST 700 | 5220103151 |
| 868 | 2592 | AZ - Tucson | WST 700 | 103837 |
| 869 | NV120 | NV - Las Vegas | WST 700 | 4720101895 |
| 870 | 2640 | AZ - Phoenix | WST 700 | 5120103048 |
| 871 | 1954 | AZ - Tucson | WST 700 | 3420102629 |
| 872 | 1681 | AZ - Phoenix | WST 700 | 103652 |
| 873 | 2184 | AZ - Phoenix | WST 700 | 4920102948 |
| 874 | 2185 | AZ - Phoenix | WST 700 | 4920102933 |
| 875 | 1957 | AZ - Tucson | WST 700 | 4620102818 |
| 876 | 2035 | AZ - Phoenix | WST 700 | 4720102883 |
| 877 | 2589 | AZ - Tucson | WST 700 | 103849 |
| 878 | 2633 | AZ - Phoenix | WST 700 | 103804 |
| 879 | 1665 | AZ - Phoenix | WST 700 | 103654 |
| 880 | 2443 | AZ - Phoenix | WST 700 | 5220103137 |
| 881 | 2679 | AZ - Phoenix | WST 700 | 121103219 |
| 882 | 2036 | AZ - Phoenix | WST 700 | 4720102886 |
| 883 | 1918 | AZ - Phoenix | WST 700 | 103205 |
| 884 | 1750 | AZ - Phoenix | WST 700 | 4020102703 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 885 | 7186 | AZ - Phoenix | WST 700 CK | 103598 |
| 886 | 1673 | AZ - Phoenix | WST 700 | 104021 |
| 887 | FL2336 | FL - Miami - Frank Bennett | WST 700 | 5320103177 |
| 888 | 2477 | AZ - Phoenix | WST 700 | 421103335 |
| 889 | 2065 | CA - Sacramento | WST 700 | 103760 |
| 890 | 2255 | AZ - Phoenix | WST 700 | 103352 |
| 891 | 1679 | AZ - Phoenix | WST 700 | 103647 |
| 892 | 1880 | CA - Los Angeles | WST 700 | 103731 |
| 893 | 2037 | AZ - Phoenix | WST 700 | 4720102880 |
| 894 | 2170 | AZ - Phoenix | WST 700 | 4920102940 |
| 895 | 2116 | AZ - Phoenix | WST 700 | 4720102876 |
| 896 | 2566 | AZ - Tucson | WST 700 | 103831 |
| 897 | 1762 | AZ - Phoenix | WST 700 | 4020102694 |
| 898 | 2089 | AZ - Phoenix | WST 700 | 4920102980 |
| 899 | 2090 | AZ - Phoenix | WST 700 | 4720102896 |
| 900 | 2074 | CA - Los Banos | WST 700 | 103744 |
| 901 | 1942 | AZ - Tucson | WST 700 | 103425 |
| 902 | 2901 | AZ - Phoenix | WST 700 | 103991 |
| 903 | 2261 | AZ - Phoenix | WST 700 | 5020103036 |
| 904 | 2262 | AZ - Phoenix | WST 700 | 5020103035 |
| 905 | NV121 | NV - Las Vegas | WST 700 | 4720102852 |
| 906 | 1925 | AZ - Tucson | WST 700 | 103300 |
| 907 | 2350 | AZ - Phoenix | WST 700 | 104031 |
| 908 | 1965 | AZ - Tucson | WST 700 | 4620102835 |
| 909 | 1861 | CA - Los Angeles | WST 700 | 103730 |
| 910 | 2346 | AZ - Phoenix | WST 700 | 221103249 |
| 911 | 2582 | AZ - Phoenix | WST 700 | 5120103047 |
| 912 | 1678 | AZ - Phoenix | WST 700 | 103640 |
| 913 | 2022 | CA - Los Angeles | WST 700 | 103762 |
| 914 | 1947 | AZ - Tucson | WST 700 | 103427 |
| 915 | 2203 | AZ - Phoenix | WST 700 | 5020103038 |
| 916 | 2348 | AZ - Phoenix | WST 700 | 221103256 |
| 917 | 2628 | AZ - Phoenix | WST 700 | 5120103074 |
| 918 | 2403 | AZ - Phoenix | WST 700 | 321103285 |
| 919 | 2911 | AZ - Phoenix | WST 700 | 103903 |
| 920 | 1674 | AZ - Phoenix | WST 700 | 103650 |
| 921 | FL7781 | FL - Miami - Frank Bennett | WST 700 CK | 322104258 |
| 922 | FL2254 | FL - Miami - Frank Bennett | WST 700 | 5120103127 |
| 923 | 1684 | AZ - Phoenix | WST 700 | 103656 |
| 924 | 1716 | AZ - Phoenix | WST 700 | 4020102667 |
| 925 | 2129 | AZ - Phoenix | WST 700 | 4920102960 |
| 926 | 1910 | AZ - Phoenix | WST 700 | 103321 |
| 927 | 2390 | AZ - Phoenix | WST 700 | 221103244 |
| 928 | 1685 | AZ - Phoenix | WST 700 | 103664 |
| 929 | 1700 | AZ - Phoenix | WST 700 | 4020102672 |
| 930 | 1675 | AZ - Phoenix | WST 700 | 103662 |
| 931 | 1677 | AZ - Phoenix | WST 700 | 103653 |
| 932 | 2483 | AZ - Phoenix | WST 700 | 421103330 |
| 933 | 1956 | AZ - Tucson | WST 700 | 462010824 |
| 934 | 1971 | AZ - Tucson | WST 700 | 4620102833 |
| 935 | 2166 | AZ - Phoenix | WST 700 | 4920102954 |
| 936 | 2563 | AZ - Tucson | WST 700 | 103852 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 937 | 2564 | AZ - Tucson | WST 700 | 103828 |
| 938 | 1948 | AZ - Tucson | WST 700 | 103413 |
| 939 | 2580 | AZ - Tucson | WST 700 | 103815 |
| 940 | 2149 | AZ - Phoenix | WST 700 | 4920102968 |
| 941 | 1953 | AZ - Tucson | WST 700 | 103486 |
| 942 | 2542 | AZ - Tucson | WST 700 | 103861 |
| 943 | 2614 | AZ - Tucson | WST 700 | 103799 |
| 944 | 2620 | AZ - Tucson | WST 700 | 103835 |
| 945 | 2205 | AZ - Phoenix | WST 700 | 5020103022 |
| 946 | 2546 | AZ - Tucson | WST 700 | 103868 |
| 947 | 2618 | AZ - Tucson | WST 700 | 103846 |
| 948 | 2465 | AZ - Phoenix | WST 700 | 12103198 |
| 949 | 1951 | AZ - Tucson | WST 700 | 103349 |
| 950 | 2016 | CA - Los Angeles | WST 700 | 103750 |
| 951 | 2026 | CA - Los Angeles | WST 700 | 103764 |
| 952 | 2013 | TX - El Paso/New Mexico | WST 700 | 4220102771 |
| 953 | 1893 | TX - El Paso/New Mexico | WST 700 | 4520102777 |
| 954 | 1970 | TX - El Paso/New Mexico | WST 700 | 4520102779 |
| 955 | 1967 | TX - El Paso/New Mexico | WST 700 | 4420102729 |
| 956 | 1820 | TX - Houston | WST 700 | 4420102735 |
| 957 | 2694 | TX - Houston | WST 700 | 4420102722 |
| 958 | 1828 | TX - Houston | WST 700 | 4420102736 |
| 959 | NV123 | NV - Las Vegas | WST 700 | 4720102860 |
| 960 | NV122 | NV - Las Vegas | WST 700 | 4720102854 |
| 961 | NV124 | NV - Las Vegas | WST 700 | 4720102837 |
| 962 | NV125 | NV - Las Vegas | WST 700 CK | 2822104702 |
| 963 | NV127 | NV - Las Vegas | WST 700 | 4720102848 |
| 964 | NV126 | NV - Las Vegas | WST 700 | 4720102857 |
| 965 | NV128 | NV - Las Vegas | WST 700 | 4720102853 |
| 966 | 2171 | AZ - Phoenix | WST 700 | 4920102927 |
| 967 | 2468 | AZ - Phoenix | WST 700 | 121103204 |
| 968 | 2423 | AZ - Phoenix | WST 700 | 5220103157 |
| 969 | NV130 | NV - Las Vegas | WST 700 | 4720102863 |
| 970 | NV129 | NV - Las Vegas | WST 700 | 4720102866 |
| 971 | NV131 | NV - Las Vegas | WST 700 | 4720102843 |
| 972 | NV133 | NV - Las Vegas | WST 700 | 4720102859 |
| 973 | NV132 | NV - Las Vegas | WST 700 | 4720102850 |
| 974 | 2378 | AZ - Phoenix | WST 700 | 221103227 |
| 975 | 2452 | AZ - Phoenix | WST 700 | 221103228 |
| 976 | 2456 | AZ - Phoenix | WST 700 | 121103206 |
| 977 | 2345 | AZ - Phoenix | WST 700 | 221103232 |
| 978 | 2421 | AZ - Phoenix | WST 700 | 103884 |
| 979 | 2405 | AZ - Phoenix | WST 700 | 221103241 |
| 980 | 2376 | AZ - Phoenix | WST 700 | 5220103153 |
| 981 | 2394 | AZ - Phoenix | WST 700 | 321103280 |
| 982 | 2395 | AZ - Phoenix | WST 700 | 321103282 |
| 983 | 1936 | AZ - Tucson | WST 700 | 103338 |
| 984 | 1937 | AZ - Tucson | WST 700 | 103210 |
| 985 | 1981 | AZ - Tucson | WST 700 | 4620102823 |
| 986 | 2374 | AZ - Phoenix | WST 700 | 5220103150 |
| 987 | 2379 | AZ - Phoenix | WST 700 | 321103283 |
| 988 | 2522 | AZ - Phoenix | Not Specified | 521103369 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 989 | 2523 | AZ - Phoenix | WST 700 | 521103372 |
| 990 | 1973 | AZ - Tucson | WST 700 | 4620102836 |
| 991 | 2475 | AZ - Phoenix | WST 700 | 421103324 |
| 992 | 1686 | AZ - Phoenix | WST 700 | 103665 |
| 993 | 1687 | AZ - Phoenix | WST 700 | 103453 |
| 994 | 2545 | AZ - Tucson | WST 700 | 521103367 |
| 995 | 2591 | AZ - Phoenix | WST 700 | 5120103063 |
| 996 | 1824 | AZ - Phoenix | WST 700 | 4420102765 |
| 997 | 2488 | AZ - Phoenix | WST 700 | 421103331 |
| 998 | 2489 | AZ - Phoenix | WST 700 | 421103343 |
| 999 | 2433 | AZ - Phoenix | WST 700 | 103856 |
| 1000 | 1705 | AZ - Phoenix | WST 700 | 4020102662 |
| 1001 | 1706 | AZ - Phoenix | WST 700 | VJ300346155 |
| 1002 | 2526 | AZ - Tucson | WST 700 | 421103341 |
| 1003 | 2547 | AZ - Tucson | WST 700 | 103866 |
| 1004 | 2284 | AZ - Phoenix | WST 700 | 5120102092 |
| 1005 | 2285 | AZ - Phoenix | WST 700 | 5020102041 |
| 1006 | 1962 | AZ - Tucson | WST 700 | 4920102982 |
| 1007 | 1730 | AZ - Phoenix | WST 700 | 4020102713 |
| 1008 | 1731 | AZ - Phoenix | WST 700 | 4020102699 |
| 1009 | 2001 | AZ - Tucson | WST 700 | 4620102827 |
| 1010 | 1950 | AZ - Tucson | WST 700 | 103216 |
| 1011 | 2404 | AZ - Phoenix | WST 700 | 103881 |
| 1012 | 1958 | AZ - Tucson | WST 700 | 4620102822 |
| 1013 | 1873 | AZ - Phoenix | WST 700 | 103350 |
| 1014 | 1874 | AZ - Phoenix | WST 700 | 103450 |
| 1015 | 1944 | AZ - Tucson | WST 700 | 103295 |
| 1016 | 2380 | AZ - Phoenix | WST 700 | 321103276 |
| 1017 | 5383 | AZ - Phoenix | WST 700 CK | 104104 |
| 1018 | 933 | AZ - Phoenix | WST 700 | 102620 |
| 1019 | 2383 | AZ - Phoenix | WST 700 | 321103266 |
| 1020 | 2612 | AZ - Tucson | WST 700 | 4920102949 |
| 1021 | 2388 | AZ - Phoenix | WST 700 | 221103235 |
| 1022 | 1671 | AZ - Phoenix | WST 700 | 103648 |
| 1023 | 2391 | AZ - Phoenix | WST 700 | 221103252 |
| 1024 | 2392 | AZ - Phoenix | WST 700 | 221103243 |
| 1025 | 2533 | AZ - Tucson | WST 700 | 12103212 |
| 1026 | 1713 | AZ - Phoenix | WST 700 | 4020102668 |
| 1027 | 1714 | AZ - Phoenix | WST 700 | 4020102669 |
| 1028 | 2757 | AZ - Phoenix | WST 700 | 103983 |
| 1029 | 2377 | AZ - Phoenix | WST 700 | 221103248 |
| 1030 | 2187 | AZ - Phoenix | WST 700 | 5020103026 |
| 1031 | 2400 | AZ - Phoenix | WST 700 | 321103261 |
| 1032 | 2599 | AZ - Phoenix | WST 700 | 4620102815 |
| 1033 | 2206 | AZ - Phoenix | WST 700 | 5020103021 |
| 1034 | 2402 | AZ - Phoenix | WST 700 | 321103278 |
| 1035 | 2259 | AZ - Phoenix | WST 700 | 4620102814 |
| 1036 | 2273 | AZ - Phoenix | WST 700 | 5120103088 |
| 1037 | 1757 | AZ - Phoenix | WST 700 | 4020102690 |
| 1038 | 2622 | AZ - Tucson | WST 700 | 103802 |
| 1039 | 2002 | AZ - Tucson | WST 700 | 4620102832 |
| 1040 | 2003 | AZ - Tucson | WST 700 | 4620102812 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1041 | 1992 | AZ - Tucson | WST 700 | 103173 |
| 1042 | 2397 | AZ - Phoenix | WST 700 | 321103262 |
| 1043 | 2499 | AZ - Phoenix | WST 700 | 421103317 |
| 1044 | 2706 | AZ - Phoenix | WST 700 | 103891 |
| 1045 | 1752 | AZ - Phoenix | WST 700 | 4020102689 |
| 1046 | 2653 | AZ - Tucson | WST 700 | 103851 |
| 1047 | 2636 | AZ - Phoenix | WST 700 | 5120103060 |
| 1048 | 2032 | AZ - Phoenix | WST 700 | 4720102877 |
| 1049 | 2603 | AZ - Phoenix | WST 700 | 5120103057 |
| 1050 | 2604 | AZ - Phoenix | WST 700 | 5120102062 |
| 1051 | 1926 | AZ - Tucson | WST 700 | 103149 |
| 1052 | 2601 | AZ - Tucson | WST 700 | 121103214 |
| 1053 | 2602 | AZ - Tucson | WST 700 | 121103216 |
| 1054 | 2644 | AZ - Tucson | WST 700 | 103806 |
| 1055 | 2590 | AZ - Tucson | WST 700 | 103843 |
| 1056 | 2676 | AZ - Phoenix | WST 700 | 103823 |
| 1057 | 1821 | TX - Houston | WST 700 | 4420102725 |
| 1058 | 1822 | TX - Houston | WST 700 | 4021104055 |
| 1059 | 1834 | AZ - Phoenix | WST 700 | 4420102753 |
| 1060 | 1732 | AZ - Phoenix | WST 700 | 4020102700 |
| 1061 | 6921 | AZ - Phoenix | WST 700 Hylyte | 103555 |
| 1062 | 1698 | AZ - Phoenix | WST 700 | 4020102664 |
| 1063 | 2182 | AZ - Phoenix | WST 700 | 4920102984 |
| 1064 | 1772 | AZ - Phoenix | WST 700 | 4020102688 |
| 1065 | 2291 | AZ - Phoenix | WST 700 | 5120102094 |
| 1066 | 2735 | TX - San Antonio | WST 700 | 5119101782 |
| 1067 | 2743 | TX - San Antonio | WST 700 | 1121103607 |
| 1068 | 1797 | TX - San Antonio | WST 700 | 5220103138 |
| 1069 | 1794 | TX - San Antonio | WST 700 | 4420102741 |
| 1070 | 1830 | TX - San Antonio | WST 700 | 4420102740 |
| 1071 | 1831 | TX - Austin | WST 700 | 121103213 |
| 1072 | 1796 | TX - San Antonio | WST 700 | 5220103148 |
| 1073 | 2839 | TX - San Antonio | WST 700 | 2020102308 |
| 1074 | 8010 | TX - San Antonio | WST 700 | 2520102418 |
| 1075 | 1781 | TX - Austin | WST 700 | 4420102723 |
| 1076 | 1782 | TX - Austin | WST 700 | 2922104760 |
| 1077 | FL2238 | FL - Orlando - Lex Howard | WST 700 | 4920102993 |
| 1078 | 2904 | AZ - Phoenix | WST 700 | 103987 |
| 1079 | FL4812 | FL - Tampa | Not Specified | 621103378 |
| 1080 | 3541 | TX - San Antonio | WST 700 | 2220102357 |
| 1081 | 4765 | TX - West Texas | WST 700 | 4420102717 |
| 1082 | 7358 | TX - West Texas | WST 700 CK | 5221104211 |
| 1083 | 2766 | TX - El Paso/New Mexico | WST 700 | 103975 |
| 1084 | 4719 | TX - San Antonio | WST 700 | 920101965 |
| 1085 | FL2151 | FL - Fort Myers - Ron Sahadi | WST 700 | 4720102921 |
| 1086 | 1783 | TX - Austin | WST 700 | 222104247 |
| 1087 | 2883 | TX - Austin | WST 700 | 2819101575 |
| 1088 | 1791 | TX - Austin | WST 700 | 5220103145 |
| 1089 | 1793 | TX - Austin | WST 700 | 5220103160 |
| 1090 | 2122 | GA - Georgia - Keaaron Elder | WST 700 | 4720102908 |
| 1091 | FL2155 | FL - Fort Myers - Ron Sahadi | WST 700 | 4920102997 |
| 1092 | FL5232 | FL - Tampa | WST 700 | 621103398 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1093 | FL3561 | FL - Tampa | WST 700 | 322104256 |
| 1094 | FL3562 | FL - Tampa | WST 700 | 322104250 |
| 1095 | FL2503 | FL - Orlando - Lex Howard | WST 700 | 421103302 |
| 1096 | FL2323 | FL - Orlando - Lex Howard | WST 700 | 5120103119 |
| 1097 | FL2805 | FL - Orlando - Lex Howard | WST 700 | 521103368 |
| 1098 | 2072 | CA - Los Banos | WST 700 | 103757 |
| 1099 | 1945 | CA - Los Angeles | WST 700 | 103727 |
| 1100 | 2169 | AZ - Phoenix | WST 700 | 4920102945 |
| 1101 | 2109 | AZ - Phoenix | WST 700 | 4920102979 |
| 1102 | FL2364 | FL - Tampa | WST 700 | 5320103186 |
| 1103 | FL2085 | FL - Tampa | WST 700 | 4720102906 |
| 1104 | 2070 | CA - Los Angeles | WST 700 | 103697 |
| 1105 | 2063 | CA - Los Angeles | WST 700 | 103785 |
| 1106 | FL2314 | FL - Fort Myers - Ron Sahadi | WST 700 | 5120103132 |
| 1107 | 2091 | AZ - Phoenix | WST 700 | 4720102893 |
| 1108 | 2509 | AZ - Phoenix | WST 700 | 521103351 |
| 1109 | 1823 | AZ - Phoenix | WST 700 | 4420102773 |
| 1110 | 1946 | CA - Los Angeles | WST 700 | 103707 |
| 1111 | 1875 | CA - Los Angeles | WST 700 | 103724 |
| 1112 | 1718 | CA - Los Angeles | WST 700 | 103683 |
| 1113 | 1725 | CA - Los Angeles | WST 700 | 103689 |
| 1114 | 2062 | CA - Los Angeles | WST 700 | 103780 |
| 1115 | 2064 | CA - Los Angeles | WST 700 | 103794 |
| 1116 | 2505 | AZ - Phoenix | WST 700 | 521103371 |
| 1117 | 2274 | AZ - Phoenix | WST 700 | 5120102101 |
| 1118 | 2275 | AZ - Phoenix | WST 700 | 5120103106 |
| 1119 | 2349 | AZ - Phoenix | WST 700 | 221103229 |
| 1120 | 2461 | AZ - Phoenix | WST 700 | 121103203 |
| 1121 | 2407 | AZ - Phoenix | WST 700 | 103882 |
| 1122 | 2276 | AZ - Phoenix | WST 700 | 5120102095 |
| 1123 | 2454 | AZ - Phoenix | WST 700 | 121103199 |
| 1124 | 2463 | AZ - Phoenix | WST 700 | 121103218 |
| 1125 | 2464 | AZ - Phoenix | WST 700 | 121103226 |
| 1126 | 2457 | AZ - Phoenix | WST 700 | 121103202 |
| 1127 | 2406 | AZ - Phoenix | WST 700 | 221103230 |
| 1128 | 2139 | AZ - Phoenix | WST 700 | 4920102963 |
| 1129 | 2597 | AZ - Phoenix | WST 700 | 5120103061 |
| 1130 | 2174 | AZ - Phoenix | WST 700 | 4920102932 |
| 1131 | 2280 | AZ - Phoenix | WST 700 | 5120102096 |
| 1132 | 2451 | AZ - Phoenix | WST 700 | 103874 |
| 1133 | 2734 | AZ - Phoenix | WST 700 | 103992 |
| 1134 | 2107 | AZ - Phoenix | WST 700 | 4920102970 |
| 1135 | 2252 | AZ - Phoenix | WST 700 | 5020102046 |
| 1136 | 1855 | TX - El Paso/New Mexico | WST 700 | 4520102789 |
| 1137 | 2450 | AZ - Phoenix | WST 700 | 103873 |
| 1138 | 1758 | AZ - Phoenix | WST 700 | 4020102710 |
| 1139 | 1759 | AZ - Phoenix | WST 700 | 4020102707 |
| 1140 | FL2318 | FL - Fort Myers - Ron Sahadi | WST 700 | 5120103115 |
| 1141 | 2011 | TX - El Paso/New Mexico | WST 700 | 4620102825 |
| 1142 | 2143 | AZ - Phoenix | WST 700 | 4920102964 |
| 1143 | 2167 | AZ - Phoenix | WST 700 | 4920102937 |
| 1144 | 2410 | TX - El Paso/New Mexico | WST 700 | 321103281 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1145 | 1998 | AZ - Tucson | WST 700 | 4620102828 |
| 1146 | 1959 | AZ - Tucson | WST 700 | 103273 |
| 1147 | 2172 | AZ - Phoenix | WST 700 | 4920102946 |
| 1148 | 1801 | AZ - Phoenix | WST 700 | 4020102702 |
| 1149 | 5366 | TX - El Paso/New Mexico | WST 700 CK | 104108 |
| 1150 | 2606 | AZ - Phoenix | WST 700 | 4420102749 |
| 1151 | 2626 | AZ - Phoenix | WST 700 | 5120103066 |
| 1152 | NV134 | NV - Las Vegas | WST 700 | 4720102891 |
| 1153 | NV135 | NV - Las Vegas | WST 700 | 4720102865 |
| 1154 | NV136 | NV - Las Vegas | WST 700 | 4720102862 |
| 1155 | NV137 | NV - Las Vegas | WST 700 | 4720102840 |
| 1156 | 2128 | AZ - Phoenix | WST 700 | 4720102888 |
| 1157 | 1777 | AZ - Phoenix | WST 700 | 4020102697 |
| 1158 | 1670 | AZ - Phoenix | WST 700 | 103643 |
| 1159 | 1847 | AZ - Phoenix | WST 700 | 4420102764 |
| 1160 | 2179 | AZ - Phoenix | WST 700 | 4920102959 |
| 1161 | 1943 | AZ - Tucson | WST 700 | 103244 |
| 1162 | 2140 | Out of Service | WST 700 | 103761 |
| 1163 | 2567 | AZ - Tucson | WST 700 | 103841 |
| 1164 | 2435 | AZ - Phoenix | WST 700 | 5220103139 |
| 1165 | 1859 | AZ - Phoenix | WST 700 | 4420102752 |
| 1166 | 1755 | AZ - Phoenix | WST 700 | 4020102698 |
| 1167 | 2277 | AZ - Phoenix | WST 700 | 5120102082 |
| 1168 | 2432 | AZ - Phoenix | WST 700 | 221103251 |
| 1169 | 2426 | AZ - Phoenix | WST 700 | 221103245 |
| 1170 | 1903 | AZ - Phoenix | WST 700 | 4420102750 |
| 1171 | 1941 | AZ - Tucson | WST 700 | 103429 |
| 1172 | NV138 | NV - Las Vegas | WST 700 | 5120103077 |
| 1173 | 2506 | AZ - Phoenix | WST 700 | 521103376 |
| 1174 | 2017 | CA - Los Angeles | WST 700 | 103634 |
| 1175 | 1919 | CA - Los Angeles | WST 700 | 103632 |
| 1176 | 2067 | CA - Sacramento | WST 700 | 103754 |
| 1177 | 2263 | AZ - Phoenix | WST 700 | 5020103042 |
| 1178 | 2264 | AZ - Phoenix | WST 700 | 5020103037 |
| 1179 | 1790 | CA - Los Angeles | WST 700 | 103713 |
| 1180 | 2077 | CA - Los Angeles | WST 700 | 103791 |
| 1181 | 2447 | AZ - Phoenix | WST 700 | 321103273 |
| 1182 | 2448 | AZ - Phoenix | WST 700 | 321103270 |
| 1183 | 2449 | AZ - Phoenix | WST 700 | 321103269 |
| 1184 | 2657 | AZ - Phoenix | WST 700 | 5020103029 |
| 1185 | 2687 | AZ - Phoenix | WST 700 | 103889 |
| 1186 | 2511 | AZ - Phoenix | WST 700 | 521103362 |
| 1187 | FL4733 | FL - Orlando - Lex Howard | WST 700 | 322104274 |
| 1188 | 2130 | AZ - Phoenix | WST 700 | 4920102973 |
| 1189 | FL2308 | FL - Orlando - Lex Howard | WST 700 | 5320103181 |
| 1190 | 2761 | TX - El Paso/New Mexico | WST 700 | 103972 |
| 1191 | 2061 | CA - Los Angeles | WST 700 | 103786 |
| 1192 | 2651 | TX - El Paso/New Mexico | WST 700 | 103796 |
| 1193 | 1984 | CA - Los Angeles | WST 700 | 103772 |
| 1194 | 2073 | CA - Los Angeles | WST 700 | 103784 |
| 1195 | 1978 | TX - El Paso/New Mexico | WST 700 | 4520102804 |
| 1196 | 2709 | CA - Los Angeles | WST 700 | 103792 |

**Attachment #2**
**Page 23 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 1197 | 2710 | CA - Los Angeles | WST 700 | 103782 |
| 1198 | 1724 | CA - Los Angeles | WST 700 | 103684 |
| 1199 | 2103 | CA - Los Angeles | WST 700 | 103775 |
| 1200 | 2714 | CA - Los Angeles | WST 700 | 1721103653 |
| 1201 | 2715 | CA - Los Angeles | WST 700 | 1121103601 |
| 1202 | 2075 | CA - Los Angeles | WST 700 | 103793 |
| 1203 | 1810 | CA - Los Angeles | WST 700 | 103644 |
| 1204 | 2060 | CA - Los Angeles | WST 700 | 103777 |
| 1205 | 1898 | TX - El Paso/New Mexico | WST 700 | 4520102806 |
| 1206 | 2670 | TX - El Paso/New Mexico | WST 700 | 103895 |
| 1207 | 1907 | TX - El Paso/New Mexico | WST 700 | 4520102792 |
| 1208 | 1895 | TX - El Paso/New Mexico | WST 700 | 4520102793 |
| 1209 | 1776 | TX - North & East TX/Oklahoma | WST 700 | 4420102743 |
| 1210 | 2382 | TX - El Paso/New Mexico | WST 700 | 103885 |
| 1211 | 2359 | TX - El Paso/New Mexico | WST 700 | 103883 |
| 1212 | 2434 | TX - El Paso/New Mexico | WST 700 | 321103274 |
| 1213 | 5294 | TX - El Paso/New Mexico | WST 700 CK | 104109 |
| 1214 | 2669 | TX - El Paso/New Mexico | WST 700 | 103976 |
| 1215 | 2424 | TX - El Paso/New Mexico | WST 700 | 103797 |
| 1216 | 2480 | AZ - Phoenix | WST 700 | 421103322 |
| 1217 | 2470 | AZ - Tucson | WST 700 | 421103336 |
| 1218 | 2193 | AZ - Phoenix | WST 700 | 5020103031 |
| 1219 | 1968 | TX - El Paso/New Mexico | WST 700 | 4420102746 |
| 1220 | 5292 | TX - El Paso/New Mexico | WST 700 CK | 104019 |
| 1221 | 2411 | TX - El Paso/New Mexico | WST 700 | 321103279 |
| 1222 | 1988 | TX - El Paso/New Mexico | WST 700 | 4520102805 |
| 1223 | 2746 | TX - El Paso/New Mexico | WST 700 | 1121103611 |
| 1224 | 1896 | TX - El Paso/New Mexico | WST 700 | 4520102798 |
| 1225 | 5344 | TX - El Paso/New Mexico | WST 700 CK | 104018 |
| 1226 | 1786 | TX - North & East TX/Oklahoma | WST 700 | 4420102745 |
| 1227 | 2131 | AZ - Phoenix | WST 700 | 4920102967 |
| 1228 | 2515 | AZ - Phoenix | WST 700 | 103859 |
| 1229 | 2516 | AZ - Phoenix | WST 700 | 103870 |
| 1230 | 2455 | AZ - Phoenix | WST 700 | 121103225 |
| 1231 | 2458 | AZ - Phoenix | WST 700 | 121103223 |
| 1232 | 2162 | AZ - Phoenix | WST 700 | 4920102943 |
| 1233 | 2163 | AZ - Phoenix | WST 700 | 4920102942 |
| 1234 | 2164 | AZ - Phoenix | WST 700 | 4920102939 |
| 1235 | 1842 | AZ - Phoenix | WST 700 | 4420102775 |
| 1236 | 1843 | AZ - Phoenix | WST 700 | 4420102774 |
| 1237 | 1703 | AZ - Phoenix | WST 700 | 4020102659 |
| 1238 | 2278 | AZ - Phoenix | WST 700 | 5120102086 |
| 1239 | 2165 | AZ - Phoenix | WST 700 | 4920102953 |
| 1240 | 2279 | AZ - Phoenix | WST 700 | 5120103084 |
| 1241 | 2700 | TX - El Paso/New Mexico | WST 700 | 4620102831 |
| 1242 | 1913 | AZ - Phoenix | WST 700 | 103214 |
| 1243 | 1914 | AZ - Phoenix | WST 700 | 103220 |
| 1244 | 2194 | AZ - Phoenix | WST 700 | 4920102952 |
| 1245 | 2289 | AZ - Phoenix | WST 700 | 5120102097 |
| 1246 | 2575 | AZ - Phoenix | WST 700 | 521103365 |
| 1247 | 2479 | AZ - Phoenix | WST 700 | 421103334 |
| 1248 | 2560 | AZ - Tucson | WST 700 | 103798 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1249 | 2561 | AZ - Tucson | WST 700 | 103813 |
| 1250 | 1994 | AZ - Tucson | WST 700 | 44201027666 |
| 1251 | FL2780 | FL - Tampa | WST 700 | 420102994 |
| 1252 | FL2711 | FL - Tampa | WST 700 | 1121103598 |
| 1253 | 2720 | TX - El Paso/New Mexico | WST 700 | 1121103615 |
| 1254 | FL2352 | FL - Tampa | WST 700 | 5320103196 |
| 1255 | 2492 | OR - Oregon - Shannon Duffy | WST 700 | 103897 |
| 1256 | 2493 | OR - Oregon - Shannon Duffy | WST 700 | 103898 |
| 1257 | 2500 | AZ - Phoenix | WST 700 | 421103327 |
| 1258 | 2501 | AZ - Phoenix | WST 700 | 421103329 |
| 1259 | 2286 | AZ - Phoenix | WST 700 | 5120102080 |
| 1260 | 2197 | AZ - Phoenix | WST 700 | 4920102928 |
| 1261 | 2210 | AZ - Phoenix | WST 700 | 4720102875 |
| 1262 | AZ425 | AZ - Phoenix | WST 700 | 103215 |
| 1263 | 1860 | AZ - Phoenix | WST 700 | 4420102748 |
| 1264 | 2484 | AZ - Phoenix | WST 700 | 421103339 |
| 1265 | 2436 | AZ - Phoenix | WST 700 | 103860 |
| 1266 | 2283 | AZ - Phoenix | WST 700 | 5020103040 |
| 1267 | 1802 | AZ - Phoenix | WST 700 | 103428 |
| 1268 | 2192 | AZ - Phoenix | WST 700 | 4920102951 |
| 1269 | 2137 | AZ - Phoenix | WST 700 | 4920102961 |
| 1270 | 1817 | AZ - Phoenix | WST 700 | 4420102762 |
| 1271 | 2427 | AZ - Phoenix | WST 700 | 5220103154 |
| 1272 | 2201 | AZ - Phoenix | WST 700 | 5020103019 |
| 1273 | 2401 | AZ - Phoenix | WST 700 | 221103234 |
| 1274 | 2418 | AZ - Phoenix | WST 700 | 5220103140 |
| 1275 | 2414 | AZ - Phoenix | WST 700 | 5220103143 |
| 1276 | 2196 | AZ - Phoenix | WST 700 | 4920102950 |
| 1277 | 1711 | AZ - Phoenix | WST 700 | 4020102678 |
| 1278 | 2437 | AZ - Phoenix | WST 700 | 103864 |
| 1279 | 2175 | AZ - Phoenix | WST 700 | 4920102947 |
| 1280 | 2683 | AZ - Phoenix | WST 700 | 4720102872 |
| 1281 | 2638 | NV - Las Vegas | WST 700 | 103803 |
| 1282 | 2428 | AZ - Phoenix | WST 700 | 5220103163 |
| 1283 | 8428 | NV - Las Vegas | WST 700 | 103286 |
| 1284 | 8637 | NV - Las Vegas | WST 700 | 321103286 |
| 1285 | 5405 | GA - Georgia - Keaaron Elder | WST 700 CK | 3722104791 |
| 1286 | 2472 | AZ - Tucson | WST 700 | 421103325 |
| 1287 | 2835 | CA - Los Angeles | WST 700 | 1721103651 |
| 1288 | FL2705 | FL - Miami - Frank Bennett | WST 700 | 521103366 |
| 1289 | FL2850 | FL - Fort Myers - Ron Sahadi | WST 700 | 1121103594 |
| 1290 | FL3553 | FL - Tampa | WST 700 | 322104253 |
| 1291 | FL3550 | FL - Fort Myers - Ron Sahadi | WST 700 | 322104254 |
| 1292 | FL5845 | FL - Fort Myers - Ron Sahadi | WST 700 CK | 3722104766 |
| 1293 | FL5380 | FL - Orlando - Lex Howard | WST 700 CK | 3722104786 |
| 1294 | FL2530 | FL - Tampa | WST 700 | 421103297 |
| 1295 | FL6886 | FL - Tampa | WST 700 | 2422104664 |
| 1296 | FL6786 | FL - Tampa | WST 700 CK | 3722104771 |
| 1297 | FL6648 | FL - Tampa | WST 700 CK | 5320103185 |
| 1298 | FL2356 | FL - Tampa | WST 700 | 5320103180 |
| 1299 | FL3558 | FL - Tampa | WST 700 | 322104262 |
| 1300 | FL4820 | FL - Tampa | WST 700 CK | 1121103624 |

**Attachment #2**
**Page 25 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1301 | FL4805 | FL - Tampa | WST 700 | 421103291 |
| 1302 | FL4806 | FL - Tampa | WST 700 CK | 4920102996 |
| 1303 | FL3559 | FL - Tampa | WST 700 | 322104259 |
| 1304 | FL2373 | FL - Tampa | WST 700 | 5320103192 |
| 1305 | FL4813 | FL - Tampa | WST 700 CK | 1121103637 |
| 1306 | FL7402 | FL - Tampa | WST 700 CK | 2422104668 |
| 1307 | FL8068 | FL - Fort Myers - Ron Sahadi | WST 700 | 322104251 |
| 1308 | FL7852 | FL - Fort Myers - Ron Sahadi | WST 700 CK | 621103431 |
| 1309 | FL7921 | FL - Tampa | WST 700 CK | 3722104763 |
| 1310 | FL2154 | FL - Fort Myers - Ron Sahadi | WST 700 | 4720102905 |
| 1311 | FL5323 | FL - Orlando - Lex Howard | WST 700 CK | 1422104448 |
| 1312 | FL2549 | FL - Tampa | WST 700 | 5320103188 |
| 1313 | FL7400 | FL - Fort Myers - Ron Sahadi | WST 700 CK | 4720102901 |
| 1314 | FL3557 | FL - Tampa | WST 700 | 322104270 |
| 1315 | FL7401 | FL - Tampa | WST 700 CK | 2422104658 |
| 1316 | FL2234 | FL - Orlando - Lex Howard | WST 700 | 5120103136 |
| 1317 | FL6073 | FL - Orlando - Lex Howard | Not Specified | 1822104512 |
| 1318 | FL2536 | FL - Tampa | WST 700 | 421103308 |
| 1319 | FL2552 | FL - Tampa | WST 700 | 421103309 |
| 1320 | FL2307 | FL - Miami - Frank Bennett | WST 700 | 5120102125 |
| 1321 | FL2156 | FL - Fort Myers - Ron Sahadi | WST 700 | 1121103604 |
| 1322 | FL6947 | FL - Fort Myers - Ron Sahadi | WST 700 CK | 2422104671 |
| 1323 | FL2335 | FL - Miami - Frank Bennett | WST 700 | 5320103191 |
| 1324 | FL2159 | FL - Fort Myers - Ron Sahadi | WST 700 | 4920103001 |
| 1325 | FL2334 | FL - Fort Myers - Ron Sahadi | WST 700 | 5320103184 |
| 1326 | FL2214 | FL - Orlando - Lex Howard | WST 700 | 4920102011 |
| 1327 | FL6083 | FL - Orlando - Lex Howard | WST 700 CK | 1822104515 |
| 1328 | FL2587 | FL - Fort Myers - Ron Sahadi | WST 700 | 4920102998 |
| 1329 | FL6948 | FL - Fort Myers - Ron Sahadi | WST 700 CK | 2422104654 |
| 1330 | FL2157 | FL - Fort Myers - Ron Sahadi | WST 700 | 4720102915 |
| 1331 | FL2235 | FL - Orlando - Lex Howard | WST 700 | 4920102016 |
| 1332 | FL4809 | FL - Tampa | WST 700 CK | |
| 1333 | FL2124 | FL - Orlando - Lex Howard | WST 700 | 4720102924 |
| 1334 | FL5360 | FL - Orlando - Lex Howard | WST 700 CK | 1822104516 |
| 1335 | FL2240 | FL - Orlando - Lex Howard | WST 700 | 4920103015 |
| 1336 | FL2330 | FL - Fort Myers - Ron Sahadi | WST 700 | 5320103195 |
| 1337 | FL2160 | FL - Fort Myers - Ron Sahadi | WST 700 | 4920103004 |
| 1338 | FL2297 | FL - Orlando - Lex Howard | WST 700 | 4920103008 |
| 1339 | FL2309 | FL - Orlando - Lex Howard | WST 700 | 5320103173 |
| 1340 | FL2221 | FL - Orlando - Lex Howard | WST 700 | 4720102898 |
| 1341 | FL2366 | FL - Tampa | WST 700 | 5320103169 |
| 1342 | FL3563 | FL - Tampa | WST 700 | 322104264 |
| 1343 | FL6815 | FL - Fort Myers - Ron Sahadi | WST 700 | 1121103623 |
| 1344 | FL6889 | FL - Orlando - Lex Howard | WST 700 CK | 2422104657 |
| 1345 | FL2299 | FL - Orlando - Lex Howard | WST 700 | 5320102187 |
| 1346 | FL2249 | FL - Orlando - Lex Howard | WST 700 | 5120103130 |
| 1347 | FL2578 | FL - Tampa | WST 700 | 521103347 |
| 1348 | FL2322 | FL - Tampa | WST 700 | 5120103113 |
| 1349 | FL2146 | FL - Fort Myers - Ron Sahadi | WST 700 | 4720102897 |
| 1350 | FL2531 | FL - Tampa | WST 700 | 421103314 |
| 1351 | FL2551 | FL - Orlando - Lex Howard | WST 700 | 421103312 |
| 1352 | FL2125 | FL - Orlando - Lex Howard | WST 700 | 5120103108 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1353 | FL3554 | FL - Tampa | WST 700 | 322104276 |
| 1354 | FL4803 | FL - Tampa | WST 700 CK | 621103377 |
| 1355 | FL3560 | FL - Tampa | WST 700 | 2422104666 |
| 1356 | FL2553 | FL - Tampa | WST 700 | 521103360 |
| 1357 | FL4807 | FL - Tampa | WST 700 CK | 6211033390 |
| 1358 | FL2565 | FL - Tampa | WST 700 | 421103303 |
| 1359 | FL2568 | FL - Tampa | WST 700 | 521103356 |
| 1360 | FL2569 | FL - Tampa | WST 700 | 521103353 |
| 1361 | FL2554 | FL - Tampa | WST 700 | 521103357 |
| 1362 | FL4804 | FL - Tampa | WST 700 | 621103396 |
| 1363 | FL2365 | FL - Tampa | WST 700 | 5320103193 |
| 1364 | FL2550 | FL - Tampa | WST 700 | 521103364 |
| 1365 | FL4716 | FL - Tampa | WST 700 | 322104265 |
| 1366 | FL4817 | FL - Tampa | Not Specified | 621103391 |
| 1367 | FL2311 | FL - Fort Myers - Ron Sahadi | WST 700 | 5120103183 |
| 1368 | FL2372 | FL - Tampa | WST 700 | 5320103182 |
| 1369 | FL2320 | FL - Tampa | WST 700 | 5120103109 |
| 1370 | FL7430 | FL - Tampa | WST 700 CK | 2422104667 |
| 1371 | FL2576 | FL - Tampa | WST 700 | 421103304 |
| 1372 | FL2319 | FL - Tampa | WST 700 | 5120103123 |
| 1373 | FL2495 | FL - Tampa | WST 700 | 421103315 |
| 1374 | FL4832 | FL - Tampa | WST 700 CK | 1121103592 |
| 1375 | FL2213 | FL - Orlando - Lex Howard | WST 700 | 4920103010 |
| 1376 | FL2577 | FL - Tampa | WST 700 | 521103355 |
| 1377 | FL2295 | FL - Tampa | WST 700 | 5120103116 |
| 1378 | FL2112 | FL - Orlando - Lex Howard | WST 700 | 4720102904 |
| 1379 | FL4722 | FL - Tampa | WST 700 | 322104252 |
| 1380 | FL7520 | FL - Fort Myers - Ron Sahadi | WST 700 CK | 2422404642 |
| 1381 | FL2332 | FL - Miami - Frank Bennett | WST 700 | 5320103175 |
| 1382 | FL2081 | FL - Tampa | WST 700 | 4720102902 |
| 1383 | FL6900 | FL - Tampa | WST 700 CK | 2422104665 |
| 1384 | FL2600 | FL - Fort Myers - Ron Sahadi | WST 700 | 521103354 |
| 1385 | FL2315 | FL - Fort Myers - Ron Sahadi | WST 700 | 5120103118 |
| 1386 | FL2239 | FL - Orlando - Lex Howard | WST 700 | 1121103600 |
| 1387 | 2625 | AZ - Phoenix | WST 700 | 5020103034 |
| 1388 | 2362 | TX - El Paso/New Mexico | WST 700 | 103865 |
| 1389 | 2020 | AZ - Phoenix | WST 700 | 4720102870 |
| 1390 | 2593 | AZ - Tucson | WST 700 | 103795 |
| 1391 | 2535 | AZ - Tucson | WST 700 | 121103215 |
| 1392 | 2189 | AZ - Phoenix | WST 700 | 5020103033 |
| 1393 | 2527 | AZ - Tucson | WST 700 | 103876 |
| 1394 | 1969 | TX - El Paso/New Mexico | WST 700 | 4520102783 |
| 1395 | 1966 | TX - El Paso/New Mexico | WST 700 | 4520102795 |
| 1396 | 1816 | AZ - Phoenix | WST 700 | 4420102770 |
| 1397 | 1991 | AZ - Tucson | WST 700 | 4020102716 |
| 1398 | FL2750 | FL - Tampa | WST 700 | 1121103588 |
| 1399 | FL2303 | FL - Orlando - Lex Howard | WST 700 | 5120103111 |
| 1400 | FL2751 | FL - Tampa | WST 700 | 1121103596 |
| 1401 | FL2368 | FL - Tampa | WST 700 | 5320103189 |
| 1402 | FL4811 | FL - Tampa | WST 700 CK | 1121103590 |
| 1403 | 2059 | CA - Los Angeles | WST 700 | 103733 |
| 1404 | 1754 | AZ - Phoenix | WST 700 | 4020102709 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 1405 | 1814 | AZ - Phoenix | WST 700 | 4420102772 |
| 1406 | 1803 | AZ - Phoenix | WST 700 | 4420102756 |
| 1407 | 1804 | AZ - Phoenix | WST 700 | 4020102696 |
| 1408 | 2183 | AZ - Phoenix | WST 700 | 4920102956 |
| 1409 | 2491 | AZ - Phoenix | WST 700 | 421103340 |
| 1410 | 2440 | AZ - Phoenix | WST 700 | 103862 |
| 1411 | 1886 | AZ - Phoenix | WST 700 | 103452 |
| 1412 | 2462 | AZ - Phoenix | WST 700 | 121103211 |
| 1413 | 1974 | AZ - Tucson | WST 700 | 4620102817 |
| 1414 | 1924 | AZ - Phoenix | WST 700 | 103337 |
| 1415 | 1902 | AZ - Phoenix | WST 700 | 4420102776 |
| 1416 | 1825 | AZ - Phoenix | WST 700 | 4420102761 |
| 1417 | 1891 | AZ - Phoenix | WST 700 | 103339 |
| 1418 | 1892 | AZ - Phoenix | WST 700 | 103451 |
| 1419 | 1818 | AZ - Phoenix | WST 700 | 4420102768 |
| 1420 | FL2217 | FL - Orlando - Lex Howard | WST 700 | 4920102992 |
| 1421 | FL2229 | FL - Orlando - Lex Howard | WST 700 | 4920102995 |
| 1422 | FL2220 | FL - Orlando - Lex Howard | WST 700 | 4920102999 |
| 1423 | FL5231 | FL - Tampa | Not Specified | 1422104438 |
| 1424 | FL4822 | FL - Tampa | Not Specified | 1722104493 |
| 1425 | 1929 | CA - Los Angeles | WST 700 | 103719 |
| 1426 | 1930 | CA - Los Angeles | WST 700 | 103700 |
| 1427 | 2624 | AZ - Tucson | WST 700 | 103855 |
| 1428 | NV139 | NV - Las Vegas | WST 700 | 4720102839 |
| 1429 | 1715 | AZ - Phoenix | WST 700 | 4020102678 |
| 1430 | NV140 | NV - Las Vegas | WST 700 | 4720102841 |
| 1431 | NV141 | NV - Las Vegas | WST 700 | 4720102842 |
| 1432 | 2024 | CA - Los Angeles | WST 700 | 103746 |
| 1433 | NV142 | NV - Las Vegas | WST 700 | 2822104719 |
| 1434 | 2087 | AZ - Phoenix | WST 700 | 4920102985 |
| 1435 | 2088 | AZ - Phoenix | WST 700 | 4720102867 |
| 1436 | 1749 | AZ - Phoenix | WST 700 | 4020102687 |
| 1437 | 1908 | AZ - Phoenix | WST 700 | 103430 |
| 1438 | 2665 | TX - El Paso/New Mexico | WST 700 | 321103257 |
| 1439 | FL4717 | FL - Tampa | WST 700 | 322104261 |
| 1440 | FL3569 | FL - Orlando - Lex Howard | WST 700 | 322104278 |
| 1441 | 1852 | CA - Los Angeles | WST 700 | 103673 |
| 1442 | 2071 | CA - Los Angeles | WST 700 | 103778 |
| 1443 | 2537 | AZ - Tucson | WST 700 | 103875 |
| 1444 | 2204 | AZ - Phoenix | WST 700 | 5020103023 |
| 1445 | 1769 | AZ - Phoenix | WST 700 | 4020102693 |
| 1446 | 2666 | TX - El Paso/New Mexico | WST 700 | 103913 |
| 1447 | 2570 | AZ - Phoenix | WST 700 | 5120103068 |
| 1448 | 1854 | CA - Los Angeles | WST 700 | 103711 |
| 1449 | 2147 | CA - Sacramento | WST 700 | 103765 |
| 1450 | 1709 | AZ - Phoenix | WST 700 | 4020102670 |
| 1451 | 2556 | AZ - Tucson | WST 700 | 103850 |
| 1452 | 2745 | TX - El Paso/New Mexico | WST 700 | 4420102724 |
| 1453 | 2588 | AZ - Tucson | WST 700 | 103836 |
| 1454 | FL4821 | FL - Tampa | WST 700 CK | 1622104486 |
| 1455 | FL2581 | FL - Tampa | WST 700 | 5320103168 |
| 1456 | FL2150 | FL - Fort Myers - Ron Sahadi | WST 700 | 4920103012 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1457 | 1835 | AZ - Phoenix | WST 700 | 4420102760 |
| 1458 | 1915 | AZ - Phoenix | WST 700 | 103152 |
| 1459 | 2138 | AZ - Phoenix | WST 700 | 4920102975 |
| 1460 | 2557 | AZ - Tucson | WST 700 | 103822 |
| 1461 | 1662 | AZ - Phoenix | WST 700 | 103639 |
| 1462 | 2076 | CA - Modesto | WST 700 | 103767 |
| 1463 | 2739 | AZ - Tucson | WST 700 | 103982 |
| 1464 | 2682 | AZ - Phoenix | WST 700 | 103810 |
| 1465 | 2738 | AZ - Tucson | WST 700 | 103973 |
| 1466 | 1696 | AZ - Phoenix | WST 700 | 4020102661 |
| 1467 | 2510 | AZ - Phoenix | WST 700 | 521103350 |
| 1468 | 1712 | AZ - Phoenix | WST 700 | 4020102711 |
| 1469 | 2671 | TX - El Paso/New Mexico | WST 700 | 103887 |
| 1470 | 2398 | TX - El Paso/New Mexico | WST 700 | 5220103158 |
| 1471 | 2412 | TX - El Paso/New Mexico | WST 700 | 5120103081 |
| 1472 | 2337 | TX - El Paso/New Mexico | WST 700 | 104106 |
| 1473 | FL2236 | FL - Orlando - Lex Howard | WST 700 | 5120103129 |
| 1474 | FL2310 | FL - Orlando - Lex Howard | WST 700 | 5320103171 |
| 1475 | FL2300 | FL - Orlando - Lex Howard | WST 700 | 5120103117 |
| 1476 | FL2228 | FL - Orlando - Lex Howard | WST 700 | 4920102003 |
| 1477 | FL4714 | FL - Orlando - Lex Howard | WST 700 | 322104271 |
| 1478 | FL3568 | FL - Orlando - Lex Howard | WST 700 | 322104255 |
| 1479 | FL2502 | FL - Orlando - Lex Howard | WST 700 | 421103310 |
| 1480 | FL4729 | FL - Orlando - Lex Howard | WST 700 | 322104266 |
| 1481 | FL4731 | FL - Orlando - Lex Howard | WST 700 | 322104275 |
| 1482 | FL5424 | FL - Orlando - Lex Howard | WST 700 CK | 3722104787 |
| 1483 | FL4732 | FL - Orlando - Lex Howard | WST 700 | 322104269 |
| 1484 | FL4721 | FL - Tampa | WST 700 | 322104263 |
| 1485 | FL7515 | FL - Tampa | WST 700 CK | 621103417 |
| 1486 | 2894 | TX - West Texas | WST 700 | 4420102737 |
| 1487 | 7363 | TX - West Texas | WST 700 | 222104226 |
| 1488 | 4766 | TX - West Texas | WST 700 | 121103224 |
| 1489 | 2893 | TX - West Texas | WST 700 | 4420102732 |
| 1490 | FL2778 | FL - Fort Myers - Ron Sahadi | WST 700 | 521103352 |
| 1491 | 2849 | GA - Georgia - Keaaron Elder | WST 700 | 1121103589 |
| 1492 | 2598 | AZ - Phoenix | WST 700 | 5120103064 |
| 1493 | 2186 | AZ - Phoenix | WST 700 | 5020103045 |
| 1494 | 1905 | AZ - Phoenix | WST 700 | 4420102755 |
| 1495 | 2446 | AZ - Phoenix | WST 700 | 121103197 |
| 1496 | 2110 | AZ - Phoenix | WST 700 | 4920102974 |
| 1497 | 2127 | AZ - Phoenix | WST 700 | 4720102885 |
| 1498 | 2596 | AZ - Phoenix | WST 700 | 4920102962 |
| 1499 | 2371 | AZ - Phoenix | WST 700 | 321103268 |
| 1500 | 2445 | AZ - Phoenix | WST 700 | 121103200 |
| 1501 | 2605 | AZ - Phoenix | WST 700 | 4420102758 |
| 1502 | 2178 | AZ - Phoenix | WST 700 | 4920102981 |
| 1503 | 1738 | AZ - Phoenix | WST 700 | 4020102715 |
| 1504 | 2177 | AZ - Phoenix | WST 700 | 4920102986 |
| 1505 | 2168 | AZ - Phoenix | WST 700 | 4920102955 |
| 1506 | 2441 | AZ - Phoenix | WST 700 | 103869 |
| 1507 | 2459 | AZ - Phoenix | WST 700 | 121103201 |
| 1508 | 2158 | AZ - Phoenix | WST 700 | 4920102971 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1509 | 2474 | AZ - Phoenix | WST 700 | 421103320 |
| 1510 | 2507 | AZ - Phoenix | WST 700 | 521103349 |
| 1511 | 2195 | AZ - Phoenix | WST 700 | 4920102935 |
| 1512 | 2490 | AZ - Phoenix | WST 700 | 421103326 |
| 1513 | 2111 | AZ - Phoenix | WST 700 | 4920102957 |
| 1514 | 2453 | AZ - Phoenix | WST 700 | 221103253 |
| 1515 | 3542 | AZ - Phoenix | WST 700 | 103888 |
| 1516 | 2485 | AZ - Phoenix | WST 700 | 421103332 |
| 1517 | 2132 | AZ - Phoenix | WST 700 | 4920102972 |
| 1518 | 1904 | AZ - Phoenix | WST 700 | 4420102747 |
| 1519 | 2199 | AZ - Phoenix | WST 700 | 5020103027 |
| 1520 | FL5382 | FL - Tampa | WST 700 CK | 3722104789 |
| 1521 | 4725 | TX - El Paso/New Mexico | WST 700 | 1121103602 |
| 1522 | 4742 | GA - Georgia - Keaaron Elder | WST 700 | 322104279 |
| 1523 | FL2848 | FL - Tampa | WST 700 | 521103611 |
| 1524 | FL4734 | FL - Fort Myers - Ron Sahadi | WST 700 | 322104267 |
| 1525 | 4726 | TX - El Paso/New Mexico | WST 700 | 4021104057 |
| 1526 | FL4801 | FL - Tampa | WST 700 | 521103348 |
| 1527 | 7180 | TX - West Texas | WST 700 CK | 103886 |
| 1528 | FL4816 | FL - Tampa | Not Specified | 421103316 |
| 1529 | 1787 | CA - Los Angeles | WST 700 | 103688 |
| 1530 | 2652 | CA - Los Angeles | WST 700 | 103636 |
| 1531 | 2079 | CA - Los Angeles | WST 700 | 103781 |
| 1532 | 1863 | CA - Los Angeles | WST 700 | 103742 |
| 1533 | 2027 | CA - Los Angeles | WST 700 | 103774 |
| 1534 | 103670 | CA - Los Angeles | WST 700 | |
| 1535 | 1876 | CA - Los Angeles | WST 700 | 103735 |
| 1536 | 2021 | CA - Los Angeles | WST 700 | 103714 |
| 1537 | 1866 | CA - Los Angeles | WST 700 | 103635 |
| 1538 | 1883 | CA - Los Angeles | WST 700 | 103726 |
| 1539 | 7448 | CA - Los Angeles | WST 700 | 103790 |
| 1540 | 1867 | CA - Los Angeles | WST 700 | 103722 |
| 1541 | 2031 | CA - Los Angeles | WST 700 | 103773 |
| 1542 | 2030 | CA - Los Angeles | WST 700 | 103752 |
| 1543 | 2080 | CA - Los Angeles | WST 700 | 103771 |
| 1544 | 2015 | CA - Los Angeles | WST 700 | 103753 |
| 1545 | 1884 | CA - Los Angeles | WST 700 | 103741 |
| 1546 | 1788 | CA - Los Angeles | WST 700 | 103709 |
| 1547 | 1778 | CA - Los Angeles | WST 700 | |
| 1548 | 2101 | CA - Los Angeles | WST 700 | 103747 |
| 1549 | 2025 | CA - Los Angeles | WST 700 | 103755 |
| 1550 | 1882 | CA - Los Angeles | WST 700 | 103739 |
| 1551 | 1809 | CA - Los Angeles | WST 700 | 103628 |
| 1552 | 2728 | CA - Los Angeles | WST 700 | 103789 |
| 1553 | 2730 | CA - Los Angeles | WST 700 | 1721103655 |
| 1554 | 2716 | CA - Los Angeles | WST 700 | 1721103660 |
| 1555 | 2717 | CA - Los Angeles | WST 700 | 1721103657 |
| 1556 | NV143 | NV - Las Vegas | WST 700 CK | 2822104707 |
| 1557 | 1751 | AZ - Phoenix | WST 700 | 4020102701 |
| 1558 | NV144 | NV - Las Vegas | WST 700 | 4720102861 |
| 1559 | 2630 | AZ - Phoenix | WST 700 | 321103271 |
| 1560 | 2680 | AZ - Phoenix | WST 700 | 4020102685 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1561 | 2265 | AZ - Phoenix | WST 700 | 5120103100 |
| 1562 | 2513 | AZ - Phoenix | WST 700 | 521103375 |
| 1563 | 2514 | AZ - Phoenix | WST 700 | 521103374 |
| 1564 | 2690 | AZ - Phoenix | WST 700 | 4920102958 |
| 1565 | 2631 | AZ - Phoenix | WST 700 | 103847 |
| 1566 | NV146 | NV - Las Vegas | WST 700 | 104097 |
| 1567 | NV145 | NV - Las Vegas | WST 700 | 104096 |
| 1568 | NV147 | NV - Las Vegas | WST 700 | 4720102855 |
| 1569 | NV148 | NV - Las Vegas | WST 700 | 4720102856 |
| 1570 | NV149 | NV - Las Vegas | WST 700 | 4720102889 |
| 1571 | 2621 | AZ - Tucson | WST 700 | 103826 |
| 1572 | 2703 | AZ - Phoenix | WST 700 | 103892 |
| 1573 | 2692 | AZ - Phoenix | WST 700 | 103912 |
| 1574 | 2325 | AZ - Tucson | WST 700 | 5120103083 |
| 1575 | 4753 | AZ - Phoenix | WST 700 | 103990 |
| 1576 | 4819 | AZ - Phoenix | Not Specified | 103998 |
| 1577 | 5233 | AZ - Phoenix | WST 700 CK | 103880 |
| 1578 | AZ544 | AZ - Phoenix | WST 700 | 3420102628 |
| 1579 | NV150 | NV - Las Vegas | WST 700 | 4720102890 |
| 1580 | 8389 | AZ - Phoenix | WST 700 | 4020102704 |
| 1581 | 8014 | AZ - Phoenix | WST 700 | 103607 |
| 1582 | NV151 | NV - Las Vegas | WST 700 | 2822104721 |
| 1583 | NV152 | NV - Las Vegas | WST 700 CK | 2822104713 |
| 1584 | 8476 | AZ - Phoenix | WST 700 | 103285 |
| 1585 | FL2363 | FL - Tampa | WST 700 | 421103298 |
| 1586 | FL7516 | FL - Tampa | WST 700 CK | 3120102605 |
| 1587 | FL3566 | FL - Orlando - Lex Howard | WST 700 | 322104257 |
| 1588 | FL3565 | FL - Orlando - Lex Howard | WST 700 | 322104272 |
| 1589 | FL2242 | FL - Orlando - Lex Howard | WST 700 | 5120102133 |
| 1590 | FL2306 | FL - Orlando - Lex Howard | WST 700 | 5120103114 |
| 1591 | FL7536 | FL - Orlando - Lex Howard | WST 700 CK | 621103422 |
| 1592 | FL2304 | FL - Orlando - Lex Howard | WST 700 | 5320103178 |
| 1593 | FL4713 | FL - Orlando - Lex Howard | WST 700 | 322104277 |
| 1594 | FL2756 | FL - Orlando - Lex Howard | WST 700 | 1121103593 |
| 1595 | FL2230 | FL - Orlando - Lex Howard | WST 700 | 4920102989 |
| 1596 | FL5367 | FL - Orlando - Lex Howard | WST 700 | 322104268 |
| 1597 | FL2247 | FL - Orlando - Lex Howard | WST 700 | 5120103131 |
| 1598 | FL2317 | FL - Fort Myers - Ron Sahadi | WST 700 | 5120103122 |
| 1599 | FL4818 | FL - Tampa | WST 700 CK | 1121103595 |
| 1600 | FL2847 | FL - Tampa | WST 700 | 1121103587 |
| 1601 | FL2496 | FL - Tampa | WST 700 | 421103306 |
| 1602 | FL4827 | FL - Tampa | WST 700 CK | 1722104491 |
| 1603 | FL4823 | FL - Tampa | WST 700 CK | 1722104494 |
| 1604 | FL4826 | FL - Tampa | WST 700 | 1121103628 |
| 1605 | FL2497 | FL - Tampa | WST 700 | 421103307 |
| 1606 | FL4814 | FL - Tampa | WST 700 CK | 5320103179 |
| 1607 | FL2886 | FL - Tampa | WST 700 | 1121103605 |
| 1608 | FL2517 | FL - Tampa | WST 700 | 421103287 |
| 1609 | FL2084 | FL - Tampa | WST 700 | 4720102900 |
| 1610 | FL2579 | FL - Tampa | WST 700 | 421103293 |
| 1611 | FL2521 | FL - Tampa | WST 700 | 421103300 |
| 1612 | FL2321 | FL - Tampa | WST 700 | 5120103121 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 1613 | FL7122 | FL - Fort Myers - Ron Sahadi | WST 700 | 421103290 |
| 1614 | FL2121 | FL - Orlando - Lex Howard | WST 700 | 4720102912 |
| 1615 | FL2367 | FL - Tampa | WST 700 | 521103359 |
| 1616 | FL2498 | FL - Tampa | WST 700 | 421103304 |
| 1617 | 7694 | TX - West Texas | WST 700 CK | 921103520 |
| 1618 | FL2216 | FL - Orlando - Lex Howard | WST 700 | 4920103002 |
| 1619 | FL2528 | FL - Orlando - Lex Howard | WST 700 | 421103299 |
| 1620 | FL2120 | FL - Orlando - Lex Howard | WST 700 | 4720102911 |
| 1621 | FL2529 | FL - Orlando - Lex Howard | WST 700 | 421103313 |
| 1622 | FL67674 | FL - Orlando - Lex Howard | WST 700 CK | 621103421 |
| 1623 | FL2246 | FL - Orlando - Lex Howard | WST 700 | 4920103000 |
| 1624 | FL7488 | FL - Orlando - Lex Howard | WST 700 CK | 621103436 |
| 1625 | FL5352 | FL - Orlando - Lex Howard | WST 700 CK | 5120103134 |
| 1626 | FL4730 | FL - Orlando - Lex Howard | WST 700 | 322104273 |
| 1627 | FL2241 | FL - Orlando - Lex Howard | WST 700 | 5120102126 |
| 1628 | FL2218 | FL - Orlando - Lex Howard | WST 700 | 4920102991 |
| 1629 | FL2298 | FL - Orlando - Lex Howard | WST 700 | 5320102167 |
| 1630 | FL2818 | FL - Tampa | WST 700 | 5320103176 |
| 1631 | FL2520 | FL - Orlando - Lex Howard | WST 700 | 421103294 |
| 1632 | FL2108 | FL - Orlando - Lex Howard | WST 700 | 4720102922 |
| 1633 | FL2519 | FL - Orlando - Lex Howard | WST 700 | 421103301 |
| 1634 | FL7050 | FL - Orlando - Lex Howard | WST 700 CK | 4720102913 |
| 1635 | FL2772 | FL - Orlando - Lex Howard | WST 700 | 5320103170 |
| 1636 | 2438 | TX - San Antonio | WST 700 | 220103166 |
| 1637 | FL2126 | FL - Orlando - Lex Howard | WST 700 | 4720102917 |
| 1638 | FL2106 | FL - Orlando - Lex Howard | WST 700 | 1121103599 |
| 1639 | FL2232 | FL - Orlando - Lex Howard | WST 700 | 4920103005 |
| 1640 | FL7517 | FL - Orlando - Lex Howard | WST 700 CK | 1121103613 |
| 1641 | FL2225 | FL - Orlando - Lex Howard | WST 700 | 4920103013 |
| 1642 | FL5353 | FL - Orlando - Lex Howard | WST 700 CK | 3722104790 |
| 1643 | FL2301 | FL - Orlando - Lex Howard | WST 700 | 5120102124 |
| 1644 | FL2231 | FL - Orlando - Lex Howard | WST 700 | 4720102909 |
| 1645 | FL6926 | FL - Orlando - Lex Howard | WST 700 Hylyte | 3722104788 |
| 1646 | FL2118 | FL - Orlando - Lex Howard | WST 700 | 4720102923 |
| 1647 | FL2555 | FL - Orlando - Lex Howard | WST 700 | 421103295 |
| 1648 | FL2119 | FL - Orlando - Lex Howard | WST 700 | 4720102919 |
| 1649 | FL2386 | FL - Tampa | WST 700 | 421103311 |
| 1650 | FL2302 | FL - Orlando - Lex Howard | WST 700 | 5120103107 |
| 1651 | FL6932 | FL - Orlando - Lex Howard | WST 700 CK | 2422104656 |
| 1652 | FL2296 | FL - Orlando - Lex Howard | WST 700 | 5120103120 |
| 1653 | FL2245 | FL - Orlando - Lex Howard | WST 700 | 4920102987 |
| 1654 | FL7489 | FL - Orlando - Lex Howard | WST 700 CK | 621103420 |
| 1655 | FL2083 | FL - Tampa | WST 700 | 4720102920 |
| 1656 | FL2237 | FL - Orlando - Lex Howard | WST 700 | 4920102006 |
| 1657 | 1960 | TX - Houston | WST 700 | 4520102794 |
| 1658 | 1800 | TX - San Antonio | WST 700 | 4420102730 |
| 1659 | 2796 | TX - San Antonio | WST 700 | 1121103608 |
| 1660 | 2797 | TX - San Antonio | WST 700 | 1121103606 |
| 1661 | 2439 | TX - San Antonio | WST 700 | 121103208 |
| 1662 | 1799 | TX - San Antonio | WST 700 | 4420102719 |
| 1663 | 2801 | TX - San Antonio | WST 700 | 4420102728 |
| 1664 | 2799 | TX - San Antonio | WST 700 | 4420102742 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1665 | 2795 | TX - San Antonio | WST 700 | 1121103614 |
| 1666 | 6518 | TX - San Antonio | WST 700 CK | 2922104756 |
| 1667 | 2840 | TX - San Antonio | WST 700 | 1820102242 |
| 1668 | 2802 | TX - San Antonio | WST 700 | 5220103166 |
| 1669 | 4767 | TX - El Paso/New Mexico | WST 700 | 5221104212 |
| 1670 | 2661 | TX - El Paso/New Mexico | WST 700 | 103902 |
| 1671 | 2721 | TX - El Paso/New Mexico | WST 700 | 1121103616 |
| 1672 | 8040 | TX - El Paso/New Mexico | WST 700 CK | 104016 |
| 1673 | 4728 | TX - El Paso/New Mexico | WST 700 | 5221104203 |
| 1674 | 8313 | TX - Austin | WST 700 | 5221104201 |
| 1675 | 4768 | TX - San Antonio | WST 700 | 4021104045 |
| 1676 | 2841 | TX - Austin | WST 700 | 1820102241 |
| 1677 | 946 | AZ - Phoenix | WST 700 | 102609 |
| 1678 | 937 | AZ - Phoenix | WST 700 | 102612 |
| 1679 | 2258 | AZ - Phoenix | WST 700 | 5020103017 |
| 1680 | 936 | AZ - Phoenix | WST 700 | 102610 |
| 1681 | 2200 | AZ - Phoenix | WST 700 | 5020103028 |
| 1682 | 2422 | AZ - Phoenix | WST 700 | 5220103144 |
| 1683 | 2471 | AZ - Tucson | WST 700 | 421103346 |
| 1684 | 1676 | AZ - Phoenix | WST 700 | 103663 |
| 1685 | 939 | AZ - Phoenix | WST 700 | 102617 |
| 1686 | 932 | AZ - Phoenix | WST 700 | 102619 |
| 1687 | 1997 | AZ - Tucson | WST 700 | 4620102819 |
| 1688 | 940 | AZ - Phoenix | WST 700 | 102618 |
| 1689 | 2444 | AZ - Phoenix | WST 700 | 103988 |
| 1690 | 1939 | AZ - Tucson | WST 700 | VJ300281410 |
| 1691 | 934 | AZ - Phoenix | WST 700 | 102611 |
| 1692 | 935 | AZ - Phoenix | WST 700 | 102616 |
| 1693 | 2838 | TX - San Antonio | WST 700 | 4520102780 |
| 1694 | 2792 | TX - San Antonio | WST 700 | 1721103649 |
| 1695 | 5859 | TX - San Antonio | WST 700 CK | 2922104758 |
| 1696 | 2699 | VA - VA/West VA - CJ Richard | WST 700 | 822104292 |
| 1697 | 2698 | VA - VA/West VA - CJ Richard | WST 700 | 421103289 |
| 1698 | 2697 | VA - VA/West VA - CJ Richard | WST 700 | 421103288 |
| 1699 | 2696 | OH - Ohio - Ed Thacker | WST 700 | 421103305 |
| 1700 | 1811 | TX - Houston | WST 700 | 1121103612 |
| 1701 | 1813 | TX - Houston | WST 700 | 1721103650 |
| 1702 | 1819 | TX - Houston | WST 700 | 4420102739 |
| 1703 | 1827 | TX - Houston | WST 700 | 222104228 |
| 1704 | 7147 | CA - Los Angeles | WST 700 CK | 1721108668 |
| 1705 | 7048 | CA - Los Angeles | WST 700 CK | 1721103673 |
| 1706 | 6463 | CA - Los Angeles | WST 700 | 103948 |
| 1707 | 6902 | CA - Sacramento | Not Specified | 103968 |
| 1708 | 7808 | CA - Los Angeles | WST 700 CK | 103763 |
| 1709 | 7342 | CA - Los Angeles | WST 700 CK | 103737 |
| 1710 | 7343 | CA - Los Angeles | WST 700 | 103740 |
| 1711 | 5882 | AZ - Phoenix | WST 700 CK | 104055 |
| 1712 | 1739 | CA - Los Angeles | WST 700 | 103671 |
| 1713 | 1812 | TX - Houston | WST 700 | 4420102726 |
| 1714 | 1806 | TX - Houston | WST 700 | 4520102800 |
| 1715 | 1826 | TX - Houston | WST 700 | 2922104755 |
| 1716 | 1845 | TX - Houston | WST 700 | 5221104213 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 1717 | 1853 | CA - Los Angeles | WST 700 | 103703 |
| 1718 | 7848 | CA - Los Banos | WST 700 | 103931 |
| 1719 | 1747 | CA - Los Banos | WST 700 | 103682 |
| 1720 | 1667 | AZ - Phoenix | WST 700 | 103641 |
| 1721 | 1688 | AZ - Phoenix | WST 700 | 4021012675 |
| 1722 | 1734 | CA - Los Angeles | WST 700 | 103691 |
| 1723 | 7575 | TX - El Paso/New Mexico | WST 700 CK | 5221104209 |
| 1724 | 1689 | AZ - Phoenix | WST 700 | 4020102673 |
| 1725 | 1694 | AZ - Phoenix | WST 700 | 4020102680 |
| 1726 | 7155 | AZ - Phoenix | WST 700 CK | 5120103099 |
| 1727 | 1850 | CA - Los Angeles | WST 700 | 103712 |
| 1728 | 1744 | CA - Los Banos | WST 700 | 103666 |
| 1729 | 1745 | CA - Los Banos | WST 700 | 103627 |
| 1730 | 7545 | TX - El Paso/New Mexico | WST 700 CK | 103825 |
| 1731 | 7544 | TX - El Paso/New Mexico | WST 700 CK | 103915 |
| 1732 | 1690 | AZ - Phoenix | WST 700 | 4020102677 |
| 1733 | 1832 | CA - Los Angeles | WST 700 | 103717 |
| 1734 | 1829 | CA - Los Angeles | WST 700 | 103696 |
| 1735 | 1691 | AZ - Phoenix | WST 700 | 4020102674 |
| 1736 | 1917 | AZ - Phoenix | WST 700 | 103322 |
| 1737 | 8562 | TX - El Paso/New Mexico | WST 700 CK | WST-700S |
| 1738 | 1742 | CA - Los Angeles | WST 700 | 103681 |
| 1739 | 1733 | CA - Los Angeles | WST 700 | 103680 |
| 1740 | 6923 | AZ - Phoenix | WST 700 Hylyte | 103555 |
| 1741 | 7453 | AZ - Phoenix | WST 700 CK | 5220103162 |
| 1742 | 7521 | AZ - Phoenix | WST 700 CK | 103504 |
| 1743 | 7532 | AZ - Phoenix | WST 700 CK | 103498 |
| 1744 | 7562 | TX - El Paso/New Mexico | WST 700 | 104101 |
| 1745 | 8561 | TX - El Paso/New Mexico | WST 700 CK | WST 104105 |
| 1746 | 1987 | TX - El Paso/New Mexico | WST 700 | 4520102796 |
| 1747 | 259 | CA - Sacramento | WST 700 | 100344 |
| 1748 | 250 | CA - Sacramento | WST 700 | 103102 |
| 1749 | 8659 | TX - San Antonio | WST 700 CK | 4021104050 |
| 1750 | 8547 | TX - West Texas | WST 700 | |
| 1751 | 8557 | TX - West Texas | WST 700 CK | 5221104197 |
| 1752 | 8660 | TX - San Antonio | WST 700 CK | 222104232 |
| 1753 | 5430 | GA - Georgia - Keaaron Elder | WST 700 | 1422104441 |
| 1754 | 7128 | WA - Western WA Water | WST 700 | |
| 1755 | 7422 | WA - Western WA Water | WST 700 | 104172 |
| 1756 | 754 | CA - Sacramento | WST 700 | 103101 |
| 1757 | 7648 | CA - Los Angeles | WST 700 | 104009 |
| 1758 | 2897 | TX - North & East TX/Oklahoma | WST 700 | 1820102232 |
| 1759 | 5413 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104376 |
| 1760 | 601 | CA - Los Angeles | WST 700 | 101131 |
| 1761 | 5390 | TX - North & East TX/Oklahoma | WST 700 | 1021103561 |
| 1762 | 570 | CA - Los Angeles | WST 700 | 101130 |
| 1763 | 2654 | CA - Los Angeles | WST 700 | 103776 |
| 1764 | 4900 | GA - Georgia - Keaaron Elder | WST 700 | 1422104450 |
| 1765 | 635 | CA - Los Angeles | WST 700 | 104079 |
| 1766 | 7695 | CA - Los Angeles | WST 700 | 104037 |
| 1767 | NV153 | NV - Las Vegas | WST 700 | 103386 |
| 1768 | NV154 | NV - Las Vegas | WST 700 | 3021103979 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1769 | 371 | CA - Los Angeles | WST 700 | 104077 |
| 1770 | 5376 | VA - VA/West VA - CJ Richard | WST 700 | 1122104382 |
| 1771 | 2695 | OR - Oregon - Shannon Duffy | WST 700 | 103962 |
| 1772 | 5399 | VA - VA/West VA - CJ Richard | WST 700 | 1122104413 |
| 1773 | 7830 | ZZ - Warehouse Inventory | WST 700 | 50101820 |
| 1774 | 7831 | ZZ - Warehouse Inventory | WST 700 | 2820102524 |
| 1775 | 7832 | ZZ - Warehouse Inventory | WST 700 | 2620102500 |
| 1776 | 7833 | ZZ - Warehouse Inventory | WST 700 | 520191797 |
| 1777 | 7834 | ZZ - Warehouse Inventory | WST 700 | 5119101705 |
| 1778 | 7835 | ZZ - Warehouse Inventory | WST 700 | 921103506 |
| 1779 | 7836 | ZZ - Warehouse Inventory | WST 700 | 2422104674 |
| 1780 | 277 | CA - Sacramento | WST 700 | 100800 |
| 1781 | 5255 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104417 |
| 1782 | 5263 | TX - San Antonio | WST 700 | 1021103530 |
| 1783 | 5340 | AZ - Phoenix | WST 700 | 103570 |
| 1784 | 254 | CA - Sacramento | WST 700 | 103106 |
| 1785 | 5367 | GA - Georgia - Keaaron Elder | WST 700 | 1622104488 |
| 1786 | 4889 | GA - Georgia - Keaaron Elder | WST 700 | 1122104412 |
| 1787 | 165 | CA - Los Angeles | WST 700 | 102607 |
| 1788 | 1009 | GA - Georgia - Keaaron Elder | WST 700 | 3019101615 |
| 1789 | 1010 | GA - Georgia - Keaaron Elder | WST 700 | 2519101544 |
| 1790 | 1005 | GA - Georgia - Keaaron Elder | WST 700 | 2819101606 |
| 1791 | 1011 | GA - Georgia - Keaaron Elder | WST 700 | 3019101623 |
| 1792 | 1064 | GA - Georgia - Keaaron Elder | WST 700 | 2519101525 |
| 1793 | 1004 | GA - Georgia - Keaaron Elder | WST 700 | 2519101546 |
| 1794 | 581 | CA - Los Angeles | WST 700 | 101140 |
| 1795 | 5239 | CA - Los Angeles | WST 700 | 104035 |
| 1796 | 6464 | CA - Los Angeles | WST 700 | 103474 |
| 1797 | 687 | AZ - Phoenix | WST 700 | 101980 |
| 1798 | 4872 | TX - North & East TX/Oklahoma | WST 700 | 20210102275 |
| 1799 | 292 | CA - Sacramento | WST 700 | 100315 |
| 1800 | 757 | CA - Sacramento | WST 700 | 103360 |
| 1801 | 6642 | VA - VA/West VA - CJ Richard | WST 700 | 3722104778 |
| 1802 | 748 | CA - Los Angeles | WST 700 | 101952 |
| 1803 | 11 | WA - Western WA Water | WST 700 | 104250 |
| 1804 | 617 | AZ - Phoenix | WST 700 | 103201 |
| 1805 | 376 | CA - Los Angeles | WST 700 | 100917 |
| 1806 | 5895 | CA - Los Angeles | WST 700 | 103473 |
| 1807 | 421 | CA - Los Angeles | WST 700 | 104023 |
| 1808 | 422 | WA - Western WA Water | WST 700 | 100955 |
| 1809 | 488 | ZZ - Warehouse Inventory | WST 700 | Test 1 |
| 1810 | 508 | ZZ - Warehouse Inventory | WST 700 | Test 2 |
| 1811 | 520 | ZZ - Warehouse Inventory | WST 700 | Test 3 |
| 1812 | 573 | ZZ - Warehouse Inventory | WST 700 | 100935 - Test 4 |
| 1813 | 574 | ZZ - Warehouse Inventory | WST 700 | 100934 - Test 5 |
| 1814 | 4893 | ZZ - Warehouse Inventory | WST 700 | 2519101545 |
| 1815 | 4897 | ZZ - Warehouse Inventory | WST 700 | 920101953 |
| 1816 | 4903 | ZZ - Warehouse Inventory | WST 700 | 721103439 |
| 1817 | 4905 | ZZ - Warehouse Inventory | WST 700 | 1520102106 |
| 1818 | 540292 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1622104472 |
| 1819 | 540353 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1622104478 |
| 1820 | 5265 | ZZ - Warehouse Inventory | WST 700 | 103109 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1821 | 5307 | ZZ - Warehouse Inventory | WST 700 | 4020102676 |
| 1822 | 5308 | ZZ - Warehouse Inventory | WST 700 | 4020102679 |
| 1823 | 1015 | ZZ - Warehouse Inventory | WST 700 | 103362 |
| 1824 | 1014 | ZZ - Warehouse Inventory | WST 700 | 5218101356 |
| 1825 | 1016 | ZZ - Warehouse Inventory | WST 700 | 103379 |
| 1826 | 1060 | ZZ - Warehouse Inventory | WST 700 | 5218101357 |
| 1827 | 6824 | ZZ - Warehouse Inventory | WST 700 | 104092 |
| 1828 | 7945 | ZZ - Warehouse Inventory | WST 700 | 103984 |
| 1829 | 7824 | CA - Sacramento | WST 700 | 103418 |
| 1830 | 700 | CA - Los Angeles | WST 700 | 103994 |
| 1831 | 7646 | VA - VA/West VA - CJ Richard | WST 700 | 1422104436 |
| 1832 | 5277 | VA - VA/West VA - CJ Richard | WST 700 | 1122104426 |
| 1833 | 2910 | VA - VA/West VA - CJ Richard | WST 700 | 2620102485 |
| 1834 | 37 | AZ - Phoenix | WST 700 | 103587 |
| 1835 | 4755 | TX - North & East TX/Oklahoma | WST 700 | 2520102444 |
| 1836 | 1615 | TX - San Antonio | WST 700 | 1620102184 |
| 1837 | 272 | CA - Sacramento | WST 700 | 103103 |
| 1838 | 6816 | VA - VA/West VA - CJ Richard | WST 700 | 62113416 |
| 1839 | 1000 | GA - Georgia - Keaaron Elder | WST 700 | 2819101579 |
| 1840 | 992 | GA - Georgia - Keaaron Elder | WST 700 | 2819101577 |
| 1841 | 997 | GA - Georgia - Keaaron Elder | WST 700 | 2819101580 |
| 1842 | 7041 | GA - Georgia - Keaaron Elder | WST 700 | 2422104659 |
| 1843 | FL6795 | FL - Fort Myers - Ron Sahadi | WST 700 | 2122104571 |
| 1844 | FL6883 | FL - Fort Myers - Ron Sahadi | WST 700 | 2422104655 |
| 1845 | FL6796 | FL - Fort Myers - Ron Sahadi | WST 700 | 2422104669 |
| 1846 | FL7350 | FL - Fort Myers - Ron Sahadi | WST 700 | 2422104662 |
| 1847 | FL1022 | FL - Fort Myers - Ron Sahadi | WST 700 | 2422104646 |
| 1848 | FL5311 | FL - Fort Myers - Ron Sahadi | WST 700 | 2422104651 |
| 1849 | 993 | GA - Georgia - Keaaron Elder | WST 700 | 2819101567 |
| 1850 | 991 | GA - Georgia - Keaaron Elder | WST 700 | 2819101552 |
| 1851 | 1003 | GA - Georgia - Keaaron Elder | WST 700 | 2519101524 |
| 1852 | 5800 | GA - Georgia - Keaaron Elder | WST 700 | 1822104558 |
| 1853 | 1002 | GA - Georgia - Keaaron Elder | WST 700 | 2819101574 |
| 1854 | FL6798 | FL - Fort Myers - Ron Sahadi | WST 700 | 2422104661 |
| 1855 | FL6799 | FL - Fort Myers - Ron Sahadi | WST 700 | 2422104653 |
| 1856 | FL6803 | FL - Fort Myers - Ron Sahadi | WST 700 | 621103435 |
| 1857 | FL6805 | FL - Fort Myers - Ron Sahadi | WST 700 | 1822104552 |
| 1858 | FL6800 | FL - Fort Myers - Ron Sahadi | WST 700 | 2820102566 |
| 1859 | 1764 | NV - North Nevada | WST 700 | 101200 |
| 1860 | 1766 | NV - North Nevada | WST 700 | 103359 |
| 1861 | 982 | AZ - Phoenix | WST 700 | 103052 |
| 1862 | 1078 | TN - Nashville -Rodolfo Perdomo | WST 700 | 621103414 |
| 1863 | 999 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2819101581 |
| 1864 | 5807 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104581 |
| 1865 | 5720 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104574 |
| 1866 | 5798 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104578 |
| 1867 | 5862 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104768 |
| 1868 | 5796 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104568 |
| 1869 | 988 | NV - North Nevada | WST 700 | 103034 |
| 1870 | F5002 | FL - Fort Myers - Ron Sahadi | WST 700 | 2519101497 |
| 1871 | 5896 | VA - VA/West VA - CJ Richard | WST 700 | 1822104553 |
| 1872 | 990 | NV - North Nevada | WST 700 | 103042 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1873 | 981 | AZ - Phoenix | WST 700 | 5218101337 |
| 1874 | 1541 | CA - Sacramento | WST 700 | 103095 |
| 1875 | 6276 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104779 |
| 1876 | FL6649 | FL - Tampa | WST 700 | 621103429 |
| 1877 | 5337 | CA - Los Angeles | WST 700 | 104007 |
| 1878 | 2791 | TX - North & East TX/Oklahoma | WST 700 | 1520102140 |
| 1879 | 6919 | TX - Austin | WST 700 Hylyte | 621103408 |
| 1880 | 8387 | AZ - Phoenix | WST 700 | 103611 |
| 1881 | 8298 | AZ - Phoenix | WST 700 | 103297 |
| 1882 | 8301 | AZ - Phoenix | WST 700 | 103254 |
| 1883 | 8395 | AZ - Phoenix | WST 700 | 103252 |
| 1884 | 8267 | AZ - Phoenix | WST 700 | 103543 |
| 1885 | 8275 | AZ - Phoenix | WST 700 | 103459 |
| 1886 | 8103 | AZ - Phoenix | WST 700 | 103284 |
| 1887 | 8105 | AZ - Phoenix | WST 700 | 103259 |
| 1888 | 8097 | AZ - Phoenix | WST 700 | 103277 |
| 1889 | 8153 | NV - Las Vegas | WST 700 | 103400 |
| 1890 | 8155 | NV - Las Vegas | WST 700 | 103399 |
| 1891 | 8315 | NV - Las Vegas | WST 700 | 103269 |
| 1892 | AZ245 | AZ - Tucson | WST 700 | 103548 |
| 1893 | 8158 | AZ - Tucson | WST 700 | 103393 |
| 1894 | 8296 | AZ - Tucson | WST 700 | 103439 |
| 1895 | 8279 | AZ - Phoenix | WST 700 | 103432 |
| 1896 | 8282 | AZ - Phoenix | WST 700 | 103464 |
| 1897 | 8388 | AZ - Phoenix | WST 700 | 103614 |
| 1898 | 8205 | AZ - Phoenix | WST 700 | 103423 |
| 1899 | 8278 | AZ - Phoenix | WST 700 | 103449 |
| 1900 | 8280 | AZ - Phoenix | WST 700 | 103457 |
| 1901 | 8309 | AZ - Phoenix | WST 700 | 103256 |
| 1902 | 8378 | AZ - Phoenix | WST 700 | 103261 |
| 1903 | 8377 | AZ - Tucson | WST 700 | 103239 |
| 1904 | 8383 | AZ - Phoenix | WST 700 | 103490 |
| 1905 | 8385 | AZ - Phoenix | WST 700 | 103499 |
| 1906 | 8396 | AZ - Tucson | WST 700 | 103613 |
| 1907 | 8397 | AZ - Tucson | WST 700 | 103615 |
| 1908 | 8421 | AZ - Tucson | WST 700 | 103505 |
| 1909 | 8106 | AZ - Phoenix | WST 700 | 103298 |
| 1910 | 8156 | AZ - Phoenix | WST 700 | 103364 |
| 1911 | 8108 | AZ - Phoenix | WST 700 | 103257 |
| 1912 | 8308 | AZ - Phoenix | WST 700 | 103293 |
| 1913 | 8312 | AZ - Phoenix | WST 700 | 103294 |
| 1914 | 8257 | AZ - Phoenix | WST 700 | 103363 |
| 1915 | 8261 | AZ - Phoenix | WST 700 | 103507 |
| 1916 | 8262 | AZ - Phoenix | WST 700 | 103540 |
| 1917 | 8268 | AZ - Phoenix | WST 700 | 103568 |
| 1918 | 8382 | AZ - Phoenix | WST 700 | 103484 |
| 1919 | 8307 | AZ - Tucson | WST 700 | 103296 |
| 1920 | 8425 | AZ - Tucson | WST 700 | 103279 |
| 1921 | 8244 | AZ - Phoenix | WST 700 | 103165 |
| 1922 | 8250 | AZ - Phoenix | WST 700 | 103140 |
| 1923 | 8204 | AZ - Phoenix | WST 700 | 103238 |
| 1924 | 8253 | AZ - Phoenix | WST 700 | 103237 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1925 | 8422 | AZ - Tucson | WST 700 | 103603 |
| 1926 | 8311 | AZ - Tucson | WST 700 | 103317 |
| 1927 | 8466 | AZ - Tucson | WST 700 | 103250 |
| 1928 | 8154 | AZ - Phoenix | WST 700 | 103375 |
| 1929 | 8276 | AZ - Phoenix | WST 700 | 103466 |
| 1930 | 8102 | AZ - Phoenix | WST 700 | 103390 |
| 1931 | 8245 | AZ - Phoenix | WST 700 | 103422 |
| 1932 | 8247 | AZ - Phoenix | WST 700 | 103510 |
| 1933 | 8260 | AZ - Phoenix | WST 700 | 103424 |
| 1934 | 8338 | AZ - Phoenix | WST 700 | 103414 |
| 1935 | 8107 | AZ - Phoenix | WST 700 | 103258 |
| 1936 | 8109 | AZ - Phoenix | WST 700 | 103276 |
| 1937 | 8110 | AZ - Phoenix | WST 700 | 103153 |
| 1938 | 8264 | AZ - Phoenix | WST 700 | 103434 |
| 1939 | 8487 | AZ - Phoenix | WST 700 | 103167 |
| 1940 | 8488 | AZ - Phoenix | WST 700 | 103206 |
| 1941 | 8490 | AZ - Phoenix | WST 700 | 103217 |
| 1942 | 8299 | AZ - Phoenix | WST 700 | 103240 |
| 1943 | 8310 | AZ - Phoenix | WST 700 | 103161 |
| 1944 | 8118 | AZ - Tucson | WST 700 | 103415 |
| 1945 | 8119 | AZ - Tucson | WST 700 | 103437 |
| 1946 | 8467 | NV - Las Vegas | WST 700 | 103610 |
| 1947 | 8474 | NV - Las Vegas | WST 700 | 103606 |
| 1948 | 8480 | NV - Las Vegas | WST 700 | 103521 |
| 1949 | 8423 | AZ - Tucson | WST 700 | 103619 |
| 1950 | 8424 | AZ - Tucson | WST 700 | 103604 |
| 1951 | 8384 | AZ - Phoenix | WST 700 | 103487 |
| 1952 | 8246 | AZ - Phoenix | WST 700 | 103421 |
| 1953 | 8274 | AZ - Phoenix | WST 700 | 103465 |
| 1954 | 8254 | AZ - Phoenix | WST 700 | 103146 |
| 1955 | 2784 | TX - West Texas | WST 700 | 103945 |
| 1956 | 242 | CA - Los Angeles | WST 700 | 100826 |
| 1957 | 7135 | CA - Yuba City | WST 700 | 103409 |
| 1958 | 437 | Out of Service | WST 700 | 100969 |
| 1959 | FL103597 | ZZ - Warehouse Inventory | WST 700 CK | 1121103597 |
| 1960 | FL103190 | ZZ - Warehouse Inventory | WST 700 CK | 5320103190 |
| 1961 | FL103637 | ZZ - Warehouse Inventory | WST 700 CK | 112103637 |
| 1962 | FL103389 | ZZ - Warehouse Inventory | WST 700 CK | 621103389 |
| 1963 | FL102996 | ZZ - Warehouse Inventory | WST 700 CK | 4921102996 |
| 1964 | FL103390 | ZZ - Warehouse Inventory | WST 700 CK | 621103390 |
| 1965 | FL104642 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104642 |
| 1966 | FL104646 | ZZ - Warehouse Inventory | WST 700 Hylyte | 242210646 |
| 1967 | FL104648 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422194648 |
| 1968 | FL104670 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104670 |
| 1969 | FL6398 | ZZ - Warehouse Inventory | WST 700 | 4720102918 |
| 1970 | FL6338 | ZZ - Warehouse Inventory | WST 700 | 4920103007 |
| 1971 | FL6881 | ZZ - Warehouse Inventory | WST 700 | 4720102899 |
| 1972 | FL6893 | ZZ - Warehouse Inventory | WST 700 | 2819101645 |
| 1973 | FL6894 | ZZ - Warehouse Inventory | WST 700 | 2819101563 |
| 1974 | FL6895 | ZZ - Warehouse Inventory | WST 700 | 2819101670 |
| 1975 | FL6896 | ZZ - Warehouse Inventory | WST 700 | 2819101683 |
| 1976 | FL6962 | ZZ - Warehouse Inventory | WST 700 | 5320103172 |

**Attachment #2**
**Page 38 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 1977 | FL7137 | ZZ - Warehouse Inventory | WST 700 | 4920102990 |
| 1978 | FL7353 | ZZ - Warehouse Inventory | WST 700 | 421103292 |
| 1979 | FL7355 | ZZ - Warehouse Inventory | WST 700 | 1122104420 |
| 1980 | FL7556 | ZZ - Warehouse Inventory | WST 700 | 4920102014 |
| 1981 | FL7566 | ZZ - Warehouse Inventory | WST 700 | 4920102938 |
| 1982 | FL7604 | ZZ - Warehouse Inventory | WST 700 | 103574 |
| 1983 | FL7606 | ZZ - Warehouse Inventory | WST 700 | 2819101696 |
| 1984 | FL7975 | ZZ - Warehouse Inventory | WST 700 | 5120103128 |
| 1985 | FL8009 | ZZ - Warehouse Inventory | WST 700 | 5120103135 |
| 1986 | FL8069 | ZZ - Warehouse Inventory | WST 700 | 4920103014 |
| 1987 | FL8070 | ZZ - Warehouse Inventory | WST 700 | 2122104572 |
| 1988 | FL8071 | ZZ - Warehouse Inventory | WST 700 | 3120102603 |
| 1989 | FL8072 | ZZ - Warehouse Inventory | WST 700 | 822104288 |
| 1990 | FL8073 | ZZ - Warehouse Inventory | WST 700 | 922104313 |
| 1991 | FL8076 | ZZ - Warehouse Inventory | WST 700 | 4720102907 |
| 1992 | FL8077 | ZZ - Warehouse Inventory | WST 700 | 4720102910 |
| 1993 | FL8078 | ZZ - Warehouse Inventory | WST 700 | 2579101541 |
| 1994 | FL8079 | ZZ - Warehouse Inventory | WST 700 | 103485 |
| 1995 | FL8080 | ZZ - Warehouse Inventory | WST 700 | 4720102914 |
| 1996 | FL8081 | ZZ - Warehouse Inventory | WST 700 | 4920102988 |
| 1997 | FL8082 | ZZ - Warehouse Inventory | WST 700 | 2819101557 |
| 1998 | FL8083 | ZZ - Warehouse Inventory | WST 700 | 419101460 |
| 1999 | 922 | CA - Los Angeles | WST 700 | 102090 |
| 2000 | 281 | CA - Sacramento | WST 700 | 100954 |
| 2001 | 5817 | CA - Los Angeles | WST 700 | 103493 |
| 2002 | AZ461 | CA - Modesto | WST 700 | 103440 |
| 2003 | 8707 | CA - Modesto | WST 700 | 103097 |
| 2004 | 32 | WA - Western WA Water | WST 700 | 104044 |
| 2005 | 5258 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1622104462 |
| 2006 | 5978 | TX - Houston | WST 700 | 2520102407 |
| 2007 | 5271 | AZ - Phoenix | WST 700 | 103601 |
| 2008 | 4870 | TX - North & East TX/Oklahoma | WST 700 | 1820102217 |
| 2009 | 432 | AZ - Phoenix | WST 700 | 104058 |
| 2010 | 5275 | VA - VA/West VA - CJ Richard | WST 700 | 1122104423 |
| 2011 | 589 | CA - Los Angeles | WST 700 | 101141 |
| 2012 | 5240 | CA - Los Angeles | WST 700 | 104025 |
| 2013 | FL2830 | FL - Miami - Frank Bennett | WST 700 | 621103397 |
| 2014 | 4718 | TX - North & East TX/Oklahoma | WST 700 | 2020102292 |
| 2015 | FL5272 | FL - Tampa | WST 700 | 2422104663 |
| 2016 | NV158 | NV - Las Vegas | WST 700 | 101109 |
| 2017 | 203 | CA - Los Angeles | WST 700 | 100813 |
| 2018 | 228 | AZ - Phoenix | WST 700 | 103228 |
| 2019 | 4769 | WA - Western WA Water | WST 700 | |
| 2020 | 2807 | VA - VA/West VA - CJ Richard | WST 700 | 103406 |
| 2021 | 51 | AZ - Phoenix | WST 700 | 104002 |
| 2022 | 8548 | AZ - Phoenix | Not Specified | 5118101331 |
| 2023 | NV159 | NV - Las Vegas | WST 700 | 103842 |
| 2024 | FL6808 | FL - Orlando - Lex Howard | WST 700 | 2422104645 |
| 2025 | 5317 | WA - Western WA Water | WST 700 | 104190 |
| 2026 | 54 | OR - Oregon - Shannon Duffy | WST 700 | N/A |
| 2027 | 5252 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104395 |
| 2028 | 184 | CA - Los Angeles | WST 700 | 104086 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2029 | 6279 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104785 |
| 2030 | 9 | WA - Western WA Water | WST 700 | 103091 |
| 2031 | 4835 | CA - Los Angeles | WST 700 | 104029 |
| 2032 | 7748 | CA - Los Angeles | WST 700 | 103956 |
| 2033 | 5435 | GA - Georgia - Keaaron Elder | WST 700 | 1622104468 |
| 2034 | 5437 | GA - Georgia - Keaaron Elder | WST 700 | 1822104500 |
| 2035 | 5423 | GA - Georgia - Keaaron Elder | WST 700 | 1822104506 |
| 2036 | 5420 | GA - Georgia - Keaaron Elder | WST 700 | 1822104519 |
| 2037 | 5421 | GA - Georgia - Keaaron Elder | WST 700 | 1822104504 |
| 2038 | 5434 | GA - Georgia - Keaaron Elder | WST 700 | 1622104489 |
| 2039 | 5439 | GA - Georgia - Keaaron Elder | WST 700 | 1822104513 |
| 2040 | 5438 | GA - Georgia - Keaaron Elder | WST 700 | 1822104505 |
| 2041 | 5408 | GA - Georgia - Keaaron Elder | WST 700 | 1622104485 |
| 2042 | 5412 | GA - Georgia - Keaaron Elder | WST 700 | 1422104433 |
| 2043 | 5427 | GA - Georgia - Keaaron Elder | WST 700 | 1822104502 |
| 2044 | 5436 | GA - Georgia - Keaaron Elder | WST 700 | 1422104443 |
| 2045 | 5432 | GA - Georgia - Keaaron Elder | WST 700 | 1722104499 |
| 2046 | 6568 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104396 |
| 2047 | 5415 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104393 |
| 2048 | 5425 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1822104503 |
| 2049 | 198 | CA - Los Angeles | WST 700 | 103622 |
| 2050 | 4802 | TX - Austin | WST 700 | 3120102606 |
| 2051 | 311 | OR - Oregon - Shannon Duffy | WST 700 | 100890 |
| 2052 | 5246 | VA - VA/West VA - CJ Richard | WST 700 | 1122104429 |
| 2053 | 5 | WA - Western WA Water | WST 700 | 103585 |
| 2054 | 2892 | WA - Western WA Water | WST 700 | 104118 |
| 2055 | 5385 | TX - North & East TX/Oklahoma | WST 700 | 1021103565 |
| 2056 | 52 | OR - Oregon - Shannon Duffy | WST 700 | 104091 |
| 2057 | 98 | CA - Los Angeles | WST 700 | 100391 |
| 2058 | 3529 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1620102174 |
| 2059 | 1608 | TX - Austin | WST 700 | 1520102133 |
| 2060 | 7132 | TX - Austin | WST 700 | 1620102196 |
| 2061 | 5300 | VA - VA/West VA - CJ Richard | WST 700 | 1122104425 |
| 2062 | 603 | CA - Los Angeles | WST 700 | 101195 |
| 2063 | 8497 | TX - San Antonio | WST 700 | 1820102252 |
| 2064 | 8125 | CA - Los Angeles | WST 700 | 1622104475 |
| 2065 | 7028 | WA - Western WA Water | WST 700 Hylyte | 104218 |
| 2066 | 5259 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1422104446 |
| 2067 | 5319 | TX - San Antonio | WST 700 | 721103451 |
| 2068 | 8634 | ZZ - Warehouse Inventory | WST 700 | 100381 |
| 2069 | 690 | ZZ - Warehouse Inventory | WST 700 | 101962 |
| 2070 | 8636 | ZZ - Warehouse Inventory | WST 700 | 104014 |
| 2071 | 8644 | ZZ - Warehouse Inventory | WST 700 | 100846 |
| 2072 | 8645 | ZZ - Warehouse Inventory | WST 700 | 102637 |
| 2073 | 8646 | ZZ - Warehouse Inventory | WST 700 | 104075 |
| 2074 | 8693 | ZZ - Warehouse Inventory | WST 700 | 102606 |
| 2075 | 8694 | ZZ - Warehouse Inventory | WST 700 | 104010 |
| 2076 | 8695 | ZZ - Warehouse Inventory | WST 700 | 104073 |
| 2077 | 8697 | ZZ - Warehouse Inventory | WST 700 | 104083 |
| 2078 | 8698 | ZZ - Warehouse Inventory | WST 700 | 104027 |
| 2079 | 8699 | ZZ - Warehouse Inventory | WST 700 | 103563 |
| 2080 | 8700 | ZZ - Warehouse Inventory | WST 700 | 103621 |

**Attachment #2**
**Page 40 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2081 | 157 | ZZ - Warehouse Inventory | WST 700 | 100718 |
| 2082 | 366 | ZZ - Warehouse Inventory | WST 700 | 100383 |
| 2083 | 404 | ZZ - Warehouse Inventory | WST 700 | 100892 |
| 2084 | 447 | ZZ - Warehouse Inventory | WST 700 | 100402 |
| 2085 | 462 | ZZ - Warehouse Inventory | WST 700 | 100845 |
| 2086 | 465 | ZZ - Warehouse Inventory | WST 700 | 100808 |
| 2087 | 494 | ZZ - Warehouse Inventory | WST 700 | 101007 |
| 2088 | 519 | ZZ - Warehouse Inventory | WST 700 | 100393 |
| 2089 | 533 | ZZ - Warehouse Inventory | WST 700 | 100875 |
| 2090 | 540 | ZZ - Warehouse Inventory | WST 700 | 100376 |
| 2091 | 542 | ZZ - Warehouse Inventory | WST 700 | 100918 |
| 2092 | 548 | ZZ - Warehouse Inventory | WST 700 | 100989 |
| 2093 | 550 | ZZ - Warehouse Inventory | WST 700 | 100385 |
| 2094 | 551 | ZZ - Warehouse Inventory | WST 700 | 100803 |
| 2095 | 552 | ZZ - Warehouse Inventory | WST 700 | 100872 |
| 2096 | 567 | ZZ - Warehouse Inventory | WST 700 | 101128 |
| 2097 | 569 | ZZ - Warehouse Inventory | WST 700 | 101126 |
| 2098 | 588 | ZZ - Warehouse Inventory | WST 700 | 100850 |
| 2099 | 590 | ZZ - Warehouse Inventory | WST 700 | 100403 |
| 2100 | 592 | ZZ - Warehouse Inventory | WST 700 | 100824 |
| 2101 | 597 | ZZ - Warehouse Inventory | WST 700 | 100386 |
| 2102 | 5788 | ZZ - Warehouse Inventory | WST 700 | 104030 |
| 2103 | 5789 | ZZ - Warehouse Inventory | WST 700 | 104043 |
| 2104 | 6963 | ZZ - Warehouse Inventory | WST 700 | 102605 |
| 2105 | 7547 | ZZ - Warehouse Inventory | WST 700 | 100997 |
| 2106 | 7559 | ZZ - Warehouse Inventory | WST 700 | 1121103610 |
| 2107 | 7814 | ZZ - Warehouse Inventory | WST 700 | 103096 |
| 2108 | 8012 | ZZ - Warehouse Inventory | WST 700 | 104084 |
| 2109 | 8013 | ZZ - Warehouse Inventory | WST 700 | 101155 |
| 2110 | 8046 | ZZ - Warehouse Inventory | WST 700 | 101003 |
| 2111 | 8050 | ZZ - Warehouse Inventory | WST 700 | 103698 |
| 2112 | 8051 | ZZ - Warehouse Inventory | WST 700 | 1721103662 |
| 2113 | 8052 | ZZ - Warehouse Inventory | WST 700 | 1721103654 |
| 2114 | 8053 | ZZ - Warehouse Inventory | WST 700 | 1721103668 |
| 2115 | 8054 | ZZ - Warehouse Inventory | WST 700 | 103928 |
| 2116 | 8055 | ZZ - Warehouse Inventory | WST 700 | 1121103603 |
| 2117 | 8056 | ZZ - Warehouse Inventory | WST 700 | 103963 |
| 2118 | 8057 | ZZ - Warehouse Inventory | WST 700 | 1721103652 |
| 2119 | 8058 | ZZ - Warehouse Inventory | WST 700 | 103769 |
| 2120 | 8059 | ZZ - Warehouse Inventory | WST 700 | 103783 |
| 2121 | 8060 | ZZ - Warehouse Inventory | WST 700 | 103967 |
| 2122 | 8061 | ZZ - Warehouse Inventory | WST 700 | 3120102610 |
| 2123 | 8062 | ZZ - Warehouse Inventory | WST 700 | 103571 |
| 2124 | 8063 | ZZ - Warehouse Inventory | WST 700 | 1721103659 |
| 2125 | 8064 | ZZ - Warehouse Inventory | WST 700 | 104085 |
| 2126 | 8065 | ZZ - Warehouse Inventory | WST 700 | 101953 |
| 2127 | 8066 | ZZ - Warehouse Inventory | WST 700 | 102010 |
| 2128 | 8067 | ZZ - Warehouse Inventory | WST 700 | 104076 |
| 2129 | 8094 | ZZ - Warehouse Inventory | WST 700 | 1422104454 |
| 2130 | 8095 | ZZ - Warehouse Inventory | WST 700 | 1422104456 |
| 2131 | 8122 | ZZ - Warehouse Inventory | WST 700 | 1622104479 |
| 2132 | 8130 | ZZ - Warehouse Inventory | WST 700 | 1622104482 |

**Attachment #2**
**Page 41 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2133 | 8144 | ZZ - Warehouse Inventory | WST 700 | 3021103981 |
| 2134 | 8149 | ZZ - Warehouse Inventory | WST 700 | 3021103999 |
| 2135 | 8163 | ZZ - Warehouse Inventory | WST 700 | 3021103982 |
| 2136 | 8169 | ZZ - Warehouse Inventory | WST 700 | 3021103994 |
| 2137 | 8235 | ZZ - Warehouse Inventory | WST 700 | 102643 |
| 2138 | 8236 | ZZ - Warehouse Inventory | WST 700 | 103596 |
| 2139 | 8259 | ZZ - Warehouse Inventory | WST 700 | 104080 |
| 2140 | 8343 | ZZ - Warehouse Inventory | WST 700 | 100719 |
| 2141 | 8361 | ZZ - Warehouse Inventory | WST 700 | 103002 |
| 2142 | 8366 | ZZ - Warehouse Inventory | WST 700 | 100985 |
| 2143 | 8414 | ZZ - Warehouse Inventory | WST 700 | 101963 |
| 2144 | 8420 | ZZ - Warehouse Inventory | WST 700 | 104070 |
| 2145 | 8504 | ZZ - Warehouse Inventory | WST 700 | 100745 |
| 2146 | 8506 | ZZ - Warehouse Inventory | WST 700 | 102632 |
| 2147 | 8507 | ZZ - Warehouse Inventory | WST 700 | 100979 |
| 2148 | 701 | ZZ - Warehouse Inventory | WST 700 | 101002 |
| 2149 | 8633 | ZZ - Warehouse Inventory | WST 700 | 101193 |
| 2150 | 7494 | VA - VA/West VA - CJ Richard | WST 700 | 822104308 |
| 2151 | 8426 | TX - San Antonio | WST 700 | 2620102449 |
| 2152 | 5389 | TX - San Antonio | WST 700 | 1021103539 |
| 2153 | 5256 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104411 |
| 2154 | 416 | AZ - Phoenix | WST 700 | 103591 |
| 2155 | 431 | AZ - Phoenix | WST 700 | 2819101659 |
| 2156 | 3533 | AZ - Phoenix | WST 700 | 103494 |
| 2157 | 430 | AZ - Phoenix | WST 700 | 3019101638 |
| 2158 | 4884 | GA - Georgia - Keaaron Elder | WST 700 | 1122104416 |
| 2159 | 8427 | TX - Austin | WST 700 | 1820102255 |
| 2160 | 6504 | VA - VA/West VA - CJ Richard | WST 700 | 3722104781 |
| 2161 | 5326 | VA - VA/West VA - CJ Richard | WST 700 | 1122104373 |
| 2162 | 2884 | TX - North & East TX/Oklahoma | WST 700 | 2020102303 |
| 2163 | 5407 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104398 |
| 2164 | 495 | AZ - Phoenix | WST 700 | 2819101643 |
| 2165 | 5318 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104391 |
| 2166 | 969 | AZ - Phoenix | WST 700 | 103175 |
| 2167 | 5241 | CA - Los Angeles | WST 700 | 104038 |
| 2168 | FL2115 | FL - Orlando - Lex Howard | WST 700 | 4720102903 |
| 2169 | 2902 | GA - Georgia - Keaaron Elder | WST 700 | 1820102243 |
| 2170 | 227 | AZ - Phoenix | WST 700 | 100804 |
| 2171 | 5809 | CA - Los Angeles | WST 700 | 103471 |
| 2172 | 6063 | TX - Houston | WST 700 | 2722104681 |
| 2173 | 154 | CA - Los Angeles | WST 700 | 102648 |
| 2174 | 771 | VA - VA/West VA - CJ Richard | WST 700 | 103579 |
| 2175 | 5743 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1822104557 |
| 2176 | 5791 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104782 |
| 2177 | 6282 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104569 |
| 2178 | 715 | VA - VA/West VA - CJ Richard | WST 700 | 219101405 |
| 2179 | 854 | VA - VA/West VA - CJ Richard | WST 700 | 219101411 |
| 2180 | 7583 | TN - Nashville -Rodolfo Perdomo | WST 700 | 822104309 |
| 2181 | 803 | TN - Nashville -Rodolfo Perdomo | WST 700 | 419101461 |
| 2182 | 5719 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1822104518 |
| 2183 | 5792 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104570 |
| 2184 | 849 | TN - Nashville -Rodolfo Perdomo | WST 700 | 219101388 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2185 | 5718 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104773 |
| 2186 | 807 | TN - Nashville -Rodolfo Perdomo | WST 700 | 319101440 |
| 2187 | 7581 | TN - Nashville -Rodolfo Perdomo | WST 700 | 822104305 |
| 2188 | 710 | VA - VA/West VA - CJ Richard | WST 700 | 2820102564 |
| 2189 | 5803 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1822104559 |
| 2190 | 5828 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104575 |
| 2191 | 7582 | TN - Nashville -Rodolfo Perdomo | WST 700 | 922104314 |
| 2192 | 797 | TN - Nashville -Rodolfo Perdomo | WST 700 | 419101471 |
| 2193 | 826 | TN - Nashville -Rodolfo Perdomo | WST 700 | 419101479 |
| 2194 | 2494 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1620102189 |
| 2195 | 6814 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104776 |
| 2196 | 5717 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1822104556 |
| 2197 | 821 | TN - Nashville -Rodolfo Perdomo | WST 700 | 319101453 |
| 2198 | 814 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104574 |
| 2199 | 5738 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1722104498 |
| 2200 | 768 | VA - VA/West VA - CJ Richard | WST 700 | 219101404 |
| 2201 | 767 | VA - VA/West VA - CJ Richard | WST 700 | 219101410 |
| 2202 | 5805 | VA - VA/West VA - CJ Richard | WST 700 | 1822104514 |
| 2203 | 7587 | VA - VA/West VA - CJ Richard | WST 700 | 2122104563 |
| 2204 | 920 | VA - VA/West VA - CJ Richard | WST 700 | 419101468 |
| 2205 | 6519 | VA - VA/West VA - CJ Richard | WST 700 | 1122104410 |
| 2206 | 919 | VA - VA/West VA - CJ Richard | WST 700 | 103580 |
| 2207 | 762 | VA - VA/West VA - CJ Richard | WST 700 | 319101452 |
| 2208 | 776 | VA - VA/West VA - CJ Richard | WST 700 | 103575 |
| 2209 | 5245 | VA - VA/West VA - CJ Richard | WST 700 | 1122104386 |
| 2210 | 921 | VA - VA/West VA - CJ Richard | WST 700 | |
| 2211 | 769 | VA - VA/West VA - CJ Richard | WST 700 | 103582 |
| 2212 | 845 | TN - Nashville -Rodolfo Perdomo | WST 700 | 419101481 |
| 2213 | 824 | TN - Nashville -Rodolfo Perdomo | WST 700 | 419101462 |
| 2214 | 804 | TN - Nashville -Rodolfo Perdomo | WST 700 | 419101457 |
| 2215 | 5402 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104381 |
| 2216 | 5891 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1822104555 |
| 2217 | 813 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1822104509 |
| 2218 | 5852 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104379 |
| 2219 | 846 | TN - Nashville -Rodolfo Perdomo | WST 700 | 319101429 |
| 2220 | 6232 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104769 |
| 2221 | 5739 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104564 |
| 2222 | 5911 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104567 |
| 2223 | 1606 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1620102191 |
| 2224 | 1605 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1620102149 |
| 2225 | 5848 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104772 |
| 2226 | 718 | VA - VA/West VA - CJ Richard | WST 700 | 219101416 |
| 2227 | 6627 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104562 |
| 2228 | 1600 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1520102126 |
| 2229 | 5774 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1620102153 |
| 2230 | 7376 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1722104495 |
| 2231 | 6324 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104385 |
| 2232 | 5869 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104403 |
| 2233 | 5775 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104560 |
| 2234 | 5856 | TN - Nashville -Rodolfo Perdomo | WST 700 | 2122104573 |
| 2235 | 1595 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1520102136 |
| 2236 | 5773 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104777 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2237 | 1626 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1820102211 |
| 2238 | 1619 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1620102182 |
| 2239 | 1624 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1820102221 |
| 2240 | 5850 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1822104554 |
| 2241 | 5795 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104765 |
| 2242 | 5776 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1722104497 |
| 2243 | 1609 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1520102134 |
| 2244 | 1629 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1620102179 |
| 2245 | 772 | VA - VA/West VA - CJ Richard | WST 700 | 103586 |
| 2246 | 770 | VA - VA/West VA - CJ Richard | WST 700 | 219101413 |
| 2247 | 788 | VA - VA/West VA - CJ Richard | WST 700 | 219101401 |
| 2248 | 785 | VA - VA/West VA - CJ Richard | WST 700 | 419101463 |
| 2249 | 780 | VA - VA/West VA - CJ Richard | WST 700 | 319101456 |
| 2250 | 5894 | VA - VA/West VA - CJ Richard | WST 700 | 2122104576 |
| 2251 | 812 | VA - VA/West VA - CJ Richard | WST 700 | 1620102170 |
| 2252 | 862 | VA - VA/West VA - CJ Richard | WST 700 | 219101415 |
| 2253 | 779 | VA - VA/West VA - CJ Richard | WST 700 | 219101378 |
| 2254 | 783 | VA - VA/West VA - CJ Richard | WST 700 | 219101390 |
| 2255 | 784 | VA - VA/West VA - CJ Richard | WST 700 | 103577 |
| 2256 | 781 | VA - VA/West VA - CJ Richard | WST 700 | 4418101170 |
| 2257 | 810 | VA - VA/West VA - CJ Richard | WST 700 | 219101383 |
| 2258 | 809 | VA - VA/West VA - CJ Richard | WST 700 | 1820102207 |
| 2259 | 742 | VA - VA/West VA - CJ Richard | WST 700 | 219101418 |
| 2260 | 805 | VA - VA/West VA - CJ Richard | WST 700 | 103405 |
| 2261 | 5889 | VA - VA/West VA - CJ Richard | WST 700 | 2122104566 |
| 2262 | 5855 | VA - VA/West VA - CJ Richard | WST 700 | 2122104561 |
| 2263 | 806 | VA - VA/West VA - CJ Richard | WST 700 | 219101384 |
| 2264 | 795 | VA - VA/West VA - CJ Richard | WST 700 | 4418101163 |
| 2265 | 787 | VA - VA/West VA - CJ Richard | WST 700 | 219101408 |
| 2266 | 794 | VA - VA/West VA - CJ Richard | WST 700 | 1122104415 |
| 2267 | 782 | VA - VA/West VA - CJ Richard | WST 700 | 219101369 |
| 2268 | 714 | VA - VA/West VA - CJ Richard | WST 700 | 2422104650 |
| 2269 | 867 | VA - VA/West VA - CJ Richard | WST 700 | 219101426 |
| 2270 | 866 | VA - VA/West VA - CJ Richard | WST 700 | 219101407 |
| 2271 | 716 | VA - VA/West VA - CJ Richard | WST 700 | 219101398 |
| 2272 | 858 | VA - VA/West VA - CJ Richard | WST 700 | 219101403 |
| 2273 | 735 | VA - VA/West VA - CJ Richard | WST 700 | 219101424 |
| 2274 | 856 | VA - VA/West VA - CJ Richard | WST 700 | 1822104501 |
| 2275 | 5890 | VA - VA/West VA - CJ Richard | WST 700 | 3722104770 |
| 2276 | 860 | VA - VA/West VA - CJ Richard | WST 700 | 219101421 |
| 2277 | 857 | VA - VA/West VA - CJ Richard | WST 700 | 219101425 |
| 2278 | 720 | VA - VA/West VA - CJ Richard | WST 700 | 219101422 |
| 2279 | 861 | VA - VA/West VA - CJ Richard | WST 700 | 219101419 |
| 2280 | 709 | VA - VA/West VA - CJ Richard | WST 700 | 219101420 |
| 2281 | 855 | VA - VA/West VA - CJ Richard | WST 700 | 219101402 |
| 2282 | 707 | VA - VA/West VA - CJ Richard | WST 700 | 219101417 |
| 2283 | 711 | VA - VA/West VA - CJ Richard | WST 700 | 219101423 |
| 2284 | 766 | VA - VA/West VA - CJ Richard | WST 700 | 219101397 |
| 2285 | 869 | VA - VA/West VA - CJ Richard | WST 700 | 319101438 |
| 2286 | 774 | VA - VA/West VA - CJ Richard | WST 700 | 319101434 |
| 2287 | 815 | VA - VA/West VA - CJ Richard | WST 700 | 319101451 |
| 2288 | 868 | VA - VA/West VA - CJ Richard | WST 700 | 319101437 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2289 | 917 | VA - VA/West VA - CJ Richard | WST 700 | 103584 |
| 2290 | 859 | VA - VA/West VA - CJ Richard | WST 700 | 419101482 |
| 2291 | 775 | VA - VA/West VA - CJ Richard | WST 700 | 219101392 |
| 2292 | 765 | VA - VA/West VA - CJ Richard | WST 700 | 219101391 |
| 2293 | 5824 | VA - VA/West VA - CJ Richard | WST 700 | 2122104580 |
| 2294 | 761 | VA - VA/West VA - CJ Richard | WST 700 | 219101385 |
| 2295 | 5866 | VA - VA/West VA - CJ Richard | WST 700 | 2122104565 |
| 2296 | 5826 | VA - VA/West VA - CJ Richard | WST 700 | 3722104780 |
| 2297 | 6617 | VA - VA/West VA - CJ Richard | WST 700 | 3722104783 |
| 2298 | 5888 | VA - VA/West VA - CJ Richard | WST 700 | 3722104774 |
| 2299 | FL4727 | FL - Orlando - Lex Howard | WST 700 | 1121103632 |
| 2300 | FL4724 | FL - Orlando - Lex Howard | WST 700 | 1121103621 |
| 2301 | 2790 | TX - North & East TX/Oklahoma | WST 700 | 1520102144 |
| 2302 | 791 | CA - Los Angeles | WST 700 | 101156 |
| 2303 | 1148 | CA - Sacramento | WST 700 | 103104 |
| 2304 | 2813 | TX - San Antonio | WST 700 | 3021103971 |
| 2305 | 5347 | CA - Sacramento | WST 700 | 104011 |
| 2306 | 1617 | TX - San Antonio | WST 700 | 1620102203 |
| 2307 | 199 | CA - Los Angeles | WST 700 | 100849 |
| 2308 | 502 | AZ - Phoenix | WST 700 | 103444 |
| 2309 | 7380 | CA - Sacramento | WST 700 | 104170 |
| 2310 | 2768 | TX - North & East TX/Oklahoma | WST 700 | 103906 |
| 2311 | 5365 | TX - North & East TX/Oklahoma | WST 700 | 1021103528 |
| 2312 | 8285 | CA - Yuba City | WST 700 | 104041 |
| 2313 | 7397 | CA - Sacramento | WST 700 | 104160 |
| 2314 | 2272 | ZZ - Warehouse Inventory | WST 700 | 100747 |
| 2315 | NV247 | ZZ - Warehouse Inventory | WST 700 | 1422104457 |
| 2316 | 5244 | ZZ - Warehouse Inventory | WST 700 | 5018101302 |
| 2317 | 5288 | ZZ - Warehouse Inventory | WST 700 | 103387 |
| 2318 | NV250 | ZZ - Warehouse Inventory | WST 700 | 1622104467 |
| 2319 | NV265 | ZZ - Warehouse Inventory | WST 700 | 4720102868 |
| 2320 | NV266 | ZZ - Warehouse Inventory | WST 700 | 103989 |
| 2321 | NV267 | ZZ - Warehouse Inventory | WST 700 | 4720102871 |
| 2322 | NV268 | ZZ - Warehouse Inventory | WST 700 | 5118101328 |
| 2323 | NV269 | ZZ - Warehouse Inventory | WST 700 | 103381 |
| 2324 | NV270 | ZZ - Warehouse Inventory | WST 700 | 103024 |
| 2325 | NV271 | ZZ - Warehouse Inventory | WST 700 | 100749 |
| 2326 | 7549 | ZZ - Warehouse Inventory | WST 700 | 4818101229 |
| 2327 | NV246 | ZZ - Warehouse Inventory | WST 700 | 1622104461 |
| 2328 | NV263 | ZZ - Warehouse Inventory | WST 700 | 4818101237 |
| 2329 | NV206 | ZZ - Warehouse Inventory | WST 700 | 4818101238 |
| 2330 | NV264 | ZZ - Warehouse Inventory | WST 700 | 4720102846 |
| 2331 | NV230 | ZZ - Warehouse Inventory | WST 700 | 1622104483 |
| 2332 | NV236 | ZZ - Warehouse Inventory | WST 700 | 1622104466 |
| 2333 | NV231 | ZZ - Warehouse Inventory | WST 700 | 1422104440 |
| 2334 | NV213 | ZZ - Warehouse Inventory | WST 700 | 1422104442 |
| 2335 | NV237 | ZZ - Warehouse Inventory | WST 700 | 1422104444 |
| 2336 | NV214 | ZZ - Warehouse Inventory | WST 700 | 1422104451 |
| 2337 | NV238 | ZZ - Warehouse Inventory | WST 700 | 1422104452 |
| 2338 | NV239 | ZZ - Warehouse Inventory | WST 700 | 1422104453 |
| 2339 | NV215 | ZZ - Warehouse Inventory | WST 700 | 1622104470 |
| 2340 | NV232 | ZZ - Warehouse Inventory | WST 700 | 1622104477 |

**Attachment #2**
**Page 45 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2341 | NV240 | ZZ - Warehouse Inventory | WST 700 | 1622104476 |
| 2342 | NV216 | ZZ - Warehouse Inventory | WST 700 | 1622104474 |
| 2343 | NV241 | ZZ - Warehouse Inventory | WST 700 | 1622104473 |
| 2344 | NV233 | ZZ - Warehouse Inventory | WST 700 | 1622104480 |
| 2345 | NV242 | ZZ - Warehouse Inventory | WST 700 | 1622104481 |
| 2346 | NV243 | ZZ - Warehouse Inventory | WST 700 | 1622104484 |
| 2347 | NV252 | ZZ - Warehouse Inventory | WST 700 | 103372 |
| 2348 | NV253 | ZZ - Warehouse Inventory | WST 700 | 5118101321 |
| 2349 | NV254 | ZZ - Warehouse Inventory | WST 700 | 101991 |
| 2350 | NV255 | ZZ - Warehouse Inventory | WST 700 | 5018101293 |
| 2351 | NV256 | ZZ - Warehouse Inventory | WST 700 | 5018101279 |
| 2352 | NV257 | ZZ - Warehouse Inventory | WST 700 | 5018101305 |
| 2353 | NV258 | ZZ - Warehouse Inventory | WST 700 | 5118101335 |
| 2354 | NV259 | ZZ - Warehouse Inventory | WST 700 | 5118101322 |
| 2355 | NV260 | ZZ - Warehouse Inventory | WST 700 | 103378 |
| 2356 | NV261 | ZZ - Warehouse Inventory | WST 700 | 4818101225 |
| 2357 | NV197 | ZZ - Warehouse Inventory | WST 700 | 103367 |
| 2358 | NV262 | ZZ - Warehouse Inventory | WST 700 | 5018101278 |
| 2359 | NV234 | ZZ - Warehouse Inventory | WST 700 | 3021103993 |
| 2360 | NV235 | ZZ - Warehouse Inventory | WST 700 | 3021103980 |
| 2361 | NV251 | ZZ - Warehouse Inventory | WST 700 | 3021104002 |
| 2362 | NV244 | ZZ - Warehouse Inventory | WST 700 | 3021103997 |
| 2363 | NV217 | ZZ - Warehouse Inventory | WST 700 | 3021103986 |
| 2364 | NV218 | ZZ - Warehouse Inventory | WST 700 | 3021103977 |
| 2365 | NV219 | ZZ - Warehouse Inventory | WST 700 | 3021103978 |
| 2366 | NV220 | ZZ - Warehouse Inventory | WST 700 | 3021103985 |
| 2367 | NV221 | ZZ - Warehouse Inventory | WST 700 | 3021103991 |
| 2368 | NV248 | ZZ - Warehouse Inventory | WST 700 | 3021103992 |
| 2369 | NV245 | ZZ - Warehouse Inventory | WST 700 | 3021104003 |
| 2370 | NV222 | ZZ - Warehouse Inventory | WST 700 | 3021103990 |
| 2371 | NV249 | ZZ - Warehouse Inventory | WST 700 | 3021103996 |
| 2372 | NV223 | ZZ - Warehouse Inventory | WST 700 | 3021103983 |
| 2373 | NV207 | ZZ - Warehouse Inventory | WST 700 | 3021103987 |
| 2374 | NV208 | ZZ - Warehouse Inventory | WST 700 | 3021104000 |
| 2375 | NV212 | ZZ - Warehouse Inventory | WST 700 | 1622104464 |
| 2376 | NV209 | ZZ - Warehouse Inventory | WST 700 | 5218101360 |
| 2377 | NV210 | ZZ - Warehouse Inventory | WST 700 | 3021103989 |
| 2378 | NV211 | ZZ - Warehouse Inventory | WST 700 | 3021104001 |
| 2379 | NV287 | ZZ - Warehouse Inventory | WST 700 | 2822104728 |
| 2380 | NV288 | ZZ - Warehouse Inventory | WST 700 | 2822104712 |
| 2381 | NV289 | ZZ - Warehouse Inventory | WST 700 | 2822104715 |
| 2382 | NV290 | ZZ - Warehouse Inventory | WST 700 | 2822104723 |
| 2383 | NV291 | ZZ - Warehouse Inventory | WST 700 | 2822104718 |
| 2384 | NV292 | ZZ - Warehouse Inventory | WST 700 | 2822104710 |
| 2385 | NV293 | ZZ - Warehouse Inventory | WST 700 | 2822104716 |
| 2386 | NV294 | ZZ - Warehouse Inventory | WST 700 | 2822104706 |
| 2387 | NV295 | ZZ - Warehouse Inventory | WST 700 | 2822104714 |
| 2388 | NV296 | ZZ - Warehouse Inventory | WST 700 | 2822104705 |
| 2389 | NV297 | ZZ - Warehouse Inventory | WST 700 | 2822104724 |
| 2390 | NV298 | ZZ - Warehouse Inventory | WST 700 | 2822104722 |
| 2391 | NV299 | ZZ - Warehouse Inventory | WST 700 | 2822104720 |
| 2392 | NV286 | ZZ - Warehouse Inventory | WST 700 | 2822104719 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2393 | NV300 | ZZ - Warehouse Inventory | WST 700 | 2822104725 |
| 2394 | NV301 | ZZ - Warehouse Inventory | WST 700 | 2822104731 |
| 2395 | NV302 | ZZ - Warehouse Inventory | WST 700 | 2822104704 |
| 2396 | NV303 | ZZ - Warehouse Inventory | WST 700 | 2822104708 |
| 2397 | NV304 | ZZ - Warehouse Inventory | WST 700 | 2822104727 |
| 2398 | NV305 | ZZ - Warehouse Inventory | WST 700 | 2822104717 |
| 2399 | NV306 | ZZ - Warehouse Inventory | WST 700 | 2822104730 |
| 2400 | NV307 | ZZ - Warehouse Inventory | WST 700 | 2822104709 |
| 2401 | NV308 | ZZ - Warehouse Inventory | WST 700 | 2822104711 |
| 2402 | NV224 | ZZ - Warehouse Inventory | WST 700 | 103382 |
| 2403 | NV198 | ZZ - Warehouse Inventory | WST 700 | 101111 |
| 2404 | NV199 | ZZ - Warehouse Inventory | WST 700 | 100522 |
| 2405 | NV200 | ZZ - Warehouse Inventory | WST 700 | 100748 |
| 2406 | NV276 | ZZ - Warehouse Inventory | WST 700 | 4818101223 |
| 2407 | NV201 | ZZ - Warehouse Inventory | WST 700 | 4818101219 |
| 2408 | NV202 | ZZ - Warehouse Inventory | WST 700 | 103353 |
| 2409 | NV203 | ZZ - Warehouse Inventory | WST 700 | 103368 |
| 2410 | NV204 | ZZ - Warehouse Inventory | WST 700 | |
| 2411 | NV205 | ZZ - Warehouse Inventory | WST 700 | 103986 |
| 2412 | NV277 | ZZ - Warehouse Inventory | WST 700 | 4720102849 |
| 2413 | NV309 | ZZ - Warehouse Inventory | WST 700 | 2822104729 |
| 2414 | NV278 | ZZ - Warehouse Inventory | WST 700 | 103369 |
| 2415 | NV279 | ZZ - Warehouse Inventory | WST 700 | 5118101324 |
| 2416 | NV280 | ZZ - Warehouse Inventory | WST 700 | 5018101291 |
| 2417 | NV281 | ZZ - Warehouse Inventory | WST 700 | 5218101340 |
| 2418 | NV282 | ZZ - Warehouse Inventory | WST 700 | 5218101347 |
| 2419 | NV283 | ZZ - Warehouse Inventory | WST 700 | 100774 |
| 2420 | NV284 | ZZ - Warehouse Inventory | WST 700 | 4818101239 |
| 2421 | NV285 | ZZ - Warehouse Inventory | WST 700 | 5218101343 |
| 2422 | NV225 | ZZ - Warehouse Inventory | WST 700 | 4720102881 |
| 2423 | NV226 | ZZ - Warehouse Inventory | WST 700 | 5218101344 |
| 2424 | NV227 | ZZ - Warehouse Inventory | WST 700 | 4720102894 |
| 2425 | NV228 | ZZ - Warehouse Inventory | WST 700 | 5018101292 |
| 2426 | NV229 | ZZ - Warehouse Inventory | WST 700 | 4720102873 |
| 2427 | NV196 | ZZ - Warehouse Inventory | WST 700 | 5018101283 |
| 2428 | NV155 | ZZ - Warehouse Inventory | WST 700 | 5218101341 |
| 2429 | NV157 | ZZ - Warehouse Inventory | WST 700 | 103377 |
| 2430 | NV156 | ZZ - Warehouse Inventory | WST 700 | 103358 |
| 2431 | 6278 | TN - Nashville -Rodolfo Perdomo | WST 700 | 3722104775 |
| 2432 | 140 | CA - Los Angeles | WST 700 | 103999 |
| 2433 | 143 | CA - Los Angeles | WST 700 | 102013 |
| 2434 | 2476 | CA - Los Angeles | WST 700 | 102005 |
| 2435 | 141 | CA - Los Angeles | WST 700 | 104071 |
| 2436 | 349 | CA - Los Angeles | WST 700 | 102599 |
| 2437 | 7396 | CA - Yuba City | WST 700 | 104165 |
| 2438 | 7148 | AZ - Phoenix | WST 700 | 103629 |
| 2439 | 1695 | CA - Sacramento | WST 700 | 103105 |
| 2440 | 355 | CA - Sacramento | WST 700 | 100897 |
| 2441 | 7428 | CA - Los Angeles | 101150 | Alkaline |
| 2442 | SA488 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103469 |
| 2443 | SA524 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103524 |
| 2444 | SA563 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103534 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 2445 | 6070 | ZZ - Warehouse Inventory | WST 700 | 1120102021 |
| 2446 | 7441 | ZZ - Warehouse Inventory | WST 700 | 1620102197 |
| 2447 | 7442 | ZZ - Warehouse Inventory | WST 700 | 2819101554 |
| 2448 | 7443 | ZZ - Warehouse Inventory | WST 700 | 1120102019 |
| 2449 | 8032 | ZZ - Warehouse Inventory | WST 700 | 1820102261 |
| 2450 | 8034 | ZZ - Warehouse Inventory | WST 700 | 2820102521 |
| 2451 | 207 | WA - Western WA Water | WST 700 | 104208 |
| 2452 | 208 | WA - Western WA Water | WST 700 | 104177 |
| 2453 | 2760 | TX - North & East TX/Oklahoma | WST 700 | 103904 |
| 2454 | 170 | CA - Los Angeles | WST 700 | 100717 |
| 2455 | 8610 | CA - Los Angeles | WST 700 | 3120102614 |
| 2456 | NV160 | NV - Las Vegas | WST 700 | 103366 |
| 2457 | 7349 | VA - VA/West VA - CJ Richard | WST 700 | 2820102562 |
| 2458 | 467 | CA - Los Angeles | WST 700 | 100984 |
| 2459 | 967 | CA - Los Angeles | WST 700 | 102631 |
| 2460 | 1440 | TX - San Antonio | WST 700 | 103126 |
| 2461 | 7561 | CA - Los Angeles | WST 700 | 103454 |
| 2462 | FL5237 | FL - Tampa | WST 700 | 2422104649 |
| 2463 | 2219 | TX - North & East TX/Oklahoma | WST 700 | 2819101673 |
| 2464 | 7444 | CA - Los Angeles | WST 700 | 103475 |
| 2465 | 2712 | TX - San Antonio | WST 700 | 103943 |
| 2466 | 2786 | TX - Austin | WST 700 | 721103458 |
| 2467 | 91 | AZ - Phoenix | WST 700 | N/A |
| 2468 | 352 | CA - Los Angeles | WST 700 | 100874 |
| 2469 | 5819 | CA - Los Angeles | WST 700 | 104230 |
| 2470 | 5440 | VA - VA/West VA - CJ Richard | WST 700 | 1822104508 |
| 2471 | 6978 | AZ - Phoenix | WST 700 | 103436 |
| 2472 | 7978 | CA - Los Angeles | WST 700 | 1721103676 |
| 2473 | 181 | CA - Los Angeles | WST 700 | 100784 |
| 2474 | 2906 | GA - Georgia - Keaaron Elder | WST 700 | 2520102436 |
| 2475 | NV161 | NV - Las Vegas | WST 700 | 1622104471 |
| 2476 | 343 | CA - Los Angeles | WST 700 | 100878 |
| 2477 | 2816 | AZ - Phoenix | WST 700 | 103435 |
| 2478 | 5363 | CA - Los Angeles | WST 700 | 104024 |
| 2479 | 7032 | CA - Los Angeles | WST 700 | 101192 |
| 2480 | 744 | CA - Los Angeles | WST 700 | 101196 |
| 2481 | 4879 | GA - Georgia - Keaaron Elder | WST 700 | 1422104434 |
| 2482 | 4756 | TX - North & East TX/Oklahoma | WST 700 | 2820102549 |
| 2483 | 5330 | CA - Modesto | WST 700 | 100968 |
| 2484 | 561 | CA - Los Angeles | WST 700 | 101132 |
| 2485 | 6888 | GA - Georgia - Keaaron Elder | WST 700 | 1822104511 |
| 2486 | 5428 | GA - Georgia - Keaaron Elder | WST 700 | 1122104374 |
| 2487 | 206 | WA - Western WA Water | WST 700 | 103019 |
| 2488 | 5793 | ZZ - Warehouse Inventory | WST 700 | 219101388 |
| 2489 | 5804 | ZZ - Warehouse Inventory | WST 700 | 219101374 |
| 2490 | 5811 | ZZ - Warehouse Inventory | WST 700 | 1520102127 |
| 2491 | 5853 | ZZ - Warehouse Inventory | WST 700 | 319101432 |
| 2492 | 5857 | ZZ - Warehouse Inventory | WST 700 | 1620102160 |
| 2493 | 5865 | ZZ - Warehouse Inventory | WST 700 | 1620102177 |
| 2494 | 1068 | ZZ - Warehouse Inventory | WST 700 | 2819101578 |
| 2495 | 6066 | ZZ - Warehouse Inventory | WST 700 | 1620102147 |
| 2496 | 6071 | ZZ - Warehouse Inventory | WST 700 | 419101483 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2497 | 6283 | ZZ - Warehouse Inventory | WST 700 | 319101435 |
| 2498 | 736 | ZZ - Warehouse Inventory | WST 700 | 219101414 |
| 2499 | 6311 | ZZ - Warehouse Inventory | WST 700 | 319101446 |
| 2500 | 6314 | ZZ - Warehouse Inventory | WST 700 | 4418101179 |
| 2501 | 6315 | ZZ - Warehouse Inventory | WST 700 | 1520102138 |
| 2502 | 6316 | ZZ - Warehouse Inventory | WST 700 | 1620102150 |
| 2503 | 6317 | ZZ - Warehouse Inventory | WST 700 | 1620102163 |
| 2504 | 6322 | ZZ - Warehouse Inventory | WST 700 | 103404 |
| 2505 | 6323 | ZZ - Warehouse Inventory | WST 700 | 319101443 |
| 2506 | 6551 | ZZ - Warehouse Inventory | WST 700 | 219101370 |
| 2507 | 6628 | ZZ - Warehouse Inventory | WST 700 | 1620102167 |
| 2508 | 7377 | ZZ - Warehouse Inventory | WST 700 | 4418101162 |
| 2509 | 7554 | ZZ - Warehouse Inventory | WST 700 | 103260 |
| 2510 | 387 | CA - Los Angeles | WST 700 | 100906 |
| 2511 | 125 | OR - Oregon - Shannon Duffy | WST 700 | 104049 |
| 2512 | 5368 | TX - San Antonio | WST 700 | 821103485 |
| 2513 | NV162 | NV - Las Vegas | WST 700 | 103383 |
| 2514 | 2814 | TX - North & East TX/Oklahoma | WST 700 | 3021103972 |
| 2515 | 6911 | TX - North & East TX/Oklahoma | WST 700 Hylyte | 721103466 |
| 2516 | 2815 | TX - North & East TX/Oklahoma | WST 700 | 3021103957 |
| 2517 | 106 | OR - Oregon - Shannon Duffy | WST 700 | 100641 |
| 2518 | 5387 | TX - San Antonio | WST 700 | 1021103542 |
| 2519 | 5350 | GA - Georgia - Keaaron Elder | WST 700 | 1122104377 |
| 2520 | 481 | CA - Los Angeles | WST 700 | 100374 |
| 2521 | 7382 | CA - Sacramento | WST 700 | 104161 |
| 2522 | CA7131 | CA - Los Angeles | WST 700 | 3120102622 |
| 2523 | 5417 | GA - Georgia - Keaaron Elder | WST 700 | 2422104650 |
| 2524 | 4319 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102456 |
| 2525 | 7819 | ZZ - Warehouse Inventory | WST 700 | 2620102473 |
| 2526 | 7821 | ZZ - Warehouse Inventory | WST 700 | 1420102083 |
| 2527 | 7822 | ZZ - Warehouse Inventory | WST 700 | 1721103698 |
| 2528 | 7829 | ZZ - Warehouse Inventory | WST 700 | 1820102247 |
| 2529 | 7747 | CA - Los Angeles | WST 700 | 103951 |
| 2530 | 5355 | VA - VA/West VA - CJ Richard | WST 700 | 1122104384 |
| 2531 | 2909 | VA - VA/West VA - CJ Richard | WST 700 | 2820102514 |
| 2532 | 5878 | GA - Georgia - Keaaron Elder | WST 700 | 1121103627 |
| 2533 | 455 | CA - Los Angeles | WST 700 | 100986 |
| 2534 | 41 | CA - Los Angeles | WST 700 | 104072 |
| 2535 | 7153 | CA - Los Angeles | WST 700 | 104051 |
| 2536 | 3536 | GA - Georgia - Keaaron Elder | WST 700 | 621103399 |
| 2537 | 7560 | CA - Los Angeles | WST 700 | 103588 |
| 2538 | 5802 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1822104517 |
| 2539 | 7534 | VA - VA/West VA - CJ Richard | WST 700 | 822104300 |
| 2540 | 7533 | VA - VA/West VA - CJ Richard | WST 700 | 1021103547 |
| 2541 | 7981 | VA - VA/West VA - CJ Richard | WST 700 | 821103486 |
| 2542 | 7535 | VA - VA/West VA - CJ Richard | WST 700 | 822104291 |
| 2543 | 7507 | VA - VA/West VA - CJ Richard | WST 700 | 922104312 |
| 2544 | 7499 | VA - VA/West VA - CJ Richard | WST 700 | 822104297 |
| 2545 | 7519 | VA - VA/West VA - CJ Richard | WST 700 | 2020102311 |
| 2546 | 7501 | VA - VA/West VA - CJ Richard | WST 700 | 1820102256 |
| 2547 | 7505 | VA - VA/West VA - CJ Richard | WST 700 | 3120102595 |
| 2548 | 7492 | VA - VA/West VA - CJ Richard | WST 700 | 2220102340 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 2549 | 7980 | VA - VA/West VA - CJ Richard | WST 700 | 3120102597 |
| 2550 | 7508 | VA - VA/West VA - CJ Richard | WST 700 | 2220102353 |
| 2551 | 7564 | VA - VA/West VA - CJ Richard | WST 700 | 2220102382 |
| 2552 | 7491 | VA - VA/West VA - CJ Richard | WST 700 | 721103455 |
| 2553 | 7511 | VA - VA/West VA - CJ Richard | WST 700 | 822104293 |
| 2554 | 7579 | VA - VA/West VA - CJ Richard | WST 700 | 822104289 |
| 2555 | 7504 | VA - VA/West VA - CJ Richard | WST 700 | 1021103533 |
| 2556 | 7506 | VA - VA/West VA - CJ Richard | WST 700 | 2220102355 |
| 2557 | 7584 | VA - VA/West VA - CJ Richard | WST 700 | 822104307 |
| 2558 | 7578 | VA - VA/West VA - CJ Richard | WST 700 | 822104302 |
| 2559 | 7514 | VA - VA/West VA - CJ Richard | WST 700 | 822104282 |
| 2560 | 7513 | VA - VA/West VA - CJ Richard | WST 700 | 822104296 |
| 2561 | 7577 | VA - VA/West VA - CJ Richard | WST 700 | 922104310 |
| 2562 | 7509 | VA - VA/West VA - CJ Richard | WST 700 | 822104295 |
| 2563 | 7568 | VA - VA/West VA - CJ Richard | WST 700 | 921103523 |
| 2564 | 7503 | VA - VA/West VA - CJ Richard | WST 700 | 2620102488 |
| 2565 | 7495 | VA - VA/West VA - CJ Richard | WST 700 | 2020102313 |
| 2566 | 7979 | VA - VA/West VA - CJ Richard | WST 700 | 1021103576 |
| 2567 | 7580 | VA - VA/West VA - CJ Richard | WST 700 CK | 822104298 |
| 2568 | 7500 | VA - VA/West VA - CJ Richard | WST 700 | 1820102233 |
| 2569 | 7657 | VA - VA/West VA - CJ Richard | WST 700 | 822104303 |
| 2570 | 7563 | VA - VA/West VA - CJ Richard | WST 700 | 3120102580 |
| 2571 | 7502 | VA - VA/West VA - CJ Richard | WST 700 | 921103513 |
| 2572 | 7498 | VA - VA/West VA - CJ Richard | WST 700 | 2820102558 |
| 2573 | VA7512 | VA - VA/West VA - CJ Richard | WST 700 | 822104294 |
| 2574 | 7497 | VA - VA/West VA - CJ Richard | WST 700 | 821103471 |
| 2575 | 7496 | VA - VA/West VA - CJ Richard | WST 700 | 921103497 |
| 2576 | 7493 | VA - VA/West VA - CJ Richard | WST 700 | 822104287 |
| 2577 | 7510 | VA - VA/West VA - CJ Richard | WST 700 | 822104286 |
| 2578 | 593 | CA - Los Angeles | WST 700 | 101145 |
| 2579 | 5327 | CA - Sacramento | WST 700 | 104026 |
| 2580 | 4886 | GA - Georgia - Keaaron Elder | WST 700 | 1122104427 |
| 2581 | 4885 | GA - Georgia - Keaaron Elder | WST 700 | 1122104400 |
| 2582 | 4899 | GA - Georgia - Keaaron Elder | WST 700 | 1122104407 |
| 2583 | 4887 | GA - Georgia - Keaaron Elder | WST 700 | 1422104449 |
| 2584 | 4890 | GA - Georgia - Keaaron Elder | WST 700 | 1122104421 |
| 2585 | 5401 | TX - Houston | WST 700 | 2820102541 |
| 2586 | 267 | CA - Yuba City | WST 700 | 103007 |
| 2587 | 1719 | ZZ - Warehouse Inventory | WST 700 | 4020102681 |
| 2588 | 6940 | ZZ - Warehouse Inventory | WST 700 | 103788 |
| 2589 | 7042 | ZZ - Warehouse Inventory | WST 700 | 100910 |
| 2590 | 7059 | ZZ - Warehouse Inventory | WST 700 | 103620 |
| 2591 | 7181 | ZZ - Warehouse Inventory | WST 700 | 4620102821 |
| 2592 | 7182 | ZZ - Warehouse Inventory | WST 700 | 421103344 |
| 2593 | 7185 | ZZ - Warehouse Inventory | WST 700 | 103918 |
| 2594 | 689 | ZZ - Warehouse Inventory | WST 700 | 101981 |
| 2595 | 7432 | ZZ - Warehouse Inventory | WST 700 | 103554 |
| 2596 | 7446 | ZZ - Warehouse Inventory | WST 700 | 221103240 |
| 2597 | 7447 | ZZ - Warehouse Inventory | WST 700 | 440102754 |
| 2598 | 1023 | ZZ - Warehouse Inventory | WST 700 | 103179 |
| 2599 | 7537 | ZZ - Warehouse Inventory | WST 700 | 103901 |
| 2600 | 7548 | ZZ - Warehouse Inventory | WST 700 | 5020103043 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2601 | 1707 | ZZ - Warehouse Inventory | WST 700 | 4020102663 |
| 2602 | 7570 | ZZ - Warehouse Inventory | WST 700 | 103232 |
| 2603 | 7571 | ZZ - Warehouse Inventory | WST 700 | 103314 |
| 2604 | 7786 | ZZ - Warehouse Inventory | WST 700 | 2819101654 |
| 2605 | 1039 | ZZ - Warehouse Inventory | WST 700 | 103051 |
| 2606 | 7788 | ZZ - Warehouse Inventory | WST 700 | 103567 |
| 2607 | 7796 | ZZ - Warehouse Inventory | Not Specified | 103592 |
| 2608 | 7839 | ZZ - Warehouse Inventory | WST 700 | 103497 |
| 2609 | 1037 | ZZ - Warehouse Inventory | WST 700 | 4418101175 |
| 2610 | 7869 | ZZ - Warehouse Inventory | WST 700 | 321103265 |
| 2611 | 7870 | ZZ - Warehouse Inventory | WST 700 | 101018 |
| 2612 | 7871 | ZZ - Warehouse Inventory | WST 700 | 103351 |
| 2613 | 1075 | ZZ - Warehouse Inventory | WST 700 | |
| 2614 | 7873 | ZZ - Warehouse Inventory | WST 700 | 104042 |
| 2615 | 1045 | ZZ - Warehouse Inventory | WST 700 | 103170 |
| 2616 | 7875 | ZZ - Warehouse Inventory | WST 700 | 101012 |
| 2617 | 7876 | ZZ - Warehouse Inventory | WST 700 | 2819101642 |
| 2618 | 7877 | ZZ - Warehouse Inventory | WST 700 | 104053 |
| 2619 | 7878 | ZZ - Warehouse Inventory | WST 700 | 104059 |
| 2620 | 7879 | ZZ - Warehouse Inventory | WST 700 | 103157 |
| 2621 | 1027 | ZZ - Warehouse Inventory | WST 700 | 103061 |
| 2622 | 7881 | ZZ - Warehouse Inventory | WST 700 | 104052 |
| 2623 | 7882 | ZZ - Warehouse Inventory | WST 700 | 103527 |
| 2624 | 1041 | ZZ - Warehouse Inventory | WST 700 | 103196 |
| 2625 | 7969 | ZZ - Warehouse Inventory | WST 700 NR | 104017 |
| 2626 | 7970 | ZZ - Warehouse Inventory | WST 700 NR | 104098 |
| 2627 | 7971 | ZZ - Warehouse Inventory | WST 700 NR | 104094 |
| 2628 | 7972 | ZZ - Warehouse Inventory | WST 700 NR | 103188 |
| 2629 | 7976 | ZZ - Warehouse Inventory | WST 700 | 103532 |
| 2630 | 7977 | ZZ - Warehouse Inventory | WST 700 | 4920102944 |
| 2631 | 8015 | ZZ - Warehouse Inventory | WST 700 | 5120103093 |
| 2632 | 8100 | ZZ - Warehouse Inventory | WST 700 | 103443 |
| 2633 | 8111 | ZZ - Warehouse Inventory | WST 700 | 103168 |
| 2634 | 8248 | ZZ - Warehouse Inventory | WST 700 | 103531 |
| 2635 | 8286 | ZZ - Warehouse Inventory | WST 700 | 103807 |
| 2636 | 8302 | ZZ - Warehouse Inventory | WST 700 | 103266 |
| 2637 | 8305 | ZZ - Warehouse Inventory | WST 700 | 103255 |
| 2638 | 8306 | ZZ - Warehouse Inventory | WST 700 | 103242 |
| 2639 | 8320 | ZZ - Warehouse Inventory | WST 700 | 5220103147 |
| 2640 | 8321 | ZZ - Warehouse Inventory | WST 700 | 5220103149 |
| 2641 | 8342 | ZZ - Warehouse Inventory | WST 700 | 103176 |
| 2642 | 8344 | ZZ - Warehouse Inventory | WST 700 | 103564 |
| 2643 | 8373 | ZZ - Warehouse Inventory | WST 700 | 103234 |
| 2644 | 8379 | ZZ - Warehouse Inventory | WST 700 | 103311 |
| 2645 | 8381 | ZZ - Warehouse Inventory | WST 700 | 103246 |
| 2646 | 8391 | ZZ - Warehouse Inventory | WST 700 | 103267? |
| 2647 | 8405 | ZZ - Warehouse Inventory | WST 700 | 4420102757 |
| 2648 | 8406 | ZZ - Warehouse Inventory | WST 700 | 4420102769 |
| 2649 | 8430 | ZZ - Warehouse Inventory | WST 700 | 103316 |
| 2650 | 8431 | ZZ - Warehouse Inventory | WST 700 | 121103207 |
| 2651 | 8432 | ZZ - Warehouse Inventory | WST 700 | 103970 |
| 2652 | 8433 | ZZ - Warehouse Inventory | WST 700 | 5120103050 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2653 | 8434 | ZZ - Warehouse Inventory | WST 700 | 5120103105 |
| 2654 | 8435 | ZZ - Warehouse Inventory | WST 700 | 103844 |
| 2655 | 8436 | ZZ - Warehouse Inventory | WST 700 | 4920102976 |
| 2656 | 8437 | ZZ - Warehouse Inventory | WST 700 | 4920102969 |
| 2657 | 8439 | ZZ - Warehouse Inventory | WST 700 | 4020102706 |
| 2658 | 8440 | ZZ - Warehouse Inventory | WST 700 | 4020102695 |
| 2659 | 8441 | ZZ - Warehouse Inventory | WST 700 | 103651 |
| 2660 | 8442 | ZZ - Warehouse Inventory | WST 700 | 103642 |
| 2661 | 8444 | ZZ - Warehouse Inventory | WST 700 | 103189 |
| 2662 | 8445 | ZZ - Warehouse Inventory | WST 700 | 103193 |
| 2663 | 8446 | ZZ - Warehouse Inventory | WST 700 | 103200 |
| 2664 | 8447 | ZZ - Warehouse Inventory | WST 700 | 103181 |
| 2665 | 8448 | ZZ - Warehouse Inventory | WST 700 | 103190 |
| 2666 | 8449 | ZZ - Warehouse Inventory | WST 700 | 102613 |
| 2667 | 8450 | ZZ - Warehouse Inventory | WST 700 | 2519101499 |
| 2668 | 8451 | ZZ - Warehouse Inventory | WST 700 | 4418101159 |
| 2669 | 8452 | ZZ - Warehouse Inventory | WST 700 | 4418101161 |
| 2670 | 8453 | ZZ - Warehouse Inventory | WST 700 | 101085 |
| 2671 | 8454 | ZZ - Warehouse Inventory | WST 700 | 101088 |
| 2672 | 8455 | ZZ - Warehouse Inventory | WST 700 | 101019 |
| 2673 | 8456 | ZZ - Warehouse Inventory | WST 700 | 101084 |
| 2674 | 8457 | ZZ - Warehouse Inventory | WST 700 | 100971 |
| 2675 | 8458 | ZZ - Warehouse Inventory | WST 700 | 100978 |
| 2676 | 8459 | ZZ - Warehouse Inventory | WST 700 | 100961 |
| 2677 | 8460 | ZZ - Warehouse Inventory | WST 700 | 100942 |
| 2678 | 8461 | ZZ - Warehouse Inventory | WST 700 | 100943 |
| 2679 | 8462 | ZZ - Warehouse Inventory | WST 700 | 100909 |
| 2680 | 8463 | ZZ - Warehouse Inventory | WST 700 | 100762 |
| 2681 | 8470 | ZZ - Warehouse Inventory | WST 700 | 103608 |
| 2682 | 8472 | ZZ - Warehouse Inventory | WST 700 | 103618 |
| 2683 | 8477 | ZZ - Warehouse Inventory | WST 700 | 103208 |
| 2684 | 8509 | ZZ - Warehouse Inventory | WST 700 | 102627 |
| 2685 | AZ468 | ZZ - Warehouse Inventory | WST 700 | 103347 |
| 2686 | 8638 | ZZ - Warehouse Inventory | WST 700 | 103496 |
| 2687 | 1025 | ZZ - Warehouse Inventory | WST 700 | 103059 |
| 2688 | 1029 | ZZ - Warehouse Inventory | WST 700 | 103569 |
| 2689 | 8663 | ZZ - Warehouse Inventory | WST 700 | 103197 |
| 2690 | 8664 | ZZ - Warehouse Inventory | WST 700 | 103184 |
| 2691 | 8665 | ZZ - Warehouse Inventory | WST 700 | 103593 |
| 2692 | 8666 | ZZ - Warehouse Inventory | WST 700 | 103191 |
| 2693 | 8674 | ZZ - Warehouse Inventory | WST 700 | 103893 |
| 2694 | 8675 | ZZ - Warehouse Inventory | WST 700 | 4418101184 |
| 2695 | 8676 | ZZ - Warehouse Inventory | WST 700 | 100994 |
| 2696 | 8677 | ZZ - Warehouse Inventory | WST 700 | 521103373 |
| 2697 | 8678 | ZZ - Warehouse Inventory | WST 700 | 5118101331 |
| 2698 | 8679 | ZZ - Warehouse Inventory | WST 700 | 103335 |
| 2699 | 8680 | ZZ - Warehouse Inventory | WST 700 | 103336 |
| 2700 | 8681 | ZZ - Warehouse Inventory | WST 700 | 2819101640 |
| 2701 | 8682 | ZZ - Warehouse Inventory | WST 700 | 103478 |
| 2702 | 8683 | ZZ - Warehouse Inventory | WST 700 | 2519101500 |
| 2703 | 8696 | ZZ - Warehouse Inventory | WST 700 | 103330 |
| 2704 | 8701 | ZZ - Warehouse Inventory | WST 700 | 621103380 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2705 | 8702 | ZZ - Warehouse Inventory | WST 700 | 3420102627 |
| 2706 | 8703 | ZZ - Warehouse Inventory | WST 700 | 3420102638 |
| 2707 | 8704 | ZZ - Warehouse Inventory | WST 700 | 3420102630 |
| 2708 | 8705 | ZZ - Warehouse Inventory | WST 700 | 621103384 |
| 2709 | 8706 | ZZ - Warehouse Inventory | WST 700 | 103814 |
| 2710 | 8710 | ZZ - Warehouse Inventory | WST 700 | 103566 |
| 2711 | 8714 | ZZ - Warehouse Inventory | WST 700 | 104050 |
| 2712 | 8715 | ZZ - Warehouse Inventory | WST 700 | 621103387 |
| 2713 | 8716 | ZZ - Warehouse Inventory | WST 700 | 321103264 |
| 2714 | 358 | ZZ - Warehouse Inventory | WST 700 | 100806 |
| 2715 | 359 | ZZ - Warehouse Inventory | WST 700 | N/A |
| 2716 | 2718 | ZZ - Warehouse Inventory | WST 700 | 621103403 |
| 2717 | 2723 | ZZ - Warehouse Inventory | WST 700 | 621103382 |
| 2718 | 2729 | ZZ - Warehouse Inventory | WST 700 | 621103395 |
| 2719 | 2762 | ZZ - Warehouse Inventory | WST 700 | 3120102625 |
| 2720 | 2764 | ZZ - Warehouse Inventory | WST 700 | 2819101652 |
| 2721 | 2765 | ZZ - Warehouse Inventory | WST 700 | 2819101571 |
| 2722 | 2769 | ZZ - Warehouse Inventory | WST 700 | 2819101666 |
| 2723 | 2771 | ZZ - Warehouse Inventory | WST 700 | 3120102620 |
| 2724 | 2803 | ZZ - Warehouse Inventory | WST 700 | 3120102626 |
| 2725 | 2831 | ZZ - Warehouse Inventory | WST 700 | 2819101657 |
| 2726 | 2834 | ZZ - Warehouse Inventory | WST 700 | 2819101664 |
| 2727 | 2836 | ZZ - Warehouse Inventory | WST 700 | 3420102639 |
| 2728 | 2837 | ZZ - Warehouse Inventory | WST 700 | 2819101660 |
| 2729 | 2843 | ZZ - Warehouse Inventory | WST 700 | 3019101633 |
| 2730 | 2844 | ZZ - Warehouse Inventory | WST 700 | 3420102637 |
| 2731 | AZ3 | ZZ - Warehouse Inventory | WST 700 | 103805 |
| 2732 | AZ5 | ZZ - Warehouse Inventory | WST 700 | 101999 |
| 2733 | AZ8 | ZZ - Warehouse Inventory | WST 700 | 103590 |
| 2734 | AZ9 | ZZ - Warehouse Inventory | WST 700 | 103599 |
| 2735 | AZ15 | ZZ - Warehouse Inventory | WST 700 | 103462 |
| 2736 | AZ16 | ZZ - Warehouse Inventory | WST 700 | 103442 |
| 2737 | AZ56 | ZZ - Warehouse Inventory | WST 700 | 103503 |
| 2738 | AZ62 | ZZ - Warehouse Inventory | WST 700 | 103559 |
| 2739 | AZ69 | ZZ - Warehouse Inventory | WST 700 | 103525 |
| 2740 | AZ70 | ZZ - Warehouse Inventory | WST 700 | 103840 |
| 2741 | AZ71 | ZZ - Warehouse Inventory | WST 700 | 103625 |
| 2742 | 551 | ZZ - Warehouse Inventory | WST 700 | 103551 |
| 2743 | AZ81 | ZZ - Warehouse Inventory | WST 700 | 103508 |
| 2744 | 3001 | ZZ - Warehouse Inventory | WST 700 | 103515 |
| 2745 | AZ85 | ZZ - Warehouse Inventory | WST 700 | 103528 |
| 2746 | AZ87 | ZZ - Warehouse Inventory | WST 700 | 103169 |
| 2747 | 3006 | ZZ - Warehouse Inventory | WST 700 | 103185 |
| 2748 | AZ89 | ZZ - Warehouse Inventory | WST 700 | 103500 |
| 2749 | 3008 | ZZ - Warehouse Inventory | WST 700 | 103187 |
| 2750 | AZ91 | ZZ - Warehouse Inventory | WST 700 | 1030188 |
| 2751 | AZ94 | ZZ - Warehouse Inventory | WST 700 | 103549 |
| 2752 | AZ96 | ZZ - Warehouse Inventory | WST 700 | 103171 |
| 2753 | AZ103 | ZZ - Warehouse Inventory | WST 700 | 102060 |
| 2754 | AZ104 | ZZ - Warehouse Inventory | WST 700 | 102032 |
| 2755 | AZ105 | ZZ - Warehouse Inventory | WST 700 | 102035 |
| 2756 | AZ106 | ZZ - Warehouse Inventory | WST 700 | 102008 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2757 | AZ107 | ZZ - Warehouse Inventory | WST 700 | 102057 |
| 2758 | AZ108 | ZZ - Warehouse Inventory | WST 700 | 102072 |
| 2759 | AZ109 | ZZ - Warehouse Inventory | WST 700 | 102009 |
| 2760 | AZ110 | ZZ - Warehouse Inventory | WST 700 | 102006 |
| 2761 | AZ111 | ZZ - Warehouse Inventory | WST 700 | 102036 |
| 2762 | AZ112 | ZZ - Warehouse Inventory | WST 700 | 102027 |
| 2763 | AZ113 | ZZ - Warehouse Inventory | WST 700 | 102064 |
| 2764 | AZ114 | ZZ - Warehouse Inventory | WST 700 | 102094 |
| 2765 | AZ115 | ZZ - Warehouse Inventory | WST 700 | 101165 |
| 2766 | AZ116 | ZZ - Warehouse Inventory | WST 700 | 102000 |
| 2767 | AZ117 | ZZ - Warehouse Inventory | WST 700 | 102078 |
| 2768 | AZ118 | ZZ - Warehouse Inventory | WST 700 | 101167 |
| 2769 | AZ119 | ZZ - Warehouse Inventory | WST 700 | 102034 |
| 2770 | AZ120 | ZZ - Warehouse Inventory | WST 700 | 101998 |
| 2771 | AZ121 | ZZ - Warehouse Inventory | WST 700 | 102020 |
| 2772 | AZ122 | ZZ - Warehouse Inventory | WST 700 | 102084 |
| 2773 | AZ123 | ZZ - Warehouse Inventory | WST 700 | 102077 |
| 2774 | AZ124 | ZZ - Warehouse Inventory | WST 700 | 102038 |
| 2775 | AZ125 | ZZ - Warehouse Inventory | WST 700 | 102053 |
| 2776 | AZ126 | ZZ - Warehouse Inventory | WST 700 | 102061 |
| 2777 | AZ127 | ZZ - Warehouse Inventory | WST 700 | 102065 |
| 2778 | AZ128 | ZZ - Warehouse Inventory | WST 700 | 102087 |
| 2779 | AZ129 | ZZ - Warehouse Inventory | WST 700 | 102080 |
| 2780 | AZ130 | ZZ - Warehouse Inventory | WST 700 | 102037 |
| 2781 | AZ131 | ZZ - Warehouse Inventory | WST 700 | 102017 |
| 2782 | AZ132 | ZZ - Warehouse Inventory | WST 700 | 102092 |
| 2783 | AZ133 | ZZ - Warehouse Inventory | WST 700 | 102030 |
| 2784 | AZ134 | ZZ - Warehouse Inventory | WST 700 | 102082 |
| 2785 | AZ135 | ZZ - Warehouse Inventory | WST 700 | 102085 |
| 2786 | AZ136 | ZZ - Warehouse Inventory | WST 700 | 102086 |
| 2787 | AZ137 | ZZ - Warehouse Inventory | WST 700 | 102083 |
| 2788 | AZ138 | ZZ - Warehouse Inventory | WST 700 | 102081 |
| 2789 | AZ139 | ZZ - Warehouse Inventory | WST 700 | 102095 |
| 2790 | AZ140 | ZZ - Warehouse Inventory | WST 700 | 102004 |
| 2791 | AZ141 | ZZ - Warehouse Inventory | WST 700 | 102066 |
| 2792 | AZ142 | ZZ - Warehouse Inventory | WST 700 | 102059 |
| 2793 | AZ143 | ZZ - Warehouse Inventory | WST 700 | 102076 |
| 2794 | AZ144 | ZZ - Warehouse Inventory | WST 700 | 102069 |
| 2795 | AZ145 | ZZ - Warehouse Inventory | WST 700 | 102073 |
| 2796 | AZ146 | ZZ - Warehouse Inventory | WST 700 | 102039 |
| 2797 | AZ147 | ZZ - Warehouse Inventory | WST 700 | 102024 |
| 2798 | AZ148 | ZZ - Warehouse Inventory | WST 700 | 102071 |
| 2799 | AZ149 | ZZ - Warehouse Inventory | WST 700 | 102022 |
| 2800 | AZ150 | ZZ - Warehouse Inventory | WST 700 | 102018 |
| 2801 | AZ151 | ZZ - Warehouse Inventory | WST 700 | 102075 |
| 2802 | AZ152 | ZZ - Warehouse Inventory | WST 700 | 102055 |
| 2803 | AZ153 | ZZ - Warehouse Inventory | WST 700 | 102021 |
| 2804 | AZ154 | ZZ - Warehouse Inventory | WST 700 | 102023 |
| 2805 | AZ155 | ZZ - Warehouse Inventory | WST 700 | 102003 |
| 2806 | AZ156 | ZZ - Warehouse Inventory | WST 700 | 102054 |
| 2807 | AZ157 | ZZ - Warehouse Inventory | WST 700 | 102093 |
| 2808 | AZ158 | ZZ - Warehouse Inventory | WST 700 | 102016 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2809 | AZ159 | ZZ - Warehouse Inventory | WST 700 | 102025 |
| 2810 | AZ160 | ZZ - Warehouse Inventory | WST 700 | 102058 |
| 2811 | AZ161 | ZZ - Warehouse Inventory | WST 700 | 102074 |
| 2812 | AZ162 | ZZ - Warehouse Inventory | WST 700 | 102029 |
| 2813 | AZ163 | ZZ - Warehouse Inventory | WST 700 | 102052 |
| 2814 | AZ164 | ZZ - Warehouse Inventory | WST 700 | 102070 |
| 2815 | AZ165 | ZZ - Warehouse Inventory | WST 700 | 102056 |
| 2816 | AZ166 | ZZ - Warehouse Inventory | WST 700 | 102033 |
| 2817 | AZ167 | ZZ - Warehouse Inventory | WST 700 | 102062 |
| 2818 | AZ168 | ZZ - Warehouse Inventory | WST 700 | 102019 |
| 2819 | AZ169 | ZZ - Warehouse Inventory | WST 700 | 102028 |
| 2820 | AZ170 | ZZ - Warehouse Inventory | WST 700 | 102002 |
| 2821 | AZ172 | ZZ - Warehouse Inventory | WST 700 | 103616 |
| 2822 | AZ174 | ZZ - Warehouse Inventory | WST 700 | 103477 |
| 2823 | AZ176 | ZZ - Warehouse Inventory | WST 700 | 103558 |
| 2824 | AZ178 | ZZ - Warehouse Inventory | WST 700 | 103536 |
| 2825 | AZ180 | ZZ - Warehouse Inventory | WST 700 | 103533 |
| 2826 | AZ182 | ZZ - Warehouse Inventory | WST 700 | 103479 |
| 2827 | AZ183 | ZZ - Warehouse Inventory | WST 700 | 103617 |
| 2828 | AZ188 | ZZ - Warehouse Inventory | WST 700 | 103557 |
| 2829 | AZ190 | ZZ - Warehouse Inventory | WST 700 | 103556 |
| 2830 | AZ192 | ZZ - Warehouse Inventory | WST 700 | 103561 |
| 2831 | AZ194 | ZZ - Warehouse Inventory | WST 700 | 103560 |
| 2832 | AZ195 | ZZ - Warehouse Inventory | WST 700 | 103108 |
| 2833 | AZ196 | ZZ - Warehouse Inventory | WST 700 | 103534 |
| 2834 | AZ198 | ZZ - Warehouse Inventory | WST 700 | 103542 |
| 2835 | AZ200 | ZZ - Warehouse Inventory | WST 700 | 103488 |
| 2836 | AZ202 | ZZ - Warehouse Inventory | WST 700 | 103537 |
| 2837 | AZ203 | ZZ - Warehouse Inventory | WST 700 | 103025 |
| 2838 | AZ204 | ZZ - Warehouse Inventory | WST 700 | 103056 |
| 2839 | AZ205 | ZZ - Warehouse Inventory | WST 700 | 103050 |
| 2840 | AZ206 | ZZ - Warehouse Inventory | WST 700 | 103514 |
| 2841 | AZ207 | ZZ - Warehouse Inventory | WST 700 | 102007 |
| 2842 | AZ208 | ZZ - Warehouse Inventory | WST 700 | 103035 |
| 2843 | AZ210 | ZZ - Warehouse Inventory | WST 700 | 102031 |
| 2844 | AZ214 | ZZ - Warehouse Inventory | WST 700 | 103022 |
| 2845 | AZ215 | ZZ - Warehouse Inventory | WST 700 | 102091 |
| 2846 | AZ216 | ZZ - Warehouse Inventory | WST 700 | 103021 |
| 2847 | AZ219 | ZZ - Warehouse Inventory | WST 700 | 103062 |
| 2848 | AZ220 | ZZ - Warehouse Inventory | WST 700 | 103026 |
| 2849 | AZ222 | ZZ - Warehouse Inventory | WST 700 | 103053 |
| 2850 | AZ223 | ZZ - Warehouse Inventory | WST 700 | 103060 |
| 2851 | AZ233 | ZZ - Warehouse Inventory | WST 700 | 102026 |
| 2852 | AZ234 | ZZ - Warehouse Inventory | WST 700 | 102063 |
| 2853 | AZ235 | ZZ - Warehouse Inventory | WST 700 | 103597 |
| 2854 | AZ241 | ZZ - Warehouse Inventory | WST 700 | 103541 |
| 2855 | AZ242 | ZZ - Warehouse Inventory | WST 700 | 103545 |
| 2856 | AZ243 | ZZ - Warehouse Inventory | WST 700 | 103546 |
| 2857 | AZ244 | ZZ - Warehouse Inventory | WST 700 | 103550 |
| 2858 | AZ249 | ZZ - Warehouse Inventory | WST 700 | 103481 |
| 2859 | AZ250 | ZZ - Warehouse Inventory | WST 700 | 103623 |
| 2860 | AZ251 | ZZ - Warehouse Inventory | WST 700 | 103535 |

**Attachment #2**
**Page 55 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2861 | AZ252 | ZZ - Warehouse Inventory | WST 700 | 103509 |
| 2862 | AZ253 | ZZ - Warehouse Inventory | WST 700 | 103482 |
| 2863 | AZ254 | ZZ - Warehouse Inventory | WST 700 | 103480 |
| 2864 | AZ264 | ZZ - Warehouse Inventory | WST 700 | 101982 |
| 2865 | AZ265 | ZZ - Warehouse Inventory | WST 700 | 101989 |
| 2866 | AZ266 | ZZ - Warehouse Inventory | WST 700 | 101985 |
| 2867 | AZ267 | ZZ - Warehouse Inventory | WST 700 | 101973 |
| 2868 | AZ268 | ZZ - Warehouse Inventory | WST 700 | 101971 |
| 2869 | AZ269 | ZZ - Warehouse Inventory | WST 700 | 101988 |
| 2870 | AZ270 | ZZ - Warehouse Inventory | WST 700 | 101972 |
| 2871 | AZ271 | ZZ - Warehouse Inventory | WST 700 | 101977 |
| 2872 | AZ272 | ZZ - Warehouse Inventory | WST 700 | 101986 |
| 2873 | AZ273 | ZZ - Warehouse Inventory | WST 700 | 101974 |
| 2874 | AZ276 | ZZ - Warehouse Inventory | WST 700 | 101975 |
| 2875 | AZ279 | ZZ - Warehouse Inventory | WST 700 | 101979 |
| 2876 | AZ280 | ZZ - Warehouse Inventory | WST 700 | 101976 |
| 2877 | AZ283 | ZZ - Warehouse Inventory | WST 700 | 101969 |
| 2878 | AZ288 | ZZ - Warehouse Inventory | WST 700 | 101983 |
| 2879 | AZ289 | ZZ - Warehouse Inventory | WST 700 | 101970 |
| 2880 | AZ311 | ZZ - Warehouse Inventory | WST 700 | 103281 |
| 2881 | AZ326 | ZZ - Warehouse Inventory | WST 700 | 100992 |
| 2882 | AZ327 | ZZ - Warehouse Inventory | WST 700 | 100715 |
| 2883 | AZ341 | ZZ - Warehouse Inventory | WST 700 | 101176 |
| 2884 | AZ345 | ZZ - Warehouse Inventory | WST 700 | 103312 |
| 2885 | AZ348 | ZZ - Warehouse Inventory | WST 700 | 101182 |
| 2886 | AZ352 | ZZ - Warehouse Inventory | WST 700 | 103301 |
| 2887 | AZ353 | ZZ - Warehouse Inventory | WST 700 | 103320 |
| 2888 | AZ356 | ZZ - Warehouse Inventory | WST 700 | 100891 |
| 2889 | AZ359 | ZZ - Warehouse Inventory | WST 700 | 103147 |
| 2890 | AZ363 | ZZ - Warehouse Inventory | WST 700 | 100940 |
| 2891 | AZ367 | ZZ - Warehouse Inventory | WST 700 | 103148 |
| 2892 | AZ368 | ZZ - Warehouse Inventory | WST 700 | 103030 |
| 2893 | AZ369 | ZZ - Warehouse Inventory | WST 700 | 101996 |
| 2894 | AZ370 | ZZ - Warehouse Inventory | WST 700 | 100716 |
| 2895 | AZ371 | ZZ - Warehouse Inventory | WST 700 | 100873 |
| 2896 | AZ372 | ZZ - Warehouse Inventory | WST 700 | 101997 |
| 2897 | AZ373 | ZZ - Warehouse Inventory | WST 700 | 103198 |
| 2898 | AZ376 | ZZ - Warehouse Inventory | WST 700 | 101961 |
| 2899 | AZ377 | ZZ - Warehouse Inventory | WST 700 | 101009 |
| 2900 | AZ378 | ZZ - Warehouse Inventory | WST 700 | 100900 |
| 2901 | AZ379 | ZZ - Warehouse Inventory | WST 700 | 100983 |
| 2902 | AZ380 | ZZ - Warehouse Inventory | WST 700 | 100987 |
| 2903 | AZ381 | ZZ - Warehouse Inventory | WST 700 | 100974 |
| 2904 | AZ382 | ZZ - Warehouse Inventory | WST 700 | 100952 |
| 2905 | AZ383 | ZZ - Warehouse Inventory | WST 700 | 101174 |
| 2906 | AZ384 | ZZ - Warehouse Inventory | WST 700 | 101186 |
| 2907 | AZ385 | ZZ - Warehouse Inventory | WST 700 | 101993 |
| 2908 | AZ386 | ZZ - Warehouse Inventory | WST 700 | 101164 |
| 2909 | AZ387 | ZZ - Warehouse Inventory | WST 700 | 100807 |
| 2910 | AZ388 | ZZ - Warehouse Inventory | WST 700 | 101956 |
| 2911 | AZ389 | ZZ - Warehouse Inventory | WST 700 | 103158 |
| 2912 | AZ390 | ZZ - Warehouse Inventory | WST 700 | 103162 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2913 | AZ391 | ZZ - Warehouse Inventory | WST 700 | 103160 |
| 2914 | AZ397 | ZZ - Warehouse Inventory | WST 700 | 103139 |
| 2915 | AZ398 | ZZ - Warehouse Inventory | WST 700 | 103213 |
| 2916 | AZ402 | ZZ - Warehouse Inventory | WST 700 | 103211 |
| 2917 | AZ403 | ZZ - Warehouse Inventory | WST 700 | 103612 |
| 2918 | AZ404 | ZZ - Warehouse Inventory | WST 700 | 101244 |
| 2919 | AZ405 | ZZ - Warehouse Inventory | WST 700 | 103248 |
| 2920 | AZ406 | ZZ - Warehouse Inventory | WST 700 | 103247 |
| 2921 | AZ407 | ZZ - Warehouse Inventory | WST 700 | 103249 |
| 2922 | AZ408 | ZZ - Warehouse Inventory | WST 700 | 103166 |
| 2923 | AZ409 | ZZ - Warehouse Inventory | WST 700 | 103272 |
| 2924 | AZ410 | ZZ - Warehouse Inventory | WST 700 | 103291 |
| 2925 | AZ411 | ZZ - Warehouse Inventory | WST 700 | 103290 |
| 2926 | AZ412 | ZZ - Warehouse Inventory | WST 700 | 103271 |
| 2927 | AZ413 | ZZ - Warehouse Inventory | WST 700 | 103227 |
| 2928 | AZ414 | ZZ - Warehouse Inventory | WST 700 | 103270 |
| 2929 | AZ417 | ZZ - Warehouse Inventory | WST 700 | 104057 |
| 2930 | AZ418 | ZZ - Warehouse Inventory | WST 700 | 103305 |
| 2931 | AZ419 | ZZ - Warehouse Inventory | WST 700 | 103343 |
| 2932 | AZ420 | ZZ - Warehouse Inventory | WST 700 | 103328 |
| 2933 | AZ421 | ZZ - Warehouse Inventory | WST 700 | 103324 |
| 2934 | AZ422 | ZZ - Warehouse Inventory | WST 700 | 103306 |
| 2935 | AZ423 | ZZ - Warehouse Inventory | WST 700 | 103289 |
| 2936 | AZ427 | ZZ - Warehouse Inventory | WST 700 | 103327 |
| 2937 | AZ429 | ZZ - Warehouse Inventory | WST 700 | 103342 |
| 2938 | AZ430 | ZZ - Warehouse Inventory | WST 700 | 103309 |
| 2939 | AZ433 | ZZ - Warehouse Inventory | WST 700 | 103448 |
| 2940 | AZ434 | ZZ - Warehouse Inventory | WST 700 | 103447 |
| 2941 | AZ442 | ZZ - Warehouse Inventory | WST 700 | 103602 |
| 2942 | AZ443 | ZZ - Warehouse Inventory | WST 700 | 103594 |
| 2943 | AZ444 | ZZ - Warehouse Inventory | WST 700 | 103446 |
| 2944 | AZ451 | ZZ - Warehouse Inventory | WST 700 | 103346 |
| 2945 | AZ452 | ZZ - Warehouse Inventory | WST 700 | 103344 |
| 2946 | AZ456 | ZZ - Warehouse Inventory | WST 700 | 101243 |
| 2947 | AZ457 | ZZ - Warehouse Inventory | WST 700 | 133396 |
| 2948 | AZ462 | ZZ - Warehouse Inventory | WST 700 | 103420 |
| 2949 | AZ478 | ZZ - Warehouse Inventory | WST 700 | 103391 |
| 2950 | AZ479 | ZZ - Warehouse Inventory | WST 700 | 103419 |
| 2951 | AZ481 | ZZ - Warehouse Inventory | WST 700 | 103538 |
| 2952 | AZ482 | ZZ - Warehouse Inventory | WST 700 | 103977 |
| 2953 | AZ484 | ZZ - Warehouse Inventory | WST 700 | 103993 |
| 2954 | AZ489 | ZZ - Warehouse Inventory | WST 700 | 104003 |
| 2955 | AZ490 | ZZ - Warehouse Inventory | WST 700 | 101331 |
| 2956 | AZ491 | ZZ - Warehouse Inventory | WST 700 | 102695 |
| 2957 | AZ493 | ZZ - Warehouse Inventory | WST 700 | 103164 |
| 2958 | AZ496 | ZZ - Warehouse Inventory | WST 700 | 103996 |
| 2959 | AZ497 | ZZ - Warehouse Inventory | WST 700 | 104004 |
| 2960 | AZ501 | ZZ - Warehouse Inventory | WST 700 | 104001 |
| 2961 | AZ502 | ZZ - Warehouse Inventory | WST 700 | 103997 |
| 2962 | AZ504 | ZZ - Warehouse Inventory | WST 700 | 103974 |
| 2963 | AZ505 | ZZ - Warehouse Inventory | WST 700 | 101166 |
| 2964 | AZ506 | ZZ - Warehouse Inventory | WST 700 | 219101395 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 2965 | AZ507 | ZZ - Warehouse Inventory | WST 700 | 219101396 |
| 2966 | AZ508 | ZZ - Warehouse Inventory | WST 700 | 319101430 |
| 2967 | AZ509 | ZZ - Warehouse Inventory | WST 700 | 319101441 |
| 2968 | AZ510 | ZZ - Warehouse Inventory | WST 700 | 319101450 |
| 2969 | AZ511 | ZZ - Warehouse Inventory | WST 700 | 321103260 |
| 2970 | AZ512 | ZZ - Warehouse Inventory | WST 700 | 321103272 |
| 2971 | AZ513 | ZZ - Warehouse Inventory | WST 700 | 419101458 |
| 2972 | AZ514 | ZZ - Warehouse Inventory | WST 700 | 419101465 |
| 2973 | AZ516 | ZZ - Warehouse Inventory | WST 700 | 419101466 |
| 2974 | AZ517 | ZZ - Warehouse Inventory | WST 700 | 419101467 |
| 2975 | AZ518 | ZZ - Warehouse Inventory | WST 700 | 419101470 |
| 2976 | AZ519 | ZZ - Warehouse Inventory | WST 700 | 419101472 |
| 2977 | AZ520 | ZZ - Warehouse Inventory | WST 700 | 419101473 |
| 2978 | AZ521 | ZZ - Warehouse Inventory | WST 700 | 419101480 |
| 2979 | AZ522 | ZZ - Warehouse Inventory | WST 700 | 419101485 |
| 2980 | AZ523 | ZZ - Warehouse Inventory | WST 700 | 621103404 |
| 2981 | AZ524 | ZZ - Warehouse Inventory | WST 700 | 2519101494 |
| 2982 | AZ526 | ZZ - Warehouse Inventory | WST 700 | 2819101550 |
| 2983 | AZ528 | ZZ - Warehouse Inventory | WST 700 | 2819101658 |
| 2984 | AZ529 | ZZ - Warehouse Inventory | WST 700 | 3019101634 |
| 2985 | AZ532 | ZZ - Warehouse Inventory | WST 700 | 3120102612 |
| 2986 | AZ535 | ZZ - Warehouse Inventory | WST 700 | 3120102616 |
| 2987 | AZ536 | ZZ - Warehouse Inventory | WST 700 | 3120102617 |
| 2988 | AZ537 | ZZ - Warehouse Inventory | WST 700 | 3120102618 |
| 2989 | AZ539 | ZZ - Warehouse Inventory | WST 700 | 3120102621 |
| 2990 | AZ542 | ZZ - Warehouse Inventory | WST 700 | 3120102623 |
| 2991 | AZ543 | ZZ - Warehouse Inventory | WST 700 | 3120102624 |
| 2992 | AZ545 | ZZ - Warehouse Inventory | WST 700 | 3420102631 |
| 2993 | AZ546 | ZZ - Warehouse Inventory | WST 700 | 3420102632 |
| 2994 | AZ547 | ZZ - Warehouse Inventory | WST 700 | 3420102633 |
| 2995 | AZ548 | ZZ - Warehouse Inventory | WST 700 | 3420102634 |
| 2996 | AZ549 | ZZ - Warehouse Inventory | WST 700 | 3420102635 |
| 2997 | AZ550 | ZZ - Warehouse Inventory | WST 700 | 3420102636 |
| 2998 | AZ552 | ZZ - Warehouse Inventory | WST 700 | 4418101158 |
| 2999 | AZ554 | ZZ - Warehouse Inventory | WST 700 | 4418101160 |
| 3000 | AZ556 | ZZ - Warehouse Inventory | WST 700 | 4418101167 |
| 3001 | AZ557 | ZZ - Warehouse Inventory | WST 700 | 4418101168 |
| 3002 | AZ558 | ZZ - Warehouse Inventory | WST 700 | 4418101169 |
| 3003 | AZ559 | ZZ - Warehouse Inventory | WST 700 | 4418101173 |
| 3004 | AZ560 | ZZ - Warehouse Inventory | WST 700 | 4418101178 |
| 3005 | AZ561 | ZZ - Warehouse Inventory | WST 700 | 4418101180 |
| 3006 | AZ562 | ZZ - Warehouse Inventory | WST 700 | 4418101181 |
| 3007 | AZ563 | ZZ - Warehouse Inventory | WST 700 | 4418101182 |
| 3008 | AZ565 | ZZ - Warehouse Inventory | WST 700 | 4418101183 |
| 3009 | AZ566 | ZZ - Warehouse Inventory | WST 700 | 4418101185 |
| 3010 | AZ567 | ZZ - Warehouse Inventory | WST 700 | 4420102759 |
| 3011 | AZ568 | ZZ - Warehouse Inventory | WST 700 | 4518101216 |
| 3012 | AZ570 | ZZ - Warehouse Inventory | WST 700 | 4818101218 |
| 3013 | AZ571 | ZZ - Warehouse Inventory | WST 700 | 4818101222 |
| 3014 | AZ573 | ZZ - Warehouse Inventory | WST 700 | 4818101226 |
| 3015 | AZ574 | ZZ - Warehouse Inventory | WST 700 | 4818101228 |
| 3016 | AZ576 | ZZ - Warehouse Inventory | WST 700 | 4818101230 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 3017 | AZ578 | ZZ - Warehouse Inventory | WST 700 | 4818101233 |
| 3018 | AZ580 | ZZ - Warehouse Inventory | WST 700 | 4818101245 |
| 3019 | AZ581 | ZZ - Warehouse Inventory | WST 700 | 4818101246 |
| 3020 | AZ582 | ZZ - Warehouse Inventory | WST 700 | 4918101247 |
| 3021 | AZ583 | ZZ - Warehouse Inventory | WST 700 | 4918101268 |
| 3022 | AZ584 | ZZ - Warehouse Inventory | WST 700 | 4918101270 |
| 3023 | AZ588 | ZZ - Warehouse Inventory | WST 700 | 5018101277 |
| 3024 | AZ589 | ZZ - Warehouse Inventory | WST 700 | 5018101282 |
| 3025 | AZ590 | ZZ - Warehouse Inventory | WST 700 | 5018101283 |
| 3026 | AZ591 | ZZ - Warehouse Inventory | WST 700 | 5018101284 |
| 3027 | AZ592 | ZZ - Warehouse Inventory | WST 700 | 5018101287 |
| 3028 | AZ594 | ZZ - Warehouse Inventory | WST 700 | 5018101290 |
| 3029 | AZ595 | ZZ - Warehouse Inventory | WST 700 | 5018101296 |
| 3030 | AZ596 | ZZ - Warehouse Inventory | WST 700 | 5018101297 |
| 3031 | AZ597 | ZZ - Warehouse Inventory | WST 700 | 5018101300 |
| 3032 | AZ598 | ZZ - Warehouse Inventory | WST 700 | 5018101301 |
| 3033 | AZ599 | ZZ - Warehouse Inventory | WST 700 | 5018101306 |
| 3034 | AZ600 | ZZ - Warehouse Inventory | WST 700 | 5118101327 |
| 3035 | AZ602 | ZZ - Warehouse Inventory | WST 700 | 5218101338 |
| 3036 | AZ603 | ZZ - Warehouse Inventory | WST 700 | 5218101339 |
| 3037 | AZ604 | ZZ - Warehouse Inventory | WST 700 | 5218101345 |
| 3038 | AZ605 | ZZ - Warehouse Inventory | WST 700 | 5218101346 |
| 3039 | AZ606 | ZZ - Warehouse Inventory | WST 700 | 5218101351 |
| 3040 | AZ607 | ZZ - Warehouse Inventory | WST 700 | 5218101353 |
| 3041 | AZ608 | ZZ - Warehouse Inventory | WST 700 | 5218101359 |
| 3042 | AZ609 | ZZ - Warehouse Inventory | WST 700 | 5218101364 |
| 3043 | AZ610 | ZZ - Warehouse Inventory | WST 700 | WS431804009 |
| 3044 | 5291 | ZZ - Warehouse Inventory | WST 700 | 103979 |
| 3045 | 5295 | ZZ - Warehouse Inventory | WST 700 | 103899 |
| 3046 | 5392 | ZZ - Warehouse Inventory | WST 700 | 104000 |
| 3047 | 6337 | ZZ - Warehouse Inventory | WST 700 | 103825 |
| 3048 | 6913 | ZZ - Warehouse Inventory | WST 700 | 103801 |
| 3049 | SA6 | WA - Western WA Water | WST 700 CK | 104224 |
| 3050 | 2903 | GA - Georgia - Keaaron Elder | WST 700 | 1820102220 |
| 3051 | 5261 | TX - San Antonio | WST 700 | 921103500 |
| 3052 | 2918 | VA - VA/West VA - CJ Richard | WST 700 | 103401 |
| 3053 | 5979 | CA - Los Angeles | WST 700 | 103476 |
| 3054 | FL8075 | FL - Miami - Frank Bennett | WST 700 | 282102548 |
| 3055 | 1538 | WA - Western WA Water | WST 700 | 102098 |
| 3056 | 1539 | WA - Western WA Water | WST 700 | 102041 |
| 3057 | 2905 | GA - Georgia - Keaaron Elder | WST 700 | 1021103578 |
| 3058 | 7378 | AZ - Phoenix | WST 700 | 103565 |
| 3059 | 5403 | GA - Georgia - Keaaron Elder | WST 700 | 1122104380 |
| 3060 | 5715 | VA - VA/West VA - CJ Richard | WST 700 | 1422104445 |
| 3061 | 4869 | TX - North & East TX/Oklahoma | WST 700 | 2620102483 |
| 3062 | 5248 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1422104459 |
| 3063 | 5334 | VA - VA/West VA - CJ Richard | WST 700 | 1122104388 |
| 3064 | 5426 | GA - Georgia - Keaaron Elder | WST 700 | 1122104371 |
| 3065 | FL6645 | FL - Tampa | WST 700 | 3722104784 |
| 3066 | 1 | WA - Western WA Water | WST 700 | 103340 |
| 3067 | 2810 | CA - Los Angeles | WST 700 | 102598 |
| 3068 | 5386 | TX - North & East TX/Oklahoma | WST 700 | 1021103558 |

**Attachment #2**
**Page 59 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 3069 | 135 | CA - Los Angeles | WST 700 | 100744 |
| 3070 | 6343 | TX - North & East TX/Oklahoma | Not Specified | 2020102296 |
| 3071 | 5416 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1422104437 |
| 3072 | 839 | CA - Yuba City | WST 700 | 100345 |
| 3073 | 244 | CA - Los Angeles | WST 700 | 100866 |
| 3074 | 4833 | TX - North & East TX/Oklahoma | WST 700 | 2820102512 |
| 3075 | 4824 | WA - Western WA Water | WST 700 | 104181 |
| 3076 | 646 | CA - Sacramento | WST 700 | 101173 |
| 3077 | 5716 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1722104490 |
| 3078 | 218 | WA - Eastern WA Water | WST 700 | 104121 |
| 3079 | 313 | MT - Montana - Kenny Tromp | WST 700 | 104217 |
| 3080 | 1569 | OR - Oregon - Shannon Duffy | WST 700 | |
| 3081 | 127 | OR - Oregon - Shannon Duffy | WST 700 | 104088 |
| 3082 | 217 | WA - Eastern WA Water | WST 700 | 100649 |
| 3083 | 211 | WA - Eastern WA Water | WST 700 | 100656 |
| 3084 | 312 | MT - Montana - Kenny Tromp | WST 700 | 100739 |
| 3085 | 213 | WA - Eastern WA Water | WST 700 | 100732 |
| 3086 | 212 | WA - Eastern WA Water | WST 700 | 100733 |
| 3087 | 302 | WA - Eastern WA Water | WST 700 | 100740 |
| 3088 | 314 | MT - Montana - Kenny Tromp | WST 700 | 100742 |
| 3089 | 221 | OR - Oregon - Shannon Duffy | WST 700 | 100735 |
| 3090 | 315 | MT - Montana - Kenny Tromp | WST 700 | 100934 |
| 3091 | 1644 | MT - Montana - Kenny Tromp | WST 700 | 100935 |
| 3092 | 7597 | WA - Eastern WA Water | WST 700 | 104221 |
| 3093 | 215 | WA - Eastern WA Water | Not Specified | 104113 |
| 3094 | 216 | WA - Eastern WA Water | WST 700 | 104252 |
| 3095 | 209 | WA - Eastern WA Water | WST 700 | 100743 |
| 3096 | 301 | WA - Eastern WA Water | WST 700 | 100737 |
| 3097 | 5254 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1622104460 |
| 3098 | 4836 | CA - Los Angeles | WST 700 | 104033 |
| 3099 | 5251 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104418 |
| 3100 | 7539 | CA - Los Angeles | WST 700 | 103595 |
| 3101 | 240 | ZZ - Warehouse Inventory | WST 700 | 100327 |
| 3102 | 251 | ZZ - Warehouse Inventory | WST 700 | 100338 |
| 3103 | 273 | ZZ - Warehouse Inventory | WST 700 | 100320 |
| 3104 | 449 | ZZ - Warehouse Inventory | WST 700 | 100335 |
| 3105 | 5280 | ZZ - Warehouse Inventory | WST 700 | 100341 |
| 3106 | 6342 | ZZ - Warehouse Inventory | WST 700 | 100899 |
| 3107 | 6977 | ZZ - Warehouse Inventory | WST 700 | 101159 |
| 3108 | 7129 | ZZ - Warehouse Inventory | WST 700 | 101175 |
| 3109 | 7130 | ZZ - Warehouse Inventory | WST 700 | 101202 |
| 3110 | 7381 | ZZ - Warehouse Inventory | WST 700 | 100833 |
| 3111 | 7383 | ZZ - Warehouse Inventory | WST 700 | 100643 |
| 3112 | 7393 | ZZ - Warehouse Inventory | WST 700 | 100310 |
| 3113 | 7394 | ZZ - Warehouse Inventory | WST 700 | 100823 |
| 3114 | 7399 | ZZ - Warehouse Inventory | WST 700 | 100636 |
| 3115 | 7403 | ZZ - Warehouse Inventory | WST 700 | 100330 |
| 3116 | 7404 | ZZ - Warehouse Inventory | WST 700 | 100778 |
| 3117 | 7405 | ZZ - Warehouse Inventory | WST 700 | 100349 |
| 3118 | 7438 | ZZ - Warehouse Inventory | WST 700 | 100822 |
| 3119 | 7682 | ZZ - Warehouse Inventory | WST 700 | 103013 |
| 3120 | 7847 | ZZ - Warehouse Inventory | WST 700 | 103952 |

| Ref | Asset # | Route | Model | Serial Number |
|------|---------|-------|-------|---------------|
| 3121 | 7946 | ZZ - Warehouse Inventory | WST 700 | 103676 |
| 3122 | 8234 | ZZ - Warehouse Inventory | WST 700 | 100331 |
| 3123 | 8284 | ZZ - Warehouse Inventory | WST 700 | 103376 |
| 3124 | 102631 | ZZ - Warehouse Inventory | WST 700 | 103520 |
| 3125 | 1072 | ZZ - Warehouse Inventory | WST 700 | 103008 |
| 3126 | 1073 | ZZ - Warehouse Inventory | WST 700 | 102602 |
| 3127 | 8712 | ZZ - Warehouse Inventory | WST 700 | 100938 |
| 3128 | 8717 | ZZ - Warehouse Inventory | WST 700 | 103009 |
| 3129 | 8718 | ZZ - Warehouse Inventory | WST 700 | 103093 |
| 3130 | 5262 | CA - Los Angeles | WST 700 | 104022 |
| 3131 | 463 | OR - Oregon - Shannon Duffy | WST 700 | 100959 |
| 3132 | 852 | AZ - Phoenix | WST 700 | 101995 |
| 3133 | 5777 | CA - Sacramento | WST 700 | 104005 |
| 3134 | 517 | ZZ - Warehouse Inventory | WST 700 | 101092 |
| 3135 | SA1 | ZZ - Warehouse Inventory | WST 700 CK | 222104231 |
| 3136 | SA2 | ZZ - Warehouse Inventory | WST 700 CK | 222104232 |
| 3137 | SA3 | ZZ - Warehouse Inventory | WST 700 CK | 222104236 |
| 3138 | SA4 | ZZ - Warehouse Inventory | WST 700 CK | 222104222 |
| 3139 | SA5 | ZZ - Warehouse Inventory | WST 700 CK | 222104238 |
| 3140 | SA7 | ZZ - Warehouse Inventory | WST 700 CK | 222104227 |
| 3141 | SA9 | ZZ - Warehouse Inventory | WST 700 CK | 222104242 |
| 3142 | SA10 | ZZ - Warehouse Inventory | WST 700 CK | 222104223 |
| 3143 | SA11 | ZZ - Warehouse Inventory | WST 700 CK | 222104246 |
| 3144 | SA12 | ZZ - Warehouse Inventory | WST 700 CK | 222104245 |
| 3145 | SA13 | ZZ - Warehouse Inventory | WST 700 CK | 222104244 |
| 3146 | SA14 | ZZ - Warehouse Inventory | WST 700 CK | 222104248 |
| 3147 | SA15 | ZZ - Warehouse Inventory | WST 700 CK | 222104240 |
| 3148 | SA16 | ZZ - Warehouse Inventory | WST 700 CK | 222104243 |
| 3149 | SA17 | ZZ - Warehouse Inventory | WST 700 CK | 222104241 |
| 3150 | SA18 | ZZ - Warehouse Inventory | WST 700 CK | 222104247 |
| 3151 | SA19 | ZZ - Warehouse Inventory | WST 700 CK | 222104234 |
| 3152 | SA20 | ZZ - Warehouse Inventory | WST 700 CK | 222104237 |
| 3153 | SA21 | ZZ - Warehouse Inventory | WST 700 CK | 222104239 |
| 3154 | SA22 | ZZ - Warehouse Inventory | WST 700 CK | 222104050 |
| 3155 | SA23 | ZZ - Warehouse Inventory | WST 700 CK | 222104233 |
| 3156 | SA24 | ZZ - Warehouse Inventory | WST 700 CK | 222104235 |
| 3157 | SA25 | ZZ - Warehouse Inventory | WST 700 CK | 222104225 |
| 3158 | SA26 | ZZ - Warehouse Inventory | WST 700 CK | 222104230 |
| 3159 | SA27 | ZZ - Warehouse Inventory | WST 700 CK | 222104229 |
| 3160 | SA28 | ZZ - Warehouse Inventory | WST 700 CK | 222104220 |
| 3161 | SA29 | ZZ - Warehouse Inventory | WST 700 CK | 222104228 |
| 3162 | SA30 | ZZ - Warehouse Inventory | WST 700 CK | 222104249 |
| 3163 | SA32 | ZZ - Warehouse Inventory | WST 700 CK | 4021104046 |
| 3164 | SA33 | ZZ - Warehouse Inventory | WST 700 CK | 4021104069 |
| 3165 | SA34 | ZZ - Warehouse Inventory | WST 700 CK | 4021104061 |
| 3166 | SA35 | ZZ - Warehouse Inventory | WST 700 CK | 4011104062 |
| 3167 | SA36 | ZZ - Warehouse Inventory | WST 700 CK | 4021104050 |
| 3168 | SA37 | ZZ - Warehouse Inventory | WST 700 CK | 4021104068 |
| 3169 | SA38 | ZZ - Warehouse Inventory | WST 700 CK | 4021104067 |
| 3170 | SA39 | ZZ - Warehouse Inventory | WST 700 CK | 4021104058 |
| 3171 | SA40 | ZZ - Warehouse Inventory | WST 700 CK | 4021104042 |
| 3172 | SA41 | ZZ - Warehouse Inventory | WST 700 CK | 4021104055 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 3173 | SA42 | ZZ - Warehouse Inventory | WST 700 CK | 4021104052 |
| 3174 | SA43 | ZZ - Warehouse Inventory | WST 700 CK | 4021104054 |
| 3175 | SA44 | ZZ - Warehouse Inventory | WST 700 CK | 4021104041 |
| 3176 | SA45 | ZZ - Warehouse Inventory | WST 700 CK | 4021104065 |
| 3177 | SA48 | ZZ - Warehouse Inventory | WST 700 CK | 4021104047 |
| 3178 | SA49 | ZZ - Warehouse Inventory | WST 700 CK | 4021104063 |
| 3179 | SA50 | ZZ - Warehouse Inventory | WST 700 CK | 4021104064 |
| 3180 | SA51 | ZZ - Warehouse Inventory | WST 700 CK | 4021044066 |
| 3181 | SA52 | ZZ - Warehouse Inventory | WST 700 CK | 4021104040 |
| 3182 | SA53 | ZZ - Warehouse Inventory | WST 700 CK | 4021104049 |
| 3183 | SA54 | ZZ - Warehouse Inventory | WST 700 CK | 4021104056 |
| 3184 | SA55 | ZZ - Warehouse Inventory | WST 700 CK | 4021104059 |
| 3185 | SA56 | ZZ - Warehouse Inventory | WST 700 CK | 4021104060 |
| 3186 | SA57 | ZZ - Warehouse Inventory | WST 700 CK | 4021104043 |
| 3187 | SA58 | ZZ - Warehouse Inventory | WST 700 CK | 4021104044 |
| 3188 | SA60 | ZZ - Warehouse Inventory | WST 700 CK | 5221104196 |
| 3189 | SA61 | ZZ - Warehouse Inventory | WST 700 CK | 5221104197 |
| 3190 | SA62 | ZZ - Warehouse Inventory | WST 700 CK | 5221104205 |
| 3191 | SA63 | ZZ - Warehouse Inventory | WST 700 CK | 5221104195 |
| 3192 | SA64 | ZZ - Warehouse Inventory | WST 700 CK | 5221104214 |
| 3193 | SA67 | ZZ - Warehouse Inventory | WST 700 CK | 5221104206 |
| 3194 | SA68 | ZZ - Warehouse Inventory | WST 700 CK | 5221104198 |
| 3195 | SA70 | ZZ - Warehouse Inventory | WST 700 CK | 5221104200 |
| 3196 | SA71 | ZZ - Warehouse Inventory | WST 700 CK | 5221104194 |
| 3197 | SA72 | ZZ - Warehouse Inventory | WST 700 CK | 5221104199 |
| 3198 | SA73 | ZZ - Warehouse Inventory | WST 700 CK | 5221104204 |
| 3199 | SA74 | ZZ - Warehouse Inventory | WST 700 CK | 5221104193 |
| 3200 | SA75 | ZZ - Warehouse Inventory | WST 700 CK | 5221104192 |
| 3201 | SA77 | ZZ - Warehouse Inventory | WST 700 CK | 5221104201 |
| 3202 | SA79 | ZZ - Warehouse Inventory | WST 700 CK | 5221104210 |
| 3203 | SA80 | ZZ - Warehouse Inventory | WST 700 CK | 5221104207 |
| 3204 | SA82 | ZZ - Warehouse Inventory | WST 700 CK | 5221104220 |
| 3205 | SA87 | ZZ - Warehouse Inventory | WST 700 CK | 5221104202 |
| 3206 | SA89 | ZZ - Warehouse Inventory | WST 700 Hylyte | 822104306 |
| 3207 | SA90 | ZZ - Warehouse Inventory | WST 700 Hylyte | 822104283 |
| 3208 | SA91 | ZZ - Warehouse Inventory | WST 700 Hylyte | 822104281 |
| 3209 | SA92 | ZZ - Warehouse Inventory | WST 700 Hylyte | 822104284 |
| 3210 | SA93 | ZZ - Warehouse Inventory | WST 700 Hylyte | 822104299 |
| 3211 | SA94 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104330 |
| 3212 | SA95 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104316 |
| 3213 | SA96 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104327 |
| 3214 | SA97 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104317 |
| 3215 | SA98 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104334 |
| 3216 | SA99 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104315 |
| 3217 | SA100 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104318 |
| 3218 | SA101 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104320 |
| 3219 | SA102 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104319 |
| 3220 | SA103 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104323 |
| 3221 | SA104 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104322 |
| 3222 | SA105 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104324 |
| 3223 | SA106 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104321 |
| 3224 | SA107 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104326 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 3225 | SA108 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104335 |
| 3226 | SA109 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104337 |
| 3227 | SA110 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104338 |
| 3228 | SA111 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104336 |
| 3229 | SA112 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104339 |
| 3230 | SA113 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104325 |
| 3231 | SA114 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104328 |
| 3232 | SA115 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104331 |
| 3233 | SA116 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104329 |
| 3234 | SA117 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104332 |
| 3235 | SA118 | ZZ - Warehouse Inventory | WST 700 Hylyte | 922104333 |
| 3236 | SA119 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103643 |
| 3237 | SA120 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103644 |
| 3238 | SA122 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103641 |
| 3239 | SA123 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103638 |
| 3240 | SA124 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103618 |
| 3241 | SA125 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103620 |
| 3242 | SA126 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103626 |
| 3243 | SA127 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103646 |
| 3244 | SA129 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103625 |
| 3245 | SA130 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103640 |
| 3246 | SA131 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103642 |
| 3247 | SA132 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103645 |
| 3248 | SA134 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103619 |
| 3249 | SA135 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1121103617 |
| 3250 | SA136 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103727 |
| 3251 | SA137 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103709 |
| 3252 | SA138 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103718 |
| 3253 | SA139 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103710 |
| 3254 | SA140 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103729 |
| 3255 | SA141 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103713 |
| 3256 | SA142 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103722 |
| 3257 | SA143 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103685 |
| 3258 | SA144 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103700 |
| 3259 | SA145 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103686 |
| 3260 | SA146 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103684 |
| 3261 | SA147 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103703 |
| 3262 | SA148 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103725 |
| 3263 | SA149 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103716 |
| 3264 | SA150 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103721 |
| 3265 | SA151 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103731 |
| 3266 | SA152 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103720 |
| 3267 | SA153 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103702 |
| 3268 | SA154 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103704 |
| 3269 | SA155 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103726 |
| 3270 | SA156 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103707 |
| 3271 | SA157 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103715 |
| 3272 | SA158 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103733 |
| 3273 | SA159 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103736 |
| 3274 | SA160 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103724 |
| 3275 | SA161 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103712 |
| 3276 | SA162 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103735 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 3277 | SA163 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103711 |
| 3278 | SA164 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103728 |
| 3279 | SA165 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103730 |
| 3280 | SA166 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103714 |
| 3281 | SA167 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103719 |
| 3282 | SA168 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103680 |
| 3283 | SA169 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103723 |
| 3284 | SA170 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103734 |
| 3285 | SA171 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103679 |
| 3286 | SA172 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103693 |
| 3287 | SA173 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103681 |
| 3288 | SA174 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103678 |
| 3289 | SA175 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103682 |
| 3290 | SA176 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103677 |
| 3291 | SA177 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103706 |
| 3292 | SA178 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103683 |
| 3293 | SA179 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103691 |
| 3294 | SA180 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103688 |
| 3295 | SA181 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103689 |
| 3296 | SA182 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103697 |
| 3297 | SA183 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103692 |
| 3298 | SA184 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103695 |
| 3299 | SA185 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103705 |
| 3300 | SA186 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103701 |
| 3301 | SA187 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103690 |
| 3302 | SA188 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103699 |
| 3303 | SA190 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103732 |
| 3304 | SA191 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103717 |
| 3305 | SA192 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103774 |
| 3306 | SA193 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103738 |
| 3307 | SA194 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103741 |
| 3308 | SA195 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103740 |
| 3309 | SA196 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103756 |
| 3310 | SA197 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103750 |
| 3311 | SA198 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103758 |
| 3312 | SA199 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103757 |
| 3313 | SA200 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103762 |
| 3314 | SA203 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103753 |
| 3315 | SA204 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103745 |
| 3316 | SA205 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103764 |
| 3317 | SA206 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103739 |
| 3318 | SA207 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103752 |
| 3319 | SA208 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103759 |
| 3320 | SA209 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103763 |
| 3321 | SA210 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103755 |
| 3322 | SA211 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103761 |
| 3323 | SA212 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103743 |
| 3324 | SA213 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103766 |
| 3325 | SA214 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103749 |
| 3326 | SA215 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103781 |
| 3327 | SA216 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103795 |
| 3328 | SA217 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103776 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 3329 | SA218 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103788 |
| 3330 | SA219 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103747 |
| 3331 | SA220 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103746 |
| 3332 | SA221 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103742 |
| 3333 | SA222 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103765 |
| 3334 | SA223 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103754 |
| 3335 | SA224 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103751 |
| 3336 | SA225 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103760 |
| 3337 | SA226 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103789 |
| 3338 | SA227 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103770 |
| 3339 | SA228 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103787 |
| 3340 | SA229 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103784 |
| 3341 | SA230 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103769 |
| 3342 | SA231 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103771 |
| 3343 | SA232 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103767 |
| 3344 | SA233 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103778 |
| 3345 | SA234 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103773 |
| 3346 | SA235 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103777 |
| 3347 | SA236 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103786 |
| 3348 | SA237 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103775 |
| 3349 | SA238 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103792 |
| 3350 | SA239 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103796 |
| 3351 | SA240 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103790 |
| 3352 | SA241 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103772 |
| 3353 | SA242 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103768 |
| 3354 | SA243 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103791 |
| 3355 | SA244 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103794 |
| 3356 | SA245 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103785 |
| 3357 | SA246 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103793 |
| 3358 | SA247 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103783 |
| 3359 | SA248 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103779 |
| 3360 | SA249 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103780 |
| 3361 | SA250 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1921103782 |
| 3362 | SA251 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103842 |
| 3363 | SA252 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103837 |
| 3364 | SA253 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103855 |
| 3365 | SA254 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103834 |
| 3366 | SA255 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103831 |
| 3367 | SA256 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103848 |
| 3368 | SA257 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103829 |
| 3369 | SA258 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103843 |
| 3370 | SA259 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103854 |
| 3371 | SA260 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103838 |
| 3372 | SA261 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103840 |
| 3373 | SA262 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103851 |
| 3374 | SA263 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103847 |
| 3375 | SA264 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103830 |
| 3376 | SA265 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103827 |
| 3377 | SA266 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103846 |
| 3378 | SA267 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103853 |
| 3379 | SA268 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103845 |
| 3380 | SA269 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103852 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 3381 | SA270 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103839 |
| 3382 | SA271 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103836 |
| 3383 | SA272 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103849 |
| 3384 | SA273 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103835 |
| 3385 | SA274 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103856 |
| 3386 | SA275 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103833 |
| 3387 | SA276 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103841 |
| 3388 | SA277 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103928 |
| 3389 | SA278 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103850 |
| 3390 | SA279 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103832 |
| 3391 | SA280 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2321103844 |
| 3392 | SA281 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103885 |
| 3393 | SA282 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103884 |
| 3394 | SA283 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103858 |
| 3395 | SA284 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103873 |
| 3396 | SA285 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103881 |
| 3397 | SA286 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103872 |
| 3398 | SA287 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103882 |
| 3399 | SA288 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103860 |
| 3400 | SA289 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103866 |
| 3401 | SA290 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103876 |
| 3402 | SA291 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103857 |
| 3403 | SA292 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103865 |
| 3404 | SA293 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103863 |
| 3405 | SA294 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103868 |
| 3406 | SA295 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103874 |
| 3407 | SA296 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103867 |
| 3408 | SA297 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103870 |
| 3409 | SA298 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103878 |
| 3410 | SA299 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103871 |
| 3411 | SA300 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103862 |
| 3412 | SA301 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103859 |
| 3413 | SA302 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103864 |
| 3414 | SA303 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103879 |
| 3415 | SA304 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103861 |
| 3416 | SA305 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103875 |
| 3417 | SA306 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103883 |
| 3418 | SA307 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103886 |
| 3419 | SA308 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103869 |
| 3420 | SA309 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103880 |
| 3421 | SA310 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2621103877 |
| 3422 | SA311 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103908 |
| 3423 | SA312 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103902 |
| 3424 | SA313 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103892 |
| 3425 | SA314 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103903 |
| 3426 | SA315 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103912 |
| 3427 | SA316 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103915 |
| 3428 | SA317 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103914 |
| 3429 | SA318 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103887 |
| 3430 | SA319 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103900 |
| 3431 | SA320 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103909 |
| 3432 | SA321 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103916 |

**Attachment #2**
**Page 66 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 3433 | SA322 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103889 |
| 3434 | SA323 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103910 |
| 3435 | SA324 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103888 |
| 3436 | SA325 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103913 |
| 3437 | SA326 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103911 |
| 3438 | SA327 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103894 |
| 3439 | SA328 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103907 |
| 3440 | SA329 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103901 |
| 3441 | SA330 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103893 |
| 3442 | SA331 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103891 |
| 3443 | SA332 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103906 |
| 3444 | SA333 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103890 |
| 3445 | SA334 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103895 |
| 3446 | SA335 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103904 |
| 3447 | SA336 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103896 |
| 3448 | SA337 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103899 |
| 3449 | SA338 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103897 |
| 3450 | SA339 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103905 |
| 3451 | SA340 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2721103898 |
| 3452 | SA341 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103928 |
| 3453 | SA342 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103935 |
| 3454 | SA343 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103917 |
| 3455 | SA344 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103926 |
| 3456 | SA345 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103918 |
| 3457 | SA346 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103922 |
| 3458 | SA347 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103924 |
| 3459 | SA348 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103919 |
| 3460 | SA349 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103923 |
| 3461 | SA350 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103920 |
| 3462 | SA351 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103925 |
| 3463 | SA352 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103927 |
| 3464 | SA353 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103929 |
| 3465 | SA354 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103931 |
| 3466 | SA355 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103933 |
| 3467 | SA356 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103921 |
| 3468 | SA357 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103930 |
| 3469 | SA358 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103938 |
| 3470 | SA359 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103932 |
| 3471 | SA360 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103946 |
| 3472 | SA361 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103944 |
| 3473 | SA362 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103945 |
| 3474 | SA363 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103943 |
| 3475 | SA364 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103940 |
| 3476 | SA365 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103942 |
| 3477 | SA366 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103939 |
| 3478 | SA367 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103941 |
| 3479 | SA368 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103934 |
| 3480 | SA369 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103937 |
| 3481 | SA370 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2821103936 |
| 3482 | SA371 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3021103965 |
| 3483 | SA372 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3021103958 |
| 3484 | SA373 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3021103973 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 3485 | SA374 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3021103961 |
| 3486 | SA375 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3021103975 |
| 3487 | SA376 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3021103967 |
| 3488 | SA377 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3021103970 |
| 3489 | SA378 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3021103951 |
| 3490 | SA379 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3021103969 |
| 3491 | SA380 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3021103968 |
| 3492 | SA381 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104014 |
| 3493 | SA382 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104012 |
| 3494 | SA383 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104010 |
| 3495 | SA384 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104025 |
| 3496 | SA385 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104017 |
| 3497 | SA386 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104034 |
| 3498 | SA387 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104020 |
| 3499 | SA388 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104038 |
| 3500 | SA389 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104033 |
| 3501 | SA390 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104016 |
| 3502 | SA391 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104036 |
| 3503 | SA392 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104015 |
| 3504 | SA393 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104022 |
| 3505 | SA394 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104039 |
| 3506 | SA395 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104029 |
| 3507 | SA396 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104013 |
| 3508 | SA397 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104011 |
| 3509 | SA398 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104030 |
| 3510 | SA399 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104035 |
| 3511 | SA400 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104027 |
| 3512 | SA401 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104021 |
| 3513 | SA402 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104018 |
| 3514 | SA403 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104024 |
| 3515 | SA404 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104026 |
| 3516 | SA405 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104031 |
| 3517 | SA406 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104037 |
| 3518 | SA407 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104028 |
| 3519 | SA408 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104032 |
| 3520 | SA409 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3721104019 |
| 3521 | SA417 | ZZ - Warehouse Inventory | WST 700 Hylyte | 621103416 |
| 3522 | SA418 | ZZ - Warehouse Inventory | WST 700 Hylyte | 621103411 |
| 3523 | SA419 | ZZ - Warehouse Inventory | WST 700 Hylyte | 621103419 |
| 3524 | SA421 | ZZ - Warehouse Inventory | WST 700 Hylyte | 621103424 |
| 3525 | SA427 | ZZ - Warehouse Inventory | WST 700 Hylyte | 621103414 |
| 3526 | SA435 | ZZ - Warehouse Inventory | WST 700 Hylyte | 621103434 |
| 3527 | SA437 | ZZ - Warehouse Inventory | WST 700 Hylyte | 621103426 |
| 3528 | SA440 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103446 |
| 3529 | SA444 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103463 |
| 3530 | SA447 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103449 |
| 3531 | SA449 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103452 |
| 3532 | SA452 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103441 |
| 3533 | SA454 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103483 |
| 3534 | SA455 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103427 |
| 3535 | SA457 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103464 |
| 3536 | SA459 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103450 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 3537 | SA460 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103444 |
| 3538 | SA461 | ZZ - Warehouse Inventory | WST 700 Hylyte | 721103443 |
| 3539 | SA469 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103476 |
| 3540 | SA470 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103468 |
| 3541 | SA471 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103492 |
| 3542 | SA472 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103493 |
| 3543 | SA475 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103470 |
| 3544 | SA477 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103472 |
| 3545 | SA480 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103482 |
| 3546 | SA481 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103487 |
| 3547 | SA484 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103484 |
| 3548 | SA485 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103488 |
| 3549 | SA486 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103490 |
| 3550 | SA492 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103467 |
| 3551 | SA494 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103475 |
| 3552 | SA495 | ZZ - Warehouse Inventory | WST 700 Hylyte | 821103481 |
| 3553 | SA496 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103522 |
| 3554 | SA498 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103515 |
| 3555 | SA506 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103509 |
| 3556 | SA507 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103498 |
| 3557 | SA508 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103503 |
| 3558 | SA509 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103502 |
| 3559 | SA511 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103514 |
| 3560 | SA513 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103519 |
| 3561 | SA514 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103499 |
| 3562 | SA515 | ZZ - Warehouse Inventory | WST 700 Hylyte | 921103517 |
| 3563 | SA533 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103563 |
| 3564 | SA539 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103554 |
| 3565 | SA540 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103550 |
| 3566 | SA541 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103540 |
| 3567 | SA542 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103532 |
| 3568 | SA543 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103527 |
| 3569 | SA546 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103562 |
| 3570 | SA547 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103541 |
| 3571 | SA548 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103583 |
| 3572 | SA550 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103582 |
| 3573 | SA553 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103548 |
| 3574 | SA554 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103535 |
| 3575 | SA558 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103571 |
| 3576 | SA562 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103537 |
| 3577 | SA574 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1021103538 |
| 3578 | SA576 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1620102204 |
| 3579 | SA577 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1620102205 |
| 3580 | SA578 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1620102169 |
| 3581 | SA579 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1620102171 |
| 3582 | SA580 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1620102206 |
| 3583 | SA581 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1620102175 |
| 3584 | SA583 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1620102202 |
| 3585 | 4155 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102209 |
| 3586 | SA592 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102249 |
| 3587 | SA593 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102253 |
| 3588 | SA595 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102265 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 3589 | SA596 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102250 |
| 3590 | SA597 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102212 |
| 3591 | SA598 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102222 |
| 3592 | SA599 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102264 |
| 3593 | SA601 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102216 |
| 3594 | SA602 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102227 |
| 3595 | SA603 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102245 |
| 3596 | SA605 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102559 |
| 3597 | SA606 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102266 |
| 3598 | SA608 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1820102262 |
| 3599 | SA610 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2010102319 |
| 3600 | SA611 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102317 |
| 3601 | SA613 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102324 |
| 3602 | SA614 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102325 |
| 3603 | SA615 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102272 |
| 3604 | SA617 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102320 |
| 3605 | SA618 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102321 |
| 3606 | SA619 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102280 |
| 3607 | SA620 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102290 |
| 3608 | SA621 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102267 |
| 3609 | SA622 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102299 |
| 3610 | SA623 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102326 |
| 3611 | SA624 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102323 |
| 3612 | SA626 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102291 |
| 3613 | SA627 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102312 |
| 3614 | SA628 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102318 |
| 3615 | SA629 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102315 |
| 3616 | SA630 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102269 |
| 3617 | SA631 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102279 |
| 3618 | SA632 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102316 |
| 3619 | SA633 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102268 |
| 3620 | SA634 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102285 |
| 3621 | SA635 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102282 |
| 3622 | SA637 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102284 |
| 3623 | SA638 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102287 |
| 3624 | SA639 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102298 |
| 3625 | SA644 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2020102297 |
| 3626 | SA647 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102383 |
| 3627 | SA648 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102366 |
| 3628 | SA649 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102333 |
| 3629 | SA650 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102334 |
| 3630 | SA651 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102335 |
| 3631 | SA653 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102356 |
| 3632 | SA654 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102365 |
| 3633 | SA655 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102328 |
| 3634 | SA656 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102352 |
| 3635 | SA657 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102332 |
| 3636 | SA658 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102377 |
| 3637 | SA660 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102360 |
| 3638 | SA662 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102345 |
| 3639 | SA663 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102386 |
| 3640 | SA665 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102364 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 3641 | SA666 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102350 |
| 3642 | SA667 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102327 |
| 3643 | SA668 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102347 |
| 3644 | SA669 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102341 |
| 3645 | SA670 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102359 |
| 3646 | SA672 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102380 |
| 3647 | SA673 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102374 |
| 3648 | SA674 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102336 |
| 3649 | SA679 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102363 |
| 3650 | SA680 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102344 |
| 3651 | SA681 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2220102349 |
| 3652 | SA686 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102411 |
| 3653 | SA688 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102416 |
| 3654 | SA690 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102423 |
| 3655 | SA691 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102389 |
| 3656 | SA692 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102394 |
| 3657 | SA693 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102395 |
| 3658 | SA694 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102391 |
| 3659 | SA695 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102432 |
| 3660 | SA696 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102415 |
| 3661 | SA697 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102442 |
| 3662 | SA698 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102446 |
| 3663 | SA699 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102518 |
| 3664 | SA700 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102398 |
| 3665 | SA701 | ZZ - Warehouse Inventory | WST 700 Hylyte | 252.012413 |
| 3666 | SA702 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102424 |
| 3667 | SA703 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102392 |
| 3668 | SA704 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102404 |
| 3669 | SA705 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102409 |
| 3670 | SA706 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102427 |
| 3671 | SA707 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102422 |
| 3672 | SA708 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102420 |
| 3673 | SA709 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102441 |
| 3674 | SA710 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102435 |
| 3675 | SA711 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102438 |
| 3676 | SA712 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102443 |
| 3677 | SA713 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102397 |
| 3678 | SA714 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102419 |
| 3679 | SA716 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102399 |
| 3680 | SA719 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102493 |
| 3681 | SA720 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102496 |
| 3682 | SA721 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102451 |
| 3683 | SA723 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102452 |
| 3684 | SA724 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102457 |
| 3685 | SA725 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102469 |
| 3686 | SA726 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102474 |
| 3687 | SA727 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102455 |
| 3688 | SA728 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102465 |
| 3689 | SA729 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102464 |
| 3690 | SA730 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102467 |
| 3691 | SA731 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102497 |
| 3692 | SA732 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102503 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 3693 | SA733 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102484 |
| 3694 | SA734 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102463 |
| 3695 | SA735 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102506 |
| 3696 | SA737 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102482 |
| 3697 | SA754 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102458 |
| 3698 | SA756 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102466 |
| 3699 | SA757 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102502 |
| 3700 | SA758 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102479 |
| 3701 | SA759 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102471 |
| 3702 | SA760 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102459 |
| 3703 | SA761 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102462 |
| 3704 | SA762 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102476 |
| 3705 | SA763 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2620102487 |
| 3706 | SA767 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102555 |
| 3707 | SA774 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102536 |
| 3708 | SA788 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102528 |
| 3709 | SA790 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102537 |
| 3710 | SA793 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102461 |
| 3711 | SA794 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102508 |
| 3712 | SA795 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102526 |
| 3713 | SA796 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102519 |
| 3714 | SA797 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102522 |
| 3715 | SA798 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102530 |
| 3716 | SA802 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102548 |
| 3717 | SA804 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102510 |
| 3718 | SA806 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102527 |
| 3719 | SA808 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102547 |
| 3720 | SA814 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102972 |
| 3721 | SA817 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102607 |
| 3722 | SA830 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102586 |
| 3723 | SA832 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102584 |
| 3724 | SA834 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102606 |
| 3725 | SA835 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102598 |
| 3726 | SA836 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102588 |
| 3727 | SA839 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102593 |
| 3728 | SA844 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102596 |
| 3729 | SA845 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102592 |
| 3730 | SA846 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102604 |
| 3731 | SA847 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102581 |
| 3732 | SA848 | ZZ - Warehouse Inventory | WST 700 Hylyte | 3120102590 |
| 3733 | SA850 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2520102434 |
| 3734 | SA851 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2820102520 |
| 3735 | SA856 | ZZ - Warehouse Inventory | WST 700 Hylyte | 4420102734 |
| 3736 | SA857 | ZZ - Warehouse Inventory | WST 700 Hylyte | 121103217 |
| 3737 | SA858 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1721103647 |
| 3738 | SA869 | ZZ - Warehouse Inventory | WST 700 Hylyte | 520101801 |
| 3739 | SA871 | ZZ - Warehouse Inventory | WST 700 NR | 101095 |
| 3740 | SA873 | ZZ - Warehouse Inventory | WST 700 NR | 101115 |
| 3741 | SA874 | ZZ - Warehouse Inventory | WST 700 NR | 101122 |
| 3742 | SA875 | ZZ - Warehouse Inventory | WST 700 NR | 101099 |
| 3743 | SA876 | ZZ - Warehouse Inventory | WST 700 NR | 101093 |
| 3744 | SA878 | ZZ - Warehouse Inventory | WST 700 NR | 101096 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 3745 | SA879 | ZZ - Warehouse Inventory | WST 700 NR | 101098 |
| 3746 | SA880 | ZZ - Warehouse Inventory | WST 700 NR | 101094 |
| 3747 | SA881 | ZZ - Warehouse Inventory | WST 700 NR | 101113 |
| 3748 | SA882 | ZZ - Warehouse Inventory | WST 700 NR | 101102 |
| 3749 | SA883 | ZZ - Warehouse Inventory | WST 700 NR | 101107 |
| 3750 | SA884 | ZZ - Warehouse Inventory | WST 700 NR | 101112 |
| 3751 | SA885 | ZZ - Warehouse Inventory | WST 700 NR | 101123 |
| 3752 | SA886 | ZZ - Warehouse Inventory | WST 700 NR | 101105 |
| 3753 | SA887 | ZZ - Warehouse Inventory | WST 700 NR | 101106 |
| 3754 | SA888 | ZZ - Warehouse Inventory | WST 700 NR | 101100 |
| 3755 | SA890 | ZZ - Warehouse Inventory | WST 700 NR | 101117 |
| 3756 | SA891 | ZZ - Warehouse Inventory | WST 700 NR | 101091 |
| 3757 | SA892 | ZZ - Warehouse Inventory | WST 700 NR | 103123 |
| 3758 | SA893 | ZZ - Warehouse Inventory | WST 700 NR | 103063 |
| 3759 | SA894 | ZZ - Warehouse Inventory | WST 700 NR | 103070 |
| 3760 | SA895 | ZZ - Warehouse Inventory | WST 700 NR | 103065 |
| 3761 | SA896 | ZZ - Warehouse Inventory | WST 700 NR | 103111 |
| 3762 | SA897 | ZZ - Warehouse Inventory | WST 700 NR | 103020 |
| 3763 | SA898 | ZZ - Warehouse Inventory | WST 700 NR | 103072 |
| 3764 | SA899 | ZZ - Warehouse Inventory | WST 700 NR | 103071 |
| 3765 | SA900 | ZZ - Warehouse Inventory | WST 700 NR | 103017 |
| 3766 | SA902 | ZZ - Warehouse Inventory | WST 700 NR | 103077 |
| 3767 | SA904 | ZZ - Warehouse Inventory | WST 700 NR | 103134 |
| 3768 | SA905 | ZZ - Warehouse Inventory | WST 700 NR | 103085 |
| 3769 | SA906 | ZZ - Warehouse Inventory | WST 700 NR | 103124 |
| 3770 | SA908 | ZZ - Warehouse Inventory | WST 700 NR | 103082 |
| 3771 | SA909 | ZZ - Warehouse Inventory | WST 700 NR | 103132 |
| 3772 | SA910 | ZZ - Warehouse Inventory | WST 700 NR | 103120 |
| 3773 | SA911 | ZZ - Warehouse Inventory | WST 700 NR | 103088 |
| 3774 | SA912 | ZZ - Warehouse Inventory | WST 700 NR | 103086 |
| 3775 | SA913 | ZZ - Warehouse Inventory | WST 700 NR | 103137 |
| 3776 | SA914 | ZZ - Warehouse Inventory | WST 700 NR | 103131 |
| 3777 | SA915 | ZZ - Warehouse Inventory | WST 700 NR | 103135 |
| 3778 | SA916 | ZZ - Warehouse Inventory | WST 700 NR | 103136 |
| 3779 | SA917 | ZZ - Warehouse Inventory | WST 700 NR | 103133 |
| 3780 | SA918 | ZZ - Warehouse Inventory | WST 700 NR | 103090 |
| 3781 | SA919 | ZZ - Warehouse Inventory | WST 700 NR | 103087 |
| 3782 | SA920 | ZZ - Warehouse Inventory | WST 700 NR | 103127 |
| 3783 | SA921 | ZZ - Warehouse Inventory | WST 700 NR | 103138 |
| 3784 | SA923 | ZZ - Warehouse Inventory | WST 700 NR | 103078 |
| 3785 | SA924 | ZZ - Warehouse Inventory | WST 700 NR | 103084 |
| 3786 | SA925 | ZZ - Warehouse Inventory | WST 700 NR | 103522 |
| 3787 | SA926 | ZZ - Warehouse Inventory | WST 700 NR | 431803984 |
| 3788 | SA927 | ZZ - Warehouse Inventory | WST 700 NR | 431803982 |
| 3789 | SA928 | ZZ - Warehouse Inventory | WST 700 NR | 431804010 |
| 3790 | SA929 | ZZ - Warehouse Inventory | WST 700 NR | 431803994 |
| 3791 | SA930 | ZZ - Warehouse Inventory | WST 700 NR | 431804005 |
| 3792 | SA931 | ZZ - Warehouse Inventory | WST 700 NR | 431804008 |
| 3793 | SA932 | ZZ - Warehouse Inventory | WST 700 NR | 431804000 |
| 3794 | SA933 | ZZ - Warehouse Inventory | WST 700 NR | 431804002 |
| 3795 | SA934 | ZZ - Warehouse Inventory | WST 700 NR | 431804006 |
| 3796 | SA935 | ZZ - Warehouse Inventory | WST 700 NR | 431803995 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 3797 | SA936 | ZZ - Warehouse Inventory | WST 700 NR | 431803998 |
| 3798 | SA937 | ZZ - Warehouse Inventory | WST 700 NR | 431803989 |
| 3799 | SA938 | ZZ - Warehouse Inventory | WST 700 NR | 431803999 |
| 3800 | SA939 | ZZ - Warehouse Inventory | WST 700 NR | 431804007 |
| 3801 | SA940 | ZZ - Warehouse Inventory | WST 700 NR | 431803991 |
| 3802 | SA941 | ZZ - Warehouse Inventory | WST 700 NR | 431803981 |
| 3803 | SA942 | ZZ - Warehouse Inventory | WST 700 NR | 431803790 |
| 3804 | SA943 | ZZ - Warehouse Inventory | WST 700 NR | 431803996 |
| 3805 | SA944 | ZZ - Warehouse Inventory | WST 700 NR | 431803988 |
| 3806 | SA945 | ZZ - Warehouse Inventory | WST 700 NR | 431803987 |
| 3807 | SA947 | ZZ - Warehouse Inventory | WST 700 NR | 431803983 |
| 3808 | SA948 | ZZ - Warehouse Inventory | WST 700 NR | 431803985 |
| 3809 | SA949 | ZZ - Warehouse Inventory | WST 700 NR | 431803997 |
| 3810 | SA950 | ZZ - Warehouse Inventory | WST 700 NR | 431803992 |
| 3811 | SA951 | ZZ - Warehouse Inventory | WST 700 NR | 431804004 |
| 3812 | SA952 | ZZ - Warehouse Inventory | WST 700 NR | 431803990 |
| 3813 | SA953 | ZZ - Warehouse Inventory | WST 700 NR | 4518101200 |
| 3814 | SA954 | ZZ - Warehouse Inventory | WST 700 NR | 4518101206 |
| 3815 | SA955 | ZZ - Warehouse Inventory | WST 700 NR | 4518101202 |
| 3816 | SA956 | ZZ - Warehouse Inventory | WST 700 NR | 4518101193 |
| 3817 | SA957 | ZZ - Warehouse Inventory | WST 700 NR | 4518101215 |
| 3818 | 7913 | ZZ - Warehouse Inventory | WST 700 | 520101845 |
| 3819 | 7914 | ZZ - Warehouse Inventory | WST 700 | 520101839 |
| 3820 | 7915 | ZZ - Warehouse Inventory | WST 700 | 1420102027 |
| 3821 | 7916 | ZZ - Warehouse Inventory | WST 700 | 5119101742 |
| 3822 | 7917 | ZZ - Warehouse Inventory | WST 700 | 1420102048 |
| 3823 | 7918 | ZZ - Warehouse Inventory | WST 700 | 1120102017 |
| 3824 | 7919 | ZZ - Warehouse Inventory | WST 700 | 1420102031 |
| 3825 | 7920 | ZZ - Warehouse Inventory | WST 700 | 1120101979 |
| 3826 | 7922 | ZZ - Warehouse Inventory | WST 700 | 2520102390 |
| 3827 | 7923 | ZZ - Warehouse Inventory | WST 700 | 1820102251 |
| 3828 | 7924 | ZZ - Warehouse Inventory | WST 700 | 1120102022 |
| 3829 | 7926 | ZZ - Warehouse Inventory | WST 700 | 1120101985 |
| 3830 | 7927 | ZZ - Warehouse Inventory | WST 700 | 1120101993 |
| 3831 | 7928 | ZZ - Warehouse Inventory | WST 700 | 5119101753 |
| 3832 | 7929 | ZZ - Warehouse Inventory | WST 700 | 152010211 |
| 3833 | 7930 | ZZ - Warehouse Inventory | WST 700 | 1120101978 |
| 3834 | 7931 | ZZ - Warehouse Inventory | WST 700 | 1120102018 |
| 3835 | 7932 | ZZ - Warehouse Inventory | WST 700 | 920101933 |
| 3836 | 7933 | ZZ - Warehouse Inventory | WST 700 | 720101902 |
| 3837 | 7934 | ZZ - Warehouse Inventory | WST 700 | 1420102047 |
| 3838 | 7935 | ZZ - Warehouse Inventory | WST 700 | 1420102042 |
| 3839 | 7936 | ZZ - Warehouse Inventory | WST 700 | 1120101981 |
| 3840 | 7937 | ZZ - Warehouse Inventory | WST 700 | 720202984 |
| 3841 | 7938 | ZZ - Warehouse Inventory | WST 700 | 1420102045 |
| 3842 | 7939 | ZZ - Warehouse Inventory | WST 700 | 3120102573 |
| 3843 | 7940 | ZZ - Warehouse Inventory | WST 700 | 1420102050 |
| 3844 | 7941 | ZZ - Warehouse Inventory | WST 700 | 1420102040 |
| 3845 | 7942 | ZZ - Warehouse Inventory | WST 700 | 720101859 |
| 3846 | 7943 | ZZ - Warehouse Inventory | WST 700 | 720101879 |
| 3847 | 7944 | ZZ - Warehouse Inventory | WST 700 | 5119101732 |
| 3848 | 7947 | ZZ - Warehouse Inventory | WST 700 | 1520102103 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 3849 | 7948 | ZZ - Warehouse Inventory | WST 700 | 720101881 |
| 3850 | 7949 | ZZ - Warehouse Inventory | WST 700 | 1420201030 |
| 3851 | 7950 | ZZ - Warehouse Inventory | WST 700 | 511901736 |
| 3852 | 7951 | ZZ - Warehouse Inventory | WST 700 | 1120101992 |
| 3853 | 7952 | ZZ - Warehouse Inventory | WST 700 | 2620102448 |
| 3854 | 7953 | ZZ - Warehouse Inventory | WST 700 | 721103453 |
| 3855 | 7954 | ZZ - Warehouse Inventory | WST 700 | 2722104688 |
| 3856 | 7955 | ZZ - Warehouse Inventory | WST 700 | 1120102020 |
| 3857 | 7956 | ZZ - Warehouse Inventory | WST 700 | 1120102015 |
| 3858 | 7957 | ZZ - Warehouse Inventory | WST 700 | 1420102057 |
| 3859 | 7958 | ZZ - Warehouse Inventory | WST 700 | 3019101614 |
| 3860 | 7959 | ZZ - Warehouse Inventory | WST 700 | 621103425 |
| 3861 | 7960 | ZZ - Warehouse Inventory | WST 700 | 1120102024 |
| 3862 | 7961 | ZZ - Warehouse Inventory | WST 700 | 5119101720 |
| 3863 | 7962 | ZZ - Warehouse Inventory | WST 700 | 5119101783 |
| 3864 | 7963 | ZZ - Warehouse Inventory | WST 700 | 1120102999 |
| 3865 | 7964 | ZZ - Warehouse Inventory | WST 700 | 3120102587 |
| 3866 | 7965 | ZZ - Warehouse Inventory | WST 700 | 1420201065 |
| 3867 | 7966 | ZZ - Warehouse Inventory | WST 700 | 720101884 |
| 3868 | 7982 | ZZ - Warehouse Inventory | WST 700 | 2722104692 |
| 3869 | 7983 | ZZ - Warehouse Inventory | WST 700 | 1021103579 |
| 3870 | 7984 | ZZ - Warehouse Inventory | WST 700 | 1120102000 |
| 3871 | 7985 | ZZ - Warehouse Inventory | WST 700 | 1420102034 |
| 3872 | 7986 | ZZ - Warehouse Inventory | WST 700 | 2519101488 |
| 3873 | 7987 | ZZ - Warehouse Inventory | WST 700 | 1120102025 |
| 3874 | 7988 | ZZ - Warehouse Inventory | WST 700 | 1120101988 |
| 3875 | 7989 | ZZ - Warehouse Inventory | WST 700 | 1120102009 |
| 3876 | 7990 | ZZ - Warehouse Inventory | WST 700 | 1120101977 |
| 3877 | 7991 | ZZ - Warehouse Inventory | WST 700 | 1120102014 |
| 3878 | 7992 | ZZ - Warehouse Inventory | WST 700 | 1820102235 |
| 3879 | 7993 | ZZ - Warehouse Inventory | WST 700 | 920101912 |
| 3880 | 7994 | ZZ - Warehouse Inventory | WST 700 | 1420102038 |
| 3881 | 7995 | ZZ - Warehouse Inventory | WST 700 | 2020102301 |
| 3882 | 7996 | ZZ - Warehouse Inventory | WST 700 | 2722104680 |
| 3883 | 7997 | ZZ - Warehouse Inventory | WST 700 | 1120101970 |
| 3884 | 7998 | ZZ - Warehouse Inventory | WST 700 | 2819101596 |
| 3885 | 7999 | ZZ - Warehouse Inventory | WST 700 | 1420102046 |
| 3886 | 8000 | ZZ - Warehouse Inventory | WST 700 | 920101934 |
| 3887 | 8001 | ZZ - Warehouse Inventory | WST 700 | 3120102583 |
| 3888 | 8002 | ZZ - Warehouse Inventory | WST 700 | 1120102006 |
| 3889 | 8003 | ZZ - Warehouse Inventory | WST 700 | 2020102281 |
| 3890 | 8004 | ZZ - Warehouse Inventory | WST 700 | 5119101786 |
| 3891 | 8005 | ZZ - Warehouse Inventory | WST 700 | 720101910 |
| 3892 | 8006 | ZZ - Warehouse Inventory | WST 700 | 1120102008 |
| 3893 | 8007 | ZZ - Warehouse Inventory | WST 700 | 1120102003 |
| 3894 | 8008 | ZZ - Warehouse Inventory | WST 700 | 1120101990 |
| 3895 | 8011 | ZZ - Warehouse Inventory | WST 700 | 4420102721 |
| 3896 | 8016 | ZZ - Warehouse Inventory | WST 700 | 103069 |
| 3897 | 8017 | ZZ - Warehouse Inventory | WST 700 | 921103501 |
| 3898 | 8018 | ZZ - Warehouse Inventory | WST 700 | 2819101561 |
| 3899 | 8019 | ZZ - Warehouse Inventory | WST 700 | 103919 |
| 3900 | 8020 | ZZ - Warehouse Inventory | WST 700 | 2820102534 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 3901 | 8021 | ZZ - Warehouse Inventory | WST 700 | 2820102543 |
| 3902 | 8022 | ZZ - Warehouse Inventory | WST 700 | 2820102532 |
| 3903 | 8023 | ZZ - Warehouse Inventory | WST 700 | 2819101597 |
| 3904 | 8024 | ZZ - Warehouse Inventory | WST 700 | 5220103155 |
| 3905 | 8025 | ZZ - Warehouse Inventory | WST 700 | 2819101605 |
| 3906 | 8026 | ZZ - Warehouse Inventory | WST 700 | 920101941 |
| 3907 | 8027 | ZZ - Warehouse Inventory | WST 700 | 5119101750 |
| 3908 | 8028 | ZZ - Warehouse Inventory | WST 700 | 1520102137 |
| 3909 | 8029 | ZZ - Warehouse Inventory | WST 700 | 2819101662 |
| 3910 | 8030 | ZZ - Warehouse Inventory | WST 700 | 2820102523 |
| 3911 | 8031 | ZZ - Warehouse Inventory | WST 700 | 2820102565 |
| 3912 | 8033 | ZZ - Warehouse Inventory | WST 700 | 2520102440 |
| 3913 | 8035 | ZZ - Warehouse Inventory | WST 700 | 2820102515 |
| 3914 | 8036 | ZZ - Warehouse Inventory | WST 700 | 103562 |
| 3915 | 8037 | ZZ - Warehouse Inventory | WST 700 | 5218101358 |
| 3916 | 8038 | ZZ - Warehouse Inventory | WST 700 | 121103222 |
| 3917 | 8039 | ZZ - Warehouse Inventory | WST 700 | 5220103165 |
| 3918 | 8041 | ZZ - Warehouse Inventory | WST 700 | 1820102254 |
| 3919 | 8042 | ZZ - Warehouse Inventory | WST 700 | 2020102319 |
| 3920 | 8043 | ZZ - Warehouse Inventory | WST 700 | 520101823 |
| 3921 | 8044 | ZZ - Warehouse Inventory | WST 700 | 2819101576 |
| 3922 | 8047 | ZZ - Warehouse Inventory | WST 700 | 103947 |
| 3923 | 8086 | ZZ - Warehouse Inventory | WST 700 | 720101890 |
| 3924 | 8087 | ZZ - Warehouse Inventory | WST 700 | 920101931 |
| 3925 | 8088 | ZZ - Warehouse Inventory | WST 700 | 520101817 |
| 3926 | 8089 | ZZ - Warehouse Inventory | WST 700 | 520101808 |
| 3927 | 8096 | ZZ - Warehouse Inventory | WST 700 | 103917 |
| 3928 | 8206 | ZZ - Warehouse Inventory | WST 700 | 520101794 |
| 3929 | 8207 | ZZ - Warehouse Inventory | WST 700 | 520101807 |
| 3930 | 8208 | ZZ - Warehouse Inventory | WST 700 | 520101793 |
| 3931 | 8209 | ZZ - Warehouse Inventory | WST 700 | 520101810 |
| 3932 | 8210 | ZZ - Warehouse Inventory | WST 700 | 520101792 |
| 3933 | 8211 | ZZ - Warehouse Inventory | WST 700 | 511901768 |
| 3934 | 8212 | ZZ - Warehouse Inventory | WST 700 | 720101853 |
| 3935 | 8213 | ZZ - Warehouse Inventory | WST 700 | 2820102516 |
| 3936 | 8214 | ZZ - Warehouse Inventory | WST 700 | 520101830 |
| 3937 | 8215 | ZZ - Warehouse Inventory | WST 700 | 2020102286 |
| 3938 | 8216 | ZZ - Warehouse Inventory | WST 700 | 720101852 |
| 3939 | 8217 | ZZ - Warehouse Inventory | WST 700 | 2620102475 |
| 3940 | 8218 | ZZ - Warehouse Inventory | WST 700 | 720101857 |
| 3941 | 8219 | ZZ - Warehouse Inventory | WST 700 | 1520102089 |
| 3942 | 8220 | ZZ - Warehouse Inventory | WST 700 | 920101913 |
| 3943 | 8221 | ZZ - Warehouse Inventory | WST 700 | 720101864 |
| 3944 | 8222 | ZZ - Warehouse Inventory | WST 700 | 720101858 |
| 3945 | 8223 | ZZ - Warehouse Inventory | WST 700 | 720101848 |
| 3946 | 8224 | ZZ - Warehouse Inventory | WST 700 | 720101898 |
| 3947 | 8225 | ZZ - Warehouse Inventory | WST 700 | 2819101690 |
| 3948 | 8226 | ZZ - Warehouse Inventory | WST 700 | 5119101723 |
| 3949 | 8227 | ZZ - Warehouse Inventory | WST 700 | 2819101570 |
| 3950 | 8228 | ZZ - Warehouse Inventory | WST 700 | 1420102043 |
| 3951 | 8230 | ZZ - Warehouse Inventory | WST 700 | 1520102088 |
| 3952 | 8231 | ZZ - Warehouse Inventory | WST 700 | 5119101747 |

**Attachment #2**
**Page 76 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 3953 | 8232 | ZZ - Warehouse Inventory | WST 700 | 103916 |
| 3954 | 8237 | ZZ - Warehouse Inventory | WST 700 | 1021103572 |
| 3955 | 8238 | ZZ - Warehouse Inventory | WST 700 | 1420102052 |
| 3956 | 8239 | ZZ - Warehouse Inventory | WST 700 | 1420102066 |
| 3957 | 8240 | ZZ - Warehouse Inventory | WST 700 | 5119101708 |
| 3958 | 8241 | ZZ - Warehouse Inventory | WST 700 | 1420102049 |
| 3959 | 8283 | ZZ - Warehouse Inventory | WST 700 | 920101940 |
| 3960 | 8287 | ZZ - Warehouse Inventory | WST 700 | 1520102112 |
| 3961 | 8288 | ZZ - Warehouse Inventory | WST 700 | 3120102578 |
| 3962 | 8289 | ZZ - Warehouse Inventory | WST 700 | 1021103569 |
| 3963 | 8290 | ZZ - Warehouse Inventory | WST 700 | 5119101763 |
| 3964 | 8291 | ZZ - Warehouse Inventory | WST 700 | 720101865 |
| 3965 | 8317 | ZZ - Warehouse Inventory | WST 700 | 1620102152 |
| 3966 | 8318 | ZZ - Warehouse Inventory | WST 700 | 103119 |
| 3967 | 8319 | ZZ - Warehouse Inventory | WST 700 | 2519101498 |
| 3968 | 8322 | ZZ - Warehouse Inventory | WST 700 | 2819101569 |
| 3969 | 8323 | ZZ - Warehouse Inventory | WST 700 | 1420102058 |
| 3970 | 8324 | ZZ - Warehouse Inventory | WST 700 | 5119101772 |
| 3971 | 8325 | ZZ - Warehouse Inventory | WST 700 | 2819101693 |
| 3972 | 8326 | ZZ - Warehouse Inventory | WST 700 | 1420102037 |
| 3973 | 8327 | ZZ - Warehouse Inventory | WST 700 | 1420102033 |
| 3974 | 8328 | ZZ - Warehouse Inventory | WST 700 | 2520102401 |
| 3975 | 8329 | ZZ - Warehouse Inventory | WST 700 | 1620102180 |
| 3976 | 8330 | ZZ - Warehouse Inventory | WST 700 | 5119101764 |
| 3977 | 8331 | ZZ - Warehouse Inventory | WST 700 | 1120101975 |
| 3978 | 8332 | ZZ - Warehouse Inventory | WST 700 | 1420102074 |
| 3979 | 8333 | ZZ - Warehouse Inventory | WST 700 | 2620102504 |
| 3980 | 8334 | ZZ - Warehouse Inventory | WST 700 | 920101961 |
| 3981 | 8335 | ZZ - Warehouse Inventory | WST 700 | 2819101593 |
| 3982 | 8336 | ZZ - Warehouse Inventory | WST 700 | 1620102158 |
| 3983 | 8346 | ZZ - Warehouse Inventory | WST 700 | 2220102372 |
| 3984 | 8347 | ZZ - Warehouse Inventory | WST 700 | 1520102123 |
| 3985 | 8348 | ZZ - Warehouse Inventory | WST 700 | 1420102072 |
| 3986 | 8349 | ZZ - Warehouse Inventory | WST 700 | 1420102060 |
| 3987 | 8350 | ZZ - Warehouse Inventory | WST 700 | 1420102076 |
| 3988 | 8351 | ZZ - Warehouse Inventory | WST 700 | 2722104682 |
| 3989 | 8352 | ZZ - Warehouse Inventory | WST 700 | 2220102343 |
| 3990 | 8353 | ZZ - Warehouse Inventory | WST 700 | 3120102609 |
| 3991 | 8354 | ZZ - Warehouse Inventory | WST 700 | 821103496 |
| 3992 | 8355 | ZZ - Warehouse Inventory | WST 700 | 2020102322 |
| 3993 | 8356 | ZZ - Warehouse Inventory | WST 700 | 1021103568 |
| 3994 | 8357 | ZZ - Warehouse Inventory | WST 700 | 721103457 |
| 3995 | 8358 | ZZ - Warehouse Inventory | WST 700 | 2422104672 |
| 3996 | 8359 | ZZ - Warehouse Inventory | WST 700 | 2722104687 |
| 3997 | 8360 | ZZ - Warehouse Inventory | WST 700 | 921103516 |
| 3998 | 8362 | ZZ - Warehouse Inventory | WST 700 | 1820102224 |
| 3999 | 8363 | ZZ - Warehouse Inventory | WST 700 | 720101895 |
| 4000 | 8364 | ZZ - Warehouse Inventory | WST 700 | 3021103960 |
| 4001 | 8367 | ZZ - Warehouse Inventory | WST 700 | 1021103564 |
| 4002 | 8368 | ZZ - Warehouse Inventory | WST 700 | 2722104690 |
| 4003 | 8369 | ZZ - Warehouse Inventory | WST 700 | 2819101566 |
| 4004 | 8370 | ZZ - Warehouse Inventory | WST 700 | 1120101989 |

**Attachment #2**
**Page 77 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4005 | 8371 | ZZ - Warehouse Inventory | WST 700 | 1021103549 |
| 4006 | 8372 | ZZ - Warehouse Inventory | WST 700 | 1021103553 |
| 4007 | 8398 | ZZ - Warehouse Inventory | WST 700 | 2819101685 |
| 4008 | 8399 | ZZ - Warehouse Inventory | WST 700 | 520101833 |
| 4009 | 8400 | ZZ - Warehouse Inventory | WST 700 | 920101930 |
| 4010 | 8401 | ZZ - Warehouse Inventory | WST 700 | 2220102351 |
| 4011 | 8402 | ZZ - Warehouse Inventory | WST 700 | 520101832 |
| 4012 | 8403 | ZZ - Warehouse Inventory | WST 700 | 2519101505 |
| 4013 | 8404 | ZZ - Warehouse Inventory | WST 700 | 720101880 |
| 4014 | 8407 | ZZ - Warehouse Inventory | WST 700 | 2819101653 |
| 4015 | 8408 | ZZ - Warehouse Inventory | WST 700 | 520101831 |
| 4016 | 8409 | ZZ - Warehouse Inventory | WST 700 | 1021103555 |
| 4017 | 8410 | ZZ - Warehouse Inventory | WST 700 | 2722104698 |
| 4018 | 8411 | ZZ - Warehouse Inventory | WST 700 | 821103495 |
| 4019 | 8412 | ZZ - Warehouse Inventory | WST 700 | 1021103585 |
| 4020 | 8413 | ZZ - Warehouse Inventory | WST 700 | 2722104695 |
| 4021 | 8415 | ZZ - Warehouse Inventory | WST 700 | 2722104686 |
| 4022 | 8416 | ZZ - Warehouse Inventory | WST 700 | 921103526 |
| 4023 | 8417 | ZZ - Warehouse Inventory | WST 700 | 2220102358 |
| 4024 | 8418 | ZZ - Warehouse Inventory | WST 700 | 431803993 |
| 4025 | 8419 | ZZ - Warehouse Inventory | WST 700 | 4420102733 |
| 4026 | 8464 | ZZ - Warehouse Inventory | WST 700 | 821103479 |
| 4027 | 8465 | ZZ - Warehouse Inventory | WST 700 | 2819101689 |
| 4028 | 8510 | ZZ - Warehouse Inventory | WST 700 | 4520102797 |
| 4029 | 8515 | ZZ - Warehouse Inventory | WST 700 | |
| 4030 | 8516 | ZZ - Warehouse Inventory | WST 700 | 103118 |
| 4031 | 8545 | ZZ - Warehouse Inventory | WST 700 | 1021103536 |
| 4032 | 8550 | ZZ - Warehouse Inventory | WST 700 | 2220102361 |
| 4033 | 8551 | ZZ - Warehouse Inventory | WST 700 | 2620102490 |
| 4034 | 8552 | ZZ - Warehouse Inventory | WST 700 | 2820102546 |
| 4035 | 8558 | ZZ - Warehouse Inventory | WST 700 | 4620102813 |
| 4036 | 8560 | ZZ - Warehouse Inventory | WST 700 | 103914 |
| 4037 | 8564 | ZZ - Warehouse Inventory | WST 700 | 2422104679 |
| 4038 | 8565 | ZZ - Warehouse Inventory | WST 700 | 821103489 |
| 4039 | 8566 | ZZ - Warehouse Inventory | WST 700 | 1021103529 |
| 4040 | 8567 | ZZ - Warehouse Inventory | WST 700 | 1420102071 |
| 4041 | 8568 | ZZ - Warehouse Inventory | WST 700 | 5119101775 |
| 4042 | 8569 | ZZ - Warehouse Inventory | WST 700 | 1120191998 |
| 4043 | 8570 | ZZ - Warehouse Inventory | WST 700 | 1021103539 |
| 4044 | 8571 | ZZ - Warehouse Inventory | Not Specified | 2422104673 |
| 4045 | 8572 | ZZ - Warehouse Inventory | WST 700 | 1520102088 |
| 4046 | 8573 | ZZ - Warehouse Inventory | Not Specified | 1620102201 |
| 4047 | 8574 | ZZ - Warehouse Inventory | WST 700 | 3120102602 |
| 4048 | 8575 | ZZ - Warehouse Inventory | WST 700 | 2819101602 |
| 4049 | 8576 | ZZ - Warehouse Inventory | WST 700 | 720101897 |
| 4050 | 8577 | ZZ - Warehouse Inventory | WST 700 | 1921103737 |
| 4051 | 8578 | ZZ - Warehouse Inventory | WST 700 | 721123446 |
| 4052 | 8579 | ZZ - Warehouse Inventory | WST 700 | 1820102210 |
| 4053 | 8580 | ZZ - Warehouse Inventory | WST 700 | 2520102396 |
| 4054 | 8581 | ZZ - Warehouse Inventory | WST 700 | 3120102591 |
| 4055 | 8582 | ZZ - Warehouse Inventory | WST 700 | 2422104676 |
| 4056 | 8583 | ZZ - Warehouse Inventory | WST 700 | 720101875 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 4057 | 8584 | ZZ - Warehouse Inventory | WST 700 | 5119101756 |
| 4058 | 8585 | ZZ - Warehouse Inventory | WST 700 | 720101896 |
| 4059 | 8586 | ZZ - Warehouse Inventory | WST 700 | 1520102121 |
| 4060 | 8587 | ZZ - Warehouse Inventory | WST 700 | 103150 |
| 4061 | 8588 | ZZ - Warehouse Inventory | WST 700 | 5119101776 |
| 4062 | 8589 | ZZ - Warehouse Inventory | WST 700 | 920101955 |
| 4063 | 8590 | ZZ - Warehouse Inventory | WST 700 | 920101946 |
| 4064 | 8591 | ZZ - Warehouse Inventory | WST 700 | 2819101572 |
| 4065 | 8592 | ZZ - Warehouse Inventory | WST 700 | 2819101671 |
| 4066 | 8593 | ZZ - Warehouse Inventory | WST 700 | 1120101991 |
| 4067 | 8594 | ZZ - Warehouse Inventory | WST 700 | 721103442 |
| 4068 | 8595 | ZZ - Warehouse Inventory | WST 700 | 920101956 |
| 4069 | 8596 | ZZ - Warehouse Inventory | WST 700 | 2519101504 |
| 4070 | 8597 | ZZ - Warehouse Inventory | WST 700 | 1420102068 |
| 4071 | 8598 | ZZ - Warehouse Inventory | WST 700 | 1420102055 |
| 4072 | 8599 | ZZ - Warehouse Inventory | WST 700 | 1420102062 |
| 4073 | 8600 | ZZ - Warehouse Inventory | WST 700 | 920101921 |
| 4074 | 8601 | ZZ - Warehouse Inventory | WST 700 | 1820102215 |
| 4075 | 8602 | ZZ - Warehouse Inventory | WST 700 | 1520102104 |
| 4076 | 8603 | ZZ - Warehouse Inventory | WST 700 | 1420102064 |
| 4077 | 8604 | ZZ - Warehouse Inventory | WST 700 | 1420102078 |
| 4078 | 8605 | ZZ - Warehouse Inventory | WST 700 | 1121103631 |
| 4079 | 8606 | ZZ - Warehouse Inventory | WST 700 | 1420102075 |
| 4080 | 8607 | ZZ - Warehouse Inventory | WST 700 | 1420102073 |
| 4081 | 8608 | ZZ - Warehouse Inventory | WST 700 | 2520102425 |
| 4082 | 1086 | ZZ - Warehouse Inventory | WST 700 | 3021103959 |
| 4083 | 1641 | ZZ - Warehouse Inventory | WST 700 | |
| 4084 | 8648 | ZZ - Warehouse Inventory | WST 700 | 520101840 |
| 4085 | 8649 | ZZ - Warehouse Inventory | WST 700 | 5119101702 |
| 4086 | 8651 | ZZ - Warehouse Inventory | WST 700 | 103907 |
| 4087 | 8652 | ZZ - Warehouse Inventory | WST 700 | 1820102259 |
| 4088 | 8653 | ZZ - Warehouse Inventory | WST 700 | 2819101558 |
| 4089 | 8654 | ZZ - Warehouse Inventory | WST 700 | 5119101745 |
| 4090 | 8655 | ZZ - Warehouse Inventory | WST 700 | |
| 4091 | 8656 | ZZ - Warehouse Inventory | WST 700 | 2519101502 |
| 4092 | 1048 | ZZ - Warehouse Inventory | WST 700 | 1620102192 |
| 4093 | 1051 | ZZ - Warehouse Inventory | WST 700 | 1520102139 |
| 4094 | 8667 | ZZ - Warehouse Inventory | WST 700 | 104095 |
| 4095 | 8668 | ZZ - Warehouse Inventory | WST 700 | 103356 |
| 4096 | 8669 | ZZ - Warehouse Inventory | WST 700 | 103203 |
| 4097 | 984 | ZZ - Warehouse Inventory | WST 700 | 1721103687 |
| 4098 | 8671 | ZZ - Warehouse Inventory | WST 700 | 103581 |
| 4099 | 8672 | ZZ - Warehouse Inventory | WST 700 | 103524 |
| 4100 | 8673 | ZZ - Warehouse Inventory | WST 700 | 103357 |
| 4101 | 8687 | ZZ - Warehouse Inventory | WST 700 | 5218101355 |
| 4102 | 8688 | ZZ - Warehouse Inventory | WST 700 | 103583 |
| 4103 | 1054 | ZZ - Warehouse Inventory | WST 700 | 5218101363 |
| 4104 | 995 | ZZ - Warehouse Inventory | WST 700 | 5118101330 |
| 4105 | 8691 | ZZ - Warehouse Inventory | WST 700 CK | 4021104062 |
| 4106 | 8692 | ZZ - Warehouse Inventory | WST 700 | 103853 |
| 4107 | 8720 | ZZ - Warehouse Inventory | WST 700 | 1021103586 |
| 4108 | 8721 | ZZ - Warehouse Inventory | WST 700 | 1620102162 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4109 | 8722 | ZZ - Warehouse Inventory | WST 700 | 103110 |
| 4110 | 8723 | ZZ - Warehouse Inventory | WST 700 | 10395 |
| 4111 | 8724 | ZZ - Warehouse Inventory | WST 700 | 2820102509 |
| 4112 | 8725 | ZZ - Warehouse Inventory | WST 700 | 2820102545 |
| 4113 | 8726 | ZZ - Warehouse Inventory | WST 700 | 2520102405 |
| 4114 | 8727 | ZZ - Warehouse Inventory | WST 700 | 2020102276 |
| 4115 | SA958 | ZZ - Warehouse Inventory | WST 700 NR | 4518101187 |
| 4116 | SA959 | ZZ - Warehouse Inventory | WST 700 NR | 4518101189 |
| 4117 | SA960 | ZZ - Warehouse Inventory | WST 700 NR | 4518101204 |
| 4118 | SA961 | ZZ - Warehouse Inventory | WST 700 NR | 4518101192 |
| 4119 | SA962 | ZZ - Warehouse Inventory | WST 700 NR | 4518101191 |
| 4120 | SA963 | ZZ - Warehouse Inventory | WST 700 NR | 4518101196 |
| 4121 | SA964 | ZZ - Warehouse Inventory | WST 700 NR | 4510101197 |
| 4122 | SA965 | ZZ - Warehouse Inventory | WST 700 NR | 4518101188 |
| 4123 | SA966 | ZZ - Warehouse Inventory | WST 700 NR | 4518101210 |
| 4124 | SA967 | ZZ - Warehouse Inventory | WST 700 NR | 4518101211 |
| 4125 | SA968 | ZZ - Warehouse Inventory | WST 700 NR | 4518101201 |
| 4126 | SA969 | ZZ - Warehouse Inventory | WST 700 NR | 4518101205 |
| 4127 | SA970 | ZZ - Warehouse Inventory | WST 700 NR | 4518101212 |
| 4128 | SA971 | ZZ - Warehouse Inventory | WST 700 NR | 4518101213 |
| 4129 | SA972 | ZZ - Warehouse Inventory | WST 700 NR | 4518101198 |
| 4130 | SA973 | ZZ - Warehouse Inventory | WST 700 NR | 4518101194 |
| 4131 | SA974 | ZZ - Warehouse Inventory | WST 700 NR | 4518101190 |
| 4132 | SA975 | ZZ - Warehouse Inventory | WST 700 NR | 4518101214 |
| 4133 | SA976 | ZZ - Warehouse Inventory | WST 700 NR | 4518101195 |
| 4134 | SA977 | ZZ - Warehouse Inventory | WST 700 NR | 4518101208 |
| 4135 | SA979 | ZZ - Warehouse Inventory | WST 700 NR | 4518101207 |
| 4136 | SA980 | ZZ - Warehouse Inventory | WST 700 NR | 4918101265 |
| 4137 | SA981 | ZZ - Warehouse Inventory | WST 700 NR | 4918101249 |
| 4138 | SA982 | ZZ - Warehouse Inventory | WST 700 NR | 4918101260 |
| 4139 | SA983 | ZZ - Warehouse Inventory | WST 700 NR | 4918101258 |
| 4140 | SA985 | ZZ - Warehouse Inventory | WST 700 NR | 4918101272 |
| 4141 | SA986 | ZZ - Warehouse Inventory | WST 700 NR | 4918101255 |
| 4142 | SA987 | ZZ - Warehouse Inventory | WST 700 NR | 4918101257 |
| 4143 | SA988 | ZZ - Warehouse Inventory | WST 700 NR | 4918101248 |
| 4144 | SA989 | ZZ - Warehouse Inventory | WST 700 NR | 4918101262 |
| 4145 | SA990 | ZZ - Warehouse Inventory | WST 700 NR | 4918101266 |
| 4146 | SA991 | ZZ - Warehouse Inventory | WST 700 NR | 4918101259 |
| 4147 | SA992 | ZZ - Warehouse Inventory | WST 700 NR | 4918101256 |
| 4148 | SA993 | ZZ - Warehouse Inventory | WST 700 NR | 4918101267 |
| 4149 | SA994 | ZZ - Warehouse Inventory | WST 700 NR | 4918101254 |
| 4150 | SA995 | ZZ - Warehouse Inventory | WST 700 NR | 4918101264 |
| 4151 | SA996 | ZZ - Warehouse Inventory | WST 700 NR | 4918101252 |
| 4152 | SA997 | ZZ - Warehouse Inventory | WST 700 NR | 4918101263 |
| 4153 | SA998 | ZZ - Warehouse Inventory | WST 700 NR | 4918101274 |
| 4154 | SA999 | ZZ - Warehouse Inventory | WST 700 NR | 4918101276 |
| 4155 | SA1000 | ZZ - Warehouse Inventory | WST 700 NR | 4918101250 |
| 4156 | SA1001 | ZZ - Warehouse Inventory | WST 700 NR | 4918101273 |
| 4157 | SA1002 | ZZ - Warehouse Inventory | WST 700 NR | 4918101271 |
| 4158 | SA1003 | ZZ - Warehouse Inventory | WST 700 NR | 4918101253 |
| 4159 | SA1004 | ZZ - Warehouse Inventory | WST 700 NR | 4918101251 |
| 4160 | SA1005 | ZZ - Warehouse Inventory | WST 700 NR | 4918101269 |

**Attachment #2**
**Page 80 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4161 | SA1006 | ZZ - Warehouse Inventory | WST 700 NR | 5018101285 |
| 4162 | SA1007 | ZZ - Warehouse Inventory | WST 700 NR | 219101372 |
| 4163 | SA1008 | ZZ - Warehouse Inventory | WST 700 NR | 520101829 |
| 4164 | SA1010 | ZZ - Warehouse Inventory | WST 700 NR | 520101789 |
| 4165 | SA1011 | ZZ - Warehouse Inventory | WST 700 NR | 520101805 |
| 4166 | SA1012 | ZZ - Warehouse Inventory | WST 700 NR | 520101841 |
| 4167 | SA1013 | ZZ - Warehouse Inventory | WST 700 NR | 520101821 |
| 4168 | SA1014 | ZZ - Warehouse Inventory | WST 700 NR | 520101837 |
| 4169 | SA1015 | ZZ - Warehouse Inventory | WST 700 NR | 520101790 |
| 4170 | SA1017 | ZZ - Warehouse Inventory | WST 700 NR | 520101825 |
| 4171 | SA1018 | ZZ - Warehouse Inventory | WST 700 NR | 520101827 |
| 4172 | SA1019 | ZZ - Warehouse Inventory | WST 700 NR | 520101798 |
| 4173 | SA1020 | ZZ - Warehouse Inventory | WST 700 NR | 520101811 |
| 4174 | SA1021 | ZZ - Warehouse Inventory | WST 700 NR | 520101826 |
| 4175 | SA1022 | ZZ - Warehouse Inventory | WST 700 NR | 520101836 |
| 4176 | SA1023 | ZZ - Warehouse Inventory | WST 700 NR | 520101788 |
| 4177 | SA1025 | ZZ - Warehouse Inventory | WST 700 NR | 720101867 |
| 4178 | SA1026 | ZZ - Warehouse Inventory | WST 700 NR | 720101868 |
| 4179 | SA1027 | ZZ - Warehouse Inventory | WST 700 NR | 720101893 |
| 4180 | SA1028 | ZZ - Warehouse Inventory | WST 700 NR | 720101908 |
| 4181 | SA1030 | ZZ - Warehouse Inventory | WST 700 NR | 720101840 |
| 4182 | SA1031 | ZZ - Warehouse Inventory | WST 700 NR | 720101882 |
| 4183 | SA1032 | ZZ - Warehouse Inventory | WST 700 NR | 720101849 |
| 4184 | SA1033 | ZZ - Warehouse Inventory | WST 700 NR | 720101872 |
| 4185 | SA1034 | ZZ - Warehouse Inventory | WST 700 NR | 720101906 |
| 4186 | SA1035 | ZZ - Warehouse Inventory | WST 700 NR | 720101877 |
| 4187 | SA1036 | ZZ - Warehouse Inventory | WST 700 NR | 720101869 |
| 4188 | SA1037 | ZZ - Warehouse Inventory | WST 700 NR | 720101892 |
| 4189 | SA1038 | ZZ - Warehouse Inventory | WST 700 NR | 720101854 |
| 4190 | SA1039 | ZZ - Warehouse Inventory | WST 700 NR | 920101938 |
| 4191 | SA1041 | ZZ - Warehouse Inventory | WST 700 NR | 920101918 |
| 4192 | SA1042 | ZZ - Warehouse Inventory | WST 700 NR | 920101951 |
| 4193 | SA1043 | ZZ - Warehouse Inventory | WST 700 NR | 920101915 |
| 4194 | SA1044 | ZZ - Warehouse Inventory | WST 700 NR | 920101947 |
| 4195 | SA1045 | ZZ - Warehouse Inventory | WST 700 NR | 920101944 |
| 4196 | SA1046 | ZZ - Warehouse Inventory | WST 700 NR | 920101926 |
| 4197 | SA1047 | ZZ - Warehouse Inventory | WST 700 NR | 920101958 |
| 4198 | SA1048 | ZZ - Warehouse Inventory | WST 700 NR | 920101907 |
| 4199 | SA1049 | ZZ - Warehouse Inventory | WST 700 NR | 920101916 |
| 4200 | SA1050 | ZZ - Warehouse Inventory | WST 700 NR | 920101964 |
| 4201 | SA1051 | ZZ - Warehouse Inventory | WST 700 NR | 1120101987 |
| 4202 | SA1052 | ZZ - Warehouse Inventory | WST 700 NR | 1120102013 |
| 4203 | SA1053 | ZZ - Warehouse Inventory | WST 700 NR | 1420102069 |
| 4204 | SA1054 | ZZ - Warehouse Inventory | WST 700 NR | 1420102044 |
| 4205 | SA1055 | ZZ - Warehouse Inventory | WST 700 NR | 1420102086 |
| 4206 | SA1056 | ZZ - Warehouse Inventory | WST 700 NR | 1420102079 |
| 4207 | SA1057 | ZZ - Warehouse Inventory | WST 700 NR | 1420102070 |
| 4208 | SA1058 | ZZ - Warehouse Inventory | WST 700 NR | 1420102084 |
| 4209 | SA1059 | ZZ - Warehouse Inventory | WST 700 NR | 1420102035 |
| 4210 | SA1061 | ZZ - Warehouse Inventory | WST 700 NR | 1420102067 |
| 4211 | SA1064 | ZZ - Warehouse Inventory | WST 700 NR | 1520102087 |
| 4212 | SA1065 | ZZ - Warehouse Inventory | WST 700 NR | 1520102096 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4213 | SA1066 | ZZ - Warehouse Inventory | WST 700 NR | 1520102117 |
| 4214 | SA1067 | ZZ - Warehouse Inventory | WST 700 NR | 1520102124 |
| 4215 | SA1068 | ZZ - Warehouse Inventory | WST 700 NR | 5119101744 |
| 4216 | SA1069 | ZZ - Warehouse Inventory | WST 700 NR | 902101905 |
| 4217 | SA1070 | ZZ - Warehouse Inventory | WST 700 NR | 902101906 |
| 4218 | SA1071 | ZZ - Warehouse Inventory | WST 700 NR | 902101903 |
| 4219 | SA1072 | ZZ - Warehouse Inventory | WST 700 NR | 1520102143 |
| 4220 | SA1073 | ZZ - Warehouse Inventory | WST 700 NR | 1520102141 |
| 4221 | SA1075 | ZZ - Warehouse Inventory | WST 700 NR | 1520102142 |
| 4222 | SA1076 | ZZ - Warehouse Inventory | WST 700 NR | 1520102132 |
| 4223 | SA1077 | ZZ - Warehouse Inventory | WST 700 NR | 1520102131 |
| 4224 | SA1078 | ZZ - Warehouse Inventory | WST 700 NR | 1620102155 |
| 4225 | SA1079 | ZZ - Warehouse Inventory | WST 700 NR | 1620102161 |
| 4226 | SA1080 | ZZ - Warehouse Inventory | WST 700 NR | 1620102257 |
| 4227 | SA1081 | ZZ - Warehouse Inventory | WST 700 NR | 1620102164 |
| 4228 | SA1082 | ZZ - Warehouse Inventory | WST 700 NR | 2020102302 |
| 4229 | SA1083 | ZZ - Warehouse Inventory | WST 700 NR | 2020102271 |
| 4230 | SA1084 | ZZ - Warehouse Inventory | WST 700 NR | 2220102371 |
| 4231 | SA1085 | ZZ - Warehouse Inventory | WST 700 NR | 2220102368 |
| 4232 | SA1086 | ZZ - Warehouse Inventory | WST 700 NR | 2220102370 |
| 4233 | SA1087 | ZZ - Warehouse Inventory | WST 700 NR | 2519101516 |
| 4234 | SA1088 | ZZ - Warehouse Inventory | WST 700 NR | 2519101510 |
| 4235 | SA1089 | ZZ - Warehouse Inventory | WST 700 NR | 2519101515 |
| 4236 | SA1090 | ZZ - Warehouse Inventory | WST 700 NR | 2519101495 |
| 4237 | SA1091 | ZZ - Warehouse Inventory | WST 700 NR | 2519101533 |
| 4238 | SA1092 | ZZ - Warehouse Inventory | WST 700 NR | 2519101526 |
| 4239 | SA1093 | ZZ - Warehouse Inventory | WST 700 NR | 2519101535 |
| 4240 | SA1094 | ZZ - Warehouse Inventory | WST 700 NR | 2519101538 |
| 4241 | SA1095 | ZZ - Warehouse Inventory | WST 700 NR | 2519101543 |
| 4242 | SA1096 | ZZ - Warehouse Inventory | WST 700 NR | 2519101531 |
| 4243 | SA1098 | ZZ - Warehouse Inventory | WST 700 NR | 2519101492 |
| 4244 | SA1099 | ZZ - Warehouse Inventory | WST 700 NR | 2519101539 |
| 4245 | SA1100 | ZZ - Warehouse Inventory | WST 700 NR | 2519101506 |
| 4246 | SA1101 | ZZ - Warehouse Inventory | WST 700 NR | 2519101534 |
| 4247 | SA1102 | ZZ - Warehouse Inventory | WST 700 NR | 2519101528 |
| 4248 | SA1103 | ZZ - Warehouse Inventory | WST 700 NR | 2620102477 |
| 4249 | SA1104 | ZZ - Warehouse Inventory | WST 700 NR | 2819101681 |
| 4250 | SA1105 | ZZ - Warehouse Inventory | WST 700 NR | 2819101646 |
| 4251 | SA1107 | ZZ - Warehouse Inventory | WST 700 NR | 2819101695 |
| 4252 | SA1108 | ZZ - Warehouse Inventory | WST 700 NR | 2819101604 |
| 4253 | SA1110 | ZZ - Warehouse Inventory | WST 700 NR | 2819101687 |
| 4254 | SA1111 | ZZ - Warehouse Inventory | WST 700 NR | 2819101647 |
| 4255 | SA1112 | ZZ - Warehouse Inventory | WST 700 NR | 2819101595 |
| 4256 | SA1113 | ZZ - Warehouse Inventory | WST 700 NR | 2819101551 |
| 4257 | SA1114 | ZZ - Warehouse Inventory | WST 700 NR | 2819101684 |
| 4258 | SA1115 | ZZ - Warehouse Inventory | WST 700 NR | 3019101632 |
| 4259 | SA1116 | ZZ - Warehouse Inventory | WST 700 NR | 3019101629 |
| 4260 | SA1117 | ZZ - Warehouse Inventory | WST 700 NR | 3019101625 |
| 4261 | SA1118 | ZZ - Warehouse Inventory | WST 700 NR | 3019101616 |
| 4262 | SA1119 | ZZ - Warehouse Inventory | WST 700 NR | 3019101617 |
| 4263 | SA1120 | ZZ - Warehouse Inventory | WST 700 NR | 3019101636 |
| 4264 | SA1121 | ZZ - Warehouse Inventory | WST 700 NR | 3019101627 |

**Attachment #2**
**Page 82 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4265 | SA1122 | ZZ - Warehouse Inventory | WST 700 NR | 3021103976 |
| 4266 | SA1123 | ZZ - Warehouse Inventory | WST 700 NR | 5119101710 |
| 4267 | SA1124 | ZZ - Warehouse Inventory | WST 700 NR | 5119101767 |
| 4268 | SA1125 | ZZ - Warehouse Inventory | WST 700 NR | 5119101702 |
| 4269 | SA1126 | ZZ - Warehouse Inventory | WST 700 NR | 5119101704 |
| 4270 | SA1127 | ZZ - Warehouse Inventory | WST 700 NR | 5119101728 |
| 4271 | SA1128 | ZZ - Warehouse Inventory | WST 700 NR | 5119101698 |
| 4272 | SA1129 | ZZ - Warehouse Inventory | WST 700 NR | 5119101748 |
| 4273 | SA1130 | ZZ - Warehouse Inventory | WST 700 NR | 5119101731 |
| 4274 | SA1131 | ZZ - Warehouse Inventory | WST 700 NR | 5119101711 |
| 4275 | SA1132 | ZZ - Warehouse Inventory | WST 700 NR | 5119101714 |
| 4276 | SA1133 | ZZ - Warehouse Inventory | WST 700 NR | 5119101726 |
| 4277 | SA1134 | ZZ - Warehouse Inventory | WST 700 NR | 5119101709 |
| 4278 | SA1135 | ZZ - Warehouse Inventory | WST 700 NR | 5119101715 |
| 4279 | SA1136 | ZZ - Warehouse Inventory | WST 700 NR | 5119101737 |
| 4280 | SA1137 | ZZ - Warehouse Inventory | WST 700 NR | 5119101774 |
| 4281 | SA1138 | ZZ - Warehouse Inventory | WST 700 NR | 5119101752 |
| 4282 | SA1139 | ZZ - Warehouse Inventory | WST 700 NR | 5119101735 |
| 4283 | SA1141 | ZZ - Warehouse Inventory | WST 700 NR | 5119101740 |
| 4284 | SA1142 | ZZ - Warehouse Inventory | WST 700 NR | 5119101762 |
| 4285 | SA1143 | ZZ - Warehouse Inventory | WST 700 NR | 5119101758 |
| 4286 | 492101 | ZZ - Warehouse Inventory | WST 700 Hylyte | 222104221 |
| 4287 | 491306 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104340 |
| 4288 | 491307 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104341 |
| 4289 | 491308 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104342 |
| 4290 | 491309 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104343 |
| 4291 | 491314 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104344 |
| 4292 | 491315 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104345 |
| 4293 | 491316 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104346 |
| 4294 | 491317 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104347 |
| 4295 | 491806 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104348 |
| 4296 | 491807 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104349 |
| 4297 | 491808 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104350 |
| 4298 | 491809 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104351 |
| 4299 | 492326 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104352 |
| 4300 | 492327 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104353 |
| 4301 | 492328 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104354 |
| 4302 | 492329 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104355 |
| 4303 | 492334 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104356 |
| 4304 | 492342 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104357 |
| 4305 | 492343 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104358 |
| 4306 | 492344 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104359 |
| 4307 | 492345 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104360 |
| 4308 | 492351 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104361 |
| 4309 | 492366 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104362 |
| 4310 | 492367 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104363 |
| 4311 | 492368 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104364 |
| 4312 | 492369 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104365 |
| 4313 | 492370 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104366 |
| 4314 | 492371 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104367 |
| 4315 | 492372 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104368 |
| 4316 | 492373 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1022104369 |

| Ref | Asset # | Route | Model | Serial Number |
|------|---------|-------|-------|---------------|
| 4317 | 529311 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104521 |
| 4318 | 529312 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104522 |
| 4319 | 529313 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104523 |
| 4320 | 529314 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104524 |
| 4321 | 529353 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104525 |
| 4322 | 529355 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104526 |
| 4323 | 529391 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104527 |
| 4324 | 529396 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104528 |
| 4325 | 7611 | ZZ - Warehouse Inventory | WST 700 | 1820102225 |
| 4326 | 7612 | ZZ - Warehouse Inventory | WST 700 | 2020102304 |
| 4327 | 7613 | ZZ - Warehouse Inventory | WST 700 | 1021103573 |
| 4328 | 7614 | ZZ - Warehouse Inventory | WST 700 | 1520102125 |
| 4329 | 7615 | ZZ - Warehouse Inventory | WST 700 | 5119101725 |
| 4330 | 7616 | ZZ - Warehouse Inventory | WST 700 | 1520102108 |
| 4331 | 7617 | ZZ - Warehouse Inventory | WST 700 | 2819101565 |
| 4332 | 7618 | ZZ - Warehouse Inventory | WST 700 | 1520102101 |
| 4333 | 7619 | ZZ - Warehouse Inventory | WST 700 | 920101935 |
| 4334 | 7620 | ZZ - Warehouse Inventory | WST 700 | 2519101518 |
| 4335 | 7630 | ZZ - Warehouse Inventory | WST 700 | 2519101520 |
| 4336 | 7631 | ZZ - Warehouse Inventory | WST 700 | 720101885 |
| 4337 | 7632 | ZZ - Warehouse Inventory | WST 700 | 721103461 |
| 4338 | 7634 | ZZ - Warehouse Inventory | WST 700 | 251901532 |
| 4339 | 7635 | ZZ - Warehouse Inventory | WST 700 | 920101923 |
| 4340 | 7637 | ZZ - Warehouse Inventory | WST 700 | 2820102507 |
| 4341 | 7638 | ZZ - Warehouse Inventory | WST 700 | 1620102193 |
| 4342 | 7639 | ZZ - Warehouse Inventory | WST 700 | 2820102525 |
| 4343 | 7640 | ZZ - Warehouse Inventory | WST 700 | 1520102116 |
| 4344 | 7641 | ZZ - Warehouse Inventory | WST 700 | 1520102107 |
| 4345 | 7642 | ZZ - Warehouse Inventory | WST 700 | 3019101630 |
| 4346 | 7643 | ZZ - Warehouse Inventory | WST 700 | 720101904 |
| 4347 | 7644 | ZZ - Warehouse Inventory | WST 700 | 520101834 |
| 4348 | 7645 | ZZ - Warehouse Inventory | WST 700 | 2819101680 |
| 4349 | 7649 | ZZ - Warehouse Inventory | WST 700 | 921103507 |
| 4350 | 7650 | ZZ - Warehouse Inventory | WST 700 | 721103448 |
| 4351 | 7651 | ZZ - Warehouse Inventory | WST 700 | 920101924 |
| 4352 | 7652 | ZZ - Warehouse Inventory | WST 700 | 720101855 |
| 4353 | 7653 | ZZ - Warehouse Inventory | WST 700 | 920101932 |
| 4354 | 7654 | ZZ - Warehouse Inventory | WST 700 | 2722104694 |
| 4355 | 7655 | ZZ - Warehouse Inventory | WST 700 | 3120102574 |
| 4356 | 7656 | ZZ - Warehouse Inventory | WST 700 | 920101922 |
| 4357 | 7658 | ZZ - Warehouse Inventory | WST 700 | 1021103551 |
| 4358 | 7659 | ZZ - Warehouse Inventory | WST 700 | 720101870 |
| 4359 | 7660 | ZZ - Warehouse Inventory | WST 700 | 5210101822 |
| 4360 | 7661 | ZZ - Warehouse Inventory | WST 700 | 5119101773 |
| 4361 | 7662 | ZZ - Warehouse Inventory | WST 700 | 2820102552 |
| 4362 | 7663 | ZZ - Warehouse Inventory | WST 700 | 16201022194 |
| 4363 | 7664 | ZZ - Warehouse Inventory | WST 700 | 1520102113 |
| 4364 | 7665 | ZZ - Warehouse Inventory | WST 700 | 3120102572 |
| 4365 | 7666 | ZZ - Warehouse Inventory | WST 700 | 3120102594 |
| 4366 | 7667 | ZZ - Warehouse Inventory | WST 700 | 621103433 |
| 4367 | 1572 | ZZ - Warehouse Inventory | WST 700 | 5118101733 |
| 4368 | 7669 | ZZ - Warehouse Inventory | WST 700 | 2819101649 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4369 | 7670 | ZZ - Warehouse Inventory | WST 700 | 2819101674 |
| 4370 | 7671 | ZZ - Warehouse Inventory | WST 700 | 2620102468 |
| 4371 | 7672 | ZZ - Warehouse Inventory | WST 700 | 920101919 |
| 4372 | 7673 | ZZ - Warehouse Inventory | WST 700 | 2820102550 |
| 4373 | 7675 | ZZ - Warehouse Inventory | WST 700 | 2520102387 |
| 4374 | 7676 | ZZ - Warehouse Inventory | WST 700 | 1021103570 |
| 4375 | 7677 | ZZ - Warehouse Inventory | WST 700 | 2820102533 |
| 4376 | 7678 | ZZ - Warehouse Inventory | WST 700 | 5119101719 |
| 4377 | 7679 | ZZ - Warehouse Inventory | WST 700 | 5119101706 |
| 4378 | 7681 | ZZ - Warehouse Inventory | WST 700 | 721103465 |
| 4379 | 7683 | ZZ - Warehouse Inventory | WST 700 | 720101887 |
| 4380 | 7686 | ZZ - Warehouse Inventory | WST 700 | 1420102054 |
| 4381 | 7687 | ZZ - Warehouse Inventory | WST 700 | 2819101691 |
| 4382 | 7689 | ZZ - Warehouse Inventory | WST 700 | 720101891 |
| 4383 | 7690 | ZZ - Warehouse Inventory | WST 700 | 720101851 |
| 4384 | 7691 | ZZ - Warehouse Inventory | WST 700 | 721103440 |
| 4385 | 7692 | ZZ - Warehouse Inventory | WST 700 | 2519101537 |
| 4386 | 7693 | ZZ - Warehouse Inventory | WST 700 | 902101902 |
| 4387 | 7696 | ZZ - Warehouse Inventory | WST 700 | 2220102373 |
| 4388 | 7697 | ZZ - Warehouse Inventory | WST 700 | 5119101721 |
| 4389 | 7698 | ZZ - Warehouse Inventory | WST 700 | 1620102198 |
| 4390 | 7699 | ZZ - Warehouse Inventory | WST 700 | 1520102110 |
| 4391 | 7701 | ZZ - Warehouse Inventory | WST 700 | 920101909 |
| 4392 | 7703 | ZZ - Warehouse Inventory | WST 700 | 920101936 |
| 4393 | 7704 | ZZ - Warehouse Inventory | WST 700 | 103925 |
| 4394 | 7705 | ZZ - Warehouse Inventory | WST 700 | 28119101585 |
| 4395 | 7706 | ZZ - Warehouse Inventory | WST 700 | 921103521 |
| 4396 | 7715 | ZZ - Warehouse Inventory | WST 700 | 921103512 |
| 4397 | 7716 | ZZ - Warehouse Inventory | WST 700 | 720101911 |
| 4398 | 7717 | ZZ - Warehouse Inventory | WST 700 | 2722104689 |
| 4399 | 7718 | ZZ - Warehouse Inventory | WST 700 | 2820102561 |
| 4400 | 7719 | ZZ - Warehouse Inventory | WST 700 | 2220102337 |
| 4401 | 7720 | ZZ - Warehouse Inventory | WST 700 | 2620102460 |
| 4402 | 7721 | ZZ - Warehouse Inventory | WST 700 | 2722104691 |
| 4403 | 7722 | ZZ - Warehouse Inventory | WST 700 | 921103518 |
| 4404 | 7723 | ZZ - Warehouse Inventory | WST 700 | 920101963 |
| 4405 | 7724 | ZZ - Warehouse Inventory | WST 700 | 1520102097 |
| 4406 | 7725 | ZZ - Warehouse Inventory | WST 700 | 2722104696 |
| 4407 | 7726 | ZZ - Warehouse Inventory | WST 700 | 920101908 |
| 4408 | 7727 | ZZ - Warehouse Inventory | WST 700 | 1620102183 |
| 4409 | 7728 | ZZ - Warehouse Inventory | WST 700 | 920101954 |
| 4410 | 7729 | ZZ - Warehouse Inventory | WST 700 | 28191011667 |
| 4411 | 7730 | ZZ - Warehouse Inventory | WST 700 | 821103477 |
| 4412 | 7731 | ZZ - Warehouse Inventory | WST 700 | 520101812 |
| 4413 | 7732 | ZZ - Warehouse Inventory | WST 700 | 5119101707 |
| 4414 | 7733 | ZZ - Warehouse Inventory | WST 700 | 720101874 |
| 4415 | 7734 | ZZ - Warehouse Inventory | WST 700 | 2819101697 |
| 4416 | 7735 | ZZ - Warehouse Inventory | WST 700 | 920101929 |
| 4417 | 7736 | ZZ - Warehouse Inventory | WST 700 | 2519101496 |
| 4418 | 7737 | ZZ - Warehouse Inventory | WST 700 | 5119101739 |
| 4419 | 7738 | ZZ - Warehouse Inventory | WST 700 | 720101883 |
| 4420 | 7740 | ZZ - Warehouse Inventory | WST 700 | 1021103531 |

**Attachment #2**
**Page 85 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4421 | 7741 | ZZ - Warehouse Inventory | WST 700 | 2722104701 |
| 4422 | 7742 | ZZ - Warehouse Inventory | WST 700 | 2020102283 |
| 4423 | 7743 | ZZ - Warehouse Inventory | WST 700 | 920101920 |
| 4424 | 7744 | ZZ - Warehouse Inventory | WST 700 | 2519101490 |
| 4425 | 7745 | ZZ - Warehouse Inventory | WST 700 | 1520102114 |
| 4426 | 7746 | ZZ - Warehouse Inventory | WST 700 | 5119101716 |
| 4427 | 7750 | ZZ - Warehouse Inventory | WST 700 | 5119101717 |
| 4428 | 7751 | ZZ - Warehouse Inventory | WST 700 | 2819101675 |
| 4429 | 7752 | ZZ - Warehouse Inventory | WST 700 | 1520102119 |
| 4430 | 7753 | ZZ - Warehouse Inventory | WST 700 | 1520102105 |
| 4431 | 7754 | ZZ - Warehouse Inventory | WST 700 | 920101952 |
| 4432 | 7755 | ZZ - Warehouse Inventory | WST 700 | 2819101688 |
| 4433 | 7756 | ZZ - Warehouse Inventory | WST 700 | 1021103545 |
| 4434 | 7757 | ZZ - Warehouse Inventory | WST 700 | 2620102478 |
| 4435 | 7758 | ZZ - Warehouse Inventory | WST 700 | 2819101564 |
| 4436 | 7759 | ZZ - Warehouse Inventory | WST 700 | 920101962 |
| 4437 | 7760 | ZZ - Warehouse Inventory | WST 700 | 520101803 |
| 4438 | 7761 | ZZ - Warehouse Inventory | WST 700 | 2519101542 |
| 4439 | 7762 | ZZ - Warehouse Inventory | WST 700 | 1021103575 |
| 4440 | 7763 | ZZ - Warehouse Inventory | WST 700 | 5119101769 |
| 4441 | 7764 | ZZ - Warehouse Inventory | WST 700 | 621103415 |
| 4442 | 7765 | ZZ - Warehouse Inventory | WST 700 | 821103494 |
| 4443 | 7766 | ZZ - Warehouse Inventory | WST 700 | 520101814 |
| 4444 | 7773 | ZZ - Warehouse Inventory | WST 700 | 2820102553 |
| 4445 | 7774 | ZZ - Warehouse Inventory | WST 700 | 5119101738 |
| 4446 | 7775 | ZZ - Warehouse Inventory | WST 700 | 1520102122 |
| 4447 | 7776 | ZZ - Warehouse Inventory | WST 700 | 1520102102 |
| 4448 | 7777 | ZZ - Warehouse Inventory | WST 700 | 2819101678 |
| 4449 | 7778 | ZZ - Warehouse Inventory | WST 700 | 3019101611 |
| 4450 | 7779 | ZZ - Warehouse Inventory | WST 700 | 920101939 |
| 4451 | 7780 | ZZ - Warehouse Inventory | WST 700 | 920101959 |
| 4452 | 7783 | ZZ - Warehouse Inventory | WST 700 | 721103454 |
| 4453 | 7784 | ZZ - Warehouse Inventory | WST 700 | 920101911 |
| 4454 | 7785 | ZZ - Warehouse Inventory | WST 700 | 1120101994 |
| 4455 | 7789 | ZZ - Warehouse Inventory | WST 700 | 2819101560 |
| 4456 | 7790 | ZZ - Warehouse Inventory | WST 700 | 920101945 |
| 4457 | 7791 | ZZ - Warehouse Inventory | WST 700 | 1120101968 |
| 4458 | 7792 | ZZ - Warehouse Inventory | WST 700 | 1120101983 |
| 4459 | 7793 | ZZ - Warehouse Inventory | WST 700 | 2819101677 |
| 4460 | 7794 | ZZ - Warehouse Inventory | WST 700 | 1520102094 |
| 4461 | 7795 | ZZ - Warehouse Inventory | WST 700 | 1520102090 |
| 4462 | 7797 | ZZ - Warehouse Inventory | WST 700 | 720101861 |
| 4463 | 7798 | ZZ - Warehouse Inventory | WST 700 | 2819101590 |
| 4464 | 7799 | ZZ - Warehouse Inventory | WST 700 | 520101791 |
| 4465 | 7800 | ZZ - Warehouse Inventory | WST 700 | 2220102348 |
| 4466 | 7801 | ZZ - Warehouse Inventory | WST 700 | 1021103543 |
| 4467 | 7802 | ZZ - Warehouse Inventory | Not Specified | 1721103708 |
| 4468 | 7803 | ZZ - Warehouse Inventory | WST 700 | 1921103748 |
| 4469 | 7804 | ZZ - Warehouse Inventory | WST 700 | 720101863 |
| 4470 | 7805 | ZZ - Warehouse Inventory | WST 700 | 920101966 |
| 4471 | 7806 | ZZ - Warehouse Inventory | WST 700 | 920101925 |
| 4472 | 7807 | ZZ - Warehouse Inventory | WST 700 | 1420102053 |

**Water Station Management, LLC**
**Consolidated Parlevel Machine List**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4473 | 7809 | ZZ - Warehouse Inventory | WST 700 | 1420102063 |
| 4474 | 7812 | ZZ - Warehouse Inventory | WST 700 | 2519101514 |
| 4475 | 7813 | ZZ - Warehouse Inventory | WST 700 | 520101828 |
| 4476 | 7816 | ZZ - Warehouse Inventory | WST 700 | 1021103552 |
| 4477 | 7817 | ZZ - Warehouse Inventory | WST 700 | 720101889 |
| 4478 | 7818 | ZZ - Warehouse Inventory | WST 700 | 720101888 |
| 4479 | 7826 | ZZ - Warehouse Inventory | WST 700 | 2620102453 |
| 4480 | 7827 | ZZ - Warehouse Inventory | WST 700 | 621103430 |
| 4481 | 7837 | ZZ - Warehouse Inventory | WST 700 | 520101813 |
| 4482 | 7838 | ZZ - Warehouse Inventory | WST 700 | 1520102100 |
| 4483 | 7841 | ZZ - Warehouse Inventory | WST 700 | 920101928 |
| 4484 | 7842 | ZZ - Warehouse Inventory | WST 700 | 1120102011 |
| 4485 | 7843 | ZZ - Warehouse Inventory | WST 700 | 1120102004 |
| 4486 | 7844 | ZZ - Warehouse Inventory | WST 700 | 1120102010 |
| 4487 | 7845 | ZZ - Warehouse Inventory | WST 700 | 1420102081 |
| 4488 | 7846 | ZZ - Warehouse Inventory | WST 700 | 720101899 |
| 4489 | 7849 | ZZ - Warehouse Inventory | WST 700 | 1420102029 |
| 4490 | 7850 | ZZ - Warehouse Inventory | WST 700 | 3120102589 |
| 4491 | 7851 | ZZ - Warehouse Inventory | WST 700 | 5119101761 |
| 4492 | 7853 | ZZ - Warehouse Inventory | WST 700 | 1120102026 |
| 4493 | 7854 | ZZ - Warehouse Inventory | WST 700 | 520101846 |
| 4494 | 7855 | ZZ - Warehouse Inventory | WST 700 | 1120102016 |
| 4495 | 7856 | ZZ - Warehouse Inventory | WST 700 | 5119101730 |
| 4496 | 7857 | ZZ - Warehouse Inventory | WST 700 | 1420102039 |
| 4497 | 7858 | ZZ - Warehouse Inventory | WST 700 | 821103480 |
| 4498 | 7859 | ZZ - Warehouse Inventory | WST 700 | 1420102028 |
| 4499 | 7860 | ZZ - Warehouse Inventory | WST 700 | 920101927 |
| 4500 | 7861 | ZZ - Warehouse Inventory | WST 700 | 5119101727 |
| 4501 | 7862 | ZZ - Warehouse Inventory | WST 700 | 720101901 |
| 4502 | 7863 | ZZ - Warehouse Inventory | WST 700 | 1420102036 |
| 4503 | 7864 | ZZ - Warehouse Inventory | WST 700 | 1520102092 |
| 4504 | 7865 | ZZ - Warehouse Inventory | WST 700 | 5119101701 |
| 4505 | 7866 | ZZ - Warehouse Inventory | WST 700 | 1420102085 |
| 4506 | 7867 | ZZ - Warehouse Inventory | WST 700 | 2620102454 |
| 4507 | 1255 | ZZ - Warehouse Inventory | WST 700 | 2819101592 |
| 4508 | 7885 | ZZ - Warehouse Inventory | WST 700 | 1420102059 |
| 4509 | 7886 | ZZ - Warehouse Inventory | WST 700 | 2220102367 |
| 4510 | 7887 | ZZ - Warehouse Inventory | WST 700 | 1021103581 |
| 4511 | 7888 | ZZ - Warehouse Inventory | WST 700 | 920101948 |
| 4512 | 7889 | ZZ - Warehouse Inventory | WST 700 | 1120101973 |
| 4513 | 7890 | ZZ - Warehouse Inventory | WST 700 | 2819101548 |
| 4514 | 7891 | ZZ - Warehouse Inventory | WST 700 | 920101917 |
| 4515 | 7892 | ZZ - Warehouse Inventory | WST 700 | 520101799 |
| 4516 | 7893 | ZZ - Warehouse Inventory | WST 700 | 2819101553 |
| 4517 | 7895 | ZZ - Warehouse Inventory | WST 700 | 720101905 |
| 4518 | 7896 | ZZ - Warehouse Inventory | WST 700 | 1420102056 |
| 4519 | 7897 | ZZ - Warehouse Inventory | WST 700 | 3019101620 |
| 4520 | 7898 | ZZ - Warehouse Inventory | WST 700 | 1420102082 |
| 4521 | 7899 | ZZ - Warehouse Inventory | WST 700 | 1120101904 |
| 4522 | 7900 | ZZ - Warehouse Inventory | WST 700 | 1120101996 |
| 4523 | 7901 | ZZ - Warehouse Inventory | WST 700 | 1120101972 |
| 4524 | 7902 | ZZ - Warehouse Inventory | WST 700 | 1120101967 |

**Attachment #2**
**Page 87 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4525 | 7903 | ZZ - Warehouse Inventory | WST 700 | 2819101692 |
| 4526 | 7904 | ZZ - Warehouse Inventory | WST 700 | 1120102012 |
| 4527 | 7905 | ZZ - Warehouse Inventory | WST 700 | 1420202061 |
| 4528 | 7906 | ZZ - Warehouse Inventory | WST 700 | 2820102551 |
| 4529 | 7907 | ZZ - Warehouse Inventory | WST 700 | 921103510 |
| 4530 | 7908 | ZZ - Warehouse Inventory | WST 700 | 1120102005 |
| 4531 | 7909 | ZZ - Warehouse Inventory | WST 700 | 520101809 |
| 4532 | 7910 | ZZ - Warehouse Inventory | WST 700 | 1520102115 |
| 4533 | 7911 | ZZ - Warehouse Inventory | WST 700 | 821103483 |
| 4534 | 7912 | ZZ - Warehouse Inventory | WST 700 | 2722104684 |
| 4535 | 529397 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104529 |
| 4536 | 529398 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104530 |
| 4537 | 529399 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104531 |
| 4538 | 529408 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104532 |
| 4539 | 529409 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104534 |
| 4540 | 529411 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104535 |
| 4541 | 529417 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104536 |
| 4542 | 529418 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104537 |
| 4543 | 529419 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104538 |
| 4544 | 529423 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104539 |
| 4545 | 529436 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104540 |
| 4546 | 529438 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104541 |
| 4547 | 529448 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104542 |
| 4548 | 529449 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104543 |
| 4549 | 529450 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104544 |
| 4550 | 529451 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104545 |
| 4551 | 538095 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104546 |
| 4552 | 538096 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104547 |
| 4553 | 538115 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104548 |
| 4554 | 538116 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104549 |
| 4555 | 540333 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104550 |
| 4556 | 547814 | ZZ - Warehouse Inventory | WST 700 Hylyte | 1822104551 |
| 4557 | 539812 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104582 |
| 4558 | 539852 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104583 |
| 4559 | 462950 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104584 |
| 4560 | 529309 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104585 |
| 4561 | 529372 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104586 |
| 4562 | 539810 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104587 |
| 4563 | 539813 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104588 |
| 4564 | 539851 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104589 |
| 4565 | 539874 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104590 |
| 4566 | 539875 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104591 |
| 4567 | 539870 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104592 |
| 4568 | 539871 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104593 |
| 4569 | 539910 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104594 |
| 4570 | 539877 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104595 |
| 4571 | 539955 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104596 |
| 4572 | 540009 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104597 |
| 4573 | 539957 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104598 |
| 4574 | 540018 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104599 |
| 4575 | 540019 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104600 |
| 4576 | 540020 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104601 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4577 | 540007 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104602 |
| 4578 | 540021 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104603 |
| 4579 | 540024 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104604 |
| 4580 | 540039 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104605 |
| 4581 | 540042 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104606 |
| 4582 | 540045 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104607 |
| 4583 | 540022 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104608 |
| 4584 | 540154 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104609 |
| 4585 | 540156 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104610 |
| 4586 | 540251 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104611 |
| 4587 | 540023 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104612 |
| 4588 | 540038 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104613 |
| 4589 | 540040 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104614 |
| 4590 | 540041 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104615 |
| 4591 | 540142 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104616 |
| 4592 | 540143 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104617 |
| 4593 | 540144 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104618 |
| 4594 | 540145 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2122104619 |
| 4595 | 540157 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104620 |
| 4596 | 540162 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104621 |
| 4597 | 540163 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104622 |
| 4598 | 540164 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104623 |
| 4599 | 540165 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104624 |
| 4600 | 540194 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104625 |
| 4601 | 540253 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104626 |
| 4602 | 540195 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104627 |
| 4603 | 540250 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104628 |
| 4604 | 540252 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104629 |
| 4605 | 540258 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104630 |
| 4606 | 540260 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104631 |
| 4607 | 540261 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104632 |
| 4608 | 540277 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104633 |
| 4609 | 540278 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104634 |
| 4610 | 540279 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104635 |
| 4611 | 540281 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104636 |
| 4612 | 540259 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104637 |
| 4613 | 540274 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104638 |
| 4614 | 540280 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104639 |
| 4615 | 547798 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104640 |
| 4616 | 547799 | ZZ - Warehouse Inventory | WST 700 Hylyte | 2422104641 |
| 4617 | 492025 | ZZ - Warehouse Inventory | WST 700 Hylyte | 5221104208 |
| 4618 | 492054 | ZZ - Warehouse Inventory | WST 700 Hylyte | 5221104213 |
| 4619 | 492056 | ZZ - Warehouse Inventory | WST 700 Hylyte | 5221104215 |
| 4620 | 492059 | ZZ - Warehouse Inventory | WST 700 Hylyte | 5221104216 |
| 4621 | 492061 | ZZ - Warehouse Inventory | WST 700 Hylyte | 5221104217 |
| 4622 | 492098 | ZZ - Warehouse Inventory | WST 700 Hylyte | 5221104218 |
| 4623 | 492099 | ZZ - Warehouse Inventory | WST 700 Hylyte | 5221104219 |
| 4624 | 5837 | ZZ - Warehouse Inventory | WST 700 | 2519101491 |
| 4625 | 5863 | ZZ - Warehouse Inventory | WST 700 | 3019101610 |
| 4626 | 6632 | ZZ - Warehouse Inventory | WST 700 | 1021103544 |
| 4627 | 6640 | ZZ - Warehouse Inventory | WST 700 | 2819101599 |
| 4628 | 6845 | ZZ - Warehouse Inventory | WST 700 | 103083 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4629 | 6846 | ZZ - Warehouse Inventory | WST 700 | 2819101582 |
| 4630 | 6847 | ZZ - Warehouse Inventory | WST 700 | 4518101209 |
| 4631 | 6914 | ZZ - Warehouse Inventory | WST 700 | 2020102274 |
| 4632 | 6915 | ZZ - Warehouse Inventory | WST 700 | 2020102294 |
| 4633 | 6916 | ZZ - Warehouse Inventory | WST 700 | 1620102172 |
| 4634 | 6917 | ZZ - Warehouse Inventory | WST 700 | 721103460 |
| 4635 | 6918 | ZZ - Warehouse Inventory | WST 700 | 103117 |
| 4636 | 6920 | ZZ - Warehouse Inventory | WST 700 | 2519101503 |
| 4637 | 6928 | ZZ - Warehouse Inventory | WST 700 | 101101 |
| 4638 | 6930 | ZZ - Warehouse Inventory | WST 700 | 101114 |
| 4639 | 6933 | ZZ - Warehouse Inventory | WST 700 | 3021103956 |
| 4640 | 653 | ZZ - Warehouse Inventory | WST 700 | 2820102560 |
| 4641 | 6935 | ZZ - Warehouse Inventory | WST 700 | 1820102263 |
| 4642 | 6936 | ZZ - Warehouse Inventory | WST 700 | 4518101203 |
| 4643 | 6938 | ZZ - Warehouse Inventory | WST 700 | 3120102576 |
| 4644 | 6939 | ZZ - Warehouse Inventory | WST 700 | 1820102246 |
| 4645 | 6945 | ZZ - Warehouse Inventory | WST 700 | 5119101759 |
| 4646 | 6946 | ZZ - Warehouse Inventory | WST 700 | 1520102091 |
| 4647 | 6949 | ZZ - Warehouse Inventory | WST 700 | 4420102731 |
| 4648 | 6950 | ZZ - Warehouse Inventory | WST 700 | 3019101612 |
| 4649 | 6951 | ZZ - Warehouse Inventory | WST 700 | 1120101976 |
| 4650 | 6952 | ZZ - Warehouse Inventory | WST 700 | 3019101618 |
| 4651 | 6953 | ZZ - Warehouse Inventory | WST 700 | 720101878 |
| 4652 | 6954 | ZZ - Warehouse Inventory | WST 700 | 920101957 |
| 4653 | 6955 | ZZ - Warehouse Inventory | WST 700 | 1120101997 |
| 4654 | 6957 | ZZ - Warehouse Inventory | WST 700 | 1620102187 |
| 4655 | 6958 | ZZ - Warehouse Inventory | WST 700 | 1620102168 |
| 4656 | 6959 | ZZ - Warehouse Inventory | WST 700 | 2819101644 |
| 4657 | 6960 | ZZ - Warehouse Inventory | WST 700 | 5119101722 |
| 4658 | 6961 | ZZ - Warehouse Inventory | WST 700 | 720101871 |
| 4659 | 6964 | ZZ - Warehouse Inventory | WST 700 | 2620102494 |
| 4660 | 6965 | ZZ - Warehouse Inventory | WST 700 | 101108 |
| 4661 | 6966 | ZZ - Warehouse Inventory | WST 700 | 5220103161 |
| 4662 | 6968 | ZZ - Warehouse Inventory | WST 700 | 720101862 |
| 4663 | 7027 | ZZ - Warehouse Inventory | WST 700 | 103933 |
| 4664 | 7030 | ZZ - Warehouse Inventory | WST 700 | 920101960 |
| 4665 | 7031 | ZZ - Warehouse Inventory | WST 700 | 5119101718 |
| 4666 | 7034 | ZZ - Warehouse Inventory | WST 700 | 162010251 |
| 4667 | 7047 | ZZ - Warehouse Inventory | WST 700 | 2819101694 |
| 4668 | 724 | ZZ - Warehouse Inventory | WST 700 | 2819101672 |
| 4669 | 7138 | ZZ - Warehouse Inventory | WST 700 | 2220102369 |
| 4670 | 7139 | ZZ - Warehouse Inventory | WST 700 | 2819101679 |
| 4671 | 7140 | ZZ - Warehouse Inventory | WST 700 | 720101900 |
| 4672 | 7141 | ZZ - Warehouse Inventory | WST 700 | 720101909 |
| 4673 | 7142 | ZZ - Warehouse Inventory | WST 700 | 520101819 |
| 4674 | 7143 | ZZ - Warehouse Inventory | WST 700 | 1120101982 |
| 4675 | 7144 | ZZ - Warehouse Inventory | WST 700 | 920101943 |
| 4676 | 7145 | ZZ - Warehouse Inventory | WST 700 | 2189101573 |
| 4677 | 7166 | ZZ - Warehouse Inventory | WST 700 | 103068 |
| 4678 | 7167 | ZZ - Warehouse Inventory | WST 700 | 103073 |
| 4679 | 7168 | ZZ - Warehouse Inventory | WST 700 | 103079 |
| 4680 | 7169 | ZZ - Warehouse Inventory | WST 700 | 103080 |

**Water Station Management, LLC**
**Consolidated Parlevel Machine List**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4681 | 7170 | ZZ - Warehouse Inventory | WST 700 | 2220102331 |
| 4682 | 7171 | ZZ - Warehouse Inventory | WST 700 | 1820102208 |
| 4683 | 7346 | ZZ - Warehouse Inventory | WST 700 | 2020102309 |
| 4684 | 7351 | ZZ - Warehouse Inventory | WST 700 | 520101815 |
| 4685 | 7352 | ZZ - Warehouse Inventory | WST 700 | 1420102041 |
| 4686 | 7359 | ZZ - Warehouse Inventory | WST 700 | 5119101734 |
| 4687 | 7361 | ZZ - Warehouse Inventory | WST 700 | 103113 |
| 4688 | 7364 | ZZ - Warehouse Inventory | WST 700 | 1820102228 |
| 4689 | 7365 | ZZ - Warehouse Inventory | WST 700 | 103075 |
| 4690 | 7366 | ZZ - Warehouse Inventory | WST 700 | 1721103648 |
| 4691 | 7369 | ZZ - Warehouse Inventory | WST 700 | 4518101199 |
| 4692 | 7371 | ZZ - Warehouse Inventory | WST 700 | 720101856 |
| 4693 | 7372 | ZZ - Warehouse Inventory | WST 700 | 2519101522 |
| 4694 | 7373 | ZZ - Warehouse Inventory | WST 700 | 2820102529 |
| 4695 | 7374 | ZZ - Warehouse Inventory | WST 700 | 103081 |
| 4696 | 7384 | ZZ - Warehouse Inventory | WST 700 | 103934 |
| 4697 | 7386 | ZZ - Warehouse Inventory | WST 700 | 5119101781 |
| 4698 | 7387 | ZZ - Warehouse Inventory | WST 700 | 1520102118 |
| 4699 | 1047 | ZZ - Warehouse Inventory | WST 700 | 2819101676 |
| 4700 | 7410 | ZZ - Warehouse Inventory | WST 700 | 2519101547 |
| 4701 | 7411 | ZZ - Warehouse Inventory | WST 700 | 5119101703 |
| 4702 | 7417 | ZZ - Warehouse Inventory | WST 700 | 2820102542 |
| 4703 | 7418 | ZZ - Warehouse Inventory | WST 700 | 103926 |
| 4704 | 7420 | ZZ - Warehouse Inventory | WST 700 | 103066 |
| 4705 | 931 | ZZ - Warehouse Inventory | WST 700 | 219101389 |
| 4706 | 7439 | ZZ - Warehouse Inventory | WST 700 | 121103220 |
| 4707 | 7456 | ZZ - Warehouse Inventory | WST 700 | 103513 |
| 4708 | 7522 | ZZ - Warehouse Inventory | WST 700 | 2620102505 |
| 4709 | 7523 | ZZ - Warehouse Inventory | WST 700 | 1021103560 |
| 4710 | 7524 | ZZ - Warehouse Inventory | WST 700 | 1620102156 |
| 4711 | 7525 | ZZ - Warehouse Inventory | WST 700 | 2519101511 |
| 4712 | 7526 | ZZ - Warehouse Inventory | WST 700 | 920101910 |
| 4713 | 7527 | ZZ - Warehouse Inventory | WST 700 | 152010298 |
| 4714 | 7528 | ZZ - Warehouse Inventory | WST 700 | 1420102077 |
| 4715 | 7529 | ZZ - Warehouse Inventory | WST 700 | 2819101591 |
| 4716 | 7530 | ZZ - Warehouse Inventory | WST 700 | 1520102095 |
| 4717 | 7531 | ZZ - Warehouse Inventory | WST 700 | 1520102093 |
| 4718 | 7538 | ZZ - Warehouse Inventory | WST 700 | 720101876 |
| 4719 | 7543 | ZZ - Warehouse Inventory | WST 700 | 101090 |
| 4720 | 7550 | ZZ - Warehouse Inventory | WST 700 | 1620102195 |
| 4721 | 7555 | ZZ - Warehouse Inventory | WST 700 | 2519101540 |
| 4722 | 7557 | ZZ - Warehouse Inventory | WST 700 | 2519101507 |
| 4723 | 7567 | ZZ - Warehouse Inventory | WST 700 | 103890 |
| 4724 | 7573 | ZZ - Warehouse Inventory | WST 700 | 1520102109 |
| 4725 | 7574 | ZZ - Warehouse Inventory | WST 700 | 720101866 |
| 4726 | 7576 | ZZ - Warehouse Inventory | WST 700 | 2620102501 |
| 4727 | 1055 | ZZ - Warehouse Inventory | WST 700 | 103156 |
| 4728 | 7586 | ZZ - Warehouse Inventory | WST 700 | 450102786 |
| 4729 | 7588 | ZZ - Warehouse Inventory | WST 700 | 5119101765 |
| 4730 | 7589 | ZZ - Warehouse Inventory | WST 700 | 1120101980 |
| 4731 | 7590 | ZZ - Warehouse Inventory | WST 700 | 1120102007 |
| 4732 | 7591 | ZZ - Warehouse Inventory | WST 700 | 3019101621 |

**Attachment #2**
**Page 91 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4733 | 7592 | ZZ - Warehouse Inventory | WST 700 | 720101903 |
| 4734 | 7593 | ZZ - Warehouse Inventory | WST 700 | 520101800 |
| 4735 | 7594 | ZZ - Warehouse Inventory | WST 700 | 920101914 |
| 4736 | 7595 | ZZ - Warehouse Inventory | WST 700 | 920101950 |
| 4737 | 7599 | ZZ - Warehouse Inventory | WST 700 | 1120102002 |
| 4738 | 7600 | ZZ - Warehouse Inventory | WST 700 | 2819101686 |
| 4739 | 7601 | ZZ - Warehouse Inventory | WST 700 | 2220102376 |
| 4740 | 7602 | ZZ - Warehouse Inventory | WST 700 | 1520102145 |
| 4741 | 7603 | ZZ - Warehouse Inventory | WST 700 | 1021103584 |
| 4742 | 7607 | ZZ - Warehouse Inventory | WST 700 | 2220102354 |
| 4743 | 7608 | ZZ - Warehouse Inventory | WST 700 | 2520102430 |
| 4744 | 7609 | ZZ - Warehouse Inventory | WST 700 | 2020102289 |
| 4745 | 7610 | ZZ - Warehouse Inventory | WST 700 | 3019101637 |
| 4746 | 7150 | CA - Los Angeles | WST 700 | 3120102613 |
| 4747 | FL7434 | FL - Orlando - Lex Howard | WST 700 | 1122104424 |
| 4748 | FL7700 | FL - Miami - Frank Bennett | WST 700 | 3120102568 |
| 4749 | FL7772 | FL - Tampa | WST 700 | 1820102226 |
| 4750 | FL7435 | FL - Orlando - Lex Howard | WST 700 | 621103388 |
| 4751 | FL7702 | FL - Orlando - Lex Howard | WST 700 | 2220102330 |
| 4752 | 4795 | TX - North & East TX/Oklahoma | WST 700 | 252010241 |
| 4753 | 4796 | TX - North & East TX/Oklahoma | WST 700 | 921103505 |
| 4754 | 4883 | GA - Georgia - Keaaron Elder | WST 700 | 1422104431 |
| 4755 | 505 | AZ - Phoenix | WST 700 | 103530 |
| 4756 | 704 | CA - Los Angeles | WST 700 | 101163 |
| 4757 | 565 | CA - Los Angeles | WST 700 | 101134 |
| 4758 | 5823 | CA - Los Angeles | WST 700 | 103572 |
| 4759 | 5379 | CA - Los Angeles | WST 700 | 104006 |
| 4760 | 7389 | CA - Sacramento | WST 700 | 104162 |
| 4761 | 413 | OR - Oregon - Shannon Duffy | WST 700 | 100946 |
| 4762 | 5815 | VA - VA/West VA - CJ Richard | WST 700 | 1422104430 |
| 4763 | 426 | CA - Los Angeles | WST 700 | 100948 |
| 4764 | 1630 | TX - Austin | WST 700 | 5119101746 |
| 4765 | 7187 | GA - Georgia - Keaaron Elder | WST 700 | 3722104764 |
| 4766 | 6924 | CA - Los Angeles | WST 700 Hylyte | 103000 |
| 4767 | 7391 | CA - Sacramento | WST 700 | 104167 |
| 4768 | 303 | CA - Sacramento | WST 700 | 104166 |
| 4769 | 148 | CA - Los Angeles | WST 700 | 100781 |
| 4770 | 1976 | TX - San Antonio | WST 700 | 1620102154 |
| 4771 | 562 | CA - Los Angeles | WST 700 | 101136 |
| 4772 | 2806 | VA - VA/West VA - CJ Richard | WST 700 | 103576 |
| 4773 | 398 | CA - Los Angeles | WST 700 | 100927 |
| 4774 | 2907 | GA - Georgia - Keaaron Elder | WST 700 | 1921103744 |
| 4775 | 483 | CA - Los Angeles | WST 700 | 103516 |
| 4776 | 7782 | CA - Los Angeles | WST 700 | 1721103673 |
| 4777 | 5404 | GA - Georgia - Keaaron Elder | WST 700 | 1722104492 |
| 4778 | FL5284 | FL - Orlando - Lex Howard | WST 700 | 2422104647 |
| 4779 | 6650 | GA - Georgia - Keaaron Elder | WST 700 | 621103432 |
| 4780 | 5257 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104428 |
| 4781 | 2788 | TX - Austin | WST 700 | 3120102569 |
| 4782 | 3 | WA - Western WA Water | WST 700 | 104046 |
| 4783 | 604 | CA - Los Angeles | WST 700 | 104028 |
| 4784 | 2781 | TX - West Texas | WST 700 | 103922 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 4785 | 456 | CA - Los Angeles | WST 700 | 100982 |
| 4786 | 7348 | CA - Los Angeles | WST 700 | 103410 |
| 4787 | 5247 | VA - VA/West VA - CJ Richard | WST 700 | 1122104392 |
| 4788 | 6647 | GA - Georgia - Keaaron Elder | WST 700 | 621103412 |
| 4789 | FL6807 | FL - Orlando - Lex Howard | WST 700 | 2422104652 |
| 4790 | 4882 | GA - Georgia - Keaaron Elder | WST 700 | 1422104458 |
| 4791 | 3532 | GA - Georgia - Keaaron Elder | WST 700 | 621103379 |
| 4792 | 4740 | GA - Georgia - Keaaron Elder | WST 700 | 621103386 |
| 4793 | 4888 | GA - Georgia - Keaaron Elder | WST 700 | 1422104435 |
| 4794 | 5335 | GA - Georgia - Keaaron Elder | WST 700 | 1122104394 |
| 4795 | 79 | OR - Oregon - Shannon Duffy | WST 700 | 104090 |
| 4796 | 5285 | TX - North & East TX/Oklahoma | WST 700 | 2620102491 |
| 4797 | 2879 | TX - North & East TX/Oklahoma | WST 700 | 1021103556 |
| 4798 | 219 | OR - Oregon - Shannon Duffy | WST 700 | 104123 |
| 4799 | 210 | WA - Eastern WA Water | WST 700 | 100648 |
| 4800 | 214 | WA - Eastern WA Water | WST 700 | 104122 |
| 4801 | 220 | OR - Oregon - Shannon Duffy | WST 700 | 100738 |
| 4802 | 471 | CA - Los Angeles | WST 700 | 102639 |
| 4803 | 7395 | CA - Yuba City | WST 700 | 103930 |
| 4804 | 4830 | TX - North & East TX/Oklahoma | WST 700 | 2620102498 |
| 4805 | 4868 | CA - Los Angeles | WST 700 | 104008 |
| 4806 | FL103381 | ZZ - Warehouse Inventory | WST 700 Hylyte | 621103381 |
| 4807 | FL103383 | ZZ - Warehouse Inventory | WST 700 Hylyte | 6211103383 |
| 4808 | FL103591 | ZZ - Warehouse Inventory | WST 700 CK | 1121103591 |
| 4809 | FL6806 | FL - Tampa | WST 700 | 621103410 |
| 4810 | 19 | WA - Western WA Water | WST 700 | 104173 |
| 4811 | 975 | NV - Las Vegas | WST 700 | 5118101312 |
| 4812 | NV163 | NV - Las Vegas | WST 700 | 4818101232 |
| 4813 | NV164 | NV - Las Vegas | WST 700 | 5118101319 |
| 4814 | NV165 | NV - Las Vegas | WST 700 | 4418101186 |
| 4815 | NV166 | NV - Las Vegas | WST 700 | 103385 |
| 4816 | NV167 | NV - Las Vegas | WST 700 | 3021103988 |
| 4817 | NV168 | NV - Las Vegas | WST 700 | 4818101235 |
| 4818 | NV169 | NV - Las Vegas | WST 700 | 103365 |
| 4819 | NV170 | NV - Las Vegas | WST 700 | 4818101221 |
| 4820 | NV171 | NV - Las Vegas | WST 700 | 5218101342 |
| 4821 | NV172 | NV - Las Vegas | WST 700 | 5018101294 |
| 4822 | NV173 | NV - Las Vegas | WST 700 | 3021103984 |
| 4823 | NV174 | NV - Las Vegas | WST 700 | 4818101217 |
| 4824 | NV175 | NV - Las Vegas | WST 700 | 5018101299 |
| 4825 | NV176 | NV - Las Vegas | WST 700 | 103384 |
| 4826 | NV177 | NV - Las Vegas | WST 700 | 4818101227 |
| 4827 | NV178 | NV - Las Vegas | WST 700 | 5018101286 |
| 4828 | NV179 | NV - Las Vegas | WST 700 | 5018101298 |
| 4829 | NV180 | NV - Las Vegas | WST 700 | 5118101310 |
| 4830 | NV181 | NV - Las Vegas | WST 700 | 3021103998 |
| 4831 | NV182 | NV - Las Vegas | WST 700 | 5018101304 |
| 4832 | NV183 | NV - Las Vegas | WST 700 | 103361 |
| 4833 | NV184 | NV - Las Vegas | WST 700 | 1422104439 |
| 4834 | NV185 | NV - Las Vegas | WST 700 | 5118101314 |
| 4835 | NV186 | NV - Las Vegas | WST 700 | 419101469 |
| 4836 | NV187 | NV - Las Vegas | WST 700 | 103388 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4837 | NV188 | NV - Las Vegas | WST 700 | 5118101317 |
| 4838 | NV189 | NV - Las Vegas | WST 700 | 4818101220 |
| 4839 | NV190 | NV - Las Vegas | WST 700 | 5218101361 |
| 4840 | NV191 | NV - Las Vegas | WST 700 | 4818101224 |
| 4841 | NV192 | NV - Las Vegas | WST 700 | 4818101231 |
| 4842 | NV193 | NV - Las Vegas | WST 700 | 4818101241 |
| 4843 | NV194 | NV - Las Vegas | WST 700 | 103370 |
| 4844 | 973 | NV - North Nevada | WST 700 | 5118101311 |
| 4845 | 4749 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104414 |
| 4846 | 4880 | GA - Georgia - Keaaron Elder | WST 700 | 1422104455 |
| 4847 | 5310 | TX - Houston | WST 700 | 1021103559 |
| 4848 | 2898 | TX - North & East TX/Oklahoma | WST 700 | 2520102412 |
| 4849 | 222 | WA - Western WA Water | WST 700 | 104159 |
| 4850 | 109 | AZ - Phoenix | WST 700 | 103194 |
| 4851 | 6654 | VA - VA/West VA - CJ Richard | WST 700 | 1122104402 |
| 4852 | 394 | CA - Sacramento | WST 700 | 103011 |
| 4853 | 7840 | CA - Sacramento | WST 700 | 103940 |
| 4854 | 8713 | CA - Sacramento | WST 700 | 103929 |
| 4855 | 6899 | CA - Los Angeles | WST 700 | 103483 |
| 4856 | FL6794 | FL - Tampa | WST 700 | 2422104644 |
| 4857 | 2722 | TX - San Antonio | WST 700 | 103937 |
| 4858 | 7026 | TX - North & East TX/Oklahoma | WST 700 | 720101860 |
| 4859 | 146 | CA - Los Angeles | WST 5656 | 100786 |
| 4860 | 367 | CA - Los Angeles | WST 700 | 100870 |
| 4861 | 249 | CA - Sacramento | WST 700 | 103411 |
| 4862 | NV195 | NV - Las Vegas | WST 700 | 103380 |
| 4863 | 1640 | CA - Los Angeles | WST 700 | 102649 |
| 4864 | 410 | CA - Sacramento | WST 700 | 100937 |
| 4865 | 1643 | TX - San Antonio | WST 700 | 1620102186 |
| 4866 | 4744 | GA - Georgia - Keaaron Elder | WST 700 | 1121103630 |
| 4867 | 6663 | ZZ - Warehouse Inventory | WST 700 | 100911 |
| 4868 | 6665 | ZZ - Warehouse Inventory | WST 700 | 101955 |
| 4869 | 6666 | ZZ - Warehouse Inventory | WST 700 | 100869 |
| 4870 | 6667 | ZZ - Warehouse Inventory | WST 700 | 100372 |
| 4871 | 6668 | ZZ - Warehouse Inventory | WST 700 | 101185 |
| 4872 | 6669 | ZZ - Warehouse Inventory | WST 700 | 100966 |
| 4873 | 6670 | ZZ - Warehouse Inventory | WST 700 | 100838 |
| 4874 | 6671 | ZZ - Warehouse Inventory | WST 700 | 100843 |
| 4875 | 6672 | ZZ - Warehouse Inventory | WST 700 | 100880 |
| 4876 | 6673 | ZZ - Warehouse Inventory | WST 700 | 100840 |
| 4877 | 6674 | ZZ - Warehouse Inventory | WST 700 | 100867 |
| 4878 | 6675 | ZZ - Warehouse Inventory | WST 700 | 101014 |
| 4879 | 6676 | ZZ - Warehouse Inventory | WST 700 | 100847 |
| 4880 | 6677 | ZZ - Warehouse Inventory | WST 700 | 102045 |
| 4881 | 6678 | ZZ - Warehouse Inventory | WST 700 | 100977 |
| 4882 | 6679 | ZZ - Warehouse Inventory | WST 700 | 100949 |
| 4883 | 6680 | ZZ - Warehouse Inventory | WST 700 | 100401 |
| 4884 | 6681 | ZZ - Warehouse Inventory | WST 700 | 100759 |
| 4885 | 6682 | ZZ - Warehouse Inventory | WST 700 | 101147 |
| 4886 | 6683 | ZZ - Warehouse Inventory | WST 700 | 101152 |
| 4887 | 6684 | ZZ - Warehouse Inventory | WST 700 | 100996 |
| 4888 | 6685 | ZZ - Warehouse Inventory | WST 700 | 100932 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4889 | 6686 | ZZ - Warehouse Inventory | WST 700 | 100915 |
| 4890 | 6688 | ZZ - Warehouse Inventory | WST 700 | 100854 |
| 4891 | 6690 | ZZ - Warehouse Inventory | WST 700 | 102621 |
| 4892 | 6691 | ZZ - Warehouse Inventory | WST 700 | 100976 |
| 4893 | 6692 | ZZ - Warehouse Inventory | WST 700 | 100999 |
| 4894 | 6694 | ZZ - Warehouse Inventory | WST 700 | 100761 |
| 4895 | 6695 | ZZ - Warehouse Inventory | WST 700 | 100904 |
| 4896 | 6789 | ZZ - Warehouse Inventory | WST 700 | 103112 |
| 4897 | 6790 | ZZ - Warehouse Inventory | WST 700 | 5119101760 |
| 4898 | 6791 | ZZ - Warehouse Inventory | WST 700 | 520101806 |
| 4899 | 6792 | ZZ - Warehouse Inventory | WST 700 | 103921 |
| 4900 | 6793 | ZZ - Warehouse Inventory | WST 700 | 103946 |
| 4901 | 6811 | ZZ - Warehouse Inventory | WST 700 | 4818101236 |
| 4902 | 6812 | ZZ - Warehouse Inventory | WST 700 | 101990 |
| 4903 | 6813 | ZZ - Warehouse Inventory | WST 700 | 101110 |
| 4904 | 6817 | ZZ - Warehouse Inventory | WST 700 | 5119101754 |
| 4905 | 6819 | ZZ - Warehouse Inventory | WST 700 | 1820102223 |
| 4906 | 6820 | ZZ - Warehouse Inventory | WST 700 | 100655 |
| 4907 | 6821 | ZZ - Warehouse Inventory | WST 700 | 2819101665 |
| 4908 | 6822 | ZZ - Warehouse Inventory | WST 700 | 103199 |
| 4909 | 6823 | ZZ - Warehouse Inventory | WST 700 | 621103385 |
| 4910 | 6826 | ZZ - Warehouse Inventory | WST 700 | 2819101663 |
| 4911 | 6827 | ZZ - Warehouse Inventory | WST 700 | 100883 |
| 4912 | 6828 | ZZ - Warehouse Inventory | WST 700 | 101151 |
| 4913 | 6829 | ZZ - Warehouse Inventory | WST 700 | 102629 |
| 4914 | 6830 | ZZ - Warehouse Inventory | WST 700 | 100998 |
| 4915 | 6831 | ZZ - Warehouse Inventory | WST 700 | 101086 |
| 4916 | 6832 | ZZ - Warehouse Inventory | WST 700 | 101992 |
| 4917 | 6833 | ZZ - Warehouse Inventory | WST 700 | 100782 |
| 4918 | 6834 | ZZ - Warehouse Inventory | WST 700 | 100856 |
| 4919 | 6835 | ZZ - Warehouse Inventory | WST 700 | 101001 |
| 4920 | 6836 | ZZ - Warehouse Inventory | WST 700 | 100898 |
| 4921 | 6837 | ZZ - Warehouse Inventory | WST 700 | 102641 |
| 4922 | 6838 | ZZ - Warehouse Inventory | WST 700 | 100950 |
| 4923 | 6839 | ZZ - Warehouse Inventory | WST 700 | 101087 |
| 4924 | 6840 | ZZ - Warehouse Inventory | WST 700 | 100836 |
| 4925 | 6841 | ZZ - Warehouse Inventory | WST 700 | 4418101172 |
| 4926 | 685 | ZZ - Warehouse Inventory | WST 700 | 101994 |
| 4927 | 6844 | ZZ - Warehouse Inventory | WST 700 | 101984 |
| 4928 | 6851 | ZZ - Warehouse Inventory | WST 700 | 100884 |
| 4929 | 6853 | ZZ - Warehouse Inventory | WST 700 | 100960 |
| 4930 | 6854 | ZZ - Warehouse Inventory | WST 700 | 100881 |
| 4931 | 6855 | ZZ - Warehouse Inventory | WST 700 | 100794 |
| 4932 | 6856 | ZZ - Warehouse Inventory | WST 700 | 102650 |
| 4933 | 6857 | ZZ - Warehouse Inventory | WST 700 | 100380 |
| 4934 | 6858 | ZZ - Warehouse Inventory | WST 700 | 100951 |
| 4935 | 6860 | ZZ - Warehouse Inventory | WST 700 | 100926 |
| 4936 | 790 | ZZ - Warehouse Inventory | WST 700 | 101194 |
| 4937 | 6862 | ZZ - Warehouse Inventory | WST 700 | 100765 |
| 4938 | 6863 | ZZ - Warehouse Inventory | WST 700 | 100864 |
| 4939 | 6864 | ZZ - Warehouse Inventory | WST 700 | 100882 |
| 4940 | 6865 | ZZ - Warehouse Inventory | WST 700 | 100842 |

**Attachment #2**
**Page 95 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|------|---------|------------------------|----------|---------------|
| 4941 | 6866 | ZZ - Warehouse Inventory | WST 700 | 100939 |
| 4942 | 6867 | ZZ - Warehouse Inventory | WST 700 | 100973 |
| 4943 | 6868 | ZZ - Warehouse Inventory | WST 700 | 102046 |
| 4944 | 6869 | ZZ - Warehouse Inventory | WST 700 | 101137 |
| 4945 | 6870 | ZZ - Warehouse Inventory | WST 700 | 101129 |
| 4946 | 6871 | ZZ - Warehouse Inventory | WST 700 | 100858 |
| 4947 | 6872 | ZZ - Warehouse Inventory | WST 700 | 100388 |
| 4948 | 6873 | ZZ - Warehouse Inventory | WST 700 | 100988 |
| 4949 | 6874 | ZZ - Warehouse Inventory | WST 700 | 100923 |
| 4950 | 6875 | ZZ - Warehouse Inventory | WST 700 | 101144 |
| 4951 | 6876 | ZZ - Warehouse Inventory | WST 700 | 100825 |
| 4952 | 6877 | ZZ - Warehouse Inventory | WST 700 | 101008 |
| 4953 | 6878 | ZZ - Warehouse Inventory | WST 700 | 100895 |
| 4954 | 6879 | ZZ - Warehouse Inventory | WST 700 | 101004 |
| 4955 | 6880 | ZZ - Warehouse Inventory | WST 700 | 5220103141 |
| 4956 | 6890 | ZZ - Warehouse Inventory | WST 700 | 103924 |
| 4957 | 6891 | ZZ - Warehouse Inventory | WST 700 | 103923 |
| 4958 | 6892 | ZZ - Warehouse Inventory | WST 700 | 103927 |
| 4959 | F5004 | ZZ - Warehouse Inventory | WST 700 | 2819101682 |
| 4960 | 6904 | ZZ - Warehouse Inventory | WST 700 | 101967 |
| 4961 | 6905 | ZZ - Warehouse Inventory | WST 700 | 104012 |
| 4962 | 6906 | ZZ - Warehouse Inventory | WST 700 | 100876 |
| 4963 | 6907 | ZZ - Warehouse Inventory | WST 700 | 1121103635 |
| 4964 | 6909 | ZZ - Warehouse Inventory | WST 700 | 104163 |
| 4965 | 6910 | ZZ - Warehouse Inventory | WST 700 | 100887 |
| 4966 | 6912 | ZZ - Warehouse Inventory | WST 700 | 5119101699 |
| 4967 | 6925 | ZZ - Warehouse Inventory | WST 700 | 100827 |
| 4968 | 6941 | ZZ - Warehouse Inventory | WST 700 | 101125 |
| 4969 | 6942 | ZZ - Warehouse Inventory | WST 700 | 101153 |
| 4970 | 6943 | ZZ - Warehouse Inventory | WST 700 | 100392 |
| 4971 | 7033 | ZZ - Warehouse Inventory | WST 700 | 100395 |
| 4972 | 7127 | ZZ - Warehouse Inventory | WST 700 | 103721 |
| 4973 | 7407 | ZZ - Warehouse Inventory | WST 700 | 100868 |
| 4974 | 7457 | ZZ - Warehouse Inventory | WST 700 | 103779 |
| 4975 | 8074 | ZZ - Warehouse Inventory | WST 700 | 3722104767 |
| 4976 | 8609 | ZZ - Warehouse Inventory | WST 700 | 103099 |
| 4977 | 289 | ZZ - Warehouse Inventory | WST 700 | 100304 |
| 4978 | 691 | ZZ - Warehouse Inventory | WST 700 | 100731 |
| 4979 | 698 | ZZ - Warehouse Inventory | WST 700 | 100809 |
| 4980 | 752 | ZZ - Warehouse Inventory | WST 700 | 100799 |
| 4981 | 755 | ZZ - Warehouse Inventory | WST 700 | 100708 |
| 4982 | 756 | ZZ - Warehouse Inventory | WST 700 | 100801 |
| 4983 | 759 | ZZ - Warehouse Inventory | WST 700 | 100387 |
| 4984 | 873 | ZZ - Warehouse Inventory | WST 700 | 100756 |
| 4985 | 4797 | ZZ - Warehouse Inventory | WST 700 | 100640 |
| 4986 | 1031 | ZZ - Warehouse Inventory | WST 700 | 103027 |
| 4987 | 4896 | ZZ - Warehouse Inventory | WST 700 | 5119101771 |
| 4988 | 4898 | ZZ - Warehouse Inventory | WST 700 | 1120202986 |
| 4989 | 4904 | ZZ - Warehouse Inventory | WST 700 | 2819101600 |
| 4990 | 5242 | ZZ - Warehouse Inventory | WST 700 | 101190 |
| 4991 | 5243 | ZZ - Warehouse Inventory | WST 5213 | 5018101295 |
| 4992 | 5260 | ZZ - Warehouse Inventory | WST 700 | 5119101751 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 4993 | 5264 | ZZ - Warehouse Inventory | WST 700 | 100788 |
| 4994 | 5267 | ZZ - Warehouse Inventory | WST 700 | 100929 |
| 4995 | 5269 | ZZ - Warehouse Inventory | WST 700 | 421103333 |
| 4996 | 5270 | ZZ - Warehouse Inventory | WST 700 | 103319 |
| 4997 | 5281 | ZZ - Warehouse Inventory | WST 700 | 3021103963 |
| 4998 | 970 | ZZ - Warehouse Inventory | WST 700 | 5118101313 |
| 4999 | 977 | ZZ - Warehouse Inventory | WST 700 | 5218101365 |
| 5000 | 5301 | ZZ - Warehouse Inventory | WST 700 | 102079 |
| 5001 | 5302 | ZZ - Warehouse Inventory | WST 700 | 103100 |
| 5002 | 5316 | ZZ - Warehouse Inventory | WST 700 | 2819101655 |
| 5003 | 5341 | ZZ - Warehouse Inventory | WST 700 | 100629 |
| 5004 | 5377 | ZZ - Warehouse Inventory | WST 700 | 100945 |
| 5005 | 5378 | ZZ - Warehouse Inventory | WST 700 | 101118 |
| 5006 | 5391 | ZZ - Warehouse Inventory | WST 700 | 100862 |
| 5007 | 5393 | ZZ - Warehouse Inventory | WST 700 | 101124 |
| 5008 | 5394 | ZZ - Warehouse Inventory | WST 700 | 103638 |
| 5009 | 5395 | ZZ - Warehouse Inventory | WST 700 | 103658 |
| 5010 | 5396 | ZZ - Warehouse Inventory | WST 700 | 103690 |
| 5011 | 5397 | ZZ - Warehouse Inventory | WST 700 | 103692 |
| 5012 | 5398 | ZZ - Warehouse Inventory | WST 700 | 103672 |
| 5013 | 5422 | ZZ - Warehouse Inventory | WST 700 | 101954 |
| 5014 | 5770 | ZZ - Warehouse Inventory | WST 700 | 2819101668 |
| 5015 | 5771 | ZZ - Warehouse Inventory | WST 700 | 520101838 |
| 5016 | 5772 | ZZ - Warehouse Inventory | WST 700 | 520101842 |
| 5017 | 5778 | ZZ - Warehouse Inventory | WST 700 | 1620102157 |
| 5018 | 5780 | ZZ - Warehouse Inventory | WST 700 | 104013 |
| 5019 | 5781 | ZZ - Warehouse Inventory | WST 700 | 100837 |
| 5020 | 5782 | ZZ - Warehouse Inventory | WST 700 | 100879 |
| 5021 | 5783 | ZZ - Warehouse Inventory | WST 700 | 101005 |
| 5022 | 5784 | ZZ - Warehouse Inventory | WST 700 | 103626 |
| 5023 | 5785 | ZZ - Warehouse Inventory | WST 700 | 102014 |
| 5024 | 5786 | ZZ - Warehouse Inventory | WST 700 | 100993 |
| 5025 | 5787 | ZZ - Warehouse Inventory | WST 700 | 104078 |
| 5026 | 5790 | ZZ - Warehouse Inventory | WST 700 | 104036 |
| 5027 | 1070 | ZZ - Warehouse Inventory | WST 700 | 2819101568 |
| 5028 | 1076 | ZZ - Warehouse Inventory | WST 700 | 2519101530 |
| 5029 | 1067 | ZZ - Warehouse Inventory | WST 700 | 3019101622 |
| 5030 | 989 | ZZ - Warehouse Inventory | WST 700 | 2819101588 |
| 5031 | 5806 | ZZ - Warehouse Inventory | WST 700 | 219101368 |
| 5032 | 1101 | ZZ - Warehouse Inventory | WST 700 | 2819101589 |
| 5033 | 5812 | ZZ - Warehouse Inventory | WST 700 | 3019101635 |
| 5034 | 5813 | ZZ - Warehouse Inventory | WST 700 | 5119191780 |
| 5035 | 5814 | ZZ - Warehouse Inventory | WST 700 | 920101942 |
| 5036 | 5818 | ZZ - Warehouse Inventory | WST 700 | 100821 |
| 5037 | 5820 | ZZ - Warehouse Inventory | WST 700 | 101006 |
| 5038 | 5822 | ZZ - Warehouse Inventory | WST 700 | 100375 |
| 5039 | 5825 | ZZ - Warehouse Inventory | WST 700 | 219101377 |
| 5040 | 5827 | ZZ - Warehouse Inventory | WST 700 | 319101439 |
| 5041 | 5829 | ZZ - Warehouse Inventory | WST 700 | 103235 |
| 5042 | 5838 | ZZ - Warehouse Inventory | WST 700 | 101149 |
| 5043 | 1071 | ZZ - Warehouse Inventory | WST 700 | 3019101609 |
| 5044 | 5840 | ZZ - Warehouse Inventory | WST 700 | 100787 |

| Ref | Asset # | Route | Model | Serial Number |
|-----|---------|-------|-------|---------------|
| 5045 | 5841 | ZZ - Warehouse Inventory | WST 700 | 100912 |
| 5046 | 5844 | ZZ - Warehouse Inventory | WST 700 | 2620102470 |
| 5047 | 5847 | ZZ - Warehouse Inventory | WST 700 | 100396 |
| 5048 | 5849 | ZZ - Warehouse Inventory | WST 700 | 1620102178 |
| 5049 | 5851 | ZZ - Warehouse Inventory | WST 700 | 1620102176 |
| 5050 | 5858 | ZZ - Warehouse Inventory | WST 700 | 103299 |
| 5051 | 1056 | ZZ - Warehouse Inventory | WST 700 | 2819101559 |
| 5052 | 1074 | ZZ - Warehouse Inventory | WST 700 | 2819101603 |
| 5053 | 5871 | ZZ - Warehouse Inventory | WST 700 | 1620102181 |
| 5054 | 5872 | ZZ - Warehouse Inventory | WST 700 | 103122 |
| 5055 | 5873 | ZZ - Warehouse Inventory | WST 700 | 103116 |
| 5056 | 998 | ZZ - Warehouse Inventory | WST 700 | 2819101594 |
| 5057 | 5875 | ZZ - Warehouse Inventory | WST 700 | 219101375 |
| 5058 | 1033 | ZZ - Warehouse Inventory | WST 700 | 103182 |
| 5059 | 5881 | ZZ - Warehouse Inventory | WST 700 | 4918101275 |
| 5060 | 5884 | ZZ - Warehouse Inventory | WST 700 | 1520102129 |
| 5061 | 5892 | ZZ - Warehouse Inventory | WST 700 | 319101445 |
| 5062 | 5901 | ZZ - Warehouse Inventory | WST 700 | 2220102379 |
| 5063 | 5912 | ZZ - Warehouse Inventory | WST 700 | 419101475 |
| 5064 | 745 | ZZ - Warehouse Inventory | WST 700 | 101183 |
| 5065 | 792 | ZZ - Warehouse Inventory | WST 700 | 101199 |
| 5066 | 5981 | ZZ - Warehouse Inventory | WST 700 | 1120101971 |
| 5067 | 5983 | ZZ - Warehouse Inventory | WST 700 | 1520102128 |
| 5068 | 5985 | ZZ - Warehouse Inventory | WST 700 | 1620102159 |
| 5069 | 6064 | ZZ - Warehouse Inventory | WST 700 | 103734 |
| 5070 | 6067 | ZZ - Warehouse Inventory | WST 700 | 321103263 |
| 5071 | 6069 | ZZ - Warehouse Inventory | WST 700 | 100820 |
| 5072 | 684 | ZZ - Warehouse Inventory | WST 700 | 101966 |
| 5073 | 6181 | ZZ - Warehouse Inventory | WST 700 | 2819101669 |
| 5074 | 6182 | ZZ - Warehouse Inventory | WST 700 | 1120101974 |
| 5075 | 6183 | ZZ - Warehouse Inventory | WST 700 | 2519101509 |
| 5076 | 6184 | ZZ - Warehouse Inventory | WST 700 | 1120101969 |
| 5077 | 6233 | ZZ - Warehouse Inventory | WST 700 | 419101477 |
| 5078 | 808 | ZZ - Warehouse Inventory | WST 700 | 219101381 |
| 5079 | 6281 | ZZ - Warehouse Inventory | WST 700 | 319101436 |
| 5080 | 6306 | ZZ - Warehouse Inventory | WST 700 | 1620102190 |
| 5081 | 1077 | ZZ - Warehouse Inventory | WST 700 | 2819101584 |
| 5082 | 6312 | ZZ - Warehouse Inventory | WST 700 | 1520102130 |
| 5083 | 6313 | ZZ - Warehouse Inventory | WST 700 | 1520102135 |
| 5084 | 6318 | ZZ - Warehouse Inventory | WST 700 | 1620102188 |
| 5085 | 6319 | ZZ - Warehouse Inventory | WST 700 | 319101451 |
| 5086 | 6320 | ZZ - Warehouse Inventory | WST 700 | 319101449 |
| 5087 | 6321 | ZZ - Warehouse Inventory | WST 700 | 219101367 |
| 5088 | 6328 | ZZ - Warehouse Inventory | WST 700 | 1721103667 |
| 5089 | 6336 | ZZ - Warehouse Inventory | WST 700 | 101104 |
| 5090 | 6339 | ZZ - Warehouse Inventory | WST 700 | 4020102705 |
| 5091 | 1038 | ZZ - Warehouse Inventory | WST 700 | 103183 |
| 5092 | 6341 | ZZ - Warehouse Inventory | WST 700 | 100325 |
| 5093 | 6447 | ZZ - Warehouse Inventory | WST 700 | 3019101613 |
| 5094 | 6449 | ZZ - Warehouse Inventory | WST 700 | 1520102099 |
| 5095 | 6465 | ZZ - Warehouse Inventory | WST 700 | 100928 |
| 5096 | 6466 | ZZ - Warehouse Inventory | WST 700 | 101154 |

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 5097 | 6506 | ZZ - Warehouse Inventory | WST 700 | 2819101556 |
| 5098 | 6507 | ZZ - Warehouse Inventory | WST 700 | 5119101777 |
| 5099 | 6508 | ZZ - Warehouse Inventory | WST 700 | 1120102001 |
| 5100 | 6509 | ZZ - Warehouse Inventory | WST 700 | 520101847 |
| 5101 | 6510 | ZZ - Warehouse Inventory | WST 700 | 520101844 |
| 5102 | 6511 | ZZ - Warehouse Inventory | WST 700 | 5119101779 |
| 5103 | 6513 | ZZ - Warehouse Inventory | WST 700 | 3019101619 |
| 5104 | 6514 | ZZ - Warehouse Inventory | WST 700 | 720101873 |
| 5105 | 6516 | ZZ - Warehouse Inventory | WST 700 | 2519101512 |
| 5106 | 6517 | ZZ - Warehouse Inventory | WST 700 | 520101824 |
| 5107 | 6548 | ZZ - Warehouse Inventory | WST 700 | 219101394 |
| 5108 | 6549 | ZZ - Warehouse Inventory | WST 700 | 281910166 |
| 5109 | 828 | ZZ - Warehouse Inventory | WST 700 | 319101427 |
| 5110 | 6569 | ZZ - Warehouse Inventory | WST 700 | 3021103948 |
| 5111 | 6571 | ZZ - Warehouse Inventory | WST 700 | 103517 |
| 5112 | 6604 | ZZ - Warehouse Inventory | WST 700 | 104089 |
| 5113 | 6606 | ZZ - Warehouse Inventory | WST 700 | 103995 |
| 5114 | 6630 | ZZ - Warehouse Inventory | WST 700 | 162012148 |
| 5115 | 1598 | ZZ - Warehouse Inventory | WST 700 | 1620102166 |
| 5116 | 6639 | ZZ - Warehouse Inventory | WST 700 | 520101835 |
| 5117 | 760 | ZZ - Warehouse Inventory | WST 700 | 101157 |
| 5118 | 6653 | ZZ - Warehouse Inventory | WST 700 | 103909 |
| 5119 | 6657 | ZZ - Warehouse Inventory | WST 700 | 5119101784 |
| 5120 | 6659 | ZZ - Warehouse Inventory | WST 700 | 103938 |
| 5121 | 6660 | ZZ - Warehouse Inventory | WST 700 | 103001 |
| 5122 | 626 | CA - Los Angeles | WST 700 | 101181 |
| 5123 | 7680 | TX - San Antonio | WST 700 | 621103418 |
| 5124 | 205 | CA - Los Angeles | WST 700 | 104082 |
| 5125 | 7825 | CA - Los Angeles | WST 700 | 1721103664 |
| 5126 | 29 | WA - Western WA Water | WST 700 | 104040 |
| 5127 | 5931 | CA - Los Angeles | WST 700 | 103519 |
| 5128 | 2212 | TX - North & East TX/Oklahoma | WST 700 | 2519101501 |
| 5129 | 7398 | CA - Sacramento | WST 700 | 104168 |
| 5130 | 2888 | CA - Los Angeles | Not Specified | |
| 5131 | 2857 | CA - Los Angeles | WST 700 | 104130 |
| 5132 | 2854 | CA - Los Angeles | WST 700 | 104129 |
| 5133 | 2856 | CA - Los Angeles | WST 700 | 104133 |
| 5134 | 2853 | CA - Los Angeles | WST 700 | 104126 |
| 5135 | 2858 | CA - Los Angeles | WST 700 | 104131 |
| 5136 | 2860 | CA - Los Angeles | WST 700 | 104125 |
| 5137 | 2863 | CA - Los Angeles | WST 700 | 104127 |
| 5138 | 2855 | CA - Los Angeles | WST 700 | 104134 |
| 5139 | 2859 | CA - Los Angeles | WST 700 | 104128 |
| 5140 | 1057 | Not Specified | WST 700 | |
| 5141 | 7771 | CA - Los Angeles | WST 700 | 1721103661 |
| 5142 | 4747 | TN - Nashville -Rodolfo Perdomo | WST 700 | 1122104408 |
| 5143 | 5339 | VA - VA/West VA - CJ Richard | WST 700 | 1122104389 |
| 5144 | 129 | CA - Los Angeles | WST 700 | 100647 |
| 5145 | 1590 | TX - Austin | WST 700 | 1021103543 |
| 5146 | 439 | CA - Sacramento | WST 700 | 100970 |
| 5147 | 6 | WA - Western WA Water | WST 700 | 104039 |
| 5148 | 153 | CA - Los Angeles | WST 700 | 100793 |

**Attachment #2**
**Page 99 of 100**

| Ref | Asset # | Route | Model | Serial Number |
|---|---|---|---|---|
| 5149 | 658 | OR - Oregon - Shannon Duffy | WST 700 | 101169 |
| 5150 | 721 | ZZ - Warehouse Inventory | WST 700 | 219101371 |
| 5151 | 5982 | ZZ - Warehouse Inventory | WST 700 | 219101406 |
| 5152 | 6310 | ZZ - Warehouse Inventory | WST 700 | 219101373 |
| 5153 | 6619 | ZZ - Warehouse Inventory | WST 700 | 319101428 |
| 5154 | 7767 | ZZ - Warehouse Inventory | WST 700 | 219101409 |
| 5155 | 5333 | VA - VA/West VA - CJ Richard | WST 700 | 1122104405 |
| 5156 | 1588 | TX - Austin | WST 700 | 3019191624 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Corporation Service Company, As Represen** <br> Creditor's Name <br><br> **ATTN: UCCSPREP@CSCINFO.COM** <br> **P.O. Box 2576** <br> **Springfield, IL 62708** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **UCC Filing # 20207373277 [Utah]. Collateral: Asset specific filing not an all asset filing (Equipment, machinery, furniture, etc)** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | Unknown | $0.00 |
| **2.2** **CT Corporation System** <br> Creditor's Name <br><br> **As Representative; ATTN: SPRS** <br> **330 N Brand Blvd, Suite 700** <br> **Glendale, CA 91203** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** | **Describe debtor's property that is subject to a lien** <br> **UCC Filing # 202426621017 [Wyoming]. Collateral: All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets (see attached)** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | Unknown | $0.00 |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **GRP Automated, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**UCC Filing # 202325491307 [Washington].**
**Collateral: Any Deposit Account into which**
**Debtor deposits cash to fund the commission**
**escrow account as contemplated by the**
**Promissory Note, by Debtor in favor of the**
**Secured Party etc.**

**900 NW 166th Street**
**Miami, FL 33169**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Mark and Donna Muesch Family Trust** | Describe debtor's property that is subject to a lien | **$600,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1606, 1610, and 1612 N. West St., Flagstaff,**
**AZ 86004.**

**2441 N. Sweet Clover Way**
**Flagstaff, AZ 86004**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **R4AZ LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**11445 E. Via Linda, Suite 2-631**
**Scottsdale, AZ 85259**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Washington UCC Filing # 202429867206. Filed 6/14/2024. Collateral: water dispensary machines.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **The Citrus Group LLC**

Creditor's Name

**5014 16th Ave., Ste 124**
**Brooklyn, NY 11204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC Filing # 202425553356 [Washington]. Collateral: All accounts receivable, receipts, instruments, contract rights, etc.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     $0.00

---

2.7 **U.S. Bank Trust Company, NA**

Creditor's Name

**2732 Grand Ave., Suite 122**
**Everett, WA 98201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**UCC Filing # 202211916198 [Washington]. Collateral: All of Debtor s assets whether now owned or hereafter acquired or arising wheresoever located, including all accessions thereto and proceeds thereof other than Excluded Asset Agreements.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

Unknown     $0.00

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **US Bank Trust Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**60 Livingston Ave. EP-MN-WS3D Saint Paul, MN 55107**

**All assets of Debtor.**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Various.**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$600,000.00**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name **Water Station Management LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **24-01864-11**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |
| | **IRS**<br>**Centralized Insolvency Operation**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precuatnary - federal taxes.**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| | | | |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |
| | **Washington Dept. of Revenue**<br>**Bankruptcy/Claims Unit**<br>**2101 4th Ave. #1400**<br>**Seattle, WA 98121** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precuatnary - state taxes.**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

24-01864-FPC11    Doc 145    Filed 11/22/24    Entered 11/22/24 19:33:18    Pg 126 of 221

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Washington Office of Atty. General
Bankruptcy Unit
800 Fifth St., Ste. 2000
Seattle, WA 98104**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary - state taxes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**See Attachment #3.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Mailing list of creditors from Southern District of Texas case no. 24-33924.  Considered precautionary with claim amount of $0.00 unless listed elsewhere in these schedules.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**1 Stop
409 N Dalton
Bartlett, TX 76511**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**1 Stop Market
610 W Dunlap Ave
Phoenix, AZ 85281**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**210 SA Holding LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164. (W.WA. DC).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**235 Travel Stop Inc
12825 S Interstate 20
Tioga, TX 79545**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

24-01864-FPC11     Doc 145     Filed 11/22/24     Entered 11/22/24 19:33:18     Pg 127 of 221

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**24/7 Convenience Express**
**3101 W Tennessee St**
**Tallahassee, FL 32304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**352 Capital GP LLC**
**c/o Herbert Smith Freehills New York LLP**
**200 Park Ave., 16th Floor**
**New York, NY 10166**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Plaintiff in pending litigation, case no.**
**24-cv-05102-VEC (South Dist. NY).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**352 Capital GP LLC**
**c/o Sean V. Small Lasher Holzapfel**
**601 Union Street, Suite 2600**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Plaintiff in pending litigation, case no. 2:24-CV-01172**
**(Dist. Ct) 24?2?05545?31 (Snohomish County).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**4th Ave**
**Vapor & Smoke Shop 702 Bear Creek Rd**
**Adel, GA 31620**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**5161**
**Dickson Frohlich Phillips & Burgess**
**2101 4th Ave., Suite 700**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Plaintiff in pending litigation, case no. 24-2-04276-31.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**7 Star Convenience Store #4**
**PO BOX 1009**
**Mill City, OR 97360**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**7-Eleven**
**55277 CA-62**
**Yucca Valley, CA 92284**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**76/7-Eleven**
**200 Greenville Rd**
**Livermore, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.14 | **Nonpriority creditor's name and mailing address** |

**A&R Stoles Inc**
**8682 Seymour Hwy**
**Witchita Falls, TX 76308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.15 | **Nonpriority creditor's name and mailing address** |

**Aarana Water Vending**
**c/o Attorney West Seattle PS**
**5400 California Ave. SW Ste. E**
**Seattle, WA 98136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Plaintiff in pending litigation, case no. 24-2-02684-31__
__(Consolidated in 24-2-02887-31).__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.16 | **Nonpriority creditor's name and mailing address** |

**Aaria Corporation**
**3797 Hwy 39**
**Riceville, TN 37370**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.17 | **Nonpriority creditor's name and mailing address** |

**Abbas LLC**
**30 W Galveston St**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.18 | **Nonpriority creditor's name and mailing address** |

**Abby Wyatt Group Inc**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Plaintiff in pending litigation, case no. 2:2024cv01164__
__(W.WA. DC).__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.19 | **Nonpriority creditor's name and mailing address** |

**Adair Village Market**
**6002 NE William R Carr St**
**Adair Village, OR 97330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adams & Duncan   Inc**
**3128 Colby Ave**
**Everett, WA 98201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adnan Food Mart**
**4153 Lafayette St**
**Marianna, FL 32446**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adobe Liquor**
**4960 Adobe Rd**
**Twentynine Palms, CA 92277**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adrisha LLC**
**3802 Sherwood Way**
**San Angelo, TX 76904**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Advantage Route Systems Inc**
**3201 LIberty Square Parkway**
**Turlock, CA 95380**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adventure Done Right LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Aiden Waterworks LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**3.27** Nonpriority creditor's name and mailing address
**AJ Bell LLC**
**901 Milan St**
**Mexia, TX 76667**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.28** Nonpriority creditor's name and mailing address
**Akshar Business LLC**
**200 South Broad St. SW**
**Rome, GA 30161**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.29** Nonpriority creditor's name and mailing address
**Akshar Retainers LLC**
**410 S Broad St . SW**
**Rome, GA 30161**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.30** Nonpriority creditor's name and mailing address
**Al's Auto Service Center**
**461 N Attadena Dr**
**Pasadena, CA 91107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.31** Nonpriority creditor's name and mailing address
**Alamo Liquors**
**2001 E Van Buren St #8**
**Phoenix, AZ 85006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.32** Nonpriority creditor's name and mailing address
**Alkaline Water Holdings, LLC**
**c/o Klehr Harrison Harvey Branzburg LLP**
**1835 Market Street, Suite 1400**
**Phildelphia, PA 19103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:24-cv-01890-GAM (Penn Dis. Ct).**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.33** Nonpriority creditor's name and mailing address
**Alta Dena Drive 1**
**456 E San Bernardino Rd**
**Covina, CA 91723**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amazing Computer Technologies**
6025 Tezel Rd, Suite 101
San Antonio, TX 78250

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ambaum Food Mart**
12609 Ambaum Blvd SW
Burien, WA 98146

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ambica1023 Inc**
12178 Fancy Gap Hwy
Cana, VA 24317

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amrut LLC**
6701 Ring Gold Rd
Chattanooga, TN 37412

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anastasios Tas Morforpoulos**
PO Box 189
Ferndale, WA 98248

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 201336015076 (expired 12/26/2018).**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anaya Inc**
5803 Waterlevel Hwy
Cleveland, TN 37323

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Angleton Chevron**
2100 S Velascos St
Angleton, TX 77515

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Apple Valley Gas**
**21898 CA-18**
**Apple Valley, CA 92307**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AR Water Supply LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arco - Oak Hills**
**495 E. Rincon St.**
**Corona, CA 92879**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arco - South El Monte**
**1808 Durfee Ave.**
**South El Monte, CA 91733**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ARCO/AMPM**
**5898 Mission St**
**San Francisco, CA 94112**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Area Wide Electronics and Refrigeration**
**PO Box 907**
**4735 E. Lower Springboro Rd.**
**Waynesville, OH 45068**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aris Inc., LLC**
**1118 West Gentry Pkwy**
**Tyler, TX 75702**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.48** Nonpriority creditor's name and mailing address
**Arizona Dept. of Agriculture Weights and Measures Services**
**1802 W Jackson St., #78**
**Phoenix, AZ 85007**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address
**Arpa Inc**
**6860 Battlefield Pkwy**
**Ringgold, GA 30736**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address
**Arravend LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address
**Ash Vending LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address
**AV Gas**
**16801 Dale Evans Parkway**
**Apple Valley, CA 92307**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address
**Avadh Corporation**
**5150 N Lee Hwy**
**Cleveland, TN 37312**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address
**Axial Tilt LLC**
**c/o Bender Law, PLLC**
**4634 E. Marginal Way S. Suite C-140**
**Seattle, WA 98134**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**B & E Market**
7596 Bradshaw Rd
Sacramento, CA 95829

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**B Multani LLC**
5203 Eisenhauer Rd
San Antonio, TX 78218

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**B&D Dexter Market**
38830 Dexter Rd
Dexter, OR 97431

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Balaji Corporation**
2705 20th St. NE
Cleveland, TN 37323

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Baldwin Park**
4390 Maine Ave
Baldwin Park, CA 91706

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Banning Village Market**
266 N. San Gorgonio Ave
Banning, CA 92220

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Be of Service LLC**
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Bennett Motor Express LLC**<br>**Bennett International Logistics LLC**<br>**PO BOX 896802**<br>**Charlotte, NC 28289**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade creditor.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Bert's Red Apple**<br>**1801 41st Ave. E**<br>**Seattle, WA 98112**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade creditor.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Best 4 Less**<br>**3270 Washington Rd**<br>**Atlanta, GA 30344**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade creditor.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Best Food and Gas**<br>**15188 Main St., Suite A**<br>**Hesperia, CA 92345**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade creditor.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Betson Imperial Parts and Svc.**<br>**5211 NE 158TH AVE**<br>**Portland, OR 97230**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade creditor.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Bhandal Market**<br>**3994 2nd Ave**<br>**Sacramento, CA 95817**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade creditor.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Big Boy Toys, LLC**<br>**c/o Bush Kornfield LLP**<br>**601 Union Street Suite 5000**<br>**Seattle, WA 98101-2373**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Big N Little**
**7583 US Hwy 90**
**Live Oak, FL 32060**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Big Tree**
**PO BOX 6195**
**Arnold, CA 95223**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blazing Haze Smoke Shop**
**3401 E Belknap St**
**Fort Worth, TX 76111**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLC Water Company LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blessing Gas Station Properties LLC**
**11705 FM 1764 Rd**
**Santa Fe, TX 77510**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bluegrace MKE**
**11122 West Rogers St**
**Milwaukee, WI 53227**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BM 9096 Jones**
**9096 Jones Rd**
**Houston, TX 77065**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Border Stop**
**424 Long Ave**
**Kelso, WA 98626**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Brahma Express & Drive Thru**
**100 State Hwy 123 SOUTH**
**STOCKDALE, TX 78160**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Bremerton Red Apple**
**6724 Kitsap Way**
**Bremerton, WA 98312**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Brookside Market**
**1275 Brookside Ave**
**Redlands, CA 92373**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Bryant Food Mart**
**26804 State Route 9 NE**
**Arlington, WA 98223**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------|--------|--------|

**C T Corp. System as Representative**
**330 N. Brand Blvd., Ste. 700**
**Attn: SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing #**
**202403255371 (terminated).**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------|--------|--------|

**C T Corp. System as Representative**
**330 N. Brand Blvd., Ste. 700**
**Attn: SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing**
**#202403255371 (terminated).**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C T Corp. System as Representative**
**330 N. Brand Blvd., Ste. 700**
**Attn: SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary. Washington UCC Filing #**
**202324981168 (terminated).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C T Corp. System as Representative**
**330 N. Brand Blvd., Ste. 700**
**Attn: SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary. Washington UCC Filing #**
**202403255371 (terminated).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C T Corp. System as Representative**
**330 N. Brand Blvd., Ste. 700**
**Attn: SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary. Washington UCC Filing #**
**202403255371 (terminated).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**C&C Investment Holdings LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164**
**(W.WA. DC).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**c/o Marianne Jones**
**Enright Law APC**
**11819 NE 34th Street**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/5/2024**

Basis for the claim:  **Plaintiff in pending litigation, case no. 23-2-04152-31**
**(Snohomish County).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**C3 Capital Inc**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Camanche Blue Store x**
**500 CA-49**
**Ione, CA 95640**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cameron Food Mart**
607 N Travis Ave
Cameron, TX 76520

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cando Country**
9662 Lanning Ln
Morongo Valley, CA 92256

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carniceria Grocery**
2160 Marconi Ave
Sacramento, CA 95821

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carniceria Monte Alban**
Carniceria Monte Alban 8535 Washington B
Pico Rivera, CA 90660

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carniceria Y Taqueria Las Palmas**
109 State Hwy 64
Henderson, TX 75652

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Center Market 28**
237 N 2nd St
Jefferson, OR 97352

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Central 76**
3498 Central Ave
Riverside, CA 92506

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

24-01864-FPC11    Doc 145    Filed 11/22/24    Entered 11/22/24 19:33:18    Pg 140 of 221

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.97**

Nonpriority creditor's name and mailing address

**Central Gas**
**160 Holmes St**
**Livermore, CA 94550**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.98**

Nonpriority creditor's name and mailing address

**Century Link**
**PO Box 52187**
**Phoenix, AZ 85072-2187**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.99**

Nonpriority creditor's name and mailing address

**Chandler Gas & Store LLC**
**1735 S Cooper Rd**
**Chandler, AZ 85286**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.100**

Nonpriority creditor's name and mailing address

**Chaurishi Retail Enterprises LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164**
**(W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.101**

Nonpriority creditor's name and mailing address

**Chemtech Ford**
**9632 S 500 W**
**Sandy, UT 84070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102**

Nonpriority creditor's name and mailing address

**Cherokee Landing Texaco**
**6511 Bells Ferry Rd**
**Woodstock, GA 30189**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.103**

Nonpriority creditor's name and mailing address

**Chester Paul Company**
**5231 Maureen Lane**
**Moonpark, CA 93021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.104**

Nonpriority creditor's name and mailing address
**Chevron Gas Gerber**
**860 Arden Way**
**Sacramento, CA 95815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

Nonpriority creditor's name and mailing address
**Chevron Quick Run**
**2659 W Guadalupe**
**Guadalupe, AZ 85202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

Nonpriority creditor's name and mailing address
**China Electronics**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

Nonpriority creditor's name and mailing address
**ChugIt LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**

Nonpriority creditor's name and mailing address
**Circle K Franchise Attn: C**
**Bernot 1130 W Warner Rd**
**Tempe, AZ 85284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109**

Nonpriority creditor's name and mailing address
**Circle K Stores Inc.**
**c/o CHDB Law, Attn: Wade Causey**
**1400 E. Southern Ave., Ste. 400**
**Tempe, AZ 85282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 20242891.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110**

Nonpriority creditor's name and mailing address
**City Liquor**
**3028 Esplanade**
**Chico, CA 95973**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City Market Greenback**
6825 Greenback Ln
Citrus Heights, CA 95621

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address |
|---|---|

**City of Everett**
2930 Wetmore Ave
Everett, WA 98201

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address |
|---|---|

**Clark County Water Reclamation**
5857 E Flamingo Rd
Las Vegas, NV 89122

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address |
|---|---|

**Clinton Food Mart**
PO Box 210
Clinton, WA 98236

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address |
|---|---|

**Coastal Community Bank**
PO Box 12220
Everett, WA 98206

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 201436566331 (terminated).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address |
|---|---|

**Coastal Community Bank**
PO Box 12220
Everett, WA 98206

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 201336527555 (terminated).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address |
|---|---|

**Coastal Community Bank**
PO Box 12220
Everett, WA 98206

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 201336527548 (terminated).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address**<br>**Coco Aqua LLC**<br>**c/o Bush Kornfeld LLP**<br>**601 Union Street Suite 5000**<br>**Seattle, WA 98101-2373**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164**<br>**(W.WA. DC).**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.119 | **Nonpriority creditor's name and mailing address**<br>**Colewstech LLC**<br>**c/o Bush Kornfield LLP**<br>**601 Union Street Suite 5000**<br>**Seattle, WA 98101-2373**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164**<br>**(W.WA. DC).**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.120 | **Nonpriority creditor's name and mailing address**<br>**Collierville Country Store**<br>**3706 Collier Rd. E.**<br>**Acampo, CA 95220**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.     **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade creditor.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.121 | **Nonpriority creditor's name and mailing address**<br>**Commonwealth 76**<br>**2043 W Commonwealth Ave**<br>**Fullerton, CA 92833**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.     **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade creditor.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.122 | **Nonpriority creditor's name and mailing address**<br>**Cooksey Market**<br>**4721 Carthage Hwy**<br>**Lebanon, TN 37087**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.     **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade creditor.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.123 | **Nonpriority creditor's name and mailing address**<br>**Corona Gas**<br>**625 W 6th St**<br>**Corona, CA 92882**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.     **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade creditor.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.124 | **Nonpriority creditor's name and mailing address**<br>**Corporation Svc. Co. as Representative**<br>**PO Box 2576**<br>**Springfield, IL 62708**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary. Washington UCC Filing #**<br>**202416626434 (terminated).**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 202319849961 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 202322214923 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327243096 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 202322214947 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 202322214930 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 202036435423 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: <u>Precautionary. Washington UCC Filing # 202416626434 (terminated).</u>

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: <u>Precautionary. Washington UCC Filing # 202416626434 (terminated).</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: <u>Precautionary. Washington UCC Filing # 202319849961 (terminated).</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: <u>Precautionary. Washington UCC Filing # 202322214923 (terminated).</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: <u>Precautionary. Washington UCC Filing # 202327243096 (terminated).</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: <u>Precautionary. Washington UCC Filing # 202322214947 (terminated).</u>

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Washington UCC Filing #**
**202322214930 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Washington UCC Filing #**
**202036435423 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Washington UCC Filing #**
**201630002284 (expired 10/26/2021).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Washington UCC Filing #**
**202416626434 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Washington UCC Filing #**
**202319849961 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary. Washington UCC Filing #**
**202416626434 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202319849961 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202322214923 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327243096 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202322214947 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202322214930 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202036435423 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Svc. Co. as Representative**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Precautionary. Washington UCC Filing #**
**202416626434 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**County of Orange Sealer of Weights and M**
**PO Box 4005**
**Santa Ana, CA 92702**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coyote Corner - 3**
**3971 E Kellogg Rd**
**Pahrump, NV 89061**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crown Empire Liquor**
**6951 Chapman Ave**
**Garden Grove, CA 92854**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Culminate Water Technology LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164**
**(W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cyborg Holdings LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164**
**(W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dalb Inc**
**73 INDUSTRIAL Blvd**
**Kearneysville, WV 25430**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.156**
Nonpriority creditor's name and mailing address
**Datafast**
**7558 W Thunderbird Rd**
**Peoria, AZ 85381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.157**
Nonpriority creditor's name and mailing address
**Day & Night Shell**
**500 CA-49**
**Sutter Creek, CA 95685**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.158**
Nonpriority creditor's name and mailing address
**Dennis Demirjian**
**c/o Oles Morrison Rinker & Baker LLP**
**701 Pike St., Ste 1700**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.159**
Nonpriority creditor's name and mailing address
**Dennis Demirjian**
**c/o Oles Morrison Rinker & Baker LLP**
**701 Pike Street, Ste 1700**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 24-2-02346 (Snohomish - included in the consolidated lawsuit).**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.160**
Nonpriority creditor's name and mailing address
**Diab LLC**
**4121 W Bell Rd**
**Phoenix, AZ 85053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.161**
Nonpriority creditor's name and mailing address
**Diamond Food Mart**
**3098 E Commerce**
**San Antonio, TX 78220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.162**
Nonpriority creditor's name and mailing address
**Diamond Shamrock Gas**
**8322 W Olive Ave**
**Peoria, AZ 85345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**3.163**
Nonpriority creditor's name and mailing address
**Discount Food & Liquor**
**700 E Bidwell St**
**Folsom, CA 95630**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.164**
Nonpriority creditor's name and mailing address
**Discount Food Mart**
**425 N Main St**
**Cedartown, GA 30125**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.165**
Nonpriority creditor's name and mailing address
**Discount Market**
**1430 Wilson Rd**
**Rossville, GA 30741**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.166**
Nonpriority creditor's name and mailing address
**Division St**
**Partnership 2332 Knob Hill Dr**
**Riverside, CA 92506**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.167**
Nonpriority creditor's name and mailing address
**DIYAA Corporation**
**280 Hwy 113**
**White Pine, TN 37890**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.168**
Nonpriority creditor's name and mailing address
**Doheny Liquor & Jr Market**
**34262 Doheny Park Rd**
**Capistrano Beach, CA 92624**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.169**
Nonpriority creditor's name and mailing address
**Dollar General**
**Attn: Accounting Department**
**100 Mission Ridge**
**Goodlettsville, TN 37072**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Downtown Gas & Smog**
**44358 10th St. W**
**Lancaster, CA 93534**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$590,260.59** |
|---|---|---|---|

**Dynasty Capital**
**c/o Gilerman Law**
**515 Madison Ave., Ste. 8108**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/17/2024**

Last 4 digits of account number __

Basis for the claim:  **Judgment for $590,260.59, case no. 532988/2023 (King Supreme Court, NY).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**E&J Fernandes Inc**
**Johnny's Country Corner 3540 US Hwy S.**
**Henderson, TX 75652**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ed's 76**
**2400 15th St**
**Sacramento, CA 95818**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edisto Pantry and Deli**
**1971 Old Edisto Dr**
**Orangeburg, NC 29115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**El Malak Inc**
**10150 Warner Ave**
**Fountain Valley, CA 92708**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**El Torito Market**
**10851 Limonite Ave**
**Mira Loma, CA 91752**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.177** Nonpriority creditor's name and mailing address
**El Toro Bravo**
**739 W 19th St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.178** Nonpriority creditor's name and mailing address
**Elements Petroleum Inc**
**833 University Ave**
**Berkeley, CA 94710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.179** Nonpriority creditor's name and mailing address
**Emmatoine, LLC**
**c/o Manish Borde Borde Law**
**1700 7th Ave.**
**Seattle, WA 98101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.180** Nonpriority creditor's name and mailing address
**Escamilla's Drive Thru Barn**
**1608 N Hwy 83**
**Crystal City, TX 78839**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.181** Nonpriority creditor's name and mailing address
**ESP Water**
**3845 Forney Rd, Ste. B**
**Mesquite, TX 75149**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.182** Nonpriority creditor's name and mailing address
**Etania LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.183** Nonpriority creditor's name and mailing address
**EV**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**3.184**

**Nonpriority creditor's name and mailing address**

**Ever Upward Inc.**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC)._

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.185**

**Nonpriority creditor's name and mailing address**

**Express Food Mart**
**821 East Live Oak Rd**
**Schertz, TX 78154**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade creditor._

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.186**

**Nonpriority creditor's name and mailing address**

**Extramile Chevron**
**1677 Devore Rd**
**San Bernardino, CA 92407**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade creditor._

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.187**

**Nonpriority creditor's name and mailing address**

**EZ Trip Beer and Wine**
**1604 W Bruton Rd**
**Mesquite, TX 75149**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade creditor._

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.188**

**Nonpriority creditor's name and mailing address**

**Facts Property Service**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC)._

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.189**

**Nonpriority creditor's name and mailing address**

**Fairview Market**
**1017 Coombsville Rd**
**Napa, CA 94558**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade creditor._

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.190**

**Nonpriority creditor's name and mailing address**

**Falcon Leasing**
**A Division of Falcon National Bank**
**28-11th Ave. South, Ste. 103**
**St. Cloud, MN 56301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Precautionary. Washington UCC Filing # 201818051776 (terminated)._

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.191** | **Nonpriority creditor's name and mailing address**

**Family Dollar**
**Attn: Erica Elliot**
**500 Volvo Parkway**
**Chesapeake, VA 23320**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.192** | **Nonpriority creditor's name and mailing address**

**Farmers Market**
**1160 Rumrill Blvd**
**San Pablo, CA 94806**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.193** | **Nonpriority creditor's name and mailing address**

**Fayetteville Marathon**
**309 College St. W.**
**Fayetteville, TN 37334**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.194** | **Nonpriority creditor's name and mailing address**

**Feltons Meat & Produce Market**
**Feltons Meat & Produce Market 617 N Mary**
**Plant City, FL 33563**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.195** | **Nonpriority creditor's name and mailing address**

**Fill N Chill**
**3120 Northwest Fwy**
**Witchita Falls, TX 76306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.196** | **Nonpriority creditor's name and mailing address**

**Financial Agent Svcs.**
**PO Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 201629279246 (terminated).**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.197** | **Nonpriority creditor's name and mailing address**

**First Choice**
**14326 Hunters Bend Rd**
**Austin, TX 78725**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

24-01864-FPC11   Doc 145   Filed 11/22/24   Entered 11/22/24 19:33:18   Pg 155 of 221

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**First Corporate Solutions
as Representative
914 S Street
Sacramento, CA 95811**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary. Washington UCC Filing # 202320160857 (terminated).

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**First Corporate Solutions
as Representative
914 S Street
Sacramento, CA 95811**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary. Washington UCC Filing # 202320160857 (terminated).

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**First Corporate Solutions
as Representative
914 S Street
Sacramento, CA 95811**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary. Washington UCC Filing # 202320160857 (terminated).

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**First Corporate Solutions
as Representative
914 S Street
Sacramento, CA 95811**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Precautionary. Washington UCC Filing # 202320160857 (terminated).

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**First Fed Bank
c/o Lane Powell PC
1420 Fifth Ave., Suite 4200
Seattle, WA 98111-9402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Precautionary. Plaintiff in pending litigation against Ryan Wear, case no. CV2024-019267 (AZ Maricopa) 24-2-08467-3 (King County, WA).

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Flatlands Equipment LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**FM**
**1600 Xpress 2 6081 FM 1660**
**Hutto, TX 78634**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Foss Bros Dairy Market**
**6641 Riverside Drive**
**Chino, CA 91710**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Founders Mosiac Partners LLC**
**c/o Mercho Strzynski**
**828 E. 64th Street**
**Indianapolis, IN 46220**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Plaintiff in pending litigation, case no.__
__29D04-2402-CC-001521.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Frank's Liquors**
**401 S La Cadena Drive**
**Colton, CA 92324**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Franklin Valero**
**5601 Franklin Blvd**
**Sacramento, CA 95824**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fresco Community Market**
**5914 Monterey Rd**
**Los Angeles, CA 00090-0042**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fresh Stop - 76 Station**
**16815 Smokey Point Blvd**
**Arlington, WA 98223**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Garrison Food Mart 2**
**2601 Kemp Blvd, Ste 2**
**Wichita Falls, TX 76309**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary's Smoke Shop**
**Gary's Smoke Shop 2843 N 24th St**
**Phoenix, AZ 85008**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gateway Market**
**441 Crimson Laurel Way**
**Bakersville, NC 28705**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George's Liquor**
**14102 Oxnard St**
**Van Nuys, CA 91401**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GFH Food and Beverage Mart**
**3707 Broadway Ave**
**Riviera Beach, FL 33404**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gilment Express**
**933 US Hwy 271 N.**
**Gilmer, TX 75644**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Golden Valley Gas**
**5405 Hwy 68**
**Golden Valley, AZ 86314**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Goodyear Food Store**
**13310 W Van Buren St**
**Goodyear, AZ 85338**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Grab & Go Food Mart**
**1605 W Broadway Rd**
**Mesa, AZ 85202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Granite Falls IGA Mailing:**
**PO Box 69**
**Granite Falls, WA 98252**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Granite Street Ventures LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Grayfin Ventures LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Great Oak Water Limited Liability Compan**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Green Light Food Mart**
**18535 SW Tualatin Valley Hwy**
**Beaverton, OR 97006**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.225**

**Nonpriority creditor's name and mailing address**
**Greenbrier Chevron**
**6725 Swancott Rd**
**Madison, AL 35756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226**

**Nonpriority creditor's name and mailing address**
**Greenville Oil & Petroleum  Inc**
**860 W Andrew Johnson Hwy**
**Greenville, TN 37745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227**

**Nonpriority creditor's name and mailing address**
**Grove Market**
**133 Randolph Rd**
**Oak Ridge, TN 37830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228**

**Nonpriority creditor's name and mailing address**
**Gull Gas and Oil**
**1846 Main St**
**Ferndale, WA 98248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.229**

**Nonpriority creditor's name and mailing address**
**H20 Station Holdings, LLC**
**c/o Klehr Harrison Harvey Branzburg LLP**
**1835 Market Street, Suite 1400**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Plaintiff in pending litigation, case no.**
**2:24-cv-01890-GAM (Penn Dis. Ct).**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230**

**Nonpriority creditor's name and mailing address**
**Hal's Liquor**
**12587 California St**
**Yucaipa, CA 92399**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231**

**Nonpriority creditor's name and mailing address**
**Half Full Vending LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Plaintiff in pending litigation, case no. 2:2024cv01164**
**(W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.232** | |

**Nonpriority creditor's name and mailing address**
**Happy Liquor**
**2321 W Beverly Blvd**
**Montebello, CA 90640**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade creditor.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.233** | |

**Nonpriority creditor's name and mailing address**
**Harry's #14**
**13000 Hwy 58**
**Georgetown, TN 37336**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade creditor.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.234** | |

**Nonpriority creditor's name and mailing address**
**Harry's #40**
**2300 4th Ave**
**Chattanooga, TN 37404**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade creditor.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.235** | |

**Nonpriority creditor's name and mailing address**
**HDP Corporation**
**305 Frazier Ave**
**Chattanooga, TN 37405**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade creditor.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.236** | |

**Nonpriority creditor's name and mailing address**
**Helmut Giewat**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.237** | |

**Nonpriority creditor's name and mailing address**
**Highway 290 General Store**
**1301 US-290**
**Dripping Springs, TX 78620**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade creditor.

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.238** | |

**Nonpriority creditor's name and mailing address**
**Highway Fuels LLC**
**6115 Rockfish Gap Turnpike**
**Crozet, VA 22932**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                              **Unknown**
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade creditor.

Is the claim subject to offset? ☑ No ☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hilltop Deli**
**7887 Virginia Ave**
**Pembroke, VA 24136**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hitza Trading LLC**
**315 SH 121**
**Bonham, TX 75418**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Holy Fine Grocery LLC**
**501 Academy St., Apt. F**
**High Point, NC 27260**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hoot Owl Chevron**
**PO Box 1537**
**Sultan, WA 98294**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Horeb Water Solutions LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HP Brothers Corporation**
**1801 Dalton PK**
**Cleveland, TN 37311**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hubbard Market**
**3574 Hwy 99 E**
**Hubbard, OR 97032**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.246**

Nonpriority creditor's name and mailing address
**Hubji LLC**
**2221 Euclid Ave**
**Bristol, VA 24201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247**

Nonpriority creditor's name and mailing address
**Hutto Valero**
**133 E Front St, Ste 100**
**Hutto, TX 78634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248**

Nonpriority creditor's name and mailing address
**Hwy 290 General Store**
**1301 Hwy 290 West**
**Dripping Springs, TX 78620**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249**

Nonpriority creditor's name and mailing address
**I Smoke Smoke Shop**
**43763 Florida Ave**
**Hemet, CA 92544**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250**

Nonpriority creditor's name and mailing address
**Idyllwild Village Market**
**PO BOX 188**
**Idyllwild, CA 92549**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251**

Nonpriority creditor's name and mailing address
**IMLSunshine LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252**

Nonpriority creditor's name and mailing address
**Imperial County Weights & Measures**
**852 Broadway**
**El Centro, CA 92243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**In N Out Market**
**8332 Chapman Hwy**
**Knoxville, TN 37920**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address |
|---|---|

**Indian School Horizon Westwood Financial**
**1801 W Olympic Blvd**
**File 1745**
**Pasadena, CA 91199**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address |
|---|---|

**Indian Supermarket**
**5500 Babcock Rd #109**
**San Antonio, TX 78240**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address |
|---|---|

**Indiana Water Investments LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address |
|---|---|

**Intermountain Lift Truck**
**2530 W 1500 S**
**Salt Lake City, UT 84104**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address |
|---|---|

**Iowa Business Inc**
**16377 Hwy 6**
**Namvel, TX 77578**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address |
|---|---|

**Isom Food Mart**
**534 Isom Rd**
**San Antonio, TX 78216**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.260**

**Nonpriority creditor's name and mailing address**
**J & S Liquor**
**23804 Crenshaw Blvd**
**Torrance, CA 90505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.261**

**Nonpriority creditor's name and mailing address**
**J&A Grocery**
**3121 Blanco Rd**
**San Antonio, TX 78212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.262**

**Nonpriority creditor's name and mailing address**
**Jacksons - AZ**
**2090 E Rio Salado**
**Tempe, AZ 85281**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.263**

**Nonpriority creditor's name and mailing address**
**Jai Maruti Inc**
**1001 E Washington St**
**Nashville, NC 27856**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.264**

**Nonpriority creditor's name and mailing address**
**James Group Int. LLC**
**c/o North City Law, PC**
**17713 15th Ave. NE, Suite 101**
**Shoreline, WA 98155**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.265**

**Nonpriority creditor's name and mailing address**
**Jason Test**
**c/o Ellis George LLP**
**2121 Ave. of the Stars, 30th Floor**
**Los Angeles, CA 90067**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 8:24-cv-01002-FWS-KES. Lawsuit dismssed but with directions to refile. (Kansas Dis. Ct.)**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.266**

**Nonpriority creditor's name and mailing address**
**Jay Masyia Inc**
**602 Blue Ridge Dr**
**McCaysville, GA 30555**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jay Matijii  LLC**
**23715 AL Hwy. 9 N.**
**Piedmont, AL 36272**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jay Varai 1 Inc**
**5082 US-64**
**Copperhill, TN 37317**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jay Varai 111 Inc**
**156 Keeble Rd**
**Vonore, TN 37885**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jay Verai Inc**
**1833 APD 40**
**Cleveland, TN 37323**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jayhir Corporation**
**1410 S Lee Hwy**
**Cleveland, TN 37311**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JB Waters Vending Co.**
**c/o Facca Richter & Pregler PC**
**6050 Livernois Rd**
**Troy, MI 48098-1502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Precautionary. Plaintiff in pending litigation against__
__Ryan Wear, case no. 2024-002788-CK Macomb, MI.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JBF Consulting Services LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Plaintiff in pending litigation, case no. 2:2024cv01164__
__(W.WA. DC).__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeanette L. Dushkin**
**c/o Donchez Law Firm**
**8318 196th Street SW, 1st Floor**
**Edmonds, WA 98026**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Precautionary. Plaintiff in pending litigation against Ryan Wear, case no. 24-2-06864-31 (Snohomish County)._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jimmy's Food and Gas**
**1501 N. East Route 230**
**Smithville, TX 78957**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Trade creditor._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JK Seven LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC)._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JLE Enterprises LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC)._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JNIK Inc**
**4701 W Imperial Hwy**
**Ingelwood, CA 90304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Trade creditor._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Quick Stop**
**14875 N Cave Creek Rd**
**Phoenix, AZ 85032**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Trade creditor._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JRC Real Estate III LLC**
**c/o Seyfarth Shaw LLP (Sea)**
**999 Third Ave Ste 4700**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC)._

Is the claim subject to offset? ■ No ☐ Yes

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Name

**JTF Development Jef Dentoncio**
**Jef Dentoncio**
**18613 N Cave Creek Rd**
**Phoenix, AZ 85024**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Juhi Inc**
**dba Juhi Food Mart**
**5208 Moores Mill Rd**
**Huntsville, AL 35811**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JZ Market**
**2633 W Baseline Rd**
**Mesa, AZ 85202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**K&S 786 Finance Inc**
**350 Macon Hwy**
**Athens, GA 30606**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kaleshwari Inc**
**3326 Ringgold Rd**
**Chattanooga, TN 37412**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kankus Express #353**
**15 Dietz Rd**
**Ringgold, GA 30736**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kayaan Corporation**
**1109 Hwy 33 S**
**New Tazewell, TN 37825**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.288**

Nonpriority creditor's name and mailing address
**KBS Fuel Inc**
**3201 Harbor Blvd**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289**

Nonpriority creditor's name and mailing address
**Kdawg Crypto LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290**

Nonpriority creditor's name and mailing address
**Kee Kee Run Properties  LLC**
**2615 E Commerce St**
**Tyler, TX 75702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291**

Nonpriority creditor's name and mailing address
**Kendrick Oil Co**
**PO Box 788**
**Friona, TX 79035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292**

Nonpriority creditor's name and mailing address
**Kern County Dept. of Agriculture**
**& Measurement**
**1001 South Mount Vernon Ave**
**Bakersfield, CA 93307**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293**

Nonpriority creditor's name and mailing address
**Key Equipment Finance**
**A Division of KeyBank NA**
**1000 S. McCaslin Blvd.**
**Superior, CO 80027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 201921952724 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294**

Nonpriority creditor's name and mailing address
**KeyBank National Association**
**4910 Tiedeman Rd.**
**Brooklyn, OH 44144**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 201813630969 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KeyBank National Association**
**4910 Tiedeman Rd.**
**Brooklyn, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 201736273359 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KeyBank National Association**
**4910 Tiedeman Rd.**
**Brooklyn, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 201813630907 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KeyBank National Association**
**4910 Tiedeman Rd.**
**Brooklyn, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 201736375176 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KeyBank National Association**
**4910 Tiedeman Rd.**
**Brooklyn, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 201736273441 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Keystone Water Holdings, LLC**
**c/o Klehr Harrison Harvey Branzburg LLP**
**1835 Market Street, Suite 1400**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:24-cv-01890-GAM (Penn Dis. Ct).**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**King's Liquor**
**4435 Torrance Blvd**
**Torrance, CA 90503**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kmandy Investments LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kroger Corp Account**
**3496 Solutions Center Lockbox: 773496**
**Chicago, IL 60677**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kwik Mart 1**
**1200 FL - 436**
**Altomonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kwik Mart 2**
**551 East State Rd 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kwik Pik Food Store #9**
**2605 SE 14th St**
**Grand Prairie, TX 75052**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kwikee Mart**
**2984 Jefferson St**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**La Bandera Molino**
**2619 N Zarzamora**
**San Antonio, TX 78201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.308**

**Nonpriority creditor's name and mailing address**
**La Famosa Market #3**
**22608 Alessandro Blvd**
**Moreno Valley, CA 92553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309**

**Nonpriority creditor's name and mailing address**
**La Morenita Market #3**
**18307 Sonoma Hwy**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310**

**Nonpriority creditor's name and mailing address**
**LaCarreta Meat Market**
**601 N Jefferson**
**Mt Pleasant, TX 75455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311**

**Nonpriority creditor's name and mailing address**
**Landstar Ranger Inc**
**PO Box 784293**
**Philadelphia, PA 19178-4293**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312**

**Nonpriority creditor's name and mailing address**
**Larts Valero**
**7700 Auburn Blvd**
**Citrus Heights, CA 95610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313**

**Nonpriority creditor's name and mailing address**
**LaunderLand**
**9337 La Rivera Dr**
**Sacramento, CA 95826**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314**

**Nonpriority creditor's name and mailing address**
**Leucadia Asset Management, LLC**
**c/o Herbert Smith Freehills New York LLP**
**200 Park Ave., 16th Floor**
**New York, NY 10166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no.**
**24-cv-05102-VEC (South Dist. NY).**

Is the claim subject to offset? ■ No ☐ Yes

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Liquor Bank**
**915 Main St**
**Chico, CA 95928**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Liquor Emporium**
**1200 E Ocean Ave**
**Lompoc, CA 93436**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Liquor Mart**
**15721 Leffingwell Rd**
**Whittier, CA 90604**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Liquor Wheel 2**
**2209 N 16th St**
**Phoenix, AZ 85006**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Liquorland # 7**
**944 N Azusa Ave**
**Azusa, CA 91702**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Little Farmers Market**
**4471 Olivehurst Ave**
**Olivehurst, CA 95961**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**LivingWater Station LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Plaintiff in pending litigation, case no. 2:2024cv01164**
**(W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Logtown Country Market**
**6142 Crystal Blvd**
**El Dorado, CA 95623**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Long Beach Del Amo Fuel "Sehee Corp"**
**4990 Long Beach Blvd**
**Long Beach, CA 90805**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Loukya2485 LLC**
**PO Box 112**
**Coolidge, TX 76635**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lucky Spot Chevron**
**6890 N Hualapai Way**
**Las Vegas, NV 89149**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Main St**
**Grocery 705 Main St**
**Roseville, CA 95678**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mainland Market**
**7425 Mainland Dr**
**San Antonio, TX 78250**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maji 8377 LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Malty International Inc**
**11529 E Carson St**
**Lakewood, CA 90715**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maravilla Apartments LP**
**2525 Community Dr.**
**Dallas, TX 75220**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maravilla Utility Svc & Meat Mk**
**4732 E Cesar Chavez Ave**
**Los Angeles, CA 90022**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marilyn Prado-Test**
**c/o Ellis George LLP**
**2121 Ave. of the Stars, 30th Floor**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Plaintiff in pending litigation, case no.**
**8:24-cv-01002-FWS-KES. Lawsuit dismssed but with directions to**
**refile. (Kansas Dis. Ct).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark and Donna Muesch Family Trust**
**2441 N. Sweet Clover Way**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Party in pending Notice of Trustee's Sale foreclosure**
**recorded in Coconino County, AZ.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark G. and Donna J Muesch**
**2441 N. Sweet Clover Way**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Party in pending Notice of Trustee's Sale foreclosure**
**recorded in Coconino County, AZ.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Market 1 LLC**
**2728 E Center St**
**Kingsport, TN 37664**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.336**

**Nonpriority creditor's name and mailing address**

**Market at Averypark**
**2211 TX-46 South**
**NEW BRAUNFELS, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.337**

**Nonpriority creditor's name and mailing address**

**Market Xpress #2**
**1109 US-290**
**Elgin, TX 78621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.338**

**Nonpriority creditor's name and mailing address**

**Maruti Nandan LLC**
**2590 Recker Hwy**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.339**

**Nonpriority creditor's name and mailing address**

**May Auerbach**
**c/o Bush Kornfeld LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.340**

**Nonpriority creditor's name and mailing address**

**MBK Group  Inc**
**1570 W Cheyenne Ave**
**North Las Vegas, NV 89032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.341**

**Nonpriority creditor's name and mailing address**

**Mega Liquor 8**
**2020 W Valley Blvd**
**Alhambra, CA 91803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.342**

**Nonpriority creditor's name and mailing address**

**MEGH Enterprises LLC**
**800 N Main**
**LaFayette, GA 30728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Messina Market**
6451 W Van Buren St
Phoenix, AZ 85043

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address |

**Michael Holmes and Maureen Holmes**
Gourley Law Group
P.O. Box 1091
Snohomish, WA 98291

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Precautionary. Plaintiff in pending litigation against Ryan Wear, case no. 24-2-05063-31  (Snohomish County).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address |

**Microl Inc**
2027 Athens Rd
Princeton, WV 24740

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address |

**Miki Inc**
1602 N Locust Ave
Lawrenceburg, TN 38464

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address |

**Millennium Petroleum LLC**
11369 US-301
Thonotosassa, FL 33592

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address |

**Misha Food Mart**
5139 Madison Hwy
Valdosta, GA 31601

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address |

**Misha Yana Inc**
2425 S Lee Hwy
Cleveland, TN 37311

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MJT Water Technology, LLC**
**c/o Ellis George LLP**
**2121 Ave. of the Stars, 30th Floor**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plaintiff in pending litigation, case no.**
**8:24-cv-01002-FWS-KES. Lawsuit dismissed but with directions to**
**refile. (Kansas Dis. Ct).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mobil Oil Gas Station**
**1004 Hacienda Blvd**
**La Puente, CA 91744**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mobile Gas Station**
**2604 W La Palma Ave**
**Anaheim, CA 92801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Monroe Chevron Food Mart**
**1120 E Church St**
**Monroe, GA 30655**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Moonlight Food Mart**
**13900 Trinity Blvd**
**Euless, TX 76040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Morada Market**
**4416 E Hildreth Lane**
**Stockton, CA 95212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mottex Capital**
**c/o Wells Law P.C.**
**229 Warner Road**
**Lancaster, NY 14086**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plaintiff in pending litigation, case no. E2024009388**
**(Monroe County Florida).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mount Vernon Red Apple**
**820 Cleveland Ave**
**Mount Vernon, WA 98273**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mr. Advance LLC**
**c/o Law Office of Steven Zakharyayev PLL**
**10 W. 37th Street, Rm 602**
**New York, NY 10018**

Date(s) debt was incurred  1/25/2024

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Default judgment, case no. 535217/2023 (NY - Kings Sup. Court).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Muktjivan Corp**
**4600 N Lee Hwy**
**Cleveland, TN 37312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Multani Sarkar LLC**
**1203 Babcock Rd**
**San Antonio, TX 78201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Neighborhood Food Mart**
**1237 Rigsby Ave**
**San Antonio, TX 78210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Neighborhood Market #6**
**610 W 1st Ave**
**Eugene, OR 97402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nevada Ranch Market**
**4921 Vegas Dr**
**Las Vegas, NV 89108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**New Quick Way Mart #2**
1901 Hemphill St
Fort Worth, TX 76110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**New Quick Way Mart #4**
820 S Beltline Rd
Irving, TX 75060

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**New Quick Way Mart #5**
2747 8th Ave
Fort Worth, TX 76110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Newport Ave.  Market**
1121 NW Newport Ave
Bend, OR 97701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nira Enterprises LLC**
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**North Star Food Mart**
10393 Sahara St
San Antonio, TX 78216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NS SQ ECO Waters LLC**
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.371** Nonpriority creditor's name and mailing address

**Ntmk Corp**
**c/o Lukins & Annis P.S.**
**717 W Sprague Ave, Suite 1600**
**Spokane, WA 99201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Plaintiff in pending litigation, case no. 24-2-19064-3 (King County) 24-2-05611-31 (Snohomish County) 23-2-07941 (Snohomish County).**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.372** Nonpriority creditor's name and mailing address

**Nunes Market**
**435 Empire Ave**
**Modesto, CA 95354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.373** Nonpriority creditor's name and mailing address

**Oakley Market Liquor & Bait**
**3380 Main St**
**Oakley, CA 94561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.374** Nonpriority creditor's name and mailing address

**Ocean Market and Tobacco**
**104 E 10th St**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.375** Nonpriority creditor's name and mailing address

**Oed Properties LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.376** Nonpriority creditor's name and mailing address

**OM Sai Gateway LLC**
**350 E Main St**
**Swainsboro, GA 30401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.377** Nonpriority creditor's name and mailing address

**Oneonta Family Mart**
**1007 Second Ave E.**
**Oneonta, AL 35121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Orange County Inc**
**5981 Warner Ave**
**Huntinton Beach, CA 92649**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Orange Liquor**
**535 N Tustin St**
**Orange, CA 92867**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Orange Market and Tobacco**
**12435 Paramount Blvd. #204**
**Downey, CA 90242**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Orion Enterprises LLC**
**3035 Elm Path**
**Spring Branch, TX 78070**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**OV Market Orangevale**
**9281 Madison Ave**
**Orangevale, CA 95662**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**P&J Market**
**570 S Greenwood Ave**
**Montebello, CA 90640**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Pacific Water Technology LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.385**
Nonpriority creditor's name and mailing address
**Packwood Village Market LLC**
**Blantons Market**
**PO Box 349**
**Packwood, WA 98361**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

---

**3.386**
Nonpriority creditor's name and mailing address
**Palm Park RV**
**3501 N Bentsen Palm Dr**
**Mission, TX 78574**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

---

**3.387**
Nonpriority creditor's name and mailing address
**Panzarella Waste**
**4600 Powerling Rd**
**Oakland Park, FL 33309**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

---

**3.388**
Nonpriority creditor's name and mailing address
**Papa Jacks**
**3318 Bob Wallace Ave SW**
**Huntsville, AL 35805**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

---

**3.389**
Nonpriority creditor's name and mailing address
**Par Mar Stores**
**114-A Westview Ave**
**Marrietta, OH 45750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

---

**3.390**
Nonpriority creditor's name and mailing address
**Paul Martinchuk**
**2982 Edgewick Road**
**Glendale, WA 91206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

---

**3.391**
Nonpriority creditor's name and mailing address
**Paul's Place**
**6860 Battlefield Pkwy**
**Ringgold, GA 30736**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: **Unknown**

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul's Place #2**
**3650 Chattanooga Rd**
**Tunnell Hill, GA 30755**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul's Place #3**
**1318 Riverbend Rd**
**Dalton, GA 30721**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul's Place #4**
**4538 Cloud Springs Rd**
**Ringgold, GA 30736**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul's Place #5**
**1250 Mission Ridge Rd**
**Rossville, GA 30741**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pearland Gas Station Prop LLC**
**2255 Country Pl Pkwy**
**Pearland, TX 77584**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Percy Ave**
**Grocery Store 169 Percy Ave**
**Yuba City, CA 95991**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pete's Diesel Repair**
**5701 West 700 So.**
**Salt Lake City, UT 84104**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade creditor.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PH20 Fund LLC**
**c/o King Benford Law Firm PLLC**
**1980 Post Oak Blvd., Suite 2300**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plaintiff in pending litigation, case no. 4:24:cv-01002 (Southern Dist. Texas).**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pioneer Title Agency**
**PO Box 32994**
**Phoenix, AZ 85064**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PIPALPANI LLC**
**5668 W Market St**
**Greensboro, NC 27409**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pit Stop**
**21520 US-52**
**Fort Gay, WV 25514**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pit Stop #6**
**121 Hwy 151**
**Lafayette, GA 30728**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pitus Holdings**
**c/o Noah D. Liberman, Esq.**
**615 West 29th Street**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2024-014838-CA-01 (Miami Dade Ct).**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pork Shop**
**3359 E Combs Rd**
**Queen Creek, AZ 85140**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Potentia Fuel**
**11756 South St**
**Artesia, CA 90701**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PPRC 7 Inc**
**3892 Hwy 84 W**
**Mexia, TX 76667**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pramukhraj Enterprises LLC**
**2476 US Hwy. 17, Suite A**
**Richmond Hill, GA 31324**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Prasiti Water Investments LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Progressive Partners LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PSST LLC**
**3668 County Rd. 192 E**
**Kilgore, TX 75662**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pure Water Vending LLC**
**c/o Cairncross & Hemplemann**
**524 2nd Ave. Ste. 500**
**Seattle, WA 98104-2323**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**3.413** **Nonpriority creditor's name and mailing address**
**Pure Water Vending, LLC**
**c/o Cairncross & Hemplemann**
**524 2nd Ave. Ste. 500**
**Seattle, WA 98104**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Plaintiff in pending litigation, case no. 24-2-00583-31 (Consolidated into 24-2-02887-31).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414** **Nonpriority creditor's name and mailing address**
**Q&V LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** **Nonpriority creditor's name and mailing address**
**Quick Change**
**1966 GA Hwy 32**
**Ocilla, GA 31774**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416** **Nonpriority creditor's name and mailing address**
**Quicktrac 27**
**2717 Lamar**
**Paris, TX 75460**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** **Nonpriority creditor's name and mailing address**
**Rago 2 LLC**
**2701 Bouldercrest Rd., Ste. A**
**Atlanta, GA 30316**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** **Nonpriority creditor's name and mailing address**
**Rajnikant Partnership**
**5855 Shelbyville Pike**
**Christiana, TN 37037**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** **Nonpriority creditor's name and mailing address**
**Rameshwaram Corporation**
**1498 NE Stuart Rd**
**Cleveland, TN 37312**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ranch Markets  Inc**
**32055 Monterey Ave**
**Thousand Palms, CA 92276**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rancier Food Mart & Smoke Shop**
**801 W Rancier Ave**
**Killeen, TX 76541**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ray's Feed Store**
**Attn: Lucia Trujillod**
**643 W Baseline R**
**Phoenix, AZ 85041**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ray's Liquor**
**207 Walnut St**
**Chico, CA 95928**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RCWSTECH1157 LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RDWSTECH3594 LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Redwaters LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.427**

**Nonpriority creditor's name and mailing address**
**Reliance Petroleum**
**4102 N 27th Ave**
**Phoenix, AZ 85017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.428**

**Nonpriority creditor's name and mailing address**
**Rex Ventures LLC**
**c/o MDK Law**
**777 108th Ave. NE, Ste. 2000**
**Bellevue, WA 98004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.429**

**Nonpriority creditor's name and mailing address**
**Rhino Investments**
**c/o Beresford Booth PLLC**
**145 Third Ave. S, Ste. 200**
**Edmonds, WA 98020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.430**

**Nonpriority creditor's name and mailing address**
**Rhino Investments LLC**
**16705 Tye St. SE**
**Monroe, WA 98272**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202403869578 (terminated).**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.431**

**Nonpriority creditor's name and mailing address**
**Rhino Investments LLC**
**16705 Tye St. SE**
**Monroe, WA 98272**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202403869578 (terminated).**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.432**

**Nonpriority creditor's name and mailing address**
**Rhino Investments LLC**
**16705 Tye St. SE**
**Monroe, WA 98272**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202403869578 (terminated).**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rhino Manufacturing Inc.**
c/o Beresford Booth PLLC
145 Third Ave. S, Ste. 200
Edmonds, WA 98020

Name

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rhino Manufacturing Inc.**
16705 Tye St. SE
Monroe, WA 98272

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202403869578 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rhino Manufacturing Inc.**
16705 Tye St. SE
Monroe, WA 98272

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202403869578 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rhino Manufacturing Inc.**
16705 Tye St. SE
Monroe, WA 98272

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202403869578 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rida Investment LLC**
1515 Pleasant Hill Rd
Duluth, GA 30096

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**River Stop**
1554 State Why 174
Blum, TX 76627

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**River's Edge Market  LLC**
4211 Preston Fall City Rd SE
Fall City, WA 98024

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.440**
**Nonpriority creditor's name and mailing address**
**Rochester Sensors**
**PO Box 2368**
**1025 S Belt Line Rd., Ste. 100-B**
**Coppell, TX 75019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441**
**Nonpriority creditor's name and mailing address**
**Roman Jarosiewicz**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442**
**Nonpriority creditor's name and mailing address**
**Romney Liquor**
**9 Main St, Ste 105**
**Woodland, CA 95695**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443**
**Nonpriority creditor's name and mailing address**
**Ronald Dwyer**
**5463 N Wolverine Pass Rd**
**Apache Junction, AZ 85119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444**
**Nonpriority creditor's name and mailing address**
**Rose Trail Ventures 2 LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445**
**Nonpriority creditor's name and mailing address**
**Rose Trail Ventures LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446**
**Nonpriority creditor's name and mailing address**
**Royal Oil**
**6953 Navajo Rd**
**San Diego, CA 92112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Royal Reservoirs LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv1164 (W.WA. DC).**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rubab Inc**
**1615 S Roane St**
**Harriman, TN 37748**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rumson Wellness LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv1164 (W.WA. DC).**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ryland Texaco**
**851 Ryland Ave**
**Huntsville, AL 35811**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**S & B Market**
**16307 Chino Corona Rd**
**Chino, CA 91708**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**S&S Baseline 76 Inc**
**799 W Baseline St**
**San Bernardino, CA 92410**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**SA Market**
**1005 W Bitters**
**San Antonio, TX 78216**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Saasoa**
**30941 Mill Lane**
**Suite G 288**
**Spanish Fort, AL 36527**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Saelam Liquor**
**12720 Atlantic Ave**
**Lynwood, CA 90262**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Safeway (Albertsons)**
**1219 S Broadway Ave**
**Boise, ID 83706**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Saigayatri Inc**
**3001 Johnson Rd SW**
**Huntsville, AL 35805**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salt City Security**
**PO BOX 95105**
**South Jordan, UT 84095**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salt Lake Cty. Assessor's Office**
**Personal Property Div.**
**2001 S. State St., Rm N2-600**
**Salt Lake City, UT 84114**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**San Andreas Mini Mart**
**PO Box 775**
**San Andreas, CA 95249**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.461**

**Nonpriority creditor's name and mailing address**
**San Antonio Water Sytem**
**PO Box 2990**
**San Antonio, TX 78299-2990**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.462**

**Nonpriority creditor's name and mailing address**
**San Marcos Chevron**
**1290 W Mission Rd**
**San Marcos, CA 92069**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.463**

**Nonpriority creditor's name and mailing address**
**Save N Go**
**14414 Jones Maltsburger**
**San Antonio, TX 78247**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.464**

**Nonpriority creditor's name and mailing address**
**Scotties - Longview**
**401 W Hawkins Pkwy**
**Longview, TX 75605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.465**

**Nonpriority creditor's name and mailing address**
**Scotties 2 0**
**1188 E Hawkins Pkwy**
**Longview, TX 75605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.466**

**Nonpriority creditor's name and mailing address**
**SDB H20 LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.467**

**Nonpriority creditor's name and mailing address**
**SHC-ET Funding II, LLC**
**c/o Bast Amron LLP**
**One SE Third Ave., Suite 2410**
**Miami, FL 33131**

Date(s) debt was incurred  **3/7/2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Precautionary. Continuing Garnishment regarding Ryan Wear and Karen Ferrello, case no. 24-CA-004819. Lee County Florida).**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shell - Perris**
**490 E San Jancito Ave**
**Perris, CA 92571**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shell Gas - Riverside**
**6100 Clay St**
**Riverside, CA 92503**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shell Gas - Yuvraj**
**14005 Whittier Blvd**
**Whittier, CA 90605**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shiv Shanti Athens LLC**
**4390 Lexington Rd**
**Athens, GA 30605**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shree Chehar Inc**
**711 E 10th St**
**Cookeville, TN 38501**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shree Gayartimata VA LLC**
**17616 Jeb Stuart Hwy**
**Abingdon, VA 24211**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shree Radhe Inc**
**Huntland Market 410 Main St**
**Huntland, TN 37345**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sierra Hills Market**
**117 CA-4**
**Murphys, CA 95247**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sierra Pines Apartments**
**9410 N 31st Ave**
**Phoenix, AZ 85051**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sierra Shell**
**3999 Douglas Blvd**
**Roseville, CA 95661**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sierra Trading Post**
**8026 Hwy 49**
**Mokelumne Hill, CA 95245**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sig Mont Corporation**
**405 Signal Mountain Rd**
**Chattanooga, TN 37405**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade creditor.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Silver Oak H2O LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Siripi WST LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sleepy Valley Resort**
**2301 N Abram Rd**
**Mission, TX 78572**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SLS Shell**
**1091 W Foothill Blvd**
**Claremont, CA 91711**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Smog & Tune Up**
**1244 W Ave.**
**Lancaster, CA 93534**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Snappy Foods**
**608 Bedell Ave**
**Woodbine, GA 31331**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Somer Rose  Inc**
**6954 Atlantic Ave**
**Long Beach, CA 90805**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Soniya Corporation**
**150 Mouse Creek Rd. NW**
**Cleveland, TN 37311**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Soniya Merchant**
**102 N Roane St**
**Harriman, TN 37748**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Soto Mobile Mart Inc**
1010 N Soto St
Los Angelas, CA 90033

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade creditor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**South Daytona Food Inc**
2033 Anastatia Dr
South Daytona, FL 32119

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade creditor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Southern Pit Stop**
7933 N Century Blvd
Century, FL 32535

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade creditor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Spruce Waters Investments LLC**
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SSM Vending**
1716 W Broadway Rd, Suite 111
Mesa, AZ 85202

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade creditor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stanwood Food Mart**
26923 104th Dr. NW
Stanwood, WA 98292

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade creditor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Star Market**
57387 Twentynine Palms Hwy
Yucca Valley, CA 92284

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade creditor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Starter Holdings LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Stateline Tobacco**
**2205 Euclid Ave**
**Bristol, VA 24201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Stephen Demegrasso**
**30946 Wyatt Dr**
**Harrisburg, OR 97446**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sun A Wy LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sunoco Stop Shop**
**2848 S Adams St**
**Tallahassee, FL 32301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sunrise Market**
**1215 S 6th Ave**
**Kelso, WA 98626**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sunrise Market - GA**
**550 Page Rd**
**Rossville, GA 30741**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Super Liquor**
**12235 Palm Dr**
**Desert Hot Springs, CA 92240**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade creditor.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Super Quick**
**28 East 12th St**
**Marysville, CA 95901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade creditor.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**T&L Convenience LLC**
**411 N Arizona Blvd**
**Coolidge, AZ 85128**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade creditor.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Take A Hike Mini Mart**
**7448 Jackson Rd**
**San Diego, CA 92119**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade creditor.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Takhar Inc**
**228 Ray Roberts Pkwy**
**Tioga, TX 76271**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade creditor.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tanushka Water Vending**
**c/o Attorney West Seattle PS**
**5400 California Ave. SW Ste. E**
**Seattle, WA 98136**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Plaintiff in pending litigation, case no. 24-2-02684-31 (Consolidated in 24-2-02887-31).__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tanushka Water Vending LLC**
**c/o Eric Harrison**
**5400 California Ave. SW, Ste. E**
**Seattle, WA 98136**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tenino Marketplace**
PO Box 4015
Tenino, WA 98589

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade creditor.

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terrible Herbst Attn: Accounting Dept**
3440 W Russell Rd
Las Vegas, NV 89118

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade creditor.

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texaco Food Mart**
1670 Pleasant Hill Rd
Duluth, GA 30096

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade creditor.

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texaco- Decatur**
819 Sixth Ave. NE
Decatur, AL 35601

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade creditor.

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Texas Pit Stop**
1804 Ave H Rosenberg
 TX 77471

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade creditor.

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thakurs Retailer Group LLC**
400 N State Hwy. 78
Lavon, TX 75160

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade creditor.

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Spot**
2267 Smokey Park Hwy
Asheville, NC 28715

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade creditor.

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.517**

**Nonpriority creditor's name and mailing address**
**Thornton Market**
**PO BOX 488**
**Thornton, CA 95686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.518**

**Nonpriority creditor's name and mailing address**
**TJ Mart**
**6900 Confederate Park Rd**
**Lakeside, TX 76108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.519**

**Nonpriority creditor's name and mailing address**
**Tote-A-Bag**
**12331 Lake June Rd #1635**
**Mesquite, TX 75180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.520**

**Nonpriority creditor's name and mailing address**
**Tower Mart**
**7210 Roseville Rd**
**Sacramento, CA 95842**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.521**

**Nonpriority creditor's name and mailing address**
**Town and Country Fence  Inc**
**6410 212th St. SW**
**Lynnwood, WA 98036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.522**

**Nonpriority creditor's name and mailing address**
**Town Square**
**6085 South Rainbow Blvd**
**Las Vegas, NV 89118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.523**

**Nonpriority creditor's name and mailing address**
**TrueBlue, Inc. / PeopleReady**
**5678 Washington St.**
**Tacoma, WA 98401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary.**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Truva Retail Management LLC**
**2581 W Erie St**
**Chandler, AZ 86404**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Twain Harte**
**18711 Tiffeni Dr #65**
**Twain Harte, CA 95383**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**TX KB Enterprise**
**1014 Main St**
**Junction, TX 76849**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tyler C Sadek**
**c/o Mercho Strzynski**
**828 E. 64th Street**
**Indianapolis, IN 46220**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 29D04-2402-CC-001521.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,919,022.29** |

**Tyler C. Sadek**
**c/o Terek E. Mercho**
**8935 N Meridian St., Suite 112**
**Indianapolis   42620**

Date(s) debt was incurred **12/5/2023**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Claim on Promissory note secured by membership interests in Refreshing USA, LLC; Waterstation Management LLC; Creative Technologies, LLC; and various subsidiaries and affiliated entities of same.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tyler Sadek**
**c/o Terek E. Mercho**
**8935 N Meridian St., Suite 112**
**Indianapolis, IN 42620**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Claim for all ownership interest in Debtor, Debtor's 11.1% owner Waterstation Management LLC, and in Debtor's subsidiaries Refreshing California LLC; Refreshing Carolinas LLC; Refresing Mid Atlantic LLC; Refreshing Georgia LLC; Refreshing G**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Unadilla Mini Food Mart**
**1800 Pine St**
**Unadilla, GA 31091**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Upwell Water LLC**
**106 Lincoln Blvd., Ste. 100**
**San Francisco, CA 94129**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327244727 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Upwell Water LLC**
**106 Lincoln Blvd., Ste. 100**
**San Francisco, CA 94129**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327244727 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Upwell Water LLC**
**106 Lincoln Blvd., Ste. 100**
**San Francisco, CA 94129**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327244727 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UW Waterstation LLC**
**106 Lincoln Blvd., Ste. 100**
**San Francisco, CA 94129**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327244727 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UW Waterstation LLC**
**106 Lincoln Blvd., Ste. 100**
**San Francisco, CA 94129**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327244727 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UW Waterstation LLC**
**106 Lincoln Blvd., Ste. 100**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327244727 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UW WS SPV 1 LLC**
**106 Lincoln Blvd., Ste. 100**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327244727 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UW WS SPV 1 LLC**
**106 Lincoln Blvd., Ste. 100**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327244727 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UW WS SPV 1 LLC**
**106 Lincoln Blvd., Ste. 100**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary. Washington UCC Filing # 202327244727 (terminated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**V2S2 LLC**
**c/o Bush Kornfeld LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Valero Depot 6**
**17928 Wika Rd**
**Apple Valley, CA 92307**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Valley Chevron**
**13129 Valley Rd**
**La Puente, CA 91746**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vardayani Inc**
**9712 Scenic Hwy**
**Lookout Mountain, GA 30750**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vashon Market IGA**
**PO BOX 2881**
**Vashon, WA 98070**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**VAT Crossroads LLC**
**1900 Carl Rd**
**Irving, TX 75061**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vintners**
**8607 Elk Grove Blvd**
**Elk Grove, CA 95624**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vortex Colorado LLC**
**Lockbox Services 846952**
**3440 Flair Dr.**
**El Monte, CA 91731**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wakanda Ventures LLC**
**Att. Adrian West**
**274 Union Street**
**Jersey City, NJ 07304**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Water Dragon Hmh**
**c/o Baker Sterchi Cowden & Rice LLC**
**2100 Westlake Ave. N., Suite 206**
**Seattle, WA 98109**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Plaintiff in pending litigation, case no. 24-2-06255-31 (Snohomish County).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.550**

**Nonpriority creditor's name and mailing address**
**Water Station Holdings, LLC**
**c/o Mercho Strzynski**
**828 E. 64th Street**
**Indianapolis, IN 46220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Plaintiff in pending litigation, case no. 29D04-2402-CC-001521.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.551**

**Nonpriority creditor's name and mailing address**
**WaterStation Technology of Rockville**
**Att. Adrian West**
**274 Union Street**
**Jersey City, NJ 07304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.552**

**Nonpriority creditor's name and mailing address**
**Wavaho**
**3105 Drake Ave SW**
**Huntsville, AL 35805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.553**

**Nonpriority creditor's name and mailing address**
**Wells Branch Food Mart**
**3505 Wells Branch Pkwy**
**Austin, TX 78728**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.554**

**Nonpriority creditor's name and mailing address**
**West Coast Petroleum Newport LLC**
**2891 W Valencia**
**Tucson, AZ 85746**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.555**

**Nonpriority creditor's name and mailing address**
**Westwood Village Food Mart**
**1301 Westwood Ln**
**Wilkesboro, NC 38697**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.556**

**Nonpriority creditor's name and mailing address**
**Willimina Select Marke**
**112 NE Main St**
**Willamina, OR 97396**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    Unknown
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor.**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3.557**

**Nonpriority creditor's name and mailing address**
**WST LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.558**

**Nonpriority creditor's name and mailing address**
**WST Utah LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.559**

**Nonpriority creditor's name and mailing address**
**WV Water Tech LLC**
**c/o Bush Kornfield LLP**
**601 Union Street Suite 5000**
**Seattle, WA 98101-2373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending litigation, case no. 2:2024cv01164 (W.WA. DC).**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.560**

**Nonpriority creditor's name and mailing address**
**Z Mart Texaco**
**13210 US-290**
**West Austin, TX 78737**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.561**

**Nonpriority creditor's name and mailing address**
**Ziba Investments**
**4701 W Imperial Hwy**
**Ingelwood, CA 90304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade creditor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 15,509,282.88 |

Debtor    **Water Station Management LLC**                     Case number (*if known*)    **24-01864-11**
_____                 _____
          Name

**5c. Total of Parts 1 and 2**                          5c.     $ _____ **15,509,282.88**
    Lines 5a + 5b = 5c.

Label Matrix for local noticing
0541-4
Case 24-33924
Southern District of Texas
Houston
Thu Nov 21 01:12:12 CST 2024

5161 LLC
23 Watercress
Irvine, CA 92603-0408

For U.S. Bank Trust Company, National Associ
c/o David R. Eastlake
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 6700
Houston, TX 77002-6003

(p)GRAY FAMILY ENTERPRISES
ATTN DONALD E GRAY
23233 N PIMA RD
STE 113-367
SCOTTSDALE AZ 85255-8388

Herald Holdings, LLC
1604 HEWITT AVE, SUITE 200
Everett, WA 98201-3515

Ideal Property Investments, LLC
c/o DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125-8015

James Group International, LLC
c/o North City Law, PC
17713 15th Ave NE Ste 101
Shoreline, WA 98155-3839

Newtek Small Business Finance, LLC
Dykema Gosett
10 S. Wacker Dr.
Chicago, IL 60606-7439

PH20 FUND I, L.P.
King Benford Law Firm PLLC
1980 Post Oak Blvd.
Suite 2300
Houston, TX 7704 United States 77056-3841

Quartz Capital, L.L.C.
King Benford Law Firm PLLC
1980 Post Oak Blvd
Suite 2300
Harris, TX 77056 United States 77056-3841

R4AZ LLC
12071 E Mercer Lane
Scottsdale, AZ 85259-4248

Seaga Manufacturing, Inc.
c/o Jamie S. Cassel, Esq.
2902 McFarland Road
Suite 400
Rockford, IL 61107-6801

Water Station Management LLC
2732 Grand Ave Ste 122
Everett, WA 98201-3416

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

210 SA Holdings LLC
Attn: Marc Hildebrand
825 North Saint Marys, Suite 101
San Antonio, TX 78205-1358

352 Capital GP, LLC
c/o Jason P. Kathman
Spencer Fane LLP
5700 Granite Parkway, Ste. 650
Plano, TX 75024-6812

A&R Water Supply
Attn: Reginald Franklin
4 Peace St
Pelham, NY 10803-3430

ASH Vending, LLC
Attn: Robert Hoery
10550 Morningdew Ct
Highlands Ranch, CO 80126-5611

Aarana Water Vending LLC
Prasad Prabhakar Joshi
1926 Mandan Ct
Fremont, CA 94539-6706

Abby Wyatt Group, Inc
Attn: Mark Fleming
214 Mountain Crest Dr
Taylors, SC 29687-6146

Adventure Done Right LLC
Attn: Sean Done
3395 s la Mesa rd
Salt Lake City, UT 84109-4237

Aiden Waterworks
Attn: Bo Yang
17825 Parkshore
Northville, MI 48168-8579

Alkaline Water Holdings, LLC
c/o Jordan M. Rand
Klehr Harrison Harvey Branzburg LLP
1835 Market St., Suite 1400
Philadelphia, PA 19103-2945

Alkaline Water Holdings, LLC Keystone Wa
c/o Jordan M. Rand
Klehr Harrison Harvey Branzburg LLP
1835 Market St., Suite 1400
Philadelphia, PA 19103-2945

American Vending Sales
750 Morse Ave.
Elk Grove Village, IL 60007-5137

Aqualux Water LLC
Attn: Gary Young
705 Potomac Pl
Southlake, TX 76092-9324

Aqualux Water LLC
c/o James P. Savitt
Fennemore Craig, P.C.
1425 Fourth Ave., Suite 800
Seattle, WA 98101-2272

Arravend LLC
Attn: Ashoka Sheanh
3509 Nodding Pine Ct
Fairfax, VA 22033-1120

BLC Water Company LLC
Attn: Brian Chu
1130 W Clifton Ave
Redlands, CA 92373-5718

Be of Service LLC
Attn: Michael Bailey
2601 Westheimer Rd #C502
Houston, TX 77098-1665

Betson Imperial Parts & Service
13818 NE Airport Way
Portland, OR 97230-3440

Big Boy Tools LLC
Attn: Sterling Davis
12625 Hideout Drive
Noblesville, IN 46060-9704

Brown Family Enterprises LLC
Attn: David Brown
PO Box 145
Salem, OR 97308-0145

C&C Investment Holdings, LLC
Attn: Charles Coggins
4200 Berry D Sims Wynd
Raleigh, NC 27612-5344

COLEWSTECHLLC
Attn: Ronald Cole
2960 Lewallen Place
Decatur, IL 62521-4839

CT Corporation System As Representative
330 N Brand Blvd, Suite 700
Attn: Sprs
Glendale, CA 91203-2336

Cadence Bank
Attn: Billy J. Babineaux, Jr.
315 Settlers Trace Blvd.
Lafayette, LA 70508-6061

Cadence Bank
Michael R. Rethinger
Burke Moore Law Group
235 Peachtree St NE, Suite 1900
Atlanta, GA 30303-1417

Carol & Forrest Bryant & Jam Capital II
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

Carson & Noel PLLC
Wright A. Noel
20 Sixth Ave. NE
Issaquah, WA 98027-3428

Chaurishi Retail Enterprises LLC
Attn: Basant Kumar
17775 NW Santiam Ct
Portland, OR 97229-3464

Chris & Stephanie Tiechmiller
and Teichmiller Freedom Holdings, LLC
c/o Colin Hunter
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

ChugIt LLC
Attn: James Vilt II
2111 Riverview Dr.
Dandridge, TN 37725-5132

City and County of San Francisco
Bureau of Delinquent Revenue
c/o Brittany Reger
PO Box 7027
San Francisco, CA 94120-7027

Coco Aqua LLC
Attn: Trung Nguyen
139 Silent Manor Dr
Sugarland, TX 77498-5813

Corporation Service Co. As Representative
230 W 200 S, Ste. 2107
Salt Lake City, UT 84101-1337

Corporation Service Co. As Representative
PO Box 2576
Springfield, Il 62708-2576

(p)CALAVERAS COUNTY TREASURER TAX COLLECTOR
ATTN LEHUA MOSSA
891 MOUNTAIN RANCH RD
SUITE 2
SAN ANDREAS CA 95249-9713

County of Napa, CA
1710 Soscol Ave., Suite 3
Napa, CA 94559-1311

County of Orange Treasurer-Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

County of Sacramento Weights & Measures
4137 Branch Center Rd.
Sacramento, CA 95827-3823

Culminate Water Technology LLC
Attn: Padma Kandikonda
23015 Caterham Dr
Ashburn, VA 20148-6812

Curtis Elie Richards
1015 Nutt St., #362
Wilmington, NC 28401-4391

Cyborg Holdings / Summit Ventures 2
Attn: Timothy Dailey
5940 E Adobe Dr
Phoenix, AZ 85054-5766

Dalb Inc
73 Industrial Blvd
Kearneysville, WV 25430-2733

Dat Nguyen & Anh Trinh & DN2LA, Inc.
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

Dellavalle Laboratory Inc.
1910 W. McKinley Ave., Suite 110
Fresno, CA 93728-1298

Dennis Demirjian & DDWSTECH LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

Direct Drive LTL, Inc. dba BlueGrace MKE
11122 W. Rogers St.
West Allis, WI 53227-1140

(p)DRIFTLESS WATER VENTURES
15403 BUDD ROAD
DUBUQUE IA 52002-9406

| | | |
|---|---|---|
| Duan & Linda Okamoto<br>& Oaks Waterstation Tech, LLC<br>c/o Colin Hunter<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201-2485 | Duane and Linda Okamoto<br>c/o James P. Savitt<br>Fennemore Craig, P.C.<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101-2272 | Eco Responsible LLC<br>1724 SW 5th Court<br>Fort Lauderdale, FL 33312-7515 |
| Elbi of America<br>c/o Richard S. Price, II<br>1235 N. Harbor Blvd., Suite 200<br>Fullerton, CA 92832-1349 | Etania LLC<br>Attn: Karthiga Jayaram<br>9363 E Atlantic Pl.<br>Denver, CO 80231-5740 | Ethyan, LLC<br>c/o Isreal Sands Law P.A.<br>2703 Day Ave.<br>TH 7<br>Miami, FL 33133-7600 |
| Ever Upward Inc<br>Attn: David Beranek<br>21 W Taylor Run Pkwy<br>Alexandria, VA 22314-4967 | Facts Property Services<br>Attn: Aashish Parekh<br>7227 E. Baseline Rd., STE 104<br>Mesa, AZ 85209-5005 | Federal Insurance Company<br>Bankers Standard Ins. Co.<br>202A Hall's Mill Road - 2E<br>Whitehouse Station, NJ 08836 |
| First Fed Bank<br>P.O. Box 351<br>Port Angeles, WA 98362-0055 | First Federal Savings Loan Assoc.<br>of Port Angeles<br>P.O. Box 351<br>Port Angeles, WA 98362-0055 | (p)FIRST UTAH BANK<br>115 EAST 1300 SOUTH<br>SUITE200<br>SALT LAKE CITY UTAH 84115-5472 |
| Flatlands Equipment LLC<br>Attn: Matthew Fellows<br>4306 W Shoreline St<br>Wichita, KS 67205-8625 | Founders Mosaic Partners LLC<br>c/o Terek E. Mercho<br>Mercho Strzynski LLP<br>8935 N Meridian St., Suite 112<br>Indianapolis, IN 46260-5348 | Freedom Water Technologies LLC<br>33 Willow Dr.<br>Gretna, LA 70053-4844 |
| (p)FRESCA41 LLC<br>ATTN STEPHANE DENEUX<br>4141 PAMONA AVE<br>MIAMI FL 33133-6326 | Gary & Heidi Young & Aqualux TX, LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201-2485 | Gary & Heidi Young & Aqualux TX, LLC<br>c/o James P. Savitt<br>Fennemore Craig, P.C.<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101-2272 |
| Granite Street Ventures, LLC<br>Attn: Cody Bishop<br>2468 Santa Barbara Ln<br>Franklin, TN 37069-1447 | GrayFin Ventures LLC<br>Attn: James Sartain<br>2609 Round Table Blvd.<br>Lewisville, TX 75056-5723 | Great Oak Water, LLC<br>Attn: Thomas Wawersich<br>2114 Estes Park Dr<br>Allen, TX 75013-4833 |
| H Beth Industries Inc.<br>303 Paterson Plank Road<br>Carlstadt, NJ 07072-2307 | H20 Station Holdings, LLC<br>c/o Jordan M. Rand<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market St., Suite 1400<br>Philadelphia, PA 19103-2945 | Half Full Vending LLC<br>Attn: Josh McNary<br>1413 Chesterton Dr<br>Dallas, TX 75080-2804 |
| Helmut Giewat<br>218 Sullivan Point<br>Dandridge, TN 37725-5182 | Henry Ernst & IIWST LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201-2485 | Horeb Water Solutions, LLC<br>Attn: Steven Wells<br>6671 Santa Barbara Road, Ste E<br>Elkridge, MD 21075-5842 |
| Hydration for Health, LLC<br>and Chance & Carrie McLemore<br>c/o Colin Hunter<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201-2485 | IMLSunshine, LLC<br>Attn: Jacob Letourneau<br>334 Dole Drive<br>Lawrence, KS 66049-4936 | IRS<br>Centralized Insolvency Operation<br>POB 7346<br>Philadelphia, PA 19101-7346 |

Ideal Property Investments, LLC
Ryan Wear, RA
2732 Grand Ave., Suite 122
Everett, WA 98201-3416

Indiana Water Technology, LLC
Attn: David Schroeder
6404 Myrtle Lane
Indianapolis, IN 46220-5043

Intervenors, the Pacific Parties
Bush Kornfeld LLP
Aimee S. Willig; Jason Wax; Armand J. Ko
601 Union St., Suite 5000
Seattle, WA 98101-2373

Intervenors, the Pacific Parties
Corr Cronin LLP
John T. Bender; Kristen Barnhart
1015 2nd Ave., Floor 10
Seattle, WA 98104-1001

Isuzu Finance of America Inc.
2500 Westchester Avenue
Purchase, NY 10577-2578

JBF Consulting Services LLC
Attn: John Flack
1730 S Germantown Rd, Apt 207
Germantown, TN 38138-1547

JDD Enterprises, LLC
James Douglas Doots
218 South Lewis St., #2
Monroe, WA 98272-2346

JK Seven LLC
Attn: William White
3045 Wheaton Road
San Antonio, TX 78234-2672

JLE Enterprises LLC
Attn: James Estes
7387 Upton Court
Castle Rock, CO 80104-5364

James & Rayne Osborn &
2540 Properties LLC
c/o Colin Hunter
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

James Group International, LLC
1758 La Playa Dr.
Lafayette, CA 94549-2251

James Group International, LLC
c/o Paul A. Barrera; Clare E. Bogdanowi
North City Law, PC
17713 15th Ave NE, Suite 101
Seattle, WA 98155-3839

James P. Savitt
Fennemore Craig, P.C.
1425 Fourth Ave., Suite 800
Seattle, WA 98101-2272

Jeffrey Brooke
Attn: Jeffrey Brooke
5807 Title Row Drive
Bradenton, FL 34210-4076

Jerome C. Lowe
8100 Cypress Wood, #911
Spring, TX 77379-7191

Johnson Lux Group LLC
Kevin P. Hansen
Peterson Russell Kelly Livengood, PLLC
10900 NE 4th St., Suite 1850
Bellevue, WA 98004-8341

Johnson Lux Group, LLC
126 16th Ave.
Kirkland, WA 98033-4908

Jonathan & Leslie Echols
and Lucky Water LLC
c/o Colin Hunter
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

Jung Lee & Jung J Lee Waterstation LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

Kdawg Crypto LLC
Attn: Karen Lavin
14 Clinton St
Milford, CT 06460-8009

Keystone Water Holdings, LLC
c/o Jordan M. Rand
Klehr Harrison Harvey Branzburg LLP
1835 Market St., Suite 1400
Philadelphia, PA 19103-2945

Kinetic Properties LLC
3102 Deerfield Ridge Dr.
McDonald, PA 15057-1503

Kmandy Investments L.L.C
Attn: Karthika Mandyam
6509 San Judas St.
McKinney, TX 75070-7371

LivingWater Station LLC
Attn: Karl Schoenleber
799 Harbor Vista Drive
Columbia, SC 29229-7438

MAJI 8377 LLC
Attn: James Walker
8377 Old Plank Rd
Grand Blanc, MI 48439-2040

May Auerbach (sole Prop.)
20425 Via Cristal
Yorba Linda, CA 92886-4579

Mod Holdings, LLC
c/o John Bender
Bender Law PLLC
4634 E Marginal Way S., Suite C-150
Seattle, WA 98134-2332

NS SQ Eco Water LLC
Attn: Navaneeth Kumar Vankadari Ramprasa
1153 Flanders CT
Aurora, IL 60502-1398

Nevada Division of Industrial Relations
3360 W. Sahara Ave., Suite 250
Las Vegas, NV 89102-6091

Newtek Small Business Finance, LLC
c/o Paulina Garga-Chmiel
Dykema
10 South Wacker Dr., Suite 2300
Chicago, IL 60606-7407

Nira Enterprises LLC
Attn: Archan Tikoti
3301 Spring Mountain Dr
Plano, TX 75025-3954

Oaks WaterStation Tech LLC
c/o James P. Savitt
Fennemore Craig, P.C.
1425 Fourth Ave., Suite 800
Seattle, WA 98101-2272

Oaks Waterstation Tech LLC
Attn: Duane Okamoto
3617 241st Avenue SE
Sammamish, WA 98029-6332

Oed Properties LLC
Attn: Joshua Oed
66 S Piney Plains Circle
The Woodlands, TX 77382-1161

PH20 FUND I
616 Cortlandt
Houston, Texas 77007-2636

PH20 FUND I, L.P.
616 Cortlandt, Houston, Texas 77007

Pacific Water Technology, LLC
Attn: Kwansoo Lee
2305 43rd Street SE
Puyallup, WA 98374-1742

Paul & Anna Lee Talosig & Biyaya, LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

Paul Martinchuk
2982 Edgewick Road
Glendale, CA 91206-1315

Paul Martinchuk
c/o Abigail St. Hilaire
Ellis, Li & McKinstry PLLC
1700 Seventh Ave., Suite 1810
Seattle, WA 98101-1820

Pinnacle Bank
150 3rd Ave S, Suite 900
Nashville, TN 37201-2034

(p)PRASITI WATER INVESTMENTS LLC
3001 S HARDIN BLVD
SUITE 110 #102
MCKINNEY TX 75070-7702

Progressive Partners LLC
Attn: Srinivas Nathi
13780 Lowe St.
Chantilly, VA 20151-3212

Q & V LLC
WaterStation Tech. of Rockville
Attn: Tan Quan Nguyen
4905 Macon Rd
Rockville, MD 20852-2227

Quartz Capital, LLC
616 Cortlandt, Houston, Texas 77007

RCWSTECH1157LLC
Attn: Ronald Cole
2960 Lewallen Place
Decatur, IL 62521-4839

RDWSTECH3594
Attn: Robert Dost
7356 Lester St
Lexington, MI 48450-8849

RL Futures LLC
Ryan Richard
77 Peachtree Memorial Drive NW #3
Atlanta, GA 30309-1073

Raymond & Jane Jone
& Water Stations, LLC
c/o Colin Hunter
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

(p)REDWATERS LLC
24352 WOODHALL CT
NAPERVILLE IL 60564-8218

Rhino Investments, LLC
c/o Todd J. Cook & Dexter N. Bradford
Beresford Booth PLLC
145 Third Ave S
Edmonds, WA 98020-3593

Rhino Manufacturing, Inc.
c/o Todd J. Cook & Dexter N. Bradford
Beresford Booth PLLC
145 Third Ave S
Edmonds, WA 98020-3593

Richard Humphrey
9091 Archer Lane North
Maple Grove, MN 55311-1825

Richard I. Brennan
21207 Redcrest Manor Dr.
Richmond, TX 77406-3776

Roman Jarosiewicz
Attn: Roman Jarosiewicz
11013 Prairieview Trl N
Lake Elmo, MN 55042-4463

Ronald Cole (Sole Prop.) /
COLEWSTECHLLC
Attn: Ronald Cole
2960 Lewallen Place
Decatur, IL 62521-4839

Rose Trail Ventures 2 LLC
Attn: Pravin Thakkar
4216 Central Lane
Memphis, TN 38117-3602

Rose Trail Ventures LLC
Attn: Pravin Thakkar
4216 Central Lane
Memphis, TN 38117-3602

Royal Reservoirs
Attn: Deren Flesher
6516 Hackberry Trl
Edmond, OK 73034-9711

Rumson Wellness LLC
Attn: Dylan Ross
508 West 24th St, Apt 6N
New York, NY 10011-1321

Ryan Wear
2732 Grand Ave., Ste. 122
Everett, WA 98201-3416

SDB H2O, LLC
Attn: Scott Burau
6276 Talon Preserve Dr
Nokomis, FL 34275-4322

SS Holdings, LLC
c/o Jeffrey L. Smoot
Westwood Pacific Law PLLC
1725 SW Roxbury St., Suite 2
Seattle, WA 98106-2752

SS Holdings, LlC
4601 Chennault Beach Rd., #200
Mukilteo, WA 98275-5015

Scott Runnels & Runnels Ortho Practice
& Les Enterprises LLC
c/o Colin Hunter
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

Seaga Manufacturing, Inc.
700 Seaga Dr.
Freeport, IL 61032-9644

Seaga Manufacturing, Inc.
c/o John S. Kaplan
Stoel Rives LLP
600 University St., Suite 3600
Seattle, WA 98101-3197

Shawn Satterthwaite
7101 Rio Grande Gorge Ct.
Las Vegas, NV 89130-1019

Silver Oak H2O, LLC
Attn: Dustin Braeger
705 Silver Oak Dr
Glenwood Springs, CO 81601-2842

Siripi WST LLC
Attn: Radhika Siripireddy
13919 Hughes Ln
Dallas, TX 75240-3549

Spruce Waters Investments
Attn: Thomas Anderson
8102 Lowbank Dr
Naples, FL 34109-0734

Starter Holdings, LLC
Attn: Joshua Leykam
2333 W Straight Arrow Ln.
Phoenix, AZ 85085-4770

State of Washington
Dept. of Revenue
Bankruptcy/Claims Unit
2101 4th Ave. #1400
Seattle, WA 98121-2379

State of Washington
Employment Security Department
PO Box 9046
Olympia, WA 98507-9046

(p)OFFICE OF THE ATTORNEY GENERAL
ATTN BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVENUE SUITE 2000
SEATTLE WA 98104-3188

Sun A WY LLC
Attn: Susan Pinkerton
1613 NW 42nd Pl
Cape Coral, FL 33993-3200

Tanushka Water Vending LLC
Registered Agent Solutions, Inc.
900 Old Roswell Lakes Pkwy
Roswell, GA 30076-8663

Tax Appraisal District of Bell County
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

Tennessee Dept. of Revenue
PO Box 190665
Nashville, TN 37219-0665

Thomas Brent Bowen & G1 Ventures, LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

Timothy Seth Peabody
5741 Bridgeboro Way
Norcross, GA 30092-2493

Traci & Brendan McCormick &
Richland Real Estate, LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201-2485

TurningPointe LLC
Snell & Wilmer LLP
2501 N Harwood Street
Ste 1850
Dallas, TX 75201-1607

Tyler C. Sadek Founders Mosaic Partners
c/o Terek E. Mercho
Mercho Strzynski LLP
8935 N Meridian St., Suite 112
Indianapolis, IN 46260-5348

Tyler Sadek
c/o Terek E. Mercho
Mercho Strzynski LLP
8935 N Meridian St., Suite 112
Indianapolis, IN 46260-5348

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158-3686

UniBank
Hacker & Willig, Inc., P.S.
Attn: Arnold M. Willig
520 Pike St., Suite 2500
Seattle, WA 98101-4083

V2S2 LLC
Attn: Venkita Sharma
5745 W Sumac Ave
Littleton, CO 80123-0685

VE Solutions, Inc.
c/o William W. Schonberg
127 Public Square, Suite 4900
Cleveland, OH 44114-1284

```
Vitruvian Engineering, Inc.        WST Utah LLC                    WST,LLC
438 Gibraltar Dr, Unit 6           Attn: Merrill Stoddard          Attn: Bradley Burau
Mississauga                        568 W. Threshing Way            6276 Talon Preserve Dr
Ontario L5T 2P2                    Kaysville, UT 84037-6715        Nokomis, FL 34275-4322
CANADA


WV Water Tech LLC                  Water Station Holdings LLC      (p)WATER STATIONS LLC
Attn: Jason Blough                 c/o Terek E. Mercho             1355 MONTEREY BLVD
460 Deerfield Village Dr           Mercho Strzynski LLP            SAN FRANCISCO CA 94127-2509
Shepherdstown, WV 25443-2500       8935 N Meridian St., Suite 112
                                   Indianapolis, IN 46260-5348


Water for Commerce                 Wood Village Market & Deli      Ava L Schoen
Fund Management, LLC               23930 NE Halsey St              Tonkon Torp LLP
2020 W. 89th St.                   Wood Village, OR 97060          888 SW Fifth Avenue
Ste. 305                                                          Suite 1600
Leawood, KS 66206-1946                                            Portland, OR 97204-2099


Brett Richardson                   Daniel Forest Newman           Don Gray
12701 E. Mercer Lane               Tonkon Torp LLP                23233 N. Pima Rd., Ste 113-367
Scottsdale, AZ 85259               888 SW 6th Ave                 Scottsdale, AZ 85255-8388
                                   Suite 1600
                                   Portland, OR 97204


Simon Fry
23 Watercress
Irvine, CA 92603-0408
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Gray Family Enterprises LLC        County of Calaveras            Driftless Water Ventures
23233 N. Pima Rd., Ste 113-367     Office of County Counsel       Attn: Zac Scherrman
Scottsdale, AZ 85255               891 Mountain Ranch Rd.         15403 Budd Road
                                   San Andreas, CA 95249          Dubuque, IA 52002


First Utah Bank                    Fresca41 LLC                   Prasiti Water Investments, LLC
11025 South State Street           4141 Pamona Ave.               Attn: Nirupa Keskar
Sandy, UT 84070                    Miami, FL 33133                3001 S. Hardin Blvd, Suite 110 #102
                                                                  McKinney, TX 75070


Redwaters LLC                      State of Washington            Water Stations LLC
Attn: Konda Reddy Gadi             Office of the Attorney General Raymond Jone
24352 Woodhall Ct.                 Bankruptcy & Collections Unit  1355 Monterey Blvd.
Naperville, IL 60564               800 Fifth St., Ste. 2000       San Francisco, CA 94127
                                   Seattle, WA 98104
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)352 Capital GP LLC

(u)Alkaline Water Holdings, LLC

(u)First Fed Bank

(u)H2O Station Holdings, LLC

(u)Keystone Water Holdings, LLC

(u)TurningPointe, LLC
Snell & Wilmer LLP
2501 N Harwood Street, Ste 1850
Dallas

(u)Water for Commerce Fund Management, LLC

(d)CT Corporation System As Representative
330 N Brand Blvd, Suite 700,
Attn: Sprs
Glendale, CA 91203-2336

End of Label Matrix
Mailable recipients    192
Bypassed recipients      8
Total                  200

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | |
| **Lease for real property located at 653 E 20th Street, Yuma, AZ 85365. Debtor is tenant.** | |
| State the term remaining **2,628** | **Ideal Property Investments LLC** |
| | **2732 Grand Ave** |
| List the contract number of any government contract | **Ste 122** |
| | **Everett, WA 98201** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | |
| **Lease for real property located at 25377 Huntwood Ave, Hayward, CA 94544. Debtor is tenant.** | |
| State the term remaining **2,455** | **Ideal Property Investments LLC** |
| | **2732 Grand Ave** |
| List the contract number of any government contract | **Ste 122** |
| | **Everett, WA 98201** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | |
| **Lease for real property located at 11410 Beverly Park Road, Everett, WA 98204. Debtor is tenant.** | |
| State the term remaining **2,455** | **Ideal Property Investments LLC** |
| | **2732 Grand Ave** |
| List the contract number of any government contract | **Ste 122** |
| | **Everett, WA 98201** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for real property located at 530 Opper Street, Suite A, Escondido, CA 92029. Debtor is tenant.** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **Ideal Property Investments LLC**<br>**2732 Grand Ave**<br>**Ste 122**<br>**Everett, WA 98201** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for real property located at 875 W Amador, Las Cruces, NM 88005. Debtor is tenant.** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **Ideal Property Investments LLC**<br>**2732 Grand Ave**<br>**Ste 122**<br>**Everett, WA 98201** |
| | List the contract number of any government contract | | |

24-01864-FPC11     Doc 145     Filed 11/22/24     Entered 11/22/24 19:33:18     Pg 219 of 221

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name / Mailing Address | | Name | Check all schedules that apply: |

**2.1**

Name _____
Street _____
City _____ State _____ Zip Code _____
Name _____
☐ D
☐ E/F
☐ G

**2.2**

Street _____
City _____ State _____ Zip Code _____
☐ D
☐ E/F
☐ G

**2.3**

Street _____
City _____ State _____ Zip Code _____
☐ D
☐ E/F
☐ G

**2.4**

Street _____
City _____ State _____ Zip Code _____
☐ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name  **Water Station Management LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known)  **24-01864-11**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 22, 2024**      X **/s/ Brian Weiss**
Signature of individual signing on behalf of debtor

**Brian Weiss**
Printed name

**Chief Restructuring Officer (Force Ten Partners, LLC)**
Position or relationship to debtor