Danny Newman, WSBA 61824
  Email: danny.newman@tonkon.com
  Direct: 503.802.2089
Ava Schoen, admitted *Pro Hac Vice*
  Email: ava.schoen@tonkon.com
  Direct: 503.802.2143
Christopher Pallanch, WSBA 45859
  Email: christopher.pallanch@tonkon.com
  Direct: 503.802.2104
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Main: 503.221.1440
Facsimile: 503.274.8779
  *Attorneys for Debtor and*
  *Debtor-in-Possession*

HONORABLE FREDERICK P. CORBIT

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WATER STATION MANAGEMENT LLC, <br><br> Debtor, | Case No. 24-01864-11 <br><br> **MATRIX OF ADDITIONAL CREDITORS** |

1 Stop
409 N Dalton
Bartlett, TX 76511

1 Stop Market
610 W Dunlap Ave
Phoenix, AZ 85281

210 SA Holding LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

235 Travel Stop Inc
12825 S Interstate 20
Tioga, TX 79545

24/7 Convenience Express
3101 W Tennessee St
Tallahassee, FL 32304

**MATRIX OF ADDITIONAL CREDITORS - Page 1**

352 Capital GP LLC
c/o Herbert Smith Freehills New York LLP
200 Park Ave., 16th Floor
New York, NY 10166

352 Capital GP LLC
c/o Sean V. Small Lasher Holzapfel
601 Union Street, Suite 2600
Seattle, WA 98101

4th Ave
Vapor & Smoke Shop 702 Bear Creek Rd
Adel, GA 31620

5161
Dickson Frohlich Phillips & Burgess
2101 4th Ave., Suite 700
Seattle, WA 98121

7 Star Convenience Store #4
PO BOX 1009
Mill City, OR 97360

7-Eleven
55277 CA-62
Yucca Valley, CA 92284

76/7-Eleven
200 Greenville Rd
Livermore, CA 94551

A&R Stoles Inc
8682 Seymour Hwy
Witchita Falls, TX 76308

Aarana Water Vending
c/o Attorney West Seattle PS
5400 California Ave. SW Ste. E
Seattle, WA 98136

Aaria Corporation
3797 Hwy 39
Riceville, TN 37370

Abbas LLC
30 W Galveston St
Chandler, AZ 85225

Abby Wyatt Group Inc
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Adair Village Market
6002 NE William R Carr St
Adair Village, OR 97330

Adams & Duncan   Inc
3128 Colby Ave
Everett, WA 98201

Adnan Food Mart
4153 Lafayette St
Marianna, FL 32446

Adobe Liquor
4960 Adobe Rd
Twentynine Palms, CA 92277

Adrisha LLC
3802 Sherwood Way
San Angelo, TX 76904

**MATRIX OF ADDITIONAL CREDITORS - Page 2**

1
2
3

Advantage Route Systems Inc
3201 LIberty Square Parkway
Turlock, CA 95380

Alta Dena Drive 1
456 E San Bernardino Rd
Covina, CA 91723

4
5

Adventure Done Right LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Amazing Computer Technologies
6025 Tezel Rd, Suite 101
San Antonio, TX 78250

6
7
8
9

Aiden Waterworks LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Ambaum Food Mart
12609 Ambaum Blvd SW
Burien, WA 98146

Ambica1023 Inc
12178 Fancy Gap Hwy
Cana, VA 24317

10
11

AJ Bell LLC
901 Milan St
Mexia, TX 76667

Amrut LLC
6701 Ring Gold Rd
Chattanooga, TN 37412

12
13
14

Akshar Business LLC
200 South Broad St. SW
Rome, GA 30161

Anastasios Tas Morforpoulos
PO Box 189
Ferndale, WA 98248

15
16

Akshar Retainers LLC
410 S Broad St . SW
Rome, GA 30161

Anaya Inc
5803 Waterlevel Hwy
Cleveland, TN 37323

17
18
19

Al's Auto Service Center
461 N Attadena Dr
Pasadena, CA 91107

Angleton Chevron
2100 S Velascos St
Angleton, TX 77515

20
21

Alamo Liquors
2001 E Van Buren St #8
Phoenix, AZ 85006

Apple Valley Gas
21898 CA-18
Apple Valley, CA 92307

22
23
24
25

Alkaline Water Holdings, LLC
c/o Klehr Harrison Harvey Branzburg
LLP
1835 Market Street, Suite 1400
Phildelphia, PA 19103

AR Water Supply LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

26

**MATRIX OF ADDITIONAL CREDITORS - Page 3**

Arco - Oak Hills
495 E. Rincon St.
Corona, CA 92879

Arco - South El Monte
1808 Durfee Ave.
South El Monte, CA 91733

ARCO/AMPM
5898 Mission St
San Francisco, CA 94112

Area Wide Electronics and Refrigeration
PO Box 907
4735 E. Lower Springboro Rd.
Waynesville, OH 45068

Aris Inc., LLC
1118 West Gentry Pkwy
Tyler, TX 75702

Arizona Dept. of Agriculture Weights
and Measures Services
1802 W Jackson St., #78
Phoenix, AZ 85007

Arpa Inc
6860 Battlefield Pkwy
Ringgold, GA 30736

Arravend LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Ash Vending LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

AV Gas
16801 Dale Evans Parkway
Apple Valley, CA 92307

Avadh Corporation
5150 N Lee Hwy
Cleveland, TN 37312

Axial Tilt LLC
c/o Bender Law, PLLC
4634 E. Marginal Way S. Suite C-140
Seattle, WA 98134

B & E Market
7596 Bradshaw Rd
Sacramento, CA 95829

B Multani LLC
5203 Eisenhauer Rd
San Antonio, TX 78218

B&D Dexter Market
38830 Dexter Rd
Dexter, OR 97431

Balaji Corporation
2705 20th St. NE
Cleveland, TN 37323

Baldwin Park
4390 Maine Ave
Baldwin Park, CA 91706

Banning Village Market
266 N. San Gorgonio Ave
Banning, CA 92220

**MATRIX OF ADDITIONAL CREDITORS - Page 4**

Be of Service LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Bennett Motor Express LLC
Bennett International Logistics LLC
PO BOX 896802
Charlotte, NC 28289

Bert's Red Apple
1801 41st Ave. E
Seattle, WA 98112

Best 4 Less
3270 Washington Rd
Atlanta, GA 30344

Best Food and Gas
15188 Main St., Suite A
Hesperia, CA 92345

Betson Imperial Parts and Svc.
5211 NE 158TH AVE
Portland, OR 97230

Bhandal Market
3994 2nd Ave
Sacramento, CA 95817

Big Boy Toys, LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Big N Little
7583 US Hwy 90
Live Oak, FL 32060

Big Tree
PO BOX 6195
Arnold, CA 95223

Blazing Haze Smoke Shop
3401 E Belknap St
Fort Worth, TX 76111

BLC Water Company LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Blessing Gas Station Properties LLC
11705 FM 1764 Rd
Santa Fe, TX 77510

Bluegrace MKE
11122 West Rogers St
Milwaukee, WI 53227

BM 9096 Jones
9096 Jones Rd
Houston, TX 77065

Border Stop
424 Long Ave
Kelso, WA 98626

Brahma Express & Drive Thru
100 State Hwy 123 SOUTH
STOCKDALE, TX 78160

Bremerton Red Apple
6724 Kitsap Way
Bremerton, WA 98312

Brookside Market
1275 Brookside Ave
Redlands, CA 92373

**MATRIX OF ADDITIONAL CREDITORS - Page 5**

Bryant Food Mart
26804 State Route 9 NE
Arlington, WA 98223

C T Corp. System as Representative
330 N. Brand Blvd., Ste. 700
Attn: SPRS
Glendale, CA 91203

C&C Investment Holdings LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

c/o Marianne Jones
Enright Law APC
11819 NE 34th Street
Bellevue, WA 98005

C3 Capital Inc

Camanche Blue Store x
500 CA-49
Ione, CA 95640

Cameron Food Mart
607 N Travis Ave
Cameron, TX 76520

Cando Country
9662 Lanning Ln
Morongo Valley, CA 92256

Carniceria Grocery
2160 Marconi Ave
Sacramento, CA 95821

Carniceria Monte Alban
Carniceria Monte Alban 8535
Washington B
Pico Rivera, CA 90660

Carniceria Y Taqueria Las Palmas
109 State Hwy 64
Henderson, TX 75652

Center Market 28
237 N 2nd St
Jefferson, OR 97352

Central 76
3498 Central Ave
Riverside, CA 92506

Central Gas
160 Holmes St
Livermore, CA 94550

Century Link
PO Box 52187
Phoenix, AZ 85072-2187

Chandler Gas & Store LLC
1735 S Cooper Rd
Chandler, AZ 85286

Chaurishi Retail Enterprises LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Chemtech Ford
9632 S 500 W
Sandy, UT 84070

**MATRIX OF ADDITIONAL CREDITORS - Page 6**

Cherokee Landing Texaco
6511 Bells Ferry Rd
Woodstock, GA 30189

Chester Paul Company
5231 Maureen Lane
Moonpark, CA 93021

Chevron Gas Gerber
860 Arden Way
Sacramento, CA 95815

Chevron Quick Run
2659 W Guadalupe
Guadalupe, AZ 85202

China Electronics

ChugIt LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Circle K Franchise Attn: C
Bernot 1130 W Warner Rd
Tempe, AZ 85284

Circle K Stores Inc.
c/o CHDB Law, Attn: Wade Causey
1400 E. Southern Ave., Ste. 400
Tempe, AZ 85282

City Liquor
3028 Esplanade
Chico, CA 95973

City Market Greenback
6825 Greenback Ln
Citrus Heights, CA 95621

City of Everett
2930 Wetmore Ave
Everett, WA 98201

Clark County Water Reclamation
5857 E Flamingo Rd
Las Vegas, NV 89122

Clinton Food Mart
PO Box 210
Clinton, WA 98236

Coastal Community Bank
PO Box 12220
Everett, WA 98206

Coco Aqua LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Colewstech LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Collierville Country Store
3706 Collier Rd. E.
Acampo, CA 95220

Commonwealth 76
2043 W Commonwealth Ave
Fullerton, CA 92833

Cooksey Market
4721 Carthage Hwy
Lebanon, TN 37087

**MATRIX OF ADDITIONAL CREDITORS - Page 7**

Corona Gas
625 W 6th St
Corona, CA 92882

Corporation Service Company, As
Represen
ATTN: UCCSPREP@CSCINFO.COM
P.O. Box 2576
Springfield, IL 62708

Corporation Svc. Co. as Representative
PO Box 2576
Springfield, IL 62708

County of Orange Sealer of Weights and
M
PO Box 4005
Santa Ana, CA 92702

Coyote Corner - 3
3971 E Kellogg Rd
Pahrump, NV 89061

Crown Empire Liquor
6951 Chapman Ave
Garden Grove, CA 92854

CT Corporation System
As Representative; ATTN: SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203

Culminate Water Technology LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Cyborg Holdings LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Dalb Inc
73 INDUSTRIAL Blvd
Kearneysville, WV 25430

Datafast
7558 W Thunderbird Rd
Peoria, AZ 85381

Day & Night Shell
500 CA-49
Sutter Creek, CA 95685

Dennis Demirjian
c/o Oles Morrison Rinker & Baker LLP
701 Pike St., Ste 1700
Seattle, WA 98101

Dennis Demirjian
c/o Oles Morrison Rinker & Baker LLP
701 Pike Street, Ste 1700
Seattle, WA 98101

Diab LLC
4121 W Bell Rd
Phoenix, AZ 85053

Diamond Food Mart
3098 E Commerce
San Antonio, TX 78220

Diamond Shamrock Gas
8322 W Olive Ave
Peoria, AZ 85345

**MATRIX OF ADDITIONAL CREDITORS - Page 8**

Discount Food & Liquor
700 E Bidwell St
Folsom, CA 95630

Discount Food Mart
425 N Main St
Cedartown, GA 30125

Discount Market
1430 Wilson Rd
Rossville, GA 30741

Division St
Partnership 2332 Knob Hill Dr
Riverside, CA 92506

DIYAA Corporation
280 Hwy 113
White Pine, TN 37890

Doheny Liquor & Jr Market
34262 Doheny Park Rd
Capistrano Beach, CA 92624

Dollar General
Attn: Accounting Department
100 Mission Ridge
Goodlettsville, TN 37072

Downtown Gas & Smog
44358 10th St. W
Lancaster, CA 93534

Dynasty Capital
c/o Gilerman Law
515 Madison Ave., Ste. 8108
New York, NY 10022

E&J Fernandes Inc
Johnny's Country Corner 3540 US Hwy
S.
Henderson, TX 75652

Ed's 76
2400 15th St
Sacramento, CA 95818

Edisto Pantry and Deli
1971 Old Edisto Dr
Orangeburg, NC 29115

El Malak Inc
10150 Warner Ave
Fountain Valley, CA 92708

El Torito Market
10851 Limonite Ave
Mira Loma, CA 91752

El Toro Bravo
739 W 19th St
Costa Mesa, CA 92627

Elements Petroleum Inc
833 University Ave
Berkeley, CA 94710

Emmatoine, LLC
c/o Manish Borde Borde Law
1700 7th Ave.
Seattle, WA 98101

Escamilla's Drive Thru Barn
1608 N Hwy 83
Crystal City, TX 78839

**MATRIX OF ADDITIONAL CREDITORS - Page 9**

ESP Water
3845 Forney Rd, Ste. B
Mesquite, TX 75149

Etania LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

EV

Ever Upward Inc.
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Express Food Mart
821 East Live Oak Rd
Schertz, TX 78154

Extramile Chevron
1677 Devore Rd
San Bernardino, CA 92407

EZ Trip Beer and Wine
1604 W Bruton Rd
Mesquite, TX 75149

Facts Property Service
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Fairview Market
1017 Coombsville Rd
Napa, CA 94558

Falcon Leasing
A Division of Falcon National Bank
28-11th Ave. South, Ste. 103
St. Cloud, MN 56301

Family Dollar
Attn: Erica Elliot
500 Volvo Parkway
Chesapeake, VA 23320

Farmers Market
1160 Rumrill Blvd
San Pablo, CA 94806

Fayetteville Marathon
309 College St. W.
Fayetteville, TN 37334

Feltons Meat & Produce Market
Feltons Meat & Produce Market 617 N
Mary
Plant City, FL 33563

Fill N Chill
3120 Northwest Fwy
Witchita Falls, TX 76306

Financial Agent Svcs.
PO Box 2576
Springfield, IL 62708

First Choice
14326 Hunters Bend Rd
Austin, TX 78725

First Corporate Solutions
as Representative
914 S Street
Sacramento, CA 95811

**MATRIX OF ADDITIONAL CREDITORS - Page 10**

First Fed Bank
c/o Lane Powell PC
1420 Fifth Ave., Suite 4200
Seattle, WA 98111-9402

Flatlands Equipment LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

FM
1600 Xpress 2 6081 FM 1660
Hutto, TX 78634

Foss Bros Dairy Market
6641 Riverside Drive
Chino, CA 91710

Founders Mosiac Partners LLC
c/o Mercho Strzynski
828 E. 64th Street
Indianapolis, IN 46220

Frank's Liquors
401 S La Cadena Drive
Colton, CA 92324

Franklin Valero
5601 Franklin Blvd
Sacramento, CA 95824

Fresco Community Market
5914 Monterey Rd
Los Angeles, CA 00090-0042

Fresh Stop - 76 Station
16815 Smokey Point Blvd
Arlington, WA 98223

Garrison Food Mart 2
2601 Kemp Blvd, Ste 2
Wichita Falls, TX 76309

Gary's Smoke Shop
Gary's Smoke Shop 2843 N 24th St
Phoenix, AZ 85008

Gateway Market
441 Crimson Laurel Way
Bakersville, NC 28705

George's Liquor
14102 Oxnard St
Van Nuys, CA 91401

GFH Food and Beverage Mart
3707 Broadway Ave
Riviera Beach, FL 33404

Gilment Express
933 US Hwy 271 N.
Gilmer, TX 75644

Golden Valley Gas
5405 Hwy 68
Golden Valley, AZ 86314

Goodyear Food Store
13310 W Van Buren St
Goodyear, AZ 85338

Grab & Go Food Mart
1605 W Broadway Rd
Mesa, AZ 85202

Granite Falls IGA Mailing:
PO Box 69
Granite Falls, WA 98252

**MATRIX OF ADDITIONAL CREDITORS - Page 11**

Granite Street Ventures LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Grayfin Ventures LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Great Oak Water Limited Liability
Compan
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Green Light Food Mart
18535 SW Tualatin Valley Hwy
Beaverton, OR 97006

Greenbrier Chevron
6725 Swancott Rd
Madison, AL 35756

Greenville Oil & Petroleum  Inc
860 W Andrew Johnson Hwy
Greenville, TN 37745

Grove Market
133 Randolph Rd
Oak Ridge, TN 37830

GRP Automated, Inc.
900 NW 166th Street
Miami, FL 33169

Gull Gas and Oil
1846 Main St
Ferndale, WA 98248

H20 Station Holdings, LLC
c/o Klehr Harrison Harvey Branzburg
LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Hal's Liquor
12587 California St
Yucaipa, CA 92399

Half Full Vending LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Happy Liquor
2321 W Beverly Blvd
Montebello, CA 90640

Harry's #14
13000 Hwy 58
Georgetown, TN 37336

Harry's #40
2300 4th Ave
Chattanooga, TN 37404

HDP Corporation
305 Frazier Ave
Chattanooga, TN 37405

Helmut Giewat
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Highway 290 General Store
1301 US-290
Dripping Springs, TX 78620

**MATRIX OF ADDITIONAL CREDITORS - Page 12**

Highway Fuels LLC
6115 Rockfish Gap Turnpike
Crozet, VA 22932

Hilltop Deli
7887 Virginia Ave
Pembroke, VA 24136

Hitza Trading LLC
315 SH 121
Bonham, TX 75418

Holy Fine Grocery LLC
501 Academy St., Apt. F
High Point, NC 27260

Hoot Owl Chevron
PO Box 1537
Sultan, WA 98294

Horeb Water Solutions LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

HP Brothers Corporation
1801 Dalton PK
Cleveland, TN 37311

Hubbard Market
3574 Hwy 99 E
Hubbard, OR 97032

Hubji LLC
2221 Euclid Ave
Bristol, VA 24201

Hutto Valero
133 E Front St, Ste 100
Hutto, TX 78634

Hwy 290 General Store
1301 Hwy 290 West
Dripping Springs, TX 78620

I Smoke Smoke Shop
43763 Florida Ave
Hemet, CA 92544

Ideal Property Investments LLC
2732 Grand Ave
Ste 122
Everett, WA 98201

Idyllwild Village Market
PO BOX 188
Idyllwild, CA 92549

IMLSunshine LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Imperial County Weights & Measures
852 Broadway
El Centro, CA 92243

In N Out Market
8332 Chapman Hwy
Knoxville, TN 37920

Indian School Horizon Westwood
Financial
1801 W Olympic Blvd
File 1745
Pasadena, CA 91199

Indian Supermarket
5500 Babcock Rd #109
San Antonio, TX 78240

**MATRIX OF ADDITIONAL CREDITORS - Page 13**

| | | |
|---|---|---|
| 1 | Indiana Water Investments LLC | James Group Int. LLC |
| 2 | c/o Bush Kornfield LLP | c/o North City Law, PC |
| 3 | 601 Union Street Suite 5000 | 17713 15th Ave. NE, Suite 101 |
| | Seattle, WA 98101-2373 | Shoreline, WA 98155 |
| 4 | | |
| 5 | Intermountain Lift Truck | Jason Test |
| | 2530 W 1500 S | c/o Ellis George LLP |
| 6 | Salt Lake City, UT 84104 | 2121 Ave. of the Stars, 30th Floor |
| 7 | | Los Angeles, CA 90067 |
| | Iowa Business Inc | |
| 8 | 16377 Hwy 6 | Jay Masyia Inc |
| 9 | Namvel, TX 77578 | 602 Blue Ridge Dr |
| | | McCaysville, GA 30555 |
| 10 | IRS | |
| 11 | Centralized Insolvency Operation | Jay Matijii  LLC |
| | POB 7346 | 23715 AL Hwy. 9 N. |
| 12 | Philadelphia, PA 19101-7346 | Piedmont, AL 36272 |
| 13 | | |
| | Isom Food Mart | Jay Varai 1 Inc |
| 14 | 534 Isom Rd | 5082 US-64 |
| 15 | San Antonio, TX 78216 | Copperhill, TN 37317 |
| 16 | | |
| | J & S Liquor | Jay Varai 111 Inc |
| 17 | 23804 Crenshaw Blvd | 156 Keeble Rd |
| 18 | Torrance, CA 90505 | Vonore, TN 37885 |
| 19 | | |
| | J&A Grocery | Jay Verai Inc |
| 20 | 3121 Blanco Rd | 1833 APD 40 |
| 21 | San Antonio, TX 78212 | Cleveland, TN 37323 |
| 22 | | |
| | Jacksons - AZ | Jayhir Corporation |
| 23 | 2090 E Rio Salado | 1410 S Lee Hwy |
| 24 | Tempe, AZ 85281 | Cleveland, TN 37311 |
| 25 | | |
| | Jai Maruti Inc | JB Waters Vending Co. |
| 26 | 1001 E Washington St | c/o Facca Richter & Pregler PC |
| | Nashville, NC 27856 | 6050 Livernois Rd |
| | | Troy, MI 48098-1502 |

**MATRIX OF ADDITIONAL CREDITORS - Page 14**

JBF Consulting Services LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Jeanette L. Dushkin
c/o Donchez Law Firm
8318 196th Street SW, 1st Floor
Edmonds, WA 98026

Jimmy's Food and Gas
1501 N. East Route 230
Smithville, TX 78957

JK Seven LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

JLE Enterprises LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

JNIK Inc
4701 W Imperial Hwy
Ingelwood, CA 90304

Joseph Quick Stop
14875 N Cave Creek Rd
Phoenix, AZ 85032

JRC Real Estate III LLC
c/o Seyfarth Shaw LLP (Sea)
999 Third Ave Ste 4700
Seattle, WA 98104

JTF Development Jef Dentoncio
Jef Dentoncio
18613 N Cave Creek Rd
Phoenix, AZ 85024

Juhi Inc
dba Juhi Food Mart
5208 Moores Mill Rd
Huntsville, AL 35811

JZ Market
2633 W Baseline Rd
Mesa, AZ 85202

K&S 786 Finance Inc
350 Macon Hwy
Athens, GA 30606

Kaleshwari Inc
3326 Ringgold Rd
Chattanooga, TN 37412

Kankus Express #353
15 Dietz Rd
Ringgold, GA 30736

Kayaan Corporation
1109 Hwy 33 S
New Tazewell, TN 37825

KBS Fuel Inc
3201 Harbor Blvd
Costa Mesa, CA 92626

Kdawg Crypto LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

**MATRIX OF ADDITIONAL CREDITORS - Page 15**

Kee Kee Run Properties  LLC
2615 E Commerce St
Tyler, TX 75702

Kendrick Oil Co
PO Box 788
Friona, TX 79035

Kern County Dept. of Agriculture
& Measurement
1001 South Mount Vernon Ave
Bakersfield, CA 93307

Key Equipment Finance
A Division of KeyBank NA
1000 S. McCaslin Blvd.
Superior, CO 80027

KeyBank National Association
4910 Tiedeman Rd.
Brooklyn, OH 44144

Keystone Water Holdings, LLC
c/o Klehr Harrison Harvey Branzburg
LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

King's Liquor
4435 Torrance Blvd
Torrance, CA 90503

Kmandy Investments LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Kroger Corp Account
3496 Solutions Center Lockbox: 773496
Chicago, IL 60677

Kwik Mart 1
1200 FL - 436
Altomonte Springs, FL 32714

Kwik Mart 2
551 East State Rd 434
Winter Springs, FL 32708

Kwik Pik Food Store #9
2605 SE 14th St
Grand Prairie, TX 75052

Kwikee Mart
2984 Jefferson St
Napa, CA 94558

La Bandera Molino
2619 N Zarzamora
San Antonio, TX 78201

La Famosa Market #3
22608 Alessandro Blvd
Moreno Valley, CA 92553

La Morenita Market #3
18307 Sonoma Hwy
Sonoma, CA 95476

LaCarreta Meat Market
601 N Jefferson
Mt Pleasant, TX 75455

Landstar Ranger Inc
PO Box 784293
Philadelphia, PA 19178-4293

Larts Valero
7700 Auburn Blvd
Citrus Heights, CA 95610

**MATRIX OF ADDITIONAL CREDITORS - Page 16**

LaunderLand
9337 La Rivera Dr
Sacramento, CA 95826

Leucadia Asset Management, LLC
c/o Herbert Smith Freehills New York
LLP
200 Park Ave., 16th Floor
New York, NY 10166

Liquor Bank
915 Main St
Chico, CA 95928

Liquor Emporium
1200 E Ocean Ave
Lompoc, CA 93436

Liquor Mart
15721 Leffingwell Rd
Whittier, CA 90604

Liquor Wheel 2
2209 N 16th St
Phoenix, AZ 85006

Liquorland # 7
944 N Azusa Ave
Azusa, CA 91702

Little Farmers Market
4471 Olivehurst Ave
Olivehurst, CA 95961

LivingWater Station LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Logtown Country Market
6142 Crystal Blvd
El Dorado, CA 95623

Long Beach Del Amo Fuel "Sehee
Corp"
4990 Long Beach Blvd
Long Beach, CA 90805

Loukya2485 LLC
PO Box 112
Coolidge, TX 76635

Lucky Spot Chevron
6890 N Hualapai Way
Las Vegas, NV 89149

Main St
Grocery 705 Main St
Roseville, CA 95678

Mainland Market
7425 Mainland Dr
San Antonio, TX 78250

Maji 8377 LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Malty International Inc
11529 E Carson St
Lakewood, CA 90715

Maravilla Apartments LP
2525 Community Dr.
Dallas, TX 75220

**MATRIX OF ADDITIONAL CREDITORS - Page 17**

Maravilla Utility Svc & Meat Mk
4732 E Cesar Chavez Ave
Los Angeles, CA 90022

Marilyn Prado-Test
c/o Ellis George LLP
2121 Ave. of the Stars, 30th Floor
Los Angeles, CA 90067

Mark and Donna Muesch Family Trust
2441 N. Sweet Clover Way
Flagstaff, AZ 86004

Mark G. and Donna J Muesch
2441 N. Sweet Clover Way
Flagstaff, AZ 86004

Market 1 LLC
2728 E Center St
Kingsport, TN 37664

Market at Averypark
2211 TX-46 South
NEW BRAUNFELS, TX 78132

Market Xpress #2
1109 US-290
Elgin, TX 78621

Maruti Nandan LLC
2590 Recker Hwy
Winter Haven, FL 33880

May Auerbach
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

MBK Group  Inc
1570 W Cheyenne Ave
North Las Vegas, NV 89032

Mega Liquor 8
2020 W Valley Blvd
Alhambra, CA 91803

MEGH Enterprises LLC
800 N Main
LaFayette, GA 30728

Messina Market
6451 W Van Buren St
Phoenix, AZ 85043

Michael Holmes and Maureen Holmes
Gourley Law Group
P.O. Box 1091
Snohomish, WA 98291

Microl Inc
2027 Athens Rd
Princeton, WV 24740

Miki Inc
1602 N Locust Ave
Lawrenceburg, TN 38464

Millennium Petroleum LLC
11369 US-301
Thonotosassa, FL 33592

Misha Food Mart
5139 Madison Hwy
Valdosta, GA 31601

Misha Yana Inc
2425 S Lee Hwy
Cleveland, TN 37311

**MATRIX OF ADDITIONAL CREDITORS - Page 18**

MJT Water Technology, LLC
c/o Ellis George LLP
2121 Ave. of the Stars, 30th Floor
Los Angeles, CA 90067

Mobil Oil Gas Station
1004 Hacienda Blvd
La Puente, CA 91744

Mobile Gas Station
2604 W La Palma Ave
Anaheim, CA 92801

Monroe Chevron Food Mart
1120 E Church St
Monroe, GA 30655

Moonlight Food Mart
13900 Trinity Blvd
Euless, TX 76040

Morada Market
4416 E Hildreth Lane
Stockton, CA 95212

Mottex Capital
c/o Wells Law P.C.
229 Warner Road
Lancaster, NY 14086

Mount Vernon Red Apple
820 Cleveland Ave
Mount Vernon, WA 98273

Mr. Advance LLC
c/o Law Office of Steven Zakharyayev
PLL
10 W. 37th Street, Rm 602
New York, NY 10018

Muktjivan Corp
4600 N Lee Hwy
Cleveland, TN 37312

Multani Sarkar LLC
1203 Babcock Rd
San Antonio, TX 78201

Neighborhood Food Mart
1237 Rigsby Ave
San Antonio, TX 78210

Neighborhood Market #6
610 W 1st Ave
Eugene, OR 97402

Nevada Ranch Market
4921 Vegas Dr
Las Vegas, NV 89108

New Quick Way Mart #2
1901 Hemphill St
Fort Worth, TX 76110

New Quick Way Mart #4
820 S Beltline Rd
Irving, TX 75060

New Quick Way Mart #5
2747 8th Ave
Fort Worth, TX 76110

Newport Ave. Market
1121 NW Newport Ave
Bend, OR 97701

Nira Enterprises LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

**MATRIX OF ADDITIONAL CREDITORS - Page 19**

North Star Food Mart
10393 Sahara St
San Antonio, TX 78216

NS SQ ECO Waters LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Ntmk Corp
c/o Lukins & Annis P.S.
717 W Sprague Ave, Suite 1600
Spokane, WA 99201

Nunes Market
435 Empire Ave
Modesto, CA 95354

Oakley Market Liquor & Bait
3380 Main St
Oakley, CA 94561

Ocean Market and Tobacco
104 E 10th St
Long Beach, CA 90813

Oed Properties LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

OM Sai Gateway LLC
350 E Main St
Swainsboro, GA 30401

Oneonta Family Mart
1007 Second Ave E.
Oneonta, AL 35121

Orange County Inc
5981 Warner Ave
Huntinton Beach, CA 92649

Orange Liquor
535 N Tustin St
Orange, CA 92867

Orange Market and Tobacco
12435 Paramount Blvd. #204
Downey, CA 90242

Orion Enterprises LLC
3035 Elm Path
Spring Branch, TX 78070

OV Market Orangevale
9281 Madison Ave
Orangevale, CA 95662

P&J Market
570 S Greenwood Ave
Montebello, CA 90640

Pacific Water Technology LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Packwood Village Market LLC
Blantons Market
PO Box 349
Packwood, WA 98361

Palm Park RV
3501 N Bentsen Palm Dr
Mission, TX 78574

**MATRIX OF ADDITIONAL CREDITORS - Page 20**

Panzarella Waste
4600 Powerling Rd
Oakland Park, FL 33309

Papa Jacks
3318 Bob Wallace Ave SW
Huntsville, AL 35805

Par Mar Stores
114-A Westview Ave
Marrietta, OH 45750

Paul Martinchuk
2982 Edgewick Road
Glendale, WA 91206

Paul's Place
6860 Battlefield Pkwy
Ringgold, GA 30736

Paul's Place #2
3650 Chattanooga Rd
Tunnell Hill, GA 30755

Paul's Place #3
1318 Riverbend Rd
Dalton, GA 30721

Paul's Place #4
4538 Cloud Springs Rd
Ringgold, GA 30736

Paul's Place #5
1250 Mission Ridge Rd
Rossville, GA 30741

Pearland Gas Station Prop LLC
2255 Country Pl Pkwy
Pearland, TX 77584

Percy Ave
Grocery Store 169 Percy Ave
Yuba City, CA 95991

Pete's Diesel Repair
5701 West 700 So.
Salt Lake City, UT 84104

PH20 Fund LLC
c/o King Benford Law Firm PLLC
1980 Post Oak Blvd., Suite 2300
Houston, TX 77056

Pioneer Title Agency
PO Box 32994
Phoenix, AZ 85064

PIPALPANI LLC
5668 W Market St
Greensboro, NC 27409

Pit Stop
21520 US-52
Fort Gay, WV 25514

Pit Stop #6
121 Hwy 151
Lafayette, GA 30728

Pitus Holdings
c/o Noah D. Liberman, Esq.
615 West 29th Street
Miami Beach, FL 33140

Pork Shop
3359 E Combs Rd
Queen Creek, AZ 85140

**MATRIX OF ADDITIONAL CREDITORS - Page 21**

Potentia Fuel
11756 South St
Artesia, CA 90701

PPRC 7 Inc
3892 Hwy 84 W
Mexia, TX 76667

Pramukhraj Enterprises LLC
2476 US Hwy. 17, Suite A
Richmond Hill, GA 31324

Prasiti Water Investments LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Progressive Partners LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

PSST LLC
3668 County Rd. 192 E
Kilgore, TX 75662

Pure Water Vending LLC
c/o Cairncross & Hemplemann
524 2nd Ave. Ste. 500
Seattle, WA 98104-2323

Pure Water Vending, LLC
c/o Cairncross & Hemplemann
524 2nd Ave. Ste. 500
Seattle, WA 98104

Q&V LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Quick Change
1966 GA Hwy 32
Ocilla, GA 31774

Quicktrac 27
2717 Lamar
Paris, TX 75460

R4AZ LLC
11445 E. Via Linda, Suite 2-631
Scottsdale, AZ 85259

Rago 2 LLC
2701 Bouldercrest Rd., Ste. A
Atlanta, GA 30316

Rajnikant Partnership
5855 Shelbyville Pike
Christiana, TN 37037

Rameshwaram Corporation
1498 NE Stuart Rd
Cleveland, TN 37312

Ranch Markets  Inc
32055 Monterey Ave
Thousand Palms, CA 92276

Rancier Food Mart & Smoke Shop
801 W Rancier Ave
Killeen, TX 76541

Ray's Feed Store
Attn: Lucia Trujillod
643 W Baseline R
Phoenix, AZ 85041

Ray's Liquor
207 Walnut St
Chico, CA 95928

**MATRIX OF ADDITIONAL CREDITORS - Page 22**

RCWSTECH1157 LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

RDWSTECH3594 LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Redwaters LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Reliance Petroleum
4102 N 27th Ave
Phoenix, AZ 85017

Rex Ventures LLC
c/o MDK Law
777 108th Ave. NE, Ste. 2000
Bellevue, WA 98004

Rhino Investments
c/o Beresford Booth PLLC
145 Third Ave. S, Ste. 200
Edmonds, WA 98020

Rhino Investments LLC
16705 Tye St. SE
Monroe, WA 98272

Rhino Manufactoring Inc.
c/o Beresford Booth PLLC
145 Third Ave. S, Ste. 200
Edmonds, WA 98020

Rhino Manufacturing Inc.
16705 Tye St. SE
Monroe, WA 98272

Rida Investment LLC
1515 Pleasant Hill Rd
Duluth, GA 30096

River Stop
1554 State Why 174
Blum, TX 76627

River's Edge Market  LLC
4211 Preston Fall City Rd SE
Fall City, WA 98024

Rochester Sensors
PO Box 2368
1025 S Belt Line Rd., Ste. 100-B
Coppell, TX 75019

Roman Jarosiewicz
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Romney Liquor
9 Main St, Ste 105
Woodland, CA 95695

Ronald Dwyer
5463 N Wolverine Pass Rd
Apache Junction, AZ 85119

Rose Trail Ventures 2 LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

**MATRIX OF ADDITIONAL CREDITORS - Page 23**

Rose Trail Ventures LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Royal Oil
6953 Navajo Rd
San Diego, CA 92112

Royal Reservoirs LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Rubab Inc
1615 S Roane St
Harriman, TN 37748

Rumson Wellness LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Ryland Texaco
851 Ryland Ave
Huntsville, AL 35811

S & B Market
16307 Chino Corona Rd
Chino, CA 91708

S&S Baseline 76 Inc
799 W Baseline St
San Bernardino, CA 92410

SA Market
1005 W Bitters
San Antonio, TX 78216

Saasoa
30941 Mill Lane
Suite G 288
Spanish Fort, AL 36527

Saelam Liquor
12720 Atlantic Ave
Lynwood, CA 90262

Safeway (Albertsons)
1219 S Broadway Ave
Boise, ID 83706

Saigayatri Inc
3001 Johnson Rd SW
Huntsville, AL 35805

Salt City Security
PO BOX 95105
South Jordan, UT 84095

Salt Lake Cty. Assessor's Office
Personal Property Div.
2001 S. State St., Rm N2-600
Salt Lake City, UT 84114

San Andreas Mini Mart
PO Box 775
San Andreas, CA 95249

San Antonio Water Sytem
PO Box 2990
San Antonio, TX 78299-2990

San Marcos Chevron
1290 W Mission Rd
San Marcos, CA 92069

**MATRIX OF ADDITIONAL CREDITORS - Page 24**

| | | |
|---|---|---|
| 1 | Save N Go | Shree Chehar Inc |
| 2 | 14414 Jones Maltsburger | 711 E 10th St |
| | San Antonio, TX 78247 | Cookeville, TN 38501 |
| 3 | | |
| 4 | Scotties - Longview | Shree Gayartimata VA LLC |
| | 401 W Hawkins Pkwy | 17616 Jeb Stuart Hwy |
| 5 | Longview, TX 75605 | Abingdon, VA 24211 |
| 6 | Scotties 2 0 | Shree Radhe Inc |
| 7 | 1188 E Hawkins Pkwy | Huntland Market 410 Main St |
| | Longview, TX 75605 | Huntland, TN 37345 |
| 8 | | |
| 9 | SDB H20 LLC | Sierra Hills Market |
| | c/o Bush Kornfield LLP | 117 CA-4 |
| 10 | 601 Union Street Suite 5000 | Murphys, CA 95247 |
| 11 | Seattle, WA 98101-2373 | |
| | | Sierra Pines Apartments |
| 12 | SHC-ET Funding II, LLC | 9410 N 31st Ave |
| 13 | c/o Bast Amron LLP | Phoenix, AZ 85051 |
| | One SE Third Ave., Suite 2410 | |
| 14 | Miami, FL 33131 | Sierra Shell |
| 15 | | 3999 Douglas Blvd |
| | Shell - Perris | Roseville, CA 95661 |
| 16 | 490 E San Jancito Ave | |
| 17 | Perris, CA 92571 | Sierra Trading Post |
| | | 8026 Hwy 49 |
| 18 | Shell Gas - Riverside | Mokelumne Hill, CA 95245 |
| 19 | 6100 Clay St | |
| | Riverside, CA 92503 | Sig Mont Corporation |
| 20 | | 405 Signal Mountain Rd |
| 21 | Shell Gas - Yuvraj | Chattanooga, TN 37405 |
| | 14005 Whittier Blvd | |
| 22 | Whittier, CA 90605 | Silver Oak H2O LLC |
| 23 | | c/o Bush Kornfield LLP |
| | Shiv Shanti Athens LLC | 601 Union Street Suite 5000 |
| 24 | 4390 Lexington Rd | Seattle, WA 98101-2373 |
| | Athens, GA 30605 | |
| 25 | | |
| 26 | | |

**MATRIX OF ADDITIONAL CREDITORS - Page 25**

Siripi WST LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Sleepy Valley Resort
2301 N Abram Rd
Mission, TX 78572

SLS Shell
1091 W Foothill Blvd
Claremont, CA 91711

Smog & Tune Up
1244 W Ave.
Lancaster, CA 93534

Snappy Foods
608 Bedell Ave
Woodbine, GA 31331

Somer Rose  Inc
6954 Atlantic Ave
Long Beach, CA 90805

Soniya Corporation
150 Mouse Creek Rd. NW
Cleveland, TN 37311

Soniya Merchant
102 N Roane St
Harriman, TN 37748

Soto Mobile Mart Inc
1010 N Soto St
Los Angelas, CA 90033

South Daytona Food Inc
2033 Anastatia Dr
South Daytona, FL 32119

Southern Pit Stop
7933 N Century Blvd
Century, FL 32535

Spruce Waters Investments LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

SSM Vending
1716 W Broadway Rd, Suite 111
Mesa, AZ 85202

Stanwood Food Mart
26923 104th Dr. NW
Stanwood, WA 98292

Star Market
57387 Twentynine Palms Hwy
Yucca Valley, CA 92284

Starter Holdings LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Stateline Tobacco
2205 Euclid Ave
Bristol, VA 24201

Stephen Demegrasso
30946 Wyatt Dr
Harrisburg, OR 97446

Sun A Wy LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

**MATRIX OF ADDITIONAL CREDITORS - Page 26**

Sunoco Stop Shop
2848 S Adams St
Tallahassee, FL 32301

Sunrise Market
1215 S 6th Ave
Kelso, WA 98626

Sunrise Market - GA
550 Page Rd
Rossville, GA 30741

Super Liquor
12235 Palm Dr
Desert Hot Springs, CA 92240

Super Quick
28 East 12th St
Marysville, CA 95901

T&L Convenience LLC
411 N Arizona Blvd
Coolidge, AZ 85128

Take A Hike Mini Mart
7448 Jackson Rd
San Diego, CA 92119

Takhar Inc
228 Ray Roberts Pkwy
Tioga, TX 76271

Tanushka Water Vending
c/o Attorney West Seattle PS
5400 California Ave. SW Ste. E
Seattle, WA 98136

Tanushka Water Vending LLC
c/o Eric Harrison
5400 California Ave. SW, Ste. E
Seattle, WA 98136

Tenino Marketplace
PO Box 4015
Tenino, WA 98589

Terrible Herbst Attn: Accounting Dept
3440 W Russell Rd
Las Vegas, NV 89118

Texaco Food Mart
1670 Pleasant Hill Rd
Duluth, GA 30096

Texaco- Decatur
819 Sixth Ave. NE
Decatur, AL 35601

Texas Pit Stop
1804 Ave H Rosenberg
TX 77471

Thakurs Retailer Group LLC
400 N State Hwy. 78
Lavon, TX 75160

The Citrus Group LLC
5014 16th Ave., Ste 124
Brooklyn, NY 11204

The Spot
2267 Smokey Park Hwy
Asheville, NC 28715

Thornton Market
PO BOX 488
Thornton, CA 95686

**MATRIX OF ADDITIONAL CREDITORS - Page 27**

TJ Mart
 6900 Confederate Park Rd
Lakeside, TX 76108

Tote-A-Bag
12331 Lake June Rd #1635
Mesquite, TX 75180

Tower Mart
7210 Roseville Rd
Sacramento, CA 95842

Town and Country Fence  Inc
6410 212th St. SW
Lynnwood, WA 98036

Town Square
6085 South Rainbow Blvd
Las Vegas, NV 89118

TrueBlue, Inc. / PeopleReady
5678 Washington St.
Tacoma, WA 98401

Truva Retail Management LLC
2581 W Erie St
Chandler, AZ 86404

Twain Harte
18711 Tiffeni Dr #65
Twain Harte, CA 95383

TX KB Enterprise
1014 Main St
Junction, TX 76849

Tyler C Sadek
c/o Mercho Strzynski
828 E. 64th Street
Indianapolis, IN 46220

Tyler C. Sadek
c/o Terek E. Mercho
8935 N Meridian St., Suite 112
Indianapolis, 42620

Tyler Sadek
c/o Terek E. Mercho
8935 N Meridian St., Suite 112
Indianapolis, IN 42620

U.S. Bank Trust Company, NA
2732 Grand Ave., Suite 122
Everett, WA 98201

Unadilla Mini Food Mart
1800 Pine St
Unadilla, GA 31091

Upwell Water LLC
106 Lincoln Blvd., Ste. 100
San Francisco, CA 94129

US Bank Trust Company
60 Livingston Ave.
EP-MN-WS3D
Saint Paul, MN 55107

UW Waterstation LLC
106 Lincoln Blvd., Ste. 100
San Francisco, CA 94129

UW WS SPV 1 LLC
106 Lincoln Blvd., Ste. 100
San Francisco, CA 94129

V2S2 LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

**MATRIX OF ADDITIONAL CREDITORS - Page 28**

| | | |
|---|---|---|
| 1 | Valero Depot 6 | Washington Office of Atty. General |
| 2 | 17928 Wika Rd | Bankruptcy Unit |
| | Apple Valley, CA 92307 | 800 Fifth St., Ste. 2000 |
| 3 | | Seattle, WA 98104 |
| 4 | Valley Chevron | |
| | 13129 Valley Rd | Water Dragon Hmh |
| 5 | La Puente, CA 91746 | c/o Baker Sterchi Cowden & Rice LLC |
| | | 2100 Westlake Ave. N., Suite 206 |
| 6 | Vardayani Inc | Seattle, WA 98109 |
| 7 | 9712 Scenic Hwy | |
| | Lookout Mountain, GA 30750 | Water Station Holdings, LLC |
| 8 | | c/o Mercho Strzynski |
| 9 | Vashon Market IGA | 828 E. 64th Street |
| | PO BOX 2881 | Indianapolis, IN 46220 |
| 10 | Vashon, WA 98070 | |
| 11 | | WaterStation Technology of Rockville |
| | VAT Crossroads LLC | Att. Adrian West |
| 12 | 1900 Carl Rd | 274 Union Street |
| | Irving, TX 75061 | Jersey City, NJ 07304 |
| 13 | | |
| 14 | Vintners | Wavaho |
| | 8607 Elk Grove Blvd | 3105 Drake Ave SW |
| 15 | Elk Grove, CA 95624 | Huntsville, AL 35805 |
| 16 | Vortex Colorado LLC | Richard Wear |
| 17 | Lockbox Services 846952 | 1029 154th Street NW |
| | 3440 Flair Dr. | Marysville, WA 98271 |
| 18 | El Monte, CA 91731 | |
| 19 | | Richard Wear |
| | Wakanda Ventures LLC | 14717 27th Ave. SW |
| 20 | Att. Adrian West | Marysville, WA 98271 |
| | 274 Union Street | |
| 21 | Jersey City, NJ 07304 | Ryan Wear |
| 22 | | 1029 154th Street NW |
| | Washington Dept. of Revenue | Marysville, WA 98271 |
| 23 | Bankruptcy/Claims Unit | |
| 24 | 2101 4th Ave. #1400 | Ryan Wear |
| | Seattle, WA 98121 | 14717 27th Ave. SW |
| 25 | | Marysville, WA 98271 |
| 26 | | |

**MATRIX OF ADDITIONAL CREDITORS - Page 29**

Ryan Wear
2732 Grand Ave., Ste. 122
Everett, WA 98201

Wells Branch Food Mart
3505 Wells Branch Pkwy
Austin, TX 78728

West Coast Petroleum Newport LLC
2891 W Valencia
Tucson, AZ 85746

Westwood Village Food Mart
1301 Westwood Ln
Wilkesboro, NC 38697

Willimina Select Marke
112 NE Main St
Willamina, OR 97396

WST LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

WST Utah LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

WV Water Tech LLC
c/o Bush Kornfield LLP
601 Union Street Suite 5000
Seattle, WA 98101-2373

Z Mart Texaco
13210 US-290
West Austin, TX 78737

Ziba Investments
4701 W Imperial Hwy
Ingelwood, CA 90304

**MATRIX OF ADDITIONAL CREDITORS - Page 30**

DATED: December 9, 2024.

TONKON TORP LLP

By: */s/ Danny Newman*
    Danny Newman, WSBA No. 61824
      Email: danny.newman@tonkon.com
      Direct: 503.802.2089
    Ava Schoen, admitted *Pro Hac Vice*
      Email: ava.schoen@tonkon.com
      Direct: 503.802.2143
    Christopher Pallanch, WSBA 45859
      Email: christopher.pallanch@tonkon.com
      Direct: 503.802.2104
    888 SW 5th Avenue, Suite 1600
    Portland, OR 97204
      *Attorneys for Debtor*

044904\00001\17844515v1

**MATRIX OF ADDITIONAL CREDITORS - Page 2**