| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Water Station Management LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 24-01864-11 |

☑ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ **Unknown**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ **Unknown**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $ **Unknown**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................... $ **600,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **15,509,282.88**

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b $ **16,109,282.88**

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1

24-01864-FPC11    Doc 159    Filed 01/02/25    Entered 01/02/25 14:36:45    Pg 1 of 12

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Water Station Management LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 24-01864-11 |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims - 1st Supplemental F  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ■ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                           **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address<br>**395 Services Inc.**<br>**12078 Three Flags Ct., Ste. 175**<br>**Oak Hills, CA 92344**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**7-Eleven**<br>**3200 Hackberry Rd.**<br>**Irving, TX 75063**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**7-Eleven, Inc.**<br>**3200 Hackberry Rd.**<br>**Irving, TX 75063**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**76 Gas Station**<br>**7760 Crescent Ave.**<br>**Buena Park, CA 90620**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

1/02/25 9:44AM

| Debtor | **Water Station Management LLC** | Case number (if known) | **24-01864-11** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Akashar Marathon LLC**<br>**6600 38th Ave. N**<br>**St. Petersburg, FL 33719**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Amigos Market-Glendale**<br>**7536 W Glendale Ave.**<br>**Glendale, AZ 85303**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**BJ's Quick Stop**<br>**1755 Main St.**<br>**Bryson City, NC 28713**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Bread Basket**<br>**8801 West Gate Blvd.**<br>**Austin, TX 78745**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Bread Basket Austin**<br>**11410 Menchaca Rd.**<br>**Austin, TX 78745**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Bulldog Chevron**<br>**4964 North Memorial Pkwy.**<br>**Huntsville, AL 35810**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Buzz Mart**<br>**9895 County Rd. 13 S**<br>**Hastings, FL 32145**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **Water Station Management LLC** <br> Name | Case number (if known) | **24-01864-11** |
|---|---|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** <br> **CadFuels - Temple City** <br> **5329 Baldwin Ave.** <br> **Temple City, CA 91780** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Trade creditor.** <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** <br> **Cal's Convenience Inc.** <br> **Attn: Ray Harrison** <br> **7460 Warren Pkwy., Ste. 310** <br> **Frisco, TX 75034** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Trade creditor.** <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.14 | **Nonpriority creditor's name and mailing address** <br> **Camanche Blue Store** <br> **4232 Camanche Parkway N** <br> **Ione, CA 95640** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Trade creditor.** <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.15 | **Nonpriority creditor's name and mailing address** <br> **Can Do #2 Liquor & Market** <br> **72143 Twentynine Palms Hwy .** <br> **Twentynine Palms, CA 92277** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Trade creditor.** <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.16 | **Nonpriority creditor's name and mailing address** <br> **Car Gas & Food Mart** <br> **2720 14th St.** <br> **Riverside, CA 92507** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Trade creditor.** <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.17 | **Nonpriority creditor's name and mailing address** <br> **Charter Oak Liquor** <br> **20040 E Arrow Hwy.** <br> **Covina, CA 91724** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Trade creditor.** <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.18 | **Nonpriority creditor's name and mailing address** <br> **Chevron - Sunrise** <br> **2707 Sunrise Blvd.** <br> **Rancho Cordova, CA 95742** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Trade creditor.** <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address**<br>**Cinco de Mayo Meat Market**<br>**128 Tenaho St.**<br>**Center, TX 75935**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade creditor.**<br>Is the claim subject to offset? ■ No   ☐ Yes |
| **3.20** | **Nonpriority creditor's name and mailing address**<br>**Costa Mesa Spirits Inc.**<br>**2990 E Artesia Blvd.**<br>**Long Beach, CA 90805**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade creditor.**<br>Is the claim subject to offset? ■ No   ☐ Yes |
| **3.21** | **Nonpriority creditor's name and mailing address**<br>**Cowboys Boots and Western Wear**<br>**170 N Mt. Vernon Ave.**<br>**San Bernardino, CA 92410**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade creditor.**<br>Is the claim subject to offset? ■ No   ☐ Yes |
| **3.22** | **Nonpriority creditor's name and mailing address**<br>**Creekview Mini Mart**<br>**1600 Broadway**<br>**Placerville, CA 95667**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade creditor.**<br>Is the claim subject to offset? ■ No   ☐ Yes |
| **3.23** | **Nonpriority creditor's name and mailing address**<br>**Depot 5 Mart**<br>**13187 Main St.**<br>**Hesperia, CA 92345**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade creditor.**<br>Is the claim subject to offset? ■ No   ☐ Yes |
| **3.24** | **Nonpriority creditor's name and mailing address**<br>**DosCocos, Inc.**<br>**5456 Edgewood Dr.**<br>**La Verne, CA 91750**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Precautionary.**<br>Is the claim subject to offset? ■ No   ☐ Yes |
| **3.25** | **Nonpriority creditor's name and mailing address**<br>**Edmonds IGA (ACE Hardware)**<br>**550 5th Ave. S**<br>**Edmonds, WA 98020**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade creditor.**<br>Is the claim subject to offset? ■ No   ☐ Yes |

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Elite Atm Services**<br>**96 Sachem Dr.**<br>**Middletown, CT 06457**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*　**Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset?　■ No　☐ Yes |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**EZ Shop**<br>**1002 Pearl St.**<br>**Darlington, SC 29532**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*　**Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset?　■ No　☐ Yes |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**EZ Trip**<br>**4002 E McDowell Rd.**<br>**Phoenix, AZ 85008**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*　**Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset?　■ No　☐ Yes |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Fairway Liquor**<br>**340 W Brown Rd.**<br>**Mesa, AZ 85201**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*　**Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset?　■ No　☐ Yes |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Fresh Mart**<br>**PO Box 615**<br>**Salida, CA 95368**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*　**Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset?　■ No　☐ Yes |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Grab N Go Kingman LLC**<br>**231 Beale St.**<br>**Kingman, AZ 86401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*　**Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset?　■ No　☐ Yes |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**HEB**<br>**646 South Flores St.**<br>**San Antonio, TX 78204**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*　**Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset?　■ No　☐ Yes |

| Debtor | Water Station Management LLC | Case number (if known) | 24-01864-11 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**HEB, LP**<br>**646 South Flores St.**<br>**San Antonio, TX 78204**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade creditor.__<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Hwy 969 Food Mart**<br>**6401 FM 969, Unit #100**<br>**Austin, TX 78724**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade creditor.__<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Jai Goga 728 LLC**<br>**8525 S Marcus St.**<br>**Wrightsville, GA 31096**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade creditor.__<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Kings Food Mart**<br>**6440 W Van Buren St.**<br>**Phoenix, AZ 85043**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade creditor.__<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Kwik Mart-1**<br>**1200 FL - 436**<br>**Altomonte Springs, FL 32714**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade creditor.__<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Kwik Shop**<br>**506 N Austin St.**<br>**Seguin, TX 78155**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade creditor.__<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**La Familia Market**<br>**PO Box 615**<br>**Salida, CA 95368**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade creditor.__<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Liquor Land**<br>**14062 Springdale St.**<br>**Westminster, CA 92683** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Lopez Village Market Red Apple**<br>**162 Weeks Rd.**<br>**Lopez Island, WA 98261** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Los Panchos**<br>**17941 Grand Ave.**<br>**Lake Elsinore, CA 92530** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Mike's Arco**<br>**1460 P St.**<br>**Fresno, CA 93721** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Naria LLC**<br>**542 Stafford Ave. NW**<br>**Cleveland, TN 37312** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Neelamber Corporation**<br>**947 NW Paul Huff Pkwy .**<br>**Cleveland, TN 37312** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Nisqualli Station Inc**<br>**547 West I St.**<br>**Los Banos, CA 93635** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Water Station Management LLC | Case number (if known) | 24-01864-11 |
|---|---|---|---|
| | Name | | |

---

**3.47** **Nonpriority creditor's name and mailing address**
Pipalpani One LLC
630 W Center St.
Lexington, NC 27292

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
Quick Corner 2
4435 N 27th Ave.
Phoenix, AZ 85017

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**
Raley's Arizona LLC
2650 W. Geronimo Pl.
Chandler, AZ 85224

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**
Raley's Arizona LLC
Attn: General Counsel
2650 W. Geronimo Pl.
Chandler, AZ 85224

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
Shell Rosemont
9100 Kiefer Blvd.
Sacramento, CA 95826

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
Shoppers Food Mart
1901 E MLK Jr Blvd.
Austin, TX 78702

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**
Shopping Basket
2217 W. Ramsey St.
Banning, CA 92220

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade creditor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**SSV Menifee Inc.**<br>**142 Lydia Lane**<br>**Corona, CA 92882** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Sthira Corporation**<br>**682 Highway 25 E**<br>**Bean Station, TN 37708** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Tech Pro LLC**<br>**3498 N San Marcos Pl., Ste. 12**<br>**Chandler, AZ 85225** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Tenino Market Fresh**<br>**PO Box 4015**<br>**Tenino, WA 98589** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Torna LLC**<br>**790 Juniper Berry Lane NW**<br>**Huntersville, NC 28078** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address**<br>**UNFI**<br>**11840 Valley View Rd.**<br>**Eden Prairie, MN 55344** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address**<br>**UseWater LLC**<br>**6615 Leameadow Dr.**<br>**Dallas, TX 75248** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade creditor.**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | Valero Gas Services Inc<br>11807 E Carson St.<br>Hawaiian Gardens, CA 90716 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Trade creditor.<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | Vicky's Market<br>3181 E. Imperial Hwy<br>Lynwood, CA 90262 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Trade creditor.<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | Zanottos Sunnyvale Market<br>1356 S Mary Ave.<br>Sunnyvale, CA 94087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Trade creditor.<br>Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Water Station Management LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | **24-01864-11** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*    **1st Supplemental Schedule F**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 2, 2025**         X **/s/ Brian Weiss**
                                          Signature of individual signing on behalf of debtor

                                          **Brian Weiss**
                                          Printed name

                                          **Chief Restructuring Officer (Force Ten Partners, LLC)**
                                          Position or relationship to debtor