Danny Newman, WSBA 61824
    Email: danny.newman@tonkon.com
    Direct: 503.802.2089
Ava Schoen, admitted *Pro Hac Vice*
    Email: ava.schoen@tonkon.com
    Direct: 503.802.2143
Christopher Pallanch, WSBA 45859
    Email: christopher.pallanch@tonkon.com
    Direct: 503.802.2104
Michael W. Fletcher, WSBA 52208
    Email: michael.fletcher@tonkon.com
    Direct: 503.802.2069
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
    Main: 503.221.1440
    Facsimile: 503.274.8779
        *Attorneys for Debtors and*
*Debtors-in-Possession*

HONORABLE FREDERICK P. CORBIT

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WATER STATION MANAGEMENT LLC,<br><br>Debtor, | Case No. 24-01864-11<br><br>**MATRIX OF ADDITIONAL CREDITORS** |

First Fed Bank
105 W. 8th St.
PO Box 351
Port Angeles, WA 98362

Ideal Property Investments LLC
2732 Grand Ave., Ste. 122
Everett, WA 98201

**MATRIX OF ADDITIONAL CREDITORS - Page 1**

| | |
|---|---|
| JDD Enterprises, LLC | Kroger |
| James Douglas Dootson | Attn: Lauren Metzger |
| 218 South Lewis St., Apt. #2 | 1014 Vine St. |
| Monroe, WA 98272 | Cincinnati, OH 45202 |

DATED: March 11, 2025.

TONKON TORP LLP

By: */s/ Danny Newman*
      Danny Newman, WSBA No. 61824
       Email: danny.newman@tonkon.com
       Direct: 503.802.2089
      Ava Schoen, admitted *Pro Hac Vice*
       Email: ava.schoen@tonkon.com
       Direct: 503.802.2143
      Christopher Pallanch, WSBA 45859
       Email: christopher.pallanch@tonkon.com
       Direct: 503.802.2104
      Michael W. Fletcher, WSBA 52208
       Email: michael.fletcher@tonkon.com
       Direct: 503.802.2069
      888 SW 5th Avenue, Suite 1600
      Portland, OR 97204
*Attorneys for Debtor and Debtor-in-Possession*

044904\00001\18161812v1

**MATRIX OF ADDITIONAL CREDITORS - Page 2**