# iLien Cover Page

Date Printed: 02/07/2022

Debtor:
COLDWATER VENDING, LLC
3447 WRIGHTVIEW DRIVE
STUDIO CITY, CA  91604

Branch: 003
loan num:
REF3:
REF4:
Ref5:
Ref6:
Ref7:
Law Firm Bill Code:

iLien File #:  81783831
Order Confirmation #:  84755748

UserID:  193122
UserName:  ANGELA WESTALL
Number of Collateral Pages Attached:  6

Transaction Type:  Original
Jurisdiction:  CA, Secretary of State


Mail Address (Please send attachments to):
CT Lien Solutions
330 N. Brand Blvd Suite 700
Glendale, CA 91203
FAX: 818-662-4141

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**Lien Solutions**
Representation of filing

**This filing is Completed**
File Number : U220160987228
File Date   : 07-Feb-2022

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Name: Wolters Kluwer Lien Solutions  Phone: 800-331-3282  Fax: 818-662-4141

**B. E-MAIL CONTACT AT FILER (optional)**
uccfilingreturn@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

15266 - MISSION
84755748
CALI

Lien Solutions
P.O. Box 29071
Glendale, CA  91209-9071

File with: Secretary of State, CA

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| COLDWATER VENDING, LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 3447 WRIGHTVIEW DRIVE | STUDIO CITY | CA / 91604 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Mission Valley Bank | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 9116 Sunland Blvd | Sun Valley | CA / 91352 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
Purchase Money Security Interest in all assets of the 333 WaterStation Technology water vending machines, model WST-700, as further described in Exhibit "A" attached hereto and made a part hereof; whether any of the foregoing is owned now or acquired later, all accessions, additions, replacements, and substitution relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds)

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
84755748                003

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

**Equipment as described in the Equipment Purchase & Sale Agreement between**
**Water Station Technologies (dba Creative Technologies) to Coldwater Vending LLC**

| ID | Name/Address | Location | City | County | State | ZIP | Ref |
|---|---|---|---|---|---|---|---|
| 5190 | FAMILY DO 9243 SKILLMAN ST STE 103 | | DALLAS | Dallas | TX | 75243-9020 | 109842 |
| 5197 | FAMILY DO 10930 NORTH FWY | | HOUSTON | Harris | TX | 77037-1108 | 109843 |
| 5206 | FAMILY DO 3323 W NORTHWEST HWY | | DALLAS | Dallas | TX | 75220-5931 | 109844 |
| 5209 | FAMILY DO 4947 SINGLETON BLVD | | DALLAS | Dallas | TX | 75212-3338 | 109845 |
| 5216 | FAMILY DO 5613 UVALDE ROAD | SAN JACINT | HOUSTON | Harris | TX | 77049-4523 | 109846 |
| 5223 | FAMILY DO 100 MAPLE ST | | DENTON | Denton | TX | 76201-6826 | 109847 |
| 5244 | FAMILY DO 601 E ROCK ISLAND AVE | | BOYD | Wise | TX | 76023-3007 | 109848 |
| 5246 | FAMILY DO 2426 W Ledbetter Drive | | Dallas | Dallas | TX | 75233-4016 | 109849 |
| 5258 | FAMILY DO 115 W BOLIVAR ST | | VIDOR | Orange | TX | 77662-4848 | 109850 |
| 5260 | FAMILY DO 5631 BEECHNUT ST | | HOUSTON | Harris | TX | 77096-1021 | 109851 |
| 5285 | FAMILY DO 1301 W HENDERSON ST | Meadowbr | CLEBURNE | Johnson | TX | 76033-5117 | 109852 |
| 5313 | FAMILY DO 8011 PARK PLACE BLVD | | HOUSTON | Harris | TX | 77087-4643 | 109853 |
| 5342 | FAMILY DO 580 E GIBSON ST | | JASPER | Jasper | TX | 75951-5152 | 109854 |
| 5348 | FAMILY DO 9492 HAMMERLY BLVD | | HOUSTON | Harris | TX | 77080-5447 | 109855 |
| 5352 | FAMILY DO 2300 N ALEXANDER DR | | BAYTOWN | Harris | TX | 77520-3455 | 109856 |
| 5401 | FAMILY DO 1129 US HWY 83 | | ALAMO | Hidalgo | TX | 78516-2531 | 109857 |
| 5441 | FAMILY DO 9711 PLANO RD | | DALLAS | Dallas | TX | 75238-2327 | 109858 |
| 5443 | FAMILY DO 3411 E TRINITY MILLS RD | | DALLAS | Denton | TX | 75287-6202 | 109859 |
| 5461 | FAMILY DO 1000 N FRAZIER ST | | CONROE | Montgome | TX | 77301-2309 | 109860 |
| 5491 | FAMILY DO 5835 W MOUNT HOUSTON RI | | HOUSTON | Harris | TX | 77088-1255 | 109861 |
| 5704 | FAMILY DO 4711 W 3500 S | | WEST VALLE' | Emery | UT | 84120-3040 | 109862 |
| 5761 | FAMILY DO 1649 W 4200 S | | TAYLORSVILL | Sanpete | UT | 84123-2279 | 109863 |
| 5816 | FAMILY DO 3530 W 3100 S | | WEST VALLE' | San Juan | UT | 84119-2520 | 109864 |
| 5826 | FAMILY DO 82 N. MAIN ST | | NEPHI | Utah | UT | 84648 | 109865 |
| 5853 | FAMILY DO 112 W MAIN ST | | TREMONTON | Tooele | UT | 84337-1630 | 109866 |
| 5896 | FAMILY DO 620 W MAIN ST | | VERNAL | Sanpete | UT | 84078-2408 | 109867 |
| 6024 | FAMILY DO 595 E TELEGRAPH ST | | WASHINGTO | Beaver | UT | 84780-1851 | 110079 |
| 6141 | FAMILY DO 3531 HARRISON BLVD S | | OGDEN | Millard | UT | 84403-2005 | 110080 |
| 6187 | FAMILY DO 1638 S 500 W | | WOODS CRO | Duchesne | UT | 84087 | 110081 |
| 6223 | FAMILY DO 3171 S REDWOOD RD | | WEST VALLE' | Duchesne | UT | 84119-3201 | 110082 |
| 6224 | FAMILY DO 725 N MAIN ST | | TOOELE | Salt Lake | UT | 84074-1612 | 110083 |
| 6282 | FAMILY DO 7260 W 3500 SOUTH | | MAGNA | Morgan | UT | 84044-2447 | 110084 |
| 6287 | FAMILY DO 775 N OREM BLVD | | OREM | Iron | UT | 84057-8806 | 110085 |
| 6292 | FAMILY DO 4653 WEST 6200 SOUTH | | WEST JORDO | Salt Lake | UT | 84118-4501 | 110086 |
| 6628 | FAMILY DO 39 W MAIN | | DELTA | Washingtoi | UT | 84624-9441 | 110087 |
| 6847 | FAMILY DO 449 E WENDOVER BLVD | | WENDOVER | San Juan | UT | 84083 | 110088 |
| 6999 | FAMILY DO 540 E MAIN ST | | CASTLE DALE | Garfield | UT | 84513 | 110089 |
| 7062 | FAMILY DO 433 S MAIN ST | | GUNNISON | Washingtoi | UT | 84634 | 110090 |
| 7063 | FAMILY DO 742 S MAIN ST | | BLANDING | Sevier | UT | 84511-3924 | 110091 |
| 7099 | FAMILY DO 252 WEST MAIN ST | | SANTAQUIN | Sevier | UT | 84655-7086 | 110092 |
| 326 | FAMILY DO 511 E MAIN ST | | BEDFORD | Henry | VA | 24523-2018 | 110093 |
| 329 | FAMILY DO 1600 Main Street | OAK HILL S | CLIFTON FOR | Franklin Cit | VA | 24422-1604 | 110094 |
| 330 | FAMILY DO 3703 MECHANICSVILLE PIKE | | RICHMOND | Hampton | VA | 23223-1331 | 110095 |
| 335 | FAMILY DO 557 E CONSTANCE RD | Towne Squ | SUFFOLK | Hampton | VA | 23434-3003 | 110096 |
| 345 | FAMILY DO 701 PINEY FOREST RD | | DANVILLE | Norfolk | VA | 24540-2860 | 110097 |
| 346 | FAMILY DO 711 E ATLANTIC AVE (U.S. Hig | Town Squa | SOUTH HILL | Albemarle | VA | 23970-3425 | 110098 |
| 357 | FAMILY DO 609 MARKET ST | CUMBERLA | N TAZEWELL | Tazewell | VA | 24630-9587 | 110099 |
| 370 | FAMILY DO 1342 W MAIN ST | DAN RIVER | DANVILLE | Smyth | VA | 24541-4714 | 110100 |
| 373 | FAMILY DO 1500 HIGH ST | | PORTSMOUT | Tazewell | VA | 23704-3210 | 110101 |
| 443 | FAMILY DO 113A North Washington High | Ashland Ha | Ashland | Carroll | VA | 23005-2109 | 110102 |
| 444 | FAMILY DO 1963 E PEMBROKE AVE | BUCKROE S | HAMPTON | Amherst | VA | 23663-1338 | 110103 |

| ID | Name | Address | Location | City | County | State | ZIP | Code |
|---|---|---|---|---|---|---|---|---|
| 468 | FAMILY DO | 2901 Jefferson Avenue | | Newport New | York | VA | 23607-4013 | 110104 |
| 476 | FAMILY DO | 107 S STUART AVE | | ELKTON | Shenandoa | VA | 22827-1525 | 110139 |
| 478 | FAMILY DO | 908 LA SALLE AVE | QUEENS PL | HAMPTON | Warren | VA | 23669-3819 | 110140 |
| 483 | FAMILY DO | 216 Park Avenue NE | | Wise | King George | VA | 24293 | 110141 |
| 505 | FAMILY DO | 3412 WATERLICK ROD | | Pennington G | Pittsylvania | VA | 24277-0676 | 110142 |
| 527 | FAMILY DO | 312 TB Stanley Hwy. | | Stanleytown | Lancaster | VA | 24168 | 110143 |
| 542 | FAMILY DO | 1133 Armory Drive | | Franklin | Frederick | VA | 23851-2417 | 110144 |
| 543 | FAMILY DO | 2301 KECOUGHTAN RD | WYTHE SH | HAMPTON | Augusta | VA | 23661-3218 | 110145 |
| 550 | FAMILY DO | 35 W MERCURY BLVD | LANGLEY S | HAMPTON | Page | VA | 23669-2508 | 110146 |
| 286 | FAMILY DO | 809 Main Street East | Fountain S | Oak Hill | | WV | 25901 | 110147 |
| 305 | FAMILY DO | 3706 ROBERT C BYRD DR | | BECKLEY | | WV | 25801-2944 | 110148 |
| 371 | FAMILY DO | 2 AIRPORT SQUARE | U.S. ROUTE | BLUEFIELD | | WV | 24701-9428 | 110149 |
| 389 | FAMILY DO | OLD U.S. 119 | | DANVILLE | | WV | 25053-0137 | 110150 |
| 446 | FAMILY DO | 828 BROAD ST | LeRose Sho | SUMMERSVILLE | | WV | 26651-1758 | 110151 |
| 1630 | FAMILY DO | 609 BELLVIEW BLVD | FAIRHILLS | FAIRMONT | Kanawha | WV | 26554-1875 | 110152 |
| 1673 | FAMILY DO | 1506 MAIN ST | BROOKE PL | FOLLANSBEE | Harrison | WV | 26037-1222 | 110153 |
| 1681 | FAMILY DO | 605 WINCHESTER AVE | MARTINSB | MARTINSBUR | Lincoln | WV | 25401-2101 | 110154 |
| 1710 | FAMILY DO | 1260 East Main Street | | White Sulphu | Kanawha | WV | 24986 | 110155 |
| 11665 | FAMILY DO | 5158 Route 10 | | Barboursville | Cabell | WV | 25504-9666 | 110156 |
| 6059 | FAMILY DO | 514 W TAYLOR STREET | | Butler | Taylor | GA | 31006-0425 | 110157 |
| 6060 | FAMILY DO | 1713 WALTON WAY | | AUGUSTA | Richmond | GA | 30904-3705 | 110158 |
| 6061 | FAMILY DO | 60 BUTTS ST | | WADLEY | Jefferson | GA | 30477 | 110159 |
| 6065 | FAMILY DO | 224 WALNUT AVE S | | Leesburg | Lee | GA | 31763 | 110160 |
| 6111 | FAMILY DO | 1031 W GORDON AVE | | ALBANY | Dougherty | GA | 31701-2900 | 110161 |
| 6132 | FAMILY DO | 718 W JACKSON ST | | THOMASVILL | Thomas | GA | 31792-5957 | 110162 |
| 6151 | FAMILY DO | 3500 MARTIN LUTHER KG JR D | | ATLANTA | Fulton | GA | 30331-4007 | 110163 |
| 6162 | FAMILY DO | 1202 Megarrah Road | | Americas | Sumter | GA | 31709 | 110164 |
| 6176 | FAMILY DO | 206 SAND BAR FERRY RD | | AUGUSTA | Richmond | GA | 30901-1850 | 110692 |
| 6189 | FAMILY DO | 916 HOGANSVILLE RD (U. S. H | | LAGRANGE | Troup | GA | 30241-1412 | 110693 |
| 6198 | FAMILY DO | 2020 GORDON HWY | | AUGUSTA | Richmond | GA | 30909-4453 | 110694 |
| 6285 | FAMILY DO | 492 E CRUSSELLE ST | GM PLAZA | ROBERTA | Crawford | GA | 31078-4824 | 110695 |
| 6310 | FAMILY DO | 3656 JEFFERSONVILLE RD | | MACON | Bibb | GA | 31217-5314 | 110696 |
| 6432 | FAMILY DO | 5615 HOUSTON RD | | MACON | Bibb | GA | 31216-5747 | 110697 |
| 6485 | FAMILY DO | 1502 RADIUM SPRINGS RD | | ALBANY | Dougherty | GA | 31705-4022 | 110698 |
| 6501 | FAMILY DO | 824 DONALD L HOLLOWELL P | | ATLANTA | Fulton | GA | 30318-8402 | 110699 |
| 6509 | FAMILY DO | 565 Joseph E. Lowery Blvd. SV | | Atlanta | Fulton | GA | 30310-1400 | 110700 |
| 6611 | FAMILY DO | 455 NORTH AVE., NORTHEAST | NORTH PL | ATLANTA | Fulton | GA | 30354 | 110701 |
| 6612 | FAMILY DO | 2809 TOBACCO RD | | HEPHZIBAH | Richmond | GA | 30815-7003 | 110702 |
| 6823 | FAMILY DO | 823 COLLEGE ST | DODGE PL | EASTMAN | Dodge | GA | 31023-6771 | 110703 |
| 1246 | FAMILY DO | 610 1/2 W MAIN ST | | RAVENNA | Portage | OH | 44266-2704 | 111307 |
| 1247 | FAMILY DO | 329 N UHRICH ST | | UHRICHSVILL | Tuscarawas | OH | 44683-1838 | 111308 |
| 1252 | FAMILY DO | 9031 OHIO RIVER RD | | WHEELERSBU | Scioto | OH | 45694-1925 | 111309 |
| 1264 | FAMILY DO | 3409 CLEVELAND AVE | NORTHERN | COLUMBUS | Franklin | OH | 43224-2906 | 111310 |
| 1280 | FAMILY DO | 2200 LINCOLN WAY NW | Mayflower | MASSILLON | Stark | OH | 44647-6144 | 111311 |
| 1300 | FAMILY DO | 7990 READING RD | SUNNYBRO | CINCINNATI | Hamilton | OH | 45237-2112 | 111312 |
| 1304 | FAMILY DO | 629 HARRISBURG PIKE | CENTRAL P | COLUMBUS | Franklin | OH | 43223-2111 | 111313 |
| 1331 | FAMILY DO | 109 WHITTLESEY ST | Midtown S | NORWALK | Huron | OH | 44857-1463 | 111314 |
| 1337 | FAMILY DO | 1139 West Market St. | | Warren | Trumbull | OH | 44485 | 111315 |
| 1339 | FAMILY DO | 566 Wabash Avenue, NW | | New Philadel | Tuscarawas | OH | 44663-4144 | 111316 |
| 1346 | FAMILY DO | 500 Youngstown Poland Road | | Struthers | Mahoning | OH | 44471 | 111317 |
| 1348 | FAMILY DO | 2901 MAHONING RD NE | | CANTON | Stark | OH | 44705-3333 | 111318 |
| 1368 | FAMILY DO | 180 SUNRISE CENTER DR | EAST PIKE | ZANESVILLE | Muskingum | OH | 43701-4651 | 111319 |
| 719 | FAMILY DO | 834 Main Street | | Bentleyville | Washington | PA | 15314-1216 | 111320 |
| 775 | FAMILY DO | 152 MC KEES ROCKS PLZ | McKees Ro | MC KEES ROC | Allegheny | PA | 15136-3547 | 111321 |
| 781 | FAMILY DO | 896 UPLAND AVE | UPLAND SH | UPLAND | Delaware | PA | 19013-3942 | 111322 |
| 788 | FAMILY DO | 1224 W MAIN ST | | MONONGAH | Washington | PA | 15063-2830 | 111323 |
| 815 | FAMILY DO | 1227 SCALP AVE | Richland Pl | JOHNSTOWN | Cambria | PA | 15904 | 111324 |

| # | Name | Address | City1 | City2 | County | State | ZIP | ID |
|---|---|---|---|---|---|---|---|---|
| 818 | FAMILY DO | 322 CENTRAL CITY PLZ | | NEW KENSIN | Westmorel | PA | 15068-6441 | 111325 |
| 824 | FAMILY DO | 1500 YOST BLVD | BRADDOCK | BRADDOCK H | Allegheny | PA | 15221-4822 | 111326 |
| 943 | FAMILY DO | 700 E PATTERSON ST | | LANSFORD | Carbon | PA | 18232-1705 | 111551 |
| 988 | FAMILY DO | 182 BUCHANAN TRL STE 165 | PENN VILL/ | MCCONNELL | Fulton | PA | 17233-8200 | 111552 |
| 989 | FAMILY DO | 130 N READING RD | Cloister Sh( | EPHRATA | Lancaster | PA | 17522-1646 | 111553 |
| 1030 | FAMILY DO | 118 S ANTRIM WAY | | GREENCASTL | Franklin | PA | 17225-1522 | 111554 |
| 1051 | FAMILY DO | 200 E PLEASANT VALLEY BLVD | | ALTOONA | Blair | PA | 16602-5500 | 111555 |
| 1059 | FAMILY DO | 134 Kline Village | Kline Villag | Harrisburg | Dauphin | PA | 17104-1579 | 111556 |
| 1076 | FAMILY DO | 360 LINCOLNWAY E | NEW OXFO | NEW OXFORI | Adams | PA | 17350-9399 | 111557 |
| 1090 | FAMILY DO | 701 SHARON NEW CASTLE RD | | FARRELL | Mercer | PA | 16121-1361 | 111558 |
| 1299 | FAMILY DO | 665 CAREY AVE | | WILKES BARF | Luzerne | PA | 18702-1466 | 111559 |
| 1350 | FAMILY DO | 635 LUZERNE ST | | SCRANTON | Lackawann | PA | 18504-2626 | 111560 |
| 1356 | FAMILY DO | 130 HIGHLAND AVE | | WASHINGTO | Washingto | PA | 15301-4020 | 111561 |
| 1383 | FAMILY DO | 10 DAIRYLAND SQUARE | | RED LION | York | PA | 17356-1801 | 111562 |
| 1596 | FAMILY DO | 125 MARKET ST | | KITTANNING | Armstrong | PA | 16201-1521 | 111571 |
| 1631 | FAMILY DO | 130 LYSLE BLVD | | MCKEESPOR | Allegheny | PA | 15132-2745 | 112063 |
| 1671 | FAMILY DO | 1402 MAIN ST | | BURGETTSTC | Washingto | PA | 15021-1164 | 112064 |
| 1680 | FAMILY DO | 24 S 18TH ST | Columbia S | COLUMBIA | Lancaster | PA | 17512-9595 | 112065 |
| 1707 | FAMILY DO | 1915 W 9TH Street | | CHESTER | Delaware | PA | 19013-2719 | 112066 |
| 1760 | FAMILY DO | 2226 BROAD ST | COMMOD( | ERIE | Erie | PA | 16503-2513 | 112067 |
| 272 | FAMILY DO | 217 N Dobys Bridge Road | | Fort Mill | York | SC | 29715 | 112068 |
| 274 | FAMILY DO | 1121 E GODBOLD ST | | MARION | Marion | SC | 29571 | 112069 |
| 287 | FAMILY DO | 114 HWY 17 N | SURFSIDE F | SURFSIDE BE | Horry | SC | 29575-6035 | 112070 |
| 340 | FAMILY DO | 208 North Main Street | | Summerville | Dorchester | SC | 29483-6416 | 112071 |
| 366 | FAMILY DO | 1044 CHESTNUT ST | CHESTNUT | ORANGEBUR | Orangebur | SC | 29115-3508 | 112072 |
| 369 | FAMILY DO | 478 MEETING ST | | CHARLESTON | Charleston | SC | 29403-4831 | 112221 |
| 497 | FAMILY DO | 1825 Rosewood Drive | | Columbia | Richland | SC | 29205-3716 | 112222 |
| 518 | FAMILY DO | 5995 W Jim Bilton Boulevard | | St. George | Dorchester | SC | 29477-7811 | 112223 |
| 522 | FAMILY DO | 315 West Mcgregor Street | | Pageland | Chesterfiel | SC | 29728-2138 | 112224 |
| 617 | FAMILY DO | 328 N MAIN ST | | BISHOPVILLE | Lee | SC | 29010-1457 | 112225 |
| 790 | FAMILY DO | 625 Harry C. Raysor Drive | aka Highwa | St. Matthews | Calhoun | SC | 29135 | 112226 |
| 901 | FAMILY DO | 1898 JOE S JEFFORDS HWY | | Holly Hill | Orangebur | SC | 29059-1429 | 112227 |
| 915 | FAMILY DO | 216 CEDAR SPRINGS RD | CEDAR SPR | SPARTANBUF | Spartanbur | SC | 29302-4626 | 112228 |
| 919 | FAMILY DO | 119 Hamel Street | | Kershaw | Lancaster | SC | 29067-1801 | 112229 |
| 933 | FAMILY DO | 304 S Main Street | | Belton | Anderson | SC | 29627-1522 | 112230 |
| 934 | FAMILY DO | 303 South Mine Street | | McCormick | McCormick | SC | 29835 | 112386 |
| 986 | FAMILY DO | 303-A GOOSE CREEK BLVD N | | GOOSE CREE | Berkeley | SC | 29445-2969 | 112387 |
| 1006 | FAMILY DO | 500-C E GREER ST | HONEA PA | HONEA PATH | Anderson | SC | 29654-1823 | 112388 |
| 1055 | FAMILY DO | 3384 RAILROAD AVE | | BAMBERG | Bamberg | SC | 29003 | 112389 |
| 1074 | FAMILY DO | 511 South Main Street | | Hemingway | Williamsbu | SC | 29554 | 112390 |
| 1078 | FAMILY DO | 105 TRAVIS AVE | | SALUDA | Saluda | SC | 29138-1215 | 112391 |
| 1213 | FAMILY DO | 1500 N Millwood Avenue | | Columbia | Richland | SC | 29204-1887 | 112392 |
| 1237 | FAMILY DO | 5304 Fairfield Road | | Columbia | Richland | SC | 29203-3310 | 112393 |
| 1366 | FAMILY DO | 661 MAIN ST | | ALLENDALE | Allendale | SC | 29810-4521 | 112394 |
| 1455 | FAMILY DO | 74 S GREEN ST | | RIDGELAND | Jasper | SC | 29936-8700 | 112395 |
| 1500 | FAMILY DO | 122 Kings Mountain Street | | Clover | York | SC | 29710 | 112616 |
| 1515 | FAMILY DO | 874 Martin Luther King Jr Blvd | | Estill | Hampton | SC | 29918 | 112617 |
| 1527 | FAMILY DO | 2111 N PLEASANTBURG DR | Foothills Sh | GREENVILLE | Greenville | SC | 29609-3141 | 112618 |
| 1528 | FAMILY DO | 1044 YORK ST NE | NORTHSIDI | AIKEN | Aiken | SC | 29801-4026 | 112619 |
| 1589 | FAMILY DO | 485 E Blackstock Road | | Spartanburg | Spartanbur | SC | 29301 | 112620 |
| 1666 | FAMILY DO | 4605 Savannah Highway | | North | Orangebur | SC | 29112 | 112621 |
| 1848 | FAMILY DO | 1480 Asheville Highway | | Spartanburg | Spartanbur | SC | 29303-2004 | 112622 |
| 1930 | FAMILY DO | 4391 DORCHESTER RD STE 1C | | CHARLESTON | Charleston | SC | 29405-7468 | 112623 |
| 2112 | FAMILY DO | 3575 MAYBANK HWY | Johns Islan | JOHNS ISLAN | Charleston | SC | 29455-4589 | 112624 |
| 2494 | FAMILY DO | 715 BASS DRIVE | BRADFORD | SANTEE | Orangebur | SC | 29142 | 112625 |
| 2724 | FAMILY DO | 942 Broad River Road | | Columbia | Richland | SC | 29210-7943 | 112841 |
| 2735 | FAMILY DO | 475 SUNSET BLVD | CAPITOL S( | WEST COLUN | Lexington | SC | 29169-7341 | 112842 |

| # | Name | Address | Plaza | City | County | State | ZIP | ID |
|---|---|---|---|---|---|---|---|---|
| 2737 | FAMILY DO | 6347 Savannah Hwy | | Ravenel | Charleston | SC | 29470 | 112843 |
| 2866 | FAMILY DO | 2838 W. Palmetto Street | | Florence | Florence | SC | 29501-5932 | 112844 |
| 2892 | FAMILY DO | 608 N HIGHWAY 52 | Santee Cro | MONCKS COI | Berkeley | SC | 29461-3129 | 112845 |
| 5803 | FAMILY DO | 3315 E SHELBY DR | | MEMPHIS | Shelby | TN | 38118-7256 | 112846 |
| 5844 | FAMILY DO | 4727 NEELY RD | | MEMPHIS | Shelby | TN | 38109-8550 | 112847 |
| 5898 | FAMILY DO | 3560 S MENDENHALL RD | | MEMPHIS | Shelby | TN | 38115-4512 | 112848 |
| 5960 | FAMILY DO | 6636 E SHELBY DR | | MEMPHIS | Shelby | TN | 38141-8439 | 112849 |
| 5984 | FAMILY DO | 5355 ELVIS PRESLEY BLVD | | MEMPHIS | Shelby | TN | 38116-8235 | 112850 |
| 6044 | FAMILY DO | 1345 Munford Avenue | | Munford | Tipton | TN | 38058-6749 | 113408 |
| 6097 | FAMILY DO | 3255 HICKORY HILL RD | | MEMPHIS | Shelby | TN | 38115-3135 | 113409 |
| 6105 | FAMILY DO | 3338 AUSTIN PEAY HWY | | MEMPHIS | Shelby | TN | 38128-3802 | 113410 |
| 6127 | FAMILY DO | 224 N ROYAL ST | | JACKSON | Madison | TN | 38301-6341 | 113411 |
| 6229 | FAMILY DO | 417 SOUTH BROADWAY | | JOHNSON CIT | Washingto | TN | 37601 | 113412 |
| 6439 | FAMILY DO | 2743 N WATKINS ST | | MEMPHIS | Shelby | TN | 38127-8564 | 113413 |
| 6465 | FAMILY DO | 2981 PARK AVE | | MEMPHIS | Shelby | TN | 38114-2731 | 113414 |
| 6487 | FAMILY DO | 3515 RIDGEMONT AVE | | MEMPHIS | Shelby | TN | 38128-1830 | 113415 |
| 6639 | FAMILY DO | 318 W OLD ANDREW JOHNSO | | Dandridge | Jefferson | TN | 37725 | 113416 |
| 6695 | FAMILY DO | 8529 HIGHWAY 111 | | BYRDSTOWN | Pickett | TN | 38549-6029 | 113417 |
| 6706 | FAMILY DO | 455 VAN HILL RD | | BAILEYTON | Greene | TN | 37745-7607 | 113561 |
| 6708 | FAMILY DO | 3435 MILLBRANCH RD | | MEMPHIS | Shelby | TN | 38116-3625 | 113562 |
| 6812 | FAMILY DO | 2604 E MAGNOLIA AVE | | KNOXVILLE | Knox | TN | 37914-5315 | 113563 |
| 6818 | FAMILY DO | 3500 Ramill Road | | Memphis | Shelby | TN | 38128 | 113564 |
| 870 | FAMILY DO | 301 N 12th Street | Agricola Sh | Gadsden | Etowah | AL | 35901-3058 | 113741 |
| 945 | FAMILY DO | 639 BESSEMER SUPER HWY | | MIDFIELD | Jefferson | AL | 35228-3003 | 113742 |
| 960 | FAMILY DO | 2807 LOWER WETUMPKA RD | PARK PLAZ | MONTGOME | Montgome | AL | 36110-1925 | 113743 |
| 1089 | FAMILY DO | 500 E CHURCH ST | | ATMORE | Escambia | AL | 36502-2626 | 113744 |
| 1102 | FAMILY DO | 3760 NORMAN BRIDGE RD | | MONTGOME | Montgome | AL | 36105-2904 | 113745 |
| 1168 | FAMILY DO | 2312 SAINT STEPHENS RD | ST STEPHEI | MOBILE | Mobile | AL | 36617-3622 | 113746 |
| 1261 | FAMILY DO | 19535 N 3RD ST | | CITRONELLE | Mobile | AL | 36522-2029 | 113747 |
| 1302 | FAMILY DO | 2755 PLEASANT VALLEY RD | Pleasant Va | MOBILE | Mobile | AL | 36606-2162 | 113748 |
| 1344 | FAMILY DO | 670 S BROAD ST | | MOBILE | Mobile | AL | 36603-1114 | 113749 |
| 1375 | FAMILY DO | 1127 COLLEGE AVE | | JACKSON | Clarke | AL | 36545-2404 | 113750 |
| 1428 | FAMILY DO | 214 Kirkland Street | | Abbeville | Henry | AL | 36310-2417 | 113751 |
| 1633 | FAMILY DO | 2525 MADISON AVE | | MONTGOME | Montgome | AL | 36107-2003 | 113752 |
| 1634 | FAMILY DO | 631 19TH ST N | | BESSEMER | Jefferson | AL | 35020-4872 | 113753 |
| 1676 | FAMILY DO | 872 W FAIRVIEW AVE | FAIRVIEW I | MONTGOME | Montgome | AL | 36108-4117 | 113754 |
| 1946 | FAMILY DO | 8154 Hwy 31 | 111 HIGHW | CALERA | Shelby | AL | 35040-1101 | 113755 |
| 2082 | FAMILY DO | 925 Dennison Avenue SW | | Birmingham | Jefferson | AL | 35211 | 113756 |
| 2308 | FAMILY DO | 1720 GULF SHORES PARKWAY | | Gulf Shores | Baldwin | AL | 36542-3848 | 113757 |
| 2347 | FAMILY DO | 6250 MCCRARY RD | | SEMMES | Mobile | AL | 36575-0288 | 113758 |
| 2405 | FAMILY DO | 472 HIGHWAY 67 S | PRICEVILLE | DECATUR | Morgan | AL | 35603-6300 | 113759 |
| 2474 | FAMILY DO | 822 S Forest Av | | Luverne | Crenshaw | AL | 36049-7016 | 114057 |
| 5747 | FAMILY DO | 4129 Northshore Road | | Lynn Haven | Bay | FL | 32444-4566 | 114072 |
| 5795 | FAMILY DO | 99623 OVERSEAS HWY | Waldorf Pl | KEY LARGO | Monroe | FL | 33037-4344 | 114073 |
| 5869 | FAMILY DO | 4190 NW 2nd Ave | | MIAMI | Dade | FL | 33127-2844 | 114074 |
| 5909 | FAMILY DO | 9390 NW 27TH AVE | | MIAMI | Dade | FL | 33147-3004 | 114075 |
| 5911 | FAMILY DO | 1206 S DIXIE HWY | | LAKE WORTH | Palm Beach | FL | 33460-5610 | 114076 |
| 5975 | FAMILY DO | 540 W BREVARD ST | | TALLAHASSEI | Leon | FL | 32301-1062 | 114077 |
| 6006 | FAMILY DO | 11334 S ORANGE BLOSSOM T | | ORLANDO | Orange | FL | 32837 | 114078 |
| 6029 | FAMILY DO | 3000 MONCRIEF RD UNIT 6 | | JACKSONVILL | Duval | FL | 32209-4332 | 114079 |
| 6032 | FAMILY DO | 904 W Palm Drive | | Florida City | Dade | FL | 33034-3104 | 114080 |
| 6196 | FAMILY DO | 2200 BRUTON BLVD STE A | Washingto | ORLANDO | Orange | FL | 32805-5719 | 114081 |
| 6272 | FAMILY DO | 14512 W DIXIE HWY | | N MIAMI | Dade | FL | 33161-3031 | 114082 |
| 6273 | FAMILY DO | 4700 BABCOCK ST NE | SABAL PALI | PALM BAY | Brevard | FL | 32905-2820 | 114083 |
| 6363 | FAMILY DO | 4076 N GOLDENROD RD | KMART PLA | WINTER PAR | Orange | FL | 32792-5623 | 114084 |
| 6393 | FAMILY DO | 929 MCDUFF AVENUE S | | JACKSONVILL | Duval | FL | 32205-5730 | 114085 |
| 6413 | FAMILY DO | 4811 N DIXIE HWY | HIGHLAND | POMPANO B | Broward | FL | 33064-4861 | 114086 |

| Store | Name | Address | Shopping Center | City | County | State | ZIP | ID |
|---|---|---|---|---|---|---|---|---|
| 6458 | FAMILY DO | 680 W HALLANDALE BEACH B | SHOPPES C | HALLANDALE | Broward | FL | 33009-5331 | 114087 |
| 6467 | FAMILY DO | 6950 49TH ST | | PINELLAS PAI | Pinellas | FL | 33781-5733 | 114088 |
| 6536 | FAMILY DO | 5401 W COLONIAL DR | PINE HILLS | ORLANDO | Orange | FL | 32808-7609 | 114089 |
| 6582 | FAMILY DO | 403 S BREVARD AVE | QUAIL ROC | ARCADIA | DeSoto | FL | 34266-4202 | 114090 |
| 5582 | FAMILY DO | 1761 HIGHWAY 3125 | | GRAMERCY | St. James | LA | 70052-3552 | 114091 |
| 5592 | FAMILY DO | 10982 River Rd. | | ST ROSE | St. Charles | LA | 70087 | 114092 |
| 5645 | FAMILY DO | 4250 LOUISIANA AVE | | LAKE CHARLE | Calcasieu | LA | 70607-4654 | 114093 |
| 5666 | FAMILY DO | 814 W MAIN ST STE A | | HOMER | Claiborne | LA | 71040-3321 | 114094 |
| 5732 | FAMILY DO | 512 AVENUE G | | KENTWOOD | Tangipahoa | LA | 70444-2726 | 114095 |
| 5882 | FAMILY DO | 515 MARSHALL ST | | CAMERON | Cameron | LA | 70631-4701 | 114096 |
| 5892 | FAMILY DO | 1322 W LANDRY ST | | OPELOUSAS | St. Landry | LA | 70570-3455 | 114272 |
| 5977 | FAMILY DO | 7165 GREENWELL SPRINGS RE | | BATON ROUC | E BATON R | LA | 70805-7443 | 114273 |
| 5978 | FAMILY DO | 2875 HIGHLAND RD | | BATON ROUC | E BATON R | LA | 70802-7343 | 114274 |
| 6150 | FAMILY DO | 1714 E MADISON AVE | | BASTROP | Morehouse | LA | 71220-4032 | 114275 |
| 6213 | FAMILY DO | 333 VETERANS MEMORIAL BL | | KENNER | Jefferson | LA | 70062-5045 | 114276 |
| 6214 | FAMILY DO | 209 BAYOU RD | | SAINT BERNA | St. Bernard | LA | 70085-5600 | 114277 |
| 6266 | FAMILY DO | 280 W 84TH ST | | SHREVEPORT | Caddo | LA | 71106-5424 | 114278 |
| 6532 | FAMILY DO | 2620 MARTIN LUTHER KING D | | SHREVEPORT | Caddo | LA | 71107-4941 | 114279 |
| 6568 | FAMILY DO | 2501 3RD ST | | ALEXANDRIA | Rapides | LA | 71302-6102 | 114280 |
| 6689 | FAMILY DO | 2130 N CLAIBORNE AVE | | NEW ORLEAN | Orleans | LA | 70116-1218 | 114281 |
| 6797 | FAMILY DO | 4300 WOODLAND DRIVE | | NEW ORLEAN | Orleans | LA | 70131-7363 | 114282 |
| 6910 | FAMILY DO | 6425 Airline Drive | | Metairie | Jefferson P | LA | 70003-4334 | 114283 |
| 7365 | FAMILY DO | 1542 N FOSTER DR | MID CITY S | BATON ROUC | E BATON R | LA | 70806-1001 | 114284 |
| 7408 | FAMILY DO | 1530 VETERANS MEMORIAL C | | ABBEVILLE | Vermilion | LA | 70510-3136 | 114285 |
| 393 | FAMILY DO | 4710 Long Beach Road | | Southport | Brunswick | NC | 28461 | 114286 |
| 400 | FAMILY DO | 112-C VILLAGE RD STE 7 | CLAIRMON | LELAND | Brunswick | NC | 28451-7412 | 114287 |
| 445 | FAMILY DO | 505 PLAZA CIR | GARNER PL | GARNER | Wake | NC | 27529-3956 | 114288 |
| 450 | FAMILY DO | 148 3rd Street | | AYDEN | Pitt | NC | 28513-7253 | 114289 |
| 451 | FAMILY DO | 105 E DALLAS RD | Stanley Ma | STANLEY | Gaston | NC | 28164-2052 | 114290 |
| 466 | FAMILY DO | 2515 PHILLIPS AVE | BESSEMER | GREENSBORC | Guilford | NC | 27405-5357 | 114291 |
| 490 | FAMILY DO | 216 S. Peachtree Street | | Red Springs | Robeson | NC | 28377 | 114292 |
| 512 | FAMILY DO | 196 WILKESBORO ST | | MOCKSVILLE | Davie | NC | 27028-2322 | 114293 |
| 515 | FAMILY DO | 100 N MCDANIEL ST | | ENFIELD | Halifax | NC | 27823-1425 | 114294 |
| 528 | FAMILY DO | 402 South Salisbury Avenue | | Spencer | Rowan | NC | 28159 | 114295 |
| 533 | FAMILY DO | 550 MARTIN LUTHER KING JR | EAST WINS | WINSTON SA | Forsyth | NC | 27101-4382 | 114296 |
| 536 | FAMILY DO | 708 E PARRISH DR | | BENSON | Johnston | NC | 27504-1759 | 114297 |
| 554 | FAMILY DO | 419 W A ST | | NEWTON | Catawba | NC | 28658-3954 | 114298 |
| 555 | FAMILY DO | 31 PINEWOOD RD | | GRANITE FAL | Caldwell | NC | 28630-1202 | 114299 |
| 575 | FAMILY DO | 849 W MAIN ST | MURFREES | MURFREESBC | Hertford | NC | 27855-1513 | 114300 |
| 623 | FAMILY DO | 115 US 13 BY-PASS | WINDSOR S | WINDSOR | Bertie | NC | 27983-7243 | 114301 |
| 647 | FAMILY DO | HWY 268 | | PILOT MOUN | Surry | NC | 27041-0637 | 114302 |
| 663 | FAMILY DO | 17999 South NC Highway 109 | | Denton | Davidson | NC | 27239 | 114303 |
| 684 | FAMILY DO | 10137 US HIGHWAY 70 W | Clayton Vill | CLAYTON | Johnston | NC | 27520-2649 | 114304 |
| 702 | FAMILY DO | 245 RIVER ST | | Newland | Avery | NC | 28657-0025 | 114305 |
| 722 | FAMILY DO | 108 S Patterson Street | | Maxton | Robeson | NC | 28364-2230 | 114306 |
| 730 | FAMILY DO | 201 W. 3rd Street | | Pembroke | Robeson | NC | 28372-8768 | 114307 |
| 734 | FAMILY DO | 110 GREENWOOD SQ | | SNOW HILL | Greene | NC | 28580-1650 | 114308 |
| 745 | FAMILY DO | 1322 CLINTON RD | East Side SI | FAYETTEVILL | Cumberlan | NC | 28312 | 114309 |
| 762 | FAMILY DO | 1019 MONROE ST | | CARTHAGE | Moore | NC | 28237-0814 | 114310 |
| 771 | FAMILY DO | 223 E. Washington Street | | La Grange | Lenoir | NC | 28551 | 114311 |
| 772 | FAMILY DO | 401B LAKEWOOD AVE | Heritage Sc | DURHAM | Durham | NC | 27707 | 114312 |
| 783 | FAMILY DO | 701 Plaza Blvd. | | Kinston | Lenoir | NC | 28501-1515 | 114313 |
| 787 | FAMILY DO | 811 S MAIN ST | CRESENT S | GRAHAM | Alamance | NC | 27253-3763 | 114314 |
| 821 | FAMILY DO | 102 FIVE POINTS RD | | GOLDSBORO | Wayne | NC | 27530 | 114315 |
| 825 | FAMILY DO | 250A EASY ST | | GREENVILLE | Pitt | NC | 27835 | 114316 |
| 827 | FAMILY DO | 127 E STRAWBERRY BLVD | | CHADBOURN | Columbus | NC | 28431-1415 | 114317 |
| 829 | FAMILY DO | 201 W ARROWOOD RD STE G | Southwooc | CHARLOTTE | Mecklenbu | NC | 28217-5000 | 114318 |

| ID | Name | Address | Extra | City | County | State | ZIP | Code |
|---|---|---|---|---|---|---|---|---|
| 840 | FAMILY DO | 3412 Murchison Road | | Fayetteville | Cumberlan | NC | 28311-2806 | 114319 |
| 940 | FAMILY DO | 441 N Raleigh Street | | Angier | Harnett | NC | 27501 | 114320 |
| 1007 | FAMILY DO | 175 FREEDOM WAY STE 10 | PINEY GREI | MIDWAY PAF | Onslow | NC | 28544-1428 | 114321 |
| 1035 | FAMILY DO | 3382 US 1 HIGHWAY | Franklintor | FRANKLINTO | Franklin | NC | 27525 | 114322 |
| 1041 | FAMILY DO | 208 Ocean Highway South | Perquiman | Hertford | Perquiman | NC | 27944-7901 | 114323 |
| 1071 | FAMILY DO | 103 N WALNUT ST | | FAIRMONT | Robeson | NC | 28340-1951 | 114324 |
| 1100 | FAMILY DO | 308 East Atkins Street | | Dobson | Surry | NC | 27017 | 114325 |
| 11799 | FAMILY DO | 7 County Road 326 | | Tierra Amaril | Rio Arriba | NM | 87575 | 114326 |
| 11803 | FAMILY DO | 5901 Isleta Boulevard SW | | Albuquerque | Bernalillo | NM | 87105 | 114327 |
| 11839 | FAMILY DO | 500 NM-195 | | Elephant But | Sierra | NM | 87935 | 114328 |
| 11852 | FAMILY DO | 7226 Central Ave SE | Suite A | Albuquerque | Bernalillo | NM | 87108 | 115110 |
| 12029 | FAMILY DO | 1400 Gibson Rd | | Albuquerque | Bernalillo | NM | 87106 | 115111 |
| 12191 | FAMILY DO | Hwy 313 & Camino Carsten | | Algodones | Sandoval | NM | 87001 | 115112 |
| 12368 | FAMILY DO | 537 County Line Drive | | Chapparal | Dona Ana | NM | 88081 | 115113 |
| 12385 | FAMILY DO | 21 Eagle Rest Road | | Cubero | Cibola | NM | 87014 | 115114 |
| 12395 | FAMILY DO | 319 North Marland Blvd | | Hobbs | Lea | NM | 88240 | 115115 |
| 922 | FAMILY DO | 1430 11th Street | | Portsmouth | Scioto | OH | 45662-4247 | 115116 |
| 973 | FAMILY DO | 2052 LOCKBOURNE RD | MARION CI | COLUMBUS | Franklin | OH | 43207-1462 | 115117 |
| 975 | FAMILY DO | 1246 E CENTRAL AVE | MIAMISBU | MIAMISBURC | Montgome | OH | 45342-3573 | 115118 |
| 978 | FAMILY DO | 865 Parsons Avenue | | Columbus | Franklin | OH | 43206-2347 | 115119 |
| 987 | FAMILY DO | 640 CHERRY ST | | BLANCHESTE | Clinton | OH | 45107-1312 | 115120 |
| 993 | FAMILY DO | 1007 Washington Blvd | | Belpre | Washingto | OH | 45714-2363 | 115121 |
| 994 | FAMILY DO | 139 S MAIN ST | | PEEBLES | Adams | OH | 45660-1136 | 115122 |
| 999 | FAMILY DO | 437 E LIBERTY ST | Hubbard Pl | HUBBARD | Trumbull | OH | 44425-2135 | 115123 |
| 1040 | FAMILY DO | 1571 S. Hawkins Avenue | Hawkins Pl. | AKRON | Summit | OH | 44320-4054 | 115499 |
| 1066 | FAMILY DO | 2932 MCCARTNEY RD | Lincoln Knc | YOUNGSTOW | Mahoning | OH | 44505-5022 | 115500 |
| 1093 | FAMILY DO | 3238 ROOSEVELT BLVD | | MIDDLETOW | Butler | OH | 45044-6424 | 115501 |
| 1094 | FAMILY DO | 111 CHERRY ST | | BLUFFTON | Allen | OH | 45817-1309 | 115502 |
| 1114 | FAMILY DO | 527 W PIKE ST | MORROW | MORROW | Warren | OH | 45152-1050 | 115503 |
| 1175 | FAMILY DO | 1030 E Main Street | | Montpelier | Williams | OH | 43543 | 115504 |
| 1206 | FAMILY DO | 112 NORTH 2ND ST | | IRONTON | Lawrence | OH | 45638-1447 | 115505 |
| 1231 | FAMILY DO | 3345 MAHONING AVE | MAHONIN( | YOUNGSTOW | Mahoning | OH | 44509-2617 | 115506 |
| 1234 | FAMILY DO | 221 S LANE ST | | BUCYRUS | Crawford | OH | 44820-2315 | 115507 |
| 6834 | FAMILY DO | 202 E COMMERICAL AVE | | MONTEREY | Putnam | TN | 38574-1414 | 117852 |
| 4795 | FAMILY DO | 17511 IMPERIAL VALLEY DR | GREENBRI/ | HOUSTON | Harris | TX | 77060-6102 | 117853 |
| 4810 | FAMILY DO | 301 S MAIN ST | | LA FERIA | Cameron | TX | 78559 | 117854 |
| 4821 | FAMILY DO | 1604 S FORT HOOD ST | | KILLEEN | Bell | TX | 76542-1672 | 117855 |
| 4824 | FAMILY DO | 9010 VISCOUNT BLVD STE 20( | | EL PASO | El Paso | TX | 79925-6511 | 117856 |
| 4849 | FAMILY DO | 8122 LONG POINT RD | LONG POIN | HOUSTON | Harris | TX | 77055-2006 | 117857 |
| 4861 | FAMILY DO | 303 8TH ST | | MIDLOTHIAN | Ellis | TX | 76065 | 117858 |
| 4882 | FAMILY DO | 2929 WEST AVE | BASSE WES | SAN ANTONI | Bexar | TX | 78201-2243 | 117859 |
| 4893 | FAMILY DO | 3249 W CAMP WISDOM RD | Red Bird Tc | DALLAS | Dallas | TX | 75237-2605 | 117860 |
| 4916 | FAMILY DO | 1011 E CREST DR | | LACY LAKEVII | McLennan | TX | 76705-1168 | 117861 |
| 4937 | FAMILY DO | 576 S CHERRY LANE | | WHITE SETTL | Tarrant | TX | 76108 | 117862 |
| 4945 | FAMILY DO | 3339 KNICKERBOCKER RD | KNICKERBC | SAN ANGELO | Tom Green | TX | 76904-6814 | 117863 |
| 5007 | FAMILY DO | 8535 CE KING PKWY | | HOUSTON | Harris | TX | 77044 | 117864 |
| 5053 | FAMILY DO | 1905 34TH ST | | LUBBOCK | Lubbock | TX | 79411-1829 | 117865 |
| 5057 | FAMILY DO | 525A N 23RD ST | | MCALLEN | Hidalgo | TX | 78501-6948 | 117866 |
| 5085 | FAMILY DO | 2050 KATY HOCKLEY CUTOFF | | KATY | Harris | TX | 77493 | 117867 |
| 5109 | FAMILY DO | 4840 SOUTH FREEWAY | Felix Street | FORT WORTI | Tarrant | TX | 76115-3901 | 117868 |
| 5130 | FAMILY DO | 2720 SAMUELL BLVD | | DALLAS | Dallas | TX | 75223-1703 | 117869 |
| 5141 | FAMILY DO | 3910 DONIPHAN DR | | EL PASO | El Paso | TX | 79922-1354 | 117870 |
| 5159 | FAMILY DO | 4022 WEBER RD | Hamlin Cer | CORPUS CHR | Nueces | TX | 78411-3107 | 117871 |
| 5177 | FAMILY DO | 4519 W JEFFERSON BLVD | | COCKRELL HI | Dallas | TX | 75211-3530 | 117872 |